UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Cassandra Socha
                              Plaintiff,
v.                                              Case No.: 1:18−cv−05681
                                                Honorable Jorge L. Alonso
City of Joliet, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 4, 2018:

    MINUTE entry before the Honorable Jorge L. Alonso: Initial status hearing set for 10/3/18 at 9:30 a.m. Parties shall review and comply with Judge Alonso's Standing Order on The Mandatory Initial Discovery Pilot Project on his website. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.