UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CASSANDRA SOCHA, | ) |
| | ) Case No. 18 CV 05681 |
| **Plaintiff,** | ) |
| | ) Honorable Judge Jorge L. Alonso |
| v. | ) |
| | ) Honorable Magistrate Judge Mary M. |
| City of Joliet, a municipal corporation, | ) Rowland |
| Edward Grizzle, John Does 1 – 20, | ) |
| | ) |
| **Defendants.** | ) |

## INITIAL STATUS REPORT

Plaintiff, Cassandra Socha by her undersigned counsel, respectfully submit this Initial Status Report.

**I.      The Nature of the Case**

   A.      *Basis for Federal Jurisdiction.*

Plaintiff, Cassandra Socha, is a resident of the County of Will, State of Illinois. Defendant, City of Joliet ("City"), is an Illinois municipal corporation having its principal place of business in the City of Joliet, County of Will, and State of Illinois. At all relevant times, City was acting as alleged herein by its agents and employees and under the order of law. Defendant, Edward Grizzle ("Grizzle"), is an individual, employed by the Department of Police in the City of Joliet, County of Will, State of Illinois. Defendants, John Doe 1 – 20 are individuals referred to collectively herein as "DOES" employed by the Department of Police in the City of Joliet, County of Will, State of Illinois. Plaintiff asserts claims under the Constitution and laws of the United States. Accordingly, this court has subject matter jurisdiction over the action under 28 U.S.C. 1331 and 28 U.S.C. § 1367.

B.   *Nature of Claims asserted in Complaint*

Unauthorized viewing and republication of private photographic and videographic images on plaintiff's smart phone in violation of her rights under U.S. and Illinois Constitutions and Illinois Statutes and common law

C.   *Relief Sought*

Plaintiff demands that judgment be entered in her favor and against defendants for an amount in excess of $100,000.00, plus costs, attorney's fees and punitive damages.

D.   *Jury Demand*

Plaintiff has demanded a trial by jury.

E.   *Names of Parties Yet to Be Served*

Plaintiff awaits confirmation for counsel who will be appearing for defendant City of Joliet, pursuant to a Waiver of Service, as to whether he will also be appearing for defendant Grizzle. Defendant City's Appearance is due, pursuant to its Waiver of Service, by 30 September 2018.

**II.   Discovery and Pending Motions**

A.   *Pending Motions*

The Initial Status Hearing is scheduled for October 3, 2018 at 9:30 a.m.

B.   *Proposal for Case Management and Discovery*

Fact discovery will include depositions of numerous police officers and other employees of defendant, City of Joliet, Department of Police, and a forensic analysis of the "search" that was conducted of plaintiff's cell phone and any duplication of images taken from it. Plaintiff proposes to provide R. 26(a)(1) disclosures within 30 days from the date defendant Grizzle appears in the case, and that fact discovery be completed within 6 months thereafter. Plaintiff expects that there will be expert discovery and liability and

damage issues.

**III.** **<u>Settlement and Referrals</u>**

    A.    *Settlement Discussions*

No settlement discussions have occurred.

    B.    *Request for Settlement Conference*

A settlement conference at this time would be premature.

    C.    *Jurisdiction of the Magistrate Judge*

Plaintiff has not consented to the jurisdiction of the assigned Magistrate Judge.

        Respectfully submitted,

        <u>/s/ Hall Adams</u>
        Hall Adams
        Law Office of Hall Adams LLC
        33 North Dearborn St., Suite 2350
        Chicago, IL 60602
        (312) 445-4900
        hall@adamslegal.net