UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CASSANDRA SOCHA,** | ) |
| | ) **Case No. 18 CV 05681** |
| **Plaintiff,** | ) |
| | ) Honorable Judge Jorge L. Alonso |
| v. | ) |
| | ) Honorable Magistrate Judge Mary M. Rowland |
| **City of Joliet, a municipal corporation,** | ) |
| **Edward Grizzle, John Does 1 – 20,** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF FILING

To: John O'Driscoll
550 East Boughton Road
Suite 250
Bolingbrook, Illinois
jdriscoll@tresslerllp.com

PLEASE TAKE NOTICE that on 28th day September 2018, we filed, pursuant to Electronic Court filing procedures, **Initial Status Report** with the Clerk of the United States District Court, a copy of which is attached hereto and served upon you.

/s/ Hall Adams
One of Plaintiff's Attorneys

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that service of the foregoing **Notice of Filing and Initial Status Report** shall be accomplished pursuant to Electronic Court Filing procedures to counsel who are Filing Users on this 28th day of September, 2018.

/s/ Hall Adams
One of Plaintiff's Attorneys

Hall Adams
Law Offices of Hall Adams LLC
33 North Dearborn Street, Suite 2350
Chicago, Illinois 60602
Attorneys I.D. #6194886