

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**                                                                     312-435-5670
**Clerk**

Date:                                                        Case Number:

Case Title:                                     Judge:

### DOCUMENT REMOVED DUE TO REASON(S) CHECKED BELOW

❑      Document entered in error.

❑      Document withdrawn or removed per court order of 10/30/2018.

❑      Incorrect document linked.

❑      Other:

❑      Removed per IOP30(b).


                                                                       Thomas G. Bruton, Clerk

                                                                       By: /s/
                                                                            Deputy Clerk

Rev. 11/29/2016