IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CASSANDRA SOCHA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 18 cv 05681 |
| v. | ) | |
| | ) | Judge: Jorge L. Alonso |
| CITY OF JOLIET, an Illinois municipal corporation, EDWARD GRIZZLE, and JOHN DOES 1-20, | ) ) ) | Magistrate: Mary M. Rowland |
| | ) | Trial by Jury Demanded |
| Defendants. | ) | |

**AGREED MOTION TO EXTEND DEADLINE
FOR CITY OF JOLIET'S FIRST RESPONSIVE PLEADING**

**NOW COMES** the Defendant, City of Joliet ("the City"), by and through its attorneys, TRESSLER LLP, files with this Honorable Court its Agreed Motion to Extend Deadline for City of Joliet's First Responsive Pleading. In support, the City states as follows:

1. On August 21, 2018, Plaintiff Cassandra Socha ("Plaintiff") filed this action alleging claims arising out of the search of her cell phone.

2. In her fifteen-count Complaint, Plaintiff alleges the following five causes of action against the City:

    Count III:    Violation of Fourth Amendment Rights;

    Count VI:    Violation of Fourteenth Amendment Right of Privacy;

    Count IX:    Violation of Article I, §6 of Illinois Constitution;

    Count XII:    Violation of Illinois Common Law Right of Privacy, "Intrusion Upon Seclusion;"

    Count XV:    Violation of 720 ILCS 5/11-23.5.

3. In response to a written request on August 31, 2018, the City agreed to waive formal service of process making October 30, 2018 the City's deadline to file its first responsive pleading.

4. No other defendants have filed a responsive pleading in this case. The City has learned that Defendant Edward Grizzle ("Grizzle") has recently retained legal counsel that will be appearing in this case.

5. Given the nature of the allegations made by Plaintiff and circumstances presented by the investigation of those allegations, the City requires additional time to investigate and prepare its first responsive pleading.

6. Counsel for the City has conferred with counsel for Plaintiff and Plaintiff has agreed to extend the deadline for the City to its first responsive pleading thirty (30) days, from October 30 to November 30, 2018.

7. This is the first extension requested by the City and no prejudice will result from granting this extension.

**WHEREFORE**, the City respectfully requests that this Court grant this Agreed Motion and extend its deadline to file its first responsive pleading from October 30 to November 30, 2018, and for any other relief the Court deems appropriate.

Respectfully submitted,

CITY OF JOLIET

Dated: October 25, 2018      By:      /s/ *Nicholas J. Daly*
                                       One of its attorneys

John M. O'Driscoll (ARDC #6237793)
Nicholas J. Daly (ARDC #6321972)
Stacey L. Wilkins (ARDC #6301187)
TRESSLER LLP
Counsel for City of Joliet
233 S. Wacker Drive, 22nd Floor
Chicago, IL 60606

(312) 627-4000
jodriscoll@tresslerllp.com
ndaly@tresslerllp.com
swilkins@tresslerllp.com

## CERTIFICATE OF SERVICE

I, Nicholas J. Daly, hereby certify that on October 25, 2018, a copy of the following Agreed Motion to Extend Deadline for City of Joliet's First Responsive Pleading was served on all counsel of record via the Court's CM/ECF system.

Dated: October 25, 2018          By:          /s/ *Nicholas J. Daly*