IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CASSANDRA SOCHA, | ) |
| | ) |
| Plaintiff, | ) No. 18 cv 05681 |
| v. | ) |
| | ) Judge: Jorge L. Alonso |
| CITY OF JOLIET, an Illinois municipal corporation, EDWARD GRIZZLE, and JOHN DOES 1-20, | ) |
| | ) Magistrate: Mary M. Rowland |
| | ) |
| | ) Trial by Jury Demanded |
| Defendants. | ) |

## NOTICE OF MOTION

To: Hall Adams
Law Offices of Hall Adams LLC
33 North Dearborn Street, Suite 2350
Chicago, IL 60602

**PLEASE TAKE NOTICE** that on **Wednesday, October 31, 2018 at 9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Jorge L. Alonso** or any judge sitting in his stead, in the courtroom usually occupied by him in **Room 1219** of the United States District Courthouse, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604 shall then and there present **City of Joliet's Motion to Dismiss Counts III, VI, IX and XV of Plaintiff's Complaint Pursuant to Rule 12(B)(6), and Strike Plaintiff's Request for Punitive Damages and Agreed Motion to Extend Deadline for City of Joliet's First Responsive Pleading**, copies of which are attached hereto and hereby served upon you.

CITY OF JOLIET,

By: /s/ *Nicholas J. Daly*
One of Its Attorneys

John M. O'Driscoll (ARDC #6237793)
Nicholas J. Daly (ARDC #6321972)
Stacey L. Wilkins (ARDC #6301187)
Tressler LLP
Counsel for City of Joliet
233 S. Wacker Drive, 22nd Floor
Chicago, IL 60606
(312) 627-4000
jodriscoll@tresslerllp.com
ndaly@tresslerllp.com
swilkins@tresslerllp.com

2

**CERTIFICATE OF SERVICE**

I, Nicholas J. Daly, hereby certify that on October 25, 2018, a copy of the following Agreed Motion to Extend Deadline for City of Joliet's First Responsive Pleading was served on all counsel of record via the Court's CM/ECF system.

Dated: October 25, 2018           By:       _____/s/ *Nicholas J. Daly*_____