# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| CASSANDRA SOCHA, | ) |
| | ) |
| Plaintiff, | ) No. 18 cv 05681 |
| v. | ) |
| | ) Judge: Jorge L. Alonso |
| CITY OF JOLIET, an Illinois municipal corporation, EDWARD GRIZZLE, and JOHN DOES 1-20, | ) |
| | ) Magistrate: Mary M. Rowland |
| | ) |
| | ) Trial by Jury Demanded |
| Defendants. | ) |

## AMENDED NOTICE OF MOTION

To:   Hall Adams
      Law Offices of Hall Adams LLC
      33 North Dearborn Street, Suite 2350
      Chicago, IL 60602

**PLEASE TAKE NOTICE** that on **Wednesday, October 31, 2018 at 9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Jorge L. Alonso** or any judge sitting in his stead, in the courtroom usually occupied by him in **Room 1219** of the United States District Courthouse, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604 shall then and there present **City of Joliet's Agreed Motion to Extend Deadline for City of Joliet's First Responsive Pleading**, a copy of which has previously been served upon you.

                                         CITY OF JOLIET,

                                         By:   /s/ *Nicholas J. Daly*
                                               One of Its Attorneys

John M. O'Driscoll (ARDC #6237793)
Nicholas J. Daly (ARDC #6321972)
Stacey L. Wilkins (ARDC #6301187)
TRESSLER LLP
Counsel for City of Joliet
233 S. Wacker Drive, 22nd Floor
Chicago, IL 60606
(312) 627-4000
jodriscoll@tresslerllp.com
ndaly@tresslerllp.com
swilkins@tresslerllp.com

## **CERTIFICATE OF SERVICE**

I, Nicholas J. Daly, hereby certify that on October 26, 2018, a copy of the following Amended Notice of Motion was served on all counsel of record via the Court's CM/ECF system.

Dated: October 26, 2018　　　　By:　　_____/s/ *Nicholas J. Daly*_____

11399-2

4829-3725-6313