**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CASSANDRA SOCHA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 18 cv 05681 |
| v. | ) | |
| | ) | Judge: Jorge L. Alonso |
| CITY OF JOLIET, an Illinois municipal | ) | |
| corporation, EDWARD GRIZZLE, and JOHN | ) | Magistrate: Mary M. Rowland |
| DOES 1-20, | ) | |
| | ) | Trial by Jury Demanded |
| Defendants. | ) | |

### CITY OF JOLIET'S MOTION TO REMOVE A DOCUMENT ERRONEOUSLY FILED TO THE CM/ECF FILING SYSTEM AND STRIKE THE HEARING DATE

**NOW COMES** the Defendant, City of Joliet ("the City"), by and through its attorneys, TRESSLER LLP, and in support of its Motion to Remove a Document Erroneously Filed to the CM/ECF Filing System and Strike the Hearing Date, states as follows:

1. On October 25, 2018, a document entitled "Motion to Dismiss" was filed using this Court's CM/ECF filing system and assigned Doc. #14.

2. Doc. #14 was filed in error and in unfinished, unsigned, draft form.

3. On October 26, the Deputy Clerk entered a Notice of Correction (Doc. #17) which made clear that Doc. #14 was filed in error.

4. The City's attorneys did not intend for the draft document to be filed in this form and were simply intending to file an Agreed Motion to Extend City of Joliet's Deadline for First Responsive Pleading, which was simultaneously filed and assigned Doc. #15.

5. As Doc. #14 was filed on an inadvertent basis and is not signed, the City respectfully requests that Doc. #14 be permanently removed and withdrawn from the Court's docket.

6.     Additionally, the City respectfully requests that the hearing set before this Court

for October 31, 2018 on Doc. #14 be stricken.

Respectfully submitted,

CITY OF JOLIET

Dated: October 26, 2018          By:          /s/ Nicholas J. Daly
                                              One of its attorneys

John M. O'Driscoll (ARDC #6237793)
Nicholas J. Daly (ARDC #6321972)
Stacey L. Wilkins (ARDC #6301187)
TRESSLER LLP
Counsel for City of Joliet
233 S. Wacker Drive, 22nd Floor
Chicago, IL 60606
(312) 627-4000
jodriscoll@tresslerllp.com
ndaly@tresslerllp.com
swilkins@tresslerllp.com

## CERTIFICATE OF SERVICE

I, Nicholas J. Daly, hereby certify that on October 26, 2018, a copy of the following Motion to
Remove a Document Erroneously Filed to the CM/ECF Filing System and Strike the Hearing Date
was served on all counsel of record via the Court's CM/ECF system.

Dated: October 26, 2018          By:          /s/ Nicholas J. Daly