# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Cassandra Socha

                Plaintiff,

v.                               Case No.: 1:18–cv–05681
                                            Honorable Jorge L. Alonso

City of Joliet, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 30, 2018:

    MINUTE entry before the Honorable Jorge L. Alonso: Defendant City's agreed motion to extend deadline for first responsive pleading [15] is granted to 11/30/18. Enter Order. Defendant City's motion to remove a document erroneously filed to the CM/ECF filing system and strike the hearing date [19] is granted. The Clerk of the Court is directed to remove document [14] from the docket of this case. Motion hearing date of 10/31/18 is stricken. Status hearing previously set for 11/6/18 is stricken and reset to 12/12/18 at 9:30 a.m. Notices mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.