AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| CASSANDRA SOCHA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 18-CV-05681 |
| CITY OF JOLIET | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

EDWARD GRIZZLE                                                                                     .

Date: 11/02/2018

/S/ MATTHEW S. CLARK
*Attorney's signature*

MATTHEW S. CLARK (#6224673)
*Printed name and bar number*

KNIGHT, HOPPE, KURNIK & KNIGHT
5600 N. RIVER ROAD, SUITE 600
ROSEMONT, IL 60018

*Address*

MCLARK@KHKKLAW.COM
*E-mail address*

(847) 261-0700
*Telephone number*

(847) 261-0714
*FAX number*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CASSANDRA SOCHA ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 18-CV-05681 |
| CITY OF JOLIET ) | |
| *Defendant* ) | |

CERTIFICATE OF SERVICE

I certify that on  11/02/2018 , I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to the following:

_____,

and I certify that I have mailed by the United States Postal Service the document to the following non CMECF participants:

_____.

/S/ MATTHEW S. CLARK
*Attorney's signature*

MATTHEW S. CLARK (#6224673)
*Printed name and bar number*

KNIGHT, HOPPE, KURNIK & KNIGHT
5600 N. RIVER ROAD, SUITE 600
ROSEMONT, IL 60018
*Address*

MCLARK@KHKKLAW.COM
*E-mail address*

(847) 261-0700
*Telephone number*

(847) 261-0714
*Fax number*