AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

## Northern District of Illinois

| | | |
|---|---|---|
| CASSANDRA SOCHA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    18-CV-05681 |
| CITY OF JOLIET | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

EDWARD GRIZZLE                                                                                                         .


Date:     11/02/2018                                              /S/ PAUL B. JOHNSON
                                                                                   *Attorney's signature*

                                                                     PAUL B, JOHNSON (#6286503)
                                                                         *Printed name and bar number*

                                                                   KNIGHT, HOPPE, KURNIK & KNIGHT
                                                                      5600 N. RIVER ROAD, SUITE 600
                                                                             ROSEMONT, IL 60018

                                                                                     *Address*

                                                                     PJOHNSON@KHKKLAW.COM
                                                                               *E-mail address*

                                                                            (847) 261-0700
                                                                            *Telephone number*

                                                                            (847) 261-0714
                                                                               *FAX number*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

CASSANDRA SOCHA )
*Plaintiff* )
v. )      Case No.   18-CV-05681
CITY OF JOLIET )
*Defendant* )

CERTIFICATE OF SERVICE

I certify that on __11/02/2018__, I electronically filed the foregoing with the Clerk of the

Court using the CMECF system which will send notification of such filing to the following:

_____,

and I certify that I have mailed by the United States Postal Service the document to the following

non CMECF participants:

_____.

/S/ PAUL B. JOHNSON
*Attorney's signature*

PAUL B, JOHNSON (#6286503)
*Printed name and bar number*

KNIGHT, HOPPE, KURNIK & KNIGHT
5600 N. RIVER ROAD, SUITE 600
ROSEMONT, IL 60018
*Address*

PJOHNSON@KHKKLAW.COM
*E-mail address*

(847) 261-0700
*Telephone number*

(847) 261-0714
*Fax number*