NJD/mmt/4851-9700-2881            11399-2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CASSANDRA SOCHA, | ) |
|       Plaintiff, | ) No. 18 cv 05681 |
| v. | ) |
| | ) Judge: Jorge L. Alonso |
| CITY OF JOLIET, an Illinois municipal corporation, EDWARD GRIZZLE, and JOHN DOES 1-20, | ) Magistrate: Mary M. Rowland |
| | ) Trial by Jury Demanded |
|       Defendants. | ) |

## NOTICE OF FILING

To:    Hall Adams                                 Matthew S. Clark
       Law Offices of Hall Adams LLC        Michael J. Atkus
       33 North Dearborn Street, Suite 2350    Knight Hoppe Kurnik & Knight Ltd
       Chicago, IL 60602                       5600 N. River Road – Suite 600
                                                      Rosemont, IL 60018

      Please take notice that on the **30th day of November, 2018**, I electronically filed **City of Joliet's Answer and Affirmative Defenses to Plaintiff's Complaint** with the Clerk of the Court using CM/ECF System, which will send notification of such filing.

                                             TRESSLER LLP

                                          By: /s/*Nicholas J. Daly*
                                               One of Its Attorneys

John M. O'Driscoll – jodriscoll@tresslerllp.com
Stacey L. Wilkins – swilkins@tresslerllp.com
Nicholas J. Daly – ndaly@tresslerllp.com
Tressler LLP
233 South Wacker Drive – 22nd Floor
Chicago, Illinois 60606
(312) 627-4000