IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CASSANDRA SOCHA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 18 cv 05681 |
| v. | ) | |
| | ) | Judge: Jorge L. Alonso |
| CITY OF JOLIET, an Illinois municipal corporation, EDWARD GRIZZLE, and JOHN DOES 1-20, | ) ) ) ) | Magistrate: Mary M. Rowland |
| | ) | Trial by Jury Demanded |
| Defendants. | ) | |

**AMENDED NOTICE OF MOTION**

To:  Hall Adams  
Law Offices of Hall Adams LLC  
33 North Dearborn Street, Suite 2350  
Chicago, IL 60602  

Matthew S. Clark  
Michael J. Atkus  
Knight Hoppe Kurnik & Knight Ltd  
5600 N. River Road – Suite 600  
Rosemont, IL 60018

**PLEASE TAKE NOTICE** that on **Wednesday, December 12, 2018 at 9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Jorge L. Alonso** or any judge sitting in his stead, in the courtroom usually occupied by him in **Room 1219** of the United States District Courthouse, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604 shall then and there present **City of Joliet's Motion to Dismiss Counts III, VI, IX AND XV OF PLAINTIFF'S COMPLAINT PURSUANT TO RULE 12(B)(6) AND STRIKE PLAINTIFF'S REQUEST FOR PUNITIVE DAMAGES**, a copy of which is hereby served upon you.

CITY OF JOLIET,

By: ___/s/ *Nicholas J. Daly*___  
One of Its Attorneys

John M. O'Driscoll (ARDC #6237793)  
Nicholas J. Daly (ARDC #6321972)  
Stacey L. Wilkins (ARDC #6301187)  
TRESSLER LLP  
Counsel for City of Joliet  
233 S. Wacker Drive, 22nd Floor  
Chicago, IL 60606  
(312) 627-4000  
jodriscoll@tresslerllp.com  
ndaly@tresslerllp.com  
swilkins@tresslerllp.com

## CERTIFICATE OF SERVICE

I, Nicholas J. Daly, hereby certify that on November 30, 2018, a copy of the following Amended Notice of Motion and supporting documents was served on all counsel of record via the Court's CM/ECF system.

Dated: November 30, 2018    By:    /s/ *Nicholas J. Daly*

11399-2

4843-2203-1745