IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CASSANDRA SOCHA, | ) |
| Plaintiff, | ) No. 18 cv 05681 |
| v. | ) Judge: Jorge L. Alonso |
| CITY OF JOLIET, an Illinois municipal corporation, EDWARD GRIZZLE, and JOHN DOES 1-20, | ) Magistrate: Mary M. Rowland |
| | ) Trial by Jury Demanded |
| Defendants. | ) |

**AGREED MOTION TO EXTEND THE DEADLINE FOR**
**MANDATORY INITIAL DISCOVERY DISCLOSURES**

**NOW COMES** the Defendant, City of Joliet ("the City"), by and through its attorneys, TRESSLER LLP, and in support of its Agreed Motion to Extend the Deadline for Mandatory Initial Discovery Disclosures, states as follows:

1. Pursuant to prior order, the deadline for the City to answer or otherwise plead in response to Plaintiff's complaint was November 30, 2018.

2. The City filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) on November 30, 2018.

3. Per paragraph (A)(3) of the Mandatory Initial Discovery Pilot ("MIDP") standing order in effect on November 30, the City was also required to file an answer to Plaintiff's complaint at the same time that it filed its motion to dismiss.

4. The MIDP standing order was amended effective one day later, on December 1, 2018, and no longer requires the filing of an answer despite the filing of a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6).

5. Counsel for the City was notified of the amendment to the MIDP standing order via email the afternoon of November 28 and was unable to prepare an agreed motion prior to the November 30 filing deadline.

6. If the amendment to the MIDP standing order had been effective one day earlier, the City would not have been required to simultaneously file an answer and MIDP disclosures would not be due on December 31, 2018.

7. Defendant Edward Grizzle has not yet filed a responsive pleading and upon information and belief, Defendant Grizzle's deadline to file a responsive pleading is in the last week of December.

8. Furthermore, the City is in the process of preparing a protective order addressing the documents that will be produced in this matter if and when discovery commences.

9. The City request that the parties be relieved of the obligation to provide mandatory initial discovery disclosures until further order of the Court and after the ruling upon the City's motion to dismiss, which is scheduled for initial presentment on December 12, 2018 at 9:30 a.m.

10. The City has conferred with counsel for Plaintiff and Plaintiff has agreed to this request to extend the deadline for mandatory initial discovery disclosures.

**WHEREFORE**, the City respectfully requests that this Honorable Court grants its motion and extend the deadline for the parties to provide mandatory initial discovery disclosures until further order of the Court and after the ruling upon the City's motion to dismiss, along with all other relief that is appropriate.

Respectfully submitted,

CITY OF JOLIET

Dated: December 6, 2018     By:    /s/: *Nicholas J. Daly*
                                                          One of its attorneys

John M. O'Driscoll (ARDC #6237793)
Nicholas J. Daly (ARDC #6321972)
Stacey L. Wilkins (ARDC #6301187)
TRESSLER LLP
Counsel for City of Joliet
233 S. Wacker Drive, 22nd Floor
Chicago, IL 60606
(312) 627-4000
jodriscoll@tresslerllp.com
ndaly@tresslerllp.com
swilkins@tresslerllp.com

4836-4054-5154

## CERTIFICATE OF SERVICE

I, Nicholas J. Daly, hereby certify that on December 6 , 2018, a copy of the following Agreed Motion to Extend the Deadline for Mandatory Initial Discovery Disclosures was served on all counsel of record via the Court's CM/ECF system.

Dated: December 6, 2018     By:     _____/s/ *Nicholas J. Daly*_____