UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Cassandra Socha

Plaintiff,

v.

Case No.: 1:18−cv−05681
Honorable Jorge L. Alonso

City of Joliet, et al.

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 12, 2018:

MINUTE entry before the Honorable Jorge L. Alonso: Status hearing held and continued to 8/8/19 at 9:30 a.m. Motion hearing held. Defendant's motion to dismiss [26] is moot. Defendant's motion to dismiss [30] is taken under advisement. Plaintiff's response shall be filed by 1/9/19. Defendant's reply in support shall be filed by 1/23/19. The court will rule electronically. Defendant's agreed motion to extend the deadline for Mandatory Initial Discovery Disclosures [32] is granted in part. Parties' MIDP disclosures shall served by 1/25/19. All fact discovery shall be noticed in time to be completed by 7/25/19. This case is referred to the magistrate judge for discovery supervision, with authority to extend deadlines, and a settlement conference. Notices mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.