UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Cassandra Socha

          Plaintiff,

v.

          Case No.: 1:18−cv−05681
          Honorable Jorge L. Alonso

City of Joliet, et al.

          Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Mary M. Rowland for the purpose of holding proceedings related to: discovery supervision and settlement conference. (ntf, )Notices mailed by judge's staff

Dated: December 12, 2018

          /s/ Jorge L. Alonso

          United States District Judge