UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CASSANDRA SOCHA,** | ) |
| | ) Case No.  18 CV  05681 |
| **Plaintiff,** | ) |
| | )  Honorable Judge Jorge L. Alonso |
| v. | ) |
| | ) Honorable Magistrate Judge Mary M. Rowland |
| **City of Joliet, a municipal corporation,** | ) |
| **Edward Grizzle, John Does 1 – 20,** | ) |
| | ) |
| **Defendants.** | ) |

### NOTICE OF FILING

To:   John O'Driscoll              Matthew S. Clark/Michael J. Atkins
      Tressler LLP                 Knight Hoppe Kurnik & Knight, Ltd.
      233 South Wacker Drive       5600 North River Road
      22nd Floor                   Suite 600
      Chicago, Illinois 60606      Rosemont, Illinois 60018

PLEASE TAKE NOTICE that on  20th day December 2018, we filed, pursuant to Electronic Court filing procedures, **Plaintiff's Combined Response to Defendant, City of Joliet's, Amended Motion to Dismiss Counts III, VII, IX and XV of Plaintiff's Complaint Pursuant to Rule 12(B)(6) and Strike Plaintiff's Request for Punitive Damages and Plaintiff's Motion for Leave to File First Amended Complaint** with the Clerk of the United States District Court, a copy of which is attached hereto and served upon you.

                                            /s/ Hall Adams
                                        One of Plaintiff's Attorneys

### CERTIFICATE OF SERVICE

The undersigned attorney certifies that service of the foregoing **Notice of Filing Plaintiff's Combined Response to Defendant, City of Joliet's, Amended Motion to Dismiss Counts III, VII, IX and XV of Plaintiff's Complaint Pursuant to Rule 12(B)(6) and Strike Plaintiff's Request for Punitive Damages and Plaintiff's Motion for Leave to File First Amended Complaint** shall be accomplished pursuant to Electronic Court Filing procedures to counsel who are Filing Users on this   20th    day of December 2018.

                                            /s/ Hall Adams
                                        One of Plaintiff's Attorneys

Hall Adams
Law Offices of Hall Adams LLC
33 North Dearborn Street, Suite 2350
Chicago, Illinois 60602 Attorneys I.D. #6194886