# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| CASSANDRA SOCHA, | ) |
| | ) Case No. 18 CV 05681 |
| Plaintiff, | ) |
| | ) Honorable Judge Jorge L. Alonso |
| v. | ) |
| | ) Honorable Magistrate Judge Mary M. Rowland |
| City of Joliet, a municipal corporation, | ) |
| Edward Grizzle, John Does 1 – 20, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF FILING

To:  John O'Driscoll                          Matthew S. Clark/Michael J. Atkins
     Tressler LLP                             Knight Hoppe Kurnik & Knight, Ltd.
     233 South Wacker Drive                   5600 North River Road
     22nd Floor                               Suite 600
     Chicago, Illinois 60606                  Rosemont, Illinois 60018

PLEASE TAKE NOTICE that on 26th day December 2018, we filed, pursuant to Electronic Court filing procedures, **the Certificate of Service of Plaintiff's Mandatory Initial Discovery Responses** with the Clerk of the United States District Court, a copy of which is attached hereto and served upon you.

_____/s/ Hall Adams_____
One of Plaintiff's Attorneys

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that service of the foregoing **Notice of Filing of the Certificate of Service of Plaintiff's Mandatory Initial Discovery Responses** shall be accomplished pursuant to Electronic Court Filing procedures to counsel who are Filing Users on this 26th day of December 2018.

_____/s/ Hall Adams_____
One of Plaintiff's Attorneys

Hall Adams
Law Offices of Hall Adams LLC
33 North Dearborn Street, Suite 2350
Chicago, Illinois 60602
TX 312 445 4900
Attorneys I.D. #6194886