## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **CASSANDRA SOCHA,** | ) |
| | ) **Case No.  18 CV  05681** |
| **Plaintiff,** | ) |
| | ) **Honorable Judge Jorge L. Alonso** |
| **v.** | ) |
| | ) **Honorable Magistrate Judge Mary M. Rowland** |
| **City of Joliet, a municipal corporation,** | ) |
| **Edward Grizzle, John Does 1 – 20,** | ) |
| | ) |
| **Defendants.** | ) |

## CERTIFICATE OF SERVICE

To:     John O'Driscoll                         Matthew S. Clark/Michael J. Atkins
        Tressler LLP                            Knight Hoppe Kurnik & Knight, Ltd.
        233 South Wacker Drive                  5600 North River Road
        22nd Floor                              Suite 600
        Chicago, Illinois 60606                 Rosemont, Illinois 60018


        The undersigned attorney certifies that service of the foregoing **Certificate of Service of Plaintiff's Mandatory Initial Discovery Responses** shall be accomplished pursuant to Electronic Court Filing procedures to counsel who are Filing Users on this 26 day of December 2018.

                                    _____/s/ Hall Adams_____
                                         One of Plaintiff's Attorneys


Hall Adams
Law Offices of Hall Adams LLC
33 North Dearborn Street, Suite 2350
Chicago, Illinois 60602
TX 312 445 4900
Attorneys I.D. #6194886