UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CASSANDRA SOCHA, | ) |
| | ) Case No. 18 CV 05681 |
| Plaintiff, | ) |
| | ) Honorable Judge Jorge L. Alonso |
| v. | ) |
| | ) Honorable Magistrate Judge Mary M. Rowland |
| City of Joliet, a municipal corporation, | ) |
| Edward Grizzle, John Does 1 – 20, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF FILING

To: John O'Driscoll  
Tressler LLP  
233 South Wacker Drive  
22nd Floor  
Chicago, Illinois 60606

Matthew S. Clark/Michael J. Atkins  
Knight Hoppe Kurnik & Knight, Ltd.  
5600 North River Road  
Suite 600  
Rosemont, Illinois 60018

PLEASE TAKE NOTICE that on 26th day December 2018, we filed, pursuant to Electronic Court filing procedures, **Plaintiff's Responses to Defendant Grizzle's Affirmative Defenses** with the Clerk of the United States District Court, a copy of which is attached hereto and served upon you.

/s/ Hall Adams  
One of Plaintiff's Attorneys

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that service of the foregoing **Notice of Filing Plaintiff's Responses to Defendant Grizzle's Affirmative Defenses** shall be accomplished pursuant to Electronic Court Filing procedures to counsel who are Filing Users on this 26th day of December 2018.

/s/ Hall Adams  
One of Plaintiff's Attorneys

Hall Adams  
Law Offices of Hall Adams LLC  
33 North Dearborn Street, Suite 2350  
Chicago, Illinois 60602  
TX 312 445 4900  
Attorneys I.D. #6194886