NJD/mmt/4847-3048-5638  11399-2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CASSANDRA SOCHA, | ) |
| | ) |
| Plaintiff, | ) No. 18 cv 05681 |
| v. | ) |
| | ) Judge: Jorge L. Alonso |
| CITY OF JOLIET, an Illinois municipal corporation, EDWARD GRIZZLE, and JOHN DOES 1-20, | ) |
| | ) Magistrate: Mary M. Rowland |
| | ) |
| | ) Trial by Jury Demanded |
| Defendants. | ) |

## **NOTICE OF FILING**

To: Hall Adams  
Law Offices of Hall Adams LLC  
Attorney for Plaintiff  
33 North Dearborn Street, Suite 2350  
Chicago, IL 60602

Matthew S. Clark  
Michael J. Atkus  
Knight Hoppe Kurnik & Knight Ltd  
Attorneys for Edward Grizzle  
5600 N. River Road – Suite 600  
Rosemont, IL 60018

Please take notice that on the **23rd day of January, 2019**, I electronically filed **City of Joliet's Reply in Support of Motion to Dismiss Counts III, VI, IX and XV of Plaintiff's Complaint pursuant to Rule 12(B)(6), and Strike Plaintiff's Request for Punitive Damages** with the Clerk of the Court using CM/ECF System, which will send notification of such filing.

TRESSLER LLP

By: /s/*Nicholas J. Daly*  
One of Its Attorneys

John M. O'Driscoll – jodriscoll@tresslerllp.com  
Stacey L. Wilkins – swilkins@tresslerllp.com  
Nicholas J. Daly – ndaly@tresslerllp.com  
Tressler LLP  
Attorneys for City of Joliet  
233 South Wacker Drive – 22nd Floor  
Chicago, Illinois 60606  
(312) 627-4000