## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

CASSANDRA SOCHA,

                 Plaintiff,

    v.

CITY OF JOLIET, an Illinois municipal
corporation, EDWARD GRIZZLE, and JOHN
DOES 1-20,

                Defendants.

)
)
)  No. 18 cv 05681
)
)
)  Judge: Jorge L. Alonso
)
)  Magistrate: Mary M. Rowland
)
)  Trial by Jury Demanded
)

### CERTIFICATE OF SERVICE

To:    Hall Adams
        Law Offices of Hall Adams LLC
        Attorney for Plaintiff
        33 North Dearborn Street, Suite 2350
        Chicago, IL 60602
        hall@adamslegal.net

        Matthew S. Clark
        Michael J. Atkus
        Knight Hoppe Kurnik & Knight Ltd
        Attorneys for Edward Grizzle
        5600 N. River Road – Suite 600
        Rosemont, IL 60018
        mclark@khkklaw.com
        matkus@khkklaw.com

       The undersigned, on oath, states that she served **City of Joliet's Mandatory Initial Discovery Disclosures, along with Documents CITY 00001 through CITY 00110 and a Privilege Log**, on the party listed above by mailing copies of same to each of them via email as well as U.S. Mail located at Willis Tower, 233 South Wacker Drive, Chicago, IL 60606, on this **25th** day of **January, 2019**, with proper postage prepaid.

                                 _____

Subscribed and sworn to before me
This **25th** day of **January, 2019**.

_____
    Notary Public

Official Seal
Janet M Richter
Notary Public State of Illinois
My Commission Expires 02/16/2021

4821-9445-5942