NJD/4844-3239-5142                                                                                          11399-2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CASSANDRA SOCHA, ) | |
| ) | |
| Plaintiff, ) | No. 18 cv 05681 |
| v. ) | |
| ) | Judge: Jorge L. Alonso |
| CITY OF JOLIET, an Illinois municipal ) | |
| corporation, EDWARD GRIZZLE, and JOHN ) | Magistrate: Mary M. Rowland |
| DOES 1-20, ) | |
| ) | Trial by Jury Demanded |
| Defendants. ) | |

### NOTICE OF CHANGE OF ADDRESS

TRESSLER, LLP, counsel of record for Defendant, City of Joliet, notifies the Court and counsel of the following change of address, effective January 22, 2019. **PLEASE NOTE THAT THE ONLY CHANGES ARE TO THE FLOOR NUMBER AND TO THE LAST FOUR DIGITS OF THE ZIP CODE. ALL OTHER INFORMATION REMAINS THE SAME**:

Tressler LLP
233 South Wacker Drive, 61st Floor
Chicago, Illinois 60606-6359
Telephone:   312.627.4000
Facsimile:   312.627.1717

TRESSLER LLP

Dated:  January 31, 2019          By:  /s/ Nicholas J. Daly
                                       One of Its Attorneys

John M. O'Driscoll
Stacey L. Wilkins
Nicholas J. Daly
233 South Wacker Drive, 61st Floor
Chicago, Illinois 60606-6359
Tel: (312) 627-4000
Facsimile: (312) 627-1717
jodriscoll@tresslerllp.com
swilkins@tresslerllp.com
ndaly@tresslerllp.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CASSANDRA SOCHA, )<br> )<br>Plaintiff, )<br>v. )<br> )<br>CITY OF JOLIET, an Illinois municipal )<br>corporation, EDWARD GRIZZLE, and JOHN )<br>DOES 1-20, )<br> )<br>Defendants. ) | No. 18 cv 05681<br><br>Judge: Jorge L. Alonso<br><br>Magistrate: Mary M. Rowland<br><br>Trial by Jury Demanded |

**CERTIFICATE OF SERVICE**

I, Nicholas J. Daly, an attorney, state that a copy of the foregoing Notice of Change of Address was served on all counsel of record via CM/ECF on January 31, 2019.

/s/  *Nicholas J. Daly*
Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, I certify that the statements set forth in this instrument are true and correct.