**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Cassandra Socha

                    Plaintiff,

v.                                          Case No.: 1:18−cv−05681
                                                       Honorable Jorge L. Alonso

City of Joliet, et al.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 5, 2019:

      MINUTE entry before the Honorable Mary M. Rowland: Initial status hearing held. Plaintiff raised issues regarding investigatory privilege based on an order issued from the Circuit Court of Will County. Status hearing set for 2/19/19 at 10:00 a.m. Parties shall be prepared to report on procedural status of this case. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.