UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Cassandra Socha
                        Plaintiff,

v.                                    Case No.: 1:18−cv−05681
                                          Honorable Jorge L. Alonso

City of Joliet, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 19, 2019:

       MINUTE entry before the Honorable Mary M. Rowland: Status hearing held. Plaintiff reported the Will County States Attorneys Office will make a prosecutorial decision by the end of the week which will ultimately impact the procedural status of this case. Status hearing set for 3/5/19 at 9:30 a.m. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.