# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Cassandra Socha

                         Plaintiff,

v.                                                Case No.: 1:18−cv−05681
                                                      Honorable Jorge L. Alonso

City of Joliet, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 5, 2019:

      MINUTE entry before the Honorable Mary M. Rowland: Status hearing held. The Will County States Attorney's Office has not made a prosecutorial decision to date. Defendants' oral motion to stay discovery is granted without objection from Plaintiff. Status hearing set for 6/4/19 at 9:30 a.m. to report whether stay should be lifted. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.