UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Cassandra Socha
                    Plaintiff,

v.                                       Case No.: 1:18−cv−05681
                                                  Honorable Jorge L. Alonso

City of Joliet, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 4, 2019:

      MINUTE entry before the Honorable Mary M. Rowland: Status hearing held. Plaintiff's counsel reported the prosecutorial decision by the Will County State's Attorney Office remains under advisement. Stay of discovery remains. Status hearing set for 11/5/19 at 9:30 a.m. to report whether stay should be lifted. If there is nothing to report, parties are free to call and move that status 90 days. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.