# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CASSANDRA SOCHA, | ) |
| | ) |
| Plaintiff, | ) No. 18 cv 05681 |
| v. | ) |
| | ) Judge: Jorge L. Alonso |
| CITY OF JOLIET, an Illinois municipal corporation, EDWARD GRIZZLE, and JOHN DOES 1-20, | ) |
| | ) Magistrate: Mary M. Rowland |
| | ) |
| | ) Trial by Jury Demanded |
| Defendants. | ) |

## **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR CITY OF JOLIET**

Pursuant to Rule 83.17 of the Local Rules of the Northern District of Illinois, Nicholas J. Daly hereby requests leave from this Honorable Court to withdraw as counsel for CITY OF JOLIET (the "City") for the reason that Nicholas J. Daly has changed law firms and will no longer be a member of Tressler LLP effective July 4, 2019. All other members of Tressler LLP having entered an appearance shall remain as counsel for the City.

                                                                         Respectfully submitted,

Dated: July 3, 2019                      By:    /s/ *Nicholas J. Daly*   .

Nicholas J. Daly
Tressler LLP
233 South Wacker Drive – 61st Floor
Chicago, Illinois 60606
312.627.4000
ndaly@tresslerllp.com