**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CASSANDRA SOCHA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 18 cv 05681 |
| v. | ) | |
| | ) | Judge: Jorge L. Alonso |
| CITY OF JOLIET, an Illinois municipal corporation, EDWARD GRIZZLE, and JOHN DOES 1-20, | ) ) ) | Magistrate: Mary M. Rowland |
| | ) | Trial by Jury Demanded |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:  Hall Adams
Law Offices of Hall Adams LLC
Attorney for Plaintiff
33 North Dearborn Street, Suite 2350
Chicago, IL 60602
hall@adamslegal.net

Matthew S. Clark
Michael J. Atkus
Knight Hoppe Kurnik & Knight Ltd
Attorneys for Edward Grizzle
5600 N. River Road – Suite 600
Rosemont, IL 60018
mclark@khkklaw.com
matkus@khkklaw.com

On **July 16, 2019 at 9:30 a.m.,** we shall appear before The Honorable **Judge Jorge L. Alonso**, **Room 1903**, at EASTERN DIVISION, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, and will then and there present the **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR CITY OF JOLIET**, a copy of which is attached hereto.

Respectfully submitted,

By: */s/ Nicholas J. Daly*
Nicholas J. Daly

Nicholas J. Daly
TRESSLER
233 S. Wacker Drive, 61st Floor
Chicago, IL 60606
Tel: (312)627-4000
Fax: (312)627-1717
ndaly@tresslerllp.com

## **CERTIFICATE OF SERVICE**

| | | |
|---|---|---|
| To: | Hall Adams | Matthew S. Clark |
| | Law Offices of Hall Adams LLC | Michael J. Atkus |
| | Attorney for Plaintiff | Knight Hoppe Kurnik & Knight Ltd |
| | 33 North Dearborn Street, Suite 2350 | Attorneys for Edward Grizzle |
| | Chicago, IL 60602 | 5600 N. River Road – Suite 600 |
| | hall@adamslegal.net | Rosemont, IL  60018 |
| | | mclark@khkklaw.com |
| | | matkus@khkklaw.com |

I certify that on **July 3, 2019,** this **NOTICE OF MOTION AND MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR CITY OF JOLIET** was filed electronically with the Court.  Notice of this filing will be accomplished pursuant to ECF as to Filing Users and shall comply with Local Rule 5.5 as to any party who is not a Filing User or represented by a Filing User.  Parties may access this filing through the Court's system.

Respectfully submitted,

By: */s/ Nicholas J. Daly*
Nicholas J. Daly

Nicholas J. Daly
TRESSLER
233 S. Wacker Drive, 61st Floor
Chicago, IL 60606
Tel: (312)627-4000
Fax: (312)627-1717
ndaly@tresslerllp.com