UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CASSANDRA SOCHA, | ) |
| | ) Case No.  18 CV  05681 |
| Plaintiff, | ) |
| | )  Honorable Judge Jorge L. Alonso |
| v. | ) |
| | ) Honorable Magistrate Judge Mary M. |
| City of Joliet, a municipal corporation, | )  Rowland |
| Edward Grizzle, John Does 1 – 20, | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S MOTION FOR RELIEF FROM 24 JUNE 2019 ORDER

NOW COMES Plaintiff, Cassandra Socha, by her attorney, Law Offices of Hall Adams,

LLC, and pursuant to Fed. R. Civ. P 60(b)(6), and for her Motion for Relief from 24 June 2019

Order (Doc 52):

The Court's 24 June 2019 Order (Doc 52), dismissed or struck various of the claims in

plaintiff's Complaint (Doc 1) with prejudice, but dismissed  Counts III and VI of plaintiff's

Complaint (her *Monell* claims) *without* prejudice, allowing leave to file a First Amended

Complaint by 19 July 2019.  However, the Order explicitly denied plaintiff's request for leave to

file a proposed first amended complaint (Doc 37-1) that was filed with her response to

defendant's motion.

At this time, plaintiff is unable to allege additional or different facts that would cure the

bases for the court's dismissal of her *Monell* claims. Discovery is currently stayed. (See 5 March

2019 and 4 June 2019 Orders, [Doc 50 and 51]. Therefore, plaintiff is not able to take discovery

that might enable her to discover additional facts that she might allege to resurrect her *Monell*

claims by 19 July 2019.  Yet, plaintiff does intend to amend her original pleading to add the

additional common law privacy torts alleged in Counts XVI – XVIII of her proposed First

Amended Complaint (Doc 37-1).  Finally, in her First Amended Complaint, it is plaintiff's

intention to replead those counts that the Court has previously dismissed so as not to abandon

those claims in order to preserve the dismissal of those claims for later review.

Accordingly, plaintiff asks that the court's 24 June 2019 Order  be modified to allow

filing of the proposed amended complaint (Doc 37-1) that accompanied plaintiff's Response to

Defendant City of Joliet's Motion to Dismiss (Doc 30), appreciating that counts therein

previously dismissed by the Court with prejudice (Counts IX and XV) and plaintiff's prayer for

punitive damages against the City of Joliet will remain dismissed with prejudice and that

plaintiff's *Monell* claims (Counts III and VI) will remain dismissed *without* prejudice.  Rather

than amending these *Monell* claims by the 19 July 2019 deadline imposed by the Court's Order,

plaintiff asks that she be allowed to seek leave to amend these claims if and when discovery,

once commenced, leads to the discovery of additional facts that can be alleged to support these

claims.


                                            Respectfully submitted,
                                            CASSANDRA SOCHA

                              By:     /s/ Hall Adams_____
                                            Attorney for Plaintiff



Hall Adams
Law Offices of Hall Adams
33 North Dearborn Street, Suite 2350
Chicago, Illinois  60602
T: (312)445-4900
F: (312) 445-4901
Attorneys I.D. #6194886


2