UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CASSANDRA SOCHA,** | ) |
| | ) Case No. 18 CV 05681 |
| **Plaintiff,** | ) |
| | ) Honorable Judge Jorge L. Alonso |
| v. | ) |
| | ) Honorable Magistrate Judge Mary M. Rowland |
| **City of Joliet, a municipal corporation,** | ) |
| **Edward Grizzle, John Does 1 – 20,** | ) |
| | ) |
| **Defendants.** | ) |

**NOTICE OF FILING**

To:  John O'Driscoll          Matthew S. Clark/Michael J. Atkins
     Tressler LLP              Knight Hoppe Kurnik & Knight, Ltd.
     233 South Wacker Drive    5600 North River Road
     61st Floor                Suite 600
     Chicago, Illinois 60606   Rosemont, Illinois 60018

PLEASE TAKE NOTICE that on __8th___ day July 2019, we filed, pursuant to Electronic Court filing procedures, **Notice of Motion and Plaintiff's Motion for Relief from 24 June 2019 Order,** with the Clerk of the United States District Court, a copy of which is attached hereto and served upon you.

                                            /s/ Hall Adams
                                       One of Plaintiff's Attorneys

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that service of the foregoing **Notice of Filing, Notice of Motion and Plaintiff's Motion for Relief from 24 June 2019 Order,** shall be accomplished pursuant to Electronic Court Filing procedures to counsel who are Filing Users on this __8th__ day of July 2019.

                                            /s/ Hall Adams
                                       One of Plaintiff's Attorneys

Hall Adams
Law Offices of Hall Adams LLC
33 North Dearborn Street, Suite 2350
Chicago, Illinois 60602
TX 312 445 4900
Attorneys I.D. #6194886