# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **CASSANDRA SOCHA,** | ) |
| | ) **Case No.  18 CV  05681** |
| **Plaintiff,** | ) |
| | )  **Honorable Judge Jorge L. Alonso** |
| **v.** | ) |
| | ) **Honorable Magistrate Judge Mary M. Rowland** |
| **City of Joliet, a municipal corporation,** | ) |
| **Edward Grizzle, John Does 1 – 20,** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF MOTION

To:   John O'Driscoll                    Matthew S. Clark/Michael J. Atkins
       Tressler LLP                        Knight Hoppe Kurnik & Knight, Ltd.
       233 South Wacker Drive         5600 North River Road
       61st Floor                          Suite 600
       Chicago, Illinois 60606          Rosemont, Illinois 60018

PLEASE TAKE NOTICE that on  _23rd____ day July 2019, at  _9:30_____ a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Jorge L. Alonso or any judge sitting in his stead, in the courtroom usually occupied by him in Room 1219 of the United States District Courthouse, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604 shall then and here present **Plaintiff's Motion for Relief from 24 June 2019 Order,** copies of which are attached hereto and hereby served upon you.

                                        _____/s/ Hall Adams_____
                                        One of Plaintiff's Attorneys

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that service of the foregoing **Notice of Motion and Plaintiff's Motion for Relief from 24 June 2019 Order,** shall be accomplished pursuant to Electronic Court Filing procedures to counsel who are Filing Users on this ____ day of July 2019.

                                        _____/s/ Hall Adams_____
                                        One of Plaintiff's Attorneys

Hall Adams
Law Offices of Hall Adams LLC
33 North Dearborn Street, Suite 2350
Chicago, Illinois 60602
TX 312 445 4900
Attorneys I.D. #6194886