UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CASSANDRA SOCHA,** | ) |
| | ) **Case No. 18 CV 05681** |
| **Plaintiff,** | ) |
| | ) Honorable Judge Jorge L. Alonso |
| v. | ) |
| | ) Honorable Magistrate Judge Mary M. Rowland |
| **City of Joliet, a municipal corporation,** | ) |
| **Edward Grizzle, John Does 1 – 20,** | ) |
| | ) |
| **Defendants.** | ) |

**AMENDED NOTICE OF MOTION**

To: John O'Driscoll                    Matthew S. Clark/Michael J. Atkins
    Tressler LLP                       Knight Hoppe Kurnik & Knight, Ltd.
    233 South Wacker Drive             5600 North River Road
    61st Floor                         Suite 600
    Chicago, Illinois 60606            Rosemont, Illinois 60018

PLEASE TAKE NOTICE that on __23rd__ day July 2019, at __9:30__ a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Jorge L. Alonso or any judge sitting in his stead, in the courtroom usually occupied by him in **Room 1903** of the United States District Courthouse, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604 shall then and here present **Plaintiff's Motion for Relief from 24 June 2019 Order,** copies were previously served.

                                                    /s/ Hall Adams
                                                    One of Plaintiff's Attorneys

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that service of the foregoing **AMENDED Notice of Motion,** shall be accomplished pursuant to Electronic Court Filing procedures to counsel who are Filing Users on this __9th__ day of July 2019.

                                                    /s/ Hall Adams
                                                    One of Plaintiff's Attorneys

Hall Adams
Law Offices of Hall Adams LLC
33 North Dearborn Street, Suite 2350
Chicago, Illinois 60602
TX 312 445 4900
Attorneys I.D. #6194886