# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Cassandra Socha

                          Plaintiff,

v.                                                    Case No.: 1:18−cv−05681
                                                       Honorable Jorge L. Alonso

City of Joliet, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 23, 2019:

      MINUTE entry before the Honorable Jorge L. Alonso: Motion hearing held. For the reasons stated on the record, Plaintiff's motion for relief from 24 June 2019 Order [55] is granted in part and denied in part. Plaintiff is given leave to file an amended complaint that is consistent with the Court's 6/24/19 order by 7/31/19. The deadline for amendment regarding the counts that were dismissed without prejudice is vacated. Status hearing previously set for 8/8/19 is stricken. No further status hearing in front of the District Judge will be set until the referral to the Magistrate Judge is closed. Notice mailed by judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.