## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CASSANDRA SOCHA, | ) |
| | ) Case No. 18 CV 05681 |
| **Plaintiff,** | ) |
| | ) Honorable Judge Jorge L. Alonso |
| v. | ) |
| | ) Honorable Magistrate Judge Mary M. Rowland |
| City of Joliet, a municipal corporation, | ) |
| Edward Grizzle, John Does 1 – 20, | ) |
| | ) |
| **Defendants.** | ) |

### NOTICE OF FILING

To: John O'Driscoll  Matthew S. Clark/Michael J. Atkins
Tressler LLP  Knight Hoppe Kurnik & Knight, Ltd.
233 South Wacker Drive  5600 North River Road
61st Floor  Suite 600
Chicago, Illinois 60606  Rosemont, Illinois 60018

PLEASE TAKE NOTICE that on __31st___ day July 2019, we filed, pursuant to Electronic Court filing procedures, **Plaintiff's First Amended Complaint,** with the Clerk of the United States District Court, a copy of which is attached hereto and served upon you.

/s/ Hall Adams
One of Plaintiff's Attorneys

### CERTIFICATE OF SERVICE

The undersigned attorney certifies that service of the foregoing **Notice of Filing and Plaintiff's First Amended Complaint,** shall be accomplished pursuant to Electronic Court Filing procedures to counsel who are Filing Users on this __31st__ day of July 2019.

/s/ Hall Adams
One of Plaintiff's Attorneys

Hall Adams
Law Offices of Hall Adams LLC
33 North Dearborn Street, Suite 2350
Chicago, Illinois 60602
TX 312 445 4900
Attorneys I.D. #6194886