10,000/18-7262.NUI

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| CASSANDRA SOCHA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:18-cv-05681 |
| | ) | |
| CITY OF JOLIET, a municipal | ) | |
| corporation, EDWARD GRIZZLE, JOHN | ) | |
| DOES 1-20, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT GRIZZLE'S MOTION TO DISMISS
## COUNTS VII AND XIII OF PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendant, EDWARD GRIZZLE, by and through one of his attorneys, MICHAEL J. ATKUS of KNIGHT HOPPE KURNIK & KNIGHT, LTD., and pursuant to Fed. R. Civ. P. 12(b)(6) respectfully requests that this Honorable Court enter an order dismissing Counts VII and XIII of the Plaintiff's First Amended Complaint with prejudice, and in support thereof states as follows:

1.     This case arises out of Defendant Grizzle's search of Plaintiff's iPhone pursuant to a search warrant issued by a judge in the Circuit Court of Will County, and his alleged dissemination of private images stored on the iPhone to other members of the Joliet Police Department.

2.     Count VII of the First Amended Complaint seeks relief under Article I Section VI of the Illinois Constitution;  Count XIII seeks relief under 720 ILCS 5/11-23.5.

3.     This Court has previously dismissed identical claim against the City of Joliet with prejudice for failure to state a claim.   See dkt.#52.

4.     As more fully argued in the accompanying Memorandum of Law in Support, Counts VI and XIII fail as a matter of law for the same reasons that the analogous claims against the City of Joliet failed as a matter of law.

**WHEREFORE**, Defendant Grizzle respectfully requests that this Honorable Court enter an order dismissing Counts VI and XIII of the First Amended Complaint with prejudice.

/s/ Michael J. Atkus

KNIGHT HOPPE KURNIK & KNIGHT, LTD.
Attorneys for Defendant Edward Grizzle
5600 North River Road, Suite 600
Rosemont, Illinois 60018
847/261-0700
matkus@khkklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2019, a copy of the foregoing **DEFENDANT GRIZZLE'S MOTION TO DISMISS COUNTS VII AND XIII OF PLAINTIFF'S FIRST AMENDED COMPLAINT** was electronically filed with the Clerk of the U.S. District Court using the CM/ECF System. Notice of this filing will be sent to the following parties by operations of the Court's electronic filing system:

> Hall Adams
> Law Offices of Hall Adams LLC
> Attorney for Plaintiff
> 33 North Dearborn Street, Suite 2350
> Chicago, IL 60602
> hall@adamslegal.net
>
> John O'Driscoll
> Tressler LLP
> 233 South Wacker Drive
> 61st Floor
> Chicago, Illinois 60606
> jodriscoll@tresslerllp.com

Date: August 16, 2019                    By: /s/ Michael J. Atkus