10,000/18-7262.NUI

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CASSANDRA SOCHA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:18-cv-05681 |
| | ) |
| CITY OF JOLIET, a municipal corporation, EDWARD GRIZZLE, JOHN DOES 1-20, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, September 5, 2019 at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Jorge L. Alonso, or any judge sitting in his stead, in Room 1219 of the United States District Courthouse, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present: **MOTION TO DISMISS COUNTS VII AND XIII OF PLAINTIFF'S FIRST AMENDED COMPLAINT**, a copy of which is attached and served upon you.

/s/ Michael J. Atkus

KNIGHT HOPPE KURNIK & KNIGHT, LTD.
Attorneys for Defendant Edward Grizzle
5600 North River Road, Suite 600
Rosemont, Illinois 60018
847/261-0700
matkus@khkklaw.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2019, a copy of the foregoing **NOTICE OF MOTION** was electronically filed with the Clerk of the U.S. District Court using the CM/ECF System. Notice of this filing will be sent to the following parties by operations of the Court's electronic filing system:

Hall Adams
Law Offices of Hall Adams LLC
Attorney for Plaintiff
33 North Dearborn Street, Suite 2350
Chicago, IL 60602
hall@adamslegal.net

John O'Driscoll
Tressler LLP
233 South Wacker Drive
61st Floor
Chicago, Illinois 60606
jodriscoll@tresslerllp.com

Date: August 16, 2019                By: /s/ Michael J. Atkus