NJD/mmt/4851-9700-2881　　　　　　　　　　　　　　　　　　　　　　　　　　　11399-2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CASSANDRA SOCHA, ) | |
| ) | |
| Plaintiff, ) | No. 18 cv 05681 |
| v. ) | |
| ) | Judge: Jorge L. Alonso |
| CITY OF JOLIET, an Illinois municipal ) | |
| corporation, EDWARD GRIZZLE, and JOHN ) | Magistrate: Mary M. Rowland |
| DOES 1-20, ) | |
| ) | Trial by Jury Demanded |
| Defendants. ) | |

## NOTICE OF FILING

To:　Hall Adams　　　　　　　　　　　　　　Matthew S. Clark
　　　Law Offices of Hall Adams LLC　　　　Michael J. Atkus
　　　33 North Dearborn Street, Suite 2350　　Knight Hoppe Kurnik & Knight Ltd
　　　Chicago, IL 60602　　　　　　　　　　5600 N. River Road – Suite 600
　　　　　　　　　　　　　　　　　　　　　Rosemont, IL  60018

　　　Please take notice that on the **16th day of August 2019**, I electronically filed **City of Joliet's Answer and Affirmative Defenses to Plaintiff's First Amended Complaint** with the Clerk of the Court using CM/ECF System, which will send notification of such filing.

　　　　　　　　　　　　　　　　　　　TRESSLER LLP

　　　　　　　　　　　　　　　　　　　By:　/s/*John M. O'Driscoll*
　　　　　　　　　　　　　　　　　　　　　One of Its Attorneys

## CERTIFICATE OF SERVICE

　　　The undersigned attorney certifies that service of the foregoing **Notice of Filing and City of Joliet's Answer and Affirmative Defenses to Plaintiff's First Amended Complaint** shall be accomplished pursuant to Electronic Court Filing procedures to counsel who are Filing Users on this 16th day of August 2019.

John M. O'Driscoll – jodriscoll@tresslerllp.com
Stacey L. Wilkins – swilkins@tresslerllp.com
Joseph C. Sheahan – jsheahan@tresslerllp.com
Tressler LLP
550 East Boughton Road, Suite 250
Bolingbrook, Illinois 60440
(630) 759-0800