UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CASSANDRA SOCHA, | ) |
| | ) Case No. 18 CV 05681 |
| Plaintiff, | ) |
| | ) Honorable Judge Jorge L. Alonso |
| v. | ) |
| | ) Honorable Magistrate Judge Mary M. |
| City of Joliet, a municipal corporation, | ) Rowland |
| Edward Grizzle, John Does 1 – 20, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S RESPONSES TO DEFENDANT, GRIZZLE'S
AFFIRMATIVE DEFENSES TO FIRST AMENDED COMPLAINT**

NOW COMES Plaintiff, Cassandra Socha, by and through her attorneys, Law Offices of Hall Adams, LLC and for her response to Affirmative Defenses of Defendant, Edward Grizzle to Plaintiff's First Amended Complaint, respectfully states as follows:

**FIRST AFFIRMATIVE DEFENSE**

1. On all claims for relief brought pursuant to 42 U.S.C. §1983, that Defendant, in his capacity, deprived the Plaintiff of her constitutionally protected rights, Defendant remains entitled to qualified immunity because no closely established rights of the Plaintiff were violated and at all times, Defendant acted reasonably in light of the circumstances presented.

**ANSWER:** Plaintiff denies the allegation contained in Defendant's First Affirmative Defense.

**SECOND AFFIRMATIVE DEFENSE**

2. On all claims for relief brought pursuant to Illinois law, the Defendant remains entitled to immunity pursuant to 745 ILCS 10/2-202. At all relevant times, the Defendant was acting in the execution and enforcement of the laws and did not engage in any willful or wanton conduct.

**ANSWER:** Plaintiff denies the allegation contained in Defendant's Second Affirmative Defense.

                                        Respectfully submitted,

                                        CASSANDRA SOCHA

                        By:    <u>/s/ Hall Adams</u>
                                Attorney for Plaintiff

Hall Adams
Law Offices of Hall Adams
33 North Dearborn Street, Suite 2350
Chicago, Illinois 60602
312/445-4900
312/445-4901 fax
Attorneys I.D. #6194886