UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CASSANDRA SOCHA,** | ) |
| | ) Case No. 18 CV 05681 |
| **Plaintiff,** | ) |
| | ) Honorable Judge Jorge L. Alonso |
| v. | ) |
| | ) Honorable Magistrate Judge Mary M. Rowland |
| **City of Joliet, a municipal corporation,** | ) |
| **Edward Grizzle, John Does 1 – 20,** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF FILING

To:  John O'Driscoll                Matthew S. Clark/Michael J. Atkins
     Tressler LLP                   Knight Hoppe Kurnik & Knight, Ltd.
     233 South Wacker Drive         5600 North River Road
     61st Floor                     Suite 600
     Chicago, Illinois 60606        Rosemont, Illinois 60018

PLEASE TAKE NOTICE that on 19th day August 2019, we filed, pursuant to Electronic Court filing procedures, **Plaintiff's Responses to Grizzle's Affirmative Defenses to First Amended Complaint** with the Clerk of the United States District Court, a copy of which is attached hereto and served upon you.

/s/ Hall Adams
One of Plaintiff's Attorneys

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that service of the foregoing **Notice of Filing and Plaintiff's Responses to Grizzle's Affirmative Defenses to First Amended Complaint** shall be accomplished pursuant to Electronic Court Filing procedures to counsel who are Filing Users on this 19th day of August 2019.

/s/ Hall Adams
One of Plaintiff's Attorneys

Hall Adams
Law Offices of Hall Adams LLC
33 North Dearborn Street, Suite 2350
Chicago, Illinois 60602
TX 312 445 4900
Attorneys I.D. #6194886