UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CASSANDRA SOCHA, | ) |
| | ) Case No. 18 CV 05681 |
| Plaintiff, | ) |
| | ) Honorable Judge Jorge L. Alonso |
| v. | ) |
| | ) Honorable Magistrate Judge Mary M. |
| City of Joliet, a municipal corporation, | ) Rowland |
| Edward Grizzle, John Does 1 – 20, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S RESPONSES TO DEFENDANT, CITY OF JOLIET'S AFFIRMATIVE DEFENSES TO FIRST AMENDED COMPLAINT**

NOW COMES Plaintiff, Cassandra Socha, by and through her attorneys, Law Offices of Hall Adams, LLC and for her response to Affirmative Defenses of Defendant, City of Joliet to Plaintiff's First Amended Complaint, respectfully states as follows:

**AFFIRMATIVE DEFENSE**

**I. Section 2-109 of Tort Immunity Act**

1.  The Local Governmental and Governmental Employees Tort Immunity Act states at 745 ILCS 10/2-202 that: "A public employee is not liable for his act or omission in the execution or enforcement of any law unless such act or omission constitutes willful and wanton conduct." Further, it states at 745 ILCS 10/2-109 that, "a local public entity is not liable for an injury resulting from an act or omission of its employee where the employee is not liable." Therefore, to the extent the individual defendants are not liable under section 202, then the City is also not liable.

**ANSWER:** Plaintiff denies the allegations contained in Defendant's Affirmative Defense, I. Section 2-109 of Tort Immunity Act.

## II. Section 2-102 of Tort Immunity Act

1.      The Local Governmental and Governmental Employees Tort Immunity Act states at 745 ILCS 10/2-102 that, "[A] local public entity is not liable to pay punitive or exemplary damages in any action brought directly or indirectly against it by the injured party or third-party." Therefore, the City is not liable for any punitive damages requested by Plaintiff.

**ANSWER:    Plaintiff denies the allegations contained in Defendant's Affirmative Defense, II. Section 2-102 of Tort Immunity Act.**

## III. Section 2-107 of Tort Immunity Act

1.      The Local Governmental and Governmental Employees Tort Immunity Act at 745 ILCS 10/2-107 provides in relevant part that, "[A] local public entity is not liable for injury caused by any action of its employees…for the provision of information either orally, in writing, by computer or any other electronic transmission." Therefore, the City is absolutely immune from Plaintiff's claims.

**ANSWER:    Plaintiff denies the allegations contained in Defendant's Affirmative Defense - III. Section 2-107 of Tort Immunity Act.**

## IV. Reservation

1.      The City reserves the right to assert any other defenses that may be appropriate upon facts or information revealed in discovery, including any defenses that may be asserted by any other defendants.

**ANSWER:    Plaintiff denies the allegations contained in Defendant's Affirmative Defense IV.**

                                        Respectfully submitted,

                                        CASSANDRA SOCHA

                            By:     /s/ Hall Adams           
                                        Attorney for Plaintiff

Hall Adams
Law Offices of Hall Adams
33 North Dearborn Street, Suite 2350
Chicago, Illinois  60602
312/445-4900
312/445-4901 fax
Attorneys I.D. #6194886