UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CASSANDRA SOCHA,** | ) |
| | ) Case No. 18 CV 05681 |
| **Plaintiff,** | ) |
| | ) Honorable Judge Jorge L. Alonso |
| v. | ) |
| | ) Honorable Magistrate Judge Mary M. |
| **City of Joliet, a municipal corporation,** | ) Rowland |
| **Edward Grizzle, John Does 1 – 20,** | ) |
| | ) |
| **Defendants.** | ) |

### *PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT GRIZZLE'S MOTION TO DISMISS COUNTS VII AND XIII OF PLAINTIFF'S FIRST AMENDED COMPLAINT*

Plaintiff, CASSANDRA SOCHA by her attorney, Hall Adams, states as follows for her Response in Opposition to Defendant Grizzle's Motion to Dismiss Counts VII and XIII of Plaintiff's First Amended Complaint:

Plaintiff acknowledges that consistency with this Court's earlier Order (DOC #52) requires that the Court also grant defendant Grizzle's Motion to dismiss Counts VII and XIII of Plaintiff's First Amended Complaint (DOC #63). Only for purposes of preserving the issues raised in that Motion for review, plaintiff opposes Grizzle's Motion for the same reasons that plaintiff opposed similar relief sought by City of Joliet's earlier Motion to Dismiss by incorporating, by reference here, her earlier Response in Opposition to that Motion. (DOC #37).

For the reasons stated, plaintiff asks that this court enter an Order denying Grizzle's Motion to Dismiss Counts VII And XIII of Plaintiff's First Amended Complaint.

                                               Respectfully submitted,
                                               CASSANDRA SOCHA

                                 By:     /s/ Hall Adams
                                                 Attorney for Plaintiff

Hall Adams
Law Offices of Hall Adams
33 North Dearborn Street, Suite 2350
Chicago, Illinois  60602
T: (312)445-4900
F: (312) 445-4901
Attorneys I.D. #6194886