# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Cassandra Socha

                     Plaintiff,

v.                                          Case No.: 1:18–cv–05681
                                           Honorable Jorge L. Alonso

City of Joliet, et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 22, 2019:

      MINUTE entry before the Honorable M. David Weisman: Status hearing set for 11/15/19 is stricken. Parties are directed to file a joint status report on the status of this case by 9/5/19. A new status hearing is be set after reviewing the joint status report. Mailed notice (ao,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.