UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CASSANDRA SOCHA, | ) |
| | ) Case No. 18 CV 05681 |
| Plaintiff, | ) |
| | ) Honorable Judge Jorge L. Alonso |
| v. | ) |
| | ) Honorable Magistrate Judge M. David |
| | ) Weisman |
| City of Joliet, a municipal corporation, | ) |
| Edward Grizzle, John Does 1 – 20, | ) |
| | ) |
| Defendants. | ) |

## PARTIES' JOINT STATUS REPORT

The parties, by their respective counsel and pursuant to the Court's 22 August 2019 Order (Doc. #71), state as follows for their Joint Status Report.

**I. The Nature of the Case**

A. *Basis for Federal Jurisdiction.*

Plaintiff asserts claims under the Constitution and laws of the United States, the Illinois Constitution, Illinois statutes and Illinois common law. Accordingly, this Court has subject matter jurisdiction over the action under 28 U.S.C. 1331 and 28 U.S.C. § 1367.

B. *Nature of Claims asserted in Complaint*

Plaintiff's claims arise from alleged unauthorized viewing and republication of private photographic and video graphic images on Plaintiff's smart phone in violation of her rights under U.S. and Illinois Constitutions and Illinois Statutes and common law

1

    C.    *Relief Sought*

Plaintiff seeks relief in the form of monetary damages.

    D.    *Jury Demand*

All parties have demanded a trial by jury.

    E.    *Names of Parties Yet to Be Served*

Plaintiff has not yet served John Does 1-20. There have been no Appearances for John Does 1-20.

## II. Discovery and Pending Motions

    A.    *Pending Motions*

Defendant's, the City of Joliet's, Motion to Dismiss was granted on June 24, 2019 (Dkt. 52). Plaintiff filed a Second Amended Complaint on July 31, 2019. (Dkt. 60). Defendant, Officer Grizzle, has filed a Motion to Dismiss. (Dkt. 63 and 64). Plaintiff has filed a Response to that Motion. (Dkt. 69).

By March 5, 2019 and June 4, 2019 Orders (Doc #50 and #51, respectively), discovery is stayed pending a prosecutorial decision by the Illinois Appellate Prosecutor's Office concerning an underlying criminal matter.

    B.    *Proposal for Case Management and Discovery*

Fact discovery will include depositions of numerous police officers and other employees of defendant, City of Joliet, Department of Police, and a forensic analysis of the "search" that was conducted of plaintiff's cell phone and any duplication of images taken from it. The parties anticipate discovery on the issues of liability and damages. Both sides anticipate the need for expert discovery.

The parties request deferral of a complete discovery schedule until resolution of

the stay and/or underlying criminal prosecution.

**III.** <u>**Settlement and Referrals**</u>

    A.    *Settlement Discussions*

No settlement discussions have occurred.

    B.    *Request for Settlement Conference*

A settlement conference at this time would be premature.

    C.    *Jurisdiction of the Magistrate Judge*

The parties have not consented to the jurisdiction of the assigned Magistrate Judge.

    Respectfully submitted,

    /s/ Hall Adams
    Hall Adams
    Law Office of Hall Adams LLC
    33 North Dearborn St., Suite 2350
    Chicago, IL 60602
    (312) 445-4900
    hall@adamslegal.net

    /s/ John M. O'Driscoll
    John M. O'Driscoll
    Stacy C. Wilkins
    Joseph C. Sheahan
    Tressler LLP
    550 East Boughton Road
    Suite 250
    Bolingbrook, Illinois 60440
    (630) 759-0800

    /s/ Matthew S. Clark
    Matthew S. Clark
    Michael J. Atkus
    Knight Hoppe Kurnik & Knight Ltd.
    5600 N. River Road, Suite 600
    Rosemont, Illinois 60018