UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CASSANDRA SOCHA, | ) |
| | ) Case No. 18 CV 05681 |
| **Plaintiff,** | ) |
| | ) Honorable Judge Jorge L. Alonso |
| v. | ) |
| | ) Honorable Magistrate Judge Mary M. Rowland |
| City of Joliet, a municipal corporation, | ) |
| Edward Grizzle, John Does 1 – 20, | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF FILING

To: John O'Driscoll    Matthew S. Clark/Michael J. Atkins
   Tressler LLP     Knight Hoppe Kurnik & Knight, Ltd.
   233 South Wacker Drive  5600 North River Road
   61st Floor      Suite 600
   Chicago, Illinois 60606   Rosemont, Illinois 60018

  PLEASE TAKE NOTICE that on 28th day August 2019, we filed, pursuant to Electronic Court filing procedures, **the Parties' Joint Status Report,** with the Clerk of the United States District Court, a copy of which is attached hereto and served upon you.

               /s/ Hall Adams
               One of Plaintiff's Attorneys

## CERTIFICATE OF SERVICE

  The undersigned attorney certifies that service of the foregoing **Notice of Filing and the Parties' Joint Status Report,** shall be accomplished pursuant to Electronic Court Filing procedures to counsel who are Filing Users on this 28th day of August 2019.

               /s/ Hall Adams
               One of Plaintiff's Attorneys

Hall Adams
Law Offices of Hall Adams LLC
33 North Dearborn Street, Suite 2350
Chicago, Illinois 60602
T: (312)445-4900
Attorneys I.D. #6194886