UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CASSANDRA SOCHA, | ) |
| | ) Case No. 18 CV 05681 |
| Plaintiff, | ) |
| | ) Honorable Judge Jorge L. Alonso |
| v. | ) |
| | ) Honorable Magistrate Judge M. David Weisman |
| City of Joliet, a municipal corporation, | ) |
| Edward Grizzle, John Does 1 – 20, | ) |
| | ) |
| Defendants. | ) |

## AMENDED NOTICE OF FILING

To:  John O'Driscoll                     Matthew S. Clark/Michael J. Atkins
      Tressler LLP                          Knight Hoppe Kurnik & Knight, Ltd.
      233 South Wacker Drive         5600 North River Road
      61st Floor                              Suite 600
      Chicago, Illinois 60606           Rosemont, Illinois 60018

PLEASE TAKE NOTICE that on 28th day August 2019, we filed, pursuant to Electronic Court filing procedures, **the Parties' Joint Status Report,** with the Clerk of the United States District Court, a copy of which is attached hereto and served upon you.

                                                        /s/ Hall Adams
                                                 One of Plaintiff's Attorneys

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that service of the foregoing **Notice of Filing and the Parties' Joint Status Report,** shall be accomplished pursuant to Electronic Court Filing procedures to counsel who are Filing Users on this 28th day of August 2019.

                                                        /s/ Hall Adams
                                                 One of Plaintiff's Attorneys

Hall Adams
Law Offices of Hall Adams LLC
33 North Dearborn Street, Suite 2350
Chicago, Illinois 60602
T: (312)445-4900
Attorneys I.D. #6194886