**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

CASSANDRA SOCHA**,**        )
                                    )
            Plaintiff,      )
                                    )    Case No. 18 C 5681
      v.                  )
                                    )    Judge Jorge L. Alonso
CITY OF JOLIET, EDWARD GRIZZLE,  )
and JOHN DOES 1-20,        )
                                    )
            Defendants.   )

## ORDER

Defendant Edward Grizzle's motion to dismiss Counts VII and XIII of plaintiff's first amended complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) is granted [63]. Status of September 5, 2019 is stricken.

## STATEMENT

By Order dated June 24, 2019, the Court granted the City of Joliet's motion to dismiss Counts III, VI, IX and XV of plaintiff's complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and to strike plaintiff's request for punitive damages.[1] (*See* dkt. 52.) In Count IX, plaintiff had alleged a violation of her right to privacy under Article I, Section 6 of the Illinois Constitution against the City of Joliet. In Count XV, plaintiff had alleged that the City violated 720 ILCS 5/11-23.5 by disseminating her private images without her consent. The Court dismissed both counts with prejudice.

Defendant Grizzle now brings a motion to dismiss these same claims (Count VII: violation of Article I, Section 6 of the Illinois Constitution; and, Count XIII: violation of 720 ILCS 5/11-23.5) as alleged against him based on the Court's previous ruling. In response, plaintiff acknowledges that consistency with the Court's prior Order requires the Court to grant defendant Grizzle's motion but opposes the motion only for purposes of preserving the issues on review. For the reasons stated in the Court's previous order and over plaintiff's objection, the Court grants defendant Grizzle's motion to dismiss Counts VII and XIII with prejudice.

---

[1] Having previously considered plaintiff's allegations, the Court assumes familiarity with the facts of this case.

Date:  8/30/2019

Jorge L. Alonso
United States District Judge