UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
Eastern Division

Cassandra Socha
                        Plaintiff,

v.                                                     Case No.: 1:18−cv−05681
                                                                Honorable Jorge L. Alonso

City of Joliet, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 19, 2019:

      MINUTE entry before the Honorable M. David Weisman: At plaintiff's counsel request and without objection, the status hearing set for 9/24/19 is stricken and reset to 9/23/19 at 9:15 a.m. Mailed notice (ao,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.