## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Cassandra Socha

                Plaintiff,

v.                                    Case No.: 1:18−cv−05681
                                                      Honorable Jorge L. Alonso

City of Joliet, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 23, 2019:

      MINUTE entry before the Honorable M. David Weisman: Magistrate Status hearing held. Parties addressed issues related to the stay of discovery. For reasons stated on record, Plaintiff's motion to lift the stay of discovery shall be filed by 10/21/19; response shall be filed by 11/12/19; reply shall be filed by 11/19/19. Ruling on motion hearing is set for 12/4/19 at 9:15 a.m. Mailed notice (ao,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.