| | |
|---|---|
| **STATE OF ILLINOIS** | ) |
| | ) SS. |
| **COUNTY OF WILL** | ) |

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
WILL COUNTY, ILLINOIS

| | |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS | |
| vs. | STATES ATTORNEYS OFFICE |
| IN REGARDS TO A CERTAIN CRIMINAL INVESTIGATION | SEARCH WARRANT NO. |

# SEARCH WARRANT

TO ALL PEACE OFFICERS OF THE STATE OF ILLINOIS:

On this day, Friday, May 18th, 2018 Complainant-Affiant Detective Sergeant Edward Grizzle of the Joliet Police Department, has signed and sworn to a complaint for search warrant before me. Upon examination of the written complaint, I find that said complaint on its face states facts sufficient to show probable cause for the issuance of a search warrant, and I therefore command that the following property be searched:

Page 2 of 8


EXHIBIT A

A. The following described property:

1. Apple iPhone Rose Gold in color with cell phone number 708-717-3652

I further command that the following described instruments, articles and things which have been used in the commission of, or which constitute evidence of the offense of **Harassment via electronic communications, Intimidation** be seized, searched, and forensically analyzed:

> Any and all data regarding electronic communications, including dates and times of those communications, digital images or videos, e-mail, voice mail, buddy lists, chat logs, instant messaging or text accounts, forensic data as well as data pertaining to ownership and registration of the device, any and all access logs identifying who utilized said digital storage devices, and any "hidden," erased, compressed, password-protected, or encrypted files.

FORENSIC ANALYSIS: This search warrant shall include authority to analyze and search any media seized for relevant evidence as outlined in this search warrant.

ADDITIONAL AUTHORITY: This search warrant shall include authority to decrypt any encrypted or password-protected data located on these computers that were seized from the above listed residence. This search warrant shall also include the authority to enter any locked folders located in these computers seized in the above listed residence.

RETURN OF SEARCH WARRANT: This search warrant shall be considered formally returned within a reasonable time period by listing all physical items seized pursuant to the warrant. Full search warrant return including the results of all forensic analysis contemplates a reasonable time period in light of the fact that modern hard drives can potentially contain millions of pages of data in a format that is not easily searched.

USE OF UNSWORN PERSONNEL: Forensic analysis of any data obtained from the seized items pursuant to this search warrant may be conducted by employees of law enforcement agencies who are not sworn law enforcement personnel, but are instead civilian employees.

    I further command that a return of any physical items so seized shall be made without unnecessary delay before me or before Judge ___J Carlson___ ~~or~~ before any Court of competent jurisdiction.

_[signature]_

Twelfth Circuit Judge

Date of Issuance: May 18th 2018

Time of Issuance: 11:19 AM