

## ORDER TO SEAL SEARCH WARRANT DOCUMENTS

The Court finds that this Application for Search Warrant and this Search Warrant, including the caption on said Application and Warrant, contain information regarding an ongoing criminal investigation, and therefore,

IT IS HEREBY ORDERED that any and all documents in this matter relating to the application for and issuance of a search warrant, and any other affidavits, orders, and documents, including the caption, relating to said application shall, upon filing with the Circuit Court, be sealed until further order of this Court.

_____
CIRCUIT JUDGE

May 18th, 2018
DATE

Grizzle009

EXHIBIT B