**Hall Adams**

| | |
|---|---|
| **From:** | usdc_ecf_ilnd@ilnd.uscourts.gov |
| **Sent:** | Tuesday, March 05, 2019 10:40 AM |
| **To:** | ecfmail_ilnd@ilnd.uscourts.gov |
| **Subject:** | Activity in Case 1:18-cv-05681 Socha v. City of Joliet motion for miscellaneous relief |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## United States District Court

### Northern District of Illinois - CM/ECF LIVE, Ver 6.2.2

### Notice of Electronic Filing

The following transaction was entered on 3/5/2019 at 10:40 AM CST and filed on 3/5/2019

**Case Name:** Socha v. City of Joliet
**Case Number:** 1:18-cv-05681
**Filer:** City of Joliet
Edward Grizzle
**Document Number:** No document attached

**Docket Text:**
**ORAL MOTION by Defendants to stay discovery. (dm, )**

1:18-cv-05681 Notice has been electronically mailed to:

Hall Adams, III   hall@adamslegal.net

John M. O'Driscoll   jodriscoll@tresslerllp.com, Chicagodocket@tresslerllp.com, ogarcia8888@tresslerllp.com

Matthew Scott Clark   Mclark@khkklaw.com, lgreenberg@khkklaw.com

Michael Jude Atkus   matkus@khkklaw.com, lgreenberg@khkklaw.com

Nicholas J. Daly   ndaly@tresslerllp.com, chicagodocket@tresslerllp.com, cskowron@tresslerllp.com, dalynich3@gmail.com, mtowns@tresslerllp.com

Stacey Lynn Wilkins   swilkins@tresslerllp.com, chicagodocket@tresslerllp.com, mtowns@tresslerllp.com

EXHIBIT C

1

**1:18-cv-05681 Notice has been delivered by other means to:**

Paul Bruno Johnson
Knight, Hoppe, Kurnik & Knight LLC
5600 North River Road
Suite 600
Rosemont, IL 60018