UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CASSANDRA SOCHA,** | ) |
| | ) Case No. 18 CV 05681 |
| **Plaintiff,** | ) |
| | ) Honorable Judge Jorge L. Alonso |
| v. | ) |
| | ) Honorable Magistrate M. David Weisman |
| **City of Joliet, a municipal corporation,** | ) |
| **Edward Grizzle, John Does 1 – 20,** | ) |
| | ) |
| **Defendants.** | ) |

### NOTICE OF MOTION

To:    John O'Driscoll                  Matthew S. Clark/Michael J. Atkins
        Tressler LLP                       Knight Hoppe Kurnik & Knight, Ltd.
        233 South Wacker Drive          5600 North River Road
        61st Floor                         Suite 600
        Chicago, Illinois 60606           Rosemont, Illinois 60018

       PLEASE TAKE NOTICE that on _16th_ day October 2019, at _9:15_ a.m. or as soon thereafter as counsel may be heard, I shall appear before Honorable Magistrate Judge M. David Weisman or any judge sitting in his stead, in the courtroom usually occupied by him in **Room 1300** of the United States District Courthouse, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604 shall then and here present **Plaintiff's Motion to Vacate Stay,** copies are attached hereto

                                                       /s/ Hall Adams
                                                       One of Plaintiff's Attorneys

### CERTIFICATE OF SERVICE

       The undersigned attorney certifies that service of the foregoing **Plaintiff's Motion to Vacate Stay,** shall be accomplished pursuant to Electronic Court Filing procedures to counsel who are Filing Users on this _7th_ day of October 2019.

                                                       /s/ Hall Adams
                                                      One of Plaintiff's Attorneys

Hall Adams
Law Offices of Hall Adams LLC
33 North Dearborn Street, Suite 2350
Chicago, Illinois 60602
TX 312 445 4900
Attorneys I.D. #6194886