## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **CASSANDRA SOCHA,** | ) |
| | ) Case No. 18 CV 05681 |
| **Plaintiff,** | ) |
| | ) Honorable Judge Jorge L. Alonso |
| v. | ) |
| | ) Honorable Magistrate M. David Weisman |
| **City of Joliet, a municipal corporation,** | ) |
| **Edward Grizzle, John Does 1 – 20,** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF FILING

To:    John O'Driscoll                           Matthew S. Clark/Michael J. Atkins
         Tressler LLP                              Knight Hoppe Kurnik & Knight, Ltd.
         233 South Wacker Drive           5600 North River Road
         61st Floor                                     Suite 600
         Chicago, Illinois 60606            Rosemont, Illinois 60018

      PLEASE TAKE NOTICE that on 10th day October 2019, we filed, pursuant to Electronic Court filing procedures, **this Notice of Filing of Plaintiff's Motion to Vacate Discovery Stay and For Other Relief filed as Doc. #80,** with the Clerk of the United States District Court, a copy of this Notice is attached hereto and served upon you.

                                                                   /s/ Hall Adams
                                                             One of Plaintiff's Attorneys

## CERTIFICATE OF SERVICE

      The undersigned attorney certifies that service of the foregoing **Notice of Filing,** shall be accomplished pursuant to Electronic Court Filing procedures to counsel who are Filing Users on this 10th day of October 2019.

                                                                   /s/ Hall Adams
                                                             One of Plaintiff's Attorneys

Hall Adams
Law Offices of Hall Adams LLC
33 North Dearborn Street, Suite 2350
Chicago, Illinois 60602
T: (312)445-4900
Attorneys I.D. #6194886