# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CASSANDRA SOCHA, | ) |
| | ) |
| Plaintiff, | ) No. 18 cv 05681 |
| v. | ) |
| | ) Judge: Jorge L. Alonso |
| CITY OF JOLIET, an Illinois municipal corporation, EDWARD GRIZZLE, and JOHN DOES 1-20, | ) |
| | ) Magistrate: Mary M. Rowland |
| | ) |
| | ) Trial by Jury Demanded |
| Defendants. | ) |

## NOTICE OF FILING

To:  Hall Adams                                  Matthew S. Clark
     Law Offices of Hall Adams LLC               Michael J. Atkus
     33 North Dearborn Street, Suite 2350        Knight Hoppe Kurnik & Knight Ltd
     Chicago, IL 60602                           5600 N. River Road – Suite 600
                                                 Rosemont, IL 60018

Please take notice that on the **12th day of November, 2019**, I electronically filed **the Certificate of Service and the City of Joliet's And Edward Grizzle's Joint Response Brief In Opposition To Plaintiff's Motion to Vacate Discovery Stay And For Other Relief** with the Clerk of the Court using CM/ECF System, which will send notification of such filing.

TRESSLER LLP

By: /s/*John M. O'Driscoll*
One of Its Attorneys

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that service of the foregoing **Notice of Filing, Certificate of Service and the City of Joliet's And Edward Grizzle's Joint Response Brief In Opposition To Plaintiff's Motion to Vacate Discovery Stay And For Other Relief** shall be accomplished pursuant to Electronic Court Filing procedures to counsel who are Filing Users on this 12th day of November, 2019.

John M. O'Driscoll (ARDC #6237793)
Stacey L. Wilkins (ARDC #6301187)
Joseph C. Sheahan (ARDC #6313969)
TRESSLER LLP
Counsel for City of Joliet
550 E. Boughton Road, Suite 250
Bolingbrook, Illinois 60440
jodriscoll@tresslerllp.com
swilkins@tresslerllp.com
jsheahan@tresslerllp.com