IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CASSANDRA SOCHA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 18 cv 05681 |
| v. | ) | |
| | ) | Judge: Jorge L. Alonso |
| CITY OF JOLIET, an Illinois municipal corporation, EDWARD GRIZZLE, and JOHN DOES 1-20, | ) ) ) | Magistrate: Mary M. Rowland |
| | ) | Trial by Jury Demanded |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

To: Hall Adams
Law Offices of Hall Adams LLC
Attorney for Plaintiff
33 North Dearborn Street, Suite 2350
Chicago, IL 60602
hall@adamslegal.net

Matthew S. Clark
Michael J. Atkus
Knight Hoppe Kurnik & Knight Ltd
Attorneys for Edward Grizzle
5600 N. River Road – Suite 600
Rosemont, IL 60018
mclark@khkklaw.com
matkus@khkklaw.com

The undersigned attorney certifies that service of the foregoing Certificate of Service of City of Joliet's and Edward Grizzle's Joint Response Brief In Opposition To Plaintiff's Motion To Vacate Discovery Stay And For Other Relief shall be accomplished pursuant to Electronic Court Filing procedures to counsel who are Filing Users on this 12th day of November, 2019.

/s/ John O'Driscoll
One of Defendant's Attorneys

John M. O'Driscoll (ARDC #6237793)
Stacey L. Wilkins (ARDC #6301187)
Joseph C. Sheahan (ARDC #6313969)
TRESSLER LLP
Counsel for City of Joliet
550 E. Boughton Road, Suite 250
Bolingbrook, Illinois 60440
jodriscoll@tresslerllp.com
swilkins@tresslerllp.com
jsheahan@tresslerllp.com