

EXHIBIT A

## Joseph Sheahan

| | |
|---|---|
| **From:** | Lorinda Lamken <llamken@ilsaap.org> |
| **Sent:** | Tuesday, October 8, 2019 2:37 PM |
| **To:** | Joseph Sheahan |
| **Subject:** | RE: Socha v. Joliet, et al. - N.D. Ill. Case No. 18-CV-05681 |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Mr. Sheahan,

A final decision has not been made as of yet. I believe that within the next couple of weeks our office will be making a final decision.

Lorinda Lamken


Lorinda M. Lamken
Special Prosecutor
State's Attorneys Appellate Prosecutor
725 South 2nd Street
Springfield, Illinois 62704
(217)782-1628
Fax (217)782-6305

**From:** Joseph Sheahan
**Sent:** Tuesday, October 8, 2019 2:23 PM
**To:** llamken@ilsaap.org
**Subject:** Socha v. Joliet, et al. - N.D. Ill. Case No. 18-CV-05681

Good afternoon Ms. Lamken-Finnel,

I represent the City of Joliet in the above referenced claim. The plaintiff has filed a civil rights claim arising out of a search of her cell phone pursuant to a search warrant. Her boyfriend, Nicholas Crowley, was a defendant in a criminal case: People v. Crowley, No. 17 CF 1422, Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois. The plaintiff's cell phone was allegedly searched for evidence of witness intimidation. The above civil case has been stayed since May of 2019 pending the outcome of the criminal appeal and the Special Investigations Division's investigation into the matter. The plaintiff's attorney has filed the attached motion to vacate the discovery stay and I am preparing a response.

I'm reaching out to you because the plaintiff's attorney has represented that he had prior conversations with you on the status of the investigation. As I am working to prepare a response to continue the stay pending Division's investigation, I wanted to see if you were at liberty to give me an update on the status of the investigation. I do not need any details other than confirmation that the investigation is continuing.

Thanks in advance for you help and please do not hesitate to contact me with any questions.

Joe

**Joseph C. Sheahan** | Associate
Tressler LLP
233 South Wacker Drive, 61st Floor

1

Chicago, IL 60606
Telephone: 312.627.4161 | Fax: 312.627.1717
jsheahan@tresslerllp.com | www.tresslerllp.com | https://www.tresslerllp.com/joseph-sheahan

  

**CALIFORNIA | ILLINOIS | NEW JERSEY | NEW YORK | PENNSYLVANIA**

Thank you for considering the environmental impact of printing emails.
Tressler LLP is a law firm and therefore this message, including attachments, is covered by the Electronic Communication Privacy Act, 18 U.S.C., sections 2510-2521, is CONFIDENTIAL and may also be protected by ATTORNEY/CLIENT PRIVILEGE. If you believe you received this e-mail in error, do not read it. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. If the reader of this message is not the intended recipient, I did not intend to waive and do not waive any privileges or confidentiality of this message or the attachments. Please reply to the sender that you have received the message in error, then delete it. Thank you.