UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CASSANDRA SOCHA,** | ) |
| | ) Case No. 18 CV 05681 |
| **Plaintiff,** | ) |
| | ) Honorable Judge Jorge L. Alonso |
| v. | ) |
| | ) Honorable Magistrate M. David Weisman |
| **City of Joliet, a municipal corporation,** | ) |
| **Edward Grizzle, John Does 1 – 20,** | ) |
| | ) |
| **Defendants.** | ) |

### NOTICE OF FILING

To:     John O'Driscoll                           Matthew S. Clark/Michael J. Atkins
        Tressler LLP                                 Knight Hoppe Kurnik & Knight, Ltd.
        233 South Wacker Drive               5600 North River Road
        61st Floor                                       Suite 600
        Chicago, Illinois 60606                Rosemont, Illinois 60018

      PLEASE TAKE NOTICE that on 19th day November 2019, we filed, pursuant to Electronic Court filing procedures, **this Notice of Filing of Plaintiff's Reply in Support of its Motion to Vacate Discovery Stay and For Other Relief,** with the Clerk of the United States District Court, a copy of this Notice is attached hereto and served upon you.

                                                                         /s/ Hall Adams
                                                               One of Plaintiff's Attorneys

### CERTIFICATE OF SERVICE

      The undersigned attorney certifies that service of the foregoing **Notice of Filing and Plaintiff's Reply in Support of its Motion to Vacate Discovery Stay and For Other Relief,** shall be accomplished pursuant to Electronic Court Filing procedures to counsel who are Filing Users on this 19th day of November 2019.

                                                                      /s/ Hall Adams
                                                               One of Plaintiff's Attorneys

Hall Adams
Law Offices of Hall Adams LLC
33 North Dearborn Street, Suite 2350
Chicago, Illinois 60602
T: (312)445-4900
Attorneys I.D. #6194886