# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Cassandra Socha

                      Plaintiff,

v.                                                    Case No.: 1:18−cv−05681
                                                        Honorable Jorge L. Alonso

City of Joliet, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 21, 2019:

      MINUTE entry before the Honorable M. David Weisman: At Plaintiff's counsel request and by agreement, the ruling on motion hearing set for 12/16/19 is stricken and reset to 12/17/19 at 9:15 a.m. Mailed notice (ao,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.