UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Cassandra Socha
                         Plaintiff,

v.                                             Case No.: 1:18−cv−05681
                                                   Honorable Jorge L. Alonso

City of Joliet, et al.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, December 17, 2019:

        MINUTE entry before the Honorable M. David Weisman: Motion hearing held. For the reasons stated on the record, Plaintiff's motion to vacate discovery stay [80] is denied at this time. As discussed, the Court has concerns that the Younger abstention applies here. In Younger v. Harris, 401 U.S. 37, the court held that "federal courts must abstain from taking jurisdiction over federal constitutional claims that may interfere with ongoing state proceedings." Gakuba v. O'Brien, 711 F.3d 751, 753 (7th Cir. 2013) (citing SKS & Assocs., Inc. v. Dart, 619 F.3d 674, 677 (7th Cir. 2010)). Because some of the issues raised in this case may also be litigated in the criminal case against Plaintiff (should a criminal case be initiated against Plaintiff), a stay is warranted at this time. Parties are directed to confer with the Special Prosecutor from the Office of the State of Illinois State's Attorney's Appellate Prosecutor's Office assigned to the underlying investigation to assess the status of the investigation. Status hearing set for 1/29/20 at 9:15 a.m. Mailed notice (ao,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.