**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1**
**Eastern Division**

Cassandra Socha

                Plaintiff,

v.                                      Case No.: 1:18−cv−05681
                                            Honorable Jorge L. Alonso

City of Joliet, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 29, 2020:

      MINUTE entry before the Honorable M. David Weisman: Magistrate status hearing held. Defendant City of Joliet's counsel reported that the original prosecutor assigned to the underlying investigation is no longer handling the investigation and that the Special Prosecutor's Office should have an answer by the end of next week as to the status of the underlying criminal investigation. For the time being, discovery remains stayed. Status hearing set for 3/2/2020 at 9:15 a.m. to assess the status of the underlying investigation. Mailed notice (ao,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.