# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Cassandra Socha

                              Plaintiff,

v.                                               Case No.: 1:18–cv–05681
                                                 Honorable Jorge L. Alonso

City of Joliet, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 2, 2020:

    MINUTE entry before the Honorable M. David Weisman: Magistrate status hearing held. Parties reported that the Special Prosecutor's Office has not made any decision on the underlying criminal investigation. For the reasons stated on the record, the stay on discovery is lifted. Initial written discovery shall be issued by 3/13/2020. Any additional written discovery issued by the parties must be by agreement or with leave of Court. Parties may issue third–party discovery. If the parties would like a protective order, they shall file a motion for entry of a protective order and send the proposed protective order to Proposed_Order_Weisman@ilnd.uscourts.gov. Parties shall use the redline function of Word so the Court can review changes to the standard Northern District of Illinois protective order if the parties choose to use the standard order. Status hearing set for 4/23/2020 at 9:15 a.m. to discuss the status of written discovery as well as any developments from the Special Prosecutor's Office. Mailed notice (ao,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.