UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CASSANDRA SOCHA,** | ) |
| | ) Case No. 18 CV 05681 |
| **Plaintiff,** | ) |
| | ) Honorable Judge Jorge L. Alonso |
| v. | ) |
| | ) Honorable Magistrate M. David Weisman |
| **City of Joliet, a municipal corporation,** | ) |
| **Edward Grizzle, John Does 1 – 20,** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF FILING

To:     John O'Driscoll              Matthew S. Clark/Michael J. Atkins
         Tressler LLP                    Knight Hoppe Kurnik & Knight, Ltd.
         233 South Wacker Drive         5600 North River Road
         61st Floor                       Suite 600
         Chicago, Illinois 60606          Rosemont, Illinois 60018

        PLEASE TAKE NOTICE that on 12th day March , we filed, pursuant to Electronic Court filing procedures, **Certificate of Service of Plaintiff's Interrogatories and Notice for Production of Documents directed to Defendants, City of Joliet and Edward Grizzle**, and are attached hereto and served upon you.

                                                      /s/ Hall Adams
                                                    One of Plaintiff's Attorneys

## CERTIFICATE OF SERVICE

        The undersigned attorney certifies that service of the foregoing **Notice of Filing and Certificate of Service of Plaintiff's Interrogatories and Notice for Production of Documents directed to Defendants, City of Joliet and Edward Grizzle,** shall be accomplished pursuant to Electronic Court Filing procedures to counsel who are Filing Users on this 12th day of March 2020.

                                                      /s/ Hall Adams
                                                   One of Plaintiff's Attorneys

Hall Adams
Law Offices of Hall Adams LLC
33 North Dearborn Street, Suite 2350
Chicago, Illinois 60602
T: (312)445-4900
Attorneys I.D. #6194886