UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CASSANDRA SOCHA,** | ) |
| | ) Case No. 18 CV 05681 |
| **Plaintiff,** | ) |
| | ) Honorable Judge Jorge L. Alonso |
| v. | ) |
| | ) Honorable Magistrate Judge Mary M. Rowland |
| **City of Joliet, a municipal corporation,** | ) |
| **Edward Grizzle, John Does 1 – 20,** | ) |
| | ) |
| **Defendants.** | ) |

## CERTIFICATE OF SERVICE

To:   John O'Driscoll               Matthew S. Clark/Michael J. Atkins
      Tressler LLP                  Knight Hoppe Kurnik & Knight, Ltd.
      233 South Wacker Drive        5600 North River Road
      22nd Floor                    Suite 600
      Chicago, Illinois 60606       Rosemont, Illinois 60018

    The undersigned attorney certifies that service of the foregoing **Certificate of Service of Plaintiff's Supplemental Production Request directed to Defendants and Supplemental Request for Production** shall be accomplished on this ___13th___ day of March 2020 via email.

                                                            /s/ Hall Adams
                                                          One of Plaintiff's Attorneys

Hall Adams
Law Offices of Hall Adams LLC
33 North Dearborn Street, Suite 2350
Chicago, Illinois 60602
TX 312 445 4900
Attorneys I.D. #6194886