## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **CASSANDRA SOCHA,** | ) |
| | ) **Case No. 18 CV 05681** |
| **Plaintiff,** | ) |
| | ) **Honorable Judge Jorge L. Alonso** |
| **v.** | ) |
| | ) **Honorable Magistrate M. David Weisman** |
| **City of Joliet, a municipal corporation,** | ) |
| **Edward Grizzle, John Does 1 – 20,** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF FILING

To:      John O'Driscoll             Matthew S. Clark/Michael J. Atkins
        Tressler LLP                 Knight Hoppe Kurnik & Knight, Ltd.
        233 South Wacker Drive       5600 North River Road
        61st Floor                   Suite 600
        Chicago, Illinois 60606       Rosemont, Illinois 60018

       PLEASE TAKE NOTICE that on 13th   day March , we filed, pursuant to Electronic Court filing procedures, **Certificate of Service of Plaintiff's Supplemental Notice for Production of Documents directed to Defendants, City of Joliet and Edward Grizzle,** and is attached hereto and served upon you.

                                   /s/ Hall Adams
                                   One of Plaintiff's Attorneys

## CERTIFICATE OF SERVICE

       The undersigned attorney certifies that service of the foregoing **Notice of Filing and Certificate of Service of Plaintiff's Supplemental Notice for Production of Documents directed to Defendants, City of Joliet and Edward Grizzle**, shall be accomplished pursuant to Electronic Court Filing procedures to counsel who are Filing Users on this 13th day of March 2020.

                                   /s/ Hall Adams
                                   One of Plaintiff's Attorneys

Hall Adams
Law Offices of Hall Adams LLC
33 North Dearborn Street, Suite 2350
Chicago, Illinois 60602
T: (312)445-4900
Attorneys I.D. #6194886