# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Cassandra Socha

                  Plaintiff,

v.                                            Case No.: 1:18–cv–05681
                                                  Honorable Jorge L. Alonso

City of Joliet, et al.

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 6, 2020:

      MINUTE entry before the Honorable M. David Weisman: In light of Second Amended General Order 20–0012 issued by Chief Judge Pallmeyer on March 30, 2020, the Court strikes the status hearing currently set for 4/23/2020 and resets the status hearing for 6/3/2020 at 9:15 a.m. Mailed notice (ao,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.