## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Cassandra Socha

                Plaintiff,

v.                                        Case No.: 1:18–cv–05681
                                                            Honorable Jorge L. Alonso

City of Joliet, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 26, 2020:

    MINUTE entry before the Honorable M. David Weisman: Status hearing set for 6/3/2020 is stricken and reset to 7/1/2020 at 9:15 a.m. Parties shall file a joint status report by 6/24/2020. Mailed notice (ao,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.