IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CASSANDRA SOCHA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 18 cv 05681 |
| v. | ) | |
| | ) | Judge: Jorge L. Alonso |
| CITY OF JOLIET, an Illinois municipal corporation, EDWARD GRIZZLE, and JOHN DOES 1-20, | ) ) ) | Magistrate: M. David Weisman |
| | ) | |
| Defendants. | ) | |

## MOTION FOR LEAVE TO WITHDRAWAL AS COUNSEL

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, the undersigned counsel respectfully requests that this Court grant Joseph C. Sheahan leave to withdraw his appearance in this case.

Mr. Sheahan will no longer be involved in the litigation of this matter, but the City of Joliet will continue to be represented by other counsel from the law firm of Tressler, LLP. As such, the withdrawal of Mr. Sheahan will not delay this proceeding, and no prejudice will result to any party.

WHEREFORE, the undersigned respectfully requests that the appearance of Joseph C. Sheahan be terminated, including all electronic notifications.

Respectfully submitted,
Tressler, LLP

/s/ Joseph C. Sheahan
Joseph C. Sheahan (IL Bar 6313969)
TRESSLER LLP
Counsel for City of Joliet
550 E. Boughton Road, Suite 250
Bolingbrook, Illinois 60440
jsheahan@tresslerllp.com

## **CERTIFICATE OF SERVICE**

     I, Joseph C. Sheahan, certify that on June 5, 2020 I have caused a true and correct copy of the above document to be sent via e-filing to all counsel of record, in accordance with the rules on electronic filing of documents.

                                        /s/ Joseph C. Sheahan
                                        Joseph C. Sheahan