# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Cassandra Socha v. City of Joliet, Edward Grizzle and Does 1-20

Case Number: 18-CV-05681

An appearance is hereby filed by the undersigned as attorney for:

City of Joliet

Attorney name (type or print): James J. Hess

Firm: Tressler LLP

Street address: 233 S. Wacker Drive, 61st Floor

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6306162
(See item 3 in instructions)

Telephone Number: 312.768.2230

Email Address: jhess@tresslerllp.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you acting as local counsel in this case? | ☐ | ✔ |
| Are you a member of the court's trial bar? | ☐ | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✔ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on June 9, 2020

Attorney signature: S/ James J.Hess

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015