IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CASSANDRA SOCHA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 18 cv 05681 |
| v. | ) | |
| | ) | Judge: Jorge L. Alonso |
| CITY OF JOLIET, an Illinois municipal corporation, EDWARD GRIZZLE, and JOHN DOES 1-20, | ) ) ) | Magistrate: M. David Weisman |
| | ) | |
| Defendants. | ) | |

**PARTIES' JOINT STATUS REPORT**

NOW COME the Parties, by and through their respective undersigned counsel and hereby submit the following Joint Status Report pursuant to Docket Entry 97:

Summary of Case

This case arises out of a search warrant authorized by a judge in the Circuit Court of Will County for the contents of Plaintiff's iPhone. In general, Plaintiff alleges that Defendants (1) lied to the court to obtain the warrant (2) exceeded the scope of the warrant and (3) disseminated private images located on the iPhone during the search without any legitimate justification.

Progress of Discovery

The parties have complied with all obligations under the Mandatory Initial Discovery Pilot Program. However, Defendants have claimed privilege over production of certain documents based upon two separate bases: 1) the Office of the State of Illinois State's Attorney's Appellate Prosecutor, Special Investigations Division was conducting a criminal investigation into some of the conduct alleged in the Complaint; and 2) an Order entered in the Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois placed some of the potentially responsive materials under seal. As a result, discovery was stayed for some time. On March 2, 2020, this Court lifted the discovery stay finding that the Special Prosecutor's Office had still not made any decision on the

underlying criminal investigation (Dkt. 90). The Order sealing certain documents entered in Will County remains in full force and effect.

The parties issued written discovery March 2020. Written discovery answers remain outstanding. All parties in this case are front-line, essential workers during the COVID-19 pandemic and unrest. City officials are concentrating efforts on maintaining and promoting the health, safety and welfare of City residents. Counsel for the City of Joliet has been unable to meaningfully meet with City officials regarding the outstanding discovery requests. Further, the parties agree that is would be an efficient use of resources to allow for settlement discussions to proceed amongst the parties over the next 45 days instead of complying with written discovery.

Briefing on Unresolved Motions

None.

Settlement Efforts

Defendants' counsel solicited and Plaintiff counsel has recently conveyed a demand. Defense counsel will be meeting with their clients at the end of the first week of July to discuss same and a response. Respectfully, the parties request an opportunity to investigate settlement before spending resources on further written discovery.

45-Day Plan

Respectfully, the parties request an opportunity to investigate settlement over the next 45 days before spending resources on further written discovery. If settlement discussions are not fruitful, the parties will then comply with outstanding written discovery. The parties propose a status hearing at the end of August to report on the status of settlement or written discovery.

Agreed Discovery Schedule

The parties agree to investigate settlement discussions before proceeding with further written discovery.

Necessary Court Actions

    None other than setting a new status date in August as outlined above.

Need for Telephonic Hearing

    The parties do not have any actions that require an immediate telephonic hearing.

Dated: June 22, 2020

Cassandra Socha

By: _____
Hall Adams
LAW OFFICES OF HALL ADAMS
33 North Dearborn Street, Suite 2350
Chicago, Illinois 60602
hall@adamslegal.net

City of Joliet

By: _____
John M. O'Driscoll (ARDC #6237793)
Stacey L. Wilkins (ARDC #6301187)
TRESSLER LLP
Counsel for City of Joliet
550 E. Boughton Road, Suite 250
Bolingbrook, Illinois 60440
jodriscoll@tresslerllp.com
swilkins@tresslerllp.com

Edward Grizzle

By: _____
Michael J. Atkus (ARDC #628566)
KNIGHT HOPPE KURNIK & KNIGHT, LTD.
5600 N. River Road, Suite 600
Rosemont, Illinois 60018
matkus@khkklaw.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing document was served electronically by use of the Court's CM/ECF filing system on all counsel of record, including:

Hall Adams
LAW OFFICES OF HALL ADAMS
33 North Dearborn Street, Suite 2350
Chicago, Illinois 60602
hall@adamslegal.net

Michael J. Atkus
KNIGHT HOPPE KURNIK & KNIGHT, LTD.
5600 N. River Road, Suite 600
Rosemont, Illinois 60018
matkus@khkklaw.com

                                              Respectfully Submitted,

                                              City of Joliet

                                              By: _____/s/John M. O'Driscoll_____
                                                          One of Its Attorneys

John M. O'Driscoll (ARDC #6237793)
Stacey L. Wilkins (ARDC #6301187)
TRESSLER LLP
Counsel for City of Joliet
550 E. Boughton Road, Suite 250
Bolingbrook, Illinois 60440
jodriscoll@tresslerllp.com
swilkins@tresslerllp.com