UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Cassandra Socha

                    Plaintiff,

v.                                                 Case No.: 1:18–cv–05681
                                                     Honorable Jorge L. Alonso

City of Joliet, et al.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 22, 2020:

      MINUTE entry before the Honorable M. David Weisman:The Court has reviewed the parties' joint status report (dkt. [102]) and grants the parties' request to pursue settlement negotiations prior to spending resources on further written discovery. Status hearing set for 7/1/2020 is stricken and reset to 8/24/2020 at 9:15 a.m. to allow the parties sufficient time to explore the possibility of settlement. If the parties are unable to reach a settlement agreement, they shall be prepared to discuss the status of written discovery at the next status hearing. Mailed notice (ao,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.