UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Cassandra Socha

                  Plaintiff,

v.

City of Joliet, et al.

                  Defendant.

Case No.: 1:18−cv−05681
Honorable Jorge L. Alonso

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 26, 2020:

      MINUTE entry before the Honorable M. David Weisman: Magistrate status hearing held. Plaintiff's counsel and counsel for Defendant City of Joliet appeared telephonically. Counsel for Defendant Grizzle failed to appear. Rule to Show Cause is issued as to attorney Michael Jude Atkus for failure to appear. Plaintiff's counsel reported that Plaintiff is interested in having a settlement conference. Counsel for Defendant City of Joliet reported that Defendant City of Joliet is not interested in having a settlement conference at this time. Parties reported that the Special Prosecutor's Office has not made any decision on the underlying criminal investigation. Plaintiff shall answer written discovery by 9/4/2020. Defendant shall answer written discovery by 9/25/2020. These are firm dates. A telephonic status hearing is set for 10/7/2020 at 9:45 a.m. to report on the status of written discovery, deposition scheduling, and whether the Special Prosecutor has made a decision on the underlying criminal investigation. Parties shall dial in using the Court's conference call−in number. The conference call−in number is 1−877−411−9748 and the passcode is 1814539. Please note that the Court's conference call−in will be used by all cases that are on the Court's calendar for the said date, therefore counsel must be in a quiet area while on the line and must have the telephone muted until your case is called by the Court. Once the Court has heard your case you shall disconnect from the conference line. Mailed notice (ao,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.