10,000/18-7262.NUI

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| CASSANDRA SOCHA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:18-cv-05681 |
| | ) | |
| CITY OF JOLIET, a municipal | ) | |
| corporation, EDWARD GRIZZLE, JOHN | ) | |
| DOES 1-20, | ) | |
| | ) | |
| Defendants. | ) | |

## ATTORNEY MICHAEL J. ATKUS'S
## RESPONSE TO RULE TO SHOW CAUSE

Michael J. Atkus of KNIGHT HOPPE KURNIK & KNIGHT, LTD., submits his Response to the Court's Rule to Show Cause order entered on August 26, 2020 and states as follows:

1.      I am one of the attorneys representing Defendant Edward Grizzle in this matter.

2.      On August 26, 2020 at 9:15 A.M. this Court held a telephonic status conference in this matter, for which I failed to appear.

3.      The Court subsequently issued a rule to show cause for my failure to appear.

4.      My failure to appear for the August 26, 2020 telephonic status conference was a result of my misremembering the time at which the call was

1

scheduled to proceed. I mistakenly believed that the conference was scheduled for 9:45 A.M. rather than 9:15 A.M.

5.      When I sat down with my notes to call in for the status conference at 9:40 A.M., I realized that the conference was scheduled for 9:15 A.M. and that I had already missed it.

6.      Since missing the status conference, I have spoken with both counsel for Plaintiff and counsel for co-defendant, apologized to them for my absence, and explained the circumstances and reasons therefor. Counsels were kind enough to summarize the proceedings that I missed for me.

7.      I have also reviewed the Court's August 26, 2020 order in total and understand the discovery deadlines that the Court has set.

8.      I have also contacted my client in this matter and explained to him my failure to appear and this Court's order.

9.      I respectfully offer my apologies to the Court for my absence and take full responsibility for it. I take this Court's orders extremely seriously and will take the utmost care to avoid making similar mistakes in the future.

Respectfully Submitted,

/s/ Michael J. Atkus

KNIGHT HOPPE KURNIK & KNIGHT, LTD.
5600 North River Road, Suite 600
Rosemont, Illinois 60018
847/260-0700
matkus@khkklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2020, a copy of the foregoing **ATTORNEY MICHAEJ J. ATKUS'S RESPONSE TO RULE TO SHOW CAUSE** was electronically filed with the Clerk of the U.S. District Court using the CM/ECF System. Notice of this filing will be sent to the following parties by operations of the Court's electronic filing system:

> Hall Adams
> Law Offices of Hall Adams LLC
> Attorney for Plaintiff
> 33 North Dearborn Street, Suite 2350
> Chicago, IL 60602
> hall@adamslegal.net

> John O'Driscoll
> Tressler LLP
> 233 South Wacker Drive
> 61st Floor
> Chicago, Illinois 60606
> jodriscoll@tresslerllp.com

Date: August 26, 2020                          By: /s/ Michael J. Atkus