# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| CASSANDRA SOCHA, | ) |
| | ) Case No.  18 CV  05681 |
| Plaintiff, | ) |
| | )  Honorable Judge Jorge L. Alonso |
| v. | ) |
| | ) Honorable Magistrate Judge Mary M. Rowland |
| City of Joliet, a municipal corporation, | ) |
| Edward Grizzle, John Does 1 – 20, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

To:    John O'Driscoll               Matthew S. Clark/Michael J. Atkins
Tressler LLP                    Knight Hoppe Kurnik & Knight, Ltd.
233 South Wacker Drive       5600 North River Road
22nd Floor                     Suite 600
Chicago, Illinois 60606      Rosemont, Illinois 60018

       The undersigned attorney certifies that service of the foregoing **Plaintiff's Second Supplemental Production Request directed to Defendants** shall be accomplished on this ___31st___ day of August 2020 via email.

                                      /s/ Hall Adams
                                    One of Plaintiff's Attorneys

Hall Adams
Law Offices of Hall Adams LLC
33 North Dearborn Street, Suite 2350
Chicago, Illinois 60602
TX 312 445 4900
Attorneys I.D. #6194886