UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CASSANDRA SOCHA,** | ) |
| | ) Case No. 18 CV 05681 |
| **Plaintiff,** | ) |
| | ) Honorable Judge Jorge L. Alonso |
| v. | ) |
| | ) Honorable Magistrate Judge Mary M. Rowland |
| City of Joliet, a municipal corporation, | ) |
| Edward Grizzle, John Does 1 – 20, | ) |
| | ) |
| **Defendants.** | ) |

**CERTIFICATE OF SERVICE**

To:  John O'Driscoll                    Matthew S. Clark/Michael J. Atkins
     Tressler LLP                       Knight Hoppe Kurnik & Knight, Ltd.
     233 South Wacker Drive             5600 North River Road
     22nd Floor                         Suite 600
     Chicago, Illinois 60606            Rosemont, Illinois 60018

The undersigned attorney certifies that service of the foregoing, **Plaintiff's Supplemental 26(a)(1)(A) Initial Disclosures,** shall be accomplished on this 4th day of September 2020 via email.

                                                                /s/ Hall Adams
                                                      One of Plaintiff's Attorneys

Hall Adams, Law Offices of Hall Adams, LLC
33 North Dearborn St., Ste. 2350
Chicago, IL 60602
P: (312) 445 4900
F: (312) 445 4901
Attorney I.D. 6194886