UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **CASSANDRA SOCHA,** | ) | |
| | ) | Case No. 18 CV 05681 |
| **Plaintiff,** | ) | |
| | ) | Honorable Judge Jorge L. Alonso |
| v. | ) | |
| | ) | Honorable Magistrate M. David Weisman |
| **City of Joliet, a municipal corporation,** | ) | |
| **Edward Grizzle, John Does 1 – 20,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**NOTICE OF FILING**

To:   John O'Driscoll                    Matthew S. Clark/Michael J. Atkins
      Tressler LLP                       Knight Hoppe Kurnik & Knight, Ltd.
      233 South Wacker Drive             5600 North River Road
      61st Floor                         Suite 600
      Chicago, Illinois 60606            Rosemont, Illinois 60018

PLEASE TAKE NOTICE that on 4th day September 2020, we filed, pursuant to Electronic Court filing procedures, **Certificate of Service of Plaintiff's Responses to Defendant Grizzle's Interrogatories and Responses to Requests for Production of Documents**, and is attached hereto and served upon you.

                                        /s/ Hall Adams
                                        One of Plaintiff's Attorneys

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that service of the foregoing **Notice of Filing and Certificate of Service of Plaintiff's Responses to Defendant Grizzle's Interrogatories and Responses to Requests for Production of Documents**, shall be accomplished pursuant to Electronic Court Filing procedures to counsel who are Filing Users on this 4th day of September 2020.

                                        /s/ Hall Adams
                                        One of Plaintiff's Attorneys

Hall Adams, Law Offices of Hall Adams, LLC
33 North Dearborn St.; Ste. 2350
Chicago, IL  60602
P: (312) 445 4900
F: (312) 445 4901
Attorney I.D. 6194886