UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **CASSANDRA SOCHA,** | ) | |
| | ) | **Case No. 18 CV 05681** |
| **Plaintiff,** | ) | |
| | ) | Honorable Judge Jorge L. Alonso |
| v. | ) | |
| | ) | Honorable Magistrate Judge Mary M. Rowland |
| **City of Joliet, a municipal corporation,** | ) | |
| **Edward Grizzle, John Does 1 – 20,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### CERTIFICATE OF SERVICE

To:  John O'Driscoll                             Matthew S. Clark/Michael J. Atkins
     Tressler LLP                                Knight Hoppe Kurnik & Knight, Ltd.
     233 South Wacker Drive                      5600 North River Road
     22nd Floor                                  Suite 600
     Chicago, Illinois 60606                     Rosemont, Illinois 60018

The undersigned attorney certifies that service of the foregoing, **Plaintiff's Responses to Defendant Grizzle's Interrogatories and Responses to Requests for Production of Documents,** shall be accomplished on this 4th day of September 2020 via email.

                                                          /s/ Hall Adams
                                                    One of Plaintiff's Attorneys

Hall Adams, Law Offices of Hall Adams, LLC
33 North Dearborn St., Ste. 2350
Chicago, IL  60602
P: (312) 445 4900
F: (312) 445 4901
Attorney I.D. 6194886