**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CASSANDRA SOCHA, ) | |
| ) | |
| Plaintiff, ) | No. 18 cv 05681 |
| v. ) | |
| ) | Judge: Jorge L. Alonso |
| CITY OF JOLIET, an Illinois municipal ) | |
| corporation, EDWARD GRIZZLE, and JOHN ) | Magistrate: Mary M. Rowland |
| DOES 1-20, ) | |
| ) | Trial by Jury Demanded |
| Defendants. ) | |

**NOTICE OF FILING**

To:  Hall Adams  
Law Offices of Hall Adams LLC  
33 North Dearborn Street, Suite 2350  
Chicago, IL 60602  
hall@adamslegal.net  

Matthew S. Clark  
Michael J. Atkus  
Knight Hoppe Kurnik & Knight Ltd  
5600 N. River Road – Suite 600  
Rosemont, IL  60018  
matkus@khkklaw.com  
mclark@khkklaw.com  

Please take notice that on the **24th day of September, 2020**, I electronically filed the **Certificate of Service, the City of Joliet's First Set of Requests for Production to Plaintiff and City of Joliet's First Set of Interrogatories to Plaintiff** with the Clerk of the Court using CM/ECF System, which will send notification of such filing.

TRESSLER LLP

By:  /s/*John M. O'Driscoll*  
One of Its Attorneys

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that service of the foregoing **Notice of Filing, Certificate of Service, the City of Joliet's First Set of Requests for Production to Plaintiff and City of Joliet's First Set of Interrogatories to Plaintiff** shall be accomplished pursuant to Electronic Court Filing procedures to counsel who are Filing Users on this 24th day of September, 2020.

John M. O'Driscoll (ARDC #6237793)  
Stacey L. Wilkins (ARDC #6301187)  
James J. Hess (ARDC #6306162)  
TRESSLER LLP  
Counsel for City of Joliet  
550 E. Boughton Road, Suite 250  
Bolingbrook, Illinois 60440  
jodriscoll@tresslerllp.com  
swilkins@tresslerllp.com  
jhess@tresslerllp.com