**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CASSANDRA SOCHA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 18 cv 05681 |
| v. | ) | |
| | ) | Judge: Jorge L. Alonso |
| CITY OF JOLIET, an Illinois municipal corporation, EDWARD GRIZZLE, and JOHN DOES 1-20, | ) ) ) | Magistrate: Mary M. Rowland |
| | ) | |
| | ) | Trial by Jury Demanded |
| Defendants. | ) | |

## NOTICE OF FILING

To:    Hall Adams                                     Matthew S. Clark
       Law Offices of Hall Adams LLC              Michael J. Atkus
       33 North Dearborn Street, Suite 2350     Knight Hoppe Kurnik & Knight Ltd
       Chicago, IL 60602                               5600 N. River Road – Suite 600
       hall@adamslegal.net                        Rosemont, IL 60018
                                                                  matkus@khkklaw.com
                                                                  mclark@khkklaw.com

       Please take notice that on the **25th day of September, 2020**, we filed, pursuant to Electronic Court filing procedures, The City of Joliet's Responses to Plaintiff's Discovery is attached and hereby served upon you.

                                                                  TRESSLER LLP

                                                                  By: /s/*James J. Hess*
                                                                       One of Its Attorneys

## CERTIFICATE OF SERVICE

       The undersigned attorney certifies that service of the foregoing **Notice of Filing, Certificate of Service and** The City of Joliet's Responses to Plaintiff's Discovery shall be accomplished pursuant to Electronic Court Filing procedures to counsel who are Filing Users on this 25th day of September, 2020.

                                                                       By: /s/*James J. Hess*

John M. O'Driscoll (ARDC #6237793)
Stacey L. Wilkins (ARDC #6301187)
James J. Hess (ARDC #6306162)
TRESSLER LLP
Counsel for City of Joliet
550 E. Boughton Road, Suite 250
Bolingbrook, Illinois 60440
jodriscoll@tresslerllp.com
swilkins@tresslerllp.com
jhess@tresslerllp.com