# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Cassandra Socha

                          Plaintiff,

v.                                                              Case No.: 1:18−cv−05681

                                                                            Honorable Jorge L. Alonso

City of Joliet, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 7, 2020:

      MINUTE entry before the Honorable M. David Weisman: Magistrate status hearing held. Parties appeared telephonically and reported that the Special Prosecutor's Office has advised that the underlying criminal investigation is still open and ongoing. Parties reported on the status of discovery. By 10/14/2020, Plaintiff shall file any motion related to Defendant City's responses to written discovery; Defendant City to respond by 11/4/2020; Plaintiff to reply by 11/12/2020. Ruling on the motion/status hearing set for 12/2/2020 at 9:45 a.m. Parties shall dial in using the Court's conference call− in number. The conference call−in number is 1−877−411−9748 and the passcode is 1814539. Please note that the Court's conference call−in will be used by all cases that are on the Court's calendar for the said date, therefore counsel must be in a quiet area while on the line and must have the telephone muted until your case is called by the Court. Once the Court has heard your case you shall disconnect from the conference line. Mailed notice (ao,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.