UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CASSANDRA SOCHA,** | ) |
| | ) Case No. 18 CV 05681 |
| **Plaintiff,** | ) |
| | ) Honorable Judge Jorge L. Alonso |
| v. | ) |
| | ) Honorable Magistrate M. David Weisman |
| **City of Joliet, a municipal corporation,** | ) |
| **Edward Grizzle, John Does 1 – 20,** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF FILING

To:  John O'Driscoll           Matthew S. Clark/Michael J. Atkins
     Tressler LLP              Knight Hoppe Kurnik & Knight, Ltd.
     233 South Wacker Drive    5600 North River Road
     61st Floor                Suite 600
     Chicago, Illinois 60606   Rosemont, Illinois 60018

PLEASE TAKE NOTICE that on 10th day November 2020, we filed, pursuant to Electronic Court filing procedures, **Certificate of Service of Plaintiff's Responses to Defendant City of Joliet's Interrogatories and Responses to Requests for Production of Documents**, and is attached hereto and served upon you.

/s/ Hall Adams
One of Plaintiff's Attorneys

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that service of the foregoing **Notice of Filing and Certificate of Service of Plaintiff's Responses to Defendant City of Joliet's Interrogatories and Responses to Requests for Production of Documents**, shall be accomplished pursuant to Electronic Court Filing procedures to counsel who are Filing Users on this 10th day of November 2020.

/s/ Hall Adams
One of Plaintiff's Attorneys

Hall Adams, Law
Offices of Hall Adams, LLC
33 North Dearborn St.; Ste. 2350
Chicago, IL 60602
T: (312) 445 4900
F: (312) 445 4901
Attorney I.D.: 6194886