UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **CASSANDRA SOCHA,** | ) | |
| | ) | Case No. 18 CV 05681 |
| **Plaintiff,** | ) | |
| | ) | Honorable Judge Jorge L. Alonso |
| v. | ) | |
| | ) | Honorable Magistrate Judge Mary M. Rowland |
| **City of Joliet, a municipal corporation,** | ) | |
| **Edward Grizzle, John Does 1 – 20,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**CERTIFICATE OF SERVICE**

To: John O'Driscoll  Matthew S. Clark/Michael J. Atkins
     Tressler LLP  Knight Hoppe Kurnik & Knight, Ltd.
     233 South Wacker Drive  5600 North River Road
     22nd Floor  Suite 600
     Chicago, Illinois 60606  Rosemont, Illinois 60018

     The undersigned attorney certifies that service of the foregoing, **Certificate of Service of Plaintiff's Responses to Defendant City of Joliet's Interrogatories and Responses to Requests for Production of Documents,** shall be accomplished on this 10th day of November 2020 via email.

                                                        /s/ Hall Adams
                                                      One of Plaintiff's Attorneys

Hall Adams
Law Offices of Hall Adams, LLC
33 North Dearborn St., Ste. 2350
Chicago, IL 60602
T: (312) 445 4900
F: (312) 445 4901
Attorney I.D.: 6194886