UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CASSANDRA SOCHA,** | ) |
| | ) Case No. 18 CV 05681 |
| **Plaintiff,** | ) |
| | ) Honorable Judge Jorge L. Alonso |
| v. | ) |
| | ) Honorable Magistrate M. David Weisman |
| **City of Joliet, a municipal corporation,** | ) |
| **Edward Grizzle, John Does 1 – 20,** | ) |
| | ) |
| **Defendants.** | ) |

### NOTICE OF FILING

To:  John O'Driscoll            Michael J. Atkus
     Tressler LLP               Knight Hoppe Kurnik & Knight, Ltd.
     233 South Wacker Drive     5600 North River Road
     61st Floor                 Suite 600
     Chicago, Illinois 60606    Rosemont, Illinois 60018

PLEASE TAKE NOTICE that on 13th day November 2020, we filed, pursuant to Electronic Court filing procedures, **Plaintiff's Reply in Support of Motion for *in Camera* Inspection of and Production of Documents and Withheld and to Compel Answers to Interrogatories Objected to Pursuant to Claims of Privilege by Defendant City of Joliet**, and is attached hereto and served upon you.

　　　　　　　　　　　　　　　　　　　　　　　／s／ Hall Adams
　　　　　　　　　　　　　　　　　　　　　　One of Plaintiff's Attorneys

### CERTIFICATE OF SERVICE

The undersigned attorney certifies that service of the foregoing **Notice of Filing and Plaintiff's Reply in Support of Motion for *in Camera* Inspection of and Production of Documents and Withheld and to Compel Answers to Interrogatories Objected to Pursuant to Claims of Privilege by Defendant City of Joliet**, shall be accomplished pursuant to Electronic Court Filing procedures to counsel who are Filing Users on this 13th day of November 2020.

　　　　　　　　　　　　　　　　　　　　　　　／s／ Hall Adams
　　　　　　　　　　　　　　　　　　　　　　One of Plaintiff's Attorneys

Hall Adams
Law Offices of Hall Adams LLC
33 North Dearborn Street, Suite 2350
Chicago, Illinois 60602
T: (312) 445-4900
F: (312) 445-4901
Attorneys I.D. #6194886