# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: CASSANDRA SOCHA v. CITY OF JOLIET, et al.,

Case Number: 1:18-cv-05681

An appearance is hereby filed by the undersigned as attorney for:
Defendant EDWARD GRIZZLE

Attorney name (type or print): Jarad M. Holmes

Firm: KNIGHT HOPPE KURNIK & KNIGHT, LTD.

Street address: 5600 North River Road, Suite 600

City/State/Zip: Rosemont, Illinois 60018-5114

Bar ID Number: 6329825
(See item 3 in instructions)

Telephone Number: 847-261-0700

Email Address: jholmes@khkklaw.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✓ |
| Are you acting as local counsel in this case? | ☐ | ✓ |
| Are you a member of the court's trial bar? | ☐ | ✓ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✓ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 11/18/2020

Attorney signature: S/ Jarad M. Holmes
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015