UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CASSANDRA SOCHA,** | ) |
| | ) Case No. 18 CV 05681 |
| **Plaintiff,** | ) |
| | ) Honorable Judge Jorge L. Alonso |
| v. | ) |
| | ) Honorable Magistrate M. David Weisman |
| City of Joliet, a municipal corporation, | ) |
| Edward Grizzle, John Does 1 – 20, | ) |
| | ) |
| **Defendants.** | ) |

### AMENDED NOTICE OF MOTION

To:  John O'Driscoll              Michael J. Atkus
     Tressler LLP                 Knight Hoppe Kurnik & Knight, Ltd.
     233 South Wacker Drive       5600 North River Road
     61st Floor                   Suite 600
     Chicago, Illinois 60606      Rosemont, Illinois 60018

**Via FedEx**
**State of Illinois Appellate Prosecutor's Office**
**725 South 2nd St.**
**Springfield, IL 62704**

PLEASE TAKE NOTICE that on December 16, 2020, at 10:00 am we will appear before the Honorable U.S. Mag. M. David Weisman presiding in before a phone in arrangement as follows:

**Call in No.: (877) 411-9748**
**Passcode: 1814539**

and shall then and there present, **Plaintiff's Motion for *in Camera* Inspection of and to Compel Production of Documents Withheld and to Compel Answers to Interrogatories Objected to Pursuant to Claims of Privilege by Defendant City of Joliet,** which was previously filed and is attached hereto and served herewith upon you.

                                                                                             /s/ Hall Adams
                                                                         One of Plaintiff's Attorneys

**CERTIFICATE OF SERVICE**

      The undersigned attorney certifies that I served the foregoing, **Amended Notice of Motion and Plaintiff's Motion for *in Camera* Inspection of and to Compel Production of Documents Withheld and to Compel Answers to Interrogatories Objected to Pursuant to Claims of Privilege by Defendant City of Joliet and Service of Courtesy copy of the 2 December 2020 Order (Doc. # 121)**, upon the above attorney via email on this 4th day of December 2020.

                                        /s/ Hall Adams
                                    One of Plaintiff's Attorneys

Hall Adams
Law Offices of Hall Adams LLC
33 North Dearborn Street, Suite 2350
Chicago, Illinois 60602
T: (312) 445-4900
F: (312) 445-4901
Attorneys I.D. #6194886