UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CASSANDRA SOCHA,** | ) |
| | ) Case No. 18 CV 05681 |
| **Plaintiff,** | ) |
| | ) Honorable Judge Jorge L. Alonso |
| v. | ) |
| | ) Honorable Magistrate M. David Weisman |
| **City of Joliet, a municipal corporation,** | ) |
| **Edward Grizzle, John Does 1 – 20,** | ) |
| | ) |
| **Defendants.** | ) |

**AMENDED NOTICE OF FILING**

To: John O'Driscoll          Michael J. Atkus
    Tressler LLP              Knight Hoppe Kurnik & Knight, Ltd.
    233 South Wacker Drive    5600 North River Road
    61st Floor                Suite 600
    Chicago, Illinois 60606   Rosemont, Illinois 60018

**Via FedEx**
**State of Illinois Appellate Prosecutor's Office**
**725 South 2nd St.**
**Springfield, IL 62704**

PLEASE TAKE NOTICE that on 4th day December 2020, we e-filed, pursuant to Electronic Court filing procedures, **Plaintiff's Reply in Support of Motion for *in Camera* Inspection of and Production of Documents Withheld and to Compel Answers to Interrogatories Objected to Pursuant to Claims of Privilege by Defendant City of Joliet**, and is attached hereto and served upon you.

/s/ Hall Adams
One of Plaintiff's Attorneys

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that service of the foregoing **Amended Notice of Filing, Amended Notice of Motion and Plaintiff's Reply in Support of Motion for *in Camera* Inspection of and Production of Documents Withheld and to Compel Answers to Interrogatories Objected to Pursuant to Claims of Privilege by Defendant City of Joliet**, shall be accomplished pursuant to Electronic Court Filing procedures to counsel who are Filing Users on this 4th day of December 2020.

/s/ Hall Adams
One of Plaintiff's Attorneys

Hall Adams
Law Offices of Hall Adams LLC
33 North Dearborn Street, Suite 2350
Chicago, Illinois 60602
T: (312) 445-4900; F: (312) 445-4901; Attorneys I.D. #6194886