UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CASSANDRA SOCHA,** | ) |
| | ) Case No. 18 CV 05681 |
| **Plaintiff,** | ) |
| | ) Honorable Judge Jorge L. Alonso |
| v. | ) |
| | ) Honorable Magistrate M. David Weisman |
| City of Joliet, a municipal corporation, | ) |
| Edward Grizzle, John Does 1 – 20, | ) |
| | ) |
| **Defendants.** | ) |

## 2nd AMENDED NOTICE OF MOTION

To:  John O'Driscoll           Michael J. Atkus
     Tressler LLP              Knight Hoppe Kurnik & Knight, Ltd.
     233 South Wacker Drive    5600 North River Road
     61st Floor                Suite 600
     Chicago, Illinois 60606   Rosemont, Illinois 60018

**Via FedEx**
**State of Illinois Appellate Prosecutor's Office**
**725 South 2nd St.**
**Springfield, IL 62704**

PLEASE TAKE NOTICE that on December 16, 2020, at 10:00 am we will appear before the Honorable U.S. Mag. M. David Weisman presiding in before a phone in arrangement as follows:

**Call in No.: (877) 411-9748**
**Passcode: 1814539**

and shall then and there present, **Plaintiff's Motion for *in Camera* Inspection of and to Compel Production of Documents Withheld and to Compel Answers to Interrogatories Objected to Pursuant to Claims of Privilege by Defendant City of Joliet,** which was previously filed and is attached hereto and served herewith upon you.

                                                                    /s/ Hall Adams
                                                        One of Plaintiff's Attorneys

## CERTIFICATE OF SERVICE

      The undersigned attorney certifies that I served the foregoing, 2nd **Amended Notice of Motion and Plaintiff's Motion for *in Camera* Inspection of and to Compel Production of Documents Withheld and to Compel Answers to Interrogatories Objected to Pursuant to Claims of Privilege by Defendant City of Joliet and Service of 2 December 2020 Order (Doc. # 121**), upon the above attorney via email on this 7th day of December 2020.

                                                      /s/ Hall Adams
                                                      One of Plaintiff's Attorneys

Hall Adams
Law Offices of Hall Adams LLC
33 North Dearborn Street, Suite 2350
Chicago, Illinois 60602
T: (312) 445-4900
F: (312) 445-4901
Attorneys I.D. #6194886