UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**CASSANDRA SOCHA,** )
) Case No. 18 CV 05681
        **Plaintiff,** )
) Honorable Judge Jorge L. Alonso
  **v.** )
) Honorable Magistrate M. David Weisman
**City of Joliet, a municipal corporation,** )
**Edward Grizzle, John Does 1 – 20,** )
)
        **Defendants.** )

## 2nd AMENDED NOTICE OF FILING

| To: | John O'Driscoll | Michael J. Atkus |
|---|---|---|
| | Tressler LLP | Knight Hoppe Kurnik & Knight, Ltd. |
| | 233 South Wacker Drive | 5600 North River Road |
| | 61st Floor | Suite 600 |
| | Chicago, Illinois 60606 | Rosemont, Illinois 60018 |

**<u>Via FedEx</u>**
**State of Illinois Appellate Prosecutor's Office**
**725 South 2nd St.**
**Springfield, IL 62704**

    PLEASE TAKE NOTICE that on 7th day December 2020, we e-filed, pursuant to Electronic Court filing procedures, **Plaintiff's Motion for *in Camera* Inspection of and Production of Documents Withheld and to Compel Answers to Interrogatories Objected to Pursuant to Claims of Privilege by Defendant City of Joliet**, and is attached hereto and served upon you.

                                       /s/ Hall Adams
                                       One of Plaintiff's Attorneys

## CERTIFICATE OF SERVICE

    The undersigned attorney certifies that service of the foregoing 2nd **Amended Notice of Filing, 2nd Amended Notice of Motion and Plaintiff's Motion for *in Camera* Inspection of and Production of Documents Withheld and to Compel Answers to Interrogatories Objected to Pursuant to Claims of Privilege by Defendant City of Joliet and Service of 2 December 2020 Order (Doc 121)**, shall be accomplished pursuant to Electronic Court Filing procedures to counsel who are Filing Users on this 7th day of December 2020.

                                       /s/ Hall Adams
                                       One of Plaintiff's Attorneys

Hall Adams
Law Offices of Hall Adams LLC
33 North Dearborn Street, Suite 2350
Chicago, Illinois 60602
T: (312) 445-4900; F: (312) 445-4901; Attorneys I.D. #6194886