UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Cassandra Socha
                       Plaintiff,

v.                                                    Case No.: 1:18−cv−05681
                                                       Honorable Jorge L. Alonso

City of Joliet, et al.
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 16, 2020:

      MINUTE entry before the Honorable M. David Weisman: Ruling on Motion/Magistrate status hearing held. Parties appeared telephonically. The Court heard argument on Plaintiff's motion for in camera inspection of and production of documents and withheld and to compel answers to interrogatories objected to pursuant to claims of privilege by defendant City of Joliet [116]. Written order to follow. The Special Prosecutor at the Illinois Office of the State's Attorney Appellate Prosecutor received notice of Plaintiff's motion [116] as well as a copy of this Court's prior minute order setting a hearing on the motion. No one from the Special Prosecutor at the Illinois Office of the State's Attorney Appellate Prosecutor appeared for today's hearing. A telephonic status hearing is set for 1/13/21 at 11:00 a.m. As discussed, due to the current health pandemic and the Eighth Amended General Order 20−0012, today's court hearing was not recorded on the court's recording system. Therefore, this order will serve as the official record. See 28 U.S.C. §753(b). If the parties believe this order should be corrected or expanded upon, they may visit this Court's webpage for more information. Parties shall dial in using the Court's conference call−in number. The conference call−in number is 1−877−411−9748 and the passcode is 1814539. Please note that the Court's conference call−in will be used by all cases that are on the Court's calendar for the said date, therefore counsel must be in a quiet area while on the line and must have the telephone muted until your case is called by the Court. Once the Court has heard your case you shall disconnect from the conference line. Mailed notice (ao,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.