IN THE CIRCUIT COURT OF LAKE COUNTY, ILLINOIS
OF THE NINETEENTH JUDICIAL CIRCUIT

| | |
|---|---|
| Yahaira Cuevas, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 20 AR 522 |
| ) | |
| Ghanu Inc., an Illinois corporation, ) | |
| and Vikram Patel, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

TO: James L. McKnight
Thomas & Associates
American International Group, Inc. (AIG)
30 South Wacker Drive, Suite 2200
Chicago, Illinois  60606
James.McKnight@AIG.com

    I, Alyssa Reyes, a non- attorney, certify that I served a true and correct copy of the foregoing**, Certificate of Service of Plaintiff's First Set of Interrogatories and Request to Produce,** the above by email on this 31st day of December 2020.

                                                  /s/ Alyssa Reyes
                                                  Alyssa Reyes


Hall Adams
Law Offices of Hall Adams LLC
33 North Dearborn Street, Suite 2350
Chicago, Illinois 60602
T: (312) 445-4900
F: (312) 445-4901
Attorney's No. 6194886