UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Cassandra Socha
                                Plaintiff,

v.                                               Case No.: 1:18–cv–05681
                                                            Honorable Jorge L. Alonso

City of Joliet, et al.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 13, 2021:

       MINUTE entry before the Honorable M. David Weisman: Magistrate status hearing held. Parties appeared telephonically. Counsel for Defendant City of Joliet advised the Court that the City intend to comply with the Court's previous order. (Dkt. [125].) Counsel for the City of Joliet also clarified that the Inspector General's investigation is not limited to solely Defendant Grizzle. Plaintiff's counsel advised that he is still attempting to address the Will County seal order before the Chief Judge of the Circuit Court of Will County. By 2/5/21, parties shall file a joint status report advising the Court as to (1) whether the City of Joliet produced the documents identified in this Court's previous order, (dkt. [125]), (2) the status of the search warrant; (3) whether there are any discovery issues with the Special Prosecutor's Office; and (4) a proposed schedule of depositions and proposed dates. A telephonic status hearing is set for 2/10/21 at 10:30 a.m. Parties shall dial in using the Court's conference call–in number. The conference call–in number is 1–877–411–9748 and the passcode is 1814539. Please note that the Court's conference call–in will be used by all cases that are on the Court's calendar for the said date, therefore counsel must be in a quiet area while on the line and must have the telephone muted until your case is called by the Court. Once the Court has heard your case you shall disconnect from the conference line. Mailed notice (ao,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.