UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CASSANDRA SOCHA,** | ) |
| | ) Case No. 18 CV 05681 |
| **Plaintiff,** | ) |
| | ) Honorable Judge Jorge L. Alonso |
| v. | ) |
| | ) Honorable Magistrate M. David Weisman |
| **City of Joliet, a municipal corporation,** | ) |
| **Edward Grizzle, John Does 1 – 20,** | ) |
| | ) |
| **Defendants.** | ) |

### NOTICE OF FILING

To:    John O'Driscoll           Michael J. Atkus
        Tressler LLP              Knight Hoppe Kurnik & Knight, Ltd.
        233 South Wacker Drive    5600 North River Road
        61st Floor                Suite 600
        Chicago, Illinois 60606     Rosemont, Illinois 60018

**State of Illinois Appellate Prosecutor's Office**
**725 South 2nd St.**
**Springfield, IL 62704**

PLEASE TAKE NOTICE that on 20th day January 2021, we e-filed, pursuant to Electronic Court filing procedures, **Notice of Filing and Certificate of Service of 20 January 2021 Circuit Court of Will County Order**, and is attached hereto and served upon you.

                                                                 /s/ Hall Adams
                                                             One of Plaintiff's Attorneys

### CERTIFICATE OF SERVICE

The undersigned attorney certifies that service of the foregoing, **Notice of Filing and Certificate of Service of 20 January 2021 Circuit Court of Will County Order,** shall be accomplished pursuant to Electronic Court Filing procedures to counsel who are Filing Users on this 20th day of January 2021.

                                                                 /s/ Hall Adams
                                                            One of Plaintiff's Attorneys

Hall Adams
Law Offices of Hall Adams LLC
33 North Dearborn Street, Suite 2350
Chicago, Illinois 60602
T: (312) 445-4900
F: (312) 445-4901
Attorneys I.D. #6194886