UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CASSANDRA SOCHA,** | ) |
| | ) Case No. 18 CV 05681 |
| **Plaintiff,** | ) |
| | ) Honorable Judge Jorge L. Alonso |
| v. | ) |
| | ) Honorable Magistrate M. David Weisman |
| **City of Joliet, a municipal corporation,** | ) |
| **Edward Grizzle, John Does 1 – 20,** | ) |
| | ) |
| **Defendants.** | ) |

**CERTIFICATE OF SERVICE**

**To:**  John O'Driscoll          Michael J. Atkus
       Tressler LLP             Knight Hoppe Kurnik & Knight, Ltd.
       233 South Wacker Drive   5600 North River Road
       61st Floor               Suite 600
       Chicago, Illinois 60606  Rosemont, Illinois 60018

**State of Illinois Appellate Prosecutor's Office**
**725 South 2nd St.**
**Springfield, IL 62704**

The undersigned attorney certifies that service of the foregoing, **Notice of Filing and Certificate of Service of 20 January 2021 Circuit Court of Will County Order**, shall be accomplished pursuant to Electronic Court Filing procedures to counsel who are Filing Users on this 20th day of January 2021.

                                                                             /s/ Hall Adams
                                                          One of Plaintiff's Attorneys

Hall Adams
Law Offices of Hall Adams LLC
33 North Dearborn Street, Suite 2350
Chicago, Illinois 60602
T: (312) 445-4900
F: (312) 445-4901
Attorneys I.D. #6194886