### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| CASSANDRA SOCHA, | ) |
| Plaintiff, | ) No. 18 cv 05681 |
| v. | ) |
| | ) Judge: Jorge L. Alonso |
| CITY OF JOLIET, an Illinois municipal corporation, EDWARD GRIZZLE, and JOHN DOES 1-20, | ) Magistrate: Mary M. Rowland |
| | ) Trial by Jury Demanded |
| Defendants. | ) |

### NOTICE OF FILING

To: Hall Adams  
Law Offices of Hall Adams LLC  
33 North Dearborn Street, Suite 2350  
Chicago, IL 60602  
hall@adamslegal.net

Matthew S. Clark  
Michael J. Atkus  
Knight Hoppe Kurnik & Knight Ltd  
5600 N. River Road – Suite 600  
Rosemont, IL 60018  
matkus@khkklaw.com  
mclark@khkklaw.com

Please take notice that on the **22nd day of January, 2021**, we filed, pursuant to Electronic Court filing procedures, **Certificate of Service of** the City of Joliet's Amended Answers to Plaintiff's Interrogatories, Amended Privilege Log and Document Production, which copies are attached and hereby served upon you.

TRESSLER LLP

By: /s/*James J. Hess*
One of Its Attorneys

### CERTIFICATE OF SERVICE

The undersigned attorney certifies that service of the foregoing Notice of Filing and Certificate of Service of the City of Joliet's Amended Answers to Plaintiff's Interrogatories, Amended Privilege Log and Document Production shall be accomplished pursuant to Electronic Court Filing procedures to counsel who are Filing Users on this 22nd day of January, 2021.

By: /s/*James J. Hess*

John M. O'Driscoll (ARDC #6237793)  
Stacey L. Wilkins (ARDC #6301187)  
James J. Hess (ARDC #6306162)  
TRESSLER LLP  
Counsel for City of Joliet  
550 E. Boughton Road, Suite 250  
Bolingbrook, Illinois 60440  
jodriscoll@tresslerllp.com  
swilkins@tresslerllp.com  
jhess@tresslerllp.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CASSANDRA SOCHA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 18 cv 05681 |
| v. | ) | |
| | ) | Judge: Jorge L. Alonso |
| CITY OF JOLIET, an Illinois municipal corporation, EDWARD GRIZZLE, and JOHN DOES 1-20, | ) ) ) | Magistrate: Mary M. Rowland |
| | ) | Trial by Jury Demanded |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

To:  Hall Adams  
Law Offices of Hall Adams LLC  
33 North Dearborn Street, Suite 2350  
Chicago, IL 60602  
hall@adamslegal.net

Matthew S. Clark  
Michael J. Atkus  
Knight Hoppe Kurnik & Knight Ltd  
5600 N. River Road – Suite 600  
Rosemont, IL 60018  
matkus@khkklaw.com  
mclark@khkklaw.com

The undersigned attorney certifies that service of the foregoing Certificate of Service of the City of Joliet's Amended Answers to Plaintiff's Interrogatories, Amended Privilege Log and Document Production shall be accomplished on this 22nd day of January, 2021.

By: /s/*James J. Hess*

John M. O'Driscoll (ARDC #6237793)  
Stacey L. Wilkins (ARDC #6301187)  
James J. Hess (ARDC #6306162)  
TRESSLER LLP  
Counsel for City of Joliet  
550 E. Boughton Road, Suite 250  
Bolingbrook, Illinois 60440  
jodriscoll@tresslerllp.com  
swilkins@tresslerllp.com  
jhess@tresslerllp.com

2