UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CASSANDRA SOCHA,** | ) |
| | ) Case No. 18 CV 05681 |
| Plaintiff, | ) |
| | ) Honorable Judge Jorge L. Alonso |
| v. | ) |
| | ) Honorable Magistrate M. David Weisman |
| **City of Joliet, a municipal corporation,** | ) |
| **Edward Grizzle, John Does 1 – 20,** | ) |
| | ) |
| Defendants. | ) |

## JOINT STATUS REPORT

The parties, jointly, through their counsel and pursuant to the Court's 13 January 2021 Order (Dkt 127), state as follows for their Joint Status Report:

1. Defendant City of Joliet produced documents pursuant to the Court's previous Order (Dkt 125).

2. By its 20 January 2021 Order (filed with this Court at Dkt 128-1), the Circuit Court of Will County ordered the warrant application materials unsealed. Defendants have since produced documents previously withheld pursuant to this Order.

3. There are no discovery issues with the Special Prosecutor's office.

4. Based upon the documents produced, plaintiff's counsel has provided defense counsel with the names of 17 employees of the Joliet Police Department who plaintiff intends to depose. A few of them are former employees. Plaintiff also intends to depose Lorinda Lamken with the State Appellate Prosecutor's Office. Defendants have identified 4 additional deponents with possible follow up depositions dependent on deposition testimony. Definitive dates for these depositions have not yet been set. Counsel are working together to schedule depositions without resort to subpoenas as best as possible. There may be complicating issues by way of the union. We expect that these fact witness depositions can be completed by 30 June 2021.

| | |
|---|---|
| Cassandra Socha | City of Joliet |
| | By:   /s/ John M. O'Driscoll |
| By:   /s/ Hall Adams | John M. O'Driscoll (ARDC #6237793) |
| Hall Adams | Stacey L. Wilkins (ARDC #6301187) |
| LAW OFFICES OF HALL ADAMS | James J. Hess |
| 33 North Dearborn Street, Suite 2350 | TRESSLER LLP |
| Chicago, Illinois 60602 | Counsel for City of Joliet |
| hall@adamslegal.net | 550 E. Boughton Road, Suite 250 |
| ARDC No.: 6194886 | Bolingbrook, Illinois 60440 |
| | jodriscoll@tresslerllp.com |
| | swilkins@tresslerllp.com |

Edward Grizzle
By: \_\_\_/s/ Matthew Clark_____
Matthew Clark
Michael J. Atkus (ARDC #628566)
KNIGHT HOPPE KURNIK & KNIGHT, LTD.
5600 N. River Road, Suite 600
Rosemont, Illinois 60018
matkus@khkklaw.com
ARDC No.: 6224673