UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Cassandra Socha

              Plaintiff,

v.                                                   Case No.: 1:18−cv−05681
                                                     Honorable Jorge L. Alonso

City of Joliet, et al.

              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, February 5, 2021:

      MINUTE entry before the Honorable M. David Weisman: The Court has reviewed the parties' joint status report (Dkt. [130].) Fact discovery shall close on 6/30/21. Parties shall file a joint status report by 5/11/21. Status hearing set for 2/10/21 is stricken and reset to 5/14/21 at 9:15 a.m. Parties shall dial in using the Court's conference call−in number. The conference call−in number is 1−877−411−9748 and the passcode is 1814539. Please note that the Court's conference call−in will be used by all cases that are on the Court's calendar for the said date, therefore counsel must be in a quiet area while on the line and must have the telephone muted until your case is called by the Court. Once the Court has heard your case you shall disconnect from the conference line. If the parties would like to speak with the Court prior to the next status hearing, they may jointly contact Courtroom Deputy, Alyssia Owens at Alyssia_Owens@ilnd.uscourts.gov. Mailed notice (ao,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.