UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CASSANDRA SOCHA,** | ) |
| | ) Case No. 18 CV 05681 |
| **Plaintiff,** | ) |
| | ) Honorable Judge Jorge L. Alonso |
| v. | ) |
| | ) Honorable Magistrate M. David Weisman |
| **City of Joliet, a municipal corporation,** | ) |
| **Edward Grizzle, John Does 1 – 20,** | ) |
| | ) |
| **Defendants.** | ) |

### NOTICE OF FILING

To: John O'Driscoll　　　　　Michael J. Atkus
　　　Tressler LLP　　　　　　Knight Hoppe Kurnik & Knight, Ltd.
　　　233 South Wacker Drive　5600 North River Road
　　　61st Floor　　　　　　　Suite 600
　　　Chicago, Illinois 60606　Rosemont, Illinois 60018

　　PLEASE TAKE NOTICE that on 24th day March 2021, we e-filed, pursuant to Electronic Court filing procedures, **Notice of Filing of Certificate of Service of Notices of Depositions**, and is attached hereto and served upon you.

　　　　　　　　　　　　　　　　　　　　　　/s/ Hall Adams
　　　　　　　　　　　　　　　　　　　　One of Plaintiff's Attorneys

### CERTIFICATE OF SERVICE

　　The undersigned attorney certifies that service of the foregoing, **Notice of Filing of Certificate of Service of Notices of Depositions,** shall be accomplished pursuant to Electronic Court Filing procedures to counsel who are Filing Users on this 24th day of March 2021.

　　　　　　　　　　　　　　　　　　　　　　/s/ Hall Adams
　　　　　　　　　　　　　　　　　　　　One of Plaintiff's Attorneys

Hall Adams
Law Offices of Hall Adams LLC
33 North Dearborn Street, Suite 2350
Chicago, Illinois 60602
T: (312) 445-4900
F: (312) 445-4901
Attorneys I.D. #6194886