## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **CASSANDRA SOCHA,** | ) |
| | ) Case No. 18 CV 05681 |
| **Plaintiff,** | ) |
| | ) Honorable Judge Jorge L. Alonso |
| v. | ) |
| | ) Honorable Magistrate M. David Weisman |
| **City of Joliet, a municipal corporation,** | ) |
| **Edward Grizzle, John Does 1 – 20,** | ) |
| | ) |
| **Defendants.** | ) |

### CERTIFICATE OF SERVICE

**To:**  John O'Driscoll            Michael J. Atkus
Tressler LLP                  Knight Hoppe Kurnik & Knight, Ltd.
233 South Wacker Drive        5600 North River Road
61st Floor                    Suite 600
Chicago, Illinois 60606       Rosemont, Illinois 60018

The undersigned attorney certifies that service of the foregoing, **Certificate of Service of Notices of Depositions,** shall be accomplished pursuant to Electronic Court Filing procedures to counsel who are Filing Users on this 25th day of March 2021.

/s/ Hall Adams
One of Plaintiff's Attorneys

Hall Adams
Law Offices of Hall Adams LLC
33 North Dearborn Street, Suite 2350
Chicago, Illinois 60602
T: (312) 445-4900
F: (312) 445-4901
Attorneys I.D. #6194886