# Jarad Holmes

| | |
|---|---|
| **From:** | John M. O'Driscoll <jodriscoll@tresslerllp.com> |
| **Sent:** | Wednesday, March 31, 2021 3:46 PM |
| **To:** | Hall Adams; Matt Clark; Alyssa Reyes; Michael Atkus; Stacey Wilkins; James J. Hess |
| **Cc:** | Lulu Greenberg; Jarad Holmes |
| **Subject:** | RE: 7318 RE: Socha v. City of Joliet, et al. 18 cv 05681 |

Hall,

We specifically talked and I told you that I did not represent the individual officers due to the stance of the case and therefore I could not waive service on their behalf and that you would need to subpoena them. That is because of <u>your</u> pleading.

See March 26 email below where you seemed to acknowledge that these dates were not going but rather would be reset. Please be so kind as to confirm that the depositions will be rescheduled.

Regards,

John


**From:** Hall Adams <hall@adamslegal.net>
**Sent:** Wednesday, March 31, 2021 3:04 PM
**To:** John M. O'Driscoll <jodriscoll@tresslerllp.com>; Matt Clark <Mclark@khkklaw.com>; Alyssa Reyes <areyes@adamslegal.net>; Michael Atkus <Matkus@khkklaw.com>; Stacey Wilkins <SWilkins@tresslerllp.com>; James J. Hess <jhess@tresslerllp.com>
**Cc:** Lulu Greenberg <lgreenberg@khkklaw.com>; Jarad Holmes <jholmes@khkklaw.com>
**Subject:** RE: 7318 RE: Socha v. City of Joliet, et al. 18 cv 05681

John, I specifically asked for help coordinating these deps before we sent out subpoenas, notice, etc., and you said you couldn't provide it. So, I intend to go ahead with deps provided witnesses are prepared to go forward.

*HA III*

*LAW OFFICES OF HALL ADAMS LLC*
*Advocates Row*
*33 N. Dearborn St., #2350*
*Chicago, IL 60602*

*P 312 445 4900*
*F 312 445 4901*
*E <u>hall@adamslegal.net</u>*

*<u>www.adamslegal.net</u>*


**From:** John M. O'Driscoll <jodriscoll@tresslerllp.com>
**Sent:** Wednesday, March 31, 2021 3:02 PM
**To:** Hall Adams <hall@adamslegal.net>; Matt Clark <Mclark@khkklaw.com>; Alyssa Reyes <areyes@adamslegal.net>;

1

Michael Atkus <Matkus@khkklaw.com>; Stacey Wilkins <SWilkins@tresslerllp.com>; James J. Hess <jhess@tresslerllp.com>
**Cc:** Lulu Greenberg <lgreenberg@khkklaw.com>; Jarad Holmes <jholmes@khkklaw.com>
**Subject:** RE: 7318 RE: Socha v. City of Joliet, et al. 18 cv 05681

Hall,

Those depositions notices were issued by your office without checking in about availability. Unfortunately, those dates do not work. Further, I do believe that Plaintiff's deposition should proceed first and her testimony could be colored by the prior testimony of these officers. Matt and I will put our heads together when he is back next week and circulate dates of availability to you.

Please be so kind as to confirm that the deps will be rescheduled.

Thanks

John


**From:** Hall Adams <hall@adamslegal.net>
**Sent:** Wednesday, March 31, 2021 1:55 PM
**To:** John M. O'Driscoll <jodriscoll@tresslerllp.com>; Matt Clark <Mclark@khkklaw.com>; Alyssa Reyes <areyes@adamslegal.net>; Michael Atkus <Matkus@khkklaw.com>; Stacey Wilkins <SWilkins@tresslerllp.com>; James J. Hess <jhess@tresslerllp.com>
**Cc:** Lulu Greenberg <lgreenberg@khkklaw.com>; Jarad Holmes <jholmes@khkklaw.com>
**Subject:** RE: 7318 RE: Socha v. City of Joliet, et al. 18 cv 05681

There really isn't a need or reason to do this, especially after defendants postponed P's dep. More, this is not the type of case where plaintiff's testimony could be colored by the prior testimony of any of these officers.

*HA III*

*LAW OFFICES OF HALL ADAMS LLC*
*Advocates Row*
*33 N. Dearborn St., #2350*
*Chicago, IL 60602*

*P 312 445 4900*
*F 312 445 4901*
*E hall@adamslegal.net*

*www.adamslegal.net*

**From:** John M. O'Driscoll <jodriscoll@tresslerllp.com>
**Sent:** Wednesday, March 31, 2021 1:31 PM
**To:** Hall Adams <hall@adamslegal.net>; Matt Clark <Mclark@khkklaw.com>; Alyssa Reyes <areyes@adamslegal.net>; Michael Atkus <Matkus@khkklaw.com>; Stacey Wilkins <SWilkins@tresslerllp.com>; James J. Hess <jhess@tresslerllp.com>
**Cc:** Lulu Greenberg <lgreenberg@khkklaw.com>; Jarad Holmes <jholmes@khkklaw.com>
**Subject:** RE: 7318 RE: Socha v. City of Joliet, et al. 18 cv 05681

Hall, Socha will need to go through regular channels but let me know if there is a problem.

Matt, when you get back from vacation next week can you call me and let's figure out dates that are good and then we can circulate to Hall for placing deps on those dates.

Hall, I presume that you are advising the deponents that their deps are not proceeding on the current dates and that new dates will be forthcoming.

John


**From:** Hall Adams <hall@adamslegal.net>
**Sent:** Monday, March 29, 2021 8:19 AM
**To:** Matt Clark <Mclark@khkklaw.com>; John M. O'Driscoll <jodriscoll@tresslerllp.com>; Alyssa Reyes <areyes@adamslegal.net>; Michael Atkus <Matkus@khkklaw.com>; Stacey Wilkins <SWilkins@tresslerllp.com>; James J. Hess <jhess@tresslerllp.com>
**Cc:** Lulu Greenberg <lgreenberg@khkklaw.com>; Jarad Holmes <jholmes@khkklaw.com>
**Subject:** RE: 7318 RE: Socha v. City of Joliet, et al. 18 cv 05681

5/4 it is. Socha may need some help getting the time off, and will assume we can count on John's officer running interference re this if necessary.

*HA III*

*LAW OFFICES OF HALL ADAMS LLC*
*Advocates Row*
*33 N. Dearborn St., #2350*
*Chicago, IL 60602*

*P 312 445 4900*
*F 312 445 4901*
*E hall@adamslegal.net*

*www.adamslegal.net*


**From:** Matt Clark <Mclark@khkklaw.com>
**Sent:** Monday, March 29, 2021 7:58 AM
**To:** Hall Adams <hall@adamslegal.net>; John M. O'Driscoll <jodriscoll@tresslerllp.com>; Alyssa Reyes <areyes@adamslegal.net>; Michael Atkus <Matkus@khkklaw.com>; Stacey Wilkins <SWilkins@tresslerllp.com>; James J. Hess <jhess@tresslerllp.com>
**Cc:** Lulu Greenberg <lgreenberg@khkklaw.com>; Jarad Holmes <jholmes@khkklaw.com>
**Subject:** RE: 7318 RE: Socha v. City of Joliet, et al. 18 cv 05681

May 4th is good for me for Plaintiff's deposition.

I have a mediation starting in an hour-might be all day. I am out of the office the rest of the week, but generally have availability in May and early-mid June at the moment.

Thank you,

*Matthew S. Clark*

Knight, Hoppe, Kurnik & Knight, Ltd.
5600 N. River Road, Suite 600
Rosemont, IL 60018
847-261-0700
FAX: 847-261-0714

233 E. 84th Drive, Suite 301
Merrillville, IN 46410
219-322-0830
FAX: 219-322-0834

Email: MClark@khkklaw.com
Website: www.khkklaw.com



*********************************************************************************************
*******************************************
CONFIDENTIAL AND PRIVILEGED: This message is intended only for the use of the individual or entity to which it is addressed, and contains information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any unauthorized use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by electronic mail or telephone, delete the message, and destroy any copies. Thank you.

🌎 Please consider the environment before printing this e-mail

---

**From:** Hall Adams [mailto:hall@adamslegal.net]
**Sent:** Friday, March 26, 2021 11:07 AM
**To:** John M. O'Driscoll <jodriscoll@tresslerllp.com>; Matt Clark <Mclark@khkklaw.com>; Alyssa Reyes <areyes@adamslegal.net>; Michael Atkus <Matkus@khkklaw.com>; Stacey Wilkins <SWilkins@tresslerllp.com>; James J. Hess <jhess@tresslerllp.com>
**Cc:** Lulu Greenberg <lgreenberg@khkklaw.com>; Jarad Holmes <jholmes@khkklaw.com>
**Subject:** RE: 7318 RE: Socha v. City of Joliet, et al. 18 cv 05681

Once defense lawyers agree on dates for P's, I'll run them by my client.

Glad City is now willing to work with us to coordinate dates for the rest.

Alyssa will be sure to remove Sheehan and substitute Hess and to serve you via Tressler's Bolingbrook not Chicago office.

*HA III*

*LAW OFFICES OF HALL ADAMS LLC*
*Advocates Row*
*33 N. Dearborn St., #2350*
*Chicago, IL 60602*

*P 312 445 4900*
*F 312 445 4901*
*E* *hall@adamslegal.net*

*www.adamslegal.net*

**From:** John M. O'Driscoll <jodriscoll@tresslerllp.com>
**Sent:** Friday, March 26, 2021 10:58 AM
**To:** Matt Clark <Mclark@khkklaw.com>; Hall Adams <hall@adamslegal.net>; Alyssa Reyes <areyes@adamslegal.net>; Michael Atkus <Matkus@khkklaw.com>; Stacey Wilkins <SWilkins@tresslerllp.com>; James J. Hess <jhess@tresslerllp.com>; John M. O'Driscoll <jodriscoll@tresslerllp.com>
**Cc:** Lulu Greenberg <lgreenberg@khkklaw.com>; Jarad Holmes <jholmes@khkklaw.com>
**Subject:** RE: 7318 RE: Socha v. City of Joliet, et al. 18 cv 05681

Folks,

1) April 22nd does not work for Plaintiff dep. May 4 does work for plaintiff dep.
2) Can we put our heads together next week regarding actual dates for the rest of these dates to proceed?
3) Joe Sheahan has not been at the firm for a long time. Jim Hess has stepped in.
4) According to the dep notices, you are sending them to me at our down town office. I am in the BB office. Would you mind using BB in the future?

Thanks

John

**John M. O'Driscoll** | Partner
Attorney At Law
Tressler LLP
550 E. Boughton Road, Suite 250
Bolingbrook, IL 60440
Telephone: 630-343-5209| Fax: 630-783-1271
jodriscoll@tresslerllp.com | www.tresslerllp.com | www.tresslerllp.com/john-odriscoll

  

 Thank you for considering the environmental impact of printing emails.

Tressler LLP is a law firm and therefore this message, including attachments, is covered by the Electronic Communication Privacy Act, 18 U.S.C., sections 2510-2521, is CONFIDENTIAL and may also be protected by ATTORNEY/CLIENT PRIVILEGE. If you believe you received this e-mail in error, do not read it. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. If the reader of this message is not the intended recipient, I did not intend to waive and do not waive any privileges or confidentiality of this message or the attachments. Please reply to the sender that you have received the message in error, then delete it. Thank you.

IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication, including attachments, was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on such taxpayer by the Internal Revenue Service. In addition, if any such tax advice is used or referred to by other parties in promoting, marketing or recommending any partnership or other entity, investment plan or arrangement, then (i) the advice should be construed as written in connection with the promotion or marketing by others of the transaction(s) or matter(s) addresses in this communication and (ii) the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

**From:** Matt Clark <Mclark@khkklaw.com>
**Sent:** Friday, March 26, 2021 8:11 AM
**To:** Hall Adams <hall@adamslegal.net>; Alyssa Reyes <areyes@adamslegal.net>; John M. O'Driscoll <jodriscoll@tresslerllp.com>; Michael Atkus <Matkus@khkklaw.com>; Stacey Wilkins <SWilkins@tresslerllp.com>; Joseph Sheahan <JSheahan@tresslerllp.com>
**Cc:** Lulu Greenberg <lgreenberg@khkklaw.com>; Jarad Holmes <jholmes@khkklaw.com>
**Subject:** RE: 7318 RE: Socha v. City of Joliet, et al. 18 cv 05681

Oh okay, understood. Fair enough.

So, we can still work with the dates as need be. I suspect that we can make the later ones work. Do you want the order of the witnesses to remain the same? It seems like you want to take Grizzle last at least.

The 22nd does work for me for your client's deposition by the way. Thank you. John-does it work for your schedule?

Thank you,

*Matthew S. Clark*

Knight, Hoppe, Kurnik & Knight, Ltd.
5600 N. River Road, Suite 600
Rosemont, IL 60018
847-261-0700
FAX:  847-261-0714

233 E. 84th Drive, Suite 301
Merrillville, IN 46410
219-322-0830
FAX: 219-322-0834


Email:  MClark@khkklaw.com
Website: www.khkklaw.com



*********************************************************************************************
******************************************
CONFIDENTIAL AND PRIVILEGED:  This message is intended only for the use of the individual or entity to which it is addressed, and  contains information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any unauthorized use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by electronic mail or telephone, delete the message, and destroy any copies. Thank you.

🌍 Please consider the environment before printing this e-mail

**From:** Hall Adams [mailto:hall@adamslegal.net]
**Sent:** Friday, March 26, 2021 8:05 AM
**To:** Matt Clark <Mclark@khkklaw.com>; Alyssa Reyes <areyes@adamslegal.net>; John M. O'Driscoll

<jodriscoll@tresslerllp.com>; Michael Atkus <Matkus@khkklaw.com>; SWilkins@tresslerllp.com; JSheahan@tresslerllp.com
**Cc:** Lulu Greenberg <lgreenberg@khkklaw.com>; Jarad Holmes <jholmes@khkklaw.com>
**Subject:** 7318 RE: Socha v. City of Joliet, et al. 18 cv 05681

To get subpoenas served and deps noticed, as we got zero cooperation from City in working out dates in advance.

*HA III*

*LAW OFFICES OF HALL ADAMS LLC*
*Advocates Row*
*33 N. Dearborn St., #2350*
*Chicago, IL 60602*

*P 312 445 4900*
*F 312 445 4901*
*E hall@adamslegal.net*

*www.adamslegal.net*

---

**From:** Matt Clark <Mclark@khkklaw.com>
**Sent:** Friday, March 26, 2021 8:03 AM
**To:** Alyssa Reyes <areyes@adamslegal.net>; John M. O'Driscoll <jodriscoll@tresslerllp.com>; Michael Atkus <Matkus@khkklaw.com>; SWilkins@tresslerllp.com; JSheahan@tresslerllp.com
**Cc:** Hall Adams <hall@adamslegal.net>; Lulu Greenberg <lgreenberg@khkklaw.com>; Jarad Holmes <jholmes@khkklaw.com>
**Subject:** RE: Socha v. City of Joliet, et al. 18 cv 05681

Hi Hall,

Are these deposition notices meant to be dates for actual depositions or are they just dates to get the depositions noticed? I suspect these dates aren't intended to necessarily proceed, but rather to get the ball rolling to getting these depositions scheduled? Or, can you clarify?

Thank you,

*Matthew S. Clark*

Knight, Hoppe, Kurnik & Knight, Ltd.
5600 N. River Road, Suite 600
Rosemont, IL 60018
847-261-0700
FAX: 847-261-0714

233 E. 84th Drive, Suite 301
Merrillville, IN 46410
219-322-0830
FAX: 219-322-0834

Email: MClark@khkklaw.com
Website: www.khkklaw.com



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFIDENTIAL AND PRIVILEGED: This message is intended only for the use of the individual or entity to which it is addressed, and contains information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any unauthorized use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by electronic mail or telephone, delete the message, and destroy any copies. Thank you.

🌍 Please consider the environment before printing this e-mail

---

**From:** Alyssa Reyes [mailto:areyes@adamslegal.net]
**Sent:** Thursday, March 25, 2021 5:05 PM
**To:** John M. O'Driscoll <jodriscoll@tresslerllp.com>; Michael Atkus <Matkus@khkklaw.com>; SWilkins@tresslerllp.com; JSheahan@tresslerllp.com; Matt Clark <Mclark@khkklaw.com>
**Cc:** Hall Adams <hall@adamslegal.net>
**Subject:** Socha v. City of Joliet, et al. 18 cv 05681

Good Afternoon,

Attached please find the Filed Notice of Filing and Certificate of Service, along with Deposition Notices and subpoenas to witnesses and Grizzle. Both of these documents have also been mailed to you.

Thanks,
Alyssa Reyes


**Legal Assistant**

**Law Offices of Hall Adams LLC**

**33 North Dearborn Street ; Suite 2350**

**Chicago, Illinois 60602**

**(312) 445-4900 main line**

**(312) 445-4902 direct line**

**(312) 445-4901 fax**