# Lulu Greenberg

| | |
|---|---|
| **From:** | John M. O'Driscoll <jodriscoll@tresslerllp.com> |
| **Sent:** | Friday, April 2, 2021 1:27 PM |
| **To:** | Matt Clark |
| **Cc:** | John M. O'Driscoll |
| **Subject:** | Socha |

Hall,

I spoke with Matt who relayed your conversation. As I mentioned previously, we are doing the plaintiff's dep on 5-4; you sent out the 16 subpoenas without checking with defense counsel on their availability; those dates subpoena dates do not work; I do not represent the subpoenaed individuals; I would prefer to work together with counsel. I have talked with Matt and propose as follows:

- Matt and our office are currently available on May 7, 10 (starting in morning), 11 (starting in morning), 12 (starting in morning), 13 (starting in morning), 17th, 20th(starting in morning), 21,24 (starting in morning), 25(starting in morning), 26, 27, 31. For June, we can currently do June 1, 2, 3, 4, 8(starting in morning) and 14.
- Let us know which of those available dates work for your schedule. Then, if you would, we can have one of our paralegals reach out to each of the deponents to slot them in on those available days.
- You currently have Jackson(May 7th), Roechner (May 10th) and Grizzle (May 12th). I think you may have previously indicated that you wanted to take those three last. If so, we can bump them to later in May/early in June.

Please let us know if this sounds like a plan.

Regards,

John

**John M. O'Driscoll** | Partner
Attorney At Law
Tressler LLP
550 E. Boughton Road, Suite 250
Bolingbrook, IL 60440
Telephone: 630-343-5209| Fax: 630-783-1271
jodriscoll@tresslerllp.com | www.tresslerllp.com | www.tresslerllp.com/john-odriscoll



 Thank you for considering the environmental impact of printing emails.

Tressler LLP is a law firm and therefore this message, including attachments, is covered by the Electronic Communication Privacy Act, 18 U.S.C., sections 2510-2521, is CONFIDENTIAL and may also be protected by ATTORNEY/CLIENT PRIVILEGE. If you believe you received this e-mail in error, do not read it. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. If the reader of this message is not the intended recipient, I did not intend to waive and do not waive any privileges or confidentiality of this message or the attachments. Please reply to the sender that you have received the message in error, then delete it. Thank you.

IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication, including attachments, was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on such taxpayer by the Internal Revenue Service. In addition, if any such tax advice is used or referred to by other parties in promoting, marketing or recommending any partnership or other entity, investment plan or arrangement, then (i) the advice should be construed as written in connection with the promotion or marketing by others of the transaction(s) or matter(s) addresses in this communication and (ii) the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.