10,000/18-7262.NUI

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CASSANDRA SOCHA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:18-cv-05681 |
| ) | |
| CITY OF JOLIET, a municipal ) | |
| corporation, EDWARD GRIZZLE, JOHN ) | |
| DOES 1-20, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF EMERGENCY MOTION

PLEASE TAKE NOTICE that on Wednesday, April 7, 2021 at 9:15 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Magistrate Judge M. David Weisman, or any judge sitting in his stead, in Room 1318 of the United States District Courthouse, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present: **EMERGENCY MOTION FOR A PROTECTIVE ORDER AND/OR MOTION TO QUASH PLAINTIFF'S DEPOSITION SUBPOENAS**, a copy of which is attached and served upon you.

/s/ Matthew S. Clark

KNIGHT HOPPE KURNIK & KNIGHT, LTD.
Attorneys for Defendant Edward Grizzle
5600 North River Road, Suite 600
Rosemont, Illinois 60018
847/261-0700
matkus@khkklaw.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2021, a copy of the foregoing **NOTICE OF MOTION** was electronically filed with the Clerk of the U.S. District Court using the CM/ECF System. Notice of this filing will be sent to the following parties by operations of the Court's electronic filing system:

Hall Adams
Law Offices of Hall Adams LLC
Attorney for Plaintiff
33 North Dearborn Street, Suite 2350
Chicago, IL 60602
hall@adamslegal.net

John O'Driscoll
Tressler LLP
233 South Wacker Drive
61st Floor
Chicago, Illinois 60606
jodriscoll@tresslerllp.com

Date: August 16, 2019                                By: /s/ Michael J. Atkus