UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Cassandra Socha

                Plaintiff,

v.                                       Case No.: 1:18−cv−05681
                                            Honorable Jorge L. Alonso

City of Joliet, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 6, 2021:

      MINUTE entry before the Honorable M. David Weisman: The Court has reviewed the emergency motion filed in this matter, generally related to the scheduling of depositions. (Dkt. [134].) Undoubtedly, plaintiff's counsel has "another side to the story." The Court considers the practice of law a profession, guided fundamentally by the principles of respect and professionalism towards others, including opposing counsel. The current state of affairs falls far short of the professionalism this Court expects from attorneys appearing before it. Without prejudice to either side, the Court would like to move beyond this situation without hearing arguments from counsel that would ultimately reflect poorly on each of us and the profession. Therefore, the Court grants in part the motion [134] as follows: (1) by COB on 4/9/21, counsel shall submit a joint status report reflecting an agreed deposition schedule for each of the currently noticed depositions; (2) the scheduling of depositions will not be contingent upon plaintiff's deposition proceeding first. There is no rule or caselaw that requires plaintiff's deposition to be the first deposition conducted in the discovery sequence; and (3) any subpoena or notice of deposition that has been served, issued, or otherwise presented shall be quashed or modified to the extent that the date and time of said subpoena does not match with the agreed deposition schedule (as described above). At this time, the Court is not inclined to award costs or other sanctions related to this motion, and does not anticipate similar problems in the future. That said, if the parties are unable to agree on a deposition schedule, the Court will reconsider the appropriateness of other relief as a means of encouraging counsel to abide by their professional obligations to each other, and the Court. Motion present date set for 4/7/21 is stricken. The previous status date of 5/14/21 at 9:15 a.m. remains. Parties shall dial in using the Court's conference call−in number. The conference call−in number is 1−877−411−9748 and the passcode is 1814539. Mailed notice (ao,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was

generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.