## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **CASSANDRA SOCHA,** | ) | |
| | ) | **Case No.  18 CV  05681** |
| **Plaintiff,** | ) | |
| | ) | **Honorable Judge Jorge L. Alonso** |
| **v.** | ) | |
| | ) | **Honorable Magistrate M. David Weisman** |
| **City of Joliet, a municipal corporation,** | ) | |
| **Edward Grizzle, John Does 1 – 20,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## JOINT DEPOSITION SCHEDULING STATUS REPORT

The parties, jointly, and pursuant to the Court's 5 February 2021 Order (Doc #131), state as

follows for their Joint Deposition Scheduling Status Report:

- April 28th, 2021 @ 9:30 a.m. – Deposition of Jeffrey German
- April 28th, 2021 @ 12:00 p.m. – Deposition of Donald McKinney – CONFIRMATION PENDING
- April 30th, 2021 @ 1:00 p.m. – Deposition of Chris Botzum – CONFIRMATION PENDING
- May 4th, 2021 @ 11:00 a.m. – Deposition of Cassandra Socha
- May 7th, 2021 @ 12:30 p.m. – Deposition of Carlos Matlock
- May 12th, 2021 @ 12:30 p.m. – Deposition of Tab Jensen
- May 13th, 2021 @ 9:30 a.m. – Deposition of Brad McKeon
- May 20th, 2021 – Deposition of Darrel Gavin - CONFIRMATION PENDING
- May 27th, 2021 @ 12:00 p.m. – Deposition of Shawn Stachelski – CONFIRMATION PENDING
- May 28th, 2021 @ 9:30 a.m. – Deposition of Robert Brown
- June 1st, 2021 @ 9:30 a.m. – Deposition of Tim Powers
- June 2nd, 2021 @ 9:30 a.m. – Deposition of Dave Jackson
- June 8th, 2021 @ 9:30 a.m. – Deposition of Jeremy Harrison
- June 14th, 2021 @ 9:30 a.m. – Deposition of Phillip Bergner
- June 21st/22nd, 2021 – Deposition of Alan Roechner/Marc Reid – CONFIRMATION PENDING
- June 24th, 2021 – Deposition of Edward Grizzle – CONFIRMATION PENDING

Cassandra Socha

By: */s/ Hall Adams*

Hall Adams
LAW OFFICES OF HALL ADAMS
33 North Dearborn Street, Suite 2350
Chicago, Illinois 60602
hall@adamslegal.net
ARDC No.: 6194886

Edward Grizzle
By: */s/ Matthew Clark*

Matthew Clark
Michael J. Atkus (ARDC #628566)
KNIGHT HOPPE KURNIK & KNIGHT, LTD.
5600 N. River Road, Suite 600
Rosemont, Illinois 60018
matkus@khkklaw.com
ARDC No.: 6224673

City of Joliet

By: */s/ John M. O'Driscoll*

John M. O'Driscoll (ARDC #6237793)
Stacey L. Wilkins (ARDC #6301187)
James J. Hess
TRESSLER LLP
Counsel for City of Joliet
550 E. Boughton Road, Suite 250
Bolingbrook, Illinois 60440
jodriscoll@tresslerllp.com
swilkins@tresslerllp.com