## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **CASSANDRA SOCHA,** | ) |
| | ) **Case No.  18 CV  05681** |
| **Plaintiff,** | ) |
| | ) **Honorable Judge Jorge L. Alonso** |
| **v.** | ) |
| | ) **Honorable Magistrate M. David Weisman** |
| **City of Joliet, a municipal corporation,** | ) |
| **Edward Grizzle, John Does 1 – 20,** | ) |
| | ) |
| **Defendants.** | ) |

### CERTIFICATE OF SERVICE

To:  **John O'Driscoll**              **Michael J. Atkus**
     **Tressler LLP**                 **Knight Hoppe Kurnik & Knight, Ltd.**
     **233 South Wacker Drive**       **5600 North River Road**
     **61st Floor**                   **Suite 600**
     **Chicago, Illinois 60606**      **Rosemont, Illinois 60018**

The undersigned attorney certifies that service of the foregoing, **Certificate of Service of Re-Notices of Depositions,** shall be accomplished pursuant to Electronic Court Filing procedures to counsel who are Filing Users on this 12th day of April 2021.

_____/s/ Hall Adams_____
One of Plaintiff's Attorneys

Hall Adams
Law Offices of Hall Adams LLC
33 North Dearborn Street, Suite 2350
Chicago, Illinois 60602
T: (312) 445-4900
F: (312) 445-4901
Attorneys I.D. #6194886