**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CASSANDRA SOCHA, | ) |
| | ) |
| Plaintiff, | ) No. 18 cv 05681 |
| v. | ) |
| | ) Judge: Jorge L. Alonso |
| CITY OF JOLIET, an Illinois municipal | ) |
| corporation, EDWARD GRIZZLE, and JOHN | ) Magistrate: M. David Weisman |
| DOES 1-20, | ) |
| | ) Trial by Jury Demanded |
| Defendants. | ) |

## NOTICE OF FILING

To:   Hall Adams                                   Matthew S. Clark
      Law Offices of Hall Adams LLC               Michael J. Atkus
      33 North Dearborn Street, Suite 2350        Knight Hoppe Kurnik & Knight Ltd
      Chicago, IL 60602                           5600 N. River Road – Suite 600
      hall@adamslegal.net                         Rosemont, IL 60018
                                                  matkus@khkklaw.com
                                                  mclark@khkklaw.com

Please take notice that on the **20th day of April, 2021**, we filed, pursuant to Electronic Court filing procedures, **Certificate of Service of** the City of Joliet's Supplemental Document Production, which copies are attached and hereby served upon you.

TRESSLER LLP

By: /s/*James J. Hess*
    One of Its Attorneys

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that service of the foregoing Notice of Filing and Certificate of Service of the City of Joliet's Supplemental Document Production shall be accomplished pursuant to Electronic Court Filing procedures to counsel who are Filing Users and hand delivered on this 20th day of April, 2021.

By: /s/*James J. Hess*

John M. O'Driscoll (ARDC #6237793)
Stacey L. Wilkins (ARDC #6301187)
James J. Hess (ARDC #6306162)
TRESSLER LLP
Counsel for City of Joliet
550 E. Boughton Road, Suite 250
Bolingbrook, Illinois 60440
jodriscoll@tresslerllp.com
swilkins@tresslerllp.com
jhess@tresslerllp.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CASSANDRA SOCHA, | ) |
| | ) |
| Plaintiff, | ) No. 18 cv 05681 |
| v. | ) |
| | ) Judge: Jorge L. Alonso |
| CITY OF JOLIET, an Illinois municipal | ) |
| corporation, EDWARD GRIZZLE, and JOHN | ) Magistrate: M. David Weisman |
| DOES 1-20, | ) |
| | ) Trial by Jury Demanded |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

To:   Hall Adams                                    Matthew S. Clark
      Law Offices of Hall Adams LLC                 Michael J. Atkus
      33 North Dearborn Street, Suite 2350          Knight Hoppe Kurnik & Knight Ltd
      Chicago, IL 60602                             5600 N. River Road – Suite 600
      hall@adamslegal.net                           Rosemont, IL 60018
                                                    matkus@khkklaw.com
                                                    mclark@khkklaw.com

        The undersigned attorney certifies that service of the foregoing Certificate of Service of the City of Joliet's Supplemental Document Production shall be accomplished on this 20th day of April, 2021.

                                        By: /s/ *James J. Hess*

John M. O'Driscoll (ARDC #6237793)
Stacey L. Wilkins (ARDC #6301187)
James J. Hess (ARDC #6306162)
TRESSLER LLP
Counsel for City of Joliet
550 E. Boughton Road, Suite 250
Bolingbrook, Illinois 60440
jodriscoll@tresslerllp.com
swilkins@tresslerllp.com
jhess@tresslerllp.com