UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CASSANDRA SOCHA,** | ) |
| | ) Case No. 18 CV 05681 |
| **Plaintiff,** | ) |
| | ) Honorable Judge Jorge L. Alonso |
| v. | ) |
| | ) Honorable Magistrate M. David Weisman |
| **City of Joliet, a municipal corporation, Edward Grizzle, John Does 1 – 20,** | ) |
| | ) |
| **Defendants.** | ) |

### NOTICE OF FILING

**To:** John O'Driscoll        Michael J. Atkus
Tressler LLP        Knight Hoppe Kurnik & Knight, Ltd.
550 E. Boughton Road        5600 North River Road
Suite 250        Suite 600
Bolingbrook, IL 60440        Rosemont, Illinois 60018

PLEASE TAKE NOTICE that on 20th day April 2021, we e-filed, pursuant to Electronic Court filing procedures, **Notice of Filing of Certificate of Service of Re-Notice of Deposition**, and is attached hereto and served upon you.

/s/ Hall Adams
One of Plaintiff's Attorneys

### CERTIFICATE OF SERVICE

The undersigned attorney certifies that service of the foregoing, **Notice of Filing of Certificate of Service of Re-Notice of Deposition,** shall be accomplished pursuant to Electronic Court Filing procedures to counsel who are Filing Users on this 20th day of April 2021.

/s/ Hall Adams
One of Plaintiff's Attorneys

Hall Adams
Law Offices of Hall Adams LLC
33 North Dearborn Street, Suite 2350
Chicago, Illinois 60602
T: (312) 445-4900
F: (312) 445-4901
Attorneys I.D. #6194886