12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

on No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

received this subpoena for *(name of individual and title, if any)* CARLOS MATLOCK, DEPUTY CHIEF 3/30/2021.

☒ I served the subpoena by delivering a copy to the named individual as follows: ACCEPTED BY PUBLIC SAFETY CLERK T. AHERN, #806, JOLIET POLICE DEPARTMENT, 150 W. WASHINGTON ST. JOLIET, IL 60432 on *(date)* 3/30/2021 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 30.00

es are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

4/5/2021

_____
*Server's signature*

JOHN F FROTHINGHAM
*Printed name and title*

849 BELLFLOWER LN, BOLINGBROOK, IL 60440
*Server's address*

ditional information regarding attempted service, etc.:

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* CHRIS BOTZUM, SGT.
on *(date)* 3/30/2021.
C/O DEPUTY CHIEF CARLOS MATLOCK

☒ I served the subpoena by delivering a copy to the named individual as follows: ACCEPTED BY PUBLIC SAFETY CLERK T. AHERN #806, JOLIET POLICE DEPARTMENT, 150 W. WASHINGTON ST., JOLIET, IL 60432 on *(date)* 3/30/2021 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 30.00

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 4/5/2021

*Server's signature*

JOHN F FROTHINGHAM
*Printed name and title*

849 BELLFLOWER LN., BOLINGBROOK, IL 60440
*Server's address*

Additional information regarding attempted service, etc.:

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* SGT. SHAWN STACHELSKI
on *(date)* 3/30/2021. C/O DEPUTY CHIEF CARLOS MATLOCK

☒ I served the subpoena by delivering a copy to the named individual as follows: ACCEPTED BY PUBLIC SAFETY CLERK T. AHERN, #806, JOLIET POLICE DEPARTMENT, 150 W. WASHINGTON ST., JOLIET, IL 60432 on *(date)* 3/30/2021 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 30.00 .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4/5/2021

*Server's signature*

JOHN F TROTH INGHAM
*Printed name and title*

849 BELLFLOWER LN., BOLINGBROOK, IL 60440
*Server's address*

Additional information regarding attempted service, etc.:

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* DET. BRAD MCKEON
on *(date)* 3/30/2021. C/O DEPUTY CHIEF CARLOS MATLOCK

☒ I served the subpoena by delivering a copy to the named individual as follows: ACCEPTED BY PUBLIC SAFETY CLERK T. AHERN #806, JOLIET POLICE DEPARTMENT, 150 W. WASHINGTON ST., JOLIET, IL 60432 on *(date)* 3/30/2021 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 30.00 .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4/5/2021

_____
Server's signature

JOHN F TROTH INGHAM
Printed name and title

849 BELLFLOWER LN., BOLINGBROOK, IL 60440
Server's address

Additional information regarding attempted service, etc.:

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* DET. DONALD McKINNEY
on *(date)* 3/30/2021 .                                                c/o DEPUTY CHIEF CARLOS MATLOCK

☒ I served the subpoena by delivering a copy to the named individual as follows: ACCEPTED BY PUBLIC SAFETY CLERK T. AHERN #806, JOLIET POLICE DEPARTMENT, 150 W. WASHINGTON ST., JOLIET, IL 60432 on *(date)* 3/30/2021 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 30.00 .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4/5/2021

*Server's signature*

JOHN F FROTHINGHAM
*Printed name and title*

849 BELLFLOWER LN., BOLINGBROOK, IL 60440
*Server's address*

Additional information regarding attempted service, etc.:

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* **DET. JEFFREY GERMAN C/O DEPUTY CHIEF CARLOS MATLOCK**
on *(date)* **3/30/2021**.

☒ I served the subpoena by delivering a copy to the named individual as follows: **ACCEPTED BY PUBLIC SAFETY CLERK T. AHERN #806, JOLIET POLICE DEPARTMENT, 150 W. WASHINGTON ST., JOLIET, IL 60432** on *(date)* **3/30/2021** ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ **30.00**

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**

I declare under penalty of perjury that this information is true.

Date: **4/5/2021**

*Server's signature*

**JOHN F FROTHINGHAM**
*Printed name and title*

**849 BELLFLOWER LN., BOLINGBROOK, IL 60440**
*Server's address*

Additional information regarding attempted service, etc.:

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* DETECTIVE CARLOS MATLOCK
on *(date)* 3/30/2021.   C/O DEPUTY CHIEF CARLOS MATLOCK

☒ I served the subpoena by delivering a copy to the named individual as follows: ACCEPTED BY PUBLIC SAFETY CLERK T. AHERN, #806, JOLIET POLICE DEPARTMENT, 150 W. WASHINGTON ST., JOLIET, IL 60432 on *(date)* 3/30/2021 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 30.00

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 4/5/2021

*Server's signature*

JOHN F FROTHINGHAM
*Printed name and title*

849 BELLFLOWER LN., BOLINGBROOK, IL 60440
*Server's address*

Additional information regarding attempted service, etc.:

Civil Action No.

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* LT. ROBERT BROWN
on *(date)* 3/30/2021. C/O DEPUTY CHIEF CARLOS MATLOCK

☒ I served the subpoena by delivering a copy to the named individual as follows: ACCEPTED BY PUBLIC SAFETY CLERK T. AHERN #806, JOLIET POLICE DEPARTMENT, 150 W. WASHINGTON ST., JOLIET, IL 60432 on *(date)* 3/30/2021 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 30.00

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 4/5/2021

*Server's signature*

JOHN F TROTH INGHAM
*Printed name and title*

849 BELLFLOWER LN., BOLINGBROOK, IL 60440
*Server's address*

Additional information regarding attempted service, etc.:

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* SGT. TIM POWERS
on *(date)* 3/30/2021. c/o DEPUTY CHIEF CARLOS MATLOCK

☒ I served the subpoena by delivering a copy to the named individual as follows: ACCEPTED BY PUBLIC SAFETY CLERK T. AHERN #806, JOLIET POLICE DEPARTMENT, 150 W. WASHINGTON ST., JOLIET, IL 60432 on *(date)* 3/30/2021 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 30.00

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 4/5/2021

*Server's signature*

JOHN F FROTHINGHAM
*Printed name and title*

849 BELLFLOWER LN., BOLINGBROOK, IL 60440
*Server's address*

Additional information regarding attempted service, etc.:

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* LT. JEREMY HARRISON
on *(date)* 3/30/2021. C/O DEPUTY CHIEF CARLOS MATLOCK

☒ I served the subpoena by delivering a copy to the named individual as follows: ACCEPTED BY PUBLIC SAFETY CLERK T. AHERN #806, JOLIET POLICE DEPARTMENT, 150 W. WASHINGTON ST., JOLIET, IL 60432 on *(date)* 3/30/2021 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 30.00

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 4/5/2021

*Server's signature*

JOHN F FROTHINGHAM
*Printed name and title*

849 BELLFLOWER LN., BOLINGBROOK, IL 60440
*Server's address*

Additional information regarding attempted service, etc.:

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* **PHILLIP BERGNER**
on *(date)* **3/30/2021**.

☐ I served the subpoena by delivering a copy to the named individual as follows:

_____

_____ on *(date)* _____ ; or

☒ I returned the subpoena unexecuted because: **7915 WOODRIDGE DRIVE, WOODRIDGE, IL 60517 IS NOT A GOOD ADDRESS.**

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 30.00

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: **4/15/2021**

*Server's signature*

**JOHN F. FROTHINGHAM**
*Printed name and title*

**849 BELLFLOWER LN., BOLINGBROOK, IL 60440**
*Server's address*

Additional information regarding attempted service, etc.:

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* TAB JENSEN
on *(date)* 3/30/2021.

☒ I served the subpoena by delivering a copy to the named individual as follows: SPOUSE of TAB JENSEN, 1903 SPRING RIDGE DR. PLAINFIELD, IL
on *(date)* 3/30/2021 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 30.00

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 4/5/2021

*Server's signature*

JOHN F. FROTHINGHAM
*Printed name and title*

849 BELLFLOWER LN., BOLINGBROOK, IL 60440
*Server's address*

Additional information regarding attempted service, etc.:

I IDENTIFIED MYSELF TO THE WHITE FEMALE WHO ANSWERED THE DOOR AND ASKED FOR TAB JENSEN. THE FEMALE SAID SHE WAS HIS WIFE BUT THAT HE WASN'T HOME. I SAID I HAD A FEDERAL NOTICE OF DEPOSITION AND WITNESS SUBPOENA. SHE SAID SHE WOULD NOT SIGN FOR ANYTHING AND WOULD NOT OPEN THE DOOR FOR ME TO HAND THE DOCUMENTS TO HER. I SIMPLY TOLD HER IT DIDN'T MATTER AND THAT I WOULD LEAVE THE DOCUMENTS OUTSIDE THE FRONT DOOR AND REPORT THAT THEY HAD BEEN SERVED TO THE SPOUSE OF TAB JENSEN. · 4/5/21

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)* ALAN ROECHNER
on *(date)* 3/30/21 .

☒ I served the subpoena by delivering a copy to the named individual as follows: WHITE FEMALE/SPOUSE of ALAN ROECHNER, 3206 INDIANWOOD LN., JOLIET, IL
on *(date)* 3/30/21 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 30.00

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 4/5/2021

*Server's signature*

JOHN F FROTHINGHAM
*Printed name and title*

849 BELLFLOWER LN., BOLINGBROOK, IL 60440
*Server's address*

Additional information regarding attempted service, etc.:

WHITE FEMALE (55-65) ANSWERED DOOR AND I ASKED FOR ALAN ROECHNER. FEMALE SAID I WOULD HAVE TO COME BACK ANOTHER TIME. THERE WERE 3 VEHICLES IN THE DRIVEWAY. I ANNOUNCED THAT I HAD A FEDERAL NOTICE OF DEPOSITION AND A WITNESS SUBPOENA. THE FEMALE SAID I WOULD HAVE TO COME BACK. I SAID THAT I WAS LEAVING THE DOCUMENTS AT THE FRONT DOOR AND REPORTING AS SERVED TO A FAMILY MEMBER. 4/5/21

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* DARREL GAVIN
on *(date)* 3/30/21 .

☒ I served the subpoena by delivering a copy to the named individual as follows:
PERSONAL SERVICE TO DARREL GAVIN, 716 CORNELIA ST., JOLIET, IL
on *(date)* 3/30/21 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 30.00 .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4/5/2021

*Server's signature*
JOHN F. FROTHINGHAM
*Printed name and title*

849 BELLFLOWER LN., BOLINGBROOK
*Server's address*
IL 60440

Additional information regarding attempted service, etc.:

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* DEPUTY CHIEF MARC REID
on *(date)* 3/30/2021.              C/o DEPUTY CHIEF CARLOS MATLOCK

☐ I served the subpoena by delivering a copy to the named individual as follows:

_____

_____ on *(date)* _____ ; or

☒ I returned the subpoena unexecuted because: MARC REID HAS RETIRED FROM THE JOLIET POLICE DEPARTMENT WHO WOULD NOT ACCEPT ON HIS BEHALF.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 30.00

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 4/5/2021

*Server's signature*

JOHN F FROTHINGHAM
*Printed name and title*

849 BELLFLOWER LN., BOLINGBROOK, IL 60440
*Server's address*

Additional information regarding attempted service, etc.:

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* CARLOS MATLOCK, DEPUTY CHIEF
on *(date)* 3/30/2021.

☒ I served the subpoena by delivering a copy to the named individual as follows: ACCEPTED BY PUBLIC SAFETY CLERK T. AHERN, #806, JOLIET POLICE DEPARTMENT, 150 W. WASHINGTON ST. JOLIET, IL 60432 on *(date)* 3/30/2021 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 30.00

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 4/5/2021

*Server's signature*

JOHN F FROTHINGHAM
*Printed name and title*

849 BELLFLOWER LN., BOLINGBROOK, IL 60440
*Server's address*

Additional information regarding attempted service, etc.: