UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CASSANDRA SOCHA,** | ) |
| | ) Case No. 18 CV 05681 |
| **Plaintiff,** | ) |
| | ) Honorable Judge Jorge L. Alonso |
| v. | ) |
| | ) Honorable Magistrate M. David Weisman |
| **City of Joliet, a municipal corporation,** | ) |
| **Edward Grizzle, John Does 1 – 20,** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF FILING

| | | |
|---|---|---|
| **To:** | John O'Driscoll | Michael J. Atkus |
| | Tressler LLP | Knight Hoppe Kurnik & Knight, Ltd. |
| | 550 E. Boughton Road | 5600 North River Road |
| | Suite 250 | Suite 600 |
| | Bolingbrook, IL 60440 | Rosemont, Illinois 60018 |

PLEASE TAKE NOTICE that on 5th day May 2021, we e-filed, pursuant to Electronic Court filing procedures, **Notice of Filing of Certificate of Service of Plaintiff's Supplemental Interrogatories and Fourth Supplemental Request to Produce**, and is attached hereto and served upon you.

/s/ Hall Adams
One of Plaintiff's Attorneys

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that service of the foregoing, **Notice of Filing of Certificate of Service of Plaintiff's Supplemental Interrogatories and Fourth Supplemental Request to Produce,** shall be accomplished pursuant to Electronic Court Filing procedures to counsel who are Filing Users on this 5th day of May 2021.

/s/ Hall Adams
One of Plaintiff's Attorneys

Hall Adams
Law Offices of Hall Adams LLC
33 North Dearborn Street, Suite 2350
Chicago, Illinois 60602
T: (312) 445-4900
F: (312) 445-4901
Attorneys I.D. #6194886