UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CASSANDRA SOCHA,** | ) |
| | ) Case No. 18 CV 05681 |
| **Plaintiff,** | ) |
| | ) Honorable Judge Jorge L. Alonso |
| v. | ) |
| | ) Honorable Magistrate M. David Weisman |
| **City of Joliet, a municipal corporation,** | ) |
| **Edward Grizzle, John Does 1 – 20,** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF FILING

| | | |
|---|---|---|
| **To:** | **John O'Driscoll** | **Michael J. Atkus** |
| | **Tressler LLP** | **Knight Hoppe Kurnik & Knight, Ltd.** |
| | **233 South Wacker Drive** | **5600 North River Road** |
| | **61st Floor** | **Suite 600** |
| | **Chicago, Illinois 60606** | **Rosemont, Illinois 60018** |

PLEASE TAKE NOTICE that on 10th day May 2021, we e-filed, pursuant to Electronic Court filing procedures, **Notice of Filing and Joint Deposition Scheduling Status Report**, and is attached hereto and served upon you.

                                                                          /s/ Hall Adams
                                                          One of Plaintiff's Attorneys

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that service of the foregoing, **Notice of Filing and Joint Deposition Scheduling Status Report,** shall be accomplished pursuant to Electronic Court Filing procedures to counsel who are Filing Users on this 10th day of May 2021.

                                                          /s/ Hall Adams
                                                          One of Plaintiff's Attorneys

Hall Adams
Law Offices of Hall Adams LLC
33 North Dearborn Street, Suite 2350
Chicago, Illinois 60602
T: (312) 445-4900
F: (312) 445-4901
Attorneys I.D. #6194886