UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CASSANDRA SOCHA,** | ) |
| | ) Case No. 18 CV 05681 |
| **Plaintiff,** | ) |
| | ) Honorable Judge Jorge L. Alonso |
| v. | ) |
| | ) Honorable Magistrate M. David Weisman |
| **City of Joliet, a municipal corporation,** | ) |
| **Edward Grizzle, John Does 1 – 20,** | ) |
| | ) |
| **Defendants.** | ) |

## JOINT STATUS REPORT

The parties, jointly, and pursuant to the Court's 5 February 2021 Order (Doc #131), state as follows for their Joint Status Report:

## DEPOSITIONS

### Depositions for Which Plaintiff has Served Subpoenas and Issued Notices

April 28th, 2021 @ 9:30 a.m. – Jeffrey German - **COMPLETED**

April 28th, 2021 @ 12:00 p.m. – Donald McKinney- **COMPLETED**

April 30th, 2021 @ 1:00 p.m. – Chris Botzum - **COMPLETED**

May 4th, 2021 @ 10:00 a.m. – Cassandra Socha - **COMPLETED**

May 7th, 2021 @ 12:30 p.m. – Carlos Matlock - **COMPLETED**

May 13th, 2021 @ 9:30 a.m. – Brad McKeon

May 28th, 2021 @ 9:30 a.m. – Robert Brown

June 1st, 2021 @ 9:30 a.m. – Tim Powers

June 2nd, 2021 @ 9:30 a.m. – Dave Jackson

June 3rd, 2021 @ 9:30 a.m. – Michael DeVito

June 8th, 2021 @ 9:30 a.m. – Jeremy Harrison

June 14th, 2021 @ 9:30 a.m. – Phillip Bergner

June 21st, 2021 @ 9:30 a.m. – Alan Roechner

June 22nd, 2021 @ 9:30 a.m. – Marc Reid

June 24th, 2021 @9:30 a.m. –   Darrel Gavin

**TBD** – Deposition of Edward Grizzle

**TBD** - Deposition of Michael Battis

**TBD** –  Tab Jensen **(Was set for a date 12 May 2021 but is being rescheduled at defendant's request)**

**TBD** –  Shawn Stachelski **(Was set for a date 27 May 2021 but is being rescheduled at plaintiff's request)**

DeVito, plaintiff's union representative. Plaintiff expects that he will identify an "informant" who approached him in/around July '18 with information corroborating the allegations in plaintiff's complaint. Once this "informant" is identified, plaintiff will need the deposition of this "informant."

**Deposition for Which Defendants have Indicated They May Serve Subpoenas and Issue Notices**

**TBD** –  Nicholas Crowley

**TBD** –  Lorinda Lamkin

**TBD** – Michelle Banas

**TBD** –  Olga Rice

**TBD** –  Dr. David Levy

**TBD** – Nicole Thompson-Wilson

**TBD** – Plaintiff's relationship counselor

**TBD** – Debbi Del Re

**TBD** –  Patricia Socha

**TBD** – Maria Gatilin

**TBD** – Bruce Gatilin

**TBD** –  Victoria Ackerman

**TBD** – Betty Howard

**TBD** –  Judge Sarah Jones

**TBD** –  Kyle Young (RCFL)

**TBD** –  Edward Levandowski (RCFL)

**TBD** –  Jordan Graves (RCFL)

**TBD** –  Paul Kerley (RCFL)

**TBD** –  Craig Golucki (RCFL)

**TBD** – Ryan Rainey (RCFL)

## OTHER DISCOVERY INITIATED BY PLAINTIFF

Plaintiff has issued a subpoena for records to Chicago Regional Computer Forensic Laboratory ("RCFL") for records relating to work that it did at the request of Joliet Police Department to forensically examine computers in reaction to plaintiff's complaint ,as described during 30 April 2021 deposition of Lt. Botzum of Joliet Police Department. Plaintiff may require a Rule 30(b)(6) deposition of an RCFL representative after these records are reviewed.

On 20 April 2021, 4 May 2021, plaintiff served defendants with Supplemental Interrogatories and Requests to Produce requesting discrete pieces of information or documents suggested by deposition testimony.

## OTHER DISCOVERY TO BE INITIATED BY DEFENDANTS

Defendants are issuing subpoenas for records to Plaintiff's various treaters that were disclosed during her 14 May 2021 deposition. There are, at minimum, four additional treaters from which records will be sought (Dr. David Levy, Debbi Del Re and Plaintiff's relationship counselor). Defendants also are in the process of confirming that the records received from Dr. Thompson-Wilson are complete. Plaintiff disclosed additional treatment periods during her depositon. Defendant may request records from this treatment period and add relevant treaters to its deposition list.

## DISCOVERY DEADLINES

The parties previously indicated that the officer depositions could be done by June 30. This Court then entered an order directing that occur. As a result of the depositions taken thus far,

Defendants have identified 20 individuals that may need to be deposed in addition to the 18 officer depositions that were requested by the Plaintiff. To the extent that the number of deponents identified by Defendants exceeds the number of depositions allowed under the rules, Plaintiff generally does not have an objection, but reserves the right to raise objections to the depositions of specific individuals if and when deposition notices actually issued.

Given the current deposition schedule and the additional witnesses that are to be deposed, Defendants have requested that the parties agree that the Court direct the parties to complete those depositions by September 15. Plaintiff objects to the Defendants' request and is requesting that the Court not extend the facts discovery deadline.

Cassandra Socha
By: /s/ Hall Adams
Hall Adams
LAW OFFICES OF HALL ADAMS
33 North Dearborn Street, Suite 2350
Chicago, Illinois 60602
hall@adamslegal.net
ARDC No.: 6194886

City of Joliet
By: /s/ John M. O'Driscoll
John M. O'Driscoll (ARDC #6237793)
Darcy Proctor (ARDC #6199731)
James J. Hess
TRESSLER LLP
Counsel for City of Joliet
550 E. Boughton Road, Suite 250
Bolingbrook, Illinois 60440
jodriscoll@tresslerllp.com
dproctor@tresslerllp.com
jhess@tresslerllp.com

Edward Grizzle
By: /s/ Matthew Clark
Matthew Clark
Michael J. Atkus (ARDC #628566)
KNIGHT HOPPE KURNIK & KNIGHT, LTD.
5600 N. River Road, Suite 600
Rosemont, Illinois 60018
matkus@khkklaw.com
ARDC No.: 6224673