UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Cassandra Socha

                      Plaintiff,

v.                                                   Case No.: 1:18−cv−05681
                                                      Honorable Jorge L. Alonso

City of Joliet, et al.

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 14, 2021:

      MINUTE entry before the Honorable M. David Weisman: Magistrate Status hearing held. Parties addressed the courts questions and concerns related to the subpoena to the Chicago Regional Computer Forensic Lab and plaintiff's cell phone. The Court affirms that the fact discovery date deadline of 6/30/21 stands. The Court may consider a short extension of discovery but has significant concerns as to the number of depositions proposed by defendants and the failure to issue any notice of depositions to date. Parties shall file a joint status report by noon on 6/7/21 outlining the schedule for depositions with dates. Status hearing set for 6/8/21 at 9:15 a.m. Parties shall dial in using the Court's conference call−in number. The conference call−in number is 1−877−411−9748 and the passcode is 1814539. Mailed notice (ao,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.