IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CASSANDRA SOCHA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 18 cv 05681 |
| v. | ) | |
| | ) | Judge: Jorge L. Alonso |
| CITY OF JOLIET, an Illinois municipal corporation, EDWARD GRIZZLE, and JOHN DOES 1-20, | ) ) ) | Magistrate: M. David Weisman |
| | ) | Trial by Jury Demanded |
| Defendants. | ) | |

## NOTICE OF FILING

To:   Hall Adams                                  Matthew S. Clark
      Law Offices of Hall Adams LLC              Michael J. Atkus
      33 North Dearborn Street, Suite 2350       Knight Hoppe Kurnik & Knight Ltd
      Chicago, IL 60602                          5600 N. River Road – Suite 600
      hall@adamslegal.net                        Rosemont, IL 60018
                                                 matkus@khkklaw.com
                                                 mclark@khkklaw.com

Please take notice that on the **20th day of May, 2021**, we filed, pursuant to Electronic Court filing procedures, **Certificate of Service of** the City of Joliet's Responses to Plaintiff Cassandra Socha's Third Supplemental Document Request, which copies are attached and hereby served upon you.

TRESSLER LLP

By:  /s/*James J. Hess*
       One of Its Attorneys


John M. O'Driscoll (ARDC #6237793)
Darcy L. Proctor (ARDC # 6199731)
James J. Hess (ARDC #6306162)
TRESSLER LLP
Counsel for City of Joliet
550 E. Boughton Road, Suite 250
Bolingbrook, Illinois 60440
jodriscoll@tresslerllp.com
swilkins@tresslerllp.com
jhess@tresslerllp.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CASSANDRA SOCHA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 18 cv 05681 |
| v. | ) | |
| | ) | Judge: Jorge L. Alonso |
| CITY OF JOLIET, an Illinois municipal corporation, EDWARD GRIZZLE, and JOHN DOES 1-20, | ) ) ) | Magistrate: M. David Weisman |
| | ) | Trial by Jury Demanded |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

To: Hall Adams
Law Offices of Hall Adams LLC
33 North Dearborn Street, Suite 2350
Chicago, IL 60602
hall@adamslegal.net

Matthew S. Clark
Michael J. Atkus
Knight Hoppe Kurnik & Knight Ltd
5600 N. River Road – Suite 600
Rosemont, IL 60018
matkus@khkklaw.com
mclark@khkklaw.com

The undersigned attorney certifies that service of the foregoing Certificate of Service of the City of Joliet's Responses to Plaintiff Cassandra Socha's Third Supplemental Document Request shall be accomplished on this 20th day of May, 2021.

By: /s/*James J. Hess*

John M. O'Driscoll (ARDC #6237793)
Darcy L. Proctor (ARDC # 6199731)
James J. Hess (ARDC #6306162)
TRESSLER LLP
Counsel for City of Joliet
550 E. Boughton Road, Suite 250
Bolingbrook, Illinois 60440
jodriscoll@tresslerllp.com
swilkins@tresslerllp.com
jhess@tresslerllp.com

4814-8222-8202, v. 1