UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CASSANDRA SOCHA,** | ) |
| | ) Case No. 18 CV 05681 |
| **Plaintiff,** | ) |
| | ) Honorable Judge Jorge L. Alonso |
| v. | ) |
| | ) Honorable Magistrate M. David Weisman |
| **City of Joliet, a municipal corporation,** | ) |
| **Edward Grizzle, John Does 1 – 20,** | ) |
| | ) |
| **Defendants.** | ) |

### NOTICE OF FILING

**To:** Hall Adams                               Michael J. Atkus
Law Offices of Hall Adams LLC        Knight Hoppe Kurnik & Knight, Ltd.
33 N. Dearborn St., Ste. 2350           5600 N. River Rd, Ste. 600
Chicago, IL 60602                           Rosemont, IL 60018

PLEASE TAKE NOTICE that on 25th day May 2021, we e-filed, pursuant to Electronic Court filing procedures, **Notice of Filing of Certificate of Service of Notice of Deposition**, and is attached hereto and served upon you.

/s/ Darcy Proctor
*Attorney for Defendant City of Joliet*

### CERTIFICATE OF SERVICE

The undersigned attorney certifies that service of the foregoing, **Notice of Filing of Certificate of Service of Notice of Deposition,** shall be accomplished pursuant to Electronic Court Filing procedures to counsel who are Filing Users on this 25th day of May 2021.

/s/ Darcy Proctor
*Attorney for Defendant City of Joliet*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CASSANDRA SOCHA,** | ) |
| | ) Case No. 18 CV 05681 |
| **Plaintiff,** | ) |
| | ) Honorable Judge Jorge L. Alonso |
| v. | ) |
| | ) Honorable Magistrate M. David Weisman |
| **City of Joliet, a municipal corporation,** | ) |
| **Edward Grizzle, John Does 1 – 20,** | ) |
| | ) |
| **Defendants.** | ) |

**CERTIFICATE OF SERVICE**

**To:**  Hall Adams                                  Michael J. Atkus
Law Offices of Hall Adams LLC        Knight Hoppe Kurnik & Knight, Ltd.
33 N. Dearborn St., Ste. 2350            5600 N. River Rd, Ste. 600
Chicago, IL 60602                              Rosemont, IL 60018

The undersigned attorney certifies that service of the foregoing, **Certificate of Service of Notice of Deposition,** shall be accomplished pursuant to Electronic Court Filing procedures to counsel who are Filing Users on this 25th day of May 2021.

                                                                                    /s/ Darcy Proctor
                                                                 One of Plaintiff's Attorneys

Darcy Proctor
Tressler LLP
233 S. Wacker Dr., 61st Fl.
Chicago, IL 60606
T: (312) 627-4010
F: (312) 627-1717
Attorney No.: 6199731