IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CASSANDRA SOCHA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 18 cv 05681 |
| v. | ) | |
| | ) | Judge: Jorge L. Alonso |
| CITY OF JOLIET, an Illinois municipal corporation, EDWARD GRIZZLE, and JOHN DOES 1-20, | ) ) ) | Magistrate: M. David Weisman |
| | ) | |
| Defendants. | ) | |

**DEFENDANT CITY OF JOLIET'S MOTION FOR LEAVE TO FILE ADDITIONAL AFFIRMATIVE DEFENSES**

NOW COMES the Defendant CITY OF JOLIET, by its attorneys, TRESSLER LLP, and moves this Court for leave to file its Additional Affirmative Defenses, *instanter*. In support of this motion, the City of Joliet states as follows:

1. Plaintiff's First Amended Complaint "("Complaint")" alleges privacy tort claims of "intrusion upon seclusion" (Count XII) and "publication of private facts" (Count XVII) against the City of Joliet. Plaintiff's claims are based upon the City's purported violations of her privacy rights by allegedly: (a) searching her iPhone without probable cause, (b) providing inaccurate and/or incomplete information in the Grizzle Affidavit to obtain a warrant to search plaintiff's phone, (c) conducting a search beyond the legitimate scope of the warrant, and (d) allowing private information to be viewed by others within the Joliet police department.

2. Defendant has denied these allegations and asserted other tort immunity defenses to these claims in its Answer and Affirmative Defenses to Plaintiff's Complaint. (Document #66). In its Affirmative Defenses, the City expressly reserved the right to assert any other defenses that may be appropriate upon facts or information revealed in discovery. (Document #66, page ID #334).

3. Since the City filed its Answer and Affirmative Defenses, the parties have engaged in extensive written discovery and recently completed the depositions of the Plaintiff, Cassandra Socha, and several depositions of members of the Joliet police department concerning the allegations in Plaintiff's Complaint and her theories of liability against the City of Joliet.

4. As noted in prior representations to the Court, some of the Plaintiff's claims have remained amorphous and the Inspector General's investigation has not given a final report. Consequently, these recent depositions have helped fill in some of the blanks and inform the City of grounds to support additional affirmative defenses.

5. Based on recent case developments, Defendant seeks leave of court to file three additional affirmative defenses to the plaintiff's privacy tort claims. Specifically, the City is raising two additional tort immunity defenses based on 745 ILCS 10/ 2-201 (discretionary immunity) and 745 ILCS 10/2-208 (immunity for prosecution of judicial or administrative proceedings). The City's third additional affirmative defense is based on a failure to mitigate damages defense supported by the Plaintiff's recent deposition testimony. A true and correct copy of the proposed additional affirmative defenses is attached hereto as Exhibit "A".

6. Under FRCP 15(a)(2), a party may amend its pleading with leave of court and leave to amend should be freely given. Leave to amend may be denied if there has been undue delay, bad faith, prejudice or the amendment would be futile. *Figgie Intl'l v. Miller*, 966 F.2d 1178, 1180-81 (7th Cir. 1992). The decision to grant a party leave to amend the pleadings is a matter left to the discretion of the district court. *Soltys v. Costello,* 520 F. 3d 737, 743 (7th Cir. 2008). None of the factors weighing against leave to amend are present here.

7. Allowance of Defendant's Additional Affirmative Defenses will not operate as a surprise to Plaintiff or serve to delay this matter.

8. Denial of the requested relief will operate to unfairly prejudice Defendant.

WHEREFORE, Defendant, CITY of JOLIET, respectfully requests that this Court grant it leave to file its Additional Affirmative Defenses, *instanter.*

Respectfully submitted,

/s/ Darcy Proctor
Darcy Proctor
Tressler LLP
233 S. Wacker Dr., 61st Fl.
Chicago, IL 60606
T: (312) 627-4010
F: (312) 627-1717
Attorney No.: 6199731
dproctor@tresslerllp.com
*Attorney for Defendant City of Joliet*