IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CASSANDRA SOCHA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 18 cv 05681 |
| v. | ) | |
| | ) | Judge: Jorge L. Alonso |
| CITY OF JOLIET, an Illinois municipal corporation, EDWARD GRIZZLE, and JOHN DOES 1-20, | ) ) ) | Magistrate: M. David Weisman |
| | ) | |
| Defendants. | ) | |

**DEFENDANT CITY OF JOLIET'S ADDITIONAL AFFIRMATIVE DEFENSES**

NOW COMES the Defendant CITY of JOLIET, by its attorneys,TRESSLER LLP, and states the following as its Additional Affirmative Defenses:

**ADDITIONAL AFFIRMATIVE DEFENSES**

In the alternative to and subject to the denials in its pleadings, and in addition to the City's Affirmative Defenses I-IV, the City of Joliet states as its Additional Affirmative Defenses to Count XII and Count XVIII of Plaintiff's First Amended Complaint the following:

**V. Section 2-201 Of Tort Immunity Act**

1. The Local Governmental and Governmental Employees Tort Immunity Act ("Tort Immunity Act") states at 745 ILCS 10/2-201 that, "A public employee serving in a position involving the determination of policy or the exercise of discretion is not liable for an injury resulting from his act or omission in determining policy when acting in the exercise of such discretion even though abused."

2. Further, the Tort Immunity Act states at 745 ILCS 10/2-109 that, "A local public entity is not liable for any injury resulting from an act or omission of its employee where the employee is not liable."

***EXHIBIT A***

3. As a result, to the extent the individual defendants have discretionary immunity and are not liable under Section 10/2-201, then the City of Joliet is not liable.

### VI. Section 2-208 Of Tort Immunity Act

1. The Local Governmental and Governmental Employees Tort Immunity Act ("Tort Immunity Act") states at 745 ILCS 10/2-208 that, "A public employee is not liable for injury caused by his instituting or prosecuting any judicial or administrative proceeding within the scope of his employment, unless he acts maliciously and without probable cause."

2. Further, the Tort Immunity Act states at 745 ILCS 10/2-109 that, "A local public entity is not liable for an injury resulting from an act or omission of its employee where the employee is not liable."

3. As a result, to the extent the individuals are not liable under Section10/2-208, then the City of Joliet is also not liable.

### VII. Plaintiff's Failure To Mitigate Damages

1. At all times relevant, the Plaintiff, Casandra Socha, had a duty to take reasonable steps to mitigate her damages for which she seeks recovery for in this lawsuit. Specifically, the Plaintiff is claiming extreme embarrassment, humiliation, anguish and emotional suffering as a result of the alleged dissemination of private images of a sexual nature detailed in her court filings including Plaintiff's First Amended Complaint.

2. At all times relevant, Plaintiff failed to seek appropriate medical treatment, counseling or other support with respect to her past, present and any future emotional distress damages claims and other compensatory damages alleged in this lawsuit.

3. At all times relevant, Plaintiff had a duty to take reasonable steps to: protect her personal identity; prevent reputational harm, if any; and otherwise avoid publication and public

dissemination of the private matters detailed in her court filings including Plaintiff's First Amended Complaint and newspaper accounts.

4. At all times relevant, Plaintiff otherwise failed in her duty to mitigate damages.

5. To the extent the City is liable to the Plaintiff, and she proves any compensatory damages, then any award of damages must be barred or substantially reduced due to Plaintiff's failure to mitigate damages.

**WHEREFORE,** Defendant City of Joliet denies Plaintiff is entitled to any relief whatsoever and prays for entry of judgment in its favor and against Plaintiff in accordance with its Affirmative Defenses and for the costs of defending this lawsuit and for any relief as is deemed equitable and just.

Respectfully submitted,

/s/ Darcy Proctor
Darcy Proctor
Tressler LLP
233 S. Wacker Dr., 61st Fl.
Chicago, IL 60606
T: (312) 627-4010 ; F: (312) 627-1717
Attorney No.: 6199731
dproctor@tresslerllp.com
*Attorney for Defendant City of Joliet*