**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CASSANDRA SOCHA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 18 cv 05681 |
| v. | ) | |
| | ) | Judge: Jorge L. Alonso |
| CITY OF JOLIET, an Illinois municipal | ) | |
| corporation, EDWARD GRIZZLE, and JOHN | ) | Magistrate: M. David Weisman |
| DOES 1-20, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>NOTICE OF MOTION</u>**

TO:     All Attorneys of Record

  **PLEASE TAKE NOTICE** that on **June 2, 2021 at 9:15 a.m.,** we shall appear before The Honorable Magistrate Judge M. David Weisman, **Court Room 1300,** by telephone or video conference, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL and will then and there present, **DEFENDANT CITY OF JOLIET'S MOTION FOR LEAVE TO FILE ADDITIONAL AFFIRMATIVE DEFENSES,** a copy of which is attached hereto.

        Respectfully submitted,

        /s/ Darcy Proctor
        Darcy Proctor
        Tressler LLP
        233 S. Wacker Dr., 61st Fl.
        Chicago, IL 60606
        T: (312) 627-4010 ; F: (312) 627-1717
        Attorney No.: 6199731
        dproctor@tresslerllp.com
        *Attorney for Defendant City of Joliet*

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2021, a copy of **DEFENDANT CITY OF JOLIET'S MOTION FOR LEAVE TO FILE ADDITIONAL AFFIRMATIVE DEFENSES** was filed electronically and served by e-mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by e-mail and mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Respectfully submitted,

 /s/ Darcy Proctor
Darcy Proctor
Tressler LLP
233 S. Wacker Dr., 61st Fl.
Chicago, IL 60606
T: (312) 627-4010 ; F: (312) 627-1717
Attorney No.: 6199731
dproctor@tresslerllp.com
*Attorney for Defendant City of Joliet*