# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| CASSANDRA SOCHA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 18 cv 05681 |
| v. | ) | |
| | ) | Judge: Jorge L. Alonso |
| CITY OF JOLIET, an Illinois municipal corporation, EDWARD GRIZZLE, and JOHN DOES 1-20, | ) ) ) ) | Magistrate: M. David Weisman |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO: All Attorneys of Record

**PLEASE TAKE NOTICE** that on **June 4, 2021 at 9:30 a.m.,** we shall appear before The Honorable Judge Jorge L. Alonso, **Court Room 1903**, by telephone conference, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL and will then and there present, **DEFENDANT CITY OF JOLIET'S MOTION FOR LEAVE TO FILE ADDITIONAL AFFIRMATIVE DEFENSES,** a copy of which is attached hereto.

          Respectfully submitted,

          /s/ Darcy Proctor
          Darcy Proctor
          Tressler LLP
          233 S. Wacker Dr., 61st Fl.
          Chicago, IL 60606
          T: (312) 627-4010 ; F: (312) 627-1717
          Attorney No.: 6199731
          dproctor@tresslerllp.com
          *Attorney for Defendant City of Joliet*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 27, 2021, a copy of this **NOTICE OF MOTION OF DEFENDANT CITY OF JOLIET'S MOTION FOR LEAVE TO FILE ADDITIONAL AFFIRMATIVE DEFENSES** was filed electronically and served by e-mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by e-mail and mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

      Respectfully submitted,

/s/ Darcy Proctor
Darcy Proctor
Tressler LLP
233 S. Wacker Dr., 61st Fl.
Chicago, IL 60606
T: (312) 627-4010 ; F: (312) 627-1717
Attorney No.: 6199731
dproctor@tresslerllp.com
*Attorney for Defendant City of Joliet*