# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| CASSANDRA SOCHA, | ) |
| | ) |
| Plaintiff, | ) No. 18 cv 05681 |
| v. | ) |
| | ) Judge: Jorge L. Alonso |
| CITY OF JOLIET, an Illinois municipal corporation, EDWARD GRIZZLE, and JOHN DOES 1-20, | ) |
| | ) Magistrate: M. David Weisman |
| | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF FILING

TO:  All Attorneys of Record

**PLEASE TAKE NOTICE** that on **June 4, 2021,** we e-filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, **DEFENDANT CITY OF JOLIET'S ADDITIONAL AFFIRMATIVE DEFENSES,** a copy of which is attached hereto.

Respectfully submitted,

 /s/ Darcy Proctor
Darcy Proctor
Tressler LLP
233 S. Wacker Dr., 61st Fl.
Chicago, IL 60606
T: (312) 627-4010
F: (312) 627-1717
Attorney No.: 6199731
dproctor@tresslerllp.com
*Attorney for Defendant City of Joliet*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 4, 2021, a copy of **DEFENDANT CITY OF JOLIET'S ADDITIONAL AFFIRMATIVE DEFENSES** was filed electronically and served by e-mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by e-mail and mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

      Respectfully submitted,

      /s/ Darcy Proctor
      Darcy Proctor
      Tressler LLP
      233 S. Wacker Dr., 61st Fl.
      Chicago, IL 60606
      T: (312) 627-4010
      F: (312) 627-1717
      Attorney No.: 6199731
      dproctor@tresslerllp.com
      *Attorney for Defendant City of Joliet*