**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CASSANDRA SOCHA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 18 cv 05681 |
| v. | ) | |
| | ) | Judge: Jorge L. Alonso |
| CITY OF JOLIET, an Illinois municipal corporation, EDWARD GRIZZLE, and JOHN DOES 1-20, | ) ) ) | Magistrate: M. David Weisman |
| | ) | Trial by Jury Demanded |
| Defendants. | ) | |

### NOTICE OF FILING

To:    Hall Adams                                  Matthew S. Clark
        Law Offices of Hall Adams LLC             Michael J. Atkus
        33 North Dearborn Street, Suite 2350     Knight Hoppe Kurnik & Knight Ltd
        Chicago, IL 60602                             5600 N. River Road – Suite 600
        hall@adamslegal.net                      Rosemont, IL 60018
                                                                matkus@khkklaw.com
                                                                mclark@khkklaw.com

        Please take notice that on the **4th day of June, 2021**, we filed, pursuant to Electronic Court filing procedures, **Certificate of Service of** the City's Response to Plaintiff Cassandra Socha's Fourth Supplemental Document Requests and City's Answer to Plaintiff Cassandra Socha's Supplemental Interrogatories, which copies are attached and hereby served upon you.

                                                           TRESSLER LLP

                                                           By: /s/*James J. Hess*
                                                                  One of Its Attorneys


John M. O'Driscoll (ARDC #6237793)
Darcy L. Proctor (ARDC # 6199731)
James J. Hess (ARDC #6306162)
TRESSLER LLP
Counsel for City of Joliet
550 E. Boughton Road, Suite 250
Bolingbrook, Illinois 60440
jodriscoll@tresslerllp.com
swilkins@tresslerllp.com
jhess@tresslerllp.com

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CASSANDRA SOCHA, ) | |
| ) | |
| Plaintiff, ) | No. 18 cv 05681 |
| v. ) | |
| ) | Judge: Jorge L. Alonso |
| CITY OF JOLIET, an Illinois municipal ) | |
| corporation, EDWARD GRIZZLE, and JOHN ) | Magistrate: M. David Weisman |
| DOES 1-20, ) | |
| ) | Trial by Jury Demanded |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

To:   Hall Adams                                  Matthew S. Clark
      Law Offices of Hall Adams LLC               Michael J. Atkus
      33 North Dearborn Street, Suite 2350        Knight Hoppe Kurnik & Knight Ltd
      Chicago, IL 60602                           5600 N. River Road – Suite 600
      hall@adamslegal.net                         Rosemont, IL 60018
                                                  matkus@khkklaw.com
                                                  mclark@khkklaw.com

The undersigned attorney certifies that service of the foregoing **Certificate of Service of** the City's Response to Plaintiff Cassandra Socha's Fourth Supplemental Document Requests and City's Answer to Plaintiff Cassandra Socha's Supplemental Interrogatories shall be accomplished on this 4th day of June, 2021.

By:   /s/*James J. Hess*

John M. O'Driscoll (ARDC #6237793)
Darcy L. Proctor (ARDC # 6199731)
James J. Hess (ARDC #6306162)
TRESSLER LLP
Counsel for City of Joliet
550 E. Boughton Road, Suite 250
Bolingbrook, Illinois 60440
jodriscoll@tresslerllp.com
swilkins@tresslerllp.com
jhess@tresslerllp.com

4830-2047-4861, v. 1