UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CASSANDRA SOCHA, | ) |
| | ) Case No. 18 CV 05681 |
| Plaintiff, | ) |
| | ) Honorable Judge Jorge L. Alonso |
| v. | ) |
| | ) Honorable Magistrate M. David Weisman |
| City of Joliet, a municipal corporation, | ) |
| Edward Grizzle, John Does 1 – 20, | ) |
| | ) |
| Defendants. | ) |

## JOINT STATUS REPORT

The parties, jointly, and pursuant to the Court's 14 May 2021 Order (Doc # 152), state as follows for their Joint Status Report:

## DEPOSITIONS

### Depositions for Which Plaintiff has Served Subpoenas and Issued Notices

April 28th, 2021 @ 9:30 a.m. – Jeffrey German - **COMPLETED**

April 28th, 2021 @ 12:00 p.m. – Donald McKinney- **COMPLETED**

April 30th, 2021 @ 1:00 p.m. – Chris Botzum - **COMPLETED**

May 4th, 2021 @ 10:00 a.m. – Cassandra Socha - **COMPLETED**

May 7th, 2021 @ 12:30 p.m. – Carlos Matlock - **COMPLETED**

May 13th, 2021 @ 9:30 a.m. – Brad McKeon - **COMPLETED**

May 28th, 2021 @ 9:30 a.m. – Robert Brown - **COMPLETED**

June 1st, 2021 @ 9:30 a.m. – Tim Powers - **COMPLETED**

June 2nd, 2021 @ 9:30 a.m. – Dave Jackson- **COMPLETED**

June 3rd, 2021 @ 9:30 a.m. – Michael DeVito - **COMPLETED**

June 8th, 2021 @ 9:30 a.m. – Jeremy Harrison

June 10th, 2021 @ 10:30 a.m. – Tab Jensen

June 14th, 2021 @ 9:30 a.m. – Phillip Bergner

June 21st, 2021 @ 9:30 a.m. – Alan Roechner

June 22nd, 2021 @ 9:30 a.m. –   Marc Reid

June 24th, 2021 @9:30 a.m. –   Darrel Gavin

July 8th, 2021 @ 9:30 a.m. - Michael Battis

July 9th, 2021 @ 12:30 p.m. –   Shawn Stachelski

July 28, 2021 @ 9:30 a.m. – Edward Grizzle

## Depositions for Which Defendants have Issued Notices

June 17th, 2020 @ 10:00 a.m. – Nicholas Crowley

July 16th, 2021 @ 9:30 a.m. – Lorinda Lamkin

July 14, 2021 @ 11:00 a.m. -  Thomas Banas

July 21, 2021 @ 9:30 a.m. – Jeff Tomszak

July 26, 2021 @ 9:30 – Joseph Egizio

**Defendants reserve the right to issue deposition notices for additional witnesses deemed necessary based upon the testimony in the depositions scheduled to be completed.**

**Depositions for Which Defendants have Indicated They May Serve Subpoenas and Issue Notices**

**TBD** –  Dr. David Levy

**TBD** – Nicole Thompson-Wilson

**TBD** – Plaintiff's relationship counselor

**TBD** – Debbi Del Re

**TBD** – Maria Gatilin

**TBD** – Bruce Gatilin

**TBD** –  Victoria Ackerman

**TBD** – Betty Howard

**TBD** –  Judge Sarah Jones

**TBD** –  Kyle Young (RCFL)

**TBD** –   Edward Levandowski (RCFL)

**TBD** –   Jordan Graves (RCFL)

**TBD** –   Paul Kerley (RCFL)

**TBD** –   Craig Golucki (RCFL)

**TBD** – Ryan Rainey (RCFL)

## OTHER DISCOVERY INITIATED BY PLAINTIFF

Plaintiff has issued a subpoena for records to Chicago Regional Computer Forensic Laboratory ("RCFL") for records relating to work that it did at the request of Joliet Police Department to forensically examine computers in reaction to plaintiff's complaint as described during 30 April 2021 deposition of Lt. Botzum of Joliet Police Department. The subpoena to RCFL was returnable on 27 May 2021.

On 4 June 2021, plaintiff's attorney received the attached correspondence from the United State Department of Justice and then spoke with its author. Plaintiff's counsel intends to provide the requested "statement of relevance," in response to which the RCFL's substantive response to plaintiffs subpoena is anticipated. Plaintiff may then require a Rule 30(b)(6) deposition of an RCFL representative after these records are reviewed.

## OTHER DISCOVERY TO BE INITIATED BY DEFENDANTS

Defendants have issued record subpoenas to the following deponents: 1) Dr. David Levy (Archer Medical Group); 2) Dr. Nicole Thompson-Wilson (Edgewood Clinical Services); 3) Debbi Del Re (Edgewood Clinical Services) and 4) Couples counselor (Edgewood Clinical Services.)

## DISCOVERY DEADLINES

The current deadline for completion of fact discovery set by the Court is June 30. The July deposition dates listed above were necessitated by witness availability. On 2 June 2021, plaintiff's counsel was notified that the Illinois Appellate Court set oral argument in another case that conflicted

3

with the time for which Grizzle's deposition had been set. Counsel are in the process of rescheduling it.

Cassandra Socha

By: /s/ Hall Adams
Hall Adams
LAW OFFICES OF HALL ADAMS
33 North Dearborn Street, Suite 2350
Chicago, Illinois 60602
hall@adamslegal.net
ARDC No.: 6194886

City of Joliet

By: s/Darcy L. Proctor
John M. O'Driscoll (ARDC #6237793)
Darcy Proctor (ARDC #6199731)
James J. Hess
TRESSLER LLP
Counsel for City of Joliet
550 E. Boughton Road, Suite 250
Bolingbrook, Illinois 60440
jodriscoll@tresslerllp.com
dproctor@tresslerllp.com
jhess@tresslerllp.com

Edward Grizzle

By: s/Matthew Clark
Matthew Clark
Michael J. Atkus (ARDC #628566)
KNIGHT HOPPE KURNIK & KNIGHT, LTD.
5600 N. River Road, Suite 600
Rosemont, Illinois 60018
matkus@khkklaw.com
ARDC No.: 6224673