

**U.S. Department of Justice**

Federal Bureau of Investigation

---

In Reply, Please Refer to
File No.

2111 West Roosevelt Road
Chicago, Illinois 60608
312-421-6700
May 27, 2021

Law Office of Hall Adams, LLC
33 N. Dearborn Street, S-2350
Chicago, Illinois 60602

                RE: Socha v. City of Joliet

Dear Mr. Adams,

      This letter responds to your subpoena received by the Chicago field office of the Federal Bureau of Investigation (FBI). The subpoena seeks documents related to the captioned matter.

      The disclosure of FBI records and information, including testimony, in any administrative or judicial proceedings in which the FBI is not a party is controlled by statute and regulation. In order for the FBI to disclose records or information, the requestor must first provide the FBI with a jurisdictionally valid subpoena, order or demand, as well as an affidavit or statement summarizing the information sought and its relevance to the proceeding, as described in Title 28 of the Code of Federal Regulations. 28 C.F.R. §§ 16.21-16.29. Since you have not provided this office with a subpoena nor sufficient information to properly evaluate your request, we are not authorized to produce any FBI information in connection with this matter. See United States ex rel. Touhy v. Ragen, 340 U.S. 462 (1951).

      Should you provide the FBI with the required information, we will review it in light of the relevant federal regulations and make a determination as to the propriety of the requested release of information. The referenced provisions of the Code of Federal Regulations, however, are not intended to, and do not, create any right or benefit, substantive or procedural, against the United States. The FBI reserves the right to determine if it is appropriate to authorize the disclosure of information sought in your request. 5 U.S.C. § 301; 28 C.F.R. §§ 16.21-16.29.

      Further, the Privacy Act of 1974 generally precludes the FBI and its employees from disclosing information from FBI files concerning an individual without that individual's written consent or an appropriate court order specifically authorizing the FBI to disclose the requested information. 5 U.S.C. § 552a(b), (b)(11). Assuming the information is proper for release, we will advise if any responsive documents contain information falling under the ambit of the Privacy Act and provide a model court order which authorizes disclosure of the requested information.

Sincerely,

*Todd E. Carroll*

Todd E. Carroll
Associate Counsel