# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Cassandra Socha

                       Plaintiff,

v.                                              Case No.: 1:18−cv−05681
                                                    Honorable Jorge L. Alonso

City of Joliet, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 8, 2021:

      MINUTE entry before the Honorable M. David Weisman: Magistrate status hearing held. Parties appeared telephonically and reported on the status of discovery. Fact discovery, exclusive of medical treaters, shall close on 7/30/21. Additionally, to the extent discovery issues related to the RCFL subpoena that has been issued (or further issued prior to the close of fact discovery), the Court will consider the need for discovery beyond the 7/30/21 fact discovery cut−off solely limited to discovery issues related to the RCFL (for all parties). Note, the Court "will consider" discovery needs. This should not be understood to mean that any and all discovery requested will necessarily be allowed. By COB on 8/2/21, parties shall file a joint status report identifying a proposed schedule for medical treaters. A telephonic status hearing is set for 8/3/21 at 9:15 a.m. to discuss any discovery related issues. Parties shall dial in using the Court's conference call−in number. The conference call−in number is 1−877−411−9748 and the passcode is 1814539. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.