UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CASSANDRA SOCHA,** | ) |
| | ) Case No.  18 CV  05681 |
| **Plaintiff,** | ) |
| | )  Honorable Judge Jorge L. Alonso |
| v. | ) |
| | ) Honorable Magistrate M. David Weisman |
| **City of Joliet, a municipal corporation,** | ) |
| **Edward Grizzle, John Does 1 – 20,** | ) |
| | ) |
| **Defendants.** | ) |

**CERTIFICATE OF SERVICE**

To: John O'Driscoll   Michael J. Atkus
   Tressler LLP     Knight Hoppe Kurnik & Knight, Ltd.
   550 E. Boughton Road  5600 North River Road
   Suite 250      Suite 600
   Bolingbrook, IL 60440  Rosemont, Illinois 60018

   The undersigned attorney certifies that service of the foregoing, **Certificate of Service of Plaintiff's Fifth Supplemental Request to Produce,** shall be accomplished pursuant to Electronic Court Filing procedures to counsel who are Filing Users on this 22nd day of June 2021.

                     /s/ Hall Adams
                   One of Plaintiff's Attorneys

Hall Adams
Law Offices of Hall Adams LLC
33 North Dearborn Street, Suite 2350
Chicago, Illinois 60602
T: (312) 445-4900
F: (312) 445-4901
Attorneys I.D. #6194886