# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| CASSANDRA SOCHA, | ) |
| | ) Case No.  18 CV  05681 |
| **Plaintiff,** | ) |
| | )  Honorable Judge Jorge L. Alonso |
| **v.** | ) |
| | ) Honorable Magistrate M. David Weisman |
| City of Joliet, a municipal corporation, | ) |
| Edward Grizzle, John Does 1 – 20, | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF FILING

To:    **John O'Driscoll**           **Michael J. Atkus**
         **Tressler LLP**               **Knight Hoppe Kurnik & Knight, Ltd.**
         **550 E. Boughton Road**      **5600 North River Road**
         **Suite 250**                **Suite 600**
         **Bolingbrook, IL 60440**       **Rosemont, Illinois 60018**

PLEASE TAKE NOTICE that on 23rd day June 2021, we e-filed, pursuant to Electronic Court filing procedures, **Notice of Filing of Certificate of Service of 2nd Re-Notice of Deposition to Grizzle**, and is attached hereto and served upon you.

/s/ Hall Adams
One of Plaintiff's Attorneys

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that service of the foregoing, **Notice of Filing of Certificate of Service of 2nd Re-Notice of Deposition to Grizzle,** shall be accomplished pursuant to Electronic Court Filing procedures to counsel who are Filing Users on this 23rd day of June 2021.

/s/ Hall Adams
One of Plaintiff's Attorneys

Hall Adams
Law Offices of Hall Adams LLC
33 North Dearborn Street, Suite 2350
Chicago, Illinois 60602
T: (312) 445-4900
F: (312) 445-4901
Attorneys I.D. #6194886