## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| CASSANDRA SOCHA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 18 cv 05681 |
| v. | ) | |
| | ) | Judge: Jorge L. Alonso |
| CITY OF JOLIET, an Illinois municipal corporation, EDWARD GRIZZLE, and JOHN DOES 1-20, | ) ) ) | Magistrate: M. David Weisman |
| | ) | |
| | ) | Trial by Jury Demanded |
| Defendants. | ) | |

### NOTICE OF FILING

To:     Hall Adams
        Law Offices of Hall Adams LLC
        33 North Dearborn Street, Suite 2350
        Chicago, IL 60602
        hall@adamslegal.net

        Matthew S. Clark
        Michael J. Atkus
        Knight Hoppe Kurnik & Knight Ltd
        5600 N. River Road – Suite 600
        Rosemont, IL  60018
        matkus@khkklaw.com
        mclark@khkklaw.com

Please take notice that on the **1st day of July, 2021**, we filed, pursuant to Electronic Court filing procedures, **Certificate of Service of** the CITY OF JOLIET'S SECOND SET OF INTERROGATORIES TO PLAINTIFF and CITY OF JOLIET'S SECOND SET OF REQUESTS FOR PRODUCTION TO PLAINTIFF, which copies are attached and hereby served upon you.

TRESSLER LLP

By:  /s/*James J. Hess*
       One of Its Attorneys

John M. O'Driscoll (ARDC #6237793)
Darcy L. Proctor (ARDC # 6199731)
James J. Hess (ARDC #6306162)
TRESSLER LLP
Counsel for City of Joliet
550 E. Boughton Road, Suite 250
Bolingbrook, Illinois 60440
jodriscoll@tresslerllp.com
swilkins@tresslerllp.com
jhess@tresslerllp.com

1

4814-8092-7984, v. 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CASSANDRA SOCHA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 18 cv 05681 |
| v. | ) | |
| | ) | Judge: Jorge L. Alonso |
| CITY OF JOLIET, an Illinois municipal | ) | |
| corporation, EDWARD GRIZZLE, and JOHN | ) | Magistrate: M. David Weisman |
| DOES 1-20, | ) | |
| | ) | Trial by Jury Demanded |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

To:     Hall Adams                                           Matthew S. Clark
        Law Offices of Hall Adams LLC                        Michael J. Atkus
        33 North Dearborn Street, Suite 2350                 Knight Hoppe Kurnik & Knight Ltd
        Chicago, IL 60602                                    5600 N. River Road – Suite 600
        hall@adamslegal.net                                  Rosemont, IL  60018
                                                             matkus@khkklaw.com
                                                             mclark@khkklaw.com


        The undersigned attorney certifies that service of the foregoing **Certificate of Service of** the
CITY OF JOLIET'S SECOND SET OF INTERROGATORIES TO PLAINTIFF and CITY OF
JOLIET'S SECOND SET OF REQUESTS FOR PRODUCTION TO PLAINTIFF shall be
accomplished on this 1st day of July, 2021.


                                        By:  /s/*James J. Hess*


John M. O'Driscoll (ARDC #6237793)
Darcy L. Proctor (ARDC # 6199731)
James J. Hess (ARDC #6306162)
TRESSLER LLP
Counsel for City of Joliet
550 E. Boughton Road, Suite 250
Bolingbrook, Illinois 60440
jodriscoll@tresslerllp.com
swilkins@tresslerllp.com
jhess@tresslerllp.com

2

4814-8092-7984, v. 1