JMO/JJH/DLP                                                                                                       11399.0002

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **CASSANDRA SOCHA,** | ) |
| | ) Case No. 18 CV 05681 |
| **Plaintiff,** | ) |
| | ) Honorable Judge Jorge L. Alonso |
| v. | ) |
| | ) Honorable Magistrate M. David Weisman |
| **City of Joliet, a municipal corporation,** | ) |
| **Edward Grizzle, John Does 1 - 20,** | ) |
| | ) |
| **Defendants.** | ) |

### AMENDED NOTICE OF DEPOSITION

**TO:**  Lorinda Lamken
725 South Second Street
Springfield, IL 62704

**PLEASE TAKE NOTICE** that we shall take the deposition of Lorinda Lamken on July 29th, 2021 at 1:30 P.M. before an Officer authorized to administer oaths by the laws of the State of Illinois, upon oral interrogatories propounded pursuant to Federal Rule of Civil Procedure 30. The depositions will be recorded by the Officer, stenographically, utilizing a stenographic machine. Such deposition shall be taken via Zoom or other video conferencing service by **Atkinson-Baker Court Reporters, 101 W. Grand Ave., Suite 200, Chicago, IL 60654.**

                                                                Respectfully submitted,

                                                                 /s/ Darcy Proctor
                                                                 Darcy Proctor
                                                                 Tressler LLP
                                                                 233 S. Wacker Dr., 61st Fl.
                                                                 Chicago, IL 60606
                                                                 T: (312) 627-4010 ; F: (312) 627-1717
                                                                 Attorney No.: 6199731
                                                                 dproctor@tresslerllp.com
                                                                *Attorney for Defendant City of Joliet*

JMO/JJH/DLP                                                                                          11399.0002

## CERTIFICATE OF SERVICE

      I hereby certify that on July 21th, 2021, service of a true and complete copy of the above and foregoing, **NOTICE OF DEPOSITION,** was made upon the following, via email:

| | |
|---|---|
| **Hall Adams** | **Michael J. Atkus** |
| **Law Offices of Hall Adams LLC** | **Knight Hoppe Kurnik & Knight, Ltd.** |
| **33 N. Dearborn St., Ste. 2350** | **5600 N. River Rd., Ste. 600** |
| **Chicago, Illinois 60602** | **Rosemont, IL 60018** |

                                         /s/ Olivia Garcia
                                         Olivia Garcia