UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CASSANDRA SOCHA,** | ) |
| | ) Case No. 18 CV 05681 |
| **Plaintiff,** | ) |
| | ) Honorable Judge Jorge L. Alonso |
| v. | ) |
| | ) Honorable Magistrate M. David Weisman |
| City of Joliet, a municipal corporation, | ) |
| Edward Grizzle, John Does 1 – 20, | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF MOTION

To:     John O'Driscoll          Michael J. Atkus
          Tressler LLP               Knight Hoppe Kurnik & Knight, Ltd.
          233 South Wacker Drive    5600 North River Road
          61st Floor                   Suite 600
          Chicago, Illinois 60606     Rosemont, Illinois 60018

      PLEASE TAKE NOTICE that on 30th day July 2019, at 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Jorge L. Alonso or any judge sitting in his stead, in the courtroom usually occupied by him in Room 1903 of the United States District Courthouse, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604 shall then and here present, **Plaintiff's Motion for Leave to File Second Amended Complaint,** copies of which are attached hereto and hereby served upon you.

                                                                            /s/ Hall Adams
                                                              One of Plaintiff's Attorneys

## CERTIFICATE OF SERVICE

      The undersigned attorney certifies that I served the foregoing, **Notice of Motion and Plaintiff's Motion for Leave to File Second Amended Complaint**, upon the above attorney via email on this 22nd day of July 2021.

                                                              /s/ Hall Adams
                                                              One of Plaintiff's Attorneys

Hall Adams
Law Offices of Hall Adams LLC
33 North Dearborn Street, Suite 2350
Chicago, Illinois 60602
T: (312) 445-4900; F: (312) 445-4901
Attorneys I.D. #6194886