JMO/JJH/DLP 11399.0002

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CASSANDRA SOCHA, ) | |
| ) | |
| Plaintiff, ) | No. 18 cv 05681 |
| ) | |
| v. ) | |
| ) | Judge: Jorge L. Alonso |
| CITY OF JOLIET, an Illinois municipal ) | |
| corporation, EDWARD GRIZZLE, and JOHN ) | Magistrate: M. David Weisman |
| DOES 1-20, ) | |
| ) | Trial by Jury Demanded |
| Defendants. ) | |

### NOTICE OF FILING

To:    Hall Adams                                              Matthew S. Clark
          Law Offices of Hall Adams LLC             Michael J. Atkus
          33 North Dearborn Street, Suite 2350     Knight Hoppe Kurnik & Knight Ltd
          Chicago, IL 60602                           5600 N. River Road – Suite 600
          hall@adamslegal.net                      Rosemont, IL  60018
                                                                matkus@khkklaw.com
                                                                mclark@khkklaw.com

        Please take notice that on the **22ⁿᵈ day of July, 2021**, we filed, pursuant to Electronic Court filing procedures, **Certificate of Service of** the **CITY OF JOLIET'S RESPONSE TO PLAINTIFF CASSANDRA SOCHA'S FIFTH SUPPLEMENTAL DOCUMENT REQUESTS**, which copies are attached and hereby served upon you.

                                                                                              TRESSLER LLP

                                                                       By: /s/*James J. Hess*
                                                                           One of Its Attorneys


John M. O'Driscoll (ARDC #6237793)
Darcy L. Proctor (ARDC # 6199731)
James J. Hess (ARDC #6306162)
TRESSLER LLP
Counsel for City of Joliet
550 E. Boughton Road, Suite 250
Bolingbrook, Illinois 60440
jodriscoll@tresslerllp.com
swilkins@tresslerllp.com
jhess@tresslerllp.com

1

JMO/JJH/DLP                                                                                          11399.0002

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CASSANDRA SOCHA,           ) | |
| ) | |
| Plaintiff,           ) | No. 18 cv 05681 |
| v.           ) | |
| ) | Judge: Jorge L. Alonso |
| CITY OF JOLIET, an Illinois municipal           ) | |
| corporation, EDWARD GRIZZLE, and JOHN           ) | Magistrate: M. David Weisman |
| DOES 1-20,           ) | |
| ) | Trial by Jury Demanded |
| Defendants.           ) | |

**CERTIFICATE OF SERVICE**

To:   Hall Adams                                             Matthew S. Clark
      Law Offices of Hall Adams LLC                          Michael J. Atkus
      33 North Dearborn Street, Suite 2350                   Knight Hoppe Kurnik & Knight Ltd
      Chicago, IL 60602                                      5600 N. River Road – Suite 600
      hall@adamslegal.net                                    Rosemont, IL  60018
                                                             matkus@khkklaw.com
                                                             mclark@khkklaw.com

The undersigned attorney certifies that service of the foregoing **Certificate of Service of** the **CITY OF JOLIET'S RESPONSE TO PLAINTIFF CASSANDRA SOCHA'S FIFTH SUPPLEMENTAL DOCUMENT REQUESTS** shall be accomplished on this 22nd day of July, 2021.

                                                            By:  /s/*James J. Hess*

John M. O'Driscoll (ARDC #6237793)
Darcy L. Proctor (ARDC # 6199731)
James J. Hess (ARDC #6306162)
TRESSLER LLP
Counsel for City of Joliet
550 E. Boughton Road, Suite 250
Bolingbrook, Illinois 60440
jodriscoll@tresslerllp.com
swilkins@tresslerllp.com
jhess@tresslerllp.com