**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CASSANDRA SOCHA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 18 cv 05681 |
| v. | ) | |
| | ) | Judge: Jorge L. Alonso |
| CITY OF JOLIET, an Illinois municipal corporation, EDWARD GRIZZLE, and JOHN DOES 1-20, | ) ) ) | Magistrate: M. David Weisman |
| | ) | Trial by Jury Demanded |
| Defendants. | ) | |

**NOTICE OF FILING**

To:   Hall Adams                                    Matthew S. Clark
      Law Offices of Hall Adams LLC                 Michael J. Atkus
      33 North Dearborn Street, Suite 2350          Knight Hoppe Kurnik & Knight Ltd
      Chicago, IL 60602                             5600 N. River Road – Suite 600
      hall@adamslegal.net                           Rosemont, IL 60018
                                                    matkus@khkklaw.com
                                                    mclark@khkklaw.com

Please take notice that on the **27th day of July, 2021**, we filed, pursuant to Electronic Court filing procedures, **DEFENDANT CITY OF JOLIET'S OBJECTION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND AND REQUEST FOR BRIEFING SCHEDULE**, copies are attached and hereby served upon you.

                                        TRESSLER LLP

                                        By: /s/Darcy L. Proctor
                                            One of Its Attorneys

Darcy L. Proctor
Tressler LLP
233 S. Wacker Dr., 61st Fl.
Chicago, IL 60606
T: (312) 627-4010
F: (312) 627-1717
Attorney No.: 6199731
dproctor@tresslerllp.com
*Attorney for Defendant City of Joliet*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 27, 2021, a copy of a **DEFENDANT CITY OF JOLIET'S OBJECTION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND AND REQUEST FOR BRIEFING SCHEDULE** was filed electronically and served by e-mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by e-mail and mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

      TRESSLER LLP

      By: /s/Darcy L. Proctor
          One of Its Attorneys

Darcy L. Proctor
Tressler LLP
233 S. Wacker Dr., 61st Fl.
Chicago, IL 60606
T: (312) 627-4010
F: (312) 627-1717
Attorney No.: 6199731
dproctor@tresslerllp.com
*Attorney for Defendant City of Joliet*