UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Cassandra Socha

Plaintiff,

v.

Case No.: 1:18−cv−05681
Honorable Jorge L. Alonso

City of Joliet, et al.

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 29, 2021:

MINUTE entry before the Honorable Jorge L. Alonso: Defendant shall file a response to Plaintiff's motion for leave to file a second amended complaint [175] by 8/13/21; Plaintiff's reply shall be filed by 8/20/21. Motion hearing date of 7/30/21 is stricken. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.