UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CASSANDRA SOCHA, | ) |
| | ) Case No. 18 CV 05681 |
| Plaintiff, | ) |
| | ) Honorable Judge Jorge L. Alonso |
| v. | ) |
| | ) Honorable Magistrate M. David Weisman |
| City of Joliet, a municipal corporation, | ) |
| Edward Grizzle, John Does 1 – 20, | ) |
| | ) |
| Defendants. | ) |

## JOINT STATUS REPORT

The parties, jointly, and pursuant to the Court's June 10, 2021 Order (Dkt. 166), state as follows for their Joint Status Report:

### DEPOSITIONS

### Depositions for Which Plaintiff has Served Subpoenas and Issued Notices

April 28th, 2021 @ 9:30 a.m. – Jeffrey German - **COMPLETED**

April 28th, 2021 @ 12:00 p.m. – Donald McKinney- **COMPLETED**

April 30th, 2021 @ 1:00 p.m. – Chris Botzum - **COMPLETED**

May 4th, 2021 @ 10:00 a.m. – Cassandra Socha **- COMPLETED**

May 7th, 2021 @ 12:30 p.m. – Carlos Matlock **- COMPLETED**

May 13th, 2021 @ 9:30 a.m. – Brad McKeon **- COMPLETED**

May 28th, 2021 @ 9:30 a.m. – Robert Brown - **COMPLETED**

June 1st, 2021 @ 9:30 a.m. – Tim Powers - **COMPLETED**

June 2nd, 2021 @ 9:30 a.m. – Dave Jackson- **COMPLETED**

June 3rd, 2021 @ 9:30 a.m. – Michael DeVito - **COMPLETED**

June 8th, 2021 @ 9:30 a.m. – Jeremy Harrison **- COMPLETED**

June 10th, 2021 @ 10:30 a.m. – Tab Jensen - **COMPLETED**

June 14th, 2021 @ 9:30 a.m. – Phillip Bergner - **COMPLETED**

June 21st, 2021 @ 9:30 a.m. – Alan Roechner – **COMPLETED**

June 22nd, 2021 @ 9:30 a.m. – Marc Reid - **COMPLETED**

June 24th, 2021 @9:30 a.m. – Darrel Gavin - **COMPLETED**

July 8th, 2021 @ 9:30 a.m. - Michael Battis - **COMPLETED**

July 9th, 2021 @ 12:30 p.m. – Shawn Stachelski - **COMPLETED**

July 28th, 2021 @ 9:30 a.m. – Edward Grizzle - **COMPLETED**

## Depositions for Which Defendants have Issued Notices

June 17th, 2021 @ 10:00 a.m. – Nicholas Crowley – **COMPLETED**

July 8th, 2021 @ 9:30 a.m. – Michelle Banas - **COMPLETED**

July 21st, 2021 @ 9:30 a.m. – Jeff Tomszack - **COMPLETED**

July 26th, 2021 @ 9:30 a.m. - Joseph Egizio – **COMPLETED**

July 29th, 2021 @ 9:30 a.m. – Lorinda Lamkin **– Subpoena Withdrawn**

## RCFL Depositions for Which Defendants May Serve Subpoenas

To date, the parties have not received any responsive records from the RCFL. Once these records are obtained and the pertinent witnesses are identified, the Defendant, City of Joliet, may issue deposition subpoenas for one or more of the following RCFL witnesses or others depending on the information discovered:

**TBD** – Rule 30(b)(6) witness (RCFL)

**TBD** – Kyle Young (RCFL)

**TBD** – Edward Levandowski (RCFL)

**TBD** – Jordan Graves (RCFL)

**TBD** – Paul Kerley (RCFL)

**TBD** – Craig Golucki (RCFL)

**TBD** – Ryan Rainey (RCFL)

**Medical Depositions for Which Defendants Have Served Subpoenas**

September 17, 2021 – Nicole Thompson-Wilson

September 22, 2021– Debbi Del Re

September 30, 2021 – Dr. David Levy

In addition to the above, there may be additional treater depositions needed which will be determined after a complete set of the Plaintiff's treatment records are produced via subpoenas issued and served upon West Suburban Women's Health (issued 7/7/21), Edgewood Clinical Services (issued 6/8/21) and Dr. David Levy (issued 6/8/21).

## OTHER DISCOVERY INITIATED BY PLAINTIFF

On 13 July 2021, after Stachelski's July 9, 2021 deposition, Plaintiff served two supplemental interrogatories on Defendant, City. (See Dkt. 172). Defendant City has not yet answered. Following Grizzle's July 28, 2021 deposition, Plaintiff served supplemental requests to produce documents identifying specific dates of vacation he took during May 18 – June 10, 2018.

Plaintiff has issued a subpoena for records to Chicago Regional Computer Forensic Laboratory ("RCFL") for records relating to work that it did at the request of Joliet Police Department to forensically examine computers in reaction to Plaintiff's complaint as described during April 30, 2021 deposition of Lt. Botzum of Joliet Police Department. The subpoena to RCFL was returnable on May 27, 2021.

On June 4, 2021, Plaintiff's attorney received correspondence from Todd Carroll, Assoc. Counsel to the United State Department of Justice, Federal Bureau of Investigation and then spoke with Carroll. Plaintiff's counsel provided the "statement of relevance," requested by Carroll in response to which the RCFL's substantive response to Plaintiff's subpoena is anticipated. Plaintiff's counsel is in ongoing communication with Carroll about status this. Once substantive responses are received, Plaintiff may then require a Rule 30(b)(6) deposition of an RCFL representative after these records are reviewed.

3

On July 27, 2021, after Stachelski's deposition, Plaintiff filed a Motion for Leave to File Second Amended Complaint (Dkt. 175) to specifically name Defendants in lieu of prior "John Doe" designations and to add new claims against new Defendants, Roechner and Bergner, that are based on Stacheski's deposition testimony. Defendant City has filed an objection (Dkt. 178). The District Court has set a schedule for briefing the Motion. (Dkt. 179).

## **OTHER DISCOVERY TO BE INITIATED BY DEFENDANTS**

As noted above, the Plaintiff recently filed a Motion for Leave to File a Second Amended Complaint adding three new Defendants. (Dkt. 175). The City filed an objection with the District Court and asked for an opportunity to file a response. (Dkt. 178) The District Court set the following briefing schedule: Defendant shall file a response to Plaintiff's motion for leave to file a second amended complaint by August 13, 2021; Plaintiff's reply shall be filed by August 20, 2021. (Dkt. 179). In light of these new case developments, there may be a need for additional fact discovery. As a result, the City respectfully requests that the status of any remaining fact discovery remain open and be entered and continued until such time as the new Defendants, if allowed at this stage of the proceedings, appear in this action.

On July 1, 2021, the Defendant, the City of Joliet served the Plaintiff with a Second Set of Interrogatories and Second Request to Produce Documents. (Dkt. 171). In the City's view, the Plaintiff's objections to these requests are unfounded and the majority of her answers are unresponsive and incomplete. On July 30, 2021, pursuant to LR 37.2, defense counsel for the City requested a discovery resolution with Plaintiff's counsel on August 2, 2021 and proposed some time options. Thereafter, the Plaintiff's counsel indicated that he was unavailable at the times proposed due to a funeral but would be in contact. At the time of this filing, the parties have not had an opportunity to engage in the requested discovery resolution conference, but defense counsel is hopeful that it will occur this week and that the matters will be amicably resolved.

Cassandra Socha

By: /s/ Hall Adams
Hall Adams
LAW OFFICES OF HALL ADAMS
33 North Dearborn Street, Suite 2350
Chicago, Illinois 60602
hall@adamslegal.net
ARDC No.: 6194886

City of Joliet

By: /s/ John M. O'Driscoll
John M. O'Driscoll (ARDC #6237793)
Darcy Proctor (ARDC #6199731)
James J. Hess
TRESSLER LLP
Counsel for City of Joliet
550 E. Boughton Road, Suite 250
Bolingbrook, Illinois 60440
jodriscoll@tresslerllp.com
dproctor@tresslerllp.com
jhess@tresslerllp.com

Edward Grizzle

By: /s/ Michael J. Atkus
Matthew Clark
Michael J. Atkus (ARDC #628566)
KNIGHT HOPPE KURNIK & KNIGHT, LTD.
5600 N. River Road, Suite 600
Rosemont, Illinois 60018
matkus@khkklaw.com
 ARDC No.: 6224673