UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Cassandra Socha

                              Plaintiff,

v.                                                         Case No.: 1:18−cv−05681
                                                             Honorable Jorge L. Alonso

City of Joliet, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 3, 2021:

      MINUTE entry before the Honorable M. David Weisman: The status hearing set for 8/3/21 is continued to 8/31/21 at 9:15 a.m. Parties shall dial in using the Court's conference call−in number. The conference call− in number is 1−877−411−9748 and the passcode is 1814539. After reviewing the parties' joint status report, the Court directs the parties to file an additional status report by 8/25/21 that addresses the following issues: 1) Status of responses to supplemental written discovery issued by plaintiff (see p. 2 of status report); 2) A statement by defense counsel as to the scope of work already done or requested to be completed by the City of Joliet and the individual defendants (hereinafter "defendants") by the Regional Computer Forensics Laboratory (":RCFL"). Specifically, the Court is interested in understanding whether the defendants submitted digital devices (including but not limited to cell phones, computers, and other electronic devices) for examination "in reaction to Plaintiff's complaint" (as suggested at page 3 of the status report), as opposed to work completed by the RCFL in connection with the original criminal investigation referenced in plaintiff's complaint. To the extent digital devices were submitted PRIOR to plaintiff's lawsuit and in connection with the underlying criminal investigation, the Court has no concerns. However, to the extent digital devices were submitted after plaintiff's civil lawsuit was filed, the Court will want further documentation as to why such a request was proper, as the RCFL's work is limited solely to criminal investigation. See https://www.rcfl.gov/frequently−asked−questions ("RCFLs examine evidence submitted in criminal investigations only") (last accessed 8/2/21). Specifically, if the defendants intend on relying on the work of the RCFL for discovery purposes in this civil matter, the Court directs defendants to provide an affidavit from an appropriate manager at the RCFL documenting that the manager understands the work requested is for a civil matter, such a request will be fulfilled by the Chicago RCFL, and when she anticipates the work being completed. If, as the Court suspects, the RCFL management is not aware that this request is requested to support the defense of a civil matter, and the RCFL will not be able to complete the work because it is not related to a criminal investigation, the Court directs defendants to submit the name of an alternative vendor that it intends on using to accomplish any forensic examination that it believes is necessary to defendant this matter. The Court will address any necessary changes in discovery scheduling as appropriate, but warns defendants that any selected vendor must be able to promptly address the discovery needs of the case. 3) Status of supplemental

written discovery issued by defendants to the plaintiff, and whether motion practice is necessary to address defendants' concerns as to plaintiff's responses, or whether the issues have been resolved by the parties (see generally, p. 4 of the status report). Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.