**From:** Hall Adams <hall@adamslegal.net>
**Sent:** Thursday, September 6, 2018 2:56 PM
**To:** John M. O'Driscoll <jodriscoll@tresslerllp.com>
**Cc:** Stacey Wilkins <SWilkins@tresslerllp.com>; Darice Duffy <dduffy@adamslegal.net>
**Subject:** RE: 7318 Socha

Names of persons who we presently believe viewed the images on my client's phone in violation of her rights:



Alan Roechner

We expect that this list will grow as deps are taken.

*HA III*

*LAW OFFICES OF HALL ADAMS LLC*
*Advocates Row*
*33 N. Dearborn St., #2350*
*Chicago, IL 60602*

*P 312 445 4900*
*F 312 445 4901*
*E hall@adamslegal.net*

*www.adamslegal.net*

EXHIBIT A