

-----Original Message-----
From: Cassandra Socha 
Sent: Tuesday, March 03, 2020 11:13 AM
To: Hall Adams <hall@adamslegal.net>
Subject:

On 03/02/20 I was approached by ▮▮▮▮▮▮▮▮ who asked to speak with me privately. First, it is important to understand who ▮▮▮▮ is because he claims to have very intimate knowledge about this case and could be used as an asset during depositions/discovery ;



1

**EXHIBIT B**

9. ▉▉▉▉▉▉ said in the days leading up to the FBI raid of the Investigations office, Rochner went to Ofc. Philip Bergner and asked him to "clean his phone". Bergner was the IT officer for the department and would have the knowledge of how to do such a thing. Bergner wasn't able to clean the phone, but he was able to give Rochner a new phone and that was the phone the FBI seized.



14. ▮▮▮▮ said Det. Donald McKinney recorded the video to his phone and was showing other detectives

3