**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CASSANDRA SOCHA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 18 cv 05681 |
| v. | ) | |
| | ) | Judge: Jorge L. Alonso |
| CITY OF JOLIET, an Illinois municipal | ) | |
| corporation, EDWARD GRIZZLE, and JOHN | ) | Magistrate: M. David Weisman |
| DOES 1-20, | ) | |
| | ) | Trial by Jury Demanded |
| Defendants. | ) | |

**NOTICE OF FILING**

To:    Hall Adams                                                         Matthew S. Clark
       Law Offices of Hall Adams LLC                          Michael J. Atkus
       33 North Dearborn Street, Suite 2350              Knight Hoppe Kurnik & Knight Ltd
       Chicago, IL 60602                                              5600 N. River Road – Suite 600
       hall@adamslegal.net                                          Rosemont, IL  60018
                                                                                  matkus@khkklaw.com
                                                                                  mclark@khkklaw.com

      Please take notice that on the **13th day of August, 2021**, we filed, pursuant to Electronic Court filing procedures, **DEFENDANT CITY OF JOLIET'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT ADDING NEW PARTIES AND CLAIMS**, a copy is attached and hereby served upon you.

                                                      TRESSLER LLP

                                                      By:  /s/ John M. O'Driscoll
                                                            One of Its Attorneys

John M. O'Driscoll
Darcy L. Proctor
James J. Hess
Tressler LLP
550 E. Boughton Road, Suite 250
Bolingbrook, Illinois 60440
T: (630) 343-5209
F: (630) 783-1271
*Attorneys for Defendant City of Joliet*

1

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, a copy of a **DEFENDANT CITY OF JOLIET'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT ADDING NEW PARTIES AND CLAIMS** was filed electronically and served by e-mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by e-mail and mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

TRESSLER LLP

By: /s/ John M. O'Driscoll
One of Its Attorneys

John M. O'Driscoll
Darcy L. Proctor
James J. Hess
Tressler LLP
550 E. Boughton Road, Suite 250
Bolingbrook, Illinois 60440
T: (630) 343-5209
F: (630) 783-1271
*Attorneys for Defendant City of Joliet*