JMO/JJH/DLP 11399.0002

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| CASSANDRA SOCHA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 18 cv 05681 |
| v. | ) | |
| | ) | Judge: Jorge L. Alonso |
| CITY OF JOLIET, an Illinois municipal corporation, EDWARD GRIZZLE, and JOHN DOES 1-20, | ) ) ) | Magistrate: M. David Weisman |
| | ) | Trial by Jury Demanded |
| Defendants. | ) | |

### NOTICE OF FILING

To:     Hall Adams                                       Matthew S. Clark
            Law Offices of Hall Adams LLC            Michael J. Atkus
           33 North Dearborn Street, Suite 2350   Knight Hoppe Kurnik & Knight Ltd
           Chicago, IL 60602                               5600 N. River Road – Suite 600
           hall@adamslegal.net                       Rosemont, IL 60018
                                                                     matkus@khkklaw.com
                                                                     mclark@khkklaw.com

        Please take notice that on the **19th day of August, 2021**, we filed, pursuant to Electronic Court filing procedures, **Certificate of Service of** the **CITY OF JOLIET'S RESPONSE TO PLAINTIFF CASSANDRA SOCHA'S SIXTH SUPPLEMENTAL DOCUMENT REQUESTS**, which copies are attached and hereby served upon you.

                                                               TRESSLER LLP

                                                                By:  /s/*James J. Hess*
                                                                     One of Its Attorneys

John M. O'Driscoll (ARDC #6237793)
Darcy L. Proctor (ARDC # 6199731)
James J. Hess (ARDC #6306162)
TRESSLER LLP
Counsel for City of Joliet
550 E. Boughton Road, Suite 250
Bolingbrook, Illinois 60440
jodriscoll@tresslerllp.com
swilkins@tresslerllp.com
jhess@tresslerllp.com

1

JMO/JJH/DLP 11399.0002

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CASSANDRA SOCHA, ) | |
| ) | |
| Plaintiff, ) | No. 18 cv 05681 |
| v. ) | |
| ) | Judge: Jorge L. Alonso |
| CITY OF JOLIET, an Illinois municipal ) | |
| corporation, EDWARD GRIZZLE, and JOHN ) | Magistrate: M. David Weisman |
| DOES 1-20, ) | |
| ) | Trial by Jury Demanded |
| Defendants. ) | |

### CERTIFICATE OF SERVICE

To:  Hall Adams  
Law Offices of Hall Adams LLC  
33 North Dearborn Street, Suite 2350  
Chicago, IL 60602  
hall@adamslegal.net

Matthew S. Clark  
Michael J. Atkus  
Knight Hoppe Kurnik & Knight Ltd  
5600 N. River Road – Suite 600  
Rosemont, IL 60018  
matkus@khkklaw.com  
mclark@khkklaw.com

The undersigned attorney certifies that service of the foregoing **Certificate of Service of** the **CITY OF JOLIET'S RESPONSE TO PLAINTIFF CASSANDRA SOCHA'S SIXTH SUPPLEMENTAL DOCUMENT REQUESTS** shall be accomplished on this 19th day of August, 2021.

By: /s/*James J. Hess*

John M. O'Driscoll (ARDC #6237793)  
Darcy L. Proctor (ARDC # 6199731)  
James J. Hess (ARDC #6306162)  
Tressler LLP  
Counsel for City of Joliet  
550 E. Boughton Road, Suite 250  
Bolingbrook, Illinois 60440  
jodriscoll@tresslerllp.com  
swilkins@tresslerllp.com  
jhess@tresslerllp.com

2