JMO/JJH/DLP                                                                11399.0002

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CASSANDRA SOCHA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 18 cv 05681 |
| v. | ) | |
| | ) | Judge: Jorge L. Alonso |
| CITY OF JOLIET, an Illinois municipal corporation, EDWARD GRIZZLE, and JOHN DOES 1-20, | ) ) ) | Magistrate: M. David Weisman |
| | ) | Trial by Jury Demanded |
| Defendants. | ) | |

## NOTICE OF FILING

To:    Hall Adams                                          Matthew S. Clark
            Law Offices of Hall Adams LLC              Michael J. Atkus
            33 North Dearborn Street, Suite 2350    Knight Hoppe Kurnik & Knight Ltd
            Chicago, IL 60602                              5600 N. River Road – Suite 600
            hall@adamslegal.net                         Rosemont, IL 60018
                                                                     matkus@khkklaw.com
                                                                     mclark@khkklaw.com

        Please take notice that on the **19th day of August, 2021**, we filed, pursuant to Electronic Court filing procedures, **Certificate of Service of** the **CITY OF JOLIET'S ANSWER TO PLAINTIFF'S 2ND SUPPLEMENTAL INTERROGATORIES**, which copies are attached and hereby served upon you.

                                                                           TRESSLER LLP

                                                                 By: /s/*James J. Hess*
                                                                      One of Its Attorneys

John M. O'Driscoll (ARDC #6237793)
Darcy L. Proctor (ARDC # 6199731)
James J. Hess (ARDC #6306162)
TRESSLER LLP
Counsel for City of Joliet
550 E. Boughton Road, Suite 250
Bolingbrook, Illinois 60440
jodriscoll@tresslerllp.com
dproctor@tresslrllp.com
jhess@tresslerllp.com

JMO/JJH/DLP  11399.0002

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| CASSANDRA SOCHA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 18 cv 05681 |
| v. | ) | |
| | ) | Judge: Jorge L. Alonso |
| CITY OF JOLIET, an Illinois municipal corporation, EDWARD GRIZZLE, and JOHN DOES 1-20, | ) ) ) | Magistrate: M. David Weisman |
| | ) | Trial by Jury Demanded |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

To:  Hall Adams  
Law Offices of Hall Adams LLC  
33 North Dearborn Street, Suite 2350  
Chicago, IL 60602  
hall@adamslegal.net

Matthew S. Clark  
Michael J. Atkus  
Knight Hoppe Kurnik & Knight Ltd  
5600 N. River Road – Suite 600  
Rosemont, IL 60018  
matkus@khkklaw.com  
mclark@khkklaw.com

The undersigned attorney certifies that service of the foregoing **Certificate of Service of** the **CITY OF JOLIET'S ANSWER TO PLAINTIFF'S 2ND SUPPLEMENTAL INTERROGATORIES**, shall be accomplished on this 19th day of August, 2021.

By: /s/*James J. Hess*

John M. O'Driscoll (ARDC #6237793)  
Darcy L. Proctor (ARDC # 6199731)  
James J. Hess (ARDC #6306162)  
Tressler LLP  
Counsel for City of Joliet  
550 E. Boughton Road, Suite 250  
Bolingbrook, Illinois 60440  
jodriscoll@tresslerllp.com  
dproctor@tresslerllp.com  
jhess@tresslerllp.com

4815-1502-2070, v. 1