10,000/18-7262.NUI

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CASSANDRA SOCHA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:18-cv-05681 |
| | ) |
| CITY OF JOLIET, a municipal corporation, EDWARD GRIZZLE, JOHN DOES 1-20, | ) ) ) |
| | ) |
| Defendants. | ) |

### DEFENDANT GRIZZLE'S JOINDER IN OBJECTIONS TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND/OR RESPONSE TO PLAINTIFF'S REPLY

NOW COMES the Defendant, EDWARD GRIZZLE, by and through one of their attorneys, MATTHEW S. CLARK (#6224673) of KNIGHT, HOPPE, KURNIK & KNIGHT, LTD., and for their Joinder in Objections to Plaintiff's Motion ("Motion") for Leave to file Second Amended Complaint and/or Response to Plaintiff's Reply, state as follows:

In Plaintiff's Reply [DE 187], she asserts that Plaintiff's Motion should be granted, in part, because Defendant Grizzle did not file an objection and/or join City's Response. To the extent that a pleading is necessary at this point, Defendant Grizzle joins in the City's Objection [DE 178] and Response [DE 184]. If Plaintiff's Motion is allowed, it would seem unquestionable that attorneys for McKinney, Roechner, and Bergner would be entitled to discovery related to the allegations in the Second Amended Complaint which could prejudice Defendant Grizzle. Thus, Plaintiff's Motion should be denied.

Respectfully Submitted,

/s/ Matthew S. Clark
MATTHEW S. CLARK (#6224673) of
KNIGHT, HOPPE, KURNIK & KNIGHT, LTD.

KNIGHT, HOPPE, KURNIK & KNIGHT, LTD.
Attorneys for EDWARD GRIZZLE
5600 North River Road, Suite 600
Rosemont, IL  60018-5114
847/261-0700; FAX: 847/261-0714

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2021 the foregoing DEFENDANT GRIZZLE'S JOINDER IN OBJECTIONS TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND/OR RESPONSE TO PLAINTIFF'S REPLY was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

Hall Adams
Law Offices of Hall Adams LLC
Attorney for Plaintiff
33 North Dearborn Street, Suite 2350
Chicago, IL 60602
hall@adamslegal.net

James J. Hess
Darcy L. Proctor
Tressler LLP
233 South Wacker Drive
61st Floor
Chicago, Illinois 60606
jhess@tresslerllp.com
dproctor@tresslerllp.com

/s/ Matthew S. Clark
MATTHEW S. CLARK (#6224673)