UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CASSANDRA SOCHA, | ) |
| | ) Case No. 18 CV 05681 |
| **Plaintiff,** | ) |
| | ) Honorable Judge Jorge L. Alonso |
| v. | ) |
| | ) Honorable Magistrate M. David Weisman |
| City of Joliet, a municipal corporation, | ) |
| Edward Grizzle, John Does 1 – 20, | ) |
| | ) |
| **Defendants.** | ) |

**PLAINTIFF'S MOTION TO STRIKE DEFENDANT GRIZZLE'S JOINDER IN OBJECTIONS TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND/OR RESPONSE TO PLAINTIFF'S REPLY**

Plaintiff, Cassandra Socha, by her attorney, Hall Adams, and pursuant to Local Rule 78.3 and the Court's 29 July 2021 Order (Doc. 179) states as follows for her Motion to Strike Defendant Grizzle's Joinder in Objections to Plaintiff's Motion for Leave to File Second Amended Complaint and/or Response to Plaintiff's Reply:

On 22 July 2021, plaintiff filed her Motion to Leave to File Second Amended Complaint (Doc. 175). On 28 July 2021, only defendant City of Joliet ("City") filed an Objection to this motion. (Doc. 178) Grizzle did not file his own objection of join in City's Objection.

In its Objection, City requested leave to file a more fulsome Response in Opposition to plaintiff's Motion. By its 29 July 2021 Order, the Court ordered "Defendant" (note singular, as only City had sought leave to respond) to file such response by 13 August 2021 and plaintiff to file any Reply by 20 August 2021. (Doc. 179) Defendant Grizzle did not seek to and was not allowed leave to file any Response and still did not join in City's Objection.

On 13 August 2021, City timely filed its Response. (184) On 20 August 2021, plaintiff timely filed her Reply. (187) In her Reply, plaintiff noted that defendant Grizzle had never objected, opposed, or joined in City's Objection to her motion.

      Then, on 23 August 2021, for the first time and without leave of court, defendant Grizzle filed his Joinder In Objections to Plaintiff's Motion for Leave to File Second Amended Complaint and/or Response to Plaintiff's Reply. (Doc. 188)  Grizzle's late Joinder in Objection and/or Response to Plaintiff's Reply (Doc. 188) should be stricken as untimely, because it was filed without leave of court and because the Court's briefing schedule (Doc. 179) did not contemplate or allow any right of "Sur-Response" after plaintiff timely filed her Reply.

      WHEREFORE, plaintiff moves for entry of an Order striking defendant Grizzle's Joinder in Objections to Plaintiff's Motion for Leave to File Second Amended Complaint and/or Response to Plaintiff's Reply.

      Respectfully submitted,

      CASSANDRA SOCHA

By:    /s/ Hall Adams
       Attorney for Plaintiff

Hall Adams
Law Offices of Hall Adams
33 North Dearborn Street, Suite 2350
Chicago, Illinois  60602
T: (312)445-4900
F: (312) 445-4901
Attorneys I.D. #6194886

2