UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CASSANDRA SOCHA,** | ) |
| | ) Case No. 18 CV 05681 |
| **Plaintiff,** | ) |
| | ) Honorable Judge Jorge L. Alonso |
| v. | ) |
| | ) Honorable Magistrate M. David Weisman |
| **City of Joliet, a municipal corporation,** | ) |
| **Edward Grizzle, John Does 1 – 20,** | ) |
| | ) |
| **Defendants.** | ) |

### NOTICE OF MOTION

| To: | John O'Driscoll | Michael J. Atkus |
|---|---|---|
| | Tressler LLP | Knight Hoppe Kurnik & Knight, Ltd. |
| | 233 South Wacker Drive | 5600 North River Road |
| | 61st Floor | Suite 600 |
| | Chicago, Illinois 60606 | Rosemont, Illinois 60018 |

PLEASE TAKE NOTICE that on August 31st, 2021, at 9:15 am we will appear before the Honorable U.S. Mag. M. David Weisman presiding in before a phone in arrangement as follows:

**Call in No.: (877) 411-9748**
**Passcode: 1814539**

and shall then and there present, **Plaintiff's Motion to Strike Defendant Grizzle's Joinder in Objections to Plaintiff's Motion for Leave to File Second Amended Complaint and/or Response to Plaintiff's Reply,** a copy of which is attached hereto and served upon you.

/s/ Hall Adams
One of Plaintiff's Attorneys

### CERTIFICATE OF SERVICE

The undersigned attorney certifies that I served the foregoing, **Notice of Motion and Plaintiff's Motion to Strike Defendant Grizzle's Joinder in Objections to Plaintiff's Motion for Leave to File Second Amended Complaint and/or Response to Plaintiff's Reply**, upon the above attorney via email on this 23rd day of August 2021.

/s/ Hall Adams
One of Plaintiff's Attorneys

Hall Adams
Law Offices of Hall Adams LLC
33 North Dearborn Street, Suite 2350
Chicago, Illinois 60602
T: (312) 445-4900; F: (312) 445-4901
Attorneys I.D. #6194886