UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CASSANDRA SOCHA,** | ) |
| | ) Case No. 18 CV 05681 |
| **Plaintiff,** | ) |
| | ) Honorable Judge Jorge L. Alonso |
| v. | ) |
| | ) Honorable Magistrate M. David Weisman |
| **City of Joliet, a municipal corporation,** | ) |
| **Edward Grizzle, John Does 1 – 20,** | ) |
| | ) |
| **Defendants.** | ) |

**CERTIFICATE OF SERVICE**

To:    John O'Driscoll           Michael J. Atkus
       Tressler LLP                Knight Hoppe Kurnik & Knight, Ltd.
       550 E. Boughton Road      5600 North River Road
       Suite 250                   Suite 600

      The undersigned attorney certifies that service of the foregoing, **Certificate of Service of Plaintiff's 2nd Supplemental Response to Defendant, City of Joliet's, Request for Production to Plaintiff,** shall be accomplished pursuant to Electronic Court Filing procedures to counsel who are Filing Users on this 23rd day of August 2021.

                                                             /s/ Hall Adams
                                                         One of Plaintiff's Attorneys

Hall Adams
Law Offices of Hall Adams LLC
33 North Dearborn Street, Suite 2350
Chicago, Illinois 60602
T: (312) 445-4900
F: (312) 445-4901
Attorneys I.D. #6194886