JMO/JJH/DLP                                                    11399.0002

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CASSANDRA SOCHA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 18 cv 05681 |
| v. | ) | |
| | ) | Judge: Jorge L. Alonso |
| CITY OF JOLIET, an Illinois municipal corporation, EDWARD GRIZZLE, and JOHN DOES 1-20, | ) ) ) | Magistrate: M. David Weisman |
| | ) | Trial by Jury Demanded |
| Defendants. | ) | |

**NOTICE OF FILING**

To:    Hall Adams                                        Matthew S. Clark
            Law Offices of Hall Adams LLC           Michael J. Atkus
            33 North Dearborn Street, Suite 2350    Knight Hoppe Kurnik & Knight Ltd
            Chicago, IL 60602                        5600 N. River Road – Suite 600
            hall@adamslegal.net                   Rosemont, IL 60018
                                                                      matkus@khkklaw.com
                                                                      mclark@khkklaw.com

        Please take notice that on the **23rd day of August, 2021**, we filed, pursuant to Electronic Court filing procedures, **Certificate of Service of** the **CITY OF JOLIET'S RESPONSE TO PLAINTIFF CASSANDRA SOCHA'S SEVENTH SUPPLEMENTAL DOCUMENT REQUESTS**, which copies are attached and hereby served upon you.

                                                                 TRESSLER LLP

                                                     By: /s/*James J. Hess*
                                                             One of Its Attorneys

John M. O'Driscoll (ARDC #6237793)
Darcy L. Proctor (ARDC # 6199731)
James J. Hess (ARDC #6306162)
TRESSLER LLP
Counsel for City of Joliet
550 E. Boughton Road, Suite 250
Bolingbrook, Illinois 60440
jodriscoll@tresslerllp.com
swilkins@tresslerllp.com
jhess@tresslerllp.com

JMO/JJH/DLP                                                                                         11399.0002

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CASSANDRA SOCHA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 18 cv 05681 |
| v. | ) | |
| | ) | Judge: Jorge L. Alonso |
| CITY OF JOLIET, an Illinois municipal corporation, EDWARD GRIZZLE, and JOHN DOES 1-20, | ) ) ) | Magistrate: M. David Weisman |
| | ) | Trial by Jury Demanded |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

To:   Hall Adams                                          Matthew S. Clark
      Law Offices of Hall Adams LLC                       Michael J. Atkus
      33 North Dearborn Street, Suite 2350                Knight Hoppe Kurnik & Knight Ltd
      Chicago, IL 60602                                   5600 N. River Road – Suite 600
      hall@adamslegal.net                                 Rosemont, IL 60018
                                                          matkus@khkklaw.com
                                                          mclark@khkklaw.com

The undersigned attorney certifies that service of the foregoing **Certificate of Service of** the **CITY OF JOLIET'S RESPONSE TO PLAINTIFF CASSANDRA SOCHA'S SEVENTH SUPPLEMENTAL DOCUMENT REQUESTS** shall be accomplished on this 23rd day of August, 2021.

By: /s/*James J. Hess*

John M. O'Driscoll (ARDC #6237793)
Darcy L. Proctor (ARDC # 6199731)
James J. Hess (ARDC #6306162)
TRESSLER LLP
Counsel for City of Joliet
550 E. Boughton Road, Suite 250
Bolingbrook, Illinois 60440
jodriscoll@tresslerllp.com
swilkins@tresslerllp.com
jhess@tresslerllp.com

2