UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CASSANDRA SOCHA,** | ) |
| | ) Case No. 18 CV 05681 |
| **Plaintiff,** | ) |
| | ) Honorable Judge Jorge L. Alonso |
| v. | ) |
| | ) Honorable Magistrate M. David Weisman |
| **City of Joliet, a municipal corporation,** | ) |
| **Edward Grizzle, John Does 1 – 20,** | ) |
| | ) |
| **Defendants.** | ) |

## AMENDED NOTICE OF MOTION

| | | |
|---|---|---|
| **To:** | **John O'Driscoll** | **Michael J. Atkus** |
| | **Tressler LLP** | **Knight Hoppe Kurnik & Knight, Ltd.** |
| | **233 South Wacker Drive** | **5600 North River Road** |
| | **61st Floor** | **Suite 600** |
| | **Chicago, Illinois 60606** | **Rosemont, Illinois 60018** |

PLEASE TAKE NOTICE that on August 27th, 2021, at 9:30 am we will appear before the Honorable Judge Jorge L. Alonso presiding in Room 1903 of the United States District Courthouse, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604 shall then and here present, **Plaintiff's Motion to Strike Defendant Grizzle's Joinder in Objections to Plaintiff's Motion for Leave to File Second Amended Complaint and/or Response to Plaintiff's Reply,** a copy of which is attached hereto and served upon you.

/s/ Hall Adams
One of Plaintiff's Attorneys

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that I served the foregoing, **Amended Notice of Motion and Plaintiff's Motion to Strike Defendant Grizzle's Joinder in Objections to Plaintiff's Motion for Leave to File Second Amended Complaint and/or Response to Plaintiff's Reply**, upon the above attorney via email on this 24th day of August 2021.

/s/ Hall Adams
One of Plaintiff's Attorneys

Hall Adams
Law Offices of Hall Adams LLC
33 North Dearborn Street, Suite 2350
Chicago, Illinois 60602
T: (312) 445-4900; F: (312) 445-4901
Attorneys I.D. #6194886