10,000/18-7262.NUI

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CASSANDRA SOCHA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:18-cv-05681 |
| | ) |
| CITY OF JOLIET, a municipal corporation, | ) |
| EDWARD GRIZZLE, JOHN DOES 1-20, | ) |
| | ) |
| Defendants. | ) |

### DEFENDANT GRIZZLE'S MOTION FOR LEAVE TO FILE JOINDER OF OBJECTION PLEADING AND RESPONSE TO MOTION TO STRIKE

NOW COMES the Defendant, EDWARD GRIZZLE, by and through his attorney, MATTHEW S. CLARK (#6224673) of KNIGHT, HOPPE, KURNIK & KNIGHT, LTD., and for his Motion for Leave to File Joinder of Objection Pleading and Response to Plaintiff's Motion to Strike, states as follows:

1. Plaintiff filed a Motion for Leave to File a Second Amended Complaint ("Motion). [DE 175].

2. The Court set a telephonic hearing date of July 30, 2021 for Plaintiff's Motion. [DE 177].

3. Defendant City filed an objection asking leave to brief the issue. [DE 178].

4. Defendant Grizzle did not seek to brief the matter, but would have objected to Plaintiff's Motion at the hearing set.

5. The Court allowed Defendant City to brief the matter and vacated the hearing date. [DE 179].

6. Plaintiff and Defendant City have now briefed the matter. [DE 184, 187].

7. No new hearing date has yet been set for Plaintiff's Motion.

8. In Reply, Plaintiff argued that her Motion should be granted, in part, Defendant Grizzle did not file an objection and did not request a briefing. [DE 187].

9. Defendant Grizzle sought to clarify that he objects to Plaintiff's Motion and filed his Joinder to Plaintiff's Motion for Leave to file her Second Amended Complaint and/or Response to Plaintiff's Reply. [DE 188].

10. Plaintiff seeks to strike the pleading because, in part, Defendant Grizzle did not seek leave of this Court to file its objection. [DE 192].

11. In Response to the Motion to Strike, to the extent that timeliness is at issue, it seems likely that the Court would have asked Defendant Grizzle's position at any hearing date to be set and Defendant Grizzle did not seek to brief the issue. Accordingly, Defendant Grizzle did not read the Court's Order to deny Defendant Grizzle an opportunity to state a position on Plaintiff's Motion.

12. To the extent that leave should have been sought, although responsive to Plaintiff's Reply, Defendant Grizzle now seeks leave to file his Joinder of Objection to Plaintiff's Motion attached as Exhibit A. [previously filed DE 188].

13. Similarly, Defendant Grizzle would seek to withdraw the prior Joinder filed [DE 188] and would refile in accordance with this Court's Order. As such, Plaintiff's Motion to Strike would be moot.

14. In general, the objection simply states that Defendant Grizzle would indicates that at a hearing on Plaintiff's Motion that he would object to the Motion and as fully explained in Exhibit A.

15. There is no prejudice to Plaintiff in that no new argument is introduced and is filed to directly refute a new argument raised by Plaintiff in her briefing. Further, Exhibit A is a recitation of what would be said in open court.

16. Plaintiff objects to this Motion.

WHEREFORE, Defendant Grizzle prays that the Court enter an Order granting him leave to file their Joinder of Objections, withdraw the previously filed pleading [DE 188], deny Plaintiff's Motion to Strike [DE 192], and/or any other relief deemed just and proper.

    Respectfully Submitted,

    /s/ Matthew S. Clark
    MATTHEW S. CLARK (#6224673) of
    KNIGHT, HOPPE, KURNIK & KNIGHT, LTD.

KNIGHT, HOPPE, KURNIK & KNIGHT, LTD.
Attorneys for EDWARD GRIZZLE
5600 North River Road, Suite 600
Rosemont, IL 60018-5114
847/261-0700; FAX: 847/261-0714

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2021 the foregoing Defendant Grizzle's Motion for Leave to File Joinder of Objection Pleading was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

Hall Adams
Law Offices of Hall Adams LLC
33 North Dearborn Street, Suite 2350
Chicago, IL 60602
hall@adamslegal.net

James J. Hess
Darcy L. Proctor
Tressler LLP
233 South Wacker Drive , 61st Floor
Chicago, Illinois 60606
jhess@tresslerllp.com
dproctor@tresslerllp.com

/s/ Matthew S. Clark
MATTHEW S. CLARK (#6224673)