10,000/18-7262.NUI

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| CASSANDRA SOCHA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:18-cv-05681 |
| ) | |
| CITY OF JOLIET, a municipal ) | |
| corporation, EDWARD GRIZZLE, JOHN ) | |
| DOES 1-20, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

**TO:   ALL ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE that on September 7, 2021 at 9:30 a.m., or as soon as counsel may be heard, we shall appear before the Honorable Judge Jorge L. Alonso, or any Judge sitting in Courtroom 1903 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and, on behalf of the Defendant Edward Grizzle, shall then and there present: **DEFENDANT GRIZZLE'S MOTION FOR LEAVE TO FILE JOINDER OF OBJECTION PLEADING AND RESPONSE TO MOTION TO STRIKE.** A copy of the Motion was electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the all CM/ECF participants.

/s/ Matthew S. Clark

KNIGHT HOPPE KURNIK & KNIGHT, LTD.
Attorneys for Defendant Edward Grizzle
5600 North River Road, Suite 600
Rosemont, Illinois 60018
847/261-0700
matkus@khkklaw.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2021, a copy of the foregoing **NOTICE OF MOTION** was electronically filed with the Clerk of the U.S. District Court using the CM/ECF System. Notice of this filing will be sent to the following parties by operations of the Court's electronic filing system:

Hall Adams
Law Offices of Hall Adams LLC
Attorney for Plaintiff
33 North Dearborn Street, Suite 2350
Chicago, IL 60602
hall@adamslegal.net

John O'Driscoll
Tressler LLP
233 South Wacker Drive
61st Floor
Chicago, Illinois 60606
jodriscoll@tresslerllp.com

Date: August 25, 2021                                By: /s/ Matthew S. Clark