UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Cassandra Socha

                             Plaintiff,

v.                                                           Case No.: 1:18−cv−05681
                                                         Honorable Jorge L. Alonso

City of Joliet, et al.

                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 31, 2021:

      MINUTE entry before the Honorable M. David Weisman: Magistrate Status hearing held. For the reasons stated on record, discovery as it relates to treating medical professionals is stayed and will be rescheduled once the motion to amend the complaint is addressed by the District Court. Plaintiff shall address by amending and/or more fully responding to any discovery request related to newspaper articles that plaintiff may rely on at trial for damage purposes, whether the discovery requests were in the form of a request to produce or interrogatories by 9/14/21. Despite the possibility that additional defendants may be added to this case, the Court will allow plaintiff to proceed to pursue a Rule 30(b)(6) deposition or other discovery as it relates to the Regional Computer Forensic Laboratory (see generally Status Report at Dkt. #[193]) up to but not including the actual deposition proceeding forward, while other discovery is held in abeyance. A joint status report shall be file by 10/4/21 indicating the status of the case. Status hearing set for 10/7/21 at 1:00 p.m. Parties shall dial in using the Court's conference call−in number. The conference call− in number is 1−877−411−9748 and the passcode is 1814539. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.