# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Cassandra Socha

                        Plaintiff,

v.                                                      Case No.: 1:18−cv−05681

                                                            Honorable Jorge L. Alonso

City of Joliet, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 7, 2021:

      MINUTE entry before the Honorable Jorge L. Alonso: The Court grants Defendant Grizzle's motion for leave to file joinder [194] and denies Plaintiff's motion to strike [192]. "The decision whether to grant a motion for leave to file a surreply is within the Court's discretion." Johnny Blastoff, Inc. v. L.A. Rams, 188 F.3d 427, 439 (7th Cir. 1999). Defendant Grizzle's objections to Plaintiff's motion for leave to file a second amended complaint [188] raises no additional arguments, and merely seeks to join in those arguments previously presented by the City of Joliet. As such, the Court finds no prejudice to Plaintiff and grants Defendant's request in the interest of resolving this dispute on the merits. Additionally, for future motions, the Court advises the parties that it has reinstated the requirement that all motions be noticed in accordance with Local Rule 5.3(b). Further guidance on noticing motions before the Court can be found on the Court's standing order webpage. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.