**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **CASSANDRA SOCHA,** | ) |
| | ) Case No. 18 CV 05681 |
| **Plaintiff,** | ) |
| | ) Honorable Judge Jorge L. Alonso |
| v. | ) |
| | ) Honorable Magistrate M. David Weisman |
| **City of Joliet, a municipal corporation,** | ) |
| **Edward Grizzle, John Does 1 – 20,** | ) |
| | ) |
| **Defendants.** | ) |

### NOTICE OF FILING

To:  John O'Driscoll      Michael J. Atkus
       Tressler LLP     Knight Hoppe Kurnik & Knight, Ltd.
       550 E. Boughton Road     5600 North River Road
       Suite 250     Suite 600
       Bolingbrook, IL 60440     Rosemont, Illinois 60018

PLEASE TAKE NOTICE that on the 9th day September 2021, we e-filed, pursuant to Electronic Court filing procedures, **Notice of Filing of Certificate of Service of Plaintiff's Amended Answers to Defendant's Second Request for Production of Documents**, and is attached hereto and served upon you.

                                                     /s/ Hall Adams
                                                  One of Plaintiff's Attorneys

### CERTIFICATE OF SERVICE

The undersigned attorney certifies that service of the foregoing, **Notice of Filing of Certificate of Service of Plaintiff's Amended Answers to Defendant's Second Request for Production of Documents,** shall be accomplished pursuant to Electronic Court Filing procedures to counsel who are Filing Users on this 9th day of September 2021.

                                                     /s/ Hall Adams
                                                  One of Plaintiff's Attorneys

Hall Adams
Law Offices of Hall Adams LLC
33 North Dearborn Street, Suite 2350
Chicago, Illinois 60602
T: (312) 445-4900
F: (312) 445-4901
Attorneys I.D. #6194886