UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Cassandra Socha

                Plaintiff,

v.                                         Case No.: 1:18−cv−05681
                                                  Honorable Jorge L. Alonso

City of Joliet, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 14, 2021:

      MINUTE entry before the Honorable Jorge L. Alonso: Plaintiff's motion to strike [189], which set forth the same argument as Plaintiff's other motion to strike [192], is denied for the reasons set forth in the Court's order on September 7, 2021. See [197]. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.