10,000/18-7262.NUI

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CASSANDRA SOCHA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:18-cv-05681 |
| ) | |
| CITY OF JOLIET, a municipal ) | |
| corporation, EDWARD GRIZZLE, JOHN ) | |
| DOES 1-20, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW APPEARANCE OF JARAD M. HOLMES

MATTHEW S. CLARK, one of the attorneys of record for the Defendant, EDWARD GRIZZLE, hereby moves to withdraw the appearance of Jarad M. Holmes as counsel for this Defendant in the present matter. In support of this Motion, the undersigned submits the following:

1.  Jarad M. Holmes is no longer employed by Knight, Hoppe, Kurnik & Knight, Ltd., the firm representing the Defendant, LIEUTENANT NATHAN BOYCE, in this matter.

2.  Matthew S. Clark of Knight of Knight, Hoppe, Kurnik & Knight, Ltd. will remain as counsel for the Defendant, EDWARD GRIZZLE.

1

WHEREFORE, the Defendant, EDWARD GRIZZLE, respectfully requests that this Honorable Court enter an order permitting the withdrawal of the appearance of Jarad M. Holmes as counsel in this matter.

                                                Respectfully submitted by,

                                                /s/ Matthew S. Clark
                                                MATTHEW S. CLARK, #6224673
                                                One of the Attorneys for the Defendant, EDWARD GRIZZLE

KNIGHT, HOPPE, KURNIK & KNIGHT, LTD.
Matthew S. Clark (ARDC #6224673)
Michael J. Atkus (ARDC #6285666)
Attorney for Edward Grizzle
5600 North River Road, Suite 600
Rosemont, IL   60018-5114
847/261-0700; FAX: 847/261-0714
EMAIL: Mclark@khkklaw.com
EMAIL: Matkus@khkklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2021, a copy of the foregoing **MOTION TO WITHDRAW APPEARANCE OF JARAD M. HOLMES** was electronically filed with the Clerk of the U.S. District Court using the CM/ECF System. Notice of this filing will be sent to the following parties by operations of the Court's electronic filing system:

    Hall Adams
    Law Offices of Hall Adams LLC
    Attorney for Plaintiff
    33 North Dearborn Street, Suite 2350
    Chicago, IL 60602
    hall@adamslegal.net

    John O'Driscoll
    Tressler LLP
    233 South Wacker Drive
    61st Floor
    Chicago, Illinois 60606
    jodriscoll@tresslerllp.com

Date: June 28, 2021                  By: /s/ Matthew S. Clark