UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Cassandra Socha

       Plaintiff,

v.               Case No.: 1:18−cv−05681
                 Honorable Jorge L. Alonso

City of Joliet, et al.

       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 23, 2021:

   MINUTE entry before the Honorable Jorge L. Alonso: Defendant Edward Grizzle's motion to withdraw appearance [200] is granted. Attorney Jarad Michael Holmes is given leave to withdraw as counsel for Defendant. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.