UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CASSANDRA SOCHA, | ) |
| | ) Case No. 18 CV 05681 |
| Plaintiff, | ) |
| | ) Honorable Judge Jorge L. Alonso |
| v. | ) |
| | ) Honorable Magistrate M. David Weisman |
| City of Joliet, a municipal corporation, | ) |
| Edward Grizzle, John Does 1 – 20, | ) |
| | ) |
| Defendants. | ) |

## JOINT STATUS REPORT

The parties, jointly, and pursuant to the Court's August 31, 2021 Order (Dkt. 196), state as follows for their Joint Status Report:

### DEPOSITIONS

### Depositions for Which Plaintiff has Served Subpoenas and Issued Notices

April 28th, 2021 @ 9:30 a.m. – Jeffrey German - **COMPLETED**

April 28th, 2021 @ 12:00 p.m. – Donald McKinney- **COMPLETED**

April 30th, 2021 @ 1:00 p.m. – Chris Botzum - **COMPLETED**

May 4th, 2021 @ 10:00 a.m. – Cassandra Socha **- COMPLETED**

May 7th, 2021 @ 12:30 p.m. – Carlos Matlock **- COMPLETED**

May 13th, 2021 @ 9:30 a.m. – Brad McKeon **- COMPLETED**

May 28th, 2021 @ 9:30 a.m. – Robert Brown - **COMPLETED**

June 1st, 2021 @ 9:30 a.m. – Tim Powers - **COMPLETED**

June 2nd, 2021 @ 9:30 a.m. – Dave Jackson- **COMPLETED**

June 3rd, 2021 @ 9:30 a.m. – Michael DeVito - **COMPLETED**

June 8th, 2021 @ 9:30 a.m. – Jeremy Harrison **- COMPLETED**

June 10th, 2021 @ 10:30 a.m. – Tab Jensen - **COMPLETED**

June 14th, 2021 @ 9:30 a.m. – Phillip Bergner – **COMPLETED**

June 21st, 2021 @ 9:30 a.m. – Alan Roechner – **COMPLETED**

June 22nd, 2021 @ 9:30 a.m. – Marc Reid - **COMPLETED**

June 24th, 2021 @9:30 a.m. – Darrel Gavin - **COMPLETED**

July 8th, 2021 @ 9:30 a.m. - Michael Battis - **COMPLETED**

July 9th, 2021 @ 12:30 p.m. – Shawn Stachelski - **COMPLETED**

July 28th, 2021 @ 9:30 a.m. – Edward Grizzle - **COMPLETED**

### Depositions for Which Defendants have Issued Notices

June 17th, 2021 @ 10:00 a.m. – Nicholas Crowley – **COMPLETED**

July 8th, 2021 @ 9:30 a.m. – Michelle Banas - **COMPLETED**

July 21st, 2021 @ 9:30 a.m. – Jeff Tomszack - **COMPLETED**

July 26th, 2021 @ 9:30 a.m. - Joseph Egizio – **COMPLETED**

July 29th, 2021 @ 9:30 a.m. – Lorinda Lamkin – **Subpoena Withdrawn**

### Medical Depositions for Which Defendants Have Served Subpoenas

Date: **To be Determined –** Nicole Thompson-Wilson

Date**: To be Determined** – Debbi Del Re

Date: **To Be Determined**– Dr. David Levy

In addition to the above, there may be additional treater depositions needed which will be determined after a complete set of the Plaintiff's treatment records are produced via subpoenas issued and served upon West Suburban Women's Health and Edgewood Clinical Services. In accordance with the Court's order of August 31, 2021, medical depositions are stayed until we receive a ruling from the District Court on the Plaintiff's Motion for Leave to file Second Amended Compliant adding new parties and claims.

### OTHER DISCOVERY INITIATED BY PLAINTIFF

Pursuant to the Court's 31 August 2021 Order (Dkt. 196), plaintiff's counsel is working with

counsel for RCFL to take a Rule 30(b)(6) deposition of RCFL, with date/time TBD pending the District Court's ruling on plaintiff's pending Motion for Leave to File a Second Amended Complaint.

On July 27, 2021, after Stachelski's deposition, Plaintiff filed a Motion for Leave to File Second Amended Complaint (Dkt. 175) to specifically name Defendants in lieu of prior "John Doe" designations and to add new claims against new Defendants, Roechner and Bergner, that are based on Stacheski's deposition testimony. Defendant City has filed an objection (Dkt. 178). The District Court has set a schedule for briefing the Motion. (Dkt. 179).

## OTHER DISCOVERY INITIATED BY DEFENDANTS

As the Court is aware, Plaintiff filed a Motion for Leave to File a Second Amended Complaint adding three new Defendants and eight new causes of action against the proposed new parties (Dkt. 175). The City filed an objection with the District Court and asked for an opportunity to file a response. (Dkt. 178). On July 29, 2021, the District Court set a briefing schedule on the pending motion. (Dkt. 179). On August 13, 2021, the City filed its Response in opposition to Plaintiff's motion for leave to amend. (Dkt.184). On August 20, 2021, Plaintiff filed her reply. (Dkt.187). On August 25, 2021, Defendant Grizzle filed a Motion to Leave to Join in the City's Objection and Response to the Plaintiff's Motion for Leave to Amend (Dkt. 194) On September 7, 2021, the District Court granted Defendant Grizzle's Motion to Join. (Dkt. 197).

The Motion for Leave to Amend is fully briefed and the parties are awaiting a ruling. In light of these case developments, there may be a need for additional fact discovery pending especially if the District Court allows the amended pleading and new parties, as it would be anticipated that counsel for the new Defendants may ask for additional fact discovery. As a result, the City respectfully requests that the status of all remaining fact discovery be stayed until such time as the Motion to Amend the complaint is addresses by the District Court.

Cassandra Socha

By: /s/ Hall Adams
Hall Adams
LAW OFFICES OF HALL ADAMS
33 North Dearborn Street, Suite 2350
Chicago, Illinois 60602
hall@adamslegal.net
ARDC No.: 6194886

City of Joliet

By: /s/ John O'Driscoll
John M. O'Driscoll (ARDC #6237793)
Darcy Proctor (ARDC #6199731)
James J. Hess
TRESSLER LLP
Counsel for City of Joliet
550 E. Boughton Road, Suite 250
Bolingbrook, Illinois 60440
jodriscoll@tresslerllp.com
dproctor@tresslerllp.com
jhess@tresslerllp.com

Edward Grizzle

By: /s/ Matthew Clark
Matthew Clark
Michael J. Atkus (ARDC #628566)
KNIGHT HOPPE KURNIK & KNIGHT, LTD.
5600 N. River Road, Suite 600
Rosemont, Illinois 60018
matkus@khkklaw.com
ARDC No.: 6224673