UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CASSANDRA SOCHA,** | ) |
| | ) Case No. 18 CV 05681 |
| **Plaintiff,** | ) |
| | ) Honorable Judge Jorge L. Alonso |
| v. | ) |
| | ) Honorable Magistrate M. David Weisman |
| **City of Joliet, a municipal corporation,** | ) |
| **Edward Grizzle, John Does 1 – 20,** | ) |
| | ) |
| **Defendants.** | ) |

### AMENDED NOTICE OF FILING

**To:**    John O'Driscoll        Michael J. Atkus
            Tressler LLP                Knight Hoppe Kurnik & Knight, Ltd.
            233 South Wacker Drive     5600 North River Road
            61st Floor                  Suite 600
            Chicago, Illinois 60606      Rosemont, Illinois 60018

       PLEASE TAKE NOTICE that on 4th day October 2021, we e-filed, pursuant to Electronic Court filing procedures, **Amended Notice of Filing and Joint Status Report**, and is attached hereto and served upon you.

                                                            /s/ Hall Adams
                                                 One of Plaintiff's Attorneys

### CERTIFICATE OF SERVICE

       The undersigned attorney certifies that service of the foregoing, **Amended Notice of Filing and Joint Status Report,** shall be accomplished pursuant to Electronic Court Filing procedures to counsel who are Filing Users on this 4th day of October 2021.

                                                             /s/ Hall Adams
                                                One of Plaintiff's Attorneys

Hall Adams
Law Offices of Hall Adams LLC
33 North Dearborn Street, Suite 2350
Chicago, Illinois 60602
T: (312) 445-4900
F: (312) 445-4901
Attorneys I.D. #6194886