UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Cassandra Socha
                    Plaintiff,

v.                                                     Case No.: 1:18−cv−05681
                                                               Honorable Jorge L. Alonso

City of Joliet, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 7, 2021:

      MINUTE entry before the Honorable M. David Weisman: Magistrate status hearing held. Parties appeared telephonically. Discovery is stayed and will be rescheduled once the motion to amend the complaint is addressed by the District Court. A telephonic status hearing is set for 12/16/2021 at 1:00 p.m. Joint status report due on or before 12/13/2021 to provide the Court with an update on the status of the motion to amend complaint. If the motion is granted, the status report should include the additional defendants added to the case as well as the status of their answers and representation. If the motion to amend the complaint remains pending on 12/16/2021, the status hearing will be stricken, and no appearance will be necessary. Parties shall dial in using the Court's conference call−in number. The conference call−in number is 1−877−411−9748 and the passcode is 1814539. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.