UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CASSANDRA SOCHA,** | ) |
| | ) Case No.  18 CV  05681 |
| **Plaintiff,** | ) |
| | )  Honorable Judge Jorge L. Alonso |
| v. | ) |
| | ) Honorable Magistrate M. David Weisman |
| **City of Joliet, a municipal corporation,** | ) |
| **Edward Grizzle, John Does 1 – 20,** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF FILING

To:    John O'Driscoll                 Michael J. Atkus
        Tressler LLP                     Knight Hoppe Kurnik & Knight, Ltd.
        550 E. Boughton Road        5600 North River Road
        Suite 250                         Suite 600
        Bolingbrook, IL 60440         Rosemont, Illinois 60018

PLEASE TAKE NOTICE that on the 25th day October 2021, we e-filed, pursuant to Electronic Court filing procedures, **Notice of Filing of Certificate of Service of Plaintiff's Request to Admit Facts to Defendant, City of Joliet**, and is attached hereto and served upon you.

                                                             /s/ Hall Adams
                                               One of Plaintiff's Attorneys

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that service of the foregoing, **Notice of Filing of Certificate of Service of Plaintiff's Request to Admit Facts to Defendant, City of Joliet,** shall be accomplished pursuant to Electronic Court Filing procedures to counsel who are Filing Users on this 25th day of October 2021.

                                                              /s/ Hall Adams
                                              One of Plaintiff's Attorneys

Hall Adams
Law Offices of Hall Adams LLC
33 North Dearborn Street, Suite 2350
Chicago, Illinois 60602
T: (312) 445-4900
F: (312) 445-4901
Attorneys I.D. #6194886