# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CASSANDRA SOCHA, | ) |
| | ) |
| Plaintiff, | ) No. 18 cv 05681 |
| v. | ) |
| | ) Judge: Jorge L. Alonso |
| CITY OF JOLIET, an Illinois municipal corporation, EDWARD GRIZZLE, and JOHN DOES 1-20, | ) |
| | ) Magistrate M. David Weisman |
| | ) |
| Defendants. | ) |

## DEFENDANT CITY OF JOLIET'S OBJECTION TO PLAINTIFF'S RULE 36 REQUESTS TO ADMIT FACTS

Defendant, City of Joliet ("the City"), by and through its attorneys, TRESSLER LLP, objects to Plaintiff's Rule 36 Requests to Admit Facts, and in support of its Objection, states as follows:

1. On October 25, 2021, Plaintiff served the City with Requests to Admit Facts. (Dkt. 206) The City hereby objects to Plaintiff's Requests to Admit as untimely on the grounds that fact discovery closed on July 30, 2021 (Dkt. 166).

2. Contemporaneously with the filing of its Objection, the City has filed a Motion to Strike the Plaintiff's Requests to Admit Facts and incorporates by reference the City's arguments and case law in support of its Motion to Strike as though fully set forth herein.

WHEREFORE, the Defendant, City of Joliet, respectfully requests that this Honorable Court consider the City's Objection to Plaintiff's Requests to Admit Facts along with the City's Motion to Strike Plaintiff's Requests filed contemporaneously with the aforesaid Objection.

        Respectfully submitted,

        CITY OF JOLIET

      By: /s/ Darcy L. Proctor
         One of its attorneys

Darcy L. Proctor
TRESSLER LLP
550 East Boughton Road, Suite 250
Bolingbrook, IL 60440
T: (312) 627-4010
Attorney No.: 6199731
dproctor@tresslerllp.com
*Attorney for Defendant City of Joliet*

**CERTIFICATE OF SERVICE**

    I, Patricia Loera, a non-attorney, hereby certify that on November 9, 2021, a copy of **DEFENDANT CITY OF JOLIET'S OBJECTION TO PLAINTIFF'S RULE 36 REQUESTS TO ADMIT FACTS,** was served on all counsel of record via the Court's CM/ECF system.

                                                            By:    /s/ Patricia Loera
                                                                               Patricia Loera, Legal Assistant
                                                                               TRESSLER LLP

4867-7554-2018, v. 1