**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CASSANDRA SOCHA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 18 cv 05681 |
| v. | ) | |
| | ) | Judge: Jorge L. Alonso |
| CITY OF JOLIET, an Illinois municipal | ) | |
| corporation, EDWARD GRIZZLE, and JOHN | ) | Magistrate: M. David Weisman |
| DOES 1-20, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

TO:    All Attorneys of Record

Please take notice that on the 9th **day of November, 2021**, we filed, pursuant to Electronic Court filing procedures, **DEFENDANT CITY OF JOLIET'S OBJECTION TO PLAINTIFF'S RULE 36 REQUESTS TO ADMIT FACTS**, which copies are attached and hereby served upon you.

Respectfully submitted,

 /s/ Darcy L. Proctor
Darcy L. Proctor
TRESSLER LLP
550 East Boughton Road, Suite 250
Bolingbrook, IL 60440
T: (312) 627-4010
Attorney No.: 6199731
dproctor@tresslerllp.com
*Attorney for Defendant City of Joliet*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 9, 2021, a copy of this **DEFENDANT CITY OF JOLIET'S OBJECTION TO PLAINTIFF'S RULE 36 REQUESTS TO ADMIT FACTS** was filed electronically and served by e-mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by e-mail and mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Respectfully submitted,

 /s/ Patricia Loera
Patricia Loera, Legal Assistant
Tressler LLP