# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Cassandra Socha

                    Plaintiff,

v.                                                 Case No.: 1:18−cv−05681
                                                     Honorable Jorge L. Alonso

City of Joliet, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 10, 2021:

      MINUTE entry before the Honorable M. David Weisman: Defendant's motion to strike request to admit facts (Dkt. #[208]) relates to a discovery a matter, and therefore should be heard by the Magistrate Judge. Accordingly, defendant's motion will be heard by Judge Weisman on 11/23/2021 at 10:00am. The Court does not believe that briefing is required to address this matter, so counsel should be prepared to argue the motion on 11/23/2021. Parties shall dial in using the Court's conference call−in number. The conference call−in number is 1−877−411−9748 and the passcode is 1814539. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.