UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Cassandra Socha

                Plaintiff,

v.                                                  Case No.: 1:18−cv−05681
                                                      Honorable Jorge L. Alonso

City of Joliet, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 23, 2021:

       MINUTE entry before the Honorable M. David Weisman: Magistrate motion hearing held on defendant City of Joliet's motion to strike plaintiff's request to admit facts [208]. Parties appeared telephonically. Oral argument heard. For the reasons stated on the record, over defendant City of Joliet's objection, defendant's motion to strike plaintiff's request to admit facts [208] is denied. The Court finds that the plaintiff's five requests to admit facts are limited to the discrete area of the Regional Computer Forensic Laboratory ("RCFL"). The Court has expressly permitted discovery as it related to the RCFL pursuant to the order in Dkt. [196]. The Court finds that discovery relating to the discrete area of RCFL is foundational and not burdensome for the Defendant City of Joliet to answer and would not prejudice the Defendant City of Joliet. Therefore, the Defendant City of Joliet's objections as to timeliness for all five requests are denied and answers to the plaintiff's requests are required. City of Joliet is to answer the plaintiff's requests to admit facts by 12/24/2021. Failure to respond by this deadline will be controlled by Federal Rule of Civil Procedure 36(a)(3). Status hearing set for 12/16/2021 at 1:00 p.m. is stricken. Status hearing is set for 1/10/2021 at 9:45 a.m. to set a date for close of treater discovery, discuss interest in settlement conference, and possibly set a schedule for expert discovery. Prior to the status hearing, counsels are to contact clients to inquire whether there is any interest in a settlement conference. Parties shall dial in using the Court's conference call−in number. The conference call−in number is 1−877−411−9748 and the passcode is 1814539. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.