**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division**

Cassandra Socha

      Plaintiff,

v.               Case No.: 1:18−cv−05681
              Honorable Jorge L. Alonso

City of Joliet, et al.

      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 30, 2021:

   MINUTE entry before the Honorable M. David Weisman: The Court's minute order dated 11/23/21 [212], is amended as follows: Status hearing is set for **1/10/2022** at 9:45 a.m. to set a date for close of treater discovery, discuss interest in settlement conference, and possibly set a schedule for expert discovery. Remainder of Order to stand. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.