**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CASSANDRA SOCHA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 18 cv 05681 |
| v. | ) | |
| | ) | Judge: Jorge L. Alonso |
| CITY OF JOLIET, an Illinois municipal corporation, EDWARD GRIZZLE, and JOHN DOES 1-20, | ) ) ) | Magistrate: M. David Weisman |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

To:  Hall Adams  
Law Offices of Hall Adams LLC  
33 North Dearborn Street, Suite 2350  
Chicago, IL 60602  
hall@adamslegal.net  

Matthew S. Clark  
Michael J. Atkus  
Knight Hoppe Kurnik & Knight Ltd  
5600 N. River Road – Suite 600  
Rosemont, IL 60018  
matkus@khkklaw.com  
mclark@khkklaw.com  

I certify that **CITY OF JOLIET'S RESPONSE TO PLAINTIFF'S REQUEST TO ADMIT FACTS TO DEFENDANT CITY OF JOLIET,** were served upon the above-named attorney(s) via e-mail on **December 22, 2021**.

Respectfully submitted,

/s/ James J. Hess
John M. O'Driscoll (ARDC #6237793)
Darcy L. Proctor (ARDC # 6199731)
James J. Hess (ARDC #6301187)
TRESSLER LLP
Counsel for City of Joliet
550 E. Boughton Road, Suite 250
Bolingbrook, Illinois 60440
jodriscoll@tresslerllp.com
dproctor@tresslerllp.com
jhess@tresslerllp.com