**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CASSANDRA SOCHA, ) | |
| ) | |
| Plaintiff, ) | No. 18 cv 05681 |
| v. ) | |
| ) | Judge: Jorge L. Alonso |
| CITY OF JOLIET, an Illinois municipal ) | |
| corporation, EDWARD GRIZZLE, and JOHN ) | Magistrate: M. David Weisman |
| DOES 1-20, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

To:  Hall Adams  
      Law Offices of Hall Adams LLC  
      33 North Dearborn Street, Suite 2350  
      Chicago, IL 60602  
      hall@adamslegal.net

Matthew S. Clark  
Michael J. Atkus  
Knight Hoppe Kurnik & Knight Ltd  
5600 N. River Road – Suite 600  
Rosemont, IL 60018  
matkus@khkklaw.com  
mclark@khkklaw.com

      I certify that **CITY OF JOLIET'S SUPPLEMENTAL ANSWER TO PLAINTIFF CASSANDRA SOCHA'S SUPPLEMENTAL INTERROGATORIES** were served upon the above-named attorney(s) via e-mail on **December 22, 2021**.

      Respectfully submitted,

      /s/ James J. Hess  
      John M. O'Driscoll (ARDC #6237793)  
      Darcy L. Proctor (ARDC # 6199731)  
      James J. Hess (ARDC #6301187)  
      TRESSLER LLP  
      Counsel for City of Joliet  
      550 E. Boughton Road, Suite 250  
      Bolingbrook, Illinois 60440  
      jodriscoll@tresslerllp.com  
      dproctor@tresslerllp.com  
      jhess@tresslerllp.com