IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CASSANDRA SOCHA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 18 cv 05681 |
| v. | ) | |
| | ) | Judge: Jorge L. Alonso |
| CITY OF JOLIET, an Illinois municipal corporation, EDWARD GRIZZLE, and JOHN DOES 1-20, | ) ) ) | Magistrate: M. David Weisman |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

To:    Hall Adams                                        Matthew S. Clark
       Law Offices of Hall Adams LLC             Michael J. Atkus
       33 North Dearborn Street, Suite 2350    Knight Hoppe Kurnik & Knight Ltd
       Chicago, IL 60602                               5600 N. River Road – Suite 600
       hall@adamslegal.net                        Rosemont, IL 60018
                                                       matkus@khkklaw.com
                                                       mclark@khkklaw.com

Please take notice that on the **22ND day of December, 2021**, we filed, pursuant to Electronic Court filing procedures, the following documents, copies of which are attached and hereby served upon you.

**CERTIFICATE OF SERVICE OF THE CITY OF JOLIET'S RESPONSE TO PLAINTIFF'S REQUEST TO ADMIT FACTS TO DEFENDANT CITY OF JOLIET; and**

**CERTIFICATE OF SERVICE OF THE CITY OF JOLIET'S SUPPLEMENTAL ANSWER TO PLAINTIFF CASSANDRA SOCHA'S SUPPLEMENTAL INTERROGATORIES.**

                                                                        Respectfully submitted,

                                                                        /s/ Darcy L. Proctor
                                                                        John M. O'Driscoll (ARDC #6237793)
                                                                        Darcy L. Proctor (ARDC # 6199731)
                                                                        James J. Hess (ARDC #6301187)
                                                                        TRESSLER LLP
                                                                        Counsel for City of Joliet
                                                                        550 E. Boughton Road, Suite 250
                                                                        Bolingbrook, Illinois 60440
                                                                        jodriscoll@tresslerllp.com
                                                                        dproctor@tresslerllp.com
                                                                        jhess@tresslerllp.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on **December 22, 2021**, a copy of the following documents were filed electronically and served by e-mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by e-mail and mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

**CERTIFICATE OF SERVICE OF THE CITY OF JOLIET'S RESPONSE TO PLAINTIFF'S REQUEST TO ADMIT FACTS TO DEFENDANT CITY OF JOLIET; and**

**CERTIFICATE OF SERVICE OF THE CITY OF JOLIET'S SUPPLEMENTAL ANSWER TO PLAINTIFF CASSANDRA SOCHA'S SUPPLEMENTAL INTERROGATORIES.**

Respectfully submitted,
/s/ James J. Hess
John M. O'Driscoll (ARDC #6237793)
Darcy L. Proctor (ARDC # 6199731)
James J. Hess (ARDC #6301187)
TRESSLER LLP
Counsel for City of Joliet
550 E. Boughton Road, Suite 250
Bolingbrook, Illinois 60440
jodriscoll@tresslerllp.com
dproctor@tresslerllp.com
jhess@tresslerllp.com