**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **CASSANDRA SOCHA,** | ) |
| | ) Case No. 18 CV 05681 |
| **Plaintiff,** | ) |
| | ) Honorable Judge Jorge L. Alonso |
| v. | ) |
| | ) Honorable Magistrate M. David Weisman |
| **City of Joliet, a municipal corporation,** | ) |
| **Edward Grizzle, John Does 1 – 20,** | ) |
| | ) |
| **Defendants.** | ) |

**NOTICE OF MOTION**

To: **John O'Driscoll**  **Michael J. Atkus**
   **Tressler LLP**   **Knight Hoppe Kurnik & Knight, Ltd.**
   **233 South Wacker Drive**  **5600 North River Road**
   **61st Floor**   **Suite 600**
   **Chicago, Illinois 60606**  **Rosemont, Illinois 60018**

PLEASE TAKE NOTICE that on January 10, 2022, at 1:00 pm we will appear before the Honorable Judge Jorge L. Alonso presiding in Room 1903 of the United States District Courthouse, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604 shall then and here present, **Plaintiff's Motion for Leave to Issue Notices of Rule 30(b)(6) Deposition and Deposition of Sabrina Spano and to Take Rule 30(b)(6) Deposition of Defendant City of Joliet and Sabrina Spano,** a copy of which is attached hereto and served upon you.

 /s/ Hall Adams
 One of Plaintiff's Attorneys

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that I served the foregoing, **Notice of Motion and Plaintiff's Motion for Leave to Issue Notices of Rule 30(b)(6) Deposition and Deposition of Sabrina Spano and to Take Rule 30(b)(6) Deposition of Defendant City of Joliet and Sabrina Spano**, upon the above attorney via email on this 7th day of January 2022.

 /s/ Hall Adams
 One of Plaintiff's Attorneys

Hall Adams
Law Offices of Hall Adams LLC
33 North Dearborn Street, Suite 2350
Chicago, Illinois 60602
T: (312) 445-4900; F: (312) 445-4901
Attorneys I.D. #6194886