IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CASSANDRA SOCHA, ) | |
| ) | |
| Plaintiff, ) | No. 18 cv 05681 |
| v. ) | |
| ) | Judge: Jorge L. Alonso |
| CITY OF JOLIET, an Illinois municipal ) | |
| corporation, EDWARD GRIZZLE, and JOHN ) | Magistrate: M. David Wiseman |
| DOES 1-20, ) | |
| ) | Trial by Jury Demanded |
| Defendants. ) | |

**DEFENDANT CITY OF JOLIET'S ANSWER TO PLAINTIFF CASSANDRA SOCHA'S 2ND SUPPLEMENTAL INTERROGATORIES**

NOW COMES, Defendant CITY OF JOLIET, by and through its attorneys Tressler LLP and for their Answer to Plaintiff Cassandra Socha's 2nd Supplemental Interrogatories, states as follows:

**GENERAL OBJECTIONS**

1. The City of Joliet objects to Plaintiff's Sixth Supplemental Document Requests to the extent Plaintiff's Requests seek documents protected from disclosure by the attorney-client privilege, the attorney work product doctrine, investigatory privilege or any other applicable privilege or doctrine. The City of Joliet objects to the extent Plaintiff seeks disclosure of documents that relate to the impressions, conclusions, opinions, legal research, or theories of The City of Joliet or its attorneys, disclosure of information prepared in anticipation of litigation, or disclosure proprietary information. An inadvertent production of privileged or protected information, documents, or other materials shall not constitute a waiver of any privilege or protection.

2. The City of Joliet objects to requests made to any individual or entity other than the City of Joliet, in that the responses are propounded on behalf of the City, and not on behalf of its employees or agents, including current or former police officers.



ANSWERS TO SUPPLEMENTAL INTERROGATORIES

1. Identify by make, model and serial number each and every cell phone and/or other computer device issued to and/or disposed of by Alan Roechner on/after 17 May 2018 until the time of his retirement and, as to each, specify the date(s) of issue and the date(s) and manner of disposition.

**ANSWER:** **Objection. This interrogatory is overly broad and unduly burdensome. Subject to and without waiving said objections, and upon information and belief, Alan Roechner turned in a cell phone to the City of Joliet at the end of his employment with the City of Joliet Police Department. The cell phone was of the following make, model and serial number:**

    **iPhone XR**
    **Serial No. F2LXM5QAKXL6**

**Additionally, upon information and belief, Alan Roechner turned in a laptop computer to the City of Joliet at the end of his employment with the City of Joliet Police Department. The laptop computer was of the following make, model and serial number:**

    **Lenovo ThinkPad X1**
    **Serial No. PF-15R97W**

2. Specify the location of each and every office, desk and/or work station assignment within the Joliet Police Department headquarters at which Officer Phillip Bergner was posted during the period 17 May 2018 – termination of his employment with the Joliet Police Department.

**ANSWER:** **Objection. This interrogatory is vague, overly broad, unduly burdensome and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of relevant evidence. Subject to and without waiving said objections, and upon information and belief, Officer Bergner had a desk located in the Office of Supply Sergeant.**

DATED: August 19, 2021

/s/*James J. Hess*
Attorney for Defendant, City of Joliet

John M. O'Driscoll (ARDC #6237793)
Darcy L. Proctor (ARDC # 6199731)
James J. Hess (ARDC #6301187)
TRESSLER LLP
Counsel for City of Joliet
550 E. Boughton Road, Suite 250
Bolingbrook, Illinois 60440
jodriscoll@tresslerllp.com
dproctor@tresslerllp.com
jhess@tresslerllp.com

2

**VERIFICATION OF INTERROGATORY ANSWERS**

I, Sabrina Spano, am Corporate Counsel of The City of Joliet. As such, I am authorized to make this verification on behalf of the City of Joliet.

I believe, based on reasonable inquiry, that the foregoing answers are true and correct to the best of my knowledge, information and belief.

I verify under penalty of perjury that the foregoing is true and correct.

Executed on  August 19 , 2021

_____
Sabrina Spano
Corporate Counsel