JMO/JJH/DLP                                                                                         11399.0002

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| CASSANDRA SOCHA, | ) |
|     Plaintiff, | ) Case No. 18 CV 05681 |
| | ) |
| | ) Honorable Judge Jorge L. Alonso |
| v. | ) |
| | ) Honorable Magistrate M. David Weisman |
| City of Joliet, a municipal corporation, Edward Grizzle, John Does 1 – 20, | ) |
| | ) |
|     Defendants. | ) |

## CITY OF JOLIET'S RESPONSE TO PLAINTIFF'S REQUEST TO ADMIT FACTS TO DEFENDANT CITY OF JOLIET

Defendant City of Joliet (the "City"), by its attorneys, TRESSLER LLP, and pursuant to Rule 36 of the Federal Rules of Civil Procedure, hereby serves its Responses to Plaintiff's Request to Admit Facts to Defendant City of Joliet:

1. Neither the iPhone nor laptop computer identified by defendant City of Joliet in its 19 August 2021 Answer to Interrogatory No. (1) of plaintiff's Second Supplemental Interrogatories was submitted by defendant City of Joliet to Chicago Regional Computer Forensic Laboratory ("CRCFL") for forensic examination.

**RESPONSE: The City admits that the iPhone XR (Serial No. F2LXM5QAKXL6) and Lenovo ThinkPad X1 (Serial No. PF-15R97W) were not submitted to the CRCFL for forensic examination because said devices had not yet been issued to Al Roechner and are, therefore, irrelevant.**

2. No cell phone assigned or issued by defendant City of Joliet to Al Roechner was submitted by defendant City of Joliet to CRCFL for forensic examination.

**RESPONSE: Denied.**

3. No other (than a cell phone) computer device issued by defendant City of Joliet to Al Roechner was submitted by defendant City of Joliet to CRCFL for forensic examination.

**RESPONSE: The City states that it has made reasonable inquiry and that the information it**

Ex. B

knows or can readily obtain is insufficient to enable it to admit or deny this Request. Specifically, the City's reasonable inquiry included a request for and review of the documents in the City's possession and control, and investigation and inquiry of the City's employees, officers, administrators, agents and others.

      4..      No cell phone device belonging to defendant Al Roechner was submitted by defendant City of Joliet to CRCFL for forensic examination.

**RESPONSE: Objection. The City objects to this Request to the extent it implies that Al Roechner is a named defendant in this case. The City further objects to this Request on the basis that "belonging to" is an undefined term and subject to multiple interpretations. Without waiving said objections, this Request is denied.**

      5.      No other (than a cell phone) computer device belonging to defendant Al Roechner was submitted by defendant City of Joliet to CRCFL for forensic examination.

**RESPONSE: Objection. The City objects to this Request to the extent that it implies that Al Roechner is a named defendant in this case. The City further objects to this Request on the basis that "belonging to" is an undefined term and subject to multiple interpretations. Without waiving said objections, the City states that it has made reasonable inquiry and that the information it knows or can readily obtain is insufficient to enable it to admit or deny this Request. Specifically, the City's reasonable inquiry included a request for and review of the documents in the City's possession and control, and investigation and inquiry of the City's employees, officers, administrators, agents and others.**

### VERIFICATION OF ANSWERS

I, Sabrina Spano, am Corporate Counsel of The City of Joliet. As such, I am authorized to make this verification on behalf of the City of Joliet.

I verify under penalty of perjury that the foregoing is true and correct.

Executed on December 22, 2021

                                  */s/ Sabrina Spano*
                                  Sabrina Spano
                                  Corporate Counsel

John M. O'Driscoll (ARDC #6237793)
Darcy L. Proctor (ARDC # 6199731)
James J. Hess (ARDC #6301187)
T‌RESSLER LLP
Counsel for City of Joliet
550 E. Boughton Road, Suite 250
Bolingbrook, Illinois 60440
jodriscoll@tresslerllp.com
dproctor@tresslerllp.com
jhess@tresslerllp.com

4846-2249-9060, v. 1