# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| CASSANDRA SOCHA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 18 cv 05681 |
| v. | ) | |
| | ) | Judge: Jorge L. Alonso |
| CITY OF JOLIET, an Illinois municipal corporation, EDWARD GRIZZLE, and JOHN DOES 1-20, | ) ) ) | Magistrate: M. David Weisman |
| | ) | |
| | ) | Trial by Jury Demanded |
| Defendants. | ) | |

## CITY OF JOLIET'S SUPPLEMENTAL ANSWER TO PLAINTIFF CASSANDRA SOCHA'S SUPPLEMENTAL INTERROGATORIES

NOW COMES, Defendant CITY OF JOLIET, by and through its attorneys Tressler LLP and for their Supplemental Answer to Plaintiff Cassandra Socha's Supplemental Interrogatories, states as follows:

## SUPPLEMENTAL INTERROGATORIES

2. With respect to each and every computer and cell phone submitted by Joliet Police Department to Chicago Regional Computer Forensics Laboratory ("RCFL") for examination and forensic analysis as referenced in Botzum deposition exhibits 5 – 10, and by reference to the same identifying information used for each such device in those deposition exhibits, identify the owner of the device at the time of its submission to RCFL for examination, and, if the City of Joliet and/or Joliet Police Department was the owner of any such device, identify the employee/police officer to whom each such device was issued/assigned.

**ANSWER:** **Objection. This interrogatory is overly broad and unduly burdensome. Subject to and without waiving said objections, and upon information and belief, the City was the owner of the data storage devices, computers and cell phone devices at the time they were submitted by the Joliet Police Department to the Chicago Regional Computer Forensics Laboratory for examination and forensic analysis as referenced in the Botzum deposition exhibits 5-10. The item submitted: CGRCFL122427 (Cellular Phone, Make: Samsung, Model: SM-G930V, Serial Number: R38J200G6WL) was issued/assigned to Alan Roechner.**



Ex. C

DATED: December 22, 2021       /s/*James J. Hess*
                               Attorney for Defendant, City of Joliet

John M. O'Driscoll (ARDC #6237793)
Darcy L. Proctor (ARDC # 6199731)
James J. Hess (ARDC #6301187)
TRESSLER LLP
Counsel for City of Joliet
550 E. Boughton Road, Suite 250
Bolingbrook, Illinois 60440
jodriscoll@tresslerllp.com
dproctor@tresslerllp.com
jhess@tresslerllp.com

## **VERIFICATION OF SUPPLEMENTAL INTERROGATORY ANSWERS**

I, Sabrina Spano, am Corporate Counsel of The City of Joliet. As such, I am authorized to make this verification on behalf of the City of Joliet.

I believe, based on reasonable inquiry, that the foregoing answers are true and correct to the best of my knowledge, information and belief.

I verify under penalty of perjury that the foregoing is true and correct.

Executed on December 22, 2021

Sabrina Spano
Corporate Counsel