UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CASSANDRA SOCHA,** | ) |
| | ) Case No. 18 CV 05681 |
| **Plaintiff,** | ) |
| | ) Honorable Judge Jorge L. Alonso |
| v. | ) |
| | ) Honorable Magistrate M. David Weisman |
| **City of Joliet, a municipal corporation,** | ) |
| **Edward Grizzle, John Does 1 – 20,** | ) |
| | ) |
| **Defendants.** | ) |

**PLAINTIFF'S NOTICE
OF RULE 30(B)(6) DEPOSITION OF DEFENDANT CITY OF JOLIET**

Pursuant to Fed. R. Civ. P. 30(b)(6), Plaintiff, Casandra Socha, ("Socha") provides notice that the deposition of **Defendant City of Joliet** will proceed on **February 8, 2022 at 9:30 a.m. CST**, via **Zoom**, and continuing thereafter until completed, on the matters for examination set forth below.

**INSTRUCTIONS**

Deponent is to produce all documents responsive to the topics listed below within (7) days prior to deposition.

**TOPICS**

1. Date(s) of issuance/assignment to Dep. Chief/Chief Al Roechner by defendant City of Joliet of cell phone and laptop computer identified in City's Answers served on 19 August 2021 to Plaintiff's 2nd Supplemental Interrogatories.

2. Investigation by defendant City of Joliet upon the basis of which it identified the cell phone and laptop computer identified in City's Answers served on 19 August 2021 to Plaintiff's 2nd Supplemental Interrogatories and no other such computer devices.

3. Date of issuance/assignment to Dep. Chief/Chief Al Roechner by defendant City of Joliet of cell phone identified in Answer (2) to City's Supplemental Answer served on 22 December 2021 to Plaintiff's Supplemental Interrogatories.

4. Investigation by defendant City of Joliet upon the basis of which it identified the cell phone identified in Answer (2) to City's Supplemental Answer served on 22 December 2021 to Plaintiff's Supplemental Interrogatories.

Ex. D

5. Identity of any cell phone or other computer device owned by or belonging to Dep. Chief/Chief Al Roechner that was submitted by defendant City of Joliet to Chicago Regional Computer Forensic Laboratory for forensic examination.

6. The investigation conducted by defendant City of Joliet that forms the basis for its Responses (3) – (5) served on 22 December 2021 to Plaintiff's Request to Admit Facts.

Document Rider, Ex. B

Any/all documents relating to the topics listed in Rider, Ex. A

                                                                               DRAFT
                                          Hall Adams, Attorney for Plaintiff

Hall Adams
Law Offices of Hall Adams
33 N. Dearborn Street, Suite 2350
Chicago, Illinois 60602
T: (312) 445-4900
F: (312) 445-4901
Attorney No.: 6194886