UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CASSANDRA SOCHA, | ) |
| | ) Case No. 18 CV 05681 |
| **Plaintiff,** | ) |
| | ) Honorable Judge Jorge L. Alonso |
| v. | ) |
| | ) Honorable Magistrate M. David Weisman |
| City of Joliet, a municipal corporation, | ) |
| Edward Grizzle, John Does 1 – 20, | ) |
| | ) |
| **Defendants.** | ) |

### NOTICE OF DEPOSITION

**TO:** Sabrina Spano
c/o John M. O'Driscoll
Tressler, LLP
550 E. Boughton Road, Suite 250
Bolingbrook, IL 60440
jodriscoll@tresslerllp.com

  **PLEASE TAKE NOTICE** that we shall take the deposition of Sabrina Spano on February 8th, 2022 at 9:30 A.M. before an Officer authorized to administer oaths by the laws of the State of Illinois, upon oral interrogatories propounded pursuant to Federal Rule of Civil Procedure 30. The depositions will be recorded by the Officer, stenographically, utilizing a stenographic machine. Such deposition shall be taken via Zoom or other video conferencing service by **Royal Reporting Agency, 161 North Clark Street, Suite 3050, Chicago, IL 60601**

              Respectfully submitted,

              _____DRAFT_____
              Hall Adams III
              Law Offices of Hall Adams LLC
              Advocates Row
              33 N. Dearborn St., #2350
              Chicago, IL 60602
              T: (312) 445-4900; F: (312) 445-4901
              Attorney No.: 40587
              hall@adamslegal.net
              *Attorney for Plaintiff*



Ex E

## CERTIFICATE OF SERVICE

      I hereby certify that on January 7, 2022, service of a true and complete copy of the above and foregoing, **NOTICE OF DEPOSITION,** was made upon the following, via email:

| | |
|---|---|
| **John O'Driscoll** | **Michael J. Atkus** |
| **Tressler LLP** | **Knight Hoppe Kurnik & Knight, Ltd.** |
| **233 South Wacker Drive** | **5600 North River Road** |
| **61st Floor** | **Suite 600** |
| **Chicago, Illinois 60606** | **Rosemont, Illinois 60018** |

                                                                                            _____DRAFT_____

                                                                                              Alyssa Reyes