**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| CASSANDRA SOCHA, ) | |
| ) | |
| Plaintiff, ) | No. 18 cv 05681 |
| v. ) | |
| ) | Judge: Jorge L. Alonso |
| CITY OF JOLIET, an Illinois municipal ) | |
| corporation, EDWARD GRIZZLE, and JOHN ) | Magistrate M. David Weisman |
| DOES 1-20, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT CITY OF JOLIET'S OBJECTION TO PLAINTIFF'S MOTION FOR LEAVE TO ISSUE NOTICES OF RULE 30(b)(6) DEPOSITION AND DEPOSITION OF SABRINA SPANO AND TO TAKE RULE 30(b)(6) DEPOSITION OF DEFENDANT CITY OF JOLIET AND SABRINA SPANO**

Defendant, City of Joliet ("the City"), by and through its attorneys, TRESSLER LLP, objects to Plaintiff's Motion for Leave to Issue Notices of Rule 30(b)(6) Deposition and Deposition of Sabrina Spano and to Take Deposition of Defendant City of Joliet and Sabrina Spano, and in support of its Objection, states as follows:

1. On January 7, 2022, the Plaintiff filed her Motion for Leave to Issue Notices of Rule 30(b)(6) Deposition and Deposition of Sabrina Spano and to Take Deposition of Defendant City of Joliet and Sabrina Spano (Dkt, 217).

2. The City hereby objects to Plaintiff's Motion on multiple grounds. First, the Motion is untimely because fact discovery closed on July 30, 2021 (Dkt. 166). Second, the Plaintiff's counsel did not serve the City's counsel with the proposed deposition notices and Rule 30(b)(6) topics before filing her Motion. Third, the parties have not met and conferred in an effort to resolve the matter without the court's assistance pursuant to Local Rule 37.2. Fourth, the Plaintiff gave the City one business day notice of the motion's presentment on January 10 2022 which is clearly insufficient notice under the motion practice rules of this court. Fifth, the plaintiff's proposed Rule

30(b)(6) notice and deposition notice directed at Sabrina Spano does not fall within the very limited exception relating to RCFL discovery and subpoenas carved out by this Court in its Orders of June 8, 2021 (Dkt. 166) and November 23, 2021 (Dkt. 212).

3. The City filed this objection at its earliest opportunity and respectfully requests seven (7) days to file a written response.

WHEREFORE, the Defendant, City of Joliet, respectfully requests that this Honorable Court consider the City's Objection and grant it seven (7) days to file a written response in opposition to Plaintiff's Motion for Leave to Issue Notices of Rule 30(b)(6) Deposition and Deposition of Sabrina Spano and to Take Rule 30(b)(6) Deposition of City of Joliet and Sabrina Spano.

Respectfully submitted,

CITY OF JOLIET

By: /s/ Darcy L. Proctor
One of its attorneys

Darcy L. Proctor
TRESSLER LLP
550 East Boughton Road, Suite 250
Bolingbrook, Illinois 60440
T: (630) 759-0800
Attorney No.: 6199731
dproctor@tresslerllp.com
Attorney for Defendant City of Joliet

**CERTIFICATE OF SERVICE**

    I, Theresa Williams, hereby certify that on January 10, 2022, a copy of **DEFENDANT CITY OF JOLIET'S OBJECTION TO PLAINTIFF'S MOTION FOR LEAVE TO ISSUE NOTICES OF RULE 30(b)(6) DEPOSITION AND DEPOSITION OF SABRINA SPANO AND TO TAKE RULE 30(b)(6) DEPOSITION AND DEPOSITION OF SABRINA SPANO** was served on all counsel of record via the Court's CM/ECF system.

                                                  By:    /s/ Theresa Williams