**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Cassandra Socha

                              Plaintiff,

v.                                                    Case No.: 1:18−cv−05681
                                                      Honorable Jorge L. Alonso

City of Joliet, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 10, 2022:

        MINUTE entry before the Honorable M. David Weisman: Magistrate status hearing held. Parties appeared telephonically. Defendant City of Joliet to file a response by 1/17/2022 to plaintiff's motion for leave to issue notices of Rule 30(b)(6) deposition and deposition of Sabrina Spano and to take Rule 30(b)(6) deposition of defendant City of Joliet and Sabrina Spano [217]. Plaintiff to file a reply by 1/21/2022. Status and motion hearing set for 2/1/2022 at 9:45 a.m. Parties shall dial in using the Court's conference call−in number. The conference call−in number is 1−877−411−9748 and the passcode is 1814539. A joint status report shall be filed by 1/27/2022 to provide the Court with a proposed agreed date for completion of treater discovery, whether the parties have interest in a settlement conference before taking on the expense of deposing medical providers, and whether plaintiff intends to have an expert on the issue of evidence handling. If plaintiff intends on offering an expert in this area, the Court will set an expert discovery schedule on this issue. If parties wish to present expert discovery on plaintiff's damages claims, the Court will set a separate expert discovery schedule on that issue. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.