UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CASSANDRA SOCHA,** | ) |
| | ) Case No. 18 CV 05681 |
| **Plaintiff,** | ) |
| | ) Honorable Judge Jorge L. Alonso |
| v. | ) |
| | ) Honorable Magistrate M. David Weisman |
| **City of Joliet, a municipal corporation,** | ) |
| **Edward Grizzle, John Does 1 – 20,** | ) |
| | ) |
| **Defendants.** | ) |

**PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR LEAVE TO ISSUE NOTICES OF RULE 30(b)(6) DEPOSITION AND DEPOSITION OF SABRINA SPANO AND TO TAKE RULE 30(b)(6) DEPOSITION OF DEFENDANT CITY OF JOLIET AND SABRINA SPANO**

Plaintiff, Cassandra Socha, by her attorney, Hall Adams, and pursuant to this Court's 10 January 2022 Order (219) allowing and directing her to do so, states as follows for her Reply in Support of Motion for Leave to Issue Notices of Rule 30(b)(6) Deposition and Deposition of Sabrina Spano and to Take Rule 30(b)(6) Deposition of Defendant City of Joliet and Sabrina Spano:

City's Response (220) is just the long-play, "doth protest too much" version of the timeliness objection to Plaintiff's Motion (217) raised in its original Objection (218) filed on 10 January 2022 and then voiced by its counsel at the 10 January 2022 status hearing. The fact remains that City's 19 August 2021 answers to Plaintiff's interrogatory and document requests regarding computer equipment it issued to Roechner were incomplete and inaccurate and not "supplemented" until 22 December 2021 in an attempt to finesse responding to Requests to Admit served by Plaintiff.

Plaintiff should now be permitted to examine those involved in preparing and certifying to the accuracy of those inaccurate responses and with knowledge about the computer devices issued to Roechner. This discovery bears directly on the scope of RCFL's forensic investigation.

The depositions, if more than one, will be narrowly focused and brief. In fact, we expect that Spano may be the 30(b)(6) designee since Spano, whom we understand to be a lawyer, signed and thus certified to the accuracy of the discovery responses. In any event, Plaintiff ought to have an opportunity to determine why the first set of responses were inaccurate, what changed between the time Spano certified to their accuracy and then changed them on 22 December 2021, and what computer devices were issued to Roechner at relevant times.

                                                          /s/ Hall Adams
                                        One of Plaintiff's Attorneys

Hall Adams
Law Offices of Hall Adams LLC
33 North Dearborn Street, Suite 2350
Chicago, Illinois 60602
T: (312) 445-4900
F: (312) 445-4901
Attorneys I.D. #6194886