UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CASSANDRA SOCHA,** | ) |
| | ) Case No. 18 CV 05681 |
| Plaintiff, | ) |
| | ) Honorable Judge Jorge L. Alonso |
| v. | ) |
| | ) Honorable Magistrate M. David Weisman |
| **City of Joliet, a municipal corporation,** | ) |
| **Edward Grizzle, John Does 1 – 20,** | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF FILING

To: John O'Driscoll      Michael J. Atkus
       Tressler LLP      Knight Hoppe Kurnik & Knight, Ltd.
       233 South Wacker Drive      5600 North River Road
       61st Floor      Suite 600
       Chicago, Illinois 60606      Rosemont, Illinois 60018

PLEASE TAKE NOTICE that on 24th day January 2022, we e-filed, pursuant to Electronic Court filing procedures, **Notice of Filing and Reply in Support of Motion for Leave to Issue Notices of Rule 30(b)(6) Deposition and Deposition of Sabrina Spano and to Take Rule 30(b)(6) Deposition of Defendant City of Joliet and Sabrina Spano**, and is attached hereto and served upon you.

                                                           /s/ Hall Adams
                                                   One of Plaintiff's Attorneys

### CERTIFICATE OF SERVICE

The undersigned attorney certifies that service of the foregoing, **Notice of Filing and Reply in Support of Motion for Leave to Issue Notices of Rule 30(b)(6) Deposition and Deposition of Sabrina Spano and to Take Rule 30(b)(6) Deposition of Defendant City of Joliet and Sabrina Spano,** shall be accomplished pursuant to Electronic Court Filing procedures to counsel who are Filing Users on this 24th day of January 2022.

                                                           /s/ Hall Adams
                                                   One of Plaintiff's Attorneys

Hall Adams
Law Offices of Hall Adams LLC
33 North Dearborn Street, Suite 2350
Chicago, Illinois 60602
T: (312) 445-4900
F: (312) 445-4901
Attorneys I.D. #6194886