JMO/JJH/DLP 11399.0002

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CASSANDRA SOCHA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 18 cv 05681 |
| v. | ) | |
| | ) | Judge: Jorge L. Alonso |
| CITY OF JOLIET, an Illinois municipal corporation, and EDWARD GRIZZLE, | ) ) | Magistrate: M. David Weisman |
| | ) | |
| Defendants. | ) ) | Trial by Jury Demanded |

**NOTICE OF FILING**

To: Hall Adams          Matthew S. Clark
Law Offices of Hall Adams LLC     Michael J. Atkus
33 North Dearborn Street, Suite 2350   Knight Hoppe Kurnik & Knight Ltd
Chicago, IL 60602        5600 N. River Road – Suite 600
hall@adamslegal.net       Rosemont, IL 60018
                matkus@khkklaw.com
                mclark@khkklaw.com

Please take notice that on the **24th day of January, 2022,** we filed, pursuant to Electronic Court filing procedures, **Certificate of Service of CITY OF JOLIET'S SUPPLEMENTAL DISCOVERY RESPONSES TO PLAINTIFF AND SUPPLEMENTAL PRIVILEGE LOG**, which copies are attached and hereby served upon you.

TRESSLER LLP

By: /s/*James J. Hess*
    One of Its Attorneys

John M. O'Driscoll (ARDC #6237793)
Darcy L. Proctor (ARDC # 6199731)
James J. Hess (ARDC #6306162)
TRESSLER LLP
Counsel for City of Joliet
550 E. Boughton Road, Suite 250
Bolingbrook, Illinois 60440
jodriscoll@tresslerllp.com
swilkins@tresslerllp.com
jhess@tresslerllp.com

JMO/JJH/DLP                                                                                          11399.0002

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| CASSANDRA SOCHA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 18 cv 05681 |
| v. | ) | |
| | ) | Judge: Jorge L. Alonso |
| CITY OF JOLIET, an Illinois municipal corporation and EDWARD GRIZZLE, | ) | Magistrate: M. David Weisman |
| | ) | |
| Defendants. | ) | Trial by Jury Demanded |
| | ) | |

## CERTIFICATE OF SERVICE

To:  Hall Adams                                  Matthew S. Clark
     Law Offices of Hall Adams LLC               Michael J. Atkus
     33 North Dearborn Street, Suite 2350        Knight Hoppe Kurnik & Knight Ltd
     Chicago, IL 60602                           5600 N. River Road – Suite 600
     hall@adamslegal.net                         Rosemont, IL 60018
                                                 matkus@khkklaw.com
                                                 mclark@khkklaw.com

      The undersigned attorney certifies that service of the foregoing **Certificate of Service of CITY OF JOLIET'S SUPPLEMENTAL DISCOVERY RESPONSES TO PLAINTIFF AND SUPPLEMENTAL PRIVILEGE LOG** shall be accomplished on this 24th day of January, 2022.

By:  /s/*James J. Hess*

John M. O'Driscoll (ARDC #6237793)
Darcy L. Proctor (ARDC # 6199731)
James J. Hess (ARDC #6306162)
TRESSLER LLP
Counsel for City of Joliet
550 E. Boughton Road, Suite 250
Bolingbrook, Illinois 60440
jodriscoll@tresslerllp.com
swilkins@tresslerllp.com
jhess@tresslerllp.com

2