**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CASSANDRA SOCHA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 18 cv 05681 |
| v. | ) | |
| | ) | Judge: Jorge L. Alonso |
| CITY OF JOLIET, an Illinois municipal | ) | |
| corporation, EDWARD GRIZZLE, and JOHN | ) | Magistrate: M. David Wiseman |
| DOES 1-20, | ) | |
| | ) | Trial by Jury Demanded |
| Defendants. | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 27, 2022, a copy of the foregoing, **CITY OF JOLIET'S SUPPLEMENTAL INTERROGATORIES TO PLAINTIFF,** was served upon the following counsel of record at the e-mail addresses listed below:

Hall Adams
Law Offices of Hall Adams LLC
**Attorney for Plaintiff**
33 North Dearborn Street, Suite 2350, Chicago, IL 60602
hall@adamslegal.net

Michael J. Atkus
Matthew Clark
Knight, Hoppe, Kurnik & Knight, Ltd.
**Attorney for Defendant, Edward Grizzle**
5600 N. River Road, Ste. 600, Rosemont, Illinois 60018-5114
matkus@khkklaw.com; mclark@khkklaw.com

/s/  Patricia Loera
Legal Assistant, TRESSLER LLP

John M. O'Driscoll (ARDC #6237793)
Darcy L. Proctor (ARDC # 6199731)
James J. Hess (ARDC #6301187)
TRESSLER LLP
Counsel for City of Joliet
550 E. Boughton Road, Suite 250
Bolingbrook, Illinois 60440
jodriscoll@tresslerllp.com
dproctor@tresslerllp.com
jhess@tresslerllp.com