UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CASSANDRA SOCHA, | ) |
| | ) Case No. 18 CV 05681 |
| Plaintiff, | ) |
| | ) Honorable Judge Jorge L. Alonso |
| v. | ) |
| | ) Honorable Magistrate M. David Weisman |
| City of Joliet, a municipal corporation, | ) |
| Edward Grizzle, John Does 1 – 20, | ) |
| | ) |
| Defendants. | ) |

**JOINT STATUS REPORT**

The parties, jointly and through their respective undersigned counsel and pursuant to the Court's 10 January 2022 Order (219), state as follows for their Joint Status Report:

Plaintiff has engaged and intends to disclose and expert witness on the general subject of police conduct, the scope of the search of plaintiff's iPhone and defendants' handling of the evidence. Plaintiff's expert expects to issue his Rule 26(a)(2)(B) report within 90 days of the 1 February 2022 Status Hearing.

Plaintiff would be interested in a settlement conference. Plaintiff has made a settlement demand. Defendants have made no offers. Plaintiff would prefer to defer the expense of expert discovery until after the parties have fully explored settlement.

**DEFENSE POSITION ON SETTLEMENT**

Per this court's order of January 10, 2022, defense counsel have conferred with their respective clients on whether there is interest in a settlement conference before proceeding with medical and expert discovery. After full consideration, the Defendants submit that the City of Joliet and Edward Grizzle are not interested in participating in a settlement conference at this time. However, Defendants will continue to evaluate the same as medical and expert discovery proceed.

## MEDICAL DISCOVERY

As for medical discovery, the Defendants propose a ninety (90) day schedule to and including May 1, 2022 to complete medical record discovery and depositions of the plaintiff's treating physicians. To date, the Defendants have received treatment records from several providers disclosed by the plaintiff in discovery. There are currently several additional medical records subpoenas that have been issued and served with return dates in mid-February. Defendants have also issued and served via certified mail deposition subpoenas to several treating physicians. Defendants are working on scheduling firm dates to proceed with the treater depositions and may need to do further medical discovery as additional medical information becomes known. The City has served the Plaintiff with a supplemental interrogatory requesting the identity of a possible additional primary care provider noted in plaintiff's medical records. Accordingly, Defendants are requesting until May 1, 2022 to complete medical discovery.

## RULE 26 (A)(2) EXPERT DISCOVERY

## LIABILITY EXPERTS

As for expert discovery of liability experts, the Defendants propose the following schedule:

- Plaintiff to disclose the identity of her Rule 26(a)(2) police conduct expert and the expert's report on or before March 1, 2022;
- Defendants to complete deposition Plaintiff's liability expert by May 1, 2022;
- Defendants to disclose any liability experts and reports by June 1, 2022;
- Plaintiff to complete depositions of defense liability experts by July 1, 2022

## MEDICAL EXPERTS

The parties should be in a position to determine whether they will be disclosing any Rule 26(a)(2) medical experts after the completion of the depositions of plaintiff's treating physicians.

| | |
|---|---|
| Cassandra Socha | City of Joliet |
| By: /s/ Hall Adams | By: /s/ Darcy L. Proctor |
| Hall Adams | John M. O'Driscoll (ARDC #6237793) |
| LAW OFFICES OF HALL ADAMS | Darcy Proctor (ARDC #6199731) |
| 33 North Dearborn Street, Suite 2350 | James J. Hess |
| Chicago, Illinois 60602 | TRESSLER LLP |
| hall@adamslegal.net | Counsel for City of Joliet |
| ARDC No.: 6194886 | 550 E. Boughton Road, Suite 250 |
| | Bolingbrook, Illinois 60440 |
| | jodriscoll@tresslerllp.com |
| | dproctor@tresslerllp.com |
| | jhess@tresslerllp.com |

Edward Grizzle

By: /s/ Matthew Clark
Matthew Clark (ARDC#6224673)
Michael J. Atkus (ARDC #6285666)
KNIGHT HOPPE KURNIK & KNIGHT, LTD.
5600 N. River Road, Suite 600
Rosemont, Illinois 60018
mclark@khkklaw.com
matkus@khkklaw.com