## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Cassandra Socha

                     Plaintiff,

v.                                       Case No.: 1:18–cv–05681

                                       Honorable Jorge L. Alonso

City of Joliet, et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 1, 2022:

      MINUTE entry before the Honorable M. David Weisman: Magistrate status hearing held. Parties appeared telephonically. Plaintiff is interested in a settlement conference, but defendants are not interested in a settlement conference at this time and will continue to consider this option as discovery proceeds. Parties reported on the anticipated treater and expert discovery. Parties are to complete treater discovery by 4/29/2022. Plaintiff to disclose the identity of her police conduct expert by 2/11/2022, as well as make those disclosures required by Rule 26(a)(2)(B)(iv) and (v), including the witness's CV (or similar document summarizing his professional and educational background) also by 2/11/22. Plaintiff shall disclose the Rule 26(a)(2) expert report by 4/29/2022. Defendants to complete deposition of Plaintiff's expert by 5/27/2022. Defendants to disclose any experts and reports by 7/01/2022. Plaintiff to complete deposition of defendants' experts by 7/29/2022. Any motion addressing the recently claimed privileged documents must be filed by 2/18/2022. Status hearing set for 5/10/2022 at 9:15 a.m. Parties shall dial in using the Court's conference call–in number. The conference call–in number is 1–877–411–9748 and the passcode is 1814539. Parties to file a joint status report by 5/06/2022 with the status of treater and expert discovery and any interest the parties may have in a settlement conference. If the parties would like to communicate with the Court prior to the next status hearing, they may jointly contact Courtroom Deputy, Alyssia Owens, by email at Alyssia_Owens@ilnd.uscourts.gov. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at ***www.ilnd.uscourts.gov***.