JMO/JJH/DLP 11399.0002

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CASSANDRA SOCHA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 18 cv 05681 |
| v. | ) | |
| | ) | Judge: Jorge L. Alonso |
| CITY OF JOLIET, an Illinois municipal corporation, and EDWARD GRIZZLE, | ) | |
| | ) | Magistrate: M. David Weisman |
| | ) | |
| Defendants. | ) | Trial by Jury Demanded |
| | ) | |

### NOTICE OF FILING

To:  Hall Adams  
Law Offices of Hall Adams LLC  
33 North Dearborn Street, Suite 2350  
Chicago, IL 60602  
hall@adamslegal.net  

Matthew S. Clark  
Michael J. Atkus  
Knight Hoppe Kurnik & Knight Ltd  
5600 N. River Road – Suite 600  
Rosemont, IL 60018  
matkus@khkklaw.com  
mclark@khkklaw.com  

Please take notice that on the **11 th day of February, 2022,** we filed, pursuant to Electronic Court filing procedures, **Certificate of Service of City of Joliet's Answer to Plaintiff's 8th Supplemental Request to Produce and City of Joliet's Answer to Plaintiff's 3rd Supplemental Interrogatories,** which copies are attached and hereby served upon you.

TRESSLER LLP

By: /s/*James J. Hess*
   One of Its Attorneys

John M. O'Driscoll (ARDC #6237793)
Darcy L. Proctor (ARDC # 6199731)
James J. Hess (ARDC #6306162)
TRESSLER LLP
Counsel for City of Joliet
550 E. Boughton Road, Suite 250
Bolingbrook, Illinois 60440
jodriscoll@tresslerllp.com
swilkins@tresslerllp.com
jhess@tresslerllp.com

1

JMO/JJH/DLP 11399.0002

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| CASSANDRA SOCHA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 18 cv 05681 |
| v. | ) | |
| | ) | Judge: Jorge L. Alonso |
| CITY OF JOLIET, an Illinois municipal corporation and EDWARD GRIZZLE, | ) ) | Magistrate: M. David Weisman |
| | ) | |
| Defendants. | ) ) | Trial by Jury Demanded |

## CERTIFICATE OF SERVICE

To: Hall AdamsMatthew S. Clark
Law Offices of Hall Adams LLCMichael J. Atkus
33 North Dearborn Street, Suite 2350Knight Hoppe Kurnik & Knight Ltd
Chicago, IL 606025600 N. River Road – Suite 600
hall@adamslegal.netRosemont, IL 60018
matkus@khkklaw.com
mclark@khkklaw.com

The undersigned attorney certifies that service of the foregoing **Certificate of Service of City of Joliet's Answer to Plaintiff's 8th Supplemental Request to Produce and City of Joliet's Answer to Plaintiff's 3rd Supplemental Interrogatories** shall be accomplished on this 11th day February, 2022.

By: /s/*James J. Hess*

John M. O'Driscoll (ARDC #6237793)
Darcy L. Proctor (ARDC # 6199731)
James J. Hess (ARDC #6306162)
Tressler LLP
Counsel for City of Joliet
550 E. Boughton Road, Suite 250
Bolingbrook, Illinois 60440
jodriscoll@tresslerllp.com
swilkins@tresslerllp.com
jhess@tresslerllp.com

4888-9556-6603, v. 1