UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CASSANDRA SOCHA,** | ) |
| | ) Case No. 18 CV 05681 |
| **Plaintiff,** | ) |
| | ) Honorable Judge Jorge L. Alonso |
| v. | ) |
| | ) Honorable Magistrate M. David Weisman |
| **City of Joliet, a municipal corporation,** | ) |
| **Edward Grizzle, John Does 1 – 20,** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF MOTION

To:    John O'Driscoll            Michael J. Atkus
        Tressler LLP                 Knight Hoppe Kurnik & Knight, Ltd.
        233 South Wacker Drive      5600 North River Road
        61st Floor                      Suite 600
        Chicago, Illinois 60606       Rosemont, Illinois 60018

       PLEASE TAKE NOTICE that on March 4th, 2022, at 9:15 a.m. we will appear before the Honorable Judge M. David Weisman presiding in Room 1300 of the United States District Courthouse, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604 shall then and here present, **Plaintiff's Motion for *In Camera* Inspection of and Production of Documents and Withheld Pursuant to Claims of Privilege by Defendant, City of Joliet,** a copy of which is attached hereto and served upon you.

                                                              /s/ Hall Adams
                                                              One of Plaintiff's Attorneys

## CERTIFICATE OF SERVICE

       The undersigned attorney certifies that I served the foregoing, **Notice of Motion and Plaintiff's Motion for *In Camera* Inspection of and Production of Documents and Withheld Pursuant to Claims of Privilege by Defendant, City of Joliet**, upon the above attorney via email on this 18th day of February 2022.

                                                              /s/ Hall Adams
                                                              One of Plaintiff's Attorneys

Hall Adams
Law Offices of Hall Adams LLC
33 North Dearborn Street, Suite 2350
Chicago, Illinois 60602
T: (312) 445-4900
F: (312) 445-4901
Attorneys I.D. #6194886