**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CASSANDRA SOCHA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 18 cv 05681 |
| v. | ) | |
| | ) | Judge: Jorge L. Alonso |
| CITY OF JOLIET, an Illinois municipal corporation, EDWARD GRIZZLE | ) | |
| | ) | Magistrate: M. David Weisman |
| | ) | |
| Defendants. | ) | Trial by Jury Demanded |
| | ) | |

**<u>NOTICE OF FILING</u>**

To:     Hall Adams                                            Matthew S. Clark
            Law Offices of Hall Adams LLC           Michael J. Atkus
            33 North Dearborn Street, Suite 2350    Knight Hoppe Kurnik & Knight Ltd
            Chicago, IL 60602                         5600 N. River Road – Suite 600
            hall@adamslegal.net                     Rosemont, IL 60018
                                                   matkus@khkklaw.com
                                                   mclark@khkklaw.com

       Please take notice that on the **25th day of February, 2022**, we filed, pursuant to Electronic Court filing procedures, **CITY OF JOLIET'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR *IN CAMERA* INSPECTION**, a copy is attached and hereby served upon you.

                                                                 TRESSLER LLP

                                                            By:  /s/ Darcy L. Proctor
                                                                      One of Its Attorneys

John M. O'Driscoll (ARDC #6237793)
Darcy L. Proctor (ARDC # 6199731)
James J. Hess (ARDC #6301187)
TRESSLER LLP
Counsel for City of Joliet
550 E. Boughton Road, Suite 250
Bolingbrook, Illinois 60440
jodriscoll@tresslerllp.com
dproctor@tresslerllp.com
jhess@tresslerllp.com

1

## CERTIFICATE OF SERVICE

      I hereby certify that on February 25, 2022 a copy of a **CITY OF JOLIET'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR *IN CAMERA* INSPECTION** was filed electronically and served by e-mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by e-mail and mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                            TRESSLER LLP

                                        By:  /s/ Darcy L. Proctor
                                                 One of Its Attorneys

John M. O'Driscoll (ARDC #6237793)
Darcy L. Proctor (ARDC # 6199731)
James J. Hess (ARDC #6301187)
TRESSLER LLP
Counsel for City of Joliet
550 E. Boughton Road, Suite 250
Bolingbrook, Illinois 60440
jodriscoll@tresslerllp.com
dproctor@tresslerllp.com
jhess@tresslerllp.com