# EXHIBIT A

### City of Joliet's Privilege Log (MIDP production 2019.1.25)

*Cassandra Socha v. City of Joliet, et al.* Docket No. 18 cv 05681

| BATES RANGE | WITHHELD OR REDACTED | AUTHOR | RECIPIENT(S) | CC | DATE | IDENTIFICATION OF DOCUMENT | BASIS FOR WITHHOLDING |
|---|---|---|---|---|---|---|---|
| CITY00001-CITY00002 | Redacted | Sgt. Edward Grizzle | | | 5/17/2018 | Case Report | Law Enforcement Investigatory Privilege for pending investigation no. J1-18-0007242-001 |
| CITY00003 | Redacted | Christopher Regis | Lt. Marc Reid | | 11/13/2018 | Interoffice Memorandum re Litigation Hold | Attorney-Client Privilege / Work Product Doctrine |
| CITY00004 | Redacted | Lindsey Heavener | Lt. Marc Reid | | 11/21/2018 | Email re Litigation Hold | Attorney-Client Privilege / Work Product Doctrine |
| CITY00004 | Redacted | Lt. Marc Reid | Andrea Delap, Kimberly Steele, Edward Grizzle, Lindsey Heavener, Robert Hall, Phillip Stice | | 11/21/2018 | Email re Litigation Hold | Attorney-Client Privilege / Work Product Doctrine |
| CITY00005 | Redacted | Lisa Centano | Lt. Marc Reid | | 11/26/2018 | Email | Law Enforcement Investigatory Privilege for pending |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | investigation no. J1-18-0007242-001 |
| CITY00006-CITY00008 | Redacted | | | | 5/18/2018 | Search Warrant | Law Enforcement Investigatory Privilege / Subject to Order to Seal Search Warrant Documents entered by Will County Circuit Court on May 18, 2018 |
| CITY00009-CITY00010 | Redacted | | | | | Incident Detailed Report | Law Enforcement Investigatory Privilege for pending investigation no. J1-18-0007242-001 |
| CITY00011 | Redacted | Jeffrey German | | | 5/17/2018 | Officer Supplement Report | Law Enforcement Investigatory Privilege for pending investigation no. J1-18-0007242-001 |
| CITY00012 | Redacted | Christopher Botzum | | | 5/17/2018 | Officer Supplement Report | Law Enforcement Investigatory Privilege for pending investigation no. J1-18-0007242-001 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CITY00013 | Redacted | Jeffrey German | | | 5/17/2018 | Officer Supplement Report | Law Enforcement Investigatory Privilege for pending investigation no. J1-18-0007242-001 |
| CITY00051-CITY00052 | Redacted | Sgt. Edward Grizzle | | | 5/17/2018 | Case Report | Law Enforcement Investigatory Privilege for pending investigation no. J1-18-0007242-001 |
| CITY00053 | Redacted | Jeffrey German | | | 5/17/2018 | Officer Supplement Report | Law Enforcement Investigatory Privilege for pending investigation no. J1-18-0007242-001 |
| CITY00054 | Redacted | Christopher Botzum | | | 5/17/2018 | Officer Supplement Report | Law Enforcement Investigatory Privilege for pending investigation no. J1-18-0007242-001 |
| CITY00055 | Redacted | Jeffrey German | | | 5/17/2018 | Officer Supplement Report | Law Enforcement Investigatory Privilege for pending investigation no. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | J1-18-0007242-001 |
| CITY00056-CITY00076 | Redacted | | | | 5/18/2018 | Search Warrant and related documentation filed in Will County Circuit Court | Law Enforcement Investigatory Privilege / Subject to Order to Seal Search Warrant Documents entered by Will County Circuit Court on May 18, 2018 |
| CITY00077-CITY00078 | Redacted | Sgt. Edward Grizzle | AT&T Wireless | | 5/17/2018 | Request for Preservation of Records | Law Enforcement Investigatory Privilege for pending investigation no. J1-18-0007242-001 |
| CITY00079-CITY00080 | Redacted | Paul Kerley | Joliet Police Department | | 8/31/2018 | Report of Examination | Law Enforcement Investigatory Privilege / Subject to Order to Seal Search Warrant Documents entered by Will County Circuit Court on May 18, 2018 |
| CITY00081-CITY00085 | Redacted | Kyle Young | Joliet Police Department | | 9/17/2018 | Report of Examination | Law Enforcement Investigatory Privilege / Subject to Order to Seal Search Warrant |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | Documents entered by Will County Circuit Court on May 18, 2018 |
| CITY00086-CITY00089 | Redacted | Michael Zupancic; Jordan Graves | Joliet Police Department | | | Report of Examination | Law Enforcement Investigatory Privilege / Subject to Order to Seal Search Warrant Documents entered by Will County Circuit Court on May 18, 2018 |
| CITY00090-CITY00110 | Redacted | | | | | Search Warrant and related documentation filed in Will County Circuit Court | Law Enforcement Investigatory Privilege / Subject to Order to Seal Search Warrant Documents entered by Will County Circuit Court on May 18, 2018 |

5