# EXHIBIT B

### City of Joliet's Privilege Log

*Cassandra Socha v. City of Joliet, et al.* Docket No. 18 cv 05681

| BATES RANGE | WITHHELD OR REDACTED | AUTHOR | RECIPIENT(S) | CC | DATE | IDENTIFICATION OF DOCUMENT | BASIS FOR WITHHOLDING |
|---|---|---|---|---|---|---|---|
| CITY00001-CITY00002 | Withheld | Sgt. Edward Grizzle | | | 5/17/2018 | Case Report | Law Enforcement Investigatory Privilege for pending investigation no. J1-18-0007242-001 |
| CITY00003 | Withheld | Christopher Regis | Lt. Marc Reid | | 11/13/2018 | Interoffice Memorandum re Litigation Hold | Attorney-Client Privilege / Work Product Doctrine |
| CITY00004 | Withheld | Lindsey Heavener | Lt. Marc Reid | | 11/21/2018 | Email re Litigation Hold | Attorney-Client Privilege / Work Product Doctrine |
| CITY00004 | Withheld | Lt. Marc Reid | Andrea Delap, Kimberly Steele, Edward Grizzle, Lindsey Heavener, Robert Hall, Phillip Stice | | 11/21/2018 | Email re Litigation Hold | Attorney-Client Privilege / Work Product Doctrine |
| CITY00005 | Withheld | Lisa Centano | Lt. Marc Reid | | 11/26/2018 | Email | Law Enforcement Investigatory Privilege for pending |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | investigation no. J1-18-0007242-001 |
| CITY00006-CITY00008 | Withheld | | | | 5/18/2018 | Search Warrant | Law Enforcement Investigatory Privilege / Subject to Order to Seal Search Warrant Documents entered by Will County Circuit Court on May 18, 2018 |
| CITY00009-CITY00010 | Withheld | | | | | Incident Detailed Report | Law Enforcement Investigatory Privilege for pending investigation no. J1-18-0007242-001 |
| CITY00011 | Withheld | Jeffrey German | | | 5/17/2018 | Officer Supplement Report | Law Enforcement Investigatory Privilege for pending investigation no. J1-18-0007242-001 |
| CITY00012 | Withheld | Christopher Botzum | | | 5/17/2018 | Officer Supplement Report | Law Enforcement Investigatory Privilege for pending investigation no. J1-18-0007242-001 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CITY00013 | Withheld | Jeffrey German | | | 5/17/2018 | Officer Supplement Report | Law Enforcement Investigatory Privilege for pending investigation no. J1-18-0007242-001 |
| CITY00051-CITY00052 | Withheld | Sgt. Edward Grizzle | | | 5/17/2018 | Case Report | Law Enforcement Investigatory Privilege for pending investigation no. J1-18-0007242-001 |
| CITY00053 | Withheld | Jeffrey German | | | 5/17/2018 | Officer Supplement Report | Law Enforcement Investigatory Privilege for pending investigation no. J1-18-0007242-001 |
| CITY00054 | Withheld | Christopher Botzum | | | 5/17/2018 | Officer Supplement Report | Law Enforcement Investigatory Privilege for pending investigation no. J1-18-0007242-001 |
| CITY00055 | Withheld | Jeffrey German | | | 5/17/2018 | Officer Supplement Report | Law Enforcement Investigatory Privilege for pending investigation no. |

| Bates | Status | Author | Recipient | | Date | Description | Privilege |
|---|---|---|---|---|---|---|---|
| | | | | | | | J1-18-0007242-001 |
| CITY00056-CITY00076 | Withheld | | | | 5/18/2018 | Search Warrant and related documentation filed in Will County Circuit Court | Law Enforcement Investigatory Privilege / Subject to Order to Seal Search Warrant Documents entered by Will County Circuit Court on May 18, 2018 |
| CITY00077-CITY00078 | Withheld | Sgt. Edward Grizzle | AT&T Wireless | | 5/17/2018 | Request for Preservation of Records | Law Enforcement Investigatory Privilege for pending investigation no. J1-18-0007242-001 |
| CITY00079-CITY00080 | Withheld | Paul Kerley | Joliet Police Department | | 8/31/2018 | Report of Examination | Law Enforcement Investigatory Privilege / Subject to Order to Seal Search Warrant Documents entered by Will County Circuit Court on May 18, 2018 |
| CITY00081-CITY00085 | Withheld | Kyle Young | Joliet Police Department | | 9/17/2018 | Report of Examination | Law Enforcement Investigatory Privilege / Subject to Order to Seal Search Warrant |

4

| Bates | Status | From | To | | Date | Description | Privilege |
|---|---|---|---|---|---|---|---|
| | | | | | | | Documents entered by Will County Circuit Court on May 18, 2018 |
| CITY00086-CITY00089 | Withheld | Michael Zupancic; Jordan Graves | Joliet Police Department | | | Report of Examination | Law Enforcement Investigatory Privilege / Subject to Order to Seal Search Warrant Documents entered by Will County Circuit Court on May 18, 2018 |
| CITY00090-CITY00110 | Withheld | | | | | Search Warrant and related documentation filed in Will County Circuit Court | Law Enforcement Investigatory Privilege / Subject to Order to Seal Search Warrant Documents entered by Will County Circuit Court on May 18, 2018 |
| CITY00111-CITY00114 | Withheld | Edward Grizzle | Chief Benton, Dep. Chief Roechner | | 5/18/18 | Interoffice Memorandum | Law Enforcement Investigatory Privilege for pending investigation no. J1-18-0007242-001 |

5

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CITY00115 | Withheld | Jeremy Harrison | Chief Brian Benton | | 8/2/18 | Interoffice Memorandum | Law Enforcement Investigatory Privilege for pending investigation no. J1-18-0007242-001 |
| CITY00116 | Withheld | Alan Roechner | Chief Brian Benton | | 8/3/18 | Interoffice Memorandum | Law Enforcement Investigatory Privilege for pending investigation no. J1-18-0007242-001 |
| CITY00117 | Withheld | Alan Roechner | David Hales | John O'Driscoll | 8/31/18 | Interoffice Memorandum | Law Enforcement Investigatory Privilege for pending investigation no. J1-18-0007242-001, Attorney-Client Privilege |
| CITY00118-CITY00119 | Withheld | Alan Roechner | Chris Botzum | | 11/7/18 | Interoffice Memorandum | Law Enforcement Investigatory Privilege for pending investigation no. J1-18-0007242-001 |

| CITY00120 | Withheld | Alan Roechner | Chris Botzum | | 11/9/18 | Interoffice Memorandum | Law Enforcement Investigatory Privilege for pending investigation no. J1-18-0007242-001 |
|---|---|---|---|---|---|---|---|
| CITY00155 | Withheld | John O'Driscoll | Chris Regis | Jim Hess | 9/11/2020 | Email Correspondence | Inspector General Investigatory Privilege |
| CITY00156-CITY00194 | Withheld | Chris Regis | | | | Inspector General Interview Notes | Inspector General Investigatory Privilege |