# EXHIBIT D

### City of Joliet's Privilege Log – Amended January 24, 2022

*Cassandra Socha v. City of Joliet, et al.* Docket No. 18 cv 05681

| BATES RANGE | WITHHELD OR REDACTED | AUTHOR | RECIPIENT(S) | CC | DATE | IDENTIFICATION OF DOCUMENT | BASIS FOR WITHHOLDING |
|---|---|---|---|---|---|---|---|
| CITY00003 | Withheld | Christopher Regis | Lt. Marc Reid | | 11/13/2018 | Interoffice Memorandum re Litigation Hold | Attorney-Client Privilege / Work Product Doctrine |
| CITY00004 | Withheld | Lindsey Heavener | Lt. Marc Reid | | 11/21/2018 | Email re Litigation Hold | Attorney-Client Privilege / Work Product Doctrine |
| CITY00004 | Withheld | Lt. Marc Reid | Andrea Delap, Kimberly Steele, Edward Grizzle, Lindsey Heavener, Robert Hall, Phillip Stice | | 11/20/2018 | Email re Litigation Hold | Attorney-Client Privilege / Work Product Doctrine |
| CITY00117 | Withheld | Alan Roechner | David Hales, John O'Driscoll | John O'Driscoll | 8/31/18 | Interoffice Memorandum | Attorney-Client Privilege |
| CITY01132 | Withheld | Jim Hess | Sabrina Spano | John O'Driscoll Darcy Proctor | 12/21/21 | Email re Defense Counsel's Investigation | Attorney-Client Privilege / Work Product Doctrine |

4885-4127-8475, v. 1