**EXHIBIT E**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CASSANDRA SOCHA, | **)** | |
| | **)** | |
| Plaintiff, | **)** | No. 18 cv 05681 |
| v. | **)** | |
| | **)** | Judge: Jorge L. Alonso |
| CITY OF JOLIET, an Illinois municipal | **)** | |
| corporation, EDWARD GRIZZLE | **)** | Magistrate M. David Weisman |
| | **)** | |
| Defendants. | **)** | |
| | **)** | |

**DECLARATION OF JAMES J. HESS**

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. I became an attorney licensed to practice law in 2011.

2. I am one of the attorneys of record for Defendant, City of Joliet. I filed my appearance in this case on June 6, 2020 (Dkt. 101).

3. Over the course of my representation of the City in this case, I regularly communicate with the City's Corporation Counsel, Sabrina Spano. Spano makes decisions and directly advises the City's top management, including the Mayor and City Council and other top officials, with respect to the subject litigation.

4. On December 21, 2021, I authored an email communication, to Sabrina Spano in her capacity as the Corporation Counsel for the City of Joliet and as the client-representative.

5. The communication contained my mental impressions, conclusions, opinions and legal theories related to the subject litigation.

6.  It was the intent and expectation of both myself and my client that the communication would remain confidential and privileged pursuant to both the attorney-client privilege and work-product doctrine.

7.  I have not shared my mental impressions, conclusions, opinions and legal theories related to the subject litigation to my client other than with the City's other defense counsel of record, both of whom were carbon copied on the correspondence.

8.  I declare under penalty of perjury, that the foregoing is true and correct.

    Executed on this 25th day of February 2022.

                                                    _____
                                                    James J. Hess
                                                    Counsel for Defendant City of Joliet

4881-7592-5009, v. 1