UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
Eastern Division

Cassandra Socha

                         Plaintiff,

v.                                          Case No.: 1:18−cv−05681
                                                       Honorable Jorge L. Alonso

City of Joliet, et al.

                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 3, 2022:

       MINUTE entry before the Honorable M. David Weisman: In light of the defendants' filed response to plaintiff's motion to produce certain documents [ECF #[232] and #[230], respectively], motion hearing set for 3/4/22 is continued to 3/10/22 at 9:15 a.m. Parties shall dial in using the Court's conference call−in number. The conference call−in number is 1−877−411−9748 and the passcode is 1814539. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.