# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CASSANDRA SOCHA, | ) |
| | ) Case No. 18 CV 05681 |
| Plaintiff, | ) |
| | ) Honorable Judge Jorge L. Alonso |
| v. | ) |
| | ) Honorable Magistrate M. David Weisman |
| City of Joliet, a municipal corporation, | ) |
| Edward Grizzle, John Does 1 – 20, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF FILING

To:  **John O'Driscoll**              **Michael J. Atkus**
      **Tressler LLP**               **Knight Hoppe Kurnik & Knight, Ltd.**
      **233 South Wacker Drive**        **5600 North River Road**
      **61st Floor**                **Suite 600**
      **Chicago, Illinois 60606**       **Rosemont, Illinois 60018**

PLEASE TAKE NOTICE that on 27th day April 2022, we e-filed, pursuant to Electronic Court filing procedures, **Notice of Filing of Certificate of Service of Rule 26(a)(2)(B) Report of Andrew J. Scott, III, DCJ,** and is attached hereto and served upon you.

                                   /s/ Hall Adams
                                 One of Plaintiff's Attorneys

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that service of the foregoing, **Notice of Filing and Certificate of Service of Rule 26(a)(2)(B) Report of Andrew J. Scott, III, DCJ,** shall be accomplished pursuant to Electronic Court Filing procedures to counsel who are Filing Users on this 27th day of April 2022.

                                 /s/ Hall Adams
                                 One of Plaintiff's Attorneys

Hall Adams
Law Offices of Hall Adams LLC
33 North Dearborn Street, Suite 2350
Chicago, Illinois 60602
T: (312) 445-4900
F: (312) 445-4901
Attorneys I.D. #6194886