UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CASSANDRA SOCHA,** | ) |
| | ) Case No. 18 CV 05681 |
| **Plaintiff,** | ) |
| | ) Honorable Judge Jorge L. Alonso |
| v. | ) |
| | ) Honorable Magistrate M. David Weisman |
| **City of Joliet, a municipal corporation,** | ) |
| **Edward Grizzle, John Does 1 – 20,** | ) |
| | ) |
| **Defendants.** | ) |

### CERTIFICATE OF SERVICE

**To:**     John O'Driscoll             Michael J. Atkus
           Tressler LLP                   Knight Hoppe Kurnik & Knight, Ltd.
           233 South Wacker Drive      5600 North River Road
           61st Floor                       Suite 600
           Chicago, Illinois 60606       Rosemont, Illinois 60018

       The undersigned attorney certifies that service of the foregoing, **Notice of Filing and Certificate of Service of Rule 26(a)(2)(B) Report of Andrew J. Scott, III, DCJ,** shall be accomplished pursuant to Electronic Court Filing procedures to counsel who are Filing Users on this 27th day of April 2022.

                                                          /s/ Hall Adams
                                                     One of Plaintiff's Attorneys

Hall Adams
Law Offices of Hall Adams LLC
33 North Dearborn Street, Suite 2350
Chicago, Illinois 60602
T: (312) 445-4900
F: (312) 445-4901
Attorneys I.D. #6194886