**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CASSANDRA SOCHA, ) | |
| ) | |
| Plaintiff, ) | No. 18 cv 05681 |
| v. ) | |
| ) | Judge: Jorge L. Alonso |
| CITY OF JOLIET, an Illinois municipal ) | |
| corporation, EDWARD GRIZZLE, and JOHN ) | Magistrate M. David Weisman |
| DOES 1-20, ) | |
| ) | |
| Defendants. ) | |

**JOINT MOTION FOR ADDITIONAL TIME TO
COMPLETE TREATER DEPOSITION AND TO EXTEND
EXPERT DISCOVERY SCHEDULE**

NOW COMES the Plaintiff, Cassandra Socha, and the Defendants, the City of Joliet and Edward Grizzle, by and through their respective counsel, and for their Joint Motion for Additional Time to Complete Treater Deposition, and to Extend Expert Discovery Schedule, state as follows:

1. Under the current discovery schedule (Dkt. 226) the parties are to complete the depositions of plaintiff's treaters by April 29, 2022. The parties have been working diligently to schedule and complete the treater depositions by the court-ordered deadline. On April 1, 2022, the parties completed the subpoenaed deposition of Dr. Nicole Thompson Wilson. One additional treater deposition was scheduled for Monday, May 2, 2022 (within one business day of the April 29 deadline) in order to accommodate the April trial schedule of plaintiff's counsel, Hall Adams. Specifically, the witness, who is represented by Pretzel & Stouffer's office, offered several dates in April to appear for her deposition planning around her patient schedule. None of these dates worked for Mr. Adams due to evidence deposition conflicts, pretrial conferences and trials in state court scheduled during the month of April, 2022.

2. By agreement of the parties the subpoenaed deposition of one additional treater, Dr. Debbi Del Re, was scheduled to be completed on Monday, May 2, 2022 at 2 p.m. via zoom. The deposition was confirmed with all parties, the witness, and her counsel several weeks ago. However, on April 28, 2022, plaintiff's counsel advised that he is currently engaged in a trial in the matter of *Torres v. Walgreens*, Cook County Case No. 18 L 11907, and due to circumstances beyond his control, the trial would not be concluded by Monday, May 2. As a result, plaintiff's counsel requested that the deposition of Dr. Del Re scheduled for May 2 in the instant case be postponed to accommodate his trial conflict. Mr. Adams is a solo-practitioner and does not have anyone else to cover the deposition.

3. Accordingly, the parties are requesting that the court grant them until May 31, 2022 to complete treater depositions. Dr. Del Re is represented by counsel and we are working with their office to reschedule to a mutually agreeable date for all parties in May.

4. Due to this case development, the parties have filed this joint motion to request additional time to complete Dr. Del Re's deposition to and including May 31, 2022. The parties are also requesting that each of the expert discovery deadlines (Dkt. 226) be extended accordingly by 30 days and propose the following modified medical and expert discovery schedule:

- Treater depositions to be completed by May 31, 2022;
- Plaintiff's Rule 26 expert deposition to be completed by July 1, 2022;
- Defendants to disclose any experts and reports by August 1, 2022; and
- Plaintiff to complete defense expert depositions by September 1, 2022.

5. This joint motion is not filed for purposes of delay and will not prejudice the rights of any parties if granted.

WHEREFORE, the parties, and through their respective counsel, pray for entry of an order extending the schedule for completion of medical and expert discovery as set forth above.

                                        Respectfully submitted,

| Cassandra Socha | City of Joliet |
|---|---|
| By: /s/ Hall Adams<br>Hall Adams<br>LAW OFFICES OF HALL ADAMS<br>33 North Dearborn Street, Suite 2350<br>Chicago, Illinois 60602<br>hall@adamslegal.net<br>ARDC No.: 6194886 | By: /s/ Darcy L. Proctor<br>John M. O'Driscoll (ARDC #6237793)<br>Darcy Proctor (ARDC #6199731)<br>James J. Hess<br>TRESSLER LLP<br>Counsel for City of Joliet<br>550 E. Boughton Road, Suite 250<br>Bolingbrook, Illinois 60440<br>jodriscoll@tresslerllp.com<br>dproctor@tresslerllp.com<br>jhess@tresslerllp.com |

Edward Grizzle

By: /s/ Matthew Clark
Matthew Clark (ARDC#6224673)
Michael J. Atkus (ARDC #6285666)
KNIGHT HOPPE KURNIK & KNIGHT, LTD.
5600 N. River Road, Suite 600
Rosemont, Illinois 60018
mclark@khkklaw.com
matkus@khkklaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 28, 2022, a copy of this **JOINT MOTION FOR ADDITIONAL TIME TO COMPLETE TREATER DEPOSITION AND TO EXTEND EXPERT DISCOVERY SCHEDULE** was filed electronically and served by e-mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by e-mail and mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                         By:     <u>/s/ Patricia Loera</u>
                                                                            Patricia Loera, Legal Assistant
                                                                            TRESSLER LLP