# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| CASSANDRA SOCHA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 18 cv 05681 |
| v. | ) | |
| | ) | Judge: Jorge L. Alonso |
| CITY OF JOLIET, an Illinois municipal corporation, EDWARD GRIZZLE, and JOHN DOES 1-20, | ) ) ) | Magistrate: M. David Weisman |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   All Attorneys of Record

**PLEASE TAKE NOTICE** that on **May 5, 2022 at 1:00 p.m.,** we shall appear before The Honorable Magistrate Judge M. David Weisman, **Court Room 1300**, by telephone conference, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL and will then and there present, **JOINT MOTION FOR ADDITIONAL TIME TO COMPLETE TREATER DEPOSITION AND TO EXTEND EXPERT DISCOVERY SCHEDULE,** a copy of which is attached hereto.

Respectfully submitted,

 /s/ Darcy L. Proctor
*Attorney for Defendant City of Joliet*

John M. O'Driscoll (#6237793)
Darcy L. Proctor (#6199731)
James J. Hess (#6306162)
TRESSLER LLP
550 East Boughton Road, Suite 250
Bolingbrook, IL 60440
T: (630) 343-5209
jodriscoll@tresslerllp.com
dproctor@tresslerllp.com
*Attorney for Defendant City of Joliet*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 28, 2022, a copy of this **JOINT MOTION FOR ADDITIONAL TIME TO COMPLETE TREATER DEPOSITION AND TO EXTEND EXPERT DISCOVERY SCHEDULE** was filed electronically and served by e-mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by e-mail and mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

      Respectfully submitted,

      /s/ Patricia Loera
      Patricia Loera, Legal Assistant
      Tressler LLP