# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Cassandra Socha

                              Plaintiff,

v.                                                       Case No.: 1:18−cv−05681
                                                                     Honorable Jorge L. Alonso

City of Joliet, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 2, 2022:

       MINUTE entry before the Honorable M. David Weisman: The parties' joint motion to extend the treater discovery deadline to accommodate plaintiff's counsel's trial schedule [239] is granted. Treater discovery to be completed by 5/31/22. Accordingly, and by further agreement of the parties, the expert discovery schedule is modified as follows: Plaintiff's Rule 26 expert deposition to be completed by 7/1/22; Defendants to disclose any experts and reports by 8/1/22; and Plaintiff to complete defense expert depositions by 9/1/22. Status hearing set for 9/8/22 at 9:15 a.m. with a joint status report to be filed by 9/6/22. If the parties believe an earlier status hearing is necessary, they should jointly contact the Court and request an earlier date. Parties shall dial in using the Court's conference call−in number. The conference call−in number is 1−877−411−9748 and the passcode is 1814539. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.