**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Cassandra Socha

                Plaintiff,

v.

City of Joliet, et al.

                Defendant.

Case No.: 1:18–cv–05681
Honorable Jorge L. Alonso


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Monday, May 2, 2022:


      MINUTE entry before the Honorable M. David Weisman: Motion hearing set for 5/5/22 and status hearing set for 5/10/22 are stricken. Mailed notice (ao, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.