IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CASSANDRA SOCHA, ) | |
| ) | |
| Plaintiff, ) | No. 18 cv 05681 |
| v. ) | |
| ) | Judge: Jorge L. Alonso |
| CITY OF JOLIET, an Illinois municipal ) | |
| corporation, EDWARD GRIZZLE, and JOHN ) | Magistrate: M. David Weisman |
| DOES 1-20, ) | |
| ) | Trial by Jury Demanded |
| Defendants. ) | |

**UNOPPOSED MOTION TO EXTEND DEFENDANTS' DEADLINE TO
DISCLOSE EXPERTS AND REPORTS AND FOR
MODIFICATION OF EXPERT DISCOVERY SCHEDULE**

NOW COMES the Defendants, City of Joliet ("the City") and Edward Grizzle ("Grizzle") by their respective attorneys, and in support of their Unopposed Motion to Extend Defendants' Deadline to Disclose Experts and Reports and for Modification of Expert Discovery Schedule state as follows:

1. Under the current case schedule, the Defendants' are to disclose their Rule 26 experts and any reports by August 1, 2022. (Dkt. 241). Defendants are requesting forty-five (45) additional days to and including September 15, 2022 to disclose their Rule 26 experts and reports.

2. Despite defendants best efforts to meet the August 1st deadline, the requested extension is necessary so that defendants' experts have sufficient time to review the voluminous discovery materials involved in this case including approximately 25 deposition transcripts plus exhibits, thousands of pages of written discovery, a 26- page report from Plaintiffs' police procedures expert, Andrew J. Scott III, supplemental resource materials produced by Scott in support of his opinions, and recently received transcript from Scott's deposition completed on June 27, 2022.

3. On July 18, 2022, the City conferred with counsel for Plaintiff, and Plaintiff's counsel indicated that he will not oppose this Motion or Defendants request for an additional forty-five (45) days to and including September 15, 2022, to disclose their Rule 26 experts and written reports. A true and correct copy of the correspondence between Hall Adams and defense counsel is attached as Exhibit "A" to this Motion.

4. If this unopposed motion is granted, the deadline by which Plaintiff is required to complete defense expert depositions would need to be extended accordingly by thirty (30) days, to and including October 17, 2022.

5. Defendants' unopposed motion is not filed for purposes of delay and will not prejudice the rights of any party if granted.

WHEREFORE, the Defendants pray for entry of an Order: 1) extending the deadline for disclosure of Defendants' Rule 26 experts and experts' reports to and including September 15, 2022; 2) extending the Plaintiff's deadline by which Plaintiff shall complete the depositions of said experts to and including October 17, 2022; and 3) resetting the September 8, 2022 status date and September 6, 2022 deadline for the parties' submission of a Joint Status Report.

Respectfully submitted,

CITY OF JOLIET

By: /s/ Darcy L. Proctor
      One of its Attorneys


EDWARD GRIZZLE

By: /s/ Matthew Clark
      One of his Attorneys

John M. O'Driscoll (ARDC #6237793)
Darcy L. Proctor (ARDC #6199731)
TRESSLER LLP
Counsel for City of Joliet
550 East Boughton Road, Suite 250
Bolingbrook, IL 60440
T: (630) 343-5209
jodriscoll@tresslerllp.com
dproctor@tresslerllp.com


Matthew Clark
Michael Atkus
Counsel for Edward Grizzle
KNIGHT HOPPE KURNIK & KNIGHT, LTD.
5600 N. River Road, Suite 600
Rosemont, Illinois 60018
mclark@khkklaw.com
matkus@khkklaw.com

## **CERTIFICATE OF SERVICE**

   I, Patricia Loera, hereby certify that on July 19, 2022, a copy of the attached **UNOPPOSED MOTION TO EXTEND DEFENDANTS' DEADLINE TO DISCLOSE EXPERTS AND REPORTS AND FOR MODIFICATION OF EXPERT DISCOVERY SCHEDULE** was served on all counsel of record via the Court's CM/ECF system.

Dated: July 19, 2022      By: /s/ Patricia Loera
               Legal Assistant, TRESSLER LLP



**From:** Darcy Proctor
**Sent:** Monday, July 18, 2022 3:09 PM
**To:** Hall Adams <hall@adamslegal.net>
**Cc:** John M. O'Driscoll <jodriscoll@tresslerllp.com>; James J. Hess <jhess@tresslerllp.com>; Matthew S. Clark (mclark@khkklaw.com) <Mclark@khkklaw.com>; Michael Atkus <Matkus@khkklaw.com>
**Subject:** SOCHA - Defense Expert Disclosures

Hi Hall,
This will confirm that you will not oppose the Defendants' Motion to Extend the 8/1 deadline to disclose experts an additional 45 days to and including September 15th.

Thank-you for the professional courtesy. Much appreciated!
-Darcy

**Darcy L. Proctor** | Partner | Tressler LLP
dproctor@tresslerllp.com
O: 312-627-4010
C: 312-307-8595
F: 312-627-1717
233 S. Wacker Drive, 61st Floor, Chicago, IL 60606
550 E. Boughton Road, Suite 250, Bolingbrook, IL 60440
www.tresslerllp.com

  

CALIFORNIA | ILLINOIS | NEW JERSEY | NEW YORK | PENNSYLVANIA