## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Cassandra Socha
                         Plaintiff,

v.                                              Case No.: 1:18−cv−05681
                                                             Honorable Jorge L. Alonso

City of Joliet, et al.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 20, 2022:

       MINUTE entry before the Honorable M. David Weisman: The Court grants defendants' Unopposed Motion to Extend Defendants' Deadline to Disclose Experts and Reports and for Modification of Expert Discovery Schedule [244]. Expert discovery schedule at ECF # [241] is modified accordingly: Defendants to disclose any experts and reports by 9/15/22; and Plaintiff to complete defense expert depositions by 10/17/22. Status hearing set for 9/8/22 and joint status report due 9/6/22 are stricken. Status hearing set for 10/25/22 at 9:15 a.m. with a joint status report to be filed by 10/20/22. If the parties believe an earlier status hearing is necessary, they should jointly contact the Court and request an earlier date. Parties shall dial in using the Court's conference call−in number. The conference call−in number is 1−877−411−9748 and the passcode is 1814539. Parties shall dial in using the Court's conference call−in number. The conference call−in number is 1−877−411−9748 and the passcode is 1814539. Members of the public and media who wish to listen to this hearing may call in. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.