**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CASSANDRA SOCHA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 18 cv 05681 |
| v. | ) | |
| | ) | Judge: Jorge L. Alonso |
| CITY OF JOLIET, an Illinois municipal | ) | |
| corporation, EDWARD GRIZZLE | ) | Magistrate: M. David Weisman |
| | ) | |
| Defendants. | ) | Trial by Jury Demanded |

**CERTIFICATE OF SERVICE**

To: Hall Adams  
　　Law Offices of Hall Adams LLC  
　　**Attorney for Plaintiff**  
　　33 North Dearborn Street, Suite 2350  
　　Chicago, IL 60602  
　　hall@adamslegal.net

　　Michael J. Atkus  
　　Matthew Clark  
　　Knight, Hoppe, Kurnik & Knight, Ltd.  
　　**Attorney for Defendant, Edward Grizzle**  
　　5600 N. River Road, Ste. 600,  
　　Rosemont, Illinois 60018-5114  
　　matkus@khkklaw.com;  
　　mclark@khkklaw.com

　　The undersigned states that he served **Defendants City of Joliet and Edward Grizzle's Rule 26(a)(2) Report of Douglas E. Kein, EnCE,CFCE,CCME,CBE** by e-mailing a copy to the above-named attorney(s) at the e-mail address(es) indicated above on September 15, 2022.

　　The undersigned attorney certifies that service of the foregoing, **Certificate of Service of Defendants City of Joliet and Edward Grizzle's Rule 26(a)(2) Report of Douglas E. Kein, EnCE,CFCE,CCME,CBE,** shall be accomplished pursuant to Electronic Court Filing procedures to counsel who are Filing Users on this 16th day of September, 2022.

　　　　　　　　　　　　　　　　　　　　TRESSLER LLP

　　　　　　　　　　　　　　　　　　　　/s/ James J. Hess  
　　　　　　　　　　　　　　　　　　　　James J. Hess

John M. O'Driscoll (ARDC #6237793)  
Darcy L. Proctor (ARDC # 6199731)  
James J. Hess (ARDC #6301187)  
Tressler LLP  
Counsel for City of Joliet  
550 E. Boughton Road, Suite 250  
Bolingbrook, Illinois 60440  
jodriscoll@tresslerllp.com  
dproctor@tresslerllp.com  
jhess@tresslerllp.com