UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CASSANDRA SOCHA,** | )<br>) Case No. 18 CV 05681 |
| **Plaintiff,** | )<br>) Honorable Judge Jorge L. Alonso |
| v. | )<br>) Honorable Magistrate M. David Weisman |
| **City of Joliet, a municipal corporation, Edward Grizzle, John Does 1 – 20,** | )<br>)<br>) |
| **Defendants.** | ) |

### CERTIFICATE OF SERVICE

To:  John O'Driscoll                Michael J. Atkus
     Tressler LLP                   Knight Hoppe Kurnik & Knight, Ltd.
     550 E. Boughton Road           5600 North River Road
     Suite 250                      Suite 600
     Bolingbrook, IL 60440          Rosemont, Illinois 60018

    The undersigned attorney certifies that service of the foregoing, **Notice of Filing of Certificate of Service of Notice of Deposition to Kein,** shall be accomplished pursuant to Electronic Court Filing procedures to counsel who are Filing Users on this 6th day of October 2022.

                                                                         /s/ Hall Adams
                                                                         One of Plaintiff's Attorneys

Hall Adams
Law Offices of Hall Adams LLC
33 North Dearborn Street, Suite 2350
Chicago, Illinois 60602
T: (312) 445-4900
F: (312) 445-4901
Attorneys I.D. #6194886