## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| CASSANDRA SOCHA, | ) | |
| | ) | Case No. 18 CV 05681 |
| Plaintiff, | ) | |
| | ) | Honorable Judge Jorge L. Alonso |
| v. | ) | |
| | ) | Honorable Magistrate M. David Weisman |
| CITY OF JOLIET, a municipal | ) | |
| Corporation, EDWARD GRIZZLE, | ) | |
| JOHN DOES 1 – 20, | ) | |
| Defendants. | ) | |

### JOINT STATUS REPORT

The parties, jointly through their respective undersigned counsel and pursuant to the Court's 20 July 2020 Order (245) state as follows for their Joint Status Report:

Discovery is complete. Counsel have conferred. Defendants do not believe that a settlement conference would be constructive at this time. Defendants intend to file motions for summary judgment.

Cassandra Socha

By: ___/s/ Hall Adams_____
Hall Adams
LAW OFFICES OF HALL ADAMS
33 North Dearborn Street, Suite 2350
Chicago, Illinois 60602
hall@adamslegal.net
ARDC #6194886


Edward Grizzle

By: ___/s/ Matthew Clark_____
Matthew Clark (ARDC #6224673)
Michael J. Atkus (ARDC #6285666)
KNIGHT HOPPE KURNIK & KNIGHT, LTD.
5600 N. River Road, Suite 600
Rosemont, Illinois 60018
mclark@khkklaw.com
matkus@khkklaw.com

City of Joliet

By: ___/s/ John M. O'Driscoll_____
John M. O'Driscoll (ARDC #6237793)
Darcy L. Proctor (ARDC #6199731)
James J. Hess (ARDC #6306162)
TRESSLER LLP
550 East Boughton Road, Suite 250
Bolingbrook, Illinois 60440
jodriscoll@tresslerllp.com
dproctor@tresslerllp.com
jhess@tresslerllp.com