## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Cassandra Socha

                    Plaintiff,

v.                                        Case No.: 1:18–cv–05681
                                                     Honorable Jorge L. Alonso

City of Joliet, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 24, 2022:

      MINUTE entry before the Honorable Jorge L. Alonso: The Court has reviewed the parties' joint status report. Defendant's motion for summary judgment shall be filed by 11/21/22; Plaintiff's Response shall be filed by 12/19/22; Defendant's Reply shall be filed by 1/3/23. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.