## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Cassandra Socha

                    Plaintiff,

v.                                           Case No.: 1:18−cv−05681

                                                          Honorable Jorge L. Alonso

City of Joliet, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 25, 2022:

      MINUTE entry before the Honorable M. David Weisman: In light of the parties' joint status report [248] indicating discovery is complete and defendants do not believe that a settlement conference would be constructive at this time, all matters relating to the referral of this case having been completed, this matter is returned to the District Judge. Status hearing set for 10/25/22 is stricken. Referral terminated. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.