UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CASSANDRA SOCHA,<br><br>  Plaintiff,<br>v.<br><br>CITY OF JOLIET, an Illinois Municipal corporation, EDWARD GRIZZLE, and JOHN DOES 1-20<br><br>  Defendants. | Case No. 18-cv-5681<br><br>Honorable Jorge L. Alonso |

### CITY OF JOLIET'S MOTION FOR SUMMARY JUDGMENT

Defendant, CITY OF JOLIET, a municipal corporation (hereafter the "City"), by and through its attorneys, TRESSLER, LLP, pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby move this Court to grant summary judgment in the City's favor and against Plaintiff. The grounds for this motion are set forth in the accompanying memorandum of law.

Wherefore, Defendant, City of Joliet, respectfully request that this Honorable Court grant summary judgment in its favor, and such further relief the Court deems reasonable and just.

Respectfully submitted,

*/s/ John O'Driscoll*

John O'Driscoll
Darcy Proctor
James Hess
TRESSLER LLP
550 E Boughton Rd #250
Bolingbrook, IL 60440
312-627-4000
jodriscoll@tresslerllp.com
dproctor@tresslerllp.com
jhess@tresslerllp.com

Attorney for City of Joliet

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that on November 21, 2022 he electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Northern District of Illinois using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

                                                                                     */s/ John O'Driscoll*