



Transcript of the Deposition of
# Sergeant Edward Grizzle
**Case:** Cassandra Socha v. City of Joliet; et al.
**Taken On:** July 28, 2021

Royal Reporting Services, Inc.
Phone:312.361.8851
Email:info@royalreportingservices.com
Website: www.royalreportingservices.com

**EXHIBIT B**

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Edward Grizzle - Taken 7/28/2021

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASSANDRA SOCHA,                    )
                                    )
                Plaintiff,          )
                                    )
        vs.                         )  No. 18 CV 05681
                                    )
CITY OF JOLIET, a municipal         )
corporation, EDWARD GRIZZLE,        )
JOHN DOES 1-20,                     )
                                    )
                Defendants.         )


        The videoconference deposition of

SERGEANT EDWARD GRIZZLE, called by the Plaintiff for

examination, pursuant to notice and pursuant to the

Federal Rules of Civil Procedure for the United States

District Courts pertaining to the taking of depositions,

taken before Nicole Marie DeBartolo, Certified Shorthand

Reporter and Registered Professional Reporter, with the

witness located at 150 Washington Street, Joliet,

Illinois, commencing at 9:32 a.m. on July 28, 2021.

**EXHIBIT B**

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Edward Grizzle - Taken 7/28/2021

Page 2

```
 1    APPEARANCES VIA ZOOM:

 2         LAW OFFICES OF HALL ADAMS LLC
           MR. HALL ADAMS III
 3         33 North Dearborn Street
           Suite 2350
 4         Chicago, Illinois 60602
           Phone:  312.445.4900
 5         E-mail:  hall@adamslegal.net

 6              On behalf of the Plaintiff;

 7         TRESSLER, LLP
           MS. DARCY L. PROCTOR
 8         233 South Wacker Drive
           61st Floor
 9         Chicago, Illinois 60606
           Phone:  312.627.4000
10         E-mail:  dproctor@tresslerllp.com

11              On behalf of the Defendant City of Joliet,
                a municipal corporation.
12
           KNIGHT HOPPE KURNIK & KNIGHT, LTD.
13         MR. MICHAEL J. ATKUS
           MR. MATTHEW S. CLARK
14         5600 North River Road
           Suite 600
15         Rosemont, Illinois  60018
           Phone:  847.261.0700
16         E-mail:  matkus@khkklaw.com
           E-mail:  mclark@khkklaw.com
17
                on behalf of the Defendants
18              Edward Grizzle and John Does 1-20.

19
      ALSO PRESENT VIA ZOOM:
20
           Ms. Cassandra Socha, Plaintiff
21         Ms. Tara Reynolds, Law Offices of Hall Adams LLC

22                   *    *    *    *    *    *    *

23

24
```

Royal Reporting Services, Inc.
312.361.8851

**EXHIBIT B**

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Edward Grizzle - Taken 7/28/2021

Page 3

1                              INDEX

2

EXAMINATION BY                                        PAGE

3

SERGEANT EDWARD GRIZZLE

4

        Examination by Mr Adams..................     4

5       Examination by Ms. Proctor...............    90

6

7                            EXHIBITS                 PAGE

GRIZZLE EXHIBIT

8

    No. 1.......................................     7

9   No. 2.......................................    20

    No. 3.......................................    25

10  No. 4.......................................    45

    No. 5.......................................    50

11  No. 6.......................................    79

12

13

14

15

16

17

18

19

20

21

22

23

24

Royal Reporting Services, Inc.
312.361.8851

**EXHIBIT B**

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Edward Grizzle - Taken 7/28/2021

## Page 4

1    (Witness sworn.)
2  WHEREUPON:
3        SERGEANT EDWARD GRIZZLE,
4  called as a witness herein, having been first duly
5  sworn, was examined upon oral interrogatories and
6  testified as follows:
7        EXAMINATION
8  BY MR ADAMS:
9    Q   Still Sergeant Grizzle?
10   A   Yes, sir.
11   Q   Sergeant, my name is Hall Adams.  I represent
12  Cassandra Socha.  I'm going to ask you some questions
13  this morning.
14   A   Okay.
15   Q   Have you reviewed any documents in preparation
16  for the deposition today?
17   A   Yes, I have.
18   Q   What documents have you reviewed?
19   A   My report and my memos.
20   Q   Have you ever reviewed a written transcript of
21  the interview you gave with the Inspector General Chris
22  Regis?
23   A   No.
24   Q   When did you do that?

## Page 5

1    A   When did I have the interview with Inspector
2  Regis?
3    Q   No, sir.  Maybe you didn't hear me.
4        Have you ever read the written transcript of
5  that interview that was made from a recording?
6    A   No, I have never seen a written transcript.
7    Q   All right.  You recorded that interview with
8  Regis, did you not?
9    A   Yes, sir.
10   Q   Why did you do that?
11   A   With any interview that I would be involved
12  in, it is being recorded.  Any procedure that you have
13  in the police department, internal procedure, if I was
14  doing a criminal case, obviously with the consent of the
15  people, I would have it recorded.
16   Q   There is no department regulation that
17  requires that, is there?
18   A   Not that I'm aware of.
19   Q   This is just something that you did for your
20  own purposes?
21   A   Along with advice of my FOP lawyer, correct.
22   Q   What I'm going to do, then, and everybody
23  except you now is accustomed to being patient with me
24  while I screen share documents --

## Page 6

1    A   Okay.
2    Q   -- is I'm going to put up on the screen the
3  full transcript of that interview, which I'll represent
4  to you was -- was created by a court reporter from the
5  recording that you made that was produced to us.
6    A   Okay.
7    Q   I'm going to give you a little time -- the
8  thing that's cumbersome about the screen share is I'm
9  going to ask you to read the whole thing.
10   A   Okay.
11   Q   And it will take a little while, and it's
12  going to require that when you get to the ends of pages,
13  you tell me to scroll to the next page.  That's one of
14  the shortcomings of screen sharing, is that I have to be
15  the page turner in that way.
16   A   Okay.
17   Q   So bear with me while I call up the document.
18   A   That's fine, sir.
19   Q   Do you have the cover of the transcript up in
20  front of you now, Sergeant?
21   A   Sir, I just have a cover of an e-mail that has
22  Interview of Detective Edward Grizzle, the evidence,
23  property and -- evidence property management.  I don't
24  actually have anything else.

## Page 7

1    Q   Okay.  I'm going to do it a different way.
2        How about now, Sergeant?
3    A   Yes, sir.
4    Q   Do you see it up there now?
5    MR. ADAMS:  On this one, Nicole, and I think I'm
6  going to throw in the towel and ask you to screen share
7  and call it as Grizzle Exhibit 1, the transcript of the
8  interview of Sergeant Grizzle, the first page of which
9  is a Royal Reporting cover page.
10       (Discussion had off the record.)
11   MR. ADAMS:  I got it.
12   MR. CLARK:  Hold on, Hall.
13   MR. ADAMS:  I'm getting better at it.
14       (Grizzle Exhibit 1 marked.)
15   BY MR. ADAMS:
16   Q   So what I want you to do, Sergeant, is -- I
17  went past the cover page --
18   MR. ADAMS:  And we'll call this, Nicole, Exhibit 1.
19   BY MR. ADAMS:
20   Q   I'm on Page 1 now, which is a title page.
21  Have you had an opportunity to read it?
22   A   I see it, yes.  I read the first page and
23  title page.
24   Q   Okay.  The substance, as you can see, really

4  (Pages 4 to 7)

**EXHIBIT B**

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Edward Grizzle - Taken 7/28/2021

Page 8

1  starts at this next screen, and it's a condensed
2  transcript, so there are four pages of transcript for
3  each screen. So just read through 2, tell me when you
4  want me to scroll, and I'll scroll along whenever you
5  tell me.
6       A  Okay.
7          Can you scroll down a little? I can't see all
8  of Page 3. It ends at 15.
9          There you go.
10         If you scroll up, so I can read part of
11  Page 4. Thank you.
12         Okay. If you can scroll down so I can see
13  Page 5. Thank you.
14         And I need to read that other part through
15  Page 7.
16         If you can scroll up, so I can read that part.
17  Thank you.
18         Okay. If you can scroll so I can read Page 9.
19  Thank you.
20         Next page, please. Thank you.
21         Okay. All right. So I can read that Page 11.
22  I just need to see that Page 12.
23      MS. PROCTOR: While the witness is reviewing
24  this -- this is Darcy Proctor -- I don't believe a copy

Page 9

1  of this has been produced in discovery unless I missed
2  it. Hall, have you produced this as part of any of your
3  supplemental document production in the case?
4       MR. ADAMS: Yes.
5       MS. PROCTOR: You have? When did you do that?
6  Because if you did, I think I may have missed that.
7       MR. ADAMS: I can't remember the specific date.
8  Before you were involved in the case.
9       MS. PROCTOR: Okay. I'll --
10  BY THE WITNESS:
11      A  Could I see Page 13 now, please?
12         Next page, please.
13      Q  I'm sorry.
14      A  You're fine.
15         If I could see Page 15 now.
16         I need to see Page 16.
17         Page 17.
18         Next page, please.
19         Page 19, please.
20         Page 20.
21         Page 21, please.
22      MS. PROCTOR: While the witness is reading Page 21,
23  Hall, can you do me a favor? Can you just e-mail me a
24  copy of this transcript when you get a chance?

Page 10

1       MR. ADAMS: I will when he's done reading it. I
2  can't do both.
3       MS. PROCTOR: Thank you. Yeah, if you could, I
4  would appreciate it.
5       MR. CLARK: If you could send me a copy when you're
6  done, I would appreciate it.
7  BY THE WITNESS:
8       A  Next page, please.
9          Now I need to read Page 23.
10         Page 24.
11         Page 25.
12         Next page, please.
13         Page 27.
14         Page 28.
15         Page 29.
16         Okay. I'm done, sir.
17      MR. ADAMS: If you wait for a moment before I go
18  further, I'm going to oblige these lawyers and send them
19  a copy of this statement.
20      MS. PROCTOR: Thanks, Hall. Much appreciated.
21  BY MR. ADAMS:
22      Q  All right. Sergeant, if at any time you need
23  me to bring that exhibit back up on the screen to answer
24  any of my questions, say so and I'll accommodate you.

Page 11

1       A  Okay.
2       Q  As cumbersome as it is, have you had an
3  opportunity to review all 29 pages of text from that
4  transcript which we're calling Exhibit 1?
5       A  Yes, I did.
6       Q  Okay. Is Exhibit 1 a true, accurate, and
7  complete transcript of the questions that you were asked
8  and the answers that you gave when you were interviewed
9  by Chris Regis?
10      A  I can't 100 percent tell you that was
11  everything on the recording and that's what's accurate
12  on that transcript, sir.
13      Q  When is the last time you listened to the
14  recording?
15      A  Probably a week ago.
16      Q  Did you do that in preparation for this
17  deposition?
18      A  Yes.
19      Q  How many times have you listened to that
20  recording?
21      A  It be only twice ever.
22      Q  When was the first time?
23      A  As soon as it was recorded, I transferred it
24  onto my computer to store it there and just didn't

5 (Pages 8 to 11)

**EXHIBIT B**

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Edward Grizzle - Taken 7/28/2021

---

Page 12

1  listen to the whole thing, just listened to see if it
2  transferred over.
3      Q   When you read Exhibit 1 just now, did you see
4  anything that you do not believe you said -- So I'm
5  going to rephrase the question.
6          When you read Exhibit 1 just now, did you see
7  any answer to any question that you believe you did not
8  give during that interview?
9      A   I didn't see anything -- any answer that I can
10 recall that wasn't accurate on that.
11     Q   When you reviewed Exhibit 1 just now, did any
12 facet of it strike you as being inaccurate or
13 inconsistent with what you heard on the recording when
14 you listened to it a week or so ago?
15     A   No, sir.
16     Q   Based upon your review of Exhibit 1 just now,
17 do you have any reason to believe that any of it is
18 inaccurate?
19     A   No.
20     MR. CLARK:  Objection, form.
21         You can answer.
22 BY THE WITNESS:
23     A   No.
24     Q   When you read the Exhibit 1 just now, did you

---

Page 13

1  believe that any questions or answers that you gave
2  during the interview that were on the recording were
3  omitted from the transcript?
4      A   No.
5      Q   Based upon your review of Exhibit 1 just now,
6  do you have any reason to believe that it is not
7  complete?
8      A   No.
9      MR. CLARK:  Objection, form.
10 BY MR. ADAMS:
11     Q   When you gave the interview to Regis, you were
12 represented by a -- your union's representative?
13     A   Correct.
14     Q   Were you represented by anyone else?
15     A   No.
16     Q   You were the Joliet Police Department's lead
17 investigating detective when Officer Crowley was
18 investigated, correct?
19     A   I just did follow-up work.  There was no --
20 there was no lead detective to that case.
21     Q   How would you characterize your role in that
22 investigation?
23     A   I just did follow-ups to the people that the
24 patrol officers and the patrol supervisors who arrested

---

Page 14

1  Officer Crowley and the people they interviewed that
2  day, I just -- upon the request of the state's
3  attorney's office, the people they already interviewed
4  and did a police report for me to follow up and try to
5  do an audio-video interview with them.  So it was just a follow-up
6  investigation; standard practice.
7      Q   Did you testify in the Crowley trial?
8      A   No, I did not.
9      Q   Did you personally attend any part of the
10 Crowley trial?
11     A   Yes.  My job was to escort the appellate
12 prosecutor to and from court.
13     Q   So you were there for the whole trial?
14     A   In the hallway, yes.
15     Q   Were you in the courtroom for any part of the
16 trial?
17     A   I don't recall.
18     Q   Were you in the courtroom during the Crowley
19 trial when Officer Socha testified?
20     A   I don't recall if I was there.
21     Q   It's possible?
22     A   I just don't recall.
23     Q   Is there anything that would refresh your
24 recollection about whether you were physically present

---

Page 15

1  in the courtroom when Socha testified during the Crowley
2  trial?
3      A   None that I can think of.
4      Q   Were other Joliet police officers present at
5  court when Socha testified?
6      A   I don't recall that.  There's other people
7  there.
8      Q   Meaning you don't recall one way or the other?
9      A   Yeah, I don't recall one way or the other.
10     Q   Is there anything that would refresh your
11 recollection about that?
12     A   Nothing that I can think of.
13     Q   Did other Joliet officers attend any portion
14 of the Crowley trial?
15     A   I don't recall that.  My focus was getting the
16 appellate prosecutor to court, not what other officers
17 were doing.
18     Q   On what date did the evidence close in the
19 Crowley trial?
20     A   I don't know exactly when that evidence
21 closed.  I just remember the outcome day when he was
22 found not guilty.
23     Q   Do you recall that there was some number of
24 days that passed between the closing of the evidence and

---

**EXHIBIT B**

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Edward Grizzle - Taken 7/28/2021

Page 16

1    the judge's announcement of his verdict?
2       A    I don't know.  I was not in the courtroom to
3    tell you when the evidence closed or not, that portion.
4       Q    Have you ever read a transcript of Socha's
5    testimony in the criminal trial of Crowley?
6       A    No.
7       Q    Do you have any opinions about her testimony
8    in that trial?
9       A    No.
10      Q    Do you have any opinions about the effect of
11   her testimony on the outcome of that trial?
12      A    No.
13      Q    Were you in court when the judge announced his
14   verdict?
15      A    Yes.
16      Q    Do you recall some summary fashion, if not
17   verbatim, the judge's explanation for his ruling?
18      A    No, I don't recall exactly his reasoning.
19      Q    Did you -- Strike that.
20      Do you have an opinion regarding whether that
21   verdict was the correct verdict?
22      A    I have no opinion.  Without sitting on the
23   whole trial, I couldn't tell you.
24      Q    Have you ever expressed to anyone any opinions

Page 17

1    that you held about Socha's testimony in the Crowley
2    trial?
3       A    No.
4       Q    Have you ever expressed any opinions to anyone
5    that you held about the impact of Socha's testimony on
6    the outcome of the Crowley trial?
7       A    Not that I recall.
8       Q    Is there anything that would refresh your
9    recollection about that?
10      A    No.
11      Q    Whether by sitting in the courtroom and
12   listening to it or getting a secondhand account of it,
13   did you learn the sum and substance of Socha's testimony
14   in the criminal trial of Crowley?
15      A    Just other than what maybe the appellate
16   prosecutor might have told me.
17      Q    What did the appellate prosecutor tell you
18   about Socha's testimony in that trial?
19      A    I honestly don't recall exactly one way or
20   another.  It was a brief conversation right after the
21   verdict.
22      Q    Have you ever expressed to anyone that you
23   were disappointed or frustrated with Socha's testimony
24   or with Socha herself because of her testimony in that

Page 18

1    trial?
2       A    No.
3       Q    That has never happened?
4       A    No, never happened.
5       Q    Did you have occasion to discuss the outcome
6    of the Crowley trial with Chief Benton?
7       A    Yes.
8       Q    What was his reaction to the outcome of that
9    trial?
10      A    Chief Benton never really would give you a
11   type of reaction.  He was always very stoic.  I told him
12   what the outcome was, he said okay, and that was pretty
13   much about the extent.
14      Q    Did you discuss with Chief Benton Socha's
15   trial testimony from the Crowley trial?
16      A    Not that I recall.
17      Q    Did you discuss the outcome of the Crowley
18   trial with then Deputy Chief Roechner?
19      A    Yes.
20      Q    What was his reaction to the outcome of the
21   Crowley trial?
22      A    That, I do not recall.
23      Q    Is there anything that would refresh your
24   recollection?

Page 19

1       A    Nope.
2       Q    Did you discuss with then Deputy Chief
3    Roechner any aspect of Socha's trial testimony from the
4    Crowley case?
5       A    No.
6       Q    Do you recall discussing the outcome of the
7    Crowley trial with any other Joliet police officer?
8       A    The only one would have been -- would have
9    been my direct boss, who was very limited to tell him
10   stuff, would have been Lieutenant Batis.
11      Q    What was Lieutenant Batis's reaction to the
12   outcome of the trial?
13      A    I don't recall what his reaction was.
14      Q    Did any of those three, being Benton,
15   Roechner, or Batis, personally attend any part of the
16   Crowley trial?
17      A    I don't recall any of them being there.
18      Q    Is it possible you just don't recall?
19      A    I just don't recall.
20      Q    Is there anything that would refresh your
21   recollection?
22      A    No.
23      MR. ADAMS:  All right.  I'm going to try my hand at
24   the screen sharing once again.

7 (Pages 16 to 19)

**EXHIBIT B**

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Edward Grizzle - Taken 7/28/2021

Page 20

1    THE WITNESS:  Okay.
2    MR. CLARK:  We're rooting for you, Hall.
3    BY MR. ADAMS:
4        Q   Do you see on your screen, Sergeant, a
5    document in a box with a heading -- subject heading is
6    "Evidence and Property Management General Order 16-1"?
7        A   Yes, I do.
8        MR. ADAMS:  Nicole, we'll call this Exhibit 2 to
9    this deposition.
10       (Grizzle Exhibit 2 marked.)
11   BY MR. ADAMS:
12       Q   I'm going to scroll to the bottom.  Do you see
13   the revision date there of 9 November, 2014?
14       A   Yes, sir.
15       Q   Do you recognize this Exhibit 2?
16       A   Yes, I do.
17       Q   What is it?
18       A   It is a -- the general order, the guidelines
19   of how we should collect evidence and management of
20   evidence.
21       Q   Was this general order in effect at the Joliet
22   Police Department in, say, May, June, July, and August
23   of 2018?
24       A   Yes, it was.

Page 21

1        Q   You and other officers in the department were
2    trained regarding the contents of this general order?
3        A   Yes.
4        Q   What is your understanding of the purpose of
5    Exhibit 2?
6        A   Well, the purpose of all general orders are
7    basic guidelines of policies and procedures of the
8    Joliet Police Department.  And that one, again, is a
9    guideline that refers to evidence and property
10   management.
11       Q   Did you take vacation time during the
12   period -- any time during the period second half of May,
13   first half of June of 2018?
14       A   Yes, I did.
15       Q   What were the inclusive dates of your vacation
16   time?
17       A   That, I do not recall exact dates at this
18   point.
19       Q   Is there a document or are there documents
20   that would refresh your recollection about that?
21       A   There should be, yes.
22       Q   What do you have to do -- Strike that.
23       Back at that time, what did you have to do to
24   get vacation time?

Page 22

1        A   To get vacation time, you submit it to my
2    supervisor, which was then Lieutenant Batis, and he
3    would approve it, and then it would go on the schedule
4    up in the Investigations Division.
5        Q   So one document on which the inclusive dates
6    of your vacation would be reflected would be the
7    schedule for the Investigations Division for that
8    period, true?
9        A   It should be, yes.
10       Q   Can you think of any other document where the
11   inclusive dates of the vacation time that you took in
12   the second half of May, first half of June would be
13   memorialized?
14       A   There was a computer system called VSS Pro,
15   and that would be handled by the lieutenant, and that
16   would put all the days off, and that's how he would
17   generate a schedule.
18       Q   Any others?
19       A   Not that I can recall, no.
20       Q   I assume the vacation time that you took in
21   late May, early June of 2018 was approved, authorized
22   vacation time?
23       A   Yes, it was.
24       Q   While you were on that -- was it a single

Page 23

1    block of vacation time versus a few days here, a few
2    days there?
3        A   There was some that was like two days that
4    weren't vacation time, a personal day, and then vacation
5    time, but I think -- I believe they're all consecutive
6    at that point.
7        Q   Where did you go?
8        A   Florida.
9        Q   Where in Florida?  I don't need an address.
10   Just give me a city.
11       A   Just the Gulf side, Ft. Meyers-Sarasota-Tampa
12   area.
13       Q   Family vacation-type vacation?
14       A   Yes, sir.
15       Q   When you were away during that vacation, were
16   there specific individuals assigned to cover your cases
17   in your absence?
18       A   As a detective sergeant, the only cases we get
19   are criminal cases involving officers.  Other than that,
20   we assign cases out, so I don't get assigned a caseload
21   unless if it's a criminal case against an officer.
22       Q   The investigation of Officer Socha began
23   before you left on your vacation, true?
24       A   Correct, yes.

8  (Pages 20 to 23)

**EXHIBIT B**

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Edward Grizzle - Taken 7/28/2021

Page 24

1   Q   Specifically, with respect to the Socha
2   investigation, while you were on vacation in May and/or
3   June of 2018, was anyone in the department detailed to
4   do anything because of your absence?
5   A   No.
6   Q   While you were on vacation during that time
7   frame, did you take any action with respect to the Socha
8   investigation?
9   A   I did no investigative stuff during that
10  period.
11  Q   Did you communicate back to any of your fellow
12  officers and direct anyone to take any action relative
13  to the Socha investigation while you were on vacation?
14  A   No, I didn't direct or call anybody to do any
15  action on the case.
16  MR. ADAMS:  So I'm screen sharing Exhibit 1, the
17  transcript, again.
18  BY MR. ADAMS:
19  Q   Do you see that up in front of you?
20  A   Yes, I do.
21  Q   See at Line 8 through 11 of Page 26?
22  A   Okay.
23  Q   Do you see the question and answer that appear
24  there?

Page 25

1   A   From 8 where it says, "And on your personal
2   phone"?
3   Q   Yes, sir.
4   A   Okay.  I do see that.
5   Q   Why would it have been risking your entire
6   reputation or career to have images of Socha from her
7   phone on your personal phone?
8   A   Well, of course, because that's my personal
9   phone.  It has nothing to do -- and there's rules of
10  evidence, there's laws.  Why would anything work related
11  be on my personal phone?  If anything, it needs to be on
12  a city computer or a city phone.
13  Q   Okay.  We're going to call Exhibit 3 -- we
14  have this incident summary, case report --
15  A   Yes, sir.
16  Q   -- in front of you, Sergeant?
17  A   Yes, sir, I see it.
18  MR. ADAMS:  And I'll represent, especially for the
19  benefit of Nicole, our reporter, that this is a document
20  Bates numbered City 00212-213.  Because of the way that
21  the document is scanned in, there are other pages, but I
22  want Exhibit 3 to be just this particular document.
23       (Grizzle Exhibit 3 marked.)
24

Page 26

1   BY THE WITNESS:
2   A   Okay.
3   Q   Sergeant, was this your opening report on the
4   department's investigation of Officer Socha?
5   A   Yes, it is.
6   Q   And the report number to the right of the
7   heading on the document, J1-18-0007242-001 is a control
8   number assigned by the department to this investigation?
9   A   Yes, sir.
10  Q   All documents related to the Socha
11  investigation would include that control number
12  somewhere?
13  A   Yes.
14  Q   How would you characterize your role with
15  respect to the Socha investigation?
16  A   How do I characterize my role?  As the lead
17  detective, supervisor on the case.
18  Q   Okay.  And just so that I am clear -- and you
19  made this distinction earlier, and I want to make sure
20  I'm clear about it, you were not the lead detective on
21  the Crowley matter; is that what you've told us?
22  A   Correct.  There was no detective or anybody
23  assigned to that case.
24  Q   And I appreciate how I'm jumping back to that,

Page 27

1   who in the department lead, if you will, the Crowley
2   investigation?
3   A   Well, there was no real investigation as far
4   as we occur our investigations.  He was arrested by
5   patrol, so that was all patrol's investigation.
6       So how it works in Joliet, if there's some
7   follow-up work that needs to be done in any patrol
8   arrest, like putting people on audio, video, that's done
9   by investigations.
10  Q   And on the Crowley case where -- that
11  Investigations Division follow-up work, that was
12  assigned to you, correct?
13  A   Yes.
14  Q   And it might be my characterization of it, not
15  one that the Joliet department would use, but within the
16  Investigations Division, you were the lead follow-up
17  investigator on the Crowley case; is that a fair
18  characterization?
19  A   Yeah, I would say that's fair, correct.
20  Q   And the difference here is you were the lead
21  investigating detective on the Socha investigation from
22  the inception because it did not begin with an arrest,
23  it began with a contact to you by Appellate Prosecutor
24  Lamken, correct?

9  (Pages 24 to 27)

**EXHIBIT B**

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Edward Grizzle - Taken 7/28/2021

Page 28

1    A   Yes, sir.
2    Q   Is the date shown here as, quote, "Reported
3  On," close quote, the date and time you created this
4  Exhibit 3?
5    A   Just let me look real quick.
6        Yeah, I think when you put the reported on
7  portion under the incident summary, that's the time that
8  the whole computer system, when I receive a report
9  number, stamps it.  So that would be when I...
10   Q   And the -- the reference in that same block
11  to, quote, "Occurred On," colon, close quote, refers to
12  the date and proximate time at which in this instance
13  Gatlin had reported receiving the subject text message
14  from Socha, true?
15   A   Yeah, where it says, "Occurred On:
16  5/16/2018," the time could be more reflective of when
17  the crime occurred or when the appellate prosecutor got
18  notified, not when I was notified because I wasn't
19  notified until, I believe, almost 9:00 p.m.
20   Q   Okay.  Socha never made a complaint -- a
21  criminal complaint against Crowley, did she?
22   A   No, she did not.  She did not talk during
23  that, no.
24   Q   In the first paragraph of the narrative part

Page 29

1  of the Exhibit 3, you characterize Socha as the, quote,
2  "Victim," close quote, relative to the Crowley incident.
3        Do you see that?
4    A   Yes, sir.
5    Q   Did Socha herself ever characterize herself as
6  a victim of Crowley?
7    A   She did not talk to me.  You would have to ask
8  the patrol officers and supervisor who may have been at
9  the arrest, but on the reports, she was labeled as a
10  victim.
11   Q   So you took that characterization, quote,
12  "Victim," close quote, relative to Socha off the reports
13  from the underlying Crowley patrol officers, true?
14   A   Correct.
15   Q   That's not your own characterization, correct?
16   A   Without talking to her, I couldn't give you a
17  characterization of, you know, how she felt or what
18  occurred.
19   Q   When you took this call from Lamken, had
20  Crowley yet been acquitted?
21   A   No, he had not.
22   Q   Had the evidence in his criminal trial closed?
23   A   That, I do not know.
24   Q   Both Gatlin and Socha had completed their

Page 30

1  trial testimony and been excused as witnesses in the
2  Crowley case by the time you got this call from Lamken,
3  true?
4    A   I only recall Maria Gatlin being done with her
5  testimony that day.
6    Q   You don't recall one way or another whether
7  Socha had yet testified, correct?
8    A   No, sir.
9    Q   In the body of this report you quote verbatim
10  from the subject text message that Socha transmitted to
11  Gatlin in full in the second paragraph of the report
12  beginning with, quote, "I think," and it goes on?
13   A   Yes, sir.
14   Q   Do you see that?
15   A   Yes.
16   Q   When you wrote this report, you didn't do
17  that -- quote that whole text message from memory, did
18  you?
19   A   No.  The report is a continuing documentation,
20  so my report stays open, locked by me.  So when I have
21  something to add to it, I go back into my locked report,
22  that I'm the only one that can get to, and I continue on
23  the investigation.
24   Q   When was that paragraph of Exhibit 3 that

Page 31

1  contains the verbatim content of the Socha-to-Gatlin
2  text message added to this report?
3    A   I can only recall that was after the search
4  warrant and the evidence was found on Officer Socha's
5  phone.
6    Q   Is there a way to go back in time in the
7  computer system and determine when that paragraph was
8  added to this report?
9    A   I couldn't tell you about that computer system
10  and how it works.
11   Q   When Lamken called you on the 16th of May, did
12  she tell you what the text message said?
13   A   I don't know if she told me verbatim what the
14  text message said, but she did tell me about the text
15  message.
16   Q   Did she read the text message to you over the
17  phone?
18   A   I don't recall.  I actually just woke up from
19  a nap at that point.
20   Q   Is it possible that she did that?
21   A   I couldn't recall that.  It's certainly
22  possible.  You would have to ask her.
23   Q   Is there anything that would refresh your
24  recollection?

10  (Pages 28 to 31)

**EXHIBIT B**

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Edward Grizzle - Taken 7/28/2021

Page 32

1    A   Not that I can recall.
2    Q   After your telephone conversation with Lamken
3  but before preparing this Exhibit 3, did you create any
4  notes or memo or other document memorializing the
5  conversation with Lamken?
6    A   No, not that night.
7    Q   When did you start this report at the date and
8  time shown above as reported on?
9    A   Yeah.  So if you scroll back up where it says
10 the time it was stamped, it was somewhere in that time
11 period that I started, you know, inputting.  You can see
12 there's all that stuff that you have to, you know, put
13 in there and then probably just a little bit brief of
14 the very beginning, how I was contacted by Ms. Lamken.
15   Q   And when you say up above, that's this
16 "Reported On" date and time?
17   A   Yeah, the whole thing, the whole document.
18 The way it goes, the incident summary gets put in by
19 dispatch, the computer system, but then I put my name
20 in, reporting officer, disposition opened, and there's a
21 lot of little drop-down boxes.
22   Q   So if you control -- if you follow where I'm
23 scrolling --
24   A   Yes.

Page 33

1    Q   -- in the next paragraph, you described your
2  meeting with Gatlin on the 17th of May, correct?
3    A   Correct.
4    Q   Where did that meeting take place?
5    A   Here at the Joliet Police Department and where
6  it says in the report there in Interview Room 5.
7    Q   Was anyone else present in Interview Room 5
8  when you had this meeting with Gatlin?
9    A   No.  It was just me and her until I called
10 Detective German to take the cell phone.
11   Q   At the top of Page 2 of Exhibit 3, when you
12 say, quote, "I did see the saved screenshots, close
13 quote," on what device did you see the saved
14 screenshots?
15   A   Hold on.  Just trying to see where you saw
16 that.  Okay.  I see it right after the "10:30 hours."
17 She had the saved screenshots on her phone.
18   Q   And those would be saved screenshots of the
19 text message from Socha to Gatlin, correct?
20   A   At that point, I couldn't tell you where those
21 screenshots, other than what Maria Gatlin was saying,
22 yes, those were sent to her from Officer Socha.
23   Q   Did the screenshots that you viewed -- you
24 viewed them during that meeting at approximately

Page 34

1  10:30 a.m. in Exhibit -- Interview Room 5 at the Joliet
2  Police Department?
3    A   Correct.
4    Q   Did those screenshots include the text of the
5  text message?
6    A   I don't recall exactly.  It was just
7  screenshots of -- it didn't have what -- I guess what
8  you're getting at, the whole conversation.  It just was
9  a screenshot of what Ms. Gatlin was alleging that
10 Officer Socha sent to her, just parts of that paragraph
11 up on Page 1.
12   Q   Did the screenshots include all of the text
13 that's quoted up on the -- on Page 1 of your report?
14   A   I don't recall that.
15   Q   Is it possible?
16   A   I don't recall that.  I can't tell you
17 possible or not.
18   Q   One way or another?
19   A   I just know that I remember seeing a text
20 message.  I can't tell you if it was full or part at
21 that point.
22   Q   Were those screenshots preserved in any way?
23   A   At that point, Detective German, who operates
24 what would be called the Cellebrite, the forensic

Page 35

1  download machine, that was -- he was able to do his
2  technological stuff and retain them on to the
3  Cellebrite.
4    Q   Okay.  I appreciate what you said, and I
5  appreciate that you tried to answer the question that I
6  asked, and I'll ask it a different way because I meant
7  something a little different.
8    A   Okay.
9    Q   Were the screenshots that you viewed in the
10 interview room that morning preserved in any way
11 separate and apart or distinct from the excavation of
12 the full text message traffic that German performed?
13   A   I think what you're asking me, sir, is was it
14 retained somewhere else like the Cellebrite machine?
15   Q   Anywhere.
16   A   Yeah, it was put on -- it was downloaded on to
17 the Cellebrite machine.
18   Q   When you met with and interviewed Gatlin on
19 the 17th, she told you that the content of the
20 screenshots of the text message were, in fact,
21 transmitted to her by Socha, true?
22   A   Yes, sir.
23   Q   When did -- Strike that.
24       Did you see the full texts from Gatlin's phone

11  (Pages 32 to 35)

**EXHIBIT B**

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Edward Grizzle - Taken 7/28/2021

Page 36

1  after German did the extraction of Gatlin's phone?
2      A   No.  I do recall that it only got partial --
3  the partial portion of the screenshots, I do recall
4  that.  It was just a partial.  It wasn't -- you could
5  see something was -- was missing.
6      Q   Do you remember what?
7      A   No, I don't recall exactly -- remember what,
8  but what was extracted was not fully everything that was
9  screenshotted on -- on Ms. Gatlin's phone.  I can't
10  recall how much, but I remember there was some missing.
11      Q   So the extraction was actually less text than
12  the screenshots is what you're telling us?
13      A   Yes.
14      Q   Is there any part of the quoted passage of the
15  Socha-to-Gatlin text message shown on the first page of
16  Exhibit 3 that you recall not being on the screenshots
17  that you viewed during your meeting with Gatlin on the
18  morning of the 17th in Room 5?
19      A   I don't recall.
20      Q   Is there anything that would refresh your
21  recollection?
22      A   Not that I could think of.
23      Q   Before Judge Jones issued the search warrant
24  that's described on Page 2 of Exhibit 3, the

Page 37

1  application, a complaint for a search warrant was
2  presented to Judge Carlson, correct?
3      A   Yes, sir.
4      Q   And Judge Carlson for his own part refused to
5  issue the warrant, true?
6      A   No.
7      Q   How did Judge Carlson handle the application?
8      A   He didn't refuse.  He said I'm not going to
9  deny it, I'm not going to approve it, and if you like,
10  you can go see another judge.  That's the way he left
11  it.
12      Q   He wouldn't sign it?
13      A   He wanted -- he wouldn't even go through
14  everything, yeah, so he said go see another judge.
15      Q   Did he tell you why he wouldn't sign it?
16      A   I don't recall that, but I do know during
17  that, myself and -- I had the appellate prosecutor on
18  speakerphone when we were in the judge's chambers.
19      Q   Did you make any notes or written record of
20  what Judge Carlson said, if anything, about his reasons
21  for personally declining to issue the warrant?
22      A   I did send a memo to, I believe, either Chief
23  Benton -- I believe Chief Benton just explaining the
24  whole -- whole process to them, but I can't give you

Page 38

1  verbatim without seeing that document what was said.
2      Q   Why doesn't this case report, Exhibit 3, refer
3  to the fact that the application for the warrant was
4  first presented to Judge Carlson who personally declined
5  to issue the warrant?
6      A   This police report is not complete yet because
7  it is still an open, ongoing criminal investigation.  So
8  there is still -- all the way down the line there could
9  be more facts or something that came through, and before
10  I finish all reports, I go through everything that I've
11  done and occurred.  And right then and there, you know,
12  until we hear different from the appellate prosecutor,
13  this is still an ongoing criminal case.  So at this
14  point, this is not a 100 percent completed document.
15      Q   But at this point, Judge Carlson had declined
16  to issue the warrant, correct?
17      A   Yeah, he didn't want to be involved.  He said
18  go see another judge.
19      Q   So why then didn't you include that in the
20  sentence or sentences before those in which you
21  described that Judge Jones did issue the warrant?
22      A   I sent them a memo about it.  Like I said,
23  this is not completely a done document.  This is -- the
24  police report is still open.  So that doesn't mean that

Page 39

1  I couldn't add anything else or continue on my case.
2  This is still a locked case that I am the only one that
3  has access to, and it is still an ongoing criminal
4  investigation.  So it doesn't mean that when I go to --
5  say this would go any further, that I am not going to go
6  and look, review, look at things, and maybe add some
7  things that were said previously, the more things I
8  learned through investigation.
9      Q   Did you ever do that?
10      A   No.  This is still an ongoing criminal
11  investigation.  It is still open.  I am not done with
12  this yet until I hear from the appellate prosecutor's
13  office that they are not going to continue on this
14  investigation or this investigation is closed by
15  somebody higher than me in the Joliet Police Department.
16      Q   Okay.  Is Exhibit 3 your entire case report as
17  of this moment in time?
18      A   Is it my entire as of right now?  No.  I'm
19  sure if I would look through it, as any investigator
20  would, there might be things, oh, I need to add this
21  based on a memo I sent or based on new facts that I
22  learned.
23      Q   And I appreciate you've kind of already told
24  us that, but my question is a little different.

**EXHIBIT B**

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Edward Grizzle - Taken 7/28/2021

Page 40

1    Is Exhibit 3 your full report as of this
2  moment in time appreciating that in the future you might
3  go back in and supplement, add, change, et cetera?  At
4  this moment, is this your complete report?
5    A   No.
6    MR. CLARK:  Hall, just to clarify, you're talking
7  about a written report, correct?
8    MR. ADAMS:  Correct.
9  BY THE WITNESS:
10   A   So the answer would be no, this is not a
11  completed report.
12   Q   I'm sorry.  I didn't say completed, past
13  tense.
14    Is this all there is to this report at this
15  moment in time?
16   A   Yes, there's been nothing added.
17    I understand what you're saying now.
18   Q   Do you have an open case file of your own on
19  the Socha investigation?
20   A   Only what is on my computer in my secured -- I
21  think they call it the cloud, the OneDrive.
22   Q   When was this paragraph of Exhibit 3
23  describing that Judge Jones issued the warrant added to
24  Exhibit 3?

Page 41

1    A   I do not recall that.
2    Q   Whenever that occurred, Judge Carlson had
3  already informed you and Lamken that he was unwilling to
4  issue the warrant, correct?
5    MR. CLARK:  Objection, form.
6    MR. ADAMS:  You can answer.
7  BY THE WITNESS:
8    A   Can you restate that again, sir, please?
9    Q   Whenever it was that you added this paragraph,
10  specifically the sentence about Judge Jones issuing the
11  warrant, Judge Carlson had already communicated to you
12  his unwillingness to issue the warrant himself, correct?
13   A   Yes.  And to go see another judge, yes.
14   Q   Have you made any additions or revisions to
15  Exhibit 3 since leaving for the vacation that you took
16  in late June -- or late May, early June of 2018?
17   A   No.
18   Q   You have material in your own case file for
19  this investigation that's kept on either your computer
20  or the cloud/OneDrive that is not contained in
21  Exhibit 3?
22   A   No, I have nothing.  The report itself is
23  actually contained in what's called Motorola P1, which
24  is locked.  My case file would have my memos and things

Page 42

1  like that but nothing else.
2    Q   How about notes of yours regarding this
3  investigation?
4    A   I don't have any notes.
5    Q   When did Detective German give you the flash
6  drive containing all of the extraction from Socha's
7  phone?
8    A   I don't recall the exact date, but I knew from
9  the night that we did the search warrant, which I
10  believe would be up in my report somewhere, I believe it
11  was the next day.  So if I could see -- I think maybe it
12  was the day the search warrant was executed.  I'm trying
13  to see where that was at.  So on May 18th.
14    So I believe I got everything from Detective
15  German on the next day, the 19th, because how it was
16  being done on the Cellebrite and Lantern computers.
17   Q   You then loaded the contents of that flash
18  drive on to your own computer?
19   A   Yes, sir.
20   Q   After Judge Carlson declined to issue your
21  warrant, whose decision was it to approach Judge Jones
22  to remove the application before her?
23   A   The first --
24    MR. CLARK:  Objection.

Page 43

1    You can answer.
2  BY THE WITNESS:
3    A   First thing I did was, obviously, report back
4  to DC -- or Deputy Chief Roechner, Chief Benton.  On the
5  phone with -- during that time with Judge Carlson was
6  Appellate Prosecutor Lamken.  She said she would call me
7  shortly.
8    I then spoke with Jim Glasgow's -- the person
9  directly below him, which would be Ken Gray, so the
10  Number 2 in the Will County State's Attorney's Office of
11  what occurred and his legal opinion about going and
12  seeing another judge, explained to my command staff, and
13  that's when Lorinda Lamken got ahold of me, said yes, it
14  is completely acceptable, he did not confirm or deny it,
15  you can go see another judge.
16    At that point, I went to the courthouse, and I
17  saw, just like I do Judge Carlson for previous stuff, I
18  saw Judge Jones, and I asked if I could speak with her
19  regarding a search warrant.
20   Q   Did you present the application for the
21  warrant to any judges between Carlson and Jones?
22   A   No, I did not.
23   Q   Were any other judges suggested to you by
24  Glasgow, his second in his office Gray, I think you said

13  (Pages 40 to 43)

**EXHIBIT B**

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Edward Grizzle - Taken 7/28/2021

Page 44

1    his name was, or Lamken before you went to Jones?
2        A    No.  Prior to going to see Judge Carlson, it
3    was recommended to go see the chief judge, Judge
4    Schoenstedt.  Judge Schoenstedt, at that time, the chief
5    judge was leaving, was gone, and Judge Carlson was the
6    acting chief judge at that point.  So only from there
7    they said -- Ken Gray said go see Judge Carlson.
8        Q    After Carlson declined to issue a warrant,
9    were there any other names suggested before you went to
10   Jones?
11       A    No, nobody else.
12       MS. PROCTOR:  Objection, form.
13   BY MR. ADAMS:
14       Q    Did you suggest Jones to Lamken, Glasgow, or
15   Gray?
16       A    No.
17       Q    On the basis of what criteria did you decide,
18   then, to approach Jones to renew your application for
19   the warrant?
20       A    Being involved in investigations for a long
21   time, obviously Judge Carlson, Judge Jones -- there are
22   certain judges that you know that you have seen through
23   other cases, so you obviously go to a judge that you're
24   familiar with compared to unfamiliar, just like I was

Page 45

1    familiar with Judge Carlson.
2        MR. ADAMS:  I'll pull up another document.  So bear
3    with me.
4        THE WITNESS:  Okay.
5        MR. CLARK:  Hall, are you starting in on another
6    topic?  Or would this be a good time for like a
7    five-minute bathroom break?
8        MR. ADAMS:  Yeah, it would be because it takes me
9    about that long to pull up these documents.  Why don't
10   we do that.  Break for five and I'll be ready to go when
11   you come back.
12       MR. CLARK:  Thank you.
13           (A break was had.)
14   BY MR. ADAMS:
15       Q    Sergeant Grizzle, do you have on your screen a
16   document with the heading "Search Warrant" on it?
17       A    Yes, I do, sir.
18       MR. ADAMS:  And, Nicole, we'll call this whole
19   exhibit, which runs through CITY 90 to CITY 95.
20           And I'll go as quickly and slowly as you need,
21   Sergeant.
22           (Grizzle Exhibit 4 marked.)
23   BY MR. ADAMS:
24       Q    Do you recognize this as the search warrant in

Page 46

1    the complaint for the search warrant --
2        A    Yes, I do, sir.
3        Q    -- for Socha's phone?
4            Who prepared these documents?
5        A    The search warrant?  I prepared the search
6    warrant.
7        Q    Who prepared the complaint for the search
8    warrant?
9        A    The complaint for -- I did everything.
10   Everything on there was done by me.
11       Q    Did anyone review the complaint or the warrant
12   before they were submitted to Judge Carlson?
13       A    Yes, sir.  The appellate prosecutor, I sent
14   everything to her for approval.
15       Q    Did she make any revisions or edits, add,
16   subtract, or anything at all to your drafts?
17       A    Not that I recall.
18       Q    Before you drafted the warrant and the warrant
19   complaint, did Lamken give you any instructions or
20   guidance about what should be included in them?
21       A    I know we talked to confer about the drafting
22   of the search warrant and what should be in there, but I
23   couldn't give you exactly what was said.  We're talking
24   a couple years ago.

Page 47

1        Q    Would you look at the document?  You can tell
2    me to scroll here or there, if necessary, in the
3    exhibit.  Do you remember any particular content that
4    Lamken told you to include?
5        A    As I said, I don't recall from looking at it
6    or you and I talking.
7        Q    Now, I'm on the page that bears the Bates
8    number CITY 95, that is 7 of 8 of the -- it's a part of
9    the complaint for the application, correct?
10       A    Yeah.  I see it's in between Page 6 of 8,
11   CITY00094 and another page that says -- it goes on
12   "Socha has conversed numerous times."
13       Q    In the sentence that begins, quote, "Cassandra
14   Socha's text message accuses," do you see that sentence?
15       A    Can you say it again?  Sorry, sir.
16       Q    In the sentence on that page of Exhibit 4,
17   it's 7 of 8 of the --
18       A    Okay.
19       Q    -- of the complaint, it begins, quote,
20   "Cassandra Socha's text message accuses," and then
21   continues?
22       A    Yes, sir, I see it.
23       Q    At the point at which you submitted this
24   complaint to Judge Carlson and then to Judge Jones, you

14  (Pages 44 to 47)

**EXHIBIT B**

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Edward Grizzle - Taken 7/28/2021

Page 48

1   had seen the screenshots of the text message described
2   there during your meeting with Gatlin, correct?
3       A   Yes, sir.
4       Q   Did you provide Judge Jones with any more
5   detail about the content of that text message that is
6   contained in this sentence of this exhibit?
7       A   I don't recall the exact conversation I had
8   with Judge Jones regarding this.
9       Q   Conversation aside, did you provide Judge
10  Jones with any additional documentary or electronic
11  detail regarding the content of the text message?
12      A   I'm not sure if you're asking if I showed her
13  a copy of the -- the screenshots or text messages.
14      Q   Either. I'll give it as a full question.
15          Did you show Judge Jones copies of the
16  screenshots or text messages?
17      A   I don't recall if I did.
18      Q   Is there anything that would refresh your
19  recollection?
20      A   Not that I can recall.
21      Q   Before this complaint was submitted to Judge
22  Jones, had you shared the screenshots at least with
23  Lamken?
24      A   I don't recall if I shared the screenshots

Page 49

1   from Lamken. She had, I believe, information from Maria
2   Gatlin herself.
3       Q   Is there anything that would refresh your
4   recollection about whether you shared the screenshots
5   with Gatlin -- Strike that -- with Lamken before you
6   submitted the warrant and complaint for warrant to Judge
7   Jones?
8       A   Nothing I can think of.
9       Q   Before Judge Jones issued the warrant, did she
10  ask you for any additional information?
11      A   Judge Jones or Lorinda Lamken, sir?
12      Q   Judge Jones.
13      A   Not that I recall.
14      Q   When you sought -- submitted the complaint and
15  approached Judge Carlson and then Judge Jones to have
16  the warrant issued, were you looking for photographs of
17  Cassandra Socha?
18      A   No.
19      Q   Were you looking for video of Cassandra Socha?
20      A   No.
21      Q   You were looking for the text message that
22  Gatlin had complained that Socha had sent to Gatlin,
23  correct?
24      A   Correct.

Page 50

1       Q   And nothing else?
2       A   Nothing else.
3       Q   And did Detective Don McKinney have any
4   official role in your investigation of Socha?
5       A   No.
6       MR. ADAMS:  I'm going to screen share, so I ask for
7   your patience.
8           Do you have a memo from you to Chief Benton
9   and Detective Chief Roechner up on your screen?
10      THE WITNESS:  Yes, I do.
11      MR. ADAMS:  Fantastic. Nicole, we'll call that
12  Exhibit 5.
13          (Grizzle Exhibit 5 marked.)
14  BY MR. ADAMS:
15      Q   That's a memo that you recorded and sent to
16  those two on 18 May 2018, correct?
17      A   Correct.
18      Q   The number referenced on the subject line, is
19  that the control number for the Socha investigation that
20  we first see on Exhibit 3, correct?
21      A   Correct.
22      Q   Did Benton and/or Roechner ask you to prepare
23  this memo?
24      A   Yes. I was ordered, I believe, by Chief

Page 51

1   Benton that after the search warrant was done, that he
2   wanted a memo fully explaining how everything occurred
3   and to the point of the search warrant.
4       Q   And in this memo to the chief and the deputy
5   chief, you attempted to be accurate?
6       A   Yes.
7       Q   To be complete?
8       A   It was more so of a synopsis of everything,
9   not a complete accurate report.
10      Q   Is there any significant detail that you
11  believe was not included in this several-page memo?
12      A   At that point, not that I recall.
13      Q   Does Exhibit -- does the exhibit -- you cite
14  events in order of sequence in which they occurred?
15      A   It's a synopsis, so I can't tell you exactly
16  from back then if it was in the exact sequence, but it's
17  a synopsis of, to make a logical form so the chief could
18  understand.
19      Q   There isn't anyplace in this memo that I can
20  see where you describe that the extraction done by
21  German was -- did not extract the entirety of the
22  Socha-to-Gatlin text message on the basis of which this
23  investigation was initiated. Have I missed that?
24      MR. CLARK:  Objection, form.

15 (Pages 48 to 51)

**EXHIBIT B**

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Edward Grizzle - Taken 7/28/2021

Page 52

1    You can answer.
2
3    BY THE WITNESS:
4        A   I'm just trying to -- Detective German only
5    downloaded Maria Gatlin's phone.  He didn't have
6    anything to do --
7        Q   I understand.
8        Q   So can you reask me that question, please?
9        Q   So I think -- I'm going to rephrase the
10   question, I guess.
11       The last sentence of this paragraph that's in
12   the middle of our screen reads, quote, "The screenshot
13   of the deleted," although deleted is misspelled, "text
14   was found."
15       Do you see that?
16       A   Yes, I do.
17       Q   That's a reference to the extraction from
18   Gatlin's phone, correct?
19       A   Yes, it's a reference to it, correct.
20       Q   When German did the extraction of the Gatlin
21   phone, he found the entire Socha-to-Gatlin text message,
22   correct?
23       A   No, I believe, like I said earlier, it was
24   just -- it wasn't all of it.  So, again, this was just a

Page 53

1    synopsis to the chief, not a full, you know, report,
2    which the next morning I talked to the chief about the
3    memo.
4        Q   Is there a reason in this report you do not
5    include the fact that German's download did not include
6    the -- I should say that German's download of Gatlin's
7    phone did not include the entire Socha-to-Gatlin text
8    message?
9        A   Again, this was just a synopsis.  This isn't a
10   report.  The chief wanted a memo synopsis of things that
11   occurred.  So, again, just a synopsis of everything.  If
12   it wasn't a synopsis, it would be many, many pages long.
13   Again, this is a memo, not a police report to Chief
14   Benton.
15       Q   In your police report, which I think we've
16   called Exhibit 3, there's no reference to that fact
17   either, is there?
18       A   Not that I recall without pulling it back up.
19   Again, that's not a completed document.  That's not a
20   completed report yet.  It's still an ongoing criminal
21   investigation.
22       Q   At what time of day on the 17th of May was
23   German's extraction of Gatlin's phone completed?
24       A   I do not recall the time period.

Page 54

1        Q   Do you recall whether it was in the morning or
2    the afternoon?
3        A   It could have been between -- what time was
4    that?  10:30.  Afternoon time maybe.
5        Q   Before Gatlin left the police station,
6    correct?
7        A   I believe so, yes.
8        Q   Because she was given her phone back when she
9    left, true?
10       A   Correct.  But that doesn't mean that the
11   computer system was done doing what it does.
12       Q   You believe that the extraction of the Gatlin
13   phone was completed by 5:00 p.m.?
14       A   I would guess, on her phone.
15       Q   I don't want to you guess.  That's your best
16   estimate?
17       A   I would say at this point, then, I don't
18   recall what time it was done.
19       Q   When Lamken told you that it was necessary to
20   get a search warrant for Socha's phone and to issue to
21   AT&T, did she tell you what you were looking for?
22       A   She told me about the text message, we talked
23   about the law which was harassing of jurors or
24   witnesses, and that -- that specific text message.

Page 55

1        Q   Again, you were not looking for photographs,
2    true?
3        A   True.  I was only looking to try to --
4    evidence of the crime.
5        Q   You were not looking for videos?
6        A   I was not, no.
7        Q   And Lamken did not tell you to look for
8    photos, did she?
9        A   Absolutely not, no.
10       Q   And she did not tell you to look for videos,
11   did she?
12       A   No.
13       Q   For purposes of your investigation, there is
14   no need to look for photos, was there?
15       A   No.  I'm looking for a text message.
16       Q   There was no need to look for videos, was
17   there?
18       A   No.
19       Q   When Socha's phone -- I should say it this
20   way.
21       The Gatlin phone extraction was completed
22   before Socha's phone was seized pursuant to the warrant,
23   correct?
24       A   Correct.

16 (Pages 52 to 55)

**EXHIBIT B**

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Edward Grizzle - Taken 7/28/2021

Page 56

1    Q   Do you recall any specific statements that
2  Socha made to you when you told her that you had a
3  warrant to seize her phone other than those that are
4  described in Exhibit 5?
5    A   If you look back in my report, there's some
6  words that she said about me, but I did not put them, I
7  believe, in this memo.
8    Q   You're talking about the report, Exhibit 3,
9  that we looked at earlier?
10   A   I believe so, yeah, whatever that report was,
11  but I'd have to refresh, but she did swear at me a few
12  times, did call me names at that point.
13   Q   Did she say anything to you about the contents
14  of the phone you were seizing?
15   A   The only thing I recall is her saying "This
16  motherfucker is going to look at personal information,"
17  or something along those lines.
18   Q   In addition to -- we're out of the screen
19  share now.
20   A   Yes, we are.
21   Q   In addition to the thumb drive that German
22  gave you after he did the extraction of Socha's phone,
23  you're aware that another thumb drive or flash drive, as
24  they're called, of that same extraction of Socha's phone

Page 57

1  was created and given to then Lieutenant Reid, correct?
2    A   Correct.
3    Q   At whose direction was that done?
4    A   Lieutenant Reid at the time was the lieutenant
5  of internal affairs.  He came to me and said that they
6  were going to be doing an internal investigation and
7  needed a copy of the information, which it is very
8  standard during that time period for the lieutenant or
9  sergeant from internal affairs would want something from
10  a detective or detective sergeant because obviously
11  criminal can't share -- can share with internal but
12  internal can't share with criminal.
13       So at that point, he is the voice of the
14  chief.  If he has an ongoing internal affairs
15  investigation, I would have to give what he requested,
16  but I did confirm that with Deputy Chief Roechner if
17  that was what they wanted done, and he stated yes.
18   Q   When was that flash drive of the Socha phone
19  extraction that was created and given to Reid created?
20   A   I do not recall the -- the date of that at
21  all.
22   Q   Was it before or after you took your late May,
23  early June vacation?
24   A   That, I can't recall.

Page 58

1    Q   Is there anything that would refresh your
2  recollection?
3    A   Not that I have or I would have had, no.
4    Q   Without providing a specific date on which
5  that flash drive was created for and given to Reid, can
6  you estimate when that occurred relative to the -- the
7  time that you got your flash drive of the Socha phone
8  extraction?
9    A   I don't recall, but it was -- I do recall it
10  was after the trial of, you know, Officer Crowley, but I
11  can't tell you, you know, if it was before vacation,
12  after.  I don't know when the internal affairs division
13  was looking into the matter.
14   Q   Do you know who created the flash drive of the
15  Socha phone extraction that was given to Reid?
16   A   I recall it most likely would have been
17  Detective German upon my asking him to.  There were only
18  two people at that time I would have gone to, Sergeant
19  Botzum or Detective German.
20   Q   You would not have gone to McKinney for that,
21  would you?
22   A   I would not have, no.
23   Q   Are you personally aware of any other copies
24  of the Socha phone extraction that were made other than

Page 59

1  the one on your computer, the one on the flash drive
2  that you got, and the one on the flash drive that Reid
3  got?
4    A   I am not personally aware.  I heard, but I
5  have not physically seen any other flash drives other
6  than the one I gave to Reid or Deputy Chief Roechner.
7    Q   What have you heard about other copies being
8  created?
9    A   Other than when I was in Florida, that Deputy
10  Chief Jensen had the information taken off the
11  Cellebrite computer on to a flash drive to, at the time,
12  Sergeant Gavin.
13   Q   Did you learn about that after you got back
14  from your Florida vacation?
15   A   No.  I received a phone call from Detective
16  German when I was in Florida.
17   Q   What exactly did Detective German tell you on
18  that phone call when you were in Florida?
19   A   He advised me that Sergeant Gavin wanted to
20  take the contents of the Socha download off the
21  Cellebrite per orders from Deputy Chief Jensen, and that
22  was the extent of the conversation I had with Detective
23  German.
24   Q   What was your reaction to German when he told

17  (Pages 56 to 59)

**EXHIBIT B**

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Edward Grizzle - Taken 7/28/2021

Page 60

1  you that?
2     A  Why nobody called me.
3     Q  Did you say anything else to German?
4     A  To Detective German, not that I recall, but I
5  did call Detective Gavin.
6     Q  Over the phone?
7     A  Yes.
8     Q  While you were still on vacation?
9     A  Yes.
10    Q  All right.  And in that phone call, what did
11 you say to Gavin and what did Gavin say to you?
12    A  Actually, I do not recall if Detective or
13 Sergeant Gavin called me or I called him, but I did have
14 a conversation with him.
15    Q  A telephone conversation?
16    A  Yes, sir.
17    Q  While you were in Florida?
18    A  Yes.
19    Q  In that telephone conversation, what did Gavin
20 say to you and what did you say to Gavin or vice versa?
21    A  He said there were rumors -- he did not
22 elaborate -- rumors involving Officer Socha's phone, and
23 that Deputy Chief Jensen wanted the contents extracted
24 off the phone, and he was following orders, and I

Page 61

1  believe I left it at that.
2     Q  Was that exchange in any way a heated or
3  contentious exchange?
4     A  It wasn't heated with myself and Sergeant
5  Gavin, no; nothing towards him.
6     Q  How would you characterize the tone of that
7  conversation?
8     A  The tone was, "Hey, this is what I'm ordered
9  to do."  And I had a lot of questions on why I wasn't
10 contacted, not that he could answer that because we are
11 the same rank, and that was pretty much it that I can
12 recall with him.
13    Q  Did you express to Gavin any concern that
14 removing the contents of the Socha phone extraction from
15 the Cellebrite would in any way compromise your
16 investigation of Socha?
17    A  Yes.  I don't know if that was with him or
18 later on with Deputy Chief Roechner, but my concern was
19 first digital evidence is now deleted off the computer
20 and the flash drive doesn't work, we have no evidence of
21 this crime.
22    Q  Okay.  Do you recall how long into your
23 vacation it was that you learned that -- first from
24 German that this was going to occur?

Page 62

1     A  It was almost towards the end of my vacation.
2     Q  Was it your understanding when you left for
3  vacation that the Socha phone extraction was still on
4  the Cellebrite?
5     A  Correct.
6     Q  And then the Lantern?
7     A  Yes, still on the computer systems.
8     Q  And based upon what you learned from German
9  and Gavin in those phone calls, is it your understanding
10 that the Socha phone extraction remained there on the
11 Cellebrite and the Lantern until such time as German
12 carried out the direction from wherever it came to
13 remove it from the Cellebrite and Lantern and load it on
14 to yet another flash drive?
15    A  Correct.
16    Q  Up until that time, then, the Socha phone
17 extraction existed on the Cellebrite and the Lantern,
18 correct?
19    A  Correct.
20    Q  Also on your computer, correct?
21    A  Correct.
22    Q  Also on the flash drive that had been given to
23 you when German did the original extraction of Socha's
24 phone, correct?

Page 63

1     A  Correct.
2     Q  On the flash drive that was made for and given
3  to Reid, correct?
4     A  Correct.
5     Q  And then yet another flash drive was created
6  when German carried out this direction to remove the
7  Socha cell phone extraction from the Cellebrite and
8  Lantern and transfer it on to yet this next flash drive,
9  correct?
10    A  I physically did not see it, but that's what I
11 was told.
12    Q  And then Gavin told you that rumors regarding
13 the Socha cell phone extraction led to his asking German
14 to remove the extraction from the Cellebrite and Lantern
15 and transfer it onto a new flash drive.  Did Gavin tell
16 you what the content of those rumors was?
17    A  I don't recall that.  I just recall he said
18 the rumors, and I just had more questions on why and who
19 asked him to take it off the computer.
20    Q  Did Gavin tell you who had been trafficking in
21 the rumors?
22    A  No.
23    Q  No names were named?
24    A  No, I don't recall hearing any names.

18  (Pages 60 to 63)

**EXHIBIT B**

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Edward Grizzle - Taken 7/28/2021

Page 64

1    Q   Before you went on your vacation, did you
2  learn that Detective McKinney had viewed photographic
3  images from the Socha cell phone extraction on the
4  Cellebrite?
5    A   No, I never heard that.
6    Q   You say "never."  You just now learned that
7  when I mentioned it?
8    A   No, never during that time period.
9    Q   At some point, did you learn that?
10   A   Months after the Inspector General Regis did
11 his investigation, I heard rumors.
12   Q   From who?
13   A   That, I don't recall except for maybe
14 Detective German, "I want to make you aware of this.
15 Have you heard the rumors?"  Other than that, it's like
16 Romper Room with rumors.
17   Q   Did German confirm it was so?
18   A   No.  He said, "This is just a rumor I heard.
19 I wanted to make you aware of it."
20   Q   Has McKinney been disciplined by the Joliet
21 Police Department for having done so?
22   MR. CLARK:  Objection, foundation.
23       You can answer.
24

Page 65

1  BY THE WITNESS:
2    A   I would not know.  I have never heard any
3  rumors.  I would not be part of that procedure.
4    Q   At some point, did you become aware that
5  McKinney, after he himself viewed photographic images
6  from the Socha cell extraction on the Cellebrite, called
7  them to the attention of and showed them to a fellow
8  officer?
9    A   I only heard rumors that he supposedly looked
10 at something through his interview with the inspector
11 general, and that was the extent that I heard.
12   Q   By the time you got back from your vacation,
13 had the Socha cell extraction been removed from the
14 Cellebrite and Lantern?
15   A   That's what I was told, yes.
16   Q   You never had reason to go back and check
17 because you already had the Socha cell extraction on
18 your own computer and on a flash drive, true?
19   A   Yeah, I would have.
20   Q   After the Socha cell extraction was completed
21 and you were given a flash drive containing that
22 extraction and loaded it onto your computer, did you do
23 whatever investigative work you needed to do with that
24 extraction on your own computer?

Page 66

1    A   Yes.  I gave the flash drive to Deputy Chief
2  Roechner, and then I used that, what I put on my
3  computer, so I could go through and look for -- if there
4  was evidence of the crime that was being alleged.
5    Q   Describe for us in sequence each step that you
6  had to take in order to look for the text message that
7  you were searching for on the Socha cell phone
8  extraction.
9    A   I couldn't give you a step by step.  I opened
10 up the file that was contained, I looked.  I did not
11 know exactly where I was going to find things.  I'm not
12 very technology savvy when it all comes to that, so I
13 believe I called Detective German over and said, "Hey,
14 where do I find this information?  I can't determine
15 from here where to find anything."
16   Q   And German was sort of the department's tech
17 expert, true?
18   A   Correct.  Yes.
19   Q   And did you have German do that on the same
20 day that he had completed the Socha cell extraction?
21   A   I don't recall if it was the same day or the
22 next day.
23   Q   It was before you left for vacation?
24   A   It was before.

Page 67

1    Q   And did German take you right to the text
2  message you were looking for?
3    A   I believe so, yes.  Well, not to the text
4  message but to the screen that you'd click where the
5  text messages are, and then you have to go through
6  almost 9,000 pages.  You can't just individually pick
7  what you're looking for.  You have to go and find the
8  phone number you're looking for.
9    Q   And when you were doing that, looking for that
10 text messages -- text message, you did not click on any
11 icons that showed a camera, did you?
12   A   No.
13   Q   You did not click on any icons that showed
14 a -- an icon of a film clip, did you?
15   A   No.
16   Q   As you -- as you looked for the text message
17 in the field that German had opened for you --
18   A   Yes.
19   Q   -- what exactly were you clicking on?
20   A   So basically he showed me where to go.  So at
21 the beginning, I opened, I looked, there's icons of
22 other stuff, that's not what I'm looking for.  I need to
23 find the text messages.  He did his magic, clicked on
24 it, and then a screen popped up with all the text

19  (Pages 64 to 67)

**EXHIBIT B**

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Edward Grizzle - Taken 7/28/2021

Page 68

1    messages that she has on her phone.
2        Q   And in that field that German opened up for
3    you consisted of all and only text messages, correct?
4        A   Yeah.  Any, you know -- just text messages.
5        Q   Okay.  No photographs, true?
6        A   In there when you're scrolling through, you
7    know, people's text messages -- people have, I don't
8    know, I'm probably saying it wrong, but GIFs or gaffes
9    [sic] or, you know, things like that that people
10   attached their text messages.  You know, that's
11   obviously, you know, all, you know, that's there.
12       Q   There's only photos that were attached to text
13   messages, correct?
14       A   Correct.
15       Q   Because that's all you needed to look at or
16   for was a particular text message, correct?
17       A   What I was looking for in the beginning, so I
18   would just, you know, scroll like you're doing with your
19   screenshots, looking for Maria Gatlin's phone number,
20   which -- so I would just go through, keep going, once I
21   found Maria Gatlin's, that was it.  And it took a while.
22       Q   When you interviewed Gatlin, she told you that
23   there was just this one text that she, Gatlin, was
24   concerned about, correct?

Page 69

1        A   Correct.
2        Q   You were just looking for one text message,
3    correct?
4        A   Correct.
5        Q   And Gatlin told you when you interviewed her
6    the date and approximate time on which it was sent to
7    her?
8        A   Correct.
9            You can't search the system on date or time.
10   You can only on that -- for her phone number going
11   through the text messages.
12       Q   When you were searching the Socha cell
13   extraction, how many different times did the Gatlin
14   phone number appear within this universe of text
15   messages that German had called up for you?
16       A   So the way it would go, it was in blocks.  So
17   it would be everything from this one phone number,
18   everything from that one phone number.  So when I got to
19   this block, it had text messages of Maria Gatlin and
20   Cassandra previously, and then it had that message, you
21   know, right there which was -- appeared to be the last
22   message sent to Ms. Gatlin.
23       Q   In that process, approximately how many text
24   messages were in this subset of those from Socha to

Page 70

1    Gatlin?
2        A   I do not recall.  I just kept going.  I
3    couldn't even -- I couldn't tell you that without
4    looking at the -- the phone.
5        Q   Can you give an estimate?  Was it a dozen?  A
6    hundred?
7        A   I couldn't give you an estimate.  I went
8    through, saw my text message and what I was looking for.
9        Q   How long did it take you to locate the single
10   text message from Socha to Gatlin that was the subject
11   of this investigation?
12       A   I couldn't give you an exact time, but it did
13   take me some time.
14       Q   Give me your best estimate.
15       A   I would say it took an hour.  Because in
16   between there, I'm answering phone calls, you know,
17   doing other stuff.
18       Q   With your undivided attention, it probably
19   would have taken you something less than a full hour,
20   true?
21       A   Correct, yes.
22       Q   Before serving the warrant on Socha and
23   seizing her phone, did you ask her to show you the text
24   message she had sent to Gatlin?

Page 71

1        A   No.
2        Q   Before serving the search warrant and seizing
3    her phone, did you tell her that that was what you were
4    looking for on her phone?
5        A   Before serving the search warrant, you mean
6    days before?  Hours before?
7        Q   Fair.
8            Any time before you served the warrant on
9    Socha and seized her phone, did you tell her that you
10   were looking for a particular text message from her to
11   Maria Gatlin?
12       A   Not before grabbing somebody's cell.  And
13   people have deleted that information from us before we
14   actually have been able to seize up the search warrant.
15   So I would not tell anybody that if it's still a
16   criminal investigation so they could reset and delete
17   stuff from their phone.
18       Q   Okay.  After you -- after you seized the phone
19   and had physical possession of it, did you tell Socha
20   that you were looking for this particular text message
21   that she had transmitted to Gatlin?
22       A   Once the phone was put on airplane mode so she
23   cannot have any chance to delete it, I told her I was
24   looking for information that she sent to Ms. Gatlin.

20  (Pages 68 to 71)

**EXHIBIT B**

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Edward Grizzle - Taken 7/28/2021

Page 72

1    But she was very upset, so there wasn't much conversing
2    I was going to be able to have with her.
3        Q   When did that occur?  In that same -- in the
4    room with Brown right after you seized the phone?
5        A   Correct.  Everything, you know, occurred in
6    that room with Lieutenant Brown and Officer Socha.
7        Q   Is there a reason, Sergeant, that fact that
8    you told Socha after you seized her phone what you were
9    looking for is not described in your report or in your
10   memo for the chief and to the deputy chief?
11       A   Like I said previously, the memo is just a
12   synopsis, and my report isn't completely done yet.  It's
13   an ongoing criminal investigation.  So there are still
14   things -- you know, like my report could be added of the
15   derogatory comments she made about me and things of such
16   that nature as well.
17       Q   It's over three years since these events
18   occurred, true?
19       A   Yeah, that be about right, sir.
20       Q   After you had physical possession of the
21   phone --
22       A   Yes, sir.
23       Q   -- did you ask Socha whether she would show
24   you the text message?

Page 73

1        A   The way she was acting towards me, she was
2    very upset and very hostile towards me.  There wouldn't
3    have -- not have been a good opportunity to ask her
4    that.  She had to be ordered to be calmed down by
5    Lieutenant Brown.
6        Q   So the answer to my question is no, you didn't
7    ask her to simply show you the text message, correct?
8        A   Correct.
9        Q   Did you ask Socha after you had the phone
10   whether she had sent that text message?
11       A   Again, she would not talk.  She would just
12   swear at me.  So I was not asking her any more
13   questions.  To calm the situation down, I took the phone
14   and let Lieutenant Brown deal with her in the office
15   where she probably rightfully so needed to calm down.
16       Q   Is that a "no" in answer to the question I
17   asked?
18       A   Correct.
19       Q   Did you show -- after you had possession of
20   Socha's phone, did you show her the screenshots of the
21   same text message that you obtained from Gatlin and
22   asked Socha whether, in fact, she had transmitted that
23   text message to Gatlin?
24       A   I think at this point you'd realize -- you

Page 74

1    would know I would have to sit down and read her her
2    rights because she is the scope of the investigation.
3    Mine was to get the search warrant.  It was not at the
4    point to sit down with her and sit here and read her
5    rights.  I'm not going to continue on further, question
6    her, and show her and talk about things without doing
7    that.  And we were not at that point in that
8    investigation.
9        Q   So the answer to my question is no?
10       A   Correct.  Yes, sir.
11       Q   I'm going to do another quick screen share
12   here.
13       A   All right.
14       Q   Directing your attention to Page 19 of
15   Exhibit 1, the transcript recording at Lines 8 through
16   13.
17       A   Which page, sir?
18       Q   At Page 19.
19       A   Okay.
20       Q   Lines 8 through 13.
21       A   Yes.
22       Q   Why would there have been a write-up and
23   internal complaint by you against anyone who had seen
24   pictures of digital images of Socha from the extraction

Page 75

1    from her cell phone?
2        A   Well, Inspector Regis's interview was based
3    upon rumors and things being transmitted and people not
4    doing something appropriately.  So that was a line of
5    scope of questioning.
6            Let's say I found out that somebody who does
7    not have authorization to the Cellebrite computer or
8    authorization to anything, you know, say my computer,
9    which would only be me, but anybody who did not have
10   authorization beyond that Cellebrite computer, of course
11   I would have to look into that as a supervisor.  Why are
12   you on the system unless you're a trained Cellebrite
13   person or being trained on it?
14       Q   Have you discussed this lawsuit with now
15   Deputy Chief Brown?
16       A   Did I discuss the lawsuit with Deputy Chief
17   Brown?
18       Q   Yes, sir.
19       A   Yes.
20       Q   When?
21       A   When the lawsuit first came out, you can only
22   imagine, because it was put out through the paper, of
23   how many people were calling and asking what's going on
24   with the lawsuit.  So, you know, at the time, I believe

                                    21  (Pages 72 to 75)

**EXHIBIT B**

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Edward Grizzle - Taken 7/28/2021

Page 76

1    it was Lieutenant Brown.  He was like, "Hey, I hear
2    there's a lawsuit."
3            I said, "Yeah.  I just learned about it in the
4    Joliet Patch like everybody else."
5        Q   Do you recall any of the additional contents
6    of your conversation with Brown about the lawsuit?
7        A   Well, just maybe throughout the time any
8    statuses, you know, what -- that I've heard and then any
9    of the rumors that continue that keep circulating around
10   the department.  Like I said, it's like a kindergarten
11   class.
12       Q   Have you discussed the lawsuit with now former
13   Chief Roechner?
14       A   During the time period when he was chief, yes,
15   I'd have to give him if there were any statuses of, you
16   know, the lawsuit.
17       Q   Have you discussed with Brown any aspect of
18   his deposition in this case?
19       A   Brown's deposition?  No.  I was aware that he
20   had the deposition.  I haven't had direct talks with him
21   about his deposition.
22       Q   Have you discussed with Roechner his
23   deposition?
24       A   No, I have not.

Page 77

1        Q   Have you discussed this case with now I think
2    it's Deputy Chief Matlock?
3        A   Other than when Deputy Chief Matlock called me
4    a couple months ago before the depositions, he asked me
5    if -- on behalf of Sabrina Spano of the Joliet
6    corporation counsel if I knew where the evidence was in
7    this case.  And I advised him you'll have to take that
8    up with -- she should know where it's at.  And I also
9    said that "I believe I'm hearing rumors you might be
10   deposed as well, so I don't think it's a conversation me
11   and you should be having," or you -- "This needs to go
12   through either Tressler's law firm or my law firm."  And
13   that was about it.  And on speakerphone, actually, I
14   heard it was Deputy Chief Brown in the background.
15       Q   When was that conversation?
16       A   It was about two months ago or so.  I would
17   say right around the time, maybe before or after the
18   Patch put out depositions.  I couldn't give you the time
19   for it.
20       Q   In that conversation, did Dave Jackson's name
21   come up?
22       A   Not during that point, no.
23       Q   Have you had any conversations with Brown or
24   Matlock in which Jackson's name came up?

Page 78

1        A   We've had conversations, myself and Lieutenant
2    Brown -- or Deputy Chief Brown, that Detective Jackson
3    has multiple lawsuits against the City.  The rumor is
4    that he is saying stuff regarding myself and Deputy
5    Chief Brown.
6        Q   How did you learn about those -- what you
7    would characterize as rumors?
8        A   Just you'd hear people when you're walking.
9    I -- my office is not at the police department.  I'm not
10   at this office.  So when you go in there, you hear
11   people talking.  You know, just people in the common
12   areas.  I mean, every time there's a new article posted
13   in the paper, the Patch, you can only imagine, you know,
14   people are talking about it all the time.
15       Q   Have you discussed this lawsuit with Gavin?
16       A   No.  I have only spoken to former Deputy Chief
17   Gavin -- it was one time when he was here.  He did
18   mention to me that he heard from the -- he heard the
19   rumors about Dave Jackson.  And I said, "Yeah, there's
20   rumors floating around."  And that was pretty much it.
21   I haven't talked to him about it at all.
22       Q   When you spoke with Matlock --
23       A   Yes.
24       Q   -- did Matlock tell you that he and Jackson

Page 79

1    actually met with Nick Crowley to share with Crowley
2    their concerns about the handling of the extraction of
3    Socha's cell phone?
4        A   I have never had that conversation, but I
5    heard rumors that the Black Police Officers Association,
6    which I believe they're the president and vice
7    president, had met with Officer Crowley.  But, again,
8    that was just rumors.  I never bothered to ask them.
9        MR. CLARK:  Hey, Hall, I don't want to interrupt
10   your line of questioning, but if there's a good time for
11   a break coming up, I don't know if now is it or --
12       MR. ADAMS:  Let's do it now.  I have no problem
13   with this.
14       MR. CLARK:  Okay.  Any best guess about time
15   estimate?
16       MR. ADAMS:  Maybe a half hour, if that.
17       MR. CLARK:  Okay.  All right.  Great.  Just take
18   five, ten minutes?
19       MR. ADAMS:  Sure.
20            (A break was had.)
21            (Grizzle Exhibit 6 marked.)
22   BY MR. ADAMS:
23       Q   Can you hear me, Sergeant Grizzle?
24       A   Yes.

22  (Pages 76 to 79)

**EXHIBIT B**

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Edward Grizzle - Taken 7/28/2021

Page 80

1    Q   Can you see the document that is up on the
2  screen?
3    A   Yes.
4    Q   And I trust that when we stop screen sharing,
5  I'll be able to reemerge, not that it's any loss to the
6  process is you cannot see my face.
7        We're calling this Exhibit 6, this CITY00211.
8    A   Yes.
9    Q   Is this a document that you've seen before?
10   A   Yes.
11   Q   And it's a document that you authored and sent
12 to then Chief Roechner on the date shown?
13   A   Correct.
14   Q   It references attaching reports regarding the
15 Socha investigation, correct?
16   A   Yes.
17   Q   And the pages that follow, the way they were
18 produced to us, are CITY 212 and 213, the same as
19 Exhibit 3 that we saw before, correct?
20   A   Yes, sir.
21   Q   When you sent Exhibit 6, the 27 September,
22 2018, memo to Roechner, were there any attachments or
23 enclosures other than what we've already marked as
24 Exhibit 3?

Page 81

1    A   No, nothing was sent other than that memo,
2  none of that was sent to him.  It only was the memo that
3  was sent to him, and that was upon his request.
4    Q   So I'm just going to ask:  Why did you send
5  this in late September 2018?
6    A   Chief Roechner asked.  He said "Hey, is it" --
7  pretty much had the conversation, you know what, the
8  original memo I sent to Chief Benton, that Lantern
9  extraction, was not done.  I didn't put it on the
10 original memo.  He said, "Send me another memo stating
11 that that wasn't completed until the next day."  And
12 that's what I did.
13   Q   So this Exhibit 6 is in the nature of an
14 addendum to what we previously called I think Exhibit 4,
15 the 18 May 2018, memo to Benton and Roechner, correct?
16   A   Yes, sir.
17   Q   Are there any other addenda to the 18 May
18 2018, memo?
19   A   No, sir.
20   Q   Was the flash drive that German -- the flash
21 drive of the Socha phone from extraction from the
22 Cellebrite that German created at the request of Gavin
23 entered into evidence?
24   A   I have no knowledge of what occurred or

Page 82

1  happened with that.
2    Q   And was the flash drive of the Socha phone
3  extraction that was made for and given to Reid entered
4  into evidence?
5    A   I do not know how internal affairs handles
6  their -- what they do.
7    Q   Does the flash drive that was created and
8  given to you at the time of the initial extraction of
9  the Socha phone entered into evidence?
10   A   No.
11   Q   Did Roechner have at any time a copy of the
12 Socha cell phone extraction on his desktop computer at
13 the police department?
14   A   I would have no knowledge of that.
15   Q   Did Roechner have a copy of the cell phone
16 extraction from the -- from Socha's phone on any
17 personal or Joliet Police Department issued cell phone?
18   A   I would have no knowledge of that.
19   Q   Did he have a copy of the Socha cell phone
20 extraction on any computer device that he had any
21 control or -- over or access to?
22   A   I would have no knowledge of that.
23   Q   Were any of the various copies of the Socha
24 cell phone extraction that were made by the Joliet

Page 83

1  Police Department entered into evidence in accordance
2  with General Order 16-1?
3    A   Are you specifically talking about what was
4  given to me that I gave to Lieutenant Reid and Chief
5  Roechner?  Because that would be the only thing I would
6  have knowledge of.
7    Q   Any of those copies.
8    A   They were put into the Investigations Division
9  safe, which is referred to -- also has a general order,
10 talks about records of sensitive cases and all cases
11 involving -- all cases involving a sensitive nature and
12 officers are then kept in the Investigations' safe,
13 which only the deputy chief would have access to.
14   Q   Pursuant to what general order?
15   A   It was a general order.  I believe it might be
16 under 10-6, which is criminal investigation operations
17 and administration.
18   Q   That's a different general order than what we
19 looked at earlier, 16-1 -- 16-1 rather.  You're
20 referring to a different general order?
21   A   Correct.
22   Q   Was that general order to which you're
23 referring, which you believe is 10-6, in existence in
24 May, June, July, and August of 2018?

Royal Reporting Services, Inc.
312.361.8851

**EXHIBIT B**

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Edward Grizzle - Taken 7/28/2021

Page 84

1    A  Yes.
2    Q  Was there any separate general order of which
3  you're aware in effect relating to the manner in which
4  internal affairs handled evidence?
5    A  I am not aware of or have knowledge or
6  anything with internal affairs operations or general
7  orders regarding what they do.
8    Q  Have you ever heard any Joliet officer make or
9  repeat the statement, quote, "Now I know why Crowley is
10  with her.  She sucks dick like a porn star," close
11  quote, in reference to Officer Socha?
12    A  No, I have never heard anybody say that to me.
13    Q  Have you ever heard any rumors to the effect
14  that that statement was made by some other Joliet Police
15  Department officer?
16    A  That particular rumor, no.
17    Q  Have you have ever heard any Joliet police
18  officer make any statements about the appearance of
19  Officer Socha in nude photos or videos including videos
20  depicting her engaged in sexual activity that were
21  extracted from her cell phone after it was seized by
22  you?
23    A  No.
24    Q  Have you ever heard rumors that such comments

Page 85

1  were made by Joliet officers?
2    A  I heard rumors, yes.
3    Q  From whom did you hear those rumors?
4    A  I said I couldn't tell you who.  You walk into
5  the station, people are talking about things, but
6  usually people get quiet when they see me in the room.
7    Q  In the May and June 2018 time frame, were
8  there any female detectives working in the
9  Investigations Division?
10    A  Not that I recall, no.
11    Q  Were there any -- during the same time
12  frame -- any women who were not sworn officers working
13  in the Investigations Division?
14    A  Yes.  We have two female secretaries.
15    Q  And what are the names of those two women?
16    A  Kimberly Anderson and Gloria Coyl.
17    Q  Where do they -- back at that time, I should
18  say, where did they sit in reference to where the rest
19  of the detectives sat and worked?
20    A  Gloria sits up in front to the main entrance
21  of the door away from the main detective body.  She
22  can't even see the -- the detectives from where she
23  sits.  Kimberly Anderson is in a room -- separate room
24  with, again, the intelligence room separate from all the

Page 86

1  other detectives.
2    Q  Was that true back then, too?
3    A  Yeah.  It's been true since the building
4  opened.
5    Q  Have you ever served with Officer Socha?
6    A  Served -- I did make her one of my instructors
7  in combatives and use of force, yes.
8    Q  When was that?
9    A  Maybe 2016.
10    Q  Have you ever had occasion to perform a
11  performance evaluation or report of Officer Socha?
12    A  No.
13    Q  You didn't have an opinion of Officer Socha's
14  capabilities and performance as a police officer?
15    A  As a police officer, no.  But as one of my
16  instructors, she was a very good young officer learning
17  a lot of things and was very helpful during an
18  in-service training class that we have.
19    Q  And the reason you don't have any opinions of
20  her as an officer is you have not had an opportunity to
21  observe her?
22    A  Correct.  I've never supervised her in patrol.
23    Q  How long have you been with the department?
24    A  21 years.

Page 87

1    Q  Is it the only police agency with which you
2  served?
3    A  I worked at the Cook County Jail, and then I
4  worked for the Illinois Department of Corrections.
5    Q  And before starting with the Joliet
6  department?
7    A  Yes, before, correct.
8    Q  How long have you been in Investigations?
9    A  I believe I was a -- at first, I was a
10  detective for about four years, got promoted to
11  sergeant, and then I went back up to Investigations
12  around the time of 2014, to currently I'm still assigned
13  to the Joliet Investigations Division.
14    Q  So a total of eight years give or take in
15  Investigations?
16    A  Correct.
17    Q  How long have you been -- let me -- I suppose
18  I should establish this.
19        For some period you have been a detective in
20  the Investigations department.  Are you normally
21  detailed to investigations involving other Joliet
22  officers?
23    A  Can you reask that again?  I'm not following
24  you.

24  (Pages 84 to 87)

Royal Reporting Services, Inc.
312.361.8851

**EXHIBIT B**

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Edward Grizzle - Taken 7/28/2021

Page 88

1      Q    Sure.
2          In this particular -- you were involved, in
3  the way we described it earlier, the departments, the
4  investigation of -- of Crowley and the investigation of
5  Socha.  Are you the -- are you the guy in the
6  Investigations Division who handles investigations of
7  other Joliet officers when they take place?
8      A    Currently, now, no, but before that, all
9  detective sergeants, there's -- would all get assigned
10 cases involving officers.
11     Q    Is there a particular reason that you were
12 assigned to be the lead on the Socha investigation?  I
13 appreciate that Lamken called you because you had just
14 worked together on the Crowley matter and you knew who
15 Gatlin was and so forth.  Is there, that aside, any
16 other particular reason that you led the Socha
17 investigation?
18     MR. CLARK:  Objection, speculation.
19         But if you know.
20 BY THE WITNESS:
21     A    Yeah, I couldn't answer that.  I couldn't
22 answer why the supervisors picked me.
23     Q    Did someone in the division specifically
24 detail you to lead that Socha investigation, or did you

Page 89

1  just take the ball and run with it after Lamken called
2  you?
3      A    After I talked to the Appellate Prosecutor
4  Lamken, the next day I spoke with Chief Benton, and
5  Chief Benton was the one who directed, "Okay.  Well, if
6  that's what she wants you to do, obtain the search
7  warrant, that's what you need to do, and then Chief
8  Roechner did as well.  So it was two command staff
9  personnel, the chief and deputy chief.
10     Q    Did it come up in those discussions that
11 because you had been involved in the Crowley
12 investigation, that you ought not lead the Socha
13 investigation?
14     A    I never had any discussion with anybody from
15 that command staff regarding that.
16     Q    What's your highest level of formal education?
17     A    Some college.
18     MR. ADAMS:  Those are all the questions I have.
19 Thanks.
20     THE WITNESS:  Thank you, sir.
21     MS. PROCTOR:  I guess I'm next.  Hi.  Let me just
22 first ask the witness, are you okay?  I have a handful
23 of questions.  Are you okay to move forward or do you
24 need a break?  You tell us.

Page 90

1      THE WITNESS:  I'm good to go, ma'am.  I'm ready.
2      MS. PROCTOR:  Okay.  Thank you.
3          EXAMINATION
4  BY MS. PROCTOR:
5      Q    As a detective, Detective [sic] Grizzle, would
6  you agree that you follow the evidence trail in your
7  investigations?
8      A    Yes.
9      Q    Would you also agree that you go where the
10 evidence leads you?
11     A    Yes.
12     Q    In the case of -- Well, let me ask you this:
13 Is it your understanding that the Cellebrite extracted
14 the entire contents of Officer Socha's cell phone?
15     A    Yes.
16     Q    And would you agree that text messages,
17 photographs, and videos, that all of this data from
18 Cassandra Socha's cell phone was within the scope of the
19 search warrant issued by Judge Jones?
20     A    Yes.
21     Q    Is it -- just asking in general, is it
22 possible for a person with a cell phone to save an image
23 of a text message in a photographic file on a cell
24 phone?

Page 91

1      A    Yes.
2      Q    And would you agree that a screenshot of a
3  text message is an image?
4      A    Correct, yes.
5      Q    In fact, would you agree that Cassandra Socha
6  could have saved an image of the text message in
7  question in her photo file on her cell phone?
8      A    Correct.  Yes.
9      Q    Would you also agree that had you not found
10 the text message in question in the text message file
11 extraction from Officer Socha's cell phone, that the
12 next step in your investigation could involve the search
13 of photographs to locate the image of the text message
14 in question?
15     A    Yes.
16     Q    Again, you go where the evidence leads you,
17 correct?
18     A    Correct.  Yes.
19     Q    All right.  And, again, had you not found the
20 text message in question in her cell phone, would it
21 be -- would a logical place to look next would be in her
22 photo file for the reasons you just told us?
23     A    Yes, absolutely.
24     Q    All right.  And last question.  Would you

Royal Reporting Services, Inc.
312.361.8851

**EXHIBIT B**

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Edward Grizzle - Taken 7/28/2021

Page 92

1    agree that your investigation, depending on what you
2    found, could have led you to video evidence on
3    Cassandra's cell phone pertinent to your investigation
4    of Officer Socha for witness harassment?
5        **A**  Yes.
6        MR. ADAMS:  Lack of foundation, calls for
7    speculation.
8    BY MS. PROCTOR:
9        **Q**   I understand that that's not what happened
10   here, but that certainly is within the realm of
11   possibility in the course of your investigation and
12   search of the contents of Officer Socha's cell phone,
13   correct?
14       **A**   Correct.  Yes.
15       MS. PROCTOR:  That's all I have.  Thank you.
16       THE WITNESS:  You're welcome.
17       MR. CLARK:  I don't have any questions, Hall.  Do
18   you have any follow-up?
19       MR. ADAMS:  I don't.  What do you want to do about
20   signature?
21       MR. CLARK:  We'll reserve signature.
22           (Witness excused, 12:43 p.m.)
23
24

26  (Page 92)

Royal Reporting Services, Inc.
312.361.8851

**EXHIBIT B**

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Edward Grizzle - Taken 7/28/2021

Page 93

```
 1            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                      EASTERN DIVISION

 3   CASSANDRA SOCHA,              )
                                   )
 4              Plaintiff,         )
                                   )
 5        vs.                      ) No. 18 CV 05681
                                   )
 6   CITY OF JOLIET, a municipal   )
     corporation, EDWARD GRIZZLE,  )
 7   JOHN DOES 1-20,               )
                                   )
 8              Defendants.        )

 9            I, SERGEANT EDWARD GRIZZLE, state that I have

10   read the foregoing transcript of the testimony given by

11   me at my deposition on July 28, 2021, and that said

12   transcript constitutes a true and correct record of the

13   testimony given by me at the said deposition except as I

14   have so indicated on the errata sheets provided herein.

15

16

17                           _____
                             SERGEANT EDWARD GRIZZLE

18

     SUBSCRIBED AND SWORN to
19   before me this _____ day
     of _____, 2021.
20

21   _____
          NOTARY PUBLIC
22

23

24
```

**EXHIBIT B**

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Edward Grizzle - Taken 7/28/2021

Page 94

```
 1   UNITED STATES OF AMERICA        )
     NORTHERN DISTRICT OF ILLINOIS   )
 2   EASTERN DIVISION                )   SS:
     STATE OF ILLINOIS               )
 3   COUNTY OF COOK                  )

 4

 5            I, NICOLE MARIE DeBARTOLO, Illinois Certified

 6   Shorthand Reporter and Registered Professional Reporter,

 7   do hereby certify that SERGEANT EDWARD GRIZZLE was first

 8   duly sworn by me to testify to the whole truth and that

 9   the above deposition was taken via Zoom, reported

10   stenographically by me, and reduced to typewriting under

11   my personal direction.

12            I further certify that the said deposition was

13   taken at the time and place specified and that the

14   taking of said deposition commenced on July 28, 2021, at

15   9:32 a.m.

16            I further certify that I am not a relative or

17   employee or attorney or counsel of any of the parties,

18   nor a relative or employee of such attorney or counsel,

19   nor financially interested directly or indirectly in

20   this action.

21            The signature of the witness, SERGEANT EDWARD

22   GRIZZLE, was reserved by agreement of counsel.

23

24
```

**EXHIBIT B**

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Edward Grizzle - Taken 7/28/2021

Page 95

1           Witness my signature as a Certified Shorthand

2     Reporter in the State of Illinois, on August 20th, 2021.

3

4

5

6

7

8

9                    NICOLE MARIE DeBARTOLO, CSR, RPR
                     161 North Clark Street
10                   Suite 3050
                     Chicago, Illinois  60601
11                   Phone:  312.361.8851

12

13
      CSR No.  084-004127
14

15

16

17

18

19

20

21

22

23

24

Royal Reporting Services, Inc.
312.361.8851

**EXHIBIT B**

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Edward Grizzle - Taken 7/28/2021

Page 96

**A**

**a.m** 1:18 34:1 94:15
**able** 35:1 71:14 72:2 80:5
**absence** 23:17 24:4
**absolutely** 55:9 91:23
**acceptable** 43:14
**access** 39:3 82:21 83:13
**accommodate** 10:24
**account** 17:12
**accurate** 11:6,11 12:10 51:5,9
**accuses** 47:14,20
**accustomed** 5:23
**acquitted** 29:20
**acting** 44:6 73:1
**action** 24:7,12 24:15 94:20
**activity** 84:20
**Adams** 2:2,2,21 3:4 4:8,11 7:5 7:11,13,15,18 7:19 9:4,7 10:1 10:17,21 13:10 19:23 20:3,8 20:11 24:16,18 25:18 40:8 41:6 44:13 45:2,8,14,18 45:23 50:6,11 50:14 79:12,16 79:19,22 89:18 92:6,19
**add** 30:21 39:1,6 39:20 40:3 46:15
**added** 31:2,8

40:16,23 41:9 72:14
**addenda** 81:17
**addendum** 81:14
**addition** 56:18 56:21
**additional** 48:10 49:10 76:5
**additions** 41:14
**address** 23:9
**administration** 83:17
**advice** 5:21
**advised** 59:19 77:7
**affairs** 57:5,9,14 58:12 82:5 84:4,6
**afternoon** 54:2,4
**agency** 87:1
**ago** 11:15 12:14 46:24 77:4,16
**agree** 90:6,9,16 91:2,5,9 92:1
**agreement** 94:22
**ahold** 43:13
**airplane** 71:22
**alleged** 66:4
**alleging** 34:9
**AMERICA** 94:1
**and/or** 24:2 50:22
**Anderson** 85:16 85:23
**announced** 16:13
**announcement** 16:1
**answer** 10:23 12:7,9,21 24:23 35:5 40:10 41:6 43:1 52:1

61:10 64:23 73:6,16 74:9 88:21,22
**answering** 70:16
**answers** 11:8 13:1
**anybody** 24:14 26:22 71:15 75:9 84:12 89:14
**anyplace** 51:19
**apart** 35:11
**appear** 24:23 69:14
**appearance** 84:18
**APPEARAN...** 2:1
**appeared** 69:21
**appellate** 14:11 15:16 17:15,17 27:23 28:17 37:17 38:12 39:12 43:6 46:13 89:3
**application** 37:1 37:7 38:3 42:22 43:20 44:18 47:9
**appreciate** 10:4 10:6 26:24 35:4,5 39:23 88:13
**appreciated** 10:20
**appreciating** 40:2
**approach** 42:21 44:18
**approached** 49:15
**appropriately** 75:4
**approval** 46:14
**approve** 22:3

37:9
**approved** 22:21
**approximate** 69:6
**approximately** 33:24 69:23
**area** 23:12
**areas** 78:12
**arrest** 27:8,22 29:9
**arrested** 13:24 27:4
**article** 78:12
**aside** 48:9 88:15
**asked** 11:7 35:6 43:18 63:19 73:17,22 77:4 81:6
**asking** 35:13 48:12 58:17 63:13 73:12 75:23 90:21
**aspect** 19:3 76:17
**assign** 23:20
**assigned** 23:16 23:20 26:8,23 27:12 87:12 88:9,12
**Association** 79:5
**assume** 22:20
**AT&T** 54:21
**ATKUS** 2:13
**attached** 68:10 68:12
**attaching** 80:14
**attachments** 80:22
**attempted** 51:5
**attend** 14:9 15:13 19:15
**attention** 65:7 70:18 74:14
**attorney** 94:17 94:18

**attorney's** 14:3 43:10
**audio** 27:8
**audio-video** 14:5
**August** 20:22 83:24 95:2
**authored** 80:11
**authorization** 75:7,8,10
**authorized** 22:21
**aware** 5:18 56:23 58:23 59:4 64:14,19 65:4 76:19 84:3,5

**B**

**back** 10:23 21:23 24:11 26:24 30:21 31:6 32:9 40:3 43:3 45:11 51:16 53:18 54:8 56:5 59:13 65:12,16 85:17 86:2 87:11
**background** 77:14
**ball** 89:1
**based** 12:16 13:5 39:21,21 62:8 75:2
**basic** 21:7
**basically** 67:20
**basis** 44:17 51:22
**Bates** 25:20 47:7
**bathroom** 45:7
**Batis** 19:10,15 22:2
**Batis's** 19:11
**bear** 6:17 45:2

**EXHIBIT B**

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Edward Grizzle - Taken 7/28/2021

Page 97

**bears** 47:7
**began** 23:22
  27:23
**beginning** 30:12
  32:14 67:21
  68:17
**begins** 47:13,19
**behalf** 2:6,11,17
  77:5
**believe** 8:24
  12:4,7,17 13:1
  13:6 23:5
  28:19 37:22,23
  42:10,10,14
  49:1 50:24
  51:11 52:23
  54:7,12 56:7
  56:10 61:1
  66:13 67:3
  75:24 77:9
  79:6 83:15,23
  87:9
**benefit** 25:19
**Benton** 18:6,10
  18:14 19:14
  37:23,23 43:4
  50:8,22 51:1
  53:14 81:8,15
  89:4,5
**best** 54:15 70:14
  79:14
**better** 7:13
**beyond** 75:10
**bit** 32:13
**Black** 79:5
**block** 23:1 28:10
  69:19
**blocks** 69:16
**body** 30:9 85:21
**boss** 19:9
**bothered** 79:8
**bottom** 20:12
**Botzum** 58:19
**box** 20:5
**boxes** 32:21

**break** 45:7,10
  45:13 79:11,20
  89:24
**brief** 17:20
  32:13
**bring** 10:23
**Brown** 72:4,6
  73:5,14 75:15
  75:17 76:1,6
  76:17 77:14,23
  78:2,2,5
**Brown's** 76:19
**building** 86:3

―――――――
**C**
**call** 6:17 7:7,18
  20:8 24:14
  25:13 29:19
  30:2 40:21
  43:6 45:18
  50:11 56:12
  59:15,18 60:5
  60:10
**called** 1:11 4:4
  22:14 31:11
  33:9 34:24
  41:23 53:16
  56:24 60:2,13
  60:13 65:6
  66:13 69:15
  77:3 81:14
  88:13 89:1
**calling** 11:4
  75:23 80:7
**calls** 22:9 70:16
  92:6
**calm** 73:13,15
**calmed** 73:4
**camera** 67:11
**capabilities**
  86:14
**career** 25:6
**Carlson** 37:2,4,7
  37:20 38:4,15
  41:2,11 42:20

43:5,17,21
  44:2,5,7,8,21
  45:1 46:12
  47:24 49:15
**carried** 62:12
  63:6
**case** 5:14 9:3,8
  13:20 19:4
  23:21 24:15
  25:14 26:17,23
  27:10,17 30:2
  38:2,13 39:1,2
  39:16 40:18
  41:18,24 76:18
  77:1,7 90:12
**caseload** 23:20
**cases** 23:16,18
  23:19,20 44:23
  83:10,10,11
  88:10
**Cassandra** 1:3
  2:20 4:12
  47:13,20 49:17
  49:19 69:20
  90:18 91:5
  93:3
**Cassandra's**
  92:3
**cell** 33:10 63:7
  63:13 64:3
  65:6,13,17,20
  66:7,20 69:12
  71:12 75:1
  79:3 82:12,15
  82:17,19,24
  84:21 90:14,18
  90:22,23 91:7
  91:11,20 92:3
  92:12
**Cellebrite** 34:24
  35:3,14,17
  42:16 59:11,21
  61:15 62:4,11
  62:13,17 63:7
  63:14 64:4

65:6,14 75:7
  75:10,12 81:22
  90:13
**certain** 44:22
**certainly** 31:21
  92:10
**Certified** 1:15
  94:5 95:1
**certify** 94:7,12
  94:16
**cetera** 40:3
**chambers** 37:18
**chance** 9:24
  71:23
**change** 40:3
**characterizati...**
  27:14,18 29:11
  29:15,17
**characterize**
  13:21 26:14,16
  29:1,5 61:6
  78:7
**check** 65:16
**Chicago** 2:4,9
  95:10
**chief** 18:6,10,14
  18:18 19:2
  37:22,23 43:4
  43:4 44:3,4,6
  50:8,9,24 51:4
  51:5,17 53:1,2
  53:10,13 57:14
  57:16 59:6,10
  59:21 60:23
  61:18 66:1
  72:10,10 75:15
  75:16 76:13,14
  77:2,3,14 78:2
  78:5,16 80:12
  81:6,8 83:4,13
  89:4,5,7,9,9
**Chris** 4:21 11:9
**circulating** 76:9
**cite** 51:13
**city** 1:6 2:11

23:10 25:12,12
  25:20 45:19,19
  47:8 78:3
  80:18 93:6
**CITY00094**
  47:11
**CITY00211**
  80:7
**Civil** 1:13
**clarify** 40:6
**Clark** 2:13 7:12
  10:5 12:20
  13:9 20:2 40:6
  41:5 42:24
  45:5,12 51:24
  64:22 79:9,14
  79:17 88:18
  92:17,21 95:9
**class** 76:11
  86:18
**clear** 26:18,20
**click** 67:4,10,13
**clicked** 67:23
**clicking** 67:19
**clip** 67:14
**close** 15:18 28:3
  28:11 29:2,12
  33:12 84:10
**closed** 15:21
  16:3 29:22
  39:14
**closing** 15:24
**cloud** 40:21
**cloud/OneDrive**
  41:20
**collect** 20:19
**college** 89:17
**colon** 28:11
**combatives** 86:7
**come** 45:11
  77:21 89:10
**comes** 66:12
**coming** 79:11
**command** 43:12
  89:8,15

**EXHIBIT B**

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Edward Grizzle - Taken 7/28/2021

Page 98

commenced
  94:14
commencing
  1:18
comments 72:15
  84:24
common 78:11
communicate
  24:11
communicated
  41:11
compared 44:24
complained
  49:22
complaint 28:20
  28:21 37:1
  46:1,7,9,11,19
  47:9,19,24
  48:21 49:6,14
  74:23
complete 11:7
  13:7 38:6 40:4
  51:7,9
completed 29:24
  38:14 40:11,12
  53:19,20,23
  54:13 55:21
  65:20 66:20
  81:11
completely
  38:23 43:14
  72:12
compromise
  61:15
computer 11:24
  22:14 25:12
  28:8 31:7,9
  32:19 40:20
  41:19 42:18
  54:11 59:1,11
  61:19 62:7,20
  63:19 65:18,22
  65:24 66:3
  75:7,8,10
  82:12,20

computers
  42:16
concern 61:13
  61:18
concerned 68:24
concerns 79:2
condensed 8:1
confer 46:21
confirm 43:14
  57:16 64:17
consecutive 23:5
consent 5:14
consisted 68:3
constitutes
  93:12
contact 27:23
contacted 32:14
  61:10
contained 41:20
  41:23 48:6
  66:10
containing 42:6
  65:21
contains 31:1
content 31:1
  35:19 47:3
  48:5,11 63:16
contentious 61:3
contents 21:2
  42:17 56:13
  59:20 60:23
  61:14 76:5
  90:14 92:12
continue 30:22
  39:1,13 74:5
  76:9
continues 47:21
continuing
  30:19
control 26:7,11
  32:22 50:19
  82:21
conversation
  17:20 32:2,5
  34:8 48:7,9

59:22 60:14,15
  60:19 61:7
  76:6 77:10,15
  77:20 79:4
  81:7
conversations
  77:23 78:1
conversed 47:12
conversing 72:1
Cook 87:3 94:3
copies 48:15
  58:23 59:7
  82:23 83:7
copy 8:24 9:24
  10:5,19 48:13
  57:7 82:11,15
  82:19
corporation 1:6
  2:11 77:6 93:6
correct 5:21
  13:13,18 16:21
  23:24 26:22
  27:12,19,24
  29:14,15 30:7
  33:2,3,19 34:3
  37:2 38:16
  40:7,8 41:4,12
  47:9 48:2
  49:23,24 50:16
  50:17,20,21
  52:18,19,22
  54:6,10 55:23
  55:24 57:1,2
  62:5,15,18,19
  62:20,21,24
  63:1,3,4,9
  66:18 68:3,13
  68:14,16,24
  69:1,3,4,8
  70:21 72:5
  73:7,8,18
  74:10 80:13,15
  80:19 81:15
  83:21 86:22
  87:7,16 91:4,8

91:17,18 92:13
  92:14 93:12
Corrections
  87:4
counsel 77:6
  94:17,18,22
County 43:10
  87:3 94:3
couple 46:24
  77:4
course 25:8
  75:10 92:11
court 1:1 6:4
  14:12 15:5,16
  16:13 93:1
courthouse
  43:16
courtroom
  14:15,18 15:1
  16:2 17:11
Courts 1:14
cover 6:19,21
  7:9,17 23:16
Coyl 85:16
create 32:3
created 6:4 28:3
  57:1,19,19
  58:5,14 59:8
  63:5 81:22
  82:7
crime 28:17
  55:4 61:21
  66:4
criminal 5:14
  16:5 17:14
  23:19,21 28:21
  29:22 38:7,13
  39:3,10 53:20
  57:11,12 71:16
  72:13 83:16
criteria 44:17
Crowley 13:17
  14:1,7,10,18
  15:1,14,19
  16:5 17:1,6,14

18:6,15,17,21
  19:4,7,16
  26:21 27:1,10
  27:17 28:21
  29:2,6,13,20
  30:2 58:10
  79:1,1,7 84:9
  88:4,14 89:11
CSR 95:9,13
cumbersome
  6:8 11:2
currently 87:12
  88:8
CV 1:5 93:5

          D
Darcy 2:7 8:24
data 90:17
date 9:7 15:18
  20:13 28:2,3
  28:12 32:7,16
  42:8 57:20
  58:4 69:6,9
  80:12
dates 21:15,17
  22:5,11
Dave 77:20
  78:19
day 14:2 15:21
  23:4 30:5
  42:11,12,15
  53:22 66:20,21
  66:22 81:11
  89:4 93:19
days 15:24
  22:16 23:1,2,3
  71:6
DC 43:4
deal 73:14
Dearborn 2:3
DeBartolo 1:15
  94:5 95:9
decide 44:17
decision 42:21
declined 38:4,15

**EXHIBIT B**

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Edward Grizzle - Taken 7/28/2021

Page 99

42:20 44:8
**declining** 37:21
**Defendant** 2:11
**Defendants** 1:8
2:17 93:8
**delete** 71:16,23
**deleted** 52:13,13
61:19 71:13
**deny** 37:9 43:14
**department**
5:13,16 20:22
21:1,8 24:3
26:8 27:1,15
33:5 34:2
39:15 64:21
76:10 78:9
82:13,17 83:1
84:15 86:23
87:4,6,20
**department's**
13:16 26:4
66:16
**departments**
88:3
**depending** 92:1
**depicting** 84:20
**deposed** 77:10
**deposition** 1:10
4:16 11:17
20:9 76:18,19
76:20,21,23
93:11,13 94:9
94:12,14
**depositions** 1:14
77:4,18
**deputy** 18:18
19:2 43:4 51:4
57:16 59:6,9
59:21 60:23
61:18 66:1
72:10 75:15,16
77:2,3,14 78:2
78:4,16 83:13
89:9
**derogatory**

72:15
**describe** 51:20
66:5
**described** 33:1
36:24 38:21
48:1 56:4 72:9
88:3
**describing**
40:23
**desktop** 82:12
**detail** 48:5,11
51:10 88:24
**detailed** 24:3
87:21
**detective** 6:22
13:17,20 23:18
26:17,20,22
27:21 33:10
34:23 42:5,14
50:3,9 52:4
57:10,10 58:17
58:19 59:15,17
59:22 60:4,5
60:12 64:2,14
66:13 78:2
85:21 87:10,19
88:9 90:5,5
**detectives** 85:8
85:19,22 86:1
**determine** 31:7
66:14
**device** 33:13
82:20
**dick** 84:10
**difference** 27:20
**different** 7:1
35:6,7 38:12
39:24 69:13
83:18,20
**digital** 61:19
74:24
**direct** 19:9
24:12,14 76:20
**directed** 89:5
**Directing** 74:14

**direction** 57:3
62:12 63:6
94:11
**directly** 43:9
94:19
**disappointed**
17:23
**disciplined**
64:20
**discovery** 9:1
**discuss** 18:5,14
18:17 19:2
75:16
**discussed** 75:14
76:12,17,22
77:1 78:15
**discussing** 19:6
**discussion** 7:10
89:14
**discussions**
89:10
**dispatch** 32:19
**disposition**
32:20
**distinct** 35:11
**distinction**
26:19
**District** 1:1,1,14
93:1,1 94:1
**division** 1:2 22:4
22:7 27:11,16
58:12 83:8
85:9,13 87:13
88:6,23 93:2
94:2
**document** 6:17
9:3 20:5 21:19
22:5,10 25:19
25:21,22 26:7
32:4,17 38:1
38:14,23 45:2
45:16 47:1
53:19 80:1,9
80:11
**documentary**

48:10
**documentation**
30:19
**documents** 4:15
4:18 5:24
21:19 26:10
45:9 46:4
**doing** 5:14 15:17
54:11 57:6
67:9 68:18
70:17 74:6
75:4
**Don** 50:3
**door** 85:21
**download** 35:1
53:5,6 59:20
**downloaded**
35:16 52:5
**dozen** 70:5
**dproctor@tre...**
2:10
**drafted** 46:18
**drafting** 46:21
**drafts** 46:16
**drive** 2:8 42:6
42:18 56:21,23
56:23 57:18
58:5,7,14 59:1
59:2,11 61:20
62:14,22 63:2
63:5,8,15
65:18,21 66:1
81:20,21 82:2
82:7
**drives** 59:5
**drop-down**
32:21
**duly** 4:4 94:8

**E**

**e-mail** 2:5,10,16
2:16 6:21 9:23
**earlier** 26:19
52:23 56:9
83:19 88:3

**early** 22:21
41:16 57:23
**EASTERN** 1:2
93:2 94:2
**edits** 46:15
**education** 89:16
**Edward** 1:6,11
2:18 3:3 4:3
6:22 93:6,9,17
94:7,21
**effect** 16:10
20:21 84:3,13
**eight** 87:14
**either** 37:22
41:19 48:14
53:17 77:12
**elaborate** 60:22
**electronic** 48:10
**employee** 94:17
94:18
**enclosures**
80:23
**ends** 6:12 8:8
**engaged** 84:20
**entered** 81:23
82:3,9 83:1
**entire** 25:5
39:16,18 52:21
53:7 90:14
**entirety** 51:21
**entrance** 85:20
**errata** 93:14
**escort** 14:11
**especially** 25:18
**establish** 87:18
**estimate** 54:16
58:6 70:5,7,14
79:15
**et** 40:3
**evaluation**
86:11
**events** 51:14
72:17
**everybody** 5:22
76:4

**EXHIBIT B**

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Edward Grizzle - Taken 7/28/2021

Page 100

evidence 6:22,23
15:18,20,24
16:3 20:6,19
20:20 21:9
25:10 29:22
31:4 55:4
61:19,20 66:4
77:6 81:23
82:4,9 83:1
84:4 90:6,10
91:16 92:2
exact 21:17 42:8
48:7 51:16
70:12
exactly 15:20
16:18 17:19
34:6 36:7
46:23 51:15
59:17 66:11
67:19
examination
1:12 3:2,4,5
4:7 90:3
examined 4:5
excavation
35:11
exchange 61:2,3
excused 30:1
92:22
executed 42:12
exhibit 3:7 7:7
7:14,18 10:23
11:4,6 12:3,6
12:11,16,24
13:5 20:8,10
20:15 21:5
24:16 25:13,22
25:23 28:4
29:1 30:24
32:3 33:11
34:1 36:16,24
38:2 39:16
40:1,22,24
41:15,21 45:19
45:22 47:3,16

48:6 50:12,13
50:20 51:13,13
53:16 56:4,8
74:15 79:21
80:7,19,21,24
81:13,14
**EXHIBITS** 3:6
existed 62:17
existence 83:23
expert 66:17
explained 43:12
explaining
37:23 51:2
explanation
16:17
express 61:13
expressed 16:24
17:4,22
extent 18:13
59:22 65:11
extract 51:21
extracted 36:8
60:23 84:21
90:13
extraction 36:1
36:11 42:6
51:20 52:17,20
53:23 54:12
55:21 56:22,24
57:19 58:8,15
58:24 61:14
62:3,10,17,23
63:7,13,14
64:3 65:6,13
65:17,20,22,24
66:8,20 69:13
74:24 79:2
81:9,21 82:3,8
82:12,16,20,24
91:11

**F**

face 80:6
facet 12:12
fact 35:20 38:3

53:5,16 72:7
73:22 91:5
facts 38:9 39:21
fair 27:17,19
71:7
familiar 44:24
45:1
**Family** 23:13
**Fantastic** 50:11
far 27:3
fashion 16:16
favor 9:23
**Federal** 1:13
fellow 24:11
65:7
felt 29:17
female 85:8,14
field 67:17 68:2
file 40:18 41:18
41:24 66:10
90:23 91:7,10
91:22
film 67:14
financially
94:19
find 66:11,14,15
67:7,23
fine 6:18 9:14
finish 38:10
firm 77:12,12
first 4:4 7:8,22
11:22 21:13
22:12 28:24
36:15 38:4
42:23 43:3
50:20 61:19,23
75:21 87:9
89:22 94:7
five 45:10 79:18
five-minute 45:7
flash 42:5,17
56:23 57:18
58:5,7,14 59:1
59:2,5,11
61:20 62:14,22

63:2,5,8,15
65:18,21 66:1
81:20,20 82:2
82:7
floating 78:20
**Floor** 2:8
**Florida** 23:8,9
59:9,14,16,18
60:17
focus 15:15
follow 14:4
32:22 80:17
90:6
follow-up 13:19
14:5 27:7,11
27:16 92:18
follow-ups
13:23
following 60:24
87:23
follows 4:6
**FOP** 5:21
force 86:7
foregoing 93:10
forensic 34:24
form 12:20 13:9
41:5 44:12
51:17,24
formal 89:16
former 76:12
78:16
forth 88:15
forward 89:23
found 15:22
31:4 52:14,21
68:21 75:6
91:9,19 92:2
foundation
64:22 92:6
four 8:2 87:10
frame 24:7 85:7
85:12
front 6:20 24:19
25:16 85:20
frustrated 17:23

Ft 23:11
full 6:3 30:11
34:20 35:12,24
40:1 48:14
53:1 70:19
fully 36:8 51:2
further 10:18
39:5 74:5
94:12,16
future 40:2

**G**

gaffes 68:8
**Gatlin** 28:13
29:24 30:4,11
33:2,8,19,21
34:9 35:18
36:17 48:2
49:2,5,22,22
52:20 54:5,12
55:21 68:22,23
69:5,13,19,22
70:1,10,24
71:11,21,24
73:21,23 88:15
**Gatlin's** 35:24
36:1,9 52:5,18
53:6,23 68:19
68:21
**Gavin** 59:12,19
60:5,11,11,13
60:19,20 61:5
61:13 62:9
63:12,15,20
78:15,17 81:22
general 4:21
20:6,18,21
21:2,6 64:10
65:11 83:2,9
83:14,15,18,20
83:22 84:2,6
90:21
generate 22:17
**German** 33:10
34:23 35:12

**EXHIBIT B**

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Edward Grizzle - Taken 7/28/2021

Page 101

36:1 42:5,15
51:21 52:4,20
56:21 58:17,19
59:16,17,23,24
60:3,4 61:24
62:8,11,23
63:6,13 64:14
64:17 66:13,16
66:19 67:1,17
68:2 69:15
81:20,22
**German's** 53:5
53:6,23
**getting** 7:13
15:15 17:12
34:8
**GIFs** 68:8
**give** 6:7 12:8
18:10 23:10
29:16 37:24
42:5 46:19,23
48:14 57:15
66:9 70:5,7,12
70:14 76:15
77:18 87:14
**given** 54:8 57:1
57:19 58:5,15
62:22 63:2
65:21 82:3,8
83:4 93:10,13
**Glasgow** 43:24
44:14
**Glasgow's** 43:8
**Gloria** 85:16,20
**go** 8:9 10:17
22:3 23:7
30:21 31:6
37:10,13,14
38:10,18 39:4
39:5,5 40:3
41:13 43:15
44:3,7,23
45:10,20 65:16
66:3 67:5,7,20
68:20 69:16

77:11 78:10
90:1,9 91:16
**goes** 30:12 32:18
47:11
**going** 4:12 5:22
6:2,7,9,12 7:1
7:6 10:18 12:5
19:23 20:12
25:13 37:8,9
39:5,13 43:11
44:2 50:6 52:9
56:16 57:6
61:24 66:11
68:20 69:10
70:2 72:2 74:5
74:11 75:23
81:4
**good** 45:6 73:3
79:10 86:16
90:1
**grabbing** 71:12
**Gray** 43:9,24
44:7,15
**Great** 79:17
**Grizzle** 1:6,11
2:18 3:3,7 4:3
4:9 6:22 7:7,8
7:14 20:10
25:23 45:15,22
50:13 79:21,23
90:5 93:6,9,17
94:7,22
**guess** 34:7 52:10
54:14,15 79:14
89:21
**guidance** 46:20
**guideline** 21:9
**guidelines** 20:18
21:7
**guilty** 15:22
**Gulf** 23:11
**guy** 88:5

**H**

**half** 21:12,13

22:12,12 79:16
**Hall** 2:2,2,21
4:11 7:12 9:2
9:23 10:20
20:2 40:6 45:5
79:9 92:17
**hall@adamsle...**
2:5
**hallway** 14:14
**hand** 19:23
**handful** 89:22
**handle** 37:7
**handled** 22:15
84:4
**handles** 82:5
88:6
**handling** 79:2
**happened** 18:3,4
82:1 92:9
**harassing** 54:23
**harassment**
92:4
**heading** 20:5,5
26:7 45:16
**hear** 5:3 38:12
39:12 76:1
78:8,10 79:23
85:3
**heard** 12:13
59:4,7 64:5,11
64:15,18 65:2
65:9,11 76:8
77:14 78:18,18
79:5 84:8,12
84:13,17,24
85:2
**hearing** 63:24
77:9
**heated** 61:2,4
**held** 17:1,5
**helpful** 86:17
**Hey** 61:8 66:13
76:1 79:9 81:6
**Hi** 89:21
**high** 64:16

**higher** 39:15
**highest** 89:16
**Hold** 7:12 33:15
**honestly** 17:19
**HOPPE** 2:12
**hostile** 73:2
**hour** 70:15,19
79:16
**hours** 33:16
71:6
**hundred** 70:6

**I**

**icon** 67:14
**icons** 67:11,13
67:21
**III** 2:2
**Illinois** 1:1,18
2:4,9,15 87:4
93:1 94:1,2,5
95:2,10
**image** 90:22
91:3,6,13
**images** 25:6
64:3 65:5
74:24
**imagine** 75:22
78:13
**impact** 17:5
**in-service** 86:18
**inaccurate**
12:12,18
**inception** 27:22
**incident** 25:14
28:7 29:2
32:18
**include** 26:11
34:4,12 38:19
47:4 53:5,5,7
**included** 46:20
51:11
**including** 84:19
**inclusive** 21:15
22:5,11
**inconsistent**

12:13
**INDEX** 3:1
**indicated** 93:14
**indirectly** 94:19
**individually**
67:6
**individuals**
23:16
**information**
49:1,10 56:16
57:7 59:10
66:14 71:13,24
**informed** 41:3
**initial** 82:8
**initiated** 51:23
**inputting** 32:11
**inspector** 4:21
5:1 64:10
65:10 75:2
**instance** 28:12
**instructions**
46:19
**instructors** 86:6
86:16
**intelligence**
85:24
**interested** 94:19
**internal** 5:13
57:5,6,9,11,12
57:14 58:12
74:23 82:5
84:4,6
**interrogatories**
4:5
**interrupt** 79:9
**interview** 4:21
5:1,5,7,11 6:3
6:22 7:8 12:8
13:2,11 33:6,7
34:1 35:10
65:10 75:2
**interviewed**
11:8 14:1,3
35:18 68:22
69:5

**EXHIBIT B**

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Edward Grizzle - Taken 7/28/2021

Page 102

investigated
  13:18
investigating
  13:17 27:21
investigation
  13:22 14:6
  23:22 24:2,8
  24:13 26:4,8
  26:11,15 27:2
  27:3,5,21
  30:23 38:7
  39:4,8,11,14
  39:14 40:19
  41:19 42:3
  50:4,19 51:23
  53:21 55:13
  57:6,15 61:16
  64:11 70:11
  71:16 72:13
  74:2,8 80:15
  83:16 88:4,4
  88:12,17,24
  89:12,13 91:12
  92:1,3,11
investigations
  22:4,7 27:4,9
  27:11,16 44:20
  83:8 85:9,13
  87:8,11,13,15
  87:20,21 88:6
  88:6 90:7
Investigations'
  83:12
investigative
  24:9 65:23
investigator
  27:17 39:19
involve 91:12
involved 5:11
  9:8 38:17
  44:20 88:2
  89:11
involving 23:19
  60:22 83:11,11
  87:21 88:10

issue 37:5,21
  38:5,16,21
  41:4,12 42:20
  44:8 54:20
issued 36:23
  40:23 49:9,16
  82:17 90:19
issuing 41:10

_____ J _____

J 2:13
J1-18-000724...
  26:7
Jackson 78:2,19
  78:24
Jackson's 77:20
  77:24
Jail 87:3
Jensen 59:10,21
  60:23
Jim 43:8
job 14:11
John 1:7 2:18
  93:7
Joliet 1:6,17
  2:11 13:16
  15:4,13 19:7
  20:21 21:8
  27:6,15 33:5
  34:1 39:15
  64:20 76:4
  77:5 82:17,24
  84:8,14,17
  85:1 87:5,13
  87:21 88:7
  93:6
Jones 36:23
  38:21 40:23
  41:10 42:21
  43:18,21 44:1
  44:10,14,18,21
  47:24 48:4,8
  48:10,15,22
  49:7,9,11,12
  49:15 90:19

judge 16:13
  36:23 37:2,4,7
  37:10,14,20
  38:4,15,18,21
  40:23 41:2,10
  41:11,13 42:20
  42:21 43:5,12
  43:15,17,18
  44:2,3,3,4,5,5
  44:6,7,21,21
  44:23 45:1
  46:12 47:24,24
  48:4,8,9,15,21
  49:6,9,11,12
  49:15,15 90:19
judge's 16:1,17
  37:18
judges 43:21,23
  44:22
July 1:18 20:22
  83:24 93:11
  94:14
jumping 26:24
June 20:22
  21:13 22:12,21
  24:3 41:16,16
  57:23 83:24
  85:7
jurors 54:23

_____ K _____

keep 68:20 76:9
Ken 43:9 44:7
kept 41:19 70:2
  83:12
Kimberly 85:16
  85:23
kind 39:23
kindergarten
  76:10
knew 42:8 77:6
  88:14
KNIGHT 2:12
  2:12
know 15:20 16:2

29:17,23 31:13
  32:11,12 34:19
  37:16 38:11
  44:22 46:21
  53:1 58:10,11
  58:12,14 61:17
  65:2 66:11
  68:4,7,8,9,10
  68:11,11,18
  69:21 70:16
  72:5,14 74:1
  75:8,24 76:8
  76:16 77:8
  78:11,13 79:11
  81:7 82:5 84:9
  88:19
knowledge
  81:24 82:14,18
  82:22 83:6
  84:5
KURNIK 2:12

_____ L _____

L 2:7
L 2:7
labeled 29:9
Lack 92:6
Lamken 27:24
  29:19 30:2
  31:11 32:2,5
  32:14 41:3
  43:6,13 44:1
  44:14 46:19
  47:4 48:23
  49:1,5,11
  54:19 55:7
  88:13 89:1,4
Lantern 42:16
  62:6,11,13,17
  63:8,14 65:14
  81:8
late 22:21 41:16
  41:16 57:22
  81:5
law 2:2,21 54:23
  77:12,12

laws 25:10
lawsuit 75:14,16
  75:21,24 76:2
  76:6,12,16
  78:15
lawsuits 78:3
lawyer 5:21
lawyers 10:18
lead 13:16,20
  26:16,20 27:1
  27:16,20 88:12
  88:24 89:12
leads 90:10
  91:16
learn 17:13
  59:13 64:2,9
  78:6
learned 39:8,22
  61:23 62:8
  64:6 76:3
learning 86:16
leaving 41:15
  44:5
led 63:13 88:16
  92:2
left 23:23 37:10
  54:5,9 61:1
  62:2 66:23
legal 43:11
Let's 75:6 79:12
level 89:16
lieutenant 19:10
  19:11 22:2,15
  57:1,4,4,8 72:6
  73:5,14 76:1
  78:1 83:4
limited 19:9
line 24:21 38:8
  50:18 75:4
  79:10
lines 56:17
  74:15,20
listen 12:1
listened 11:13
  11:19 12:1,14

Royal Reporting Services, Inc.
312.361.8851

**EXHIBIT B**

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Edward Grizzle - Taken 7/28/2021

Page 103

listening 17:12
little 6:7,11 8:7
  32:13,21 35:7
  39:24
LLC 2:2,21
LLP 2:7
load 62:13
loaded 42:17
  65:22
locate 70:9
  91:13
located 1:17
locked 30:20,21
  39:2 41:24
logical 51:17
  91:21
long 44:20 45:9
  53:12 61:22
  70:9 86:23
  87:8,17
look 28:5 39:6,6
  39:19 47:1
  55:7,10,14,16
  56:5,16 66:3,6
  68:15 75:11
  91:21
looked 56:9 65:9
  66:10 67:16,21
  83:19
looking 47:5
  49:16,19,21
  54:21 55:1,3,5
  55:15 58:13
  67:2,7,8,9,22
  68:17,19 69:2
  70:4,8 71:4,10
  71:20,24 72:9
Lorinda 43:13
  49:11
loss 80:5
lot 32:21 61:9
  86:17

———————
M
———————

ma'am 90:1

machine 35:1,14
  35:17
magic 67:23
main 85:20,21
management
  6:23 20:6,19
  21:10
manner 84:3
Maria 30:4
  33:21 49:1
  52:5 68:19,21
  69:19 71:11
Marie 1:15 94:5
  95:9
marked 7:14
  20:10 25:23
  45:22 50:13
  79:21 80:23
material 41:18
matkus@khk...
  2:16
Matlock 77:2,3
  77:24 78:22,24
matter 26:21
  58:13 88:14
MATTHEW
  2:13
McKinney 50:3
  58:20 64:2,20
  65:5
mclark@khk...
  2:16
mean 38:24 39:4
  54:10 71:5
  78:12
Meaning 15:8
meant 35:6
meeting 33:2,4,8
  33:24 36:17
  48:2
memo 32:4
  37:22 38:22
  39:21 50:8,15
  50:23 51:2,4
  51:11,19 53:3

53:10,13 56:7
  72:10,11 80:22
  81:1,2,8,10,10
  81:15,18
memorialized
  22:13
memorializing
  32:4
memory 30:17
memos 4:19
  41:24
mention 78:18
mentioned 64:7
message 28:13
  30:10,17 31:2
  31:12,14,15,16
  33:19 34:5,20
  35:12,20 36:15
  47:14,20 48:1
  48:5,11 49:21
  51:22 52:21
  53:8 54:22,24
  55:15 66:6
  67:2,4,10,16
  68:16 69:2,20
  69:22 70:8,10
  70:24 71:10,20
  72:24 73:7,10
  73:21,23 90:23
  91:3,6,10,10
  91:13,20
messages 48:13
  48:16 67:5,10
  67:23 68:1,3,4
  68:7,10,13
  69:11,15,19,24
  90:16
met 35:18 79:1,7
Meyers-Saras...
  23:11
MICHAEL 2:13
middle 52:12
Mine 74:3
minutes 79:18
missed 9:1,6

51:23
missing 36:5,10
misspelled
  52:13
mode 71:22
moment 10:17
  39:17 40:2,4
  40:15
months 64:10
  77:4,16
morning 4:13
  35:10 36:18
  53:2 54:1
motherfucker
  56:16
Motorola 41:23
move 89:23
multiple 78:3
municipal 1:6
  2:11 93:6

———————
N
———————

name 4:11 32:19
  44:1 77:20,24
named 63:23
names 44:9
  56:12 63:23,24
  85:15
nap 31:19
narrative 28:24
nature 72:16
  81:13 83:11
necessary 47:2
  54:19
need 8:14,22
  9:16 10:9,22
  23:9 39:20
  45:20 55:14,16
  67:22 89:7,24
needed 57:7
  65:23 68:15
  73:15
needs 25:11 27:7
  77:11
never 5:6 18:3,4

18:10 28:20
  64:5,6,8 65:2
  65:16 79:4,8
  84:12 86:22
  89:14
new 39:21 63:15
  78:12
Nick 79:1
Nicole 1:15 7:5
  7:18 20:8
  25:19 45:18
  50:11 94:5
  95:9
night 32:6 42:9
Nope 19:1
normally 87:20
North 2:3,14
  95:9
NORTHERN
  1:1 93:1 94:1
NOTARY 93:21
notes 32:4 37:19
  42:2,4
notice 1:12
notified 28:18
  28:18,19
November
  20:13
nude 84:19
number 15:23
  26:6,8,11 28:9
  43:10 47:8
  50:18,19 67:8
  68:19 69:10,14
  69:17,18
numbered 25:20
numerous 47:12

———————
O
———————

Objection 12:20
  13:9 41:5
  42:24 44:12
  51:24 64:22
  88:18
oblige 10:18

**EXHIBIT B**

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Edward Grizzle - Taken 7/28/2021

Page 104

observe 86:21
obtain 89:6
obtained 73:21
obviously 5:14
  43:3 44:21,23
  57:10 68:11
occasion 18:5
  86:10
occur 27:4 61:24
  72:3
occurred 28:11
  28:15,17 29:18
  38:11 41:2
  43:11 51:2,14
  53:11 58:6
  72:5,18 81:24
office 14:3 39:13
  43:10,24 73:14
  78:9,10
officer 13:17
  14:1,19 19:7
  23:21,22 26:4
  31:4 32:20
  33:22 34:10
  58:10 60:22
  65:8 72:6 79:7
  84:8,11,15,18
  84:19 86:5,11
  86:13,14,15,16
  86:20 90:14
  91:11 92:4,12
officers 13:24
  15:4,13,16
  21:1 23:19
  24:12 29:8,13
  79:5 83:12
  85:1,12 87:22
  88:7,10
Offices 2:2,21
official 50:4
oh 39:20
okay 4:14 6:1,6
  6:10,16 7:1,24
  8:6,12,18,21
  9:9 10:16 11:1

11:6 18:12
  20:1 24:22
  25:4,13 26:2
  26:18 28:20
  33:16 35:4,8
  39:16 45:4
  47:18 61:22
  68:5 71:18
  74:19 79:14,17
  89:5,22,23
  90:2
omitted 13:3
once 19:24
  68:20 71:22
OneDrive 40:21
ongoing 38:7,13
  39:3,10 53:20
  57:14 72:13
open 30:20 38:7
  38:24 39:11
  40:18
opened 32:20
  66:9 67:17,21
  68:2 86:4
opening 26:3
operates 34:23
operations
  83:16 84:6
opinion 16:20
  16:22 43:11
  86:13
opinions 16:7,10
  16:24 17:4
  86:19
opportunity
  7:21 11:3 73:3
  86:20
oral 4:5
order 20:6,18,21
  21:2 51:14
  66:6 83:2,9,14
  83:15,18,20,22
  84:2
ordered 50:24
  61:8 73:4

orders 21:6
  59:21 60:24
  84:7
original 62:23
  81:8,10
ought 89:12
outcome 15:21
  16:11 17:6
  18:5,8,12,17
  18:20 19:6,12

_____

**P**

p.m 28:19 54:13
  92:22
P1 41:23
page 3:2,7 6:13
  6:15 7:8,9,17
  7:20,20,22,23
  8:8,11,13,15
  8:18,20,21,22
  9:11,12,15,16
  9:17,18,19,20
  9:21,22 10:8,9
  10:10,11,12,13
  10:14,15 24:21
  33:11 34:11,13
  36:15,24 47:7
  47:10,11,16
  74:14,17,18
pages 6:12 8:2
  11:3 25:21
  53:12 67:6
  80:17
paper 75:22
  78:13
paragraph
  28:24 30:11,24
  31:7 33:1
  34:10 40:22
  41:9 52:11
part 8:10,14,16
  9:2 14:9,15
  19:15 28:24
  34:20 36:14
  37:4 47:8 65:3

partial 36:2,3,4
particular 25:22
  47:3 68:16
  71:10,20 84:16
  88:2,11,16
parties 94:17
parts 34:10
passage 36:14
passed 15:24
Patch 76:4
  77:18 78:13
patience 50:7
patient 5:23
patrol 13:24,24
  27:5,7 29:8,13
  86:22
patrol's 27:5
people 5:15
  13:23 14:1,3
  15:6 27:8
  58:18 68:7,9
  71:13 75:3,23
  78:8,11,11,14
  85:5,6
people's 68:7
percent 11:10
  38:14
perform 86:10
performance
  86:11,14
performed
  35:12
period 21:12,12
  22:8 24:10
  32:11 53:24
  57:8 64:8
  76:14 87:19
person 43:8
  75:13 90:22
personal 23:4
  25:1,7,8,11
  56:16 82:17
  94:11
personally 14:9
  19:15 37:21

38:4 58:23
  59:4
personnel 89:9
pertaining 1:14
pertinent 92:3
phone 2:4,9,15
  25:2,7,7,9,11
  25:12 31:5,17
  33:10,17 35:24
  36:1,9 42:7
  43:5 46:3 52:5
  52:18,21 53:7
  53:23 54:8,13
  54:14,20 55:19
  55:21,22 56:3
  56:14,22,24
  57:18 58:7,15
  58:24 59:15,18
  60:6,10,22,24
  61:14 62:3,9
  62:10,16,24
  63:7,13 64:3
  66:7 67:8 68:1
  68:19 69:10,14
  69:17,18 70:4
  70:16,23 71:3
  71:4,9,17,18
  71:22 72:4,8
  72:21 73:9,13
  73:20 75:1
  79:3 81:21
  82:2,9,12,15
  82:16,17,19,24
  84:21 90:14,18
  90:22,24 91:7
  91:11,20 92:3
  92:12 95:11
photo 91:7,22
photographic
  64:2 65:5
  90:23
photographs
  49:16 55:1
  68:5 90:17
  91:13

**EXHIBIT B**

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Edward Grizzle - Taken 7/28/2021

Page 105

**photos** 55:8,14
68:12 84:19
**physical** 71:19
72:20
**physically** 14:24
59:5 63:10
**pick** 67:6
**picked** 88:22
**pictures** 74:24
**place** 33:4 88:7
91:21 94:13
**Plaintiff** 1:4,11
2:6,20 93:4
**please** 8:20 9:11
9:12,18,19,21
10:8,12 41:8
52:8
**point** 21:18 23:6
31:19 33:20
34:21,23 38:14
38:15 43:16
44:6 47:23
51:3,12 54:17
56:12 57:13
64:9 65:4
73:24 74:4,7
77:22
**police** 5:13
13:16 14:4
15:4 19:7
20:22 21:8
33:5 34:2 38:6
38:24 39:15
53:13,15 54:5
64:21 78:9
79:5 82:13,17
83:1 84:14,17
86:14,15 87:1
**policies** 21:7
**popped** 67:24
**porn** 84:10
**portion** 15:13
16:3 28:7 36:3
**possession** 71:19
72:20 73:19

**possibility** 92:11
**possible** 14:21
19:18 31:20,22
34:15,17 90:22
**posted** 78:12
**practice** 14:6
**preparation**
4:15 11:16
**prepare** 50:22
**prepared** 46:4,5
46:7
**preparing** 32:3
**present** 2:19
14:24 15:4
33:7 43:20
**presented** 37:2
38:4
**preserved** 34:22
35:10
**president** 79:6,7
**pretty** 18:12
61:11 78:20
81:7
**previous** 43:17
**previously** 39:7
69:20 72:11
81:14
**Prior** 44:2
**Pro** 22:14
**probably** 11:15
32:13 68:8
70:18 73:15
**problem** 79:12
**procedure** 1:13
5:12,13 65:3
**procedures** 21:7
**process** 37:24
69:23 80:6
**Proctor** 2:7 3:5
8:23,24 9:5,9
9:22 10:3,20
44:12 89:21
90:2,4 92:8,15
**produced** 6:5
9:1,2 80:18

**production** 9:3
**Professional**
1:16 94:6
**promoted** 87:10
**property** 6:23
6:23 20:6 21:9
**prosecutor**
14:12 15:16
17:16,17 27:23
28:17 37:17
38:12 43:6
46:13 89:3
**prosecutor's**
39:12
**provide** 48:4,9
**provided** 93:14
**providing** 58:4
**proximate** 28:12
**PUBLIC** 93:21
**pull** 45:2,9
**pulling** 53:18
**purpose** 21:4,6
**purposes** 5:20
55:13
**pursuant** 1:12
1:12 55:22
83:14
**put** 6:2 22:16
28:6 32:12,18
32:19 35:16
56:6 66:2
71:22 75:22
77:18 81:9
83:8
**putting** 27:8

_____

**Q**

**question** 12:5,7
24:23 35:5
39:24 48:14
52:8,10 73:6
73:16 74:5,9
91:7,10,14,20
91:24
**questioning**

75:5 79:10
**questions** 4:12
10:24 11:7
13:1 61:9
63:18 73:13
89:18,23 92:17
**quick** 28:5 74:11
**quickly** 45:20
**quiet** 85:6
**quote** 28:2,3,11
28:11 29:1,2
29:11,12 30:9
30:12,17 33:12
33:13 47:13,19
52:12 84:9,11
**quoted** 34:13
36:14

_____

**R**

**rank** 61:11
**reaction** 18:8,11
18:20 19:11,13
59:24
**read** 5:4 6:9
7:21,22 8:3,10
8:14,16,18,21
10:9 12:3,6,24
16:4 31:16
74:1,4 93:10
**reading** 9:22
10:1
**reads** 52:12
**ready** 45:10
90:1
**real** 27:3 28:5
**realize** 73:24
**really** 7:24
18:10
**realm** 92:10
**reask** 52:8 87:23
**reason** 12:17
13:6 53:4
65:16 72:7
86:19 88:11,16
**reasoning** 16:18

**reasons** 37:20
91:22
**recall** 12:10
14:17,20,22
15:6,8,9,15,23
16:16,18 17:7
17:19 18:16,22
19:6,13,17,18
19:19 21:17
22:19 30:4,6
31:3,18,21
32:1 34:6,14
34:16 36:2,3,7
36:10,16,19
37:16 41:1
42:8 46:17
47:5 48:7,17
48:20,24 49:13
51:12 53:18,24
54:1,18 56:1
56:15 57:20,24
58:9,9,16 60:4
60:12 61:12,22
63:17,17,24
64:13 66:21
70:2 76:5
85:10
**receive** 28:8
**received** 59:15
**receiving** 28:13
**recognize** 20:15
45:24
**recollection**
14:24 15:11
17:9 18:24
19:21 21:20
31:24 36:21
48:19 49:4
58:2
**recommended**
44:3
**record** 7:10
37:19 93:12
**recorded** 5:7,12
5:15 11:23

**EXHIBIT B**

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Edward Grizzle - Taken 7/28/2021

Page 106

| | | | | |
|---|---|---|---|---|
| 50:15 | 58:5,15 59:2,6 | 6:3 25:18 | 19:3,15 43:4 | 80:19 |
| **recording** 5:5 | 63:3 82:3 83:4 | **representative** | 50:9,22 57:16 | **saying** 33:21 |
| 6:5 11:11,14 | **related** 25:10 | 13:12 | 59:6 61:18 | 40:17 56:15 |
| 11:20 12:13 | 26:10 | **represented** | 66:2 76:13,22 | 68:8 78:4 |
| 13:2 74:15 | **relating** 84:3 | 13:12,14 | 80:12,22 81:6 | **says** 25:1 28:15 |
| **records** 83:10 | **relative** 24:12 | **reputation** 25:6 | 81:15 82:11,15 | 32:9 33:6 |
| **reduced** 94:10 | 29:2,12 58:6 | **request** 14:2 | 83:5 89:8 | 47:11 |
| **reemerge** 80:5 | 94:16,18 | 81:3,22 | **role** 13:21 26:14 | **scanned** 25:21 |
| **refer** 38:2 | **remained** 62:10 | **requested** 57:15 | 26:16 50:4 | **schedule** 22:3,7 |
| **reference** 28:10 | **remember** 9:7 | **require** 6:12 | **Romper** 64:16 | 22:17 |
| 52:17,19 53:16 | 15:21 34:19 | **requires** 5:17 | **room** 33:6,7 | **Schoenstedt** |
| 84:11 85:18 | 36:6,7,10 47:3 | **reserve** 92:21 | 34:1 35:10 | 44:4,4 |
| **referenced** | **remove** 42:22 | **reserved** 94:22 | 36:18 64:16 | **school** 64:16 |
| 50:18 | 62:13 63:6,14 | **reset** 71:16 | 72:4,6 85:6,23 | **scope** 74:2 75:5 |
| **references** 80:14 | **removed** 65:13 | **respect** 24:1,7 | 85:23,24 | 90:18 |
| **referred** 83:9 | **removing** 61:14 | 26:15 | **rooting** 20:2 | **screen** 5:24 6:2 |
| **referring** 83:20 | **renew** 44:18 | **rest** 85:18 | **Rosemont** 2:15 | 6:8,14 7:6 8:1 |
| 83:23 | **repeat** 84:9 | **restate** 41:8 | **Royal** 7:9 | 8:3 10:23 |
| **refers** 21:9 | **rephrase** 12:5 | **retain** 35:2 | **RPR** 95:9 | 19:24 20:4 |
| 28:11 | 52:9 | **retained** 35:14 | **rules** 1:13 25:9 | 24:16 45:15 |
| **reflected** 22:6 | **report** 4:19 14:4 | **review** 11:3 | **ruling** 16:17 | 50:6,9 52:12 |
| **reflective** 28:16 | 25:14 26:3,6 | 12:16 13:5 | **rumor** 64:18 | 56:18 67:4,24 |
| **refresh** 14:23 | 28:8 30:9,11 | 39:6 46:11 | 78:3 84:16 | 74:11 80:2,4 |
| 15:10 17:8 | 30:16,19,20,21 | **reviewed** 4:15 | **rumors** 60:21,22 | **screenshot** 34:9 |
| 18:23 19:20 | 31:2,8 32:7 | 4:18,20 12:11 | 63:12,16,18,21 | 52:12 91:2 |
| 21:20 31:23 | 33:6 34:13 | **reviewing** 8:23 | 64:11,15,16 | **screenshots** |
| 36:20 48:18 | 38:2,6,24 | **revision** 20:13 | 65:3,9 75:3 | 33:12,14,17,18 |
| 49:3 56:11 | 39:16 40:1,4,7 | **revisions** 41:14 | 76:9 77:9 78:7 | 33:21,23 34:4 |
| 58:1 | 40:11,14 41:22 | 46:15 | 78:19,20 79:5 | 34:7,12,22 |
| **refuse** 37:8 | 42:10 43:3 | **Reynolds** 2:21 | 79:8 84:13,24 | 35:9,20 36:3 |
| **refused** 37:4 | 51:9 53:1,4,10 | **right** 5:7 8:21 | 85:2,3 | 36:12,16 48:1 |
| **regarding** 16:20 | 53:13,15,20 | 10:22 17:20 | **run** 89:1 | 48:13,16,22,24 |
| 21:2 42:2 | 56:5,8,10 72:9 | 19:23 26:6 | **runs** 45:19 | 49:4 68:19 |
| 43:19 48:8,11 | 72:12,14 86:11 | 33:16 38:11 | | 73:20 |
| 63:12 78:4 | **reported** 28:2,6 | 39:18 60:10 | **———— S ————** | **screenshotted** |
| 80:14 84:7 | 28:13 32:8,16 | 67:1 69:21 | **S** 2:13 | 36:9 |
| 89:15 | 94:9 | 72:4,19 74:13 | **Sabrina** 77:5 | **scroll** 6:13 8:4,4 |
| **Regis** 4:22 5:2,8 | **reporter** 1:16,16 | 77:17 79:17 | **safe** 83:9,12 | 8:7,10,12,16 |
| 11:9 13:11 | 6:4 25:19 94:6 | 91:19,24 | **sat** 85:19 | 8:18 20:12 |
| 64:10 | 94:6 95:2 | **rightfully** 73:15 | **save** 90:22 | 32:9 47:2 |
| **Regis's** 75:2 | **reporting** 7:9 | **rights** 74:2,5 | **saved** 33:12,13 | 68:18 |
| **Registered** 1:16 | 32:20 | **risking** 25:5 | 33:17,18 91:6 | **scrolling** 32:23 |
| 94:6 | **reports** 29:9,12 | **River** 2:14 | **savvy** 66:12 | 68:6 |
| **regulation** 5:16 | 38:10 80:14 | **Road** 2:14 | **saw** 33:15 43:17 | **search** 31:3 |
| **Reid** 57:1,4,19 | **represent** 4:11 | **Roechner** 18:18 | 43:18 70:8 | 36:23 37:1 |

**EXHIBIT B**

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Edward Grizzle - Taken 7/28/2021

Page 107

42:9,12 43:19 45:16,24 46:1 46:5,5,7,22 51:1,3 54:20 69:9 71:2,5,14 74:3 89:6 90:19 91:12 92:12
**searching** 66:7 69:12
**second** 21:12 22:12 30:11 43:24
**secondhand** 17:12
**secretaries** 85:14
**secured** 40:20
**see** 7:4,22,24 8:7 8:12,22 9:11 9:15,16 12:1,3 12:6,9 20:4,12 24:19,21,23 25:4,17 29:3 30:14 32:11 33:12,13,15,16 35:24 36:5 37:10,14 38:18 41:13 42:11,13 43:15 44:2,3,7 47:10,14,22 50:20 51:20 52:15 63:10 80:1,6 85:6,22
**seeing** 34:19 38:1 43:12
**seen** 5:6 44:22 48:1 59:5 74:23 80:9
**seize** 56:3 71:14
**seized** 55:22 71:9,18 72:4,8 84:21
**seizing** 56:14 70:23 71:2

**send** 10:5,18 37:22 81:4,10
**sensitive** 83:10 83:11
**sent** 33:22 34:10 38:22 39:21 46:13 49:22 50:15 69:6,22 70:24 71:24 73:10 80:11,21 81:1,2,3,8
**sentence** 38:20 41:10 47:13,14 47:16 48:6 52:11
**sentences** 38:20
**separate** 35:11 84:2 85:23,24
**September** 80:21 81:5
**sequence** 51:14 51:16 66:5
**sergeant** 1:11 3:3 4:3,9,11 6:20 7:2,8,16 10:22 20:4 23:18 25:16 26:3 45:15,21 57:9,10 58:18 59:12,19 60:13 61:4 72:7 79:23 87:11 93:9,17 94:7 94:21
**sergeants** 88:9
**served** 71:8 86:5 86:6 87:2
**serving** 70:22 71:2,5
**several-page** 51:11
**sexual** 84:20
**share** 5:24 6:8 7:6 50:6 56:19 57:11,11,12

**74:11 79:1**
**shared** 48:22,24 49:4
**sharing** 6:14 19:24 24:16 80:4
**sheets** 93:14
**shortcomings** 6:14
**Shorthand** 1:15 94:6 95:1
**shortly** 43:7
**show** 48:15 70:23 72:23 73:7,19,20 74:6
**showed** 48:12 65:7 67:11,13 67:20
**shown** 28:2 32:8 36:15 80:12
**sic** 68:9 90:5
**side** 23:11
**sign** 37:12,15
**signature** 92:20 92:21 94:21 95:1
**significant** 51:10
**simply** 73:7
**single** 22:24 70:9
**sir** 4:10 5:3,9 6:18,21 7:3 10:16 11:12 12:15 20:14 23:14 25:3,15 25:17 26:9 28:1 29:4 30:8 30:13 35:13,22 37:3 41:8 42:19 45:17 46:2,13 47:15 47:22 48:3 49:11 60:16

**72:19,22 74:10 74:17 75:18 80:20 81:16,19 89:20**
**sit** 74:1,4,4 85:18
**sits** 85:20,23
**sitting** 16:22 17:11
**situation** 73:13
**slowly** 45:20
**Socha** 1:3 2:20 4:12 14:19 15:1,5 17:24 23:22 24:1,7 24:13 25:6 26:4,10,15 27:21 28:14,20 29:1,5,12,24 30:7,10 33:19 33:22 34:10 35:21 40:19 47:12 49:17,19 49:22 50:4,19 56:2 57:18 58:7,15,24 59:20 61:14,16 62:3,10,16 63:7,13 64:3 65:6,13,17,20 66:7,20 69:12 69:24 70:10,22 71:9,19 72:6,8 72:23 73:9,22 74:24 80:15 81:21 82:2,9 82:12,19,23 84:11,19 86:5 86:11 88:5,12 88:16,24 89:12 91:5 92:4 93:3
**Socha's** 16:4 17:1,5,13,18 17:23 18:14 19:3 31:4 42:6

**46:3 47:14,20 54:20 55:19,22 56:22,24 60:22 62:23 73:20 79:3 82:16 86:13 90:14,18 91:11 92:12**
**Socha-to-Gatlin** 31:1 36:15 51:22 52:21 53:7
**somebody** 39:15 75:6
**somebody's** 71:12
**soon** 11:23
**sorry** 9:13 40:12 47:15
**sort** 66:16
**sought** 49:14
**South** 2:8
**Spano** 77:5
**speak** 43:18
**speakerphone** 37:18 77:13
**specific** 9:7 23:16 54:24 56:1 58:4
**specifically** 24:1 41:10 83:3 88:23
**specified** 94:13
**speculation** 88:18 92:7
**spoke** 43:8 78:22 89:4
**spoken** 78:16
**SS** 94:2
**staff** 43:12 89:8 89:15
**stamped** 32:10
**stamps** 28:9
**standard** 14:6 57:8
**star** 84:10

**EXHIBIT B**

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Edward Grizzle - Taken 7/28/2021

Page 108

start 32:7
started 32:11
starting 45:5
87:5
starts 8:1
state 93:9 94:2
95:2
state's 14:2
43:10
stated 57:17
statement 10:19
84:9,14
statements 56:1
84:18
States 1:1,13
93:1 94:1
stating 81:10
station 54:5 85:5
statuses 76:8,15
stays 30:20
stenographica...
94:10
step 66:5,9,9
91:12
stoic 18:11
stop 80:4
store 11:24
Street 1:17 2:3
95:9
strike 12:12
16:19 21:22
35:23 49:5
stuff 19:10 24:9
32:12 35:2
43:17 67:22
70:17 71:17
78:4
subject 20:5
28:13 30:10
50:18 70:10
submit 22:1
submitted 46:12
47:23 48:21
49:6,14
SUBSCRIBED

93:18
subset 69:24
substance 7:24
17:13
subtract 46:16
sucks 84:10
suggest 44:14
suggested 43:23
44:9
Suite 2:3,14
95:10
sum 17:13
summary 16:16
25:14 28:7
32:18
supervised
86:22
supervisor 22:2
26:17 29:8
75:11
supervisors
13:24 88:22
supplement
40:3
supplemental
9:3
suppose 87:17
supposedly 65:9
sure 26:19 39:19
48:12 79:19
88:1
swear 56:11
73:12
sworn 4:1,5
85:12 93:18
94:8
synopsis 51:8,15
51:17 53:1,9
53:10,11,12
72:12
system 22:14
28:8 31:7,9
32:19 54:11
69:9 75:12
systems 62:7

**T**

take 6:11 21:11
24:7,12 33:4
33:10 59:20
63:19 66:6
67:1 70:9,13
77:7 79:17
87:14 88:7
89:1
taken 1:15 59:10
70:19 94:9,13
takes 45:8
talk 28:22 29:7
73:11 74:6
talked 46:21
53:2 54:22
78:21 89:3
talking 29:16
40:6 46:23
47:6 56:8
78:11,14 83:3
85:5
talks 76:20
83:10
Tara 2:21
tech 66:16
technological
35:2
technology
66:12
telephone 32:2
60:15,19
tell 6:13 8:3,5
11:10 16:3,23
17:17 19:9
31:9,12,14
33:20 34:16,20
37:15 47:1
51:15 54:21
55:7,10 58:11
59:17 63:15,20
70:3 71:3,9,15
71:19 78:24
85:4 89:24

telling 36:12
ten 79:18
tense 40:13
testified 4:6
14:19 15:1,5
30:7
testify 14:7 94:8
testimony 16:5,7
16:11 17:1,5
17:13,18,23,24
18:15 19:3
30:1,5 93:10
93:13
text 11:3 28:13
30:10,17 31:2
31:12,14,14,16
33:19 34:4,5
34:12,19 35:12
35:20 36:11,15
47:14,20 48:1
48:5,11,13,16
49:21 51:22
52:13,21 53:7
54:22,24 55:15
66:6 67:1,3,5
67:10,10,16,23
67:24 68:3,4,7
68:10,12,16,23
69:2,11,14,19
69:23 70:8,10
70:23 71:10,20
72:24 73:7,10
73:21,23 90:16
90:23 91:3,6
91:10,10,13,20
texts 35:24
Thank 8:11,13
8:17,19,20
10:3 45:12
89:20 90:2
92:15
Thanks 10:20
89:19
thing 6:8,9 12:1
32:17 43:3

56:15 83:5
things 39:6,7,7
39:20 41:24
53:10 66:11
68:9 72:14,15
74:6 75:3 85:5
86:17
think 7:5 9:6
15:3,12 22:10
23:5 28:6
30:12 35:13
36:22 40:21
42:11 43:24
49:8 52:9
53:15 73:24
77:1,10 81:14
three 19:14
72:17
throw 7:6
thumb 56:21,23
time 6:7 10:22
11:13,22 21:11
21:12,16,23,24
22:1,11,20,22
23:1,4,5 24:6
28:3,7,12,16
30:2 31:6 32:8
32:10,10,16
39:17 40:2,15
43:5 44:4,21
45:6 53:22,24
54:3,4,18 57:4
57:8 58:7,18
59:11 62:11,16
64:8 65:12
69:6,9 70:12
70:13 71:8
75:24 76:7,14
77:17,18 78:12
78:14,17 79:10
79:14 82:8,11
85:7,11,17
87:12 94:13
times 11:19
47:12 56:12

**EXHIBIT B**

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Edward Grizzle - Taken 7/28/2021

69:13
**title** 7:20,23
**today** 4:16
**told** 17:16 18:11
  26:21 31:13
  35:19 39:23
  47:4 54:19,22
  56:2 59:24
  63:11,12 65:15
  68:22 69:5
  71:23 72:8
  91:22
**tone** 61:6,8
**top** 33:11
**topic** 45:6
**total** 87:14
**towel** 7:6
**traffic** 35:12
**trafficking**
  63:20
**trail** 90:6
**trained** 21:2
  75:12,13
**training** 86:18
**transcript** 4:20
  5:4,6 6:3,19
  7:7 8:2,2 9:24
  11:4,7,12 13:3
  16:4 24:17
  74:15 93:10,12
**transfer** 63:8,15
**transferred**
  11:23 12:2
**transmitted**
  30:10 35:21
  71:21 73:22
  75:3
**TRESSLER** 2:7
**Tressler's** 77:12
**trial** 14:7,10,13
  14:16,19 15:2
  15:14,19 16:5
  16:8,11,23
  17:2,6,14,18
  18:1,6,9,15,15

18:18,21 19:3
  19:7,12,16
  29:22 30:1
  58:10
**tried** 35:5
**true** 11:6 22:8
  23:23 28:14
  29:13 30:3
  35:21 37:5
  54:9 55:2,3
  65:18 66:17
  68:5 70:20
  72:18 86:2,3
  93:12
**trust** 80:4
**truth** 94:8
**try** 14:4 19:23
  55:3
**trying** 33:15
  42:12 52:4
**turner** 6:15
**twice** 11:21
**two** 23:3 50:16
  58:18 77:16
  85:14,15 89:8
**type** 18:11
**typewriting**
  94:10

**U**

**underlying**
  29:13
**understand**
  40:17 51:18
  52:7 92:9
**understanding**
  21:4 62:2,9
  90:13
**undivided** 70:18
**unfamiliar**
  44:24
**union's** 13:12
**United** 1:1,13
  93:1 94:1
**universe** 69:14

**unwilling** 41:3
**unwillingness**
  41:12
**upset** 72:1 73:2
**use** 27:15 86:7
**usually** 85:6

**V**

**vacation** 21:11
  21:15,24 22:1
  22:6,11,20,22
  23:1,4,4,13,15
  23:23 24:2,6
  24:13 41:15
  57:23 58:11
  59:14 60:8
  61:23 62:1,3
  64:1 65:12
  66:23
**vacation-type**
  23:13
**various** 82:23
**verbatim** 16:17
  30:9 31:1,13
  38:1
**verdict** 16:1,14
  16:21,21 17:21
**versa** 60:20
**versus** 23:1
**vice** 60:20 79:6
**victim** 29:2,6,10
  29:12
**video** 27:8 49:19
  92:2
**videoconference**
  1:10
**videos** 55:5,10
  55:16 84:19,19
  90:17
**viewed** 33:23,24
  35:9 36:17
  64:2 65:5
**voice** 57:13
**vs** 1:5 93:5
**VSS** 22:14

**W**

**Wacker** 2:8
**wait** 10:17
**walk** 85:4
**walking** 78:8
**want** 7:16 8:4
  25:22 26:19
  38:17 54:15
  57:9 64:14
  79:9 92:19
**wanted** 37:13
  51:2 53:10
  57:17 59:19
  60:23 64:19
**wants** 89:6
**warrant** 31:4
  36:23 37:1,5
  37:21 38:3,5
  38:16,21 40:23
  41:4,11,12
  42:9,12,21
  43:19,21 44:8
  44:19 45:16,24
  46:1,5,6,8,11
  46:18,18,22
  49:6,6,9,16
  51:1,3 54:20
  55:22 56:3
  70:22 71:2,5,8
  71:14 74:3
  89:7 90:19
**Washington**
  1:17
**wasn't** 12:10
  28:18 36:4
  52:24 53:12
  61:4,9 72:1
  81:11
**way** 6:15 7:1
  15:8,9 17:19
  25:20 30:6
  31:6 32:18
  34:18,22 35:6
  35:10 37:10

38:8 55:20
  61:2,15 69:16
  73:1 80:17
  88:3
**we'll** 7:18 20:8
  45:18 50:11
  92:21
**we're** 11:4 20:2
  25:13 46:23
  56:18 80:7
**we've** 53:15 78:1
  80:23
**week** 11:15
  12:14
**welcome** 92:16
**went** 7:17 43:16
  44:1,9 64:1
  70:7 87:11
**weren't** 23:4
**witness** 1:17 4:1
  4:4 8:23 9:10
  9:22 10:7
  12:22 20:1
  26:1 40:9 41:7
  43:2 45:4
  50:10 52:3
  65:1 88:20
  89:20,22 90:1
  92:4,16,22
  94:21 95:1
**witnesses** 30:1
  54:24
**woke** 31:18
**women** 85:12,15
**words** 56:6
**work** 13:19
  25:10 27:7,11
  61:20 65:23
**worked** 85:19
  87:3,4 88:14
**working** 85:8,12
**works** 27:6
  31:10
**wouldn't** 37:12
  37:13,15 73:2

**EXHIBIT B**

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Edward Grizzle - Taken 7/28/2021

Page 110

**write-up** 74:22
**written** 4:20 5:4
  5:6 37:19 40:7
**wrong** 68:8
**wrote** 30:16

_____

**X**

_____

**Y**

**yeah** 10:3 15:9
  27:19 28:6,15
  32:9,17 35:16
  37:14 38:17
  45:8 47:10
  56:10 65:19
  68:4 72:19
  76:3 78:19
  86:3 88:21
**years** 46:24
  72:17 86:24
  87:10,14
**young** 86:16

_____

**Z**

**Zoom** 2:1,19
  94:9

_____

**0**

**00212-213** 25:20
**05681** 1:5 93:5
**084-004127**
  95:13

_____

**1**

**1** 3:8 7:7,14,18
  7:20 11:4,6
  12:3,6,11,16
  12:24 13:5
  24:16 34:11,13
  74:15
**1-20** 1:7 2:18
  93:7
**10-6** 83:16,23
**10:30** 33:16 34:1
  54:4

**100** 11:10 38:14
**11** 8:21 24:21
**12** 8:22
**12:43** 92:22
**13** 9:11 74:16,20
**15** 8:8 9:15
**150** 1:17
**16** 9:16
**16-1** 20:6 83:2
  83:19,19
**161** 95:9
**16th** 31:11
**17** 9:17
**17th** 33:2 35:19
  36:18 53:22
**18** 1:5 50:16
  81:15,17 93:5
**18th** 42:13
**19** 9:19 74:14,18
**19th** 42:15

_____

**2**

**2** 3:9 8:3 20:8,10
  20:15 21:5
  33:11 36:24
  43:10
**20** 3:9 9:20
**2014** 20:13
  87:12
**2016** 86:9
**2018** 20:23
  21:13 22:21
  24:3 41:16
  50:16 80:22
  81:5,15,18
  83:24 85:7
**2021** 1:18 93:11
  93:19 94:14
  95:2
**20th** 95:2
**21** 9:21,22 86:24
**212** 80:18
**213** 80:18
**23** 10:9
**233** 2:8

**2350** 2:3
**24** 10:10
**25** 3:9 10:11
**26** 24:21
**27** 10:13 80:21
**28** 1:18 10:14
  93:11 94:14
**29** 10:15 11:3

_____

**3**

**3** 3:9 8:8 25:13
  25:22,23 28:4
  29:1 30:24
  32:3 33:11
  36:16,24 38:2
  39:16 40:1,22
  40:24 41:15,21
  50:20 53:16
  56:8 80:19,24
**3050** 95:10
**312.361.8851**
  95:11
**312.445.4900**
  2:4
**312.627.4000**
  2:9
**33** 2:3

_____

**4**

**4** 3:4,10 8:11
  45:22 47:16
  81:14
**45** 3:10

_____

**5**

**5** 3:10 8:13 33:6
  33:7 34:1
  36:18 50:12,13
  56:4
**5/16/2018** 28:16
**5:00** 54:13
**50** 3:10
**5600** 2:14

_____

**6**

**6** 3:11 47:10
  79:21 80:7,21
  81:13
**600** 2:14
**60018** 2:15
**60601** 95:10
**60602** 2:4
**60606** 2:9
**61st** 2:8

_____

**7**

**7** 3:8 8:15 47:8
  47:17
**79** 3:11

_____

**8**

**8** 24:21 25:1
  47:8,10,17
  74:15,20
**847.261.0700**
  2:15

_____

**9**

**9** 8:18 20:13
**9,000** 67:6
**9:00** 28:19
**9:32** 1:18 94:15
**90** 3:5 45:19
**95** 45:19 47:8

Royal Reporting Services, Inc.
312.361.8851

**EXHIBIT B**