

# Transcript of the Deposition of
# **Detective Donald McKinney**

**Case:** Cassandra Socha v. City of Joliet; et al.
**Taken On:** April 18, 2021

Royal Reporting Services, Inc.
Phone:312.361.8851
Email:info@royalreportingservices.com
Website: www.royalreportingservices.com

EXHIBIT I

Cassandra Socha v. City of Joliet; et al.
Deposition of Detective Donald McKinney - Taken 4/18/2021

Page 1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASSANDRA SOCHA,                        )
                                        )
                    Plaintiff,          )
                                        )
         vs.                            )  No. 18 CV 05681
                                        )
CITY OF JOLIET, a municipal             )
corporation; EDWARD GRIZZLE;            )
JOHN DOES 1-20,                         )
                                        )
                    Defendants.         )

         The deposition of DETECTIVE DONALD McKINNEY,

taken via videoconference, called by the Defendants for

examination, pursuant to notice and pursuant to the

Federal Rules of Civil Procedure for the United States

District Courts pertaining to the taking of depositions,

taken before Tina M. Hickey, Certified Shorthand

Reporter, on April 28th, 2021, at 1:15 p.m.

**EXHIBIT I**

Cassandra Socha v. City of Joliet; et al.
Deposition of Detective Donald McKinney - Taken 4/18/2021

Page 2

```
 1   APPEARANCES (via videoconference):

 2        LAW OFFICES OF HALL ADAMS, LLC
          MR. HALL ADAMS, III
 3        33 North Dearborn Street
          Suite 2350
 4        Chicago, Illinois 60602
          Phone:  312.445.4900
 5        E-mail:  hall@adamslegal.net

 6            On behalf of the Plaintiff;

 7        TRESSLER LLP
          MS. DARCY L. PROCTOR
 8        MR. JAMES J. HESS, JR.
          550 East Boughton Road
 9        Suite 250
          Bolingbrook, Illinois 60440
10        Phone:  630.759.0800
          E-mail:  dproctor@tresslerllp.com
11                 jhess@tresslerllp.com

12            On behalf of Defendant City of Joliet;

13        KNIGHT HOPPE KURNIK & KNIGHT, LTD.
          MR. MATTHEW S. CLARK
14        5600 North River Road
          Suite 600
15        Rosemont, Illinois 60018
          Phone:  847.261.0700
16        E-mail:  mclark@khkklaw.com

17            On behalf of Defendant Edward Grizzle.

18   ALSO PRESENT:  Cassandra Socha

19                     *   *   *   *   *

20

21

22

23

24
```

**EXHIBIT I**

Cassandra Socha v. City of Joliet; et al.
Deposition of Detective Donald McKinney - Taken 4/18/2021

```
                                                    Page 3

 1                      I   N   D   E   X

 2   WITNESS                                      PAGE

 3   OFFICER DONALD McKINNEY

 4        Examination by Mr. Adams..............   4

 5        Examination by Ms. Proctor...........   43

 6

 7                  E   X   H   I   B   I   T   S

 8                  (NO EXHIBITS MARKED.)

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

**EXHIBIT I**

Cassandra Socha v. City of Joliet; et al.
Deposition of Detective Donald McKinney - Taken 4/18/2021

## Page 4

1      (Witness sworn.)
2  WHEREUPON:
3      DETECTIVE DONALD McKINNEY,
4  called as a witness herein, having been first duly sworn,
5  was examined and testified as follows:
6      EXAMINATION
7  BY MR. ADAMS:
8      Q.   Detective McKinney, my name is Hall Adams.  I
9  represent Cassandra Socha.  Have you given deposition
10 testimony before?
11     A.   Yes.
12     Q.   About how many times?
13     A.   At least once.  I can't remember the exact
14 number.
15     Q.   If you wouldn't mind, we learned in the last
16 deposition that the microphone at your location isn't
17 great.
18     A.   Okay.
19     Q.   To make a particular point of sounding off,
20 this will go more smoothly.  Okay?
21     A.   Okay.
22     Q.   It's important you make sure you hear and
23 understand every question that you're asked before
24 attempting to give an answer.  If you need to have

## Page 5

1  questions repeated, rephrased, read back, or explained,
2  say so, and we'll accommodate you as many times as you
3  ask.  If you give an answer to a question, we'll presume
4  that you heard and understood the question; is that fair?
5      A.   Yes.
6      Q.   Please never guess.  If you don't know the
7  answer to a question, say you don't know.  If you can't
8  remember something you're asked, say you can't remember,
9  but never guess.  Okay?
10     A.   Okay.
11     Q.   All right.  What's your highest level of
12 formal education?
13     A.   I have a bachelor's degree.
14     Q.   From what institution?
15     A.   Western Illinois University.
16     Q.   In what year?
17     A.   I graduated in 2002.
18     Q.   In what discipline did you get your degree in?
19     A.   In criminal justice and law enforcement.
20     Q.   What did you do after you got your degree?
21     A.   Right before I graduated, I was hired by the
22 Morris Police Department.
23     Q.   By who?
24     A.   Morris Police Department.

## Page 6

1      Q.   Was it while working for Morris that you went
2  through the academy?
3      A.   Yes.
4      Q.   Where?
5      A.   Police Training Institute at the University of
6  Illinois.
7      Q.   Have you remained employed in law enforcement
8  continuously since that time?
9      A.   Yes.
10     Q.   When did you join the Joliet Police
11 Department?
12     A.   March 21st of 2005.
13     Q.   What is your current rank?
14     A.   Detective.  It's not really a rank.  It's just
15 a title, but ...
16     Q.   Okay.  As a rank, you'd be a patrolman; your
17 function is detective in the investigations unit?
18     A.   Yes.
19     Q.   How long have you been a detective in the
20 investigations unit with the Joliet Police Department?
21     A.   Since December 31st of 2017.
22     Q.   Would you agree with me, Detective, that
23 officers on the Joliet Police Department are expected to
24 treat one another professionally?

## Page 7

1      A.   Yes.
2      Q.   And to treat one another with dignity and with
3  respect?
4      A.   Yes.
5      Q.   And that female officers on that police
6  department are not to be treated in a sexist or
7  misogynistic way?
8      A.   Yes.
9      Q.   And that officers on the force should not
10 discriminate against female officers on the basis of
11 their sex?
12     A.   Yes.
13     Q.   How would you characterize your relationship
14 with Officer Socha?
15     A.   Besides coworkers, I don't have a relationship
16 with her.
17     Q.   How would you characterize your relationship
18 with Officer Crowley?
19     A.   I've worked with him before on midnights.  I
20 mean, we're not friends to where we hang out, but I know
21 him -- I mean, protect him like he's family, and I would
22 do the same for Officer Socha because that's what we do.
23     Q.   Who promoted you to the function of detective?
24     A.   The chief at the time was Chief Brian Benton.

Royal Reporting Services, Inc.
312.361.8851

**EXHIBIT I**

Cassandra Socha v. City of Joliet; et al.
Deposition of Detective Donald McKinney - Taken 4/18/2021

Page 8

1    Q.   Could we get the name one more time?
2    A.   Brian Benton was the chief at the time.
3    Q.   I may use just last names without titles.  If
4    you have any question about who I'm talking about, say
5    so.  It will just make this go more quickly.  Has
6    Sergeant Grizzle been involved in any promotion or
7    advancement of yours in the department?
8    A.   No.
9    Q.   Has Al Roechner, in whatever position he held,
10   been responsible for any promotion or advancement of
11   yours in the department?
12   A.   He was on the interview panel when I
13   interviewed for the position.
14   Q.   Do you know what, if any, way his -- Strike
15   that.
16        Beyond being on the interview panel, do you
17   know whether he weighed in for or against you in the
18   process?
19   A.   I'm assuming he weighed in for, but -- because
20   I was never one on the list, but ...
21   Q.   When was that?
22   A.   Like I said, I was assigned up here in the end
23   of 2017, but I don't remember the exact date of the
24   interview for it.

Page 9

1    Q.   You're familiar with a Detective McKeon?
2    A.   Yes.
3    Q.   In May and June of 2018, where was your work
4    station in the investigation section relative to that of
5    Detective McKeon's?
6    A.   I am not right next to him, but -- I don't
7    know how to explain it.  You'd have to see our -- it's
8    easier to explain if you see it.  But I'm not right next
9    to him.  I'm several desks to the west of him.
10   Q.   Okay.  In the May/June 2018 time frame, where
11   was your work station relative to the Cellebrite device?
12   A.   West of that as well because that Cellebrite
13   location at the time is right next to -- or was right
14   next to Detective McKeon's desk.
15   Q.   So in order to work at the Cellebrite device,
16   if you were at your work station, you would have to move
17   from there in the general direction of Detective McKeon?
18   A.   Yes.
19   Q.   How would you characterize your relationship
20   with Detective McKeon?
21   A.   Good.
22   Q.   Are you, outside the workplace, socially
23   friendly with one another?
24   A.   If I see him, I talk to him, but I don't call

Page 10

1    him to hang out with him.  I really don't hang out with
2    anybody outside the police department besides my family.
3    Q.   In the May/June of '18 time frame, Sergeant
4    Grizzle, Sergeant Gavin, and Roechner all outranked you?
5    A.   Yes.
6    Q.   As did Lieutenant Reid?
7    A.   Yes.
8    Q.   Who was your immediate reporting senior in the
9    chain of command in the May/June 2018 time frame?
10   A.   Sergeant Grizzle was my immediate supervisor.
11   Q.   Has Sergeant Grizzle ever said anything to you
12   about Socha's testimony in the criminal prosecution of
13   Crowley?
14   A.   No.
15   Q.   Has Sergeant Grizzle ever said anything to you
16   about the outcome of the criminal trial against Crowley?
17   A.   No.
18   Q.   Have you ever been present within earshot such
19   that you could hear Sergeant Grizzle say anything about
20   the outcome of the prosecution of Crowley?
21   A.   Not that I recall.
22   Q.   Were you ever present within earshot where you
23   could hear Sergeant Grizzle say anything about the role
24   that Socha played in the Crowley prosecution?

Page 11

1    A.   Not that I recall, no.
2    Q.   Did you yourself have any role at all in the
3    investigation or prosecution of Crowley?
4    A.   No.
5    Q.   You are aware that subsequent to that
6    prosecution there was an investigation of Socha?
7    A.   Yes.
8    Q.   Did you have any official role whatsoever in
9    that investigation of Socha?
10   A.   No.
11   Q.   Have you ever heard Grizzle discuss the
12   investigation of Socha?
13   A.   Not that I recall.
14   Q.   Have you ever heard Gavin discuss the
15   investigation of Socha?
16   A.   Not that I recall, no.
17   Q.   Have you ever heard Roechner discuss the
18   investigation of Socha?
19   A.   Not that I recall.
20   Q.   Detective, did you review any documents in
21   preparation for today's deposition?
22   A.   No.
23   Q.   Have you ever seen Socha's complaint in this
24   civil lawsuit?

5 (Pages 8 to 11)

**EXHIBIT I**

Cassandra Socha v. City of Joliet; et al.
Deposition of Detective Donald McKinney - Taken 4/18/2021

Page 12

1    A.    Just in -- No, I haven't seen the complete
2    one.  All I got was the deposition order.
3    Q.    You trailed off there.  Did you say you've
4    seen portions of it or allegations from it in the popular
5    press?
6    A.    No, I have not.  I did not see the whole
7    thing.
8    Q.    Have you seen excerpts of it anywhere?
9    A.    I try not to read the paper, so no.
10    Q.    Okay.  Prior to the deposition today, at any
11    time, has anyone told you specifically or generally
12    what's alleged in Socha's complaint in this case?
13    A.    The only thing I've heard is there was alleged
14    sharing of pictures or videos.
15    Q.    Okay.  From whom did you hear that?
16    A.    I don't know specifically, but I've heard it
17    around the police department.
18    Q.    When did you hear that?
19    A.    I don't exactly know when she -- when the
20    complaint was filed, so it would be sometime after that.
21    Q.    And whenever that was, did you understand that
22    the lawsuit involved the viewing or the sharing of
23    pictures or videos of Socha that depicted her either
24    naked and/or engaged in sexual acts?

Page 13

1    A.    Yes.
2    Q.    Whenever it was that you heard that, what did
3    you hear about the origin of those images, where they
4    came from?
5    A.    From her phone is what I heard.
6    Q.    Who told you that I?
7    A.    I don't recall.
8    Q.    Have you been trained on Cellebrite?
9    A.    I was trained in February of 2019 on
10    Cellebrite, formally trained.
11    Q.    By whom?
12    A.    I went to Cellebrite.
13    Q.    The company?
14    A.    Yes.
15    Q.    And did the company reps come to the Joliet
16    Police Department, or did you go off-site somewhere for
17    the training?
18    A.    The first training I went to was in Downers
19    Grove.
20    Q.    Have you been trained -- Strike that.
21        Before February of 2019 then, is it correct
22    that you had no Cellebrite training?
23    A.    No formal Cellebrite training.  Detective
24    German had shown me how to use Cellebrite before that.

Page 14

1    Q.    When?
2    A.    Oh, I came in in December of 2017, and I don't
3    remember the exact date, but sometime in 2018 he put out
4    an e-mail or asked other officers if they were interested
5    in learning how to use the Cellebrite, and that's when he
6    taught us -- or taught me how to use it, which at that
7    time I still wasn't good at it.
8    Q.    Was that in the nature of a one-on-one
9    tutorial, if you will, between you and German, or was it
10    a presentation by German to a larger group of detectives?
11    A.    I don't recall.
12    Q.    In May and June of 2018, where was the
13    password for the Cellebrite posted?
14    A.    I don't remember if it was posted or not.
15    Q.    You had it?
16    A.    Yes.
17    Q.    How did you get access to it?
18    A.    By putting the password in?  How I got access
19    to the password?
20    Q.    Yes, sir.
21    A.    I was given the password.
22    Q.    By whom?
23    A.    Like I said, I don't remember exactly who gave
24    me -- I mean, I don't want to make assumptions, but I

Page 15

1    would assume it would be Detective German when he was
2    training me on it, told me what the password was.  But
3    I'm not a hundred percent sure.
4    Q.    The Cellebrite device itself is accessible to
5    any person who is in the investigations division area in
6    the police department, correct?
7    A.    It was at that time, yes.
8    Q.    It's since been moved to a more secure area?
9    A.    Yes.
10    Q.    Why?
11    A.    I would assume it would be because of this
12    incident that happened.  I really don't get brought into
13    decision-making, so ...
14    Q.    In the May/June 2018 time frame, approximately
15    how many employees of the Joliet Police Department had
16    workstations within the investigations unit's work area?
17    A.    I would say somewhere around 20, at least.
18    Q.    When Cellebrite is accessed and data that has
19    been extracted from other computer devices to the
20    Cellebrite device are viewed, is it -- back at that time
21    frame, would it be viewed on a conventional computer
22    monitor?
23    A.    Yes.
24    Q.    Any larger than normal?  Is it a normal

6  (Pages 12 to 15)

Royal Reporting Services, Inc.
312.361.8851

**EXHIBIT I**

Cassandra Socha v. City of Joliet; et al.
Deposition of Detective Donald McKinney - Taken 4/18/2021

| Page 16 | Page 18 |

**Page 16**

1  desktop-sized monitor?
2      A.  No.  It was larger than normal.
3      Q.  Can you estimate the dimensions?
4      A.  No.  I mean, yeah, I couldn't even guess.
5      Q.  Can you estimate as in 20 percent larger than
6  a normal desktop monitor, 50 percent larger, twice as
7  large?
8      A.  I don't even know what the dimensions of a
9  normal monitor is.  I would say -- I don't know.  I don't
10  even -- Detective German would have known probably how
11  much bigger it was.  I don't know.
12      Q.  Bear with me.
13          All detectives had passwords -- or had the
14  password that would enable them to access Cellebrite?
15      A.  I don't know if they all had it.  It was a
16  general password.  I believe at the time it was just
17  Joliet, so I don't know if everybody had it.  But I knew
18  the people that were -- besides Detective German, it was
19  myself, and I think he taught maybe a couple other guys.
20  So we weren't officially trained on it through
21  Cellebrite, but we were trained through Detective German
22  on it.
23      Q.  Other than or in addition to Detective German,
24  were there detectives who did have special or additional

**Page 17**

1  training on the use of the Cellebrite?
2      A.  Not that I know of.
3      Q.  You yourself viewed -- I'm going to use a --
4  define a term so we can use a shorthand.  When I use the
5  term "image" or "images," I'm talking about photos or
6  videos of Cassie Socha that were extracted from her
7  iPhone.  Will you understand that's what I mean?
8      A.  Yes.
9      Q.  You yourself viewed images of Cassie Socha
10  where she was nude, true?
11      A.  Yes.
12      Q.  On what date or dates, plural, did you do
13  that?
14      A.  I don't recall the exact date.
15      Q.  Can you recall the month in which you did
16  that?
17      A.  No.
18      Q.  Would it have been in the May/June 2018 time
19  frame?
20      A.  Is that when the phone was extracted?
21      Q.  I'll represent to you that the phone was
22  extracted in May of 2018, but, of course, you're the
23  witness.  You don't have to accept my representations
24  about anything.

**Page 18**

1      A.  I don't remember the month or the day.
2      Q.  Are you able to tell us when, in relationship
3  to the extraction, that you viewed nude images of Socha?
4      A.  No, I can't.  I wasn't present for the
5  extraction.
6      Q.  In any event, it was after the extraction,
7  true?
8      A.  Yes.
9      Q.  And where were you when you viewed these nude
10  images of Socha?
11      A.  At the Cellebrite computer.
12      Q.  Sitting in front of it, looking at the
13  monitor, correct?
14      A.  Yes.
15      Q.  To the best of your recollection, can you name
16  every other person who was present in the investigations
17  area when you did that?
18      A.  The only person I know for sure was Brad
19  McKeon, Detective McKeon.  Everybody else I have no
20  recollection on who it was.
21      Q.  Do you now have -- that you got the training
22  you got in February of '19, any particular certification
23  on Cellebrite?
24      A.  Yes, I do.

**Page 19**

1      Q.  And is it correct that you did not have such
2  certification before that training in February of '19?
3      A.  That is correct.
4      Q.  Did the department require that certification
5  in order for detectives to use the Cellebrite?
6      A.  No.
7      Q.  About what time of day did you view the nude
8  images of Socha on the Cellebrite?
9      A.  Midafternoon.
10      Q.  In police parlance, what shift would that have
11  been?
12      A.  I work 8:00 until 6:00 p.m., so it was
13  sometime after 1:00 o'clock.  I'm not exactly sure what
14  time.
15      Q.  After 1:00 o'clock and before 5:00 p.m.?
16      A.  Before 6:00.
17      Q.  Okay.  And I appreciate that you have already
18  told us that the only person you specifically remember
19  being in the investigations area at the time was McKeon.
20  Do you have a recollection that there were, in fact,
21  other people in the investigations area whom you're
22  simply not able to identify for us today?
23      A.  Yeah.  Most likely, there were more people in
24  there, but I don't remember who they were or how many

Royal Reporting Services, Inc.
312.361.8851

**EXHIBIT I**

Cassandra Socha v. City of Joliet; et al.
Deposition of Detective Donald McKinney - Taken 4/18/2021

Page 20

1  people. I can't even tell you if it was on a Wednesday
2  or what day of the week it was.
3      Q.  Were the nude images of Socha that you viewed
4  on the Cellebrite static photographs or moving video
5  images?
6      A.  There was one -- it was one photograph.
7      Q.  What did it depict?
8      A.  It was from the shoulders down, and it showed
9  breasts.
10     Q.  Before you saw the image you described --
11 Strike that.
12         Did you see just one photograph?
13     A.  After I exited that one, I checked on another
14 one, and that's when I seen her face, and that's when I
15 exited completely out of the program.
16     Q.  I'm sorry?
17     A.  I said, after I seen that photograph, I
18 clicked on another photograph, which was -- allowed me to
19 identify it as Cassandra Socha, and that's when I exited
20 completely out of the program.
21     Q.  Okay.  So to get access to those images at
22 that time, you first had to sit down in front of the
23 Cellebrite, correct?
24     A.  Yes.

Page 21

1      Q.  What was your specific purpose for doing so at
2  that time?
3      A.  Because I was newer with it, I would get on
4  the Cellebrite machine, and I would go through older
5  files and open up the reader, which was the way we would
6  hand off the files to other officers from other
7  departments or our department for them to review.  I
8  would open up the reader, and I would go through it
9  myself to try to familiarize myself with the program
10 since I didn't have formal training.
11     Q.  In order to get access to the nude images of
12 Socha that you viewed, you first had to enter the
13 password, which you believe was Joliet, correct?
14     A.  Yes.
15     MR. CLARK: I'll just object as to form.  I think he
16 said there was one image, right?
17     MR. ADAMS: He said two.
18     MR. CLARK: One nude image.
19 BY MR. HALL ADAMS:
20     Q.  So after you entered the password, did you
21 have to enter any information that would enable
22 Cellebrite to identify you as the person accessing the
23 data contained in it?
24     A.  No.

Page 22

1      Q.  When you sat down and entered your pass- --
2  entered the password, at that time you were aware that
3  there was an ongoing investigation of Socha?
4      A.  I don't recall.
5      Q.  Had you heard that from anyone to that point?
6      A.  I don't recall.
7      Q.  And when you -- after you entered the
8  password, what then appeared on the monitor in front of
9  you?
10     A.  It's a blue screen or it was a regular screen,
11 and then we actually have to click on the program.  Or,
12 actually, all -- at the time, all of our files were
13 stored on a hard -- or on a server, and we'd have to open
14 up the server to get the older files.
15     Q.  Okay.  And after entering the password, what
16 did you have to do in order to access the data on the
17 server?
18     A.  Just open up the server.
19     Q.  Okay.  By clicking what?
20     A.  It was -- I believe it was called the V drive,
21 I think, at the time or -- yeah, the V drive.
22     Q.  So you would click on that icon or prompt on
23 the monitor?
24     A.  No.  It's actually in a folder.  You have to

Page 23

1  go -- I don't know how to -- like, it looks like a manila
2  folder on your desktop at the bottom.  I would click on
3  that.  It would open up.  It would give me all of the
4  networks on the computer, which we don't have access to
5  all of them.  But there would be like the investigations;
6  then we'd have V drive which contained all the Cellebrite
7  stuff.
8      Q.  So in the drive that contained all the
9  investigations, how were the investigations identified
10 and differentiated from one another?
11     A.  I don't know if they were identified by case
12 numbers.  I believe at the time they were identified
13 by -- I don't recall how they were identified at the
14 time.
15     Q.  Were the investigations identified by the name
16 of the person being investigated?
17     A.  No.
18     Q.  Were they identified by the name of the
19 complainant or the putative victim?
20     A.  No.
21     Q.  Were they identified by the name of the lead
22 investigating detective?
23     A.  I don't remember if they all were, but I
24 remember I had a file with my name on it in there, but I

8  (Pages 20 to 23)

**EXHIBIT I**

Cassandra Socha v. City of Joliet; et al.
Deposition of Detective Donald McKinney - Taken 4/18/2021

Page 24

1   don't remember if they all were or not.
2       Q.   And in order then to access that data from any
3   particular investigation that was on the hard drive, what
4   was your next step?
5       A.   I would open up a file, and it would start
6   downloading or a program would come up.
7       Q.   And what file designation did you click on to
8   open up prior to viewing the images of Socha?
9       A.   I don't remember exactly the numbers, but it
10  was just a bunch of numbers.
11      Q.   How did you determine which bunch of numbers,
12  which investigative file to click on to open before you
13  viewed the images of Socha?
14      A.   I didn't.  Like I said, I've gone -- I was, at
15  the time, going through files just about every day to try
16  to familiarize myself with the program, the reader
17  program, and I would randomly go through files.
18      Q.   So at the time you did this, you were a
19  detective, true?
20      A.   Yes.
21      Q.   And I think you just told us that you had a
22  file of your own on Cellebrite, true?
23      A.   Yes.
24      Q.   Did you click on and open an investigation

Page 25

1   file of a case that was your case that you were
2   investigating?
3       A.   No.  It was not my case.
4       Q.   Why did you elect to click on and open the
5   case file for a case in which you had no involvement
6   whatsoever?
7       A.   Just to familiarize myself with the reader
8   program.  The more you use it, the more familiar you get
9   with it.
10      Q.   You could have done that by clicking on one of
11  your own files, could you not?
12      A.   I could have, yes.
13      Q.   Okay.  When you clicked on whatever
14  investigative file designator you clicked on, what were
15  the next steps preceding your viewing of the images of
16  Socha?
17      A.   I would have to sit there and wait for it to
18  load up.
19      Q.   So you sat there and you waited for that
20  particular investigative file to load up.  What happened
21  then?
22      A.   Once it was loaded, I would click through it.
23      Q.   And would you have to click through, as you
24  say, a serial list of icons?

Page 26

1       A.   Can you explain what you mean by "serial
2   list"?
3       Q.   A list.  Let me phrase it differently.  What
4   would you click on or click through?
5       A.   I would go through the media icon on the
6   left-hand side or text messages.
7       Q.   And so after you clicked on the investigation,
8   and that took some time to open, then you had a series of
9   potential folders within that investigation file that you
10  could open, correct?
11      A.   Yeah.  They were more like tabs on the side.
12      Q.   Tabs, tabs, okay, tabs.  And you were able to
13  differentiate by the appearance of those tabs from media
14  tabs versus text tabs versus document tabs, correct?
15      A.   Yes.
16      Q.   What did you do then?
17      A.   I clicked right on the media tab.
18      Q.   Why did you select a media tab as opposed to a
19  text tab or document tab?
20      A.   Usually when I would open those up at the
21  time, I would go straight to media and go through
22  pictures or -- really, just pictures.
23      Q.   Why?
24      A.   I can see a lot of -- about some people by

Page 27

1   what pictures they have on their phone, what -- you know,
2   what -- because even with pictures, they would give a
3   thumbnail of websites and things like that that they
4   would go through on their phone.
5       Q.   At the time that you did this,
6   Detective McKinney, were you familiar with Joliet Police
7   Department General Order 7-2, the subject of which is
8   complaints against the agency or its employees?
9       A.   Yes.
10      Q.   At the time, were you familiar with Joliet
11  Police Department General Order 16-1, the subject of
12  which was evidence and property management?
13      A.   I know I read it over once before.  I can't
14  recite it.
15      Q.   As a detective with the Joliet Police
16  Department, you'd agree that those general orders apply
17  to you?
18      A.   Yes.
19      Q.   How many media tabs did you click on before
20  you saw the images of Socha?
21      A.   Just the images tab.  That's all I clicked on.
22      Q.   In other words, did the images open up at the
23  first media tab that you clicked on to open?
24      A.   I'm trying to remember how it was then, but

9  (Pages 24 to 27)

Royal Reporting Services, Inc.
312.361.8851

**EXHIBIT I**

Cassandra Socha v. City of Joliet; et al.
Deposition of Detective Donald McKinney - Taken 4/18/2021

Page 28

1  now, if you open up media, there's images, videos.  I'm
2  tying to remember if it was the same then.  But I can't
3  remember if I had to click on media tab to get to images
4  or if images was just a tab at the time.
5        Q.   So it's possible, even, that you had to click
6  on one before the other, before the actual images
7  appeared on the monitor?
8        A.   I don't recall if it was that way, but it
9  could have been.  That's the way it is now, but they've
10  updated multiple times since.
11       Q.   How many workstations away from the Cellebrite
12  terminal did McKeon sit?
13       A.   It would be a small walkway to the right.
14       Q.   Could you estimate for us in feet or steps?
15       A.   Wide enough for one person to walk through,
16  but I wouldn't say two -- you couldn't walk past each
17  other, so hip width, I guess.  I mean, I don't know
18  exactly how, you know --
19       Q.   When you first sat down in front of the
20  Cellebrite on this particular occasion, where was McKeon?
21       A.   Sitting at his desk.
22       Q.   Did he remain seated at his desk for the
23  duration until these images of Socha appeared on the
24  monitor in front of you?

Page 29

1        A.   He remained sitting at his desk the whole
2  time, yes.
3        Q.   From where you sat in front of the Cellebrite
4  monitor, would you have been able to extend one of your
5  arms and touch them without moving your chair?
6        A.   Yes.
7        Q.   Was there a work space between the Cellebrite
8  terminal and McKeon's work space?
9        A.   No.
10       Q.   Were they adjacent?
11       A.   Yeah.  I mean, they're right next to each
12  other.  But like I said, there's a walkway that divides
13  the two.
14       Q.   Okay.  Was McKeon trained on Cellebrite?
15       A.   I do not know.
16       Q.   How long did this process that you've
17  described for us, from the point in time where you
18  entered the password "Joliet," clicked on the
19  investigation files, clicked on the tabs you needed to
20  click on, in order for images to appear on a monitor in
21  front of you?  How long did all that take?
22       A.   I don't know.
23       Q.   Can you give us an estimate?
24       A.   I mean, they can take anywhere from ten

Page 30

1  minutes for it to load to several hours, depending on how
2  big the phone is.
3        Q.   In this particular instance, can you give us
4  some idea as to where in that range, ten minutes to
5  several hours, it took for the images to show on your
6  monitor?
7        A.   I don't recall.
8        Q.   You believe you sat there for more than an
9  hour waiting for the images to open and appear?
10       A.   No.
11       Q.   More than a half hour?
12       A.   I don't believe so.
13       Q.   Were you doing anything else while you were
14  waiting for the files and the tabs to open and the images
15  to appear?
16       A.   I don't recall.
17       Q.   Prior to this episode, how many times had you
18  sat down in front of the Cellebrite to practice?
19       A.   It would be a guess, but I'd say more than
20  ten.
21       Q.   I don't mean for this to sound as snarky as
22  it's going to, but didn't you have anything better to do,
23  meaning, wasn't there more pressing investigatory work
24  for a detective on the Joliet Police Department to be

Page 31

1  doing than spending ten minutes to hours waiting for
2  images to open on Cellebrite just for the sake of
3  practice?
4        A.   No.  I mean, I had other cases to work on, but
5  usually I would catch up on them, and then that's when I
6  would work on familiarizing myself with it.
7        Q.   Were any of these other cases that you had to
8  work cases that included extracted data stored on the
9  Cellebrite?
10       A.   Yeah, I'm sure some of them did.
11       Q.   At that time did you know enough about how
12  Cellebrite worked from the training you had received from
13  German and your prior practice sessions to differentiate
14  between your cases and cases that were not your cases in
15  the Cellebrite system?
16       A.   I knew the ones that were in my file, but --
17  Yeah, so, I mean, I would have known if it was my case
18  that I worked, yes.
19       Q.   And you would have known how to look for your
20  cases on the Cellebrite system, correct?
21       A.   Yes.
22       Q.   So what happened next as you are in the
23  process of opening up the files and the tabs that
24  ultimately led to your seeing images of Socha on the

Royal Reporting Services, Inc.
312.361.8851

**EXHIBIT I**

Cassandra Socha v. City of Joliet; et al.
Deposition of Detective Donald McKinney - Taken 4/18/2021

Page 32

1  Cellebrite monitor in front of you?
2      A.   When I seen the image, I had tapped
3  Detective McKeon.  He asked me who was that.  I exited
4  out of that image and opened up the next image, and
5  that's when I said --
6      Q.   We skipped a step or two, and I just want to
7  make sure we're clear about this.  You told us so far all
8  the different steps you had to take to get to the image.
9      A.   Yes.
10     Q.   So you've now clicked on a media tab and maybe
11 one other.  Were there any other steps that you took
12 before the Socha images appeared on the monitor in front
13 of you?
14     A.   Either I would have clicked directly on the
15 images or I would have opened up the images, but there
16 wouldn't have been any other steps, no.
17     Q.   Okay.  Were the images of Socha that you saw
18 in color or black and white?
19     A.   Color.
20     Q.   And the first of the two images that you saw
21 was the bare chest down to the waist, correct?
22     A.   I don't remember if it was all the way down to
23 the waist, but, yes, it was the bare chest one.
24     Q.   And before you clicked on or scrolled down to

Page 33

1  the next image of Socha that you saw, you got McKeon's
2  attention?
3      A.   Yes.
4      Q.   How did you do that?
5      MS. PROCTOR:  I'm just going to object.  Your
6  question mischaracterizes the witness's prior testimony.
7  I think we have to be careful.
8  BY MR. ADAMS:
9      Q.   You can answer.  How did you get his
10 attention?
11     A.   By tapping him.
12     Q.   After you tapped him, did he turn and face
13 you?
14     A.   Yes.
15     Q.   And what did you say to him?
16     A.   I don't recall.
17     Q.   What did he say to you?
18     A.   Who is that?
19     Q.   Why did you tap him?
20     A.   I don't remember exactly the reason, but, I
21 mean, it probably -- I -- it was a nude image on a phone,
22 so that's why I tapped him, I'm assuming.
23     Q.   When you tapped him, did you intend for him to
24 look at the Cellebrite monitor?

Page 34

1      A.   Yes.
2      Q.   And you knew when you did that that the image
3  on the monitor in front of you was from a phone, correct?
4      A.   Yes.
5      Q.   And did McKeon then turn his head and eyes to
6  look at the monitor?
7      A.   Yes.
8      Q.   And when he looked at the monitor, what, if
9  anything, did he say or do?
10     A.   He said, "Who is that?"
11     Q.   And when he said that, what did you do?
12     A.   I exited out of that picture, and then I
13 clicked on the next one.
14     Q.   Okay.  Why did you click onto the next photo?
15     A.   If I recall right, it was a small thumbnail,
16 and it looked like it had someone's face.
17     Q.   I'm sorry.  I just couldn't hear that.
18     A.   I said, if I recall right, it was a small
19 thumbnail, and it looked like it had someone's face on
20 it.
21     Q.   Okay.  Fair.  Why didn't you just stop at the
22 nude chest image that was on the monitor in front of you
23 and back out of that tab and investigation and even
24 Cellebrite, for that matter?  Why did you go further into

Page 35

1  the file?
2      A.   I would have kept going if I -- until I
3  realized who it was.
4      Q.   Why?
5      A.   Because I was going through the program to
6  familiarize myself with the program.
7      Q.   You opened the next image, and you saw Socha's
8  face?
9      A.   Yes.
10     Q.   What else did you see?
11     A.   That's all I remember seeing.
12     Q.   Did McKeon say or do anything at that time to
13 acknowledge that he too had seen Socha's face in the
14 second image?
15     A.   I remember him turning back and facing his
16 computer.
17     Q.   Did he say anything?
18     A.   Not that I recall.
19     Q.   Did you say anything?
20     A.   I said, "It's Socha."
21     Q.   Anything else?
22     A.   No.
23     Q.   What did you do then?
24     A.   I exited out of the program and logged off.

11  (Pages 32 to 35)

**EXHIBIT I**

Cassandra Socha v. City of Joliet; et al.
Deposition of Detective Donald McKinney - Taken 4/18/2021

Page 36

1  Q.  How did you do that?
2  A.  I hit the "X" in the top right corner; the
3  program closes, and then I clicked either lock or -- you
4  know, when you go to a start button, you can lock or sign
5  out.  I believe that's what I did.
6  Q.  How long did that process of getting out take
7  you?
8  A.  Probably a matter of a minute, maybe.
9  Q.  After you did that, did you and McKeon have
10  any further conversation with one another about what you
11  had both seen on the Cellebrite monitor?
12  A.  Not that I recall.
13  Q.  Did you report to any fellow detectives what
14  you had seen on the Cellebrite monitor?
15  A.  Not that I recall, no.
16  Q.  Why not?
17  A.  I don't know.
18  Q.  Were you aware, when you accessed those images
19  on the Cellebrite, that the Cellebrite tracked who
20  accessed the data on the Cellebrite, when they accessed
21  it, and when they left it?
22  A.  No.
23  Q.  Do you know that now?
24  A.  Really, I don't.  I don't know if it does or

Page 37

1  not.
2  Q.  After you viewed those images of Socha on the
3  Cellebrite, did you and McKeon ever discuss what the two
4  of you had seen again?
5  A.  When we found out about the lawsuit, that's
6  when I -- that's when he told me he was going to tell
7  Sergeant Nicodemus, I believe, at the time, and that's
8  when I had also told him what I saw as well.
9  Q.  And did you then go to Sergeant Nicodemus and
10  report what you had seen on the monitor?
11  A.  I don't recall if I told him, but I know I
12  talked to Chris Regis when we were all called in and told
13  him what I had seen.
14  Q.  The inspector general?
15  A.  Yes.
16  Q.  He sat you down; he asked you a bunch of
17  questions?
18  A.  Yes.
19  Q.  Before that occurred, did you ever step
20  forward and tell anyone in your chain of command what you
21  had seen on the monitor, on the Cellebrite, that you've
22  just described for us?
23  A.  No.
24  Q.  Do you know whether McKeon, in fact, did that?

Page 38

1  A.  No.
2  Q.  He said he was going to, but you don't know
3  whether he did; is that accurate?
4  A.  Yes.
5  Q.  Other than the inspector general, has anyone
6  approached you -- I should say, has anyone in your chain
7  of command approached you and asked you about your
8  accessing and viewing the images on the Cellebrite?
9  A.  No.
10  Q.  Have you seen nude video or photographic
11  images of Socha on any other computer device?
12  A.  No.
13  Q.  Has any other Joliet police officer -- and by
14  that, I mean, of course, other than McKeon -- told you
15  that he or she had viewed nude images of Socha on any
16  computer device?
17  A.  No.
18  Q.  Have you been privy to any conversations in
19  which secondhand information was discussed about officers
20  who had viewed nude video or photographic images of Socha
21  on any computer device?
22  A.  I've heard rumors, but I've never been --
23  never heard it officially.
24  Q.  From whom have you heard such rumors?

Page 39

1  A.  I can't even recall who it was.
2  Q.  What was the content of the rumors that you
3  heard?
4  A.  That Chief Roechner at the time had something
5  with it, but I never -- I didn't see it firsthand, and I
6  wasn't going to approach him about it.
7  Q.  Do you recall who passed that particular rumor
8  on to you?
9  A.  No.
10  Q.  Are you familiar with a former Joliet Police
11  Department officer named Bergner?
12  A.  Yes.
13  Q.  What was his role in the investigations unit
14  in May and June of 2018?
15  A.  He would help us with like zipping files, and
16  I don't believe he was assigned to the investigations
17  unit at the time.
18  Q.  So he was an IT guy that the investigations
19  unit might turn to from time to time for IT-type help?
20  A.  Yes.
21  Q.  Have you ever discussed the circumstances of
22  Socha's case with Bergner?
23  A.  Not that I recall, no.
24  Q.  Have you ever heard anyone talk about Chief --

12  (Pages 36 to 39)

**EXHIBIT I**

Cassandra Socha v. City of Joliet; et al.
Deposition of Detective Donald McKinney - Taken 4/18/2021

Page 40

1  or Deputy Chief Roechner asking Bergner to either scrub
2  or dispose of computer devices on which Roechner had made
3  video and/or photo images of Socha?
4      A.  No.
5      Q.  Have you heard rumors about anyone else who
6  had images of -- I should say nude images of Socha on any
7  other computer device?
8      A.  No.
9      Q.  Have you ever heard any other Joliet Police
10 Department officer say anything about Cassie Socha's
11 body?
12     A.  Not that I recall, no.
13     Q.  Have you ever heard any other Joliet Police
14 Department officer say anything about Cassie Socha's
15 sexual conduct as depicted on the images that were
16 extracted from her iPhone during the investigation?
17     A.  Not that I recall, no.
18     Q.  After you viewed the nude images of Socha on
19 the Cellebrite, did you make any memoranda or notes to
20 yourself about what had happened?
21     A.  It was one image and no.
22     Q.  Prior to your viewing those images on this
23 Cellebrite, had you been disciplined for mishandling
24 evidence?

Page 41

1      A.  No.
2      Q.  Were you suspended in 2020?
3      A.  Yes.
4      Q.  For what?
5      A.  For -- it was harassment with another
6  employee, making jokes with another male employee.
7      Q.  What was the nature of the harassing conduct?
8      A.  He was on a television show or on a TV show,
9  and he called himself a southern gentleman, and I called
10 him a southern gentleman after he called -- that's what
11 he called himself.
12     Q.  How would you characterize the video in which
13 he appeared?
14     A.  It was like a sexual dating show.
15     Q.  Pornography?
16     A.  Yeah, he can be -- clarifying, it would be
17 like it was on --
18     Q.  What was the other officer depicted doing in
19 the video?
20     A.  All I seen was his interview on it.  I didn't
21 watch the whole video.
22     Q.  Did you forward the video to other Joliet
23 officers?
24     A.  I did to one officer, yes, that I can

Page 42

1  remember.
2      Q.  Did it make its way around the department?
3      A.  I don't know.
4      Q.  Was your forwarding that video part of the
5  misconduct that led to your suspension?
6      A.  The only thing I was punished for was for
7  harassing him.  It was for my comments, as far as I knew.
8      Q.  At the time that you and McKeon were both
9  looking at the Cellebrite monitor that was displaying
10 images of Socha, was anyone else within earshot such that
11 they can hear the two of you?
12     A.  I don't know.
13     Q.  Other than your interview with the IG, Regis,
14 have you given any statements to anyone relative to the
15 Socha lawsuit?
16     A.  No.
17     Q.  Do you have any intention of leaving your
18 position with the Joliet department in the next few
19 years?
20     A.  No.
21     Q.  So as far as matters stand today, if we need
22 to find you around the time of the trial of this case, we
23 can reach you through the department?
24     A.  Yes.

Page 43

1      MR. ADAMS:  Those are all the questions I have of
2  the witness.  Thank very much, Detective.
3      MS. PROCTOR:  You know, just from the defense side,
4  I'd like to take five, a five-minute break, if we could.
5      MR. ADAMS:  Sure.
6      MS. PROCTOR:  Thank you.
7          (A short break was had.)
8      MS. PROCTOR:  Hall, I can't remember.  Were you
9  concluded with your questions?
10     MR. ADAMS:  I was.
11     MS. PROCTOR:  Okay.  Then I'll jump in.
12          EXAMINATION
13 BY MS. PROCTOR:
14     Q.  Good afternoon, Detective McKinney.  As I said
15 at the outset, my name is Darcy Proctor.  I'm one of the
16 attorneys for the City of Joliet in this civil lawsuit
17 initiated by Cassandra Socha.  I just have a few
18 questions for you.  Hopefully, we won't keep you too much
19 longer.
20      I'd like to just ask you a little bit more
21 about -- Well, first of all, how long have you been a
22 detective in the investigation division at the City of
23 Joliet?
24     A.  Since December 31st of 2017.

13  (Pages 40 to 43)

EXHIBIT I

Cassandra Socha v. City of Joliet; et al.
Deposition of Detective Donald McKinney - Taken 4/18/2021

Page 44

1    Q.  2017, okay.  So at the time of the incident
2  that we've been talking about, you were on board about a
3  little less than a year?
4    A.  Yeah.
5    Q.  Okay.  Now, you told us -- you were asked some
6  questions about a single photograph that you observed of
7  naked breasts, correct?
8    A.  Yes.
9    Q.  Okay.  That's not the first time you have seen
10  naked breasts, correct?
11    A.  Correct.
12    Q.  All right.  Now, the Cellebrite system, that
13  was a system that you had some on-the-job training on how
14  to use, correct?
15    A.  Yes.
16    Q.  And that's a system for gathering forensic
17  evidence that relates to your investigations as a
18  detective with the City of Joliet police, correct?
19    A.  Yes.
20    Q.  And the Cellebrite system in particular, you
21  indicated that you took it upon yourself to use that
22  system in order to build your skills in how to use it,
23  correct?
24    A.  Yes.

Page 45

1    Q.  All right.  So you were teaching yourself on
2  how to better use or learn that system, correct?
3    A.  Yes.
4    Q.  All right.  And in the course of your work as
5  a detective, do you need to use the Cellebrite system
6  with respect to the forensic issues that come to you in
7  different cases that you're investigating?
8    A.  Yes.
9    Q.  Right.  And were you using the Cellebrite
10  system on the date of the incident in question -- and by
11  "incident in question," I mean when you viewed two
12  breasts that turned out to be Cassandra Socha's.  On the
13  day that you viewed that data, were you using the
14  Cellebrite system to assist or otherwise build your
15  investigation, more specifically, your forensic
16  investigation skills, as a detective with the Joliet
17  Police Department?
18    A.  Yes.
19    Q.  Put simply, the Cellebrite system is a
20  forensic investigation tool that is available to you as a
21  detective within the City of Joliet Police Department?
22    A.  Yes.
23    Q.  Is there any Joliet Police Department rule or
24  general order that you're aware of which prohibits you

Page 46

1  from using the Cellebrite system and, in particular,
2  viewing an investigation file that is not yours?
3    A.  No.
4    Q.  So to the best of your knowledge, on the day
5  of the viewing in question, there was nothing wrong about
6  you looking in another detective's investigation file,
7  correct?
8    MR. ADAMS:  Objection, foundation.
9  BY MS. PROCTOR:
10    Q.  In your opinion.
11    A.  Yeah.  In my opinion, yes, there were no rules
12  saying I couldn't look at other investigators' files.
13    Q.  Okay.  Did you treat Cassandra Socha any
14  differently at all because of what you viewed in that
15  single photograph that we've been discussing today?
16    A.  No.
17    Q.  To your knowledge, did any other member of the
18  Joliet Police Department, whether it's rank and file or
19  up the chain of command, treat Cassandra Socha any
20  differently at all because of the allegations in her
21  civil lawsuit to the best of your knowledge?
22    A.  Not to my knowledge, no.
23    Q.  To your knowledge did Detective McKeon treat
24  Cassandra Socha any differently based on the photograph

Page 47

1  we have been discussing today?
2    A.  Not to my knowledge, no.
3    MS. PROCTOR:  I don't believe I have anything else.
4  Thank you, Detective McKinney.
5    THE WITNESS:  Thank you.
6    MR. CLARK:  Detective McKinney, my name is Matthew
7  Clark.  I represent Defendant Grizzle.  I don't have any
8  questions.  Thank you.  Thank you for your time.
9    THE WITNESS:  Thank you.
10    MR. ADAMS:  Detective McKinney, you have the right,
11  under our rules, to review the transcript of this
12  deposition if it's written in order to note any instances
13  where you believe the transcription is in error.  You
14  can't change the content of any of the questions or the
15  answers, but you can do what I just said, and that is,
16  note instances where you believe the transcript is in
17  error.  Or you can waive that right.  The choice is
18  entirely yours to make.
19    THE WITNESS:  That has to be made right now?
20    MR. ADAMS:  Yes, sir.
21    THE WITNESS:  When would I get to view it?  Because
22  I don't -- I mean, I don't remember everything that was
23  said, unfortunately, so ...
24    MR. ADAMS:  Well, it would be made -- I suppose

14  (Pages 44 to 47)

**EXHIBIT I**

Cassandra Socha v. City of Joliet; et al.
Deposition of Detective Donald McKinney - Taken 4/18/2021

Page 48

1    you'd have to go to --
2          Tina, how does that work with the --
3          MS. PROCTOR: Let's start here: Is anybody ordering
4    a written copy of the transcript of today's deposition of
5    Detective McKinney?
6          MR. ADAMS: Yes.
7          MS. PROCTOR: All right. So if you're ordering a
8    copy of it, then a copy of the transcript can be made
9    available to the witness, and we can make arrangements
10   for that. Now, you know, I'm not representing Detective
11   McKinney in these proceedings, but there is a way to do
12   it.
13         So in other words, Detective, if you don't
14   want to waive your signature and you want the right to
15   review your testimony today -- or the testimony that you
16   gave today, when it is written up in the form of a
17   transcript, we can make arrangements to get that
18   transcript to you for that purpose. So you have to
19   either waive it or reserve the right to review your
20   transcript and sign off on it after you've had an
21   opportunity to do that. So you have to make that
22   decision today, though, whether you would like to reserve
23   signature or waive it.
24         THE WITNESS: My choice is -- If this goes to trial

Page 49

1    later on, will I have the right to review the transcripts
2    from this so I'm not accused of trying to -- you know, of
3    perjury based on what was said here and if I can't
4    remember exactly at that time?
5          MS. PROCTOR: Right. You know what? You know,
6    without getting, like, too deep into the process, I
7    would, you know -- you don't have to follow my
8    recommendation, but I would just recommend that you
9    reserve the right to review a written copy of the
10   transcript.
11         THE WITNESS: Okay. I'll do that, then.
12         MS. PROCTOR: And we will make arrangements through
13   the Law Office of Tressler LLP to get you a copy of that
14   transcript.
15         And I would just ask the court reporter to
16   notify me, and we'll mail you a copy, Detective, so you
17   have it and can review it and sign off on it. Okay?
18         THE WITNESS: Thank you.
19         (Deposition concluded at 2:37 p.m.)
20
21
22
23
24

15  (Pages 48 to 49)

**EXHIBIT I**

Cassandra Socha v. City of Joliet; et al.
Deposition of Detective Donald McKinney - Taken 4/18/2021

Page 50

```
 1              UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                    EASTERN DIVISION

 3
    CASSANDRA SOCHA,                  )
 4                                    )
                    Plaintiff,        )
 5                                    )
            vs.                       )   No. 18 CV 05681
 6                                    )
    CITY OF JOLIET, a municipal       )
 7    corporation; EDWARD GRIZZLE;    )
    JOHN DOES 1-20,                   )
 8                                    )
                    Defendants.       )
 9

10

11              I, DETECTIVE DONALD McKINNEY, state that I have

12    read the foregoing transcript of the testimony given by

13    me via videoconference at my deposition on April 28th,

14    2021, and that said transcript constitutes a true and

15    correct record of the testimony given by me at said

16    deposition except as I have so indicated on the errata

17    sheets provided herein.

18
                    _____
19                            DETECTIVE DONALD McKINNEY

20    No corrections (Please initial)_____
      Number of errata sheets submitted_____(pgs.)
21
      SUBSCRIBED AND SWORN to
22    before me this _____ day
      of _____, 2021.
23
      _____
24          NOTARY PUBLIC
```

Royal Reporting Services, Inc.
312.361.8851

**EXHIBIT I**

Cassandra Socha v. City of Joliet; et al.
Deposition of Detective Donald McKinney - Taken 4/18/2021

Page 51

1   UNITED STATES OF AMERICA          )
    NORTHERN DISTRICT OF ILLINOIS  )
2   EASTERN DIVISION                      )    SS.
    STATE OF ILLINOIS                     )
3   COUNTY OF COOK                    )

4

5           I, Tina M. Hickey, Certified Shorthand

6   Reporter, do hereby certify that DETECTIVE DONALD

7   McKINNEY was first duly sworn by me via videoconference

8   to testify the whole truth and that the above deposition

9   was reported stenographically by me and reduced to

10  typewriting under my personal direction.

11          I further certify that the said deposition was

12  taken via videoconference at the time and place specified

13  and that the taking of said deposition commenced on

14  April 28th, 2021, at 1:15 o'clock p.m.

15          The signature of the witness, DETECTIVE DONALD

16  McKINNEY, was reserved by agreement of counsel.

17          I further certify that I am not a relative or

18  employee or attorney or counsel of any of the parties,

19  nor a relative or employee of such attorney or counsel or

20  financially interested directly or indirectly in this

21  action.

22

23

24

Royal Reporting Services, Inc.
312.361.8851

**EXHIBIT I**

Cassandra Socha v. City of Joliet; et al.
Deposition of Detective Donald McKinney - Taken 4/18/2021

Page 52

1           Witness my official signature as a Certified

2    Shorthand Reporter in the State of Illinois, on

3    May 18th, 2021.

4

5

6

7

8

9

10                                    _____
                                      TINA M. HICKEY, CSR
11                                    161 North Clark Street
                                      Suite 3050
12                                    Chicago, Illinois 60601
                                      Phone:  312.361.8851
13
     CSR No. 084-003858
14

15

16

17

18

19

20

21

22

23

24

Royal Reporting Services, Inc.
312.361.8851

**EXHIBIT I**

Cassandra Socha v. City of Joliet; et al.
Deposition of Detective Donald McKinney - Taken 4/18/2021

Page 53

| A | | | | |
|---|---|---|---|---|

**A**

**able** 18:2 19:22 26:12 29:4
**academy** 6:2
**accept** 17:23
**access** 14:17,18 16:14 20:21 21:11 22:16 23:4 24:2
**accessed** 15:18 36:18,20,20
**accessible** 15:4
**accessing** 21:22 38:8
**accommodate** 5:2
**accurate** 38:3
**accused** 49:2
**acknowledge** 35:13
**action** 51:21
**acts** 12:24
**actual** 28:6
**Adams** 2:2,2 3:4 4:7,8 21:17,19 33:8 43:1,5,10 46:8 47:10,20 47:24 48:6
**addition** 16:23
**additional** 16:24
**adjacent** 29:10
**advancement** 8:7,10
**afternoon** 43:14
**agency** 27:8
**agree** 6:22 27:16
**agreement** 51:16
**AI** 8:9
**allegations** 12:4 46:20
**alleged** 12:12,13
**allowed** 20:18
**AMERICA** 51:1

**and/or** 12:24 40:3
**answer** 4:24 5:3 5:7 33:9
**answers** 47:15
**anybody** 10:2 48:3
**appear** 29:20 30:9,15
**appearance** 26:13
**APPEARAN...** 2:1
**appeared** 22:8 28:7,23 32:12 41:13
**apply** 27:16
**appreciate** 19:17
**approach** 39:6
**approached** 38:6,7
**approximately** 15:14
**April** 1:17 50:13 51:14
**area** 15:5,8,16 18:17 19:19,21
**arms** 29:5
**arrangements** 48:9,17 49:12
**asked** 4:23 5:8 14:4 32:3 37:16 38:7 44:5
**asking** 40:1
**assigned** 8:22 39:16
**assist** 45:14
**assume** 15:1,11
**assuming** 8:19 33:22
**assumptions** 14:24

**attempting** 4:24
**attention** 33:2 33:10
**attorney** 51:18 51:19
**attorneys** 43:16
**available** 45:20 48:9
**aware** 11:5 22:2 36:18 45:24

**B**

**B** 3:7
**bachelor's** 5:13
**back** 5:1 15:20 34:23 35:15
**bare** 32:21,23
**based** 46:24 49:3
**basis** 7:10
**Bear** 16:12
**behalf** 2:6,12,17
**believe** 16:16 21:13 22:20 23:12 30:8,12 36:5 37:7 39:16 47:3,13 47:16
**Benton** 7:24 8:2
**Bergner** 39:11 39:22 40:1
**best** 18:15 46:4 46:21
**better** 30:22 45:2
**Beyond** 8:16
**big** 30:2
**bigger** 16:11
**bit** 43:20
**black** 32:18
**blue** 22:10
**board** 44:2
**body** 40:11
**Bolingbrook** 2:9

**bottom** 23:2
**Boughton** 2:8
**Brad** 18:18
**break** 43:4,7
**breasts** 20:9 44:7,10 45:12
**Brian** 7:24 8:2
**brought** 15:12
**build** 44:22 45:14
**bunch** 24:10,11 37:16
**button** 36:4

**C**

**call** 9:24
**called** 1:12 4:4 22:20 37:12 41:9,9,10,11
**careful** 33:7
**case** 12:12 23:11 25:1,1,3,5,5 31:17 39:22 42:22
**cases** 31:4,7,8,14 31:14,14,20 45:7
**Cassandra** 1:3 2:18 4:9 20:19 43:17 45:12 46:13,19,24 50:3
**Cassie** 17:6,9 40:10,14
**catch** 31:5
**Cellebrite** 9:11 9:12,15 13:8 13:10,12,22,23 13:24 14:5,13 15:4,18,20 16:14,21 17:1 18:11,23 19:5 19:8 20:4,23 21:4,22 23:6

**24:22 28:11,20 29:3,7,14 30:18 31:2,9 31:12,15,20 32:1 33:24 34:24 36:11,14 36:19,19,20 37:3,21 38:8 40:19,23 42:9 44:12,20 45:5 45:9,14,19 46:1**
**certification** 18:22 19:2,4
**Certified** 1:16 51:5 52:1
**certify** 51:6,11 51:17
**chain** 10:9 37:20 38:6 46:19
**chair** 29:5
**change** 47:14
**characterize** 7:13,17 9:19 41:12
**checked** 20:13
**chest** 32:21,23 34:22
**Chicago** 2:4 52:12
**chief** 7:24,24 8:2 39:4,24 40:1
**choice** 47:17 48:24
**Chris** 37:12
**circumstances** 39:21
**City** 1:6 2:12 43:16,22 44:18 45:21 50:6
**civil** 1:14 11:24 43:16 46:21
**clarifying** 41:16
**Clark** 2:13

Royal Reporting Services, Inc.
312.361.8851

**EXHIBIT I**

Cassandra Socha v. City of Joliet; et al.
Deposition of Detective Donald McKinney - Taken 4/18/2021

Page 54

21:15,18 47:6
47:7 52:11
**clear** 32:7
**click** 22:11,22
23:2 24:7,12
24:24 25:4,22
25:23 26:4,4
27:19 28:3,5
29:20 34:14
**clicked** 20:18
25:13,14 26:7
26:17 27:21,23
29:18,19 32:10
32:14,24 34:13
36:3
**clicking** 22:19
25:10
**closes** 36:3
**color** 32:18,19
**come** 13:15 24:6
45:6
**command** 10:9
37:20 38:7
46:19
**commenced**
51:13
**comments** 42:7
**company** 13:13
13:15
**complainant**
23:19
**complaint** 11:23
12:12,20
**complaints** 27:8
**complete** 12:1
**completely**
20:15,20
**computer** 15:19
15:21 18:11
23:4 35:16
38:11,16,21
40:2,7
**concluded** 43:9
49:19

**conduct** 40:15
41:7
**constitutes**
50:14
**contained** 21:23
23:6,8
**content** 39:2
47:14
**continuously**
6:8
**conventional**
15:21
**conversation**
36:10
**conversations**
38:18
**COOK** 51:3
**copy** 48:4,8,8
49:9,13,16
**corner** 36:2
**corporation** 1:7
50:7
**correct** 13:21
15:6 18:13
19:1,3 20:23
21:13 26:10,14
31:20 32:21
34:3 44:7,10
44:11,14,18,23
45:2 46:7
50:15
**corrections**
50:20
**counsel** 51:16,18
51:19
**COUNTY** 51:3
**couple** 16:19
**course** 17:22
38:14 45:4
**court** 1:1 49:15
50:1
**Courts** 1:15
**coworkers** 7:15
**criminal** 5:19

10:12,16
**Crowley** 7:18
10:13,16,20,24
11:3
**CSR** 52:10,13
**current** 6:13
**CV** 1:5 50:5

### D

**D** 3:1
**Darcy** 2:7 43:15
**data** 15:18 21:23
22:16 24:2
31:8 36:20
45:13
**date** 8:23 14:3
17:12,14 45:10
**dates** 17:12
**dating** 41:14
**day** 18:1 19:7
20:2 24:15
45:13 46:4
50:22
**Dearborn** 2:3
**December** 6:21
14:2 43:24
**decision** 48:22
**decision-maki...**
15:13
**deep** 49:6
**Defendant** 2:12
2:17 47:7
**Defendants** 1:8
1:12 50:8
**defense** 43:3
**define** 17:4
**degree** 5:13,18
5:20
**department**
5:22,24 6:11
6:20,23 7:6 8:7
8:11 10:2
12:17 13:16
15:6,15 19:4

21:7 27:7,11
27:16 30:24
39:11 40:10,14
42:2,18,23
45:17,21,23
46:18
**departments**
21:7
**depending** 30:1
**depict** 20:7
**depicted** 12:23
40:15 41:18
**deposition** 1:11
4:9,16 11:21
12:2,10 47:12
48:4 49:19
50:13,16 51:8
51:11,13
**depositions** 1:15
**Deputy** 40:1
**described** 20:10
29:17 37:22
**designation** 24:7
**designator**
25:14
**desk** 9:14 28:21
28:22 29:1
**desks** 9:9
**desktop** 16:6
23:2
**desktop-sized**
16:1
**detective** 1:11
4:3,8 6:14,17
6:19,22 7:23
9:1,5,14,17,20
11:20 13:23
15:1 16:10,18
16:21,23 18:19
23:22 24:19
27:6,15 30:24
32:3 43:2,14
43:22 44:18
45:5,16,21

46:23 47:4,6
47:10 48:5,10
48:13 49:16
50:11,19 51:6
51:15
**detective's** 46:6
**detectives** 14:10
16:13,24 19:5
36:13
**determine** 24:11
**device** 9:11,15
15:4,20 38:11
38:16,21 40:7
**devices** 15:19
40:2
**different** 32:8
45:7
**differentiate**
26:13 31:13
**differentiated**
23:10
**differently** 26:3
46:14,20,24
**dignity** 7:2
**dimensions** 16:3
16:8
**direction** 9:17
51:10
**directly** 32:14
51:20
**discipline** 5:18
**disciplined**
40:23
**discriminate**
7:10
**discuss** 11:11,14
11:17 37:3
**discussed** 38:19
39:21
**discussing** 46:15
47:1
**displaying** 42:9
**dispose** 40:2
**District** 1:1,1,15

**EXHIBIT I**

Cassandra Socha v. City of Joliet; et al.
Deposition of Detective Donald McKinney - Taken 4/18/2021

50:1,1 51:1
**divides** 29:12
**division** 1:2 15:5
  43:22 50:2
  51:2
**document** 26:14
  26:19
**documents**
  11:20
**doing** 21:1 30:13
  31:1 41:18
**DONALD** 1:11
  3:3 4:3 50:11
  50:19 51:6,15
**Downers** 13:18
**downloading**
  24:6
**dproctor@tre...**
  2:10
**drive** 22:20,21
  23:6,8 24:3
**duly** 4:4 51:7
**duration** 28:23

**E**

**E** 3:1,7
**e-mail** 2:5,10,16
  14:4
**earshot** 10:18,22
  42:10
**easier** 9:8
**East** 2:8
**EASTERN** 1:2
  50:2 51:2
**education** 5:12
**Edward** 1:7
  2:17 50:7
**either** 12:23
  32:14 36:3
  40:1 48:19
**elect** 25:4
**employed** 6:7
**employee** 41:6,6
  51:18,19

**employees** 15:15
  27:8
**enable** 16:14
  21:21
**enforcement**
  5:19 6:7
**engaged** 12:24
**enter** 21:12,21
**entered** 21:20
  22:1,2,7 29:18
**entering** 22:15
**entirely** 47:18
**episode** 30:17
**errata** 50:16,20
**error** 47:13,17
**estimate** 16:3,5
  28:14 29:23
**event** 18:6
**everybody** 16:17
  18:19
**evidence** 27:12
  40:24 44:17
**exact** 4:13 8:23
  14:3 17:14
**exactly** 12:19
  14:23 19:13
  24:9 28:18
  33:20 49:4
**examination**
  1:13 3:4,5 4:6
  43:12
**examined** 4:5
**excerpts** 12:8
**EXHIBITS** 3:8
**exited** 20:13,15
  20:19 32:3
  34:12 35:24
**expected** 6:23
**explain** 9:7,8
  26:1
**explained** 5:1
**extend** 29:4
**extracted** 15:19
  17:6,20,22

31:8 40:16
**extraction** 18:3
  18:5,6
**eyes** 34:5

**F**

**face** 20:14 33:12
  34:16,19 35:8
  35:13
**facing** 35:15
**fact** 19:20 37:24
**fair** 5:4 34:21
**familiar** 9:1
  25:8 27:6,10
  39:10
**familiarize** 21:9
  24:16 25:7
  35:6
**familiarizing**
  31:6
**family** 7:21 10:2
**far** 32:7 42:7,21
**February** 13:9
  13:21 18:22
  19:2
**Federal** 1:14
**feet** 28:14
**fellow** 36:13
**female** 7:5,10
**file** 23:24 24:5,7
  24:12,22 25:1
  25:5,14,20
  26:9 31:16
  35:1 46:2,6,18
**filed** 12:20
**files** 21:5,6
  22:12,14 24:15
  24:17 25:11
  29:19 30:14
  31:23 39:15
  46:12
**financially**
  51:20
**find** 42:22

**first** 4:4 13:18
  20:22 21:12
  27:23 28:19
  32:20 43:21
  44:9 51:7
**firsthand** 39:5
**five** 43:4
**five-minute** 43:4
**folder** 22:24
  23:2
**folders** 26:9
**follow** 49:7
**follows** 4:5
**force** 7:9
**foregoing** 50:12
**forensic** 44:16
  45:6,15,20
**form** 21:15
  48:16
**formal** 5:12
  13:23 21:10
**formally** 13:10
**former** 39:10
**forward** 37:20
  41:22
**forwarding** 42:4
**found** 37:5
**foundation** 46:8
**frame** 9:10 10:3
  10:9 15:14,21
  17:19
**friendly** 9:23
**friends** 7:20
**front** 18:12
  20:22 22:8
  28:19,24 29:3
  29:21 30:18
  32:1,12 34:3
  34:22
**function** 6:17
  7:23
**further** 34:24
  36:10 51:11,17

**G**

**gathering** 44:16
**Gavin** 10:4
  11:14
**general** 9:17
  16:16 27:7,11
  27:16 37:14
  38:5 45:24
**generally** 12:11
**gentleman** 41:9
  41:10
**German** 13:24
  14:9,10 15:1
  16:10,18,21,23
  31:13
**getting** 36:6
  49:6
**give** 4:24 5:3
  23:3 27:2
  29:23 30:3
**given** 4:9 14:21
  42:14 50:12,15
**go** 4:20 8:5
  13:16 21:4,8
  23:1 24:17
  26:5,21,21
  27:4 34:24
  36:4 37:9 48:1
**goes** 48:24
**going** 17:3 24:15
  30:22 33:5
  35:2,5 37:6
  38:2 39:6
**good** 9:21 14:7
  43:14
**graduated** 5:17
  5:21
**great** 4:17
**Grizzle** 1:7 2:17
  8:6 10:4,10,11
  10:15,19,23
  11:11 47:7
  50:7
**group** 14:10

**EXHIBIT I**

Cassandra Socha v. City of Joliet; et al.
Deposition of Detective Donald McKinney - Taken 4/18/2021

Page 56

Grove 13:19
guess 5:6,9 16:4
  28:17 30:19
guy 39:18
guys 16:19

_____

**H**

H 3:7
half 30:11
Hall 2:2,2 4:8
  21:19 43:8
hall@adamsle...
  2:5
hand 21:6
hang 7:20 10:1,1
happened 15:12
  25:20 31:22
  40:20
harassing 41:7
  42:7
harassment 41:5
hard 22:13 24:3
head 34:5
hear 4:22 10:19
  10:23 12:15,18
  13:3 34:17
  42:11
heard 5:4 11:11
  11:14,17 12:13
  12:16 13:2,5
  22:5 38:22,23
  38:24 39:3,24
  40:5,9,13
held 8:9
help 39:15,19
HESS 2:8
Hickey 1:16
  51:5 52:10
highest 5:11
hip 28:17
hired 5:21
hit 36:2
Hopefully 43:18
HOPPE 2:13

hour 30:9,11
hours 30:1,5
  31:1
hundred 15:3

_____

**I**

icon 22:22 26:5
icons 25:24
idea 30:4
identified 23:9
  23:11,12,13,15
  23:18,21
identify 19:22
  20:19 21:22
IG 42:13
III 2:2
Illinois 1:1 2:4,9
  2:15 5:15 6:6
  50:1 51:1,2
  52:2,12
image 17:5
  20:10 21:16,18
  32:2,4,4,8 33:1
  33:21 34:2,22
  35:7,14 40:21
images 13:3
  17:5,9 18:3,10
  19:8 20:3,5,21
  21:11 24:8,13
  25:15 27:20,21
  27:22 28:1,3,4
  28:6,23 29:20
  30:5,9,14 31:2
  31:24 32:12,15
  32:15,17,20
  36:18 37:2
  38:8,11,15,20
  40:3,6,6,15,18
  40:22 42:10
immediate 10:8
  10:10
important 4:22
incident 15:12
  44:1 45:10,11

included 31:8
indicated 44:21
  50:16
indirectly 51:20
information
  21:21 38:19
initial 50:20
initiated 43:17
inspector 37:14
  38:5
instance 30:3
instances 47:12
  47:16
Institute 6:5
institution 5:14
intend 33:23
intention 42:17
interested 14:4
  51:20
interview 8:12
  8:16,24 41:20
  42:13
interviewed
  8:13
investigated
  23:16
investigating
  23:22 25:2
  45:7
investigation 9:4
  11:3,6,9,12,15
  11:18 22:3
  24:3,24 26:7,9
  29:19 34:23
  40:16 43:22
  45:15,16,20
  46:2,6
investigations
  6:17,20 15:5
  15:16 18:16
  19:19,21 23:5
  23:9,9,15
  39:13,16,18
  44:17

investigative
  24:12 25:14,20
investigators'
  46:12
investigatory
  30:23
involved 8:6
  12:22
involvement
  25:5
iPhone 17:7
  40:16
issues 45:6
IT-type 39:19

_____

**J**

J 2:8
JAMES 2:8
jhess@tressle...
  2:11
JOHN 1:7 50:7
join 6:10
jokes 41:6
Joliet 1:6 2:12
  6:10,20,23
  13:15 15:15
  16:17 21:13
  27:6,10,15
  29:18 30:24
  38:13 39:10
  40:9,13 41:22
  42:18 43:16,23
  44:18 45:16,21
  45:23 46:18
  50:6
JR 2:8
jump 43:11
June 9:3 14:12
  39:14
justice 5:19

_____

**K**

keep 43:18
kept 35:2

knew 16:17
  31:16 34:2
  42:7
KNIGHT 2:13
  2:13
know 5:6,7 7:20
  8:14,17 9:7
  12:16,19 16:8
  16:9,11,15,17
  17:2 18:18
  23:1,11 27:1
  27:13 28:17,18
  29:15,22 31:11
  36:4,17,23,24
  37:11,24 38:2
  42:3,12 43:3
  48:10 49:2,5,5
  49:7
knowledge 46:4
  46:17,21,22,23
  47:2
known 16:10
  31:17,19
KURNIK 2:13

_____

**L**

L 2:7
large 16:7
larger 14:10
  15:24 16:2,5,6
law 2:2 5:19 6:7
  49:13
lawsuit 11:24
  12:22 37:5
  42:15 43:16
  46:21
lead 23:21
learn 45:2
learned 4:15
learning 14:5
leaving 42:17
led 31:24 42:5
left 36:21
left-hand 26:6

**EXHIBIT I**

Cassandra Socha v. City of Joliet; et al.
Deposition of Detective Donald McKinney - Taken 4/18/2021

Page 57

| | | | | |
|---|---|---|---|---|
| **Let's** 48:3 | 47:6 | **minute** 36:8 | **never** 5:6,9 8:20 | 21:6 38:19 |
| **level** 5:11 | **May/June** 9:10 | **minutes** 30:1,4 | 38:22,23 39:5 | 41:23 |
| **Lieutenant** 10:6 | 10:3,9 15:14 | 31:1 | **newer** 21:3 | **OFFICES** 2:2 |
| **list** 8:20 25:24 | 17:18 | **mischaracteri...** | **Nicodemus** 37:7 | **official** 11:8 |
| 26:2,3 | **McKeon** 9:1,17 | 33:6 | 37:9 | 52:1 |
| **little** 43:20 44:3 | 9:20 18:19,19 | **misconduct** 42:5 | **normal** 15:24,24 | **officially** 16:20 |
| **LLC** 2:2 | 19:19 28:12,20 | **mishandling** | 16:2,6,9 | 38:23 |
| **LLP** 2:7 49:13 | 29:14 32:3 | 40:23 | **North** 2:3,14 | **Oh** 14:2 |
| **load** 25:18,20 | 34:5 35:12 | **misogynistic** 7:7 | 52:11 | **okay** 4:18,20,21 |
| 30:1 | 36:9 37:3,24 | **monitor** 15:22 | **NORTHERN** | 5:9,10 6:16 |
| **loaded** 25:22 | 38:14 42:8 | 16:1,6,9 18:13 | 1:1 50:1 51:1 | 9:10 12:10,15 |
| **location** 4:16 | 46:23 | 22:8,23 28:7 | **NOTARY** 50:24 | 19:17 20:21 |
| 9:13 | **McKeon's** 9:5 | 28:24 29:4,20 | **note** 47:12,16 | 22:15,19 25:13 |
| **lock** 36:3,4 | 9:14 29:8 33:1 | 30:6 32:1,12 | **notes** 40:19 | 26:12 29:14 |
| **logged** 35:24 | **McKINNEY** | 33:24 34:3,6,8 | **notice** 1:13 | 32:17 34:14,21 |
| **long** 6:19 29:16 | 1:11 3:3 4:3,8 | 34:22 36:11,14 | **notify** 49:16 | 43:11 44:1,5,9 |
| 29:21 36:6 | 27:6 43:14 | 37:10,21 42:9 | **nude** 17:10 18:3 | 46:13 49:11,17 |
| 43:21 | 47:4,6,10 48:5 | **month** 17:15 | 18:9 19:7 20:3 | **older** 21:4 22:14 |
| **longer** 43:19 | 48:11 50:11,19 | 18:1 | 21:11,18 33:21 | **on-the-job** 44:13 |
| **look** 31:19 33:24 | 51:7,16 | **Morris** 5:22,24 | 34:22 38:10,15 | **once** 4:13 25:22 |
| 34:6 46:12 | **mclark@khk...** | 6:1 | 38:20 40:2,6 | 27:13 |
| **looked** 34:8,16 | 2:16 | **move** 9:16 | 40:18 | **one-on-one** 14:8 |
| 34:19 | **mean** 7:20,21 | **moved** 15:8 | **number** 4:14 | **ones** 31:16 |
| **looking** 18:12 | 14:24 16:4 | **moving** 20:4 | 50:20 | **ongoing** 22:3 |
| 42:9 46:6 | 17:7 26:1 | 29:5 | **numbers** 23:12 | **open** 21:5,8 |
| **looks** 23:1 | 28:17 29:11,24 | **multiple** 28:10 | 24:9,10,11 | 22:13,18 23:3 |
| **lot** 26:24 | 30:21 31:4,17 | **municipal** 1:6 | | 24:5,8,12,24 |
| | 33:21 38:14 | 50:6 | **O** | 25:4 26:8,10 |
| **M** | 45:11 47:22 | | **o'clock** 19:13,15 | 26:20 27:22,23 |
| **M** 1:16 51:5 | **meaning** 30:23 | **N** | 51:14 | 28:1 30:9,14 |
| 52:10 | **media** 26:5,13 | **N** 3:1 | **object** 21:15 | 31:2 |
| **machine** 21:4 | 26:17,18,21 | **naked** 12:24 | 33:5 | **opened** 32:4,15 |
| **mail** 49:16 | 27:19,23 28:1 | 44:7,10 | **Objection** 46:8 | 35:7 |
| **making** 41:6 | 28:3 32:10 | **name** 4:8 8:1 | **observed** 44:6 | **opening** 31:23 |
| **male** 41:6 | **member** 46:17 | 18:15 23:15,18 | **occasion** 28:20 | **opinion** 46:10 |
| **management** | **memoranda** | 23:21,24 43:15 | **occurred** 37:19 | 46:11 |
| 27:12 | 40:19 | 47:6 | **off-site** 13:16 | **opportunity** |
| **manila** 23:1 | **messages** 26:6 | **named** 39:11 | **Office** 49:13 | 48:21 |
| **March** 6:12 | **microphone** | **names** 8:3 | **officer** 3:3 7:14 | **opposed** 26:18 |
| **MARKED** 3:8 | 4:16 | **nature** 14:8 41:7 | 7:18,22 38:13 | **order** 9:15 12:2 |
| **matter** 34:24 | **Midafternoon** | **need** 4:24 42:21 | 39:11 40:10,14 | 19:5 21:11 |
| 36:8 | 19:9 | 45:5 | 41:18,24 | 22:16 24:2 |
| **matters** 42:21 | **midnights** 7:19 | **needed** 29:19 | **officers** 6:23 7:5 | 27:7,11 29:20 |
| **Matthew** 2:13 | **mind** 4:15 | **networks** 23:4 | 7:9,10 14:4 | 44:22 45:24 |

**EXHIBIT I**

Cassandra Socha v. City of Joliet; et al.
Deposition of Detective Donald McKinney - Taken 4/18/2021

Page 58

47:12
ordering 48:3,7
orders 27:16
origin 13:3
outcome 10:16
10:20
outranked 10:4
outset 43:15
outside 9:22
10:2

**P**

p.m 1:17 19:12
19:15 49:19
51:14
PAGE 3:2
panel 8:12,16
paper 12:9
parlance 19:10
part 42:4
particular 4:19
18:22 24:3
25:20 28:20
30:3 39:7
44:20 46:1
parties 51:18
pass- 22:1
passed 39:7
password 14:13
14:18,19,21
15:2 16:14,16
21:13,20 22:2
22:8,15 29:18
passwords
16:13
patrolman 6:16
people 16:18
19:21,23 20:1
26:24
percent 15:3
16:5,6
perjury 49:3
person 15:5
18:16,18 19:18

21:22 23:16
28:15
personal 51:10
pertaining 1:15
pgs 50:20
phone 2:4,10,15
13:5 17:20,21
27:1,4 30:2
33:21 34:3
52:12
photo 34:14
40:3
photograph
20:6,12,17,18
44:6 46:15,24
photographic
38:10,20
photographs
20:4
photos 17:5
phrase 26:3
picture 34:12
pictures 12:14
12:23 26:22,22
27:1,2
place 51:12
Plaintiff 1:4 2:6
50:4
played 10:24
Please 5:6 50:20
plural 17:12
point 4:19 22:5
29:17
police 5:22,24
6:5,10,20,23
7:5 10:2 12:17
13:16 15:6,15
19:10 27:6,11
27:15 30:24
38:13 39:10
40:9,13 44:18
45:17,21,23
46:18
popular 12:4

Pornography
41:15
portions 12:4
position 8:9,13
42:18
possible 28:5
posted 14:13,14
potential 26:9
practice 30:18
31:3,13
preceding 25:15
preparation
11:21
present 2:18
10:18,22 18:4
18:16
presentation
14:10
press 12:5
pressing 30:23
presume 5:3
prior 12:10 24:8
30:17 31:13
33:6 40:22
privy 38:13
probably 16:10
33:21 36:8
Procedure 1:14
proceedings
48:11
process 8:18
29:16 31:23
36:6 49:6
Proctor 2:7 3:5
33:5 43:3,6,8
43:11,13,15
46:9 47:3 48:3
48:7 49:5,12
professionally
6:24
program 20:15
20:20 21:9
22:11 24:6,16
24:17 25:8

35:5,6,24 36:3
prohibits 45:24
promoted 7:23
promotion 8:6
8:10
prompt 22:22
property 27:12
prosecution
10:12,20,24
11:3,6
protect 7:21
provided 50:17
PUBLIC 50:24
punished 42:6
purpose 21:1
48:18
pursuant 1:13
1:13
put 14:3 45:19
putative 23:19
putting 14:18

**Q**

question 4:23
5:3,4,7 8:4
33:6 45:10,11
46:5
questions 5:1
37:17 43:1,9
43:18 44:6
47:8,14
quickly 8:5

**R**

randomly 24:17
range 30:4
rank 6:13,14,16
46:18
reach 42:23
read 5:1 12:9
27:13 50:12
reader 21:5,8
24:16 25:7
realized 35:3

really 6:14 10:1
15:12 26:22
36:24
reason 33:20
recall 10:21 11:1
11:13,16,19
13:7 14:11
17:14,15 22:4
22:6 23:13
28:8 30:7,16
33:16 34:15,18
35:18 36:12,15
37:11 39:1,7
39:23 40:12,17
received 31:12
recite 27:14
recollection
18:15,20 19:20
recommend
49:8
recommendati...
49:8
record 50:15
reduced 51:9
Regis 37:12
42:13
regular 22:10
Reid 10:6
relates 44:17
relationship
7:13,15,17
9:19 18:2
relative 9:4,11
42:14 51:17,19
remain 28:22
remained 6:7
29:1
remember 4:13
5:8,8 8:23 14:3
14:14,23 18:1
19:18,24 23:23
23:24 24:1,9
27:24 28:2,3
32:22 33:20

**EXHIBIT I**

Cassandra Socha v. City of Joliet; et al.
Deposition of Detective Donald McKinney - Taken 4/18/2021

Page 59

35:11,15 42:1
43:8 47:22
49:4
repeated 5:1
rephrased 5:1
report 36:13
37:10
reported 51:9
reporter 1:17
49:15 51:6
52:2
reporting 10:8
represent 4:9
17:21 47:7
representations
17:23
representing
48:10
reps 13:15
require 19:4
reserve 48:19,22
49:9
reserved 51:16
respect 7:3 45:6
responsible 8:10
review 11:20
21:7 47:11
48:15,19 49:1
49:9,17
right 5:11,21 9:6
9:8,13,13
21:16 26:17
28:13 29:11
34:15,18 36:2
44:12 45:1,4,9
47:10,17,19
48:7,14,19
49:1,5,9
River 2:14
Road 2:8,14
Roechner 8:9
10:4 11:17
39:4 40:1,2
role 10:23 11:2,8

39:13
Rosemont 2:15
rule 45:23
rules 1:14 46:11
47:11
rumor 39:7
rumors 38:22,24
39:2 40:5

**S**

S 2:13 3:7
sake 31:2
sat 22:1 25:19
28:19 29:3
30:8,18 37:16
saw 20:10 27:20
32:17,20 33:1
35:7 37:8
saying 46:12
screen 22:10,10
scrolled 32:24
scrub 40:1
seated 28:22
second 35:14
secondhand
38:19
section 9:4
secure 15:8
see 9:7,8,24 12:6
20:12 26:24
35:10 39:5
seeing 31:24
35:11
seen 11:23 12:1
12:4,8 20:14
20:17 32:2
35:13 36:11,14
37:4,10,13,21
38:10 41:20
44:9
select 26:18
senior 10:8
Sergeant 8:6
10:3,4,10,11

10:15,19,23
37:7,9
serial 25:24 26:1
series 26:8
server 22:13,14
22:17,18
sessions 31:13
sex 7:11
sexist 7:6
sexual 12:24
40:15 41:14
sharing 12:14
12:22
sheets 50:17,20
shift 19:10
short 43:7
shorthand 1:16
17:4 51:5 52:2
shoulders 20:8
show 30:5 41:8
41:8,14
showed 20:8
shown 13:24
side 26:6,11 43:3
sign 36:4 48:20
49:17
signature 48:14
48:23 51:15
52:1
simply 19:22
45:19
single 44:6
46:15
sir 14:20 47:20
sit 20:22 25:17
28:12
sitting 18:12
28:21 29:1
skills 44:22
45:16
skipped 32:6
small 28:13
34:15,18
smoothly 4:20

snarky 30:21
Socha 1:3 2:18
4:9 7:14,22
10:24 11:6,9
11:12,15,18
12:23 17:6,9
18:3,10 19:8
20:3,19 21:12
22:3 24:8,13
25:16 27:20
28:23 31:24
32:12,17 33:1
35:20 37:2
38:11,15,20
40:3,6,18
42:10,15 43:17
46:13,19,24
50:3
Socha's 10:12
11:23 12:12
35:7,13 39:22
40:10,14 45:12
socially 9:22
someone's 34:16
34:19
sorry 20:16
34:17
sound 30:21
sounding 4:19
southern 41:9
41:10
space 29:7,8
special 16:24
specific 21:1
specifically
12:11,16 19:18
45:15
specified 51:12
spending 31:1
SS 51:2
stand 42:21
start 24:5 36:4
48:3
state 50:11 51:2

52:2
statements
42:14
States 1:1,14
50:1 51:1
static 20:4
station 9:4,11,16
stenographica...
51:9
step 24:4 32:6
37:19
steps 25:15
28:14 32:8,11
32:16
stop 34:21
stored 22:13
31:8
straight 26:21
Street 2:3 52:11
Strike 8:14
13:20 20:11
stuff 23:7
subject 27:7,11
submitted 50:20
SUBSCRIBED
50:21
subsequent 11:5
Suite 2:3,9,14
52:11
supervisor
10:10
suppose 47:24
sure 4:22 15:3
18:18 19:13
31:10 32:7
43:5
suspended 41:2
suspension 42:5
sworn 4:1,4
50:21 51:7
system 31:15,20
44:12,13,16,20
44:22 45:2,5
45:10,14,19

**EXHIBIT I**

Cassandra Socha v. City of Joliet; et al.
Deposition of Detective Donald McKinney - Taken 4/18/2021

Page 60

46:1

**T**

T 3:7
tab 26:17,18,19
    26:19 27:21,23
    28:3,4 32:10
    34:23
tabs 26:11,12,12
    26:12,13,14,14
    26:14 27:19
    29:19 30:14
    31:23
take 29:21,24
    32:8 36:6 43:4
taken 1:12,16
    51:12
talk 9:24 39:24
talked 37:12
talking 8:4 17:5
    44:2
tap 33:19
tapped 32:2
    33:12,22,23
tapping 33:11
taught 14:6,6
    16:19
teaching 45:1
television 41:8
tell 18:2 20:1
    37:6,20
ten 29:24 30:4
    30:20 31:1
term 17:4,5
terminal 28:12
    29:8
testified 4:5
testify 51:8
testimony 4:10
    10:12 33:6
    48:15,15 50:12
    50:15
text 26:6,14,19
Thank 43:2,6

47:4,5,8,8,9
    49:18
thing 12:7,13
    42:6
things 27:3
think 16:19
    21:15 22:21
    24:21 33:7
thumbnail 27:3
    34:15,19
time 6:8 7:24 8:1
    8:2 9:10,13
    10:3,9 12:11
    14:7 15:7,14
    15:20 16:16
    17:18 19:7,14
    19:19 20:22
    21:2 22:2,12
    22:21 23:12,14
    24:15,18 26:8
    26:21 27:5,10
    28:4 29:2,17
    31:11 35:12
    37:7 39:4,17
    39:19,19 42:8
    42:22 44:1,9
    47:8 49:4
    51:12
times 4:12 5:2
    28:10 30:17
Tina 1:16 48:2
    51:5 52:10
title 6:15
titles 8:3
today 12:10
    19:22 42:21
    46:15 47:1
    48:15,16,22
today's 11:21
    48:4
told 12:11 13:6
    15:2 19:18
    24:21 32:7
    37:6,8,11,12

38:14 44:5
tool 45:20
top 36:2
touch 29:5
tracked 36:19
trailed 12:3
trained 13:8,9
    13:10,20 16:20
    16:21 29:14
training 6:5
    13:17,18,22,23
    15:2 17:1
    18:21 19:2
    21:10 31:12
    44:13
transcript 47:11
    47:16 48:4,8
    48:17,18,20
    49:10,14 50:12
    50:14
transcription
    47:13
transcripts 49:1
treat 6:24 7:2
    46:13,19,23
treated 7:6
Tressler 2:7
    49:13
trial 10:16 42:22
    48:24
true 17:10 18:7
    24:19,22 50:14
truth 51:8
try 12:9 21:9
    24:15
trying 27:24
    49:2
turn 33:12 34:5
    39:19
turned 45:12
turning 35:15
tutorial 14:9
TV 41:8
twice 16:6

two 21:17 28:16
    29:13 32:6,20
    37:3 42:11
    45:11
tying 28:2
typewriting
    51:10

**U**

ultimately 31:24
understand 4:23
    12:21 17:7
understood 5:4
unfortunately
    47:23
unit 6:17,20
    39:13,17,19
unit's 15:16
United 1:1,14
    50:1 51:1
University 5:15
    6:5
updated 28:10
use 8:3 13:24
    14:5,6 17:1,3,4
    17:4 19:5 25:8
    44:14,21,22
    45:2,5
usually 26:20
    31:5

**V**

V 22:20,21 23:6
versus 26:14,14
victim 23:19
video 20:4 38:10
    38:20 40:3
    41:12,19,21,22
    42:4
videoconference
    1:12 2:1 50:13
    51:7,12
videos 12:14,23
    17:6 28:1

view 19:7 47:21
viewed 15:20,21
    17:3,9 18:3,9
    20:3 21:12
    24:13 37:2
    38:15,20 40:18
    45:11,13 46:14
viewing 12:22
    24:8 25:15
    38:8 40:22
    46:2,5
vs 1:5 50:5

**W**

waist 32:21,23
wait 25:17
waited 25:19
waiting 30:9,14
    31:1
waive 47:17
    48:14,19,23
walk 28:15,16
walkway 28:13
    29:12
want 14:24 32:6
    48:14,14
wasn't 14:7 18:4
    30:23 39:6
watch 41:21
way 7:7 8:14
    21:5 28:8,9
    32:22 42:2
    48:11
we'll 5:2,3 49:16
we're 7:20 32:7
we've 44:2 46:15
websites 27:3
Wednesday 20:1
week 20:2
weighed 8:17,19
went 6:1 13:12
    13:18
weren't 16:20
west 9:9,12

**EXHIBIT I**

Cassandra Socha v. City of Joliet; et al.
Deposition of Detective Donald McKinney - Taken 4/18/2021

Page 61

**Western** 5:15
**whatsoever** 11:8
 25:6
**white** 32:18
**Wide** 28:15
**width** 28:17
**witness** 3:2 4:1,4
 17:23 43:2
 47:5,9,19,21
 48:9,24 49:11
 49:18 51:15
 52:1
**witness's** 33:6
**words** 27:22
 48:13
**work** 9:3,11,15
 9:16 15:16
 19:12 29:7,8
 30:23 31:4,6,8
 45:4 48:2
**worked** 7:19
 31:12,18
**working** 6:1
**workplace** 9:22
**workstations**
 15:16 28:11
**wouldn't** 4:15
 28:16 32:16
**written** 47:12
 48:4,16 49:9
**wrong** 46:5

**X**

**X** 3:1,7 36:2

**Y**

**yeah** 16:4 19:23
 22:21 26:11
 29:11 31:10,17
 41:16 44:4
 46:11
**year** 5:16 44:3
**years** 42:19

**Z**

**zipping** 39:15

**0**

**05681** 1:5 50:5
**084-003858**
 52:13

**1**

**1-20** 1:7 50:7
**1:00** 19:13,15
**1:15** 1:17 51:14
**16-1** 27:11
**161** 52:11
**18** 1:5 10:3 50:5
**18th** 52:3
**19** 18:22 19:2

**2**

**2:37** 49:19
**20** 15:17 16:5
**2002** 5:17
**2005** 6:12
**2017** 6:21 8:23
 14:2 43:24
 44:1
**2018** 9:3,10 10:9
 14:3,12 15:14
 17:18,22 39:14
**2019** 13:9,21
**2020** 41:2
**2021** 1:17 50:14
 50:22 51:14
 52:3
**21st** 6:12
**2350** 2:3
**250** 2:9
**28th** 1:17 50:13
 51:14

**3**

**3050** 52:11
**312.361.8851**
 52:12
**312.445.4900**
 2:4

**31st** 6:21 43:24
**33** 2:3

**4**

**4** 3:4
**43** 3:5

**5**

**5:00** 19:15
**50** 16:6
**550** 2:8
**5600** 2:14

**6**

**6:00** 19:12,16
**600** 2:14
**60018** 2:15
**60440** 2:9
**60601** 52:12
**60602** 2:4
**630.759.0800**
 2:10

**7**

**7-2** 27:7

**8**

**8:00** 19:12
**847.261.0700**
 2:15

**9**

Royal Reporting Services, Inc.
312.361.8851

**EXHIBIT I**