



Transcript of the Deposition of
# Deputy Chief Robert Brown

**Case:** Cassandra Socha v. City of Joliet; et al.
**Taken On:** May 28, 2021

Royal Reporting Services, Inc.
Phone:312.361.8851
Email:info@royalreportingservices.com
Website: www.royalreportingservices.com

**EXHIBIT L**

Cassandra Socha v. City of Joliet; et al.
Deposition of Deputy Chief Robert Brown - Taken 5/28/2021

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASSANDRA SOCHA,                    )
                                    ) No.:  18-CV-05681
          Plaintiff,                )
                                    ) Honorable Judge
Vs.                                 ) Jorge L. Alfonso
                                    )
CITY OF JOLIET, a Municipal ) Honorable Magistrate
Corporation, Edward Grizzle,) M. David Weissman
John Does 1-20,                     )
                                    )
          Defendant[s].             )

          The deposition of DEPUTY CHIEF ROBERT BROWN,

taken via videoconference before Mary M. Rocco,

Certified Shorthand Reporter and Registered

Professional Reporter, taken pursuant to the

provisions of the Illinois Code of Civil Procedure

and the Rules of the Supreme Court thereof

pertaining to the taking of depositions for the

purpose of discovery, commencing at 9:30 a.m. on

May 28th, 2021.

**EXHIBIT L**

Cassandra Socha v. City of Joliet; et al.
Deposition of Deputy Chief Robert Brown - Taken 5/28/2021

Page 2

1    APPEARANCES (via videoconference):

2

     LAW OFFICES OF HALL ADAMS, LLC
3    BY:  HALL ADAMS, III
     33 North Dearborn Street, Suite 2350
4    Chicago, Illinois 60602
     Phone:  312.445.4900
5    E-mail: hall@adamslegal.net

6         On behalf of Plaintiff;

7

     TRESSLER LLP
8    BY:  DARCY L. PROCTOR
     550 East Boughton Road, Suite 250
9    Bolingbrook, Illinois 60440
     Phone:  630.759.0800
10   E-mail: dproctor@tresslerllp.com

11        On behalf of Defendant City of Joliet

12

     KNIGHT HOPPE KURNIK & KNIGHT, LTD.
13   BY:  MICHAEL J. ATKUS
     5600 North River Road, Suite 600
14   Rosemont, Illinois 60018
     Phone:  847.261.0700
15   E-mail: matkus@khkklaw.com

16        On behalf of Defendant Edward Grizzle.

17

18

19                * * * * *

20

21

22

23

24

**EXHIBIT L**

Cassandra Socha v. City of Joliet; et al.
Deposition of Deputy Chief Robert Brown - Taken 5/28/2021

Page 3

1                    I N D E X

2

    WITNESS                                    PAGE
3
    DEPUTY CHIEF ROBERT BROWN
4
         Examination by Mr. Hall  ............   4
5

6                   E X H I B I T S

7

                (NO EXHIBIT MARKED.)
8
                       - - -
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Royal Reporting Services, Inc.
312.361.8851

**EXHIBIT L**

Cassandra Socha v. City of Joliet; et al.
Deposition of Deputy Chief Robert Brown - Taken 5/28/2021

Page 4

1    WHEREUPON:
2         MS. PROCTOR:  Good morning.  My name
3    is Darcy Proctor.  I'm here today on behalf of the
4    City of Joliet.  Thank you for Zooming with us.
5         THE WITNESS:  Good morning.
6         MR. ATKUS:  Good morning.  My name
7    is Mike Atkus.  I represent Ed Grizzle in this
8    case.
9         MR. ADAMS:  Okay.  You can go ahead
10   and swear the witness.
11        DEPUTY CHIEF ROBERT BROWN, called as
12   a witness herein, having been first duly sworn,
13   was examined and testified via videoconference as
14   follows:
15        (Witness sworn.)
16        ---
17        EXAMINATION
18   BY MR. ADAMS:
19        Q.   Okay.  Good morning, Deputy Chief.
20   My name is Hall Adams.  I represent Officer
21   Cassandra Socha.  Can you here me okay?
22        A.   Yes, I can hear you.  Good morning.
23        Q.   It is important today that you make
24   sure that you hear and understand every question

Page 5

1    that you are asked before you attempt to give an
2    answer.  If you need me to repeat or rephrase
3    questions or explain questions or have questions
4    read back by our court reporter, just say so, and
5    we'll all accommodate you as many times as you
6    ask.  If you give an answer to a question, we will
7    all presume that you heard it and understood it.
8    Is that fair?
9         A.   Yes, it is.
10        Q.   In giving your answers today, please
11   never guess.  If you don't know an answer to a
12   question, it's entirely appropriate to say you
13   don't know.  If you can't remember an answer to a
14   question, it's entirely appropriate to say you
15   can't remember.  Just never guess.
16        A.   Okay.
17        Q.   All right.  Sir, how long have you
18   been Deputy Chief of the Joliet Police Department?
19        A.   I was just promoted in January.
20   January of 2015.
21        Q.   Who was your immediate predecessor
22   in that position?
23        A.   Deputy Chief Rosado.  Joe Rosado.
24        Q.   How long have you been with the

Page 6

1    Joliet Police Department?
2         A.   It will be 21 years in December.
3         Q.   It might be the hardest thing you
4    are asked all morning.  Can you give us a
5    chronology recap of your career with the
6    department?  And if you have to estimate some of
7    the dates, approximate some of the dates, that's
8    just fine.  We just want to get a sense for how
9    far you have come.
10        A.   Okay.  I won't even try to figure
11   out some dates; maybe just years.  I started the
12   police department in December of 2000; patrol
13   officer.  I was on several years before I became a
14   detective.  I became a detective in 2004.  I
15   worked as a detective from 2004 to 2009, when I
16   was promoted to sergeant.  I worked as a sergeant
17   in patrol and then in Internal Affairs for a few
18   years, and then detective sergeant for a few more
19   years; and then I was promoted to lieutenant in
20   2014.  And I worked as a watch commander
21   lieutenant until I was promoted in January of this
22   year.
23        Q.   During what period of time have you
24   worked in investigations?

Page 7

1         A.   From 2004 to 2009, as a detective.
2    And I don't remember what dates, but I worked as a
3    sergeant in investigations, and -- yes, I don't
4    remember the years on that.  But that was up until
5    2014.  So maybe one-and-a-half years, two years or
6    something like that.  So right prior to 2014.
7         Q.   In the May, June of 2018 timeframe,
8    you would have been a lieutenant; correct?
9         A.   Correct.  I was a watch commander.
10        Q.   And a watch commander posted to
11   which department or division of the police
12   department?
13        A.   It will be in operations on the
14   Night B Shift.
15        Q.   Prior to your current position, was
16   Officer Socha ever in your chain of command?
17        A.   Yes, she was.
18        Q.   When?
19        A.   Okay.  Again, with the dates -- you
20   know, it's so many dates.  Because there was a
21   shift change before I got promoted, so it would
22   have been in that 2018 year that she worked on my
23   shift, because I know she had a few stints on
24   Night A Shift.  So I don't want to get myself

Royal Reporting Services, Inc.
312.361.8851

**EXHIBIT L**

Cassandra Socha v. City of Joliet; et al.
Deposition of Deputy Chief Robert Brown - Taken 5/28/2021

## Page 8

1 caught in here, because I don't remember the
2 dates. But in 2018, yes, she worked on my shift.
3     Q. How about Officer Nicholas Crowley,
4 was he ever in your chain of command?
5     A. Yes, he was at one time.
6     Q. Can you give us time parameters?
7     A. You know, I would have to go back
8 and check the archive schedules to see. I mean,
9 we have about 30 officers on each shift. So
10 sometimes these officers move. There are certain
11 ones that stay longer than some, but some just
12 move around. So I know Crowley also went to a --
13 he was on nights A for some time, and then he went
14 to day shift. So I don't remember the dates.
15     Q. How about a Detective Sergeant
16 Grizzle, was he ever in your chain of command?
17     A. No, I don't think he was. I'm just
18 trying to remember in the past if he ever worked
19 -- no, he actually didn't. No, he wasn't.
20     Q. And I'm not certain ranks or duty
21 assignments, but I think it was Detective Sergeant
22 Gavin -- G-A-V-I-N -- was he ever in your chain of
23 command?
24     A. No. Gavin was never in my chain of

## Page 9

1 command.
2     Q. Were you personally involved in an
3 official capacity in the department's
4 investigation of Officer Crowley that took place
5 in the 2017, 2018 timeframe?
6     A. No.
7     Q. Were you personally involved in any
8 official capacity in the department's
9 investigation of Officer Socha, that took place in
10 the May, June 2018 timeframe?
11     A. No.
12     Q. In preparing for today's deposition,
13 did you review any documents?
14     A. No, because as far as I knew, I had
15 no part in this. I did not review anything.
16     Q. In preparing for today's deposition
17 -- strike that. Let me rephrase the question.
18 Have you ever read the complaint filed by Officer
19 Socha in this lawsuit?
20     A. No.
21     Q. From press accounts of it, are you
22 familiar with any of its allegations?
23     A. No. The only allegations I have
24 heard is just around the department, people talk.

## Page 10

1     Q. Have you yourself ever viewed any
2 photographic or video images of Officer Socha that
3 were extracted from her iPhone during the
4 department's investigation of her in the May, June
5 2018 timeframe?
6     A. No.
7     Q. Have you ever spoken with any
8 officers who indicated that they had seen such
9 images?
10     A. No.
11     Q. Have you yourself ever been involved
12 in any conversations with any of your fellow
13 officers where the contents of the extraction from
14 Socha's iPhone was a topic of discussion?
15     A. Yes.
16     Q. When?
17     A. I don't know. I mean, it was way
18 after this came out. And we started -- you know,
19 and everything, as far as we were concerned, was a
20 rumor. So way after it came out, you know, I know
21 I have talked to a few people, you know, trying to
22 figure out what was going on and just about all
23 the rumors around this place as to what took
24 place, or, you know, who may have seen the videos;

## Page 11

1 stuff like that. But as far as the date, I
2 wouldn't even be able to recall.
3     Q. With whom have you discussed what
4 you described as rumors about what was on that
5 phone?
6     A. I know one person in particular was
7 Jackson, Dave Jackson, about it.
8     Q. Do you remember when you had a
9 conversation with -- it's Detective Sergeant
10 Jackson?
11     A. Detective Jackson.
12     Q. (Continued) -- Detective Jackson
13 about these rumors?
14     A. Can you repeat that?
15     Q. Do you remember when it was that you
16 discussed with Detective Jackson these rumors?
17     A. No. No, I don't.
18     Q. Can you tell us a year?
19     A. I mean, I would be guessing.
20     Q. Well, nobody wants you to guess.
21     A. That's why I told you, I don't
22 remember when. I just know it was after this
23 became an issue, and we heard there was going to
24 be a lawsuit. So that's -- that doesn't really

5 (Pages 8 to 11)

**EXHIBIT L**

Cassandra Socha v. City of Joliet; et al.
Deposition of Deputy Chief Robert Brown - Taken 5/28/2021

Page 12

1   give you a timeframe -- well, it kind of gives you
2   somewhat of a frame, but I just don't remember a
3   time.
4       Q.   Was it one conversation that you had
5   with Jackson?
6       A.   I mean, I used to talk to him all
7   the time, so I don't want to lock myself into one
8   conversation I had with him.  I mean, this was a
9   rumor spilling around the entire police
10  department.  And we knew heads were going to roll.
11  So as far as one -- I don't know.  I may have had
12  two, let's put it like that.  There may have been
13  more than one.
14      Q.   I want to come back to the
15  conversation with Jackson in a moment.
16      A.   Okay.
17      Q.   You used an interesting term there,
18  "heads were going to roll."  To this point, are
19  you aware of any heads that have rolled, as you
20  say, because of Socha's allegations?
21      A.   No.
22      Q.   Let's go back to the Jackson
23  conversation, or conversations, plural.  What do
24  you recall saying to Jackson and Jackson saying to

Page 13

1   you about these rumors?
2       A.   I mean, I would be probably
3   summarizing.  I don't know verbatim what was said,
4   because this was so long ago; and it was just a
5   few guys talking.  But it was something to the
6   effect of how could they be stupid enough, being
7   in investigations, to allow this to happen.  And
8   just hearsay and rumors as to what may have been
9   on the video and who may have seen it.  Those are
10  pretty much the things that we discussed.
11      Q.   In that conversation, what specific
12  hearsay rumors about who saw images from Socha's
13  phone do you recall?
14      A.   Give me that question again.
15      Q.   Sure.  From those conversations,
16  what do you recall about who was mentioned as
17  having seen the images that were on Socha's phone?
18      A.   Okay.  So again, I've never
19  specifically heard this.  It's just rumors around
20  the place.  I hate to repeat hearsay, because it
21  means -- it's just garbage.  So it would be a
22  little hard for me to answer that.  But it is just
23  names and things.  It is pretty much a litany of
24  names from investigations of guys that worked the

Page 14

1   night shift, including the supervisors.
2       Q.   Can you recall for us any of the
3   names?
4       A.   I mean, there I'd have to -- I mean,
5   this has been a long time.  I would have to go
6   back through the list.  At least I know that the
7   supervisors that are in charge there, like Gavin's
8   name.  There were even things that people were
9   talking about, the Chief at the time, who was
10  their commander; you know, various officers that
11  work on there.  But again, these are just rumors.
12  And again, I have no clue as far as the legitimacy
13  of any of those.  It is hearsay.
14      Q.   Who was that Chief?
15      A.   Roechner.  Al Roechner was the --
16  was he a Deputy Chief or a commander?  He would
17  have been a Deputy Chief at the time.
18      Q.   Other than Gavin and Roechner, do
19  you recall any specific names who were mentioned
20  in these conversations that you described as
21  rumors?
22      A.   There may be one kid -- I don't
23  really know.  Yes, maybe I need to come back to
24  that.  I don't remember.  Because the thing is,

Page 15

1   there are a lot of new detectives that are up
2   there.  So there is a lot of new detectives.  I
3   really don't know a lot of them, you know.  I
4   mean, I know detectives, plural, was pretty much
5   what I heard.  But I know the supervisors,
6   especially when it comes to this thing with DJ,
7   with Jackson, is that there were some rumors out
8   there about the supervisors seeing this.
9       Q.   And that's Jackson's nickname to you
10  is DJ?
11      A.   Correct.
12      Q.   How would you describe your
13  relationship with Detective Jackson?
14      A.   Well, we were -- we used to be
15  friends.
16      Q.   Not anymore?
17      A.   No.
18      Q.   Why not?
19      A.   Well, because I'm here in this
20  deposition right now.  That's why.
21      Q.   Do you attribute that to something
22  that he said or did?
23      A.   Well, I think I attributed a lot of
24  things to misrepresentation of facts and hearsay

6 (Pages 12 to 15)

Royal Reporting Services, Inc.
312.361.8851

**EXHIBIT L**

Cassandra Socha v. City of Joliet; et al.
Deposition of Deputy Chief Robert Brown - Taken 5/28/2021

Page 16

1  and stuff like that. So therefore, if I've got a
2  friend and we are opining or just talking about
3  what may and rumors and stuff like that, and it
4  ends up being facts, then I've got a huge problem
5  with that.
6      Q.  Do you have an understanding that
7  Officer Jackson, Detective Jackson, has implicated
8  you in this case in some way?
9      A.  Again, with rumors, I have heard
10 that rumor. Not specifically me seeing it, but me
11 hearing somebody talking about it. I've heard
12 that. I mean, there are so many rumors. This is
13 like -- it's like high school around here, but
14 just worse, because these people are adults and
15 should know better. So these rumors -- and I
16 can't attribute it to one person, because it's
17 just like in passing many times, you know, there
18 will be a group of guys or something like that,
19 and they are just talking. And then you hear
20 these things. And then when I hear my name, then
21 I've got a problem with that, because I shouldn't
22 be anywhere in this thing.
23     Q.  Has someone in particular told you
24 that Officer Jackson named you --

Page 17

1      A.  No.
2      Q.  -- to some capacity in this case?
3      A.  No.
4      Q.  So I'm still trying to get to what
5  it is about your involvement in this case that has
6  caused you to now exclude Jackson as among your
7  friends.
8      A.  Well, there's got to be --
9          MS. PROCTOR: I'm just going to
10 lodge an objection. It misstates the witness's
11 testimony. You can go ahead and answer, sir.
12         THE WITNESS: Could you repeat that?
13 BY MR. ADAMS:
14     Q.  Sure. So if I understand, Deputy
15 Chief Jackson was once your friend; correct?
16     A.  Correct.
17     Q.  And because you are now involved in
18 this case, at least as a witness here today, you
19 no longer consider him to be your friend, is that
20 correct?
21     A.  That and other things. It's not
22 just that, but it is that and other things.
23     Q.  How did you learn that Jackson had
24 anything to do with your being subpoenaed to give

Page 18

1  a deposition in this case?
2      A.  As I just stated, it's just rumors.
3  It's rumors. So I don't know who has been deposed
4  in this case, because like I said, I don't follow
5  this case. There are rumors out there that, hey,
6  there were things stated out there. And
7  obviously, somebody talked after the deposition.
8  But then I heard that, "Oh, guess what, you're
9  going to be in there." And you know, because you
10 may have some knowledge of someone telling you
11 that they saw the video. And I said, "Well,
12 that's garbage." So I welcome the deposition, but
13 it's not somewhere I wanted to be today.
14     Q.  But you heard a rumor from someone
15 that Jackson had something to do with your being
16 subpoenaed to give a deposition; correct?
17     A.  Correct.
18     Q.  Who was that someone?
19     A.  It's not someone. I heard it, as I
20 said before. Let me back up. I didn't get it
21 from someone. I heard the rumor.
22     Q.  You heard the rumor repeated by
23 whom?
24     A.  By people.

Page 19

1      Q.  Can you identify those people?
2      A.  No, I cannot. As I told you, it's
3  in passing. I just heard these rumors. People
4  talking, chirping around about different things.
5  There is nothing quiet in this place.
6      Q.  Has Detective Sergeant Gavin told
7  you that he saw nude or sexual video or
8  photographic images of Socha, extracted from her
9  phone?
10     A.  No, he did not tell me. That was
11 one of the rumors.
12     Q.  From whom did you hear that rumor?
13     A.  Again, I didn't talk to anybody.
14 They know better than coming to me with this
15 stuff, because I don't mess around in kid stuff.
16 So no one will come up and talk to me like that,
17 not even Gavin, because we're not friends or
18 anything like that; and I would probably be the
19 last person he would talk to about something like
20 that.
21     Q.  Were you present during a
22 conversation in the investigation watch
23 commander's office when Gavin made the comment,
24 quote, "Now I know why Crowley is with Socha; she

7 (Pages 16 to 19)

**EXHIBIT L**

Cassandra Socha v. City of Joliet; et al.
Deposition of Deputy Chief Robert Brown - Taken 5/28/2021

Page 20

1    sucks dick like a porn star," closed quote?
2         MR. ATKUS:  I'm going to object to
3    foundation on that one.
4         MS. PROCTOR:  Same.  Assumes facts
5    not in evidence also.
6         MR. ATKUS:  Yes.  Join that.
7    BY MR. ADAMS:
8         Q.   You can answer, sir.
9         A.   No.  And second of all,
10   investigations doesn't have a watch commander's
11   office.
12        Q.   Okay.  Well, then just so that our
13   record is clear and my question is clear, were you
14   present during a conversation in a watch
15   commander's office when Gavin made that remark?
16        A.   No.  That's all rumors.
17        Q.   Who was the Chief when you were
18   promoted to your current post as Deputy Chief?
19        A.   Chief Dawn Malec was interim at that
20   time, and now she is the Chief.
21        Q.   In the rumors that you have heard,
22   who is it that you have heard have viewed these
23   nude and sexual images of Socha that were
24   extracted from her iPhone?

Page 21

1         A.   I think I have stated those before.
2    I mean, I have heard Gavin's name, and I have
3    heard Al Roechner's name.  But as far as
4    detectives, it's like, as I said, plural,
5    detectives, the guys that work on night shift.
6    And I don't have their schedule back then, so I
7    don't know who all worked it, because Gavin was in
8    charge of the guys that worked on that shift at
9    night.
10        Q.   Since hearing rumors that Detective
11   Jackson played some role in your being issued a
12   subpoena to give this deposition today, have you
13   confronted him with your concerns about those
14   rumors and his role?
15        A.   Yes.
16        Q.   When did that occur?
17        A.   It could have been last year
18   sometime.
19        Q.   And what did you say to him?
20        A.   Well, I said that you are repeating
21   -- "I heard that you are repeating rumors that
22   we've talked about."  "So we've talked about
23   hearsay, and then you repeated something."  "I
24   thought I was talking to you in confidence, and

Page 22

1    then you repeat it to other people that I know you
2    don't even talk to."  "So where did this come
3    from?"  And then he -- and I don't even remember
4    what he said.  But our understanding after that is
5    pretty much I was done talking to him.  But it's
6    all hearsay about what I may or may not have done
7    or heard, I should say; not done, but have heard,
8    and stuff that we discussed that, yeah, the rumor
9    was even this.  And then you repeat it, you know,
10   in a case, which is serious, and I took offense to
11   that.
12        Q.   What, if anything, did he say in
13   response to you?
14        A.   Well, he said something to the
15   effect, "Well, I thought you told me that."
16        Q.   Did he say anything else that you
17   can recall?
18        A.   No.  It was heated.  So, no, I don't
19   think so.
20        Q.   Where did that conversation take
21   place?
22        A.   On the phone.
23        Q.   You initiated the call?
24        A.   Yes.

Page 23

1         Q.   Did you do that after you learned
2    that you were a subpoenaed witness in this case?
3         A.   I don't recall if I was subpoenaed
4    yet.
5         Q.   If it preceded the subpoena -- and I
6    appreciate you have told us you don't know -- do
7    you recall who told you that Jackson had
8    attributed these things to you?
9         A.   Now, this is about the third time I
10   am going to say it; I don't recall.  I mean, I'm
11   trying to make it as clear as possible that these
12   are all rumors and speculation and people talking
13   as if they are in high school.  You walk by a
14   group of guys talking in what we call a commons
15   area, and you just hear things.  Do I really --
16   you know, I have other things going on as far as
17   running the shift.  So you just kind of hear in
18   general people squabbling, and it goes like that.
19        As I said, I'm not that type of
20   person that people are going to come up to and say
21   things like this, because they know that I'm not
22   going to take it.  Because if they knew this first
23   hand, somebody would be in trouble.  So it's just
24   not that.

8  (Pages 20 to 23)

Royal Reporting Services, Inc.
312.361.8851

EXHIBIT L

Cassandra Socha v. City of Joliet; et al.
Deposition of Deputy Chief Robert Brown - Taken 5/28/2021

| Page 24 |
| --- |

1   Q.   Have you discussed these rumors with
2   any officers whose names you can recall?
3       A.   No.
4       Q.   Has any Joliet officer told you
5   whether copies were made of the extracted contents
6   of Socha's cell phone?
7       A.   No.  Definitely not.
8       Q.   How would you characterize your
9   relationship with Detective Sergeant Gavin?
10      A.   I think we're just -- you know, we
11  work together.  That's it.  I mean, we're
12  acquaintances.  I mean, we don't break bread
13  together, if you want to talk about that.  We're
14  not friends or anything like that.  We both were
15  detectives at the same time.
16      Q.   How would you characterize your
17  relationship with former Chief Roechner?
18      A.   We don't have a relationship.  He
19  was a Chief.  You know, "Hi" and "Bye," and
20  "What's going on at work?"
21      Q.   And I'm going to get some titles
22  wrong, I'm sure.  There is a -- I think it's a
23  Lieutenant Harrison.  Do I have that rank correct?
24      A.   Yes.  Lieutenant Harrison.

| Page 25 |
| --- |

1       Q.   How would you characterize your
2   relationship with Lieutenant Harrison?
3       A.   I mean, we had a good relationship.
4   We worked together on night shift.  He was the
5   other watch commander.  I was the East Side watch
6   commander.  He was the Central and West Side.  So
7   we worked together for years.
8       Q.   What was his role, his duty
9   assignment in the May, June, 2018, timeframe?
10      A.   I mean, he would have been the West
11  Side watch commander -- or Central and West; it's
12  just two areas, but we just call it "West."
13      Q.   And I don't know what Officer
14  Powers' rank or duty assignment was --
15      A.   Sergeant Powers.
16      Q.   How would you characterize your
17  relationship with Sergeant Powers?
18      A.   Real cordial at work.  We have all
19  been in this department a long time.  So we say,
20  "Hi," "Bye."  I mean, he was a sergeant here, so
21  we'll talk all the time.
22      Q.   What was his duty assignment in the
23  May, June, 2018, timeframe?
24      A.   As a sergeant in operations.

| Page 26 |
| --- |

1       Q.   Do you recall any specific instances
2   where you and Detective Sergeant Gavin, maybe
3   others, were in the watch commander's office at
4   the same time?
5       A.   Repeat that.  Please repeat that.
6       Q.   Do you recall instances in which you
7   and Detective Sergeant Gavin, with or without
8   others, were present in the watch commander's
9   office at the same time?
10          MR. ATKUS:  I'm going to object to
11  foundation.  I think the witness has testified
12  there is more than one watch commander's office.
13          MR. ADAMS:  Fair enough.  I'll
14  repeat the question with that in mind.
15  BY MR. ADAMS:
16      Q.   Deputy Chief, do you recall any
17  instances where you and Detective Sergeant Gavin,
18  with or without others, were present in a watch
19  commander's office at the same time?
20      A.   Not right offhand.  Yes, not right
21  offhand, I can't.  I mean, could he have possibly
22  been in there briefing us on the case, yes.  But
23  specifically, when, or if I could remember an
24  instance, no.

| Page 27 |
| --- |

1       Q.   In the May, June, 2018, timeframe,
2   were there circumstances in which a detective
3   sergeant from investigations would have been in a
4   watch commander's office for purposes of briefing
5   you or questioning others regarding cases?
6       A.   Oh, yes.  Yes.
7       Q.   Under what circumstance would that
8   type of meeting occur?
9       A.   It will occur because -- number one,
10  the watch commander is in charge of the police
11  department at night.  So what will happen is, if
12  they have an incident that is significant, they
13  will come down and brief the watch commander as to
14  what occured and then what steps they are taking.
15  So if we called someone out for something
16  significant, and they worked in investigations,
17  they will come back and give us a brief summary as
18  to what occured.  Or if felony approval is needed,
19  because a sergeant in investigations cannot give
20  felony approval; only a watch commander can.  So
21  that happens all the time.
22      Q.   Because I know that his rank changed
23  in May of 2018.  Was there ever any point in which
24  you heard Roechner say that he had seen nude or

                                    9  (Pages 24 to 27)

**EXHIBIT L**

Cassandra Socha v. City of Joliet; et al.
Deposition of Deputy Chief Robert Brown - Taken 5/28/2021

Page 28

1  sexually explicit images of Socha that had been
2  extracted from her phone?
3      A.   No.
4      Q.   Was there ever any time where you
5  ever heard Gavin say anything that suggested that
6  he had seen nude or sexually explicit images from
7  her iPhone?
8      A.   I answered that before, and I said
9  no.
10     Q.   Was there ever any time in which you
11 heard any Joliet officer say anything that
12 suggested to you that that officer had viewed nude
13 or sexually explicit images of Socha that had been
14 extracted from her iPhone?
15     A.   No.
16         MR. ADAMS:  Those are all the
17 questions that I have.
18         MS. PROCTOR:  Can we take just a
19 very, very short break?
20         THE WITNESS:  Sure.
21         MS. PROCTOR:  Thank you.
22         (Whereupon, a brief recess is taken
23 at 10:05 a.m.)
24         (Resumed at 10:10 a.m.)

Page 29

1          MS. PROCTOR:  Once again, good
2  morning, Deputy Chief Brown.  First, I just want
3  to let you know that we don't have any questions
4  -- or I do not have any questions.  On behalf of
5  the City of Joliet, we thank you for your time and
6  attention to today's deposition.  Thank you so
7  much.
8          THE WITNESS:  You're welcome.
9          MR. ATKUS:  I don't have anything
10 either, Deputy Chief.  I hope you have a good
11 holiday.  Hopefully, you have a day off.
12         THE WITNESS:  Thank you.
13         MR. ADAMS:  Deputy Chief, you have
14 the right, if you choose, to exercise your right
15 to review the transcript of today's deposition if
16 and when it's written, and to note any instances
17 in which you believe the transcription is
18 inaccurate.  You can't change answers, but you can
19 note if you believe the transcription is in error
20 in any way.  Or you can waive that right.  The
21 decision about whether to exercise or waive the
22 right is entirely up to you.  We ask only that you
23 let us know now on the record, whether you choose
24 to exercise or to waive that right.

Page 30

1          THE WITNESS:  I want to exercise it.
2  I'd like a copy.
3          MR. ADAMS:  Okay.  So please show
4  signature as reserved.  And I think the way we
5  have addressed this with other witnesses is that
6  the transcript can get to you via the City's
7  counsel, but I don't mean to speak for them.
8          MS. PROCTOR:  We'll be happy to make
9  it available to Deputy Chief Brown.
10         MR. ADAMS:  Thanks very much for
11 your time today.
12         THE WITNESS:  Thank you.
13         MS. PROCTOR:  Thank you.
14         ---
15         (Whereupon, at 10:17 a.m.,
16 proceedings are concluded.)
17         ---
18
19
20
21
22
23
24

10  (Pages 28 to 30)

**EXHIBIT L**

Cassandra Socha v. City of Joliet; et al.
Deposition of Deputy Chief Robert Brown - Taken 5/28/2021

Page 31

```
 1    UNITED STATES OF AMERICA       )
      NORTHERN DISTRICT OF ILLINOIS )
 2    EASTERN DIVISION               )   SS.
      STATE OF ILLINOIS              )
 3    COUNTY OF COOK                 )

 4

 5                I, Mary M. Rocco, Certified

 6    Shorthand Reporter and Registered Professional

 7    Reporter, do hereby certify that on May 28th,

 8    2021, the deposition of the witness, DEPUTY CHIEF

 9    ROBERT BROWN, called by the Plaintiff, was taken

10    via videoconference before me, reported

11    stenographically, and was thereafter reduced to

12    typewriting under my direction.

13                The said deposition was taken via

14    videoconference, and there were present counsel,

15    all via videoconference, as previously set forth.

16                The said witness, DEPUTY CHIEF

17    ROBERT BROWN, was first duly sworn to tell the

18    truth, the whole truth, and nothing but the truth,

19    and was then examined upon oral interrogatories.

20                I further certify that the foregoing

21    is a true, accurate, and complete record of the

22    questions asked of and answers made by the said

23    witness, DEPUTY CHIEF ROBERT BROWN, at the time

24    and date hereinabove referred to.
```

**EXHIBIT L**

Cassandra Socha v. City of Joliet; et al.
Deposition of Deputy Chief Robert Brown - Taken 5/28/2021

Page 32

1           The signature of the witness, DEPUTY

2    CHIEF ROBERT BROWN, was reserved by agreement of

3    counsel.

4           The undersigned is not interested in

5    the within case, nor of kin or counsel to any of

6    the parties.

7           Witness my signature as a Certified

8    Shorthand Reporter in the State of Illinois, on

9    June 18th, 2021.

10

11

12

13

14    _____

15    MARY M. ROCCO, CSR, RPR
      161 North Clark Street
16    Suite 3050
17    Chicago, Illinois 60601
      Phone:  312.361.8851
18

19    CSR No. 084-004539

20

21

22

23

24

Royal Reporting Services, Inc.
312.361.8851

**EXHIBIT L**

Cassandra Socha v. City of Joliet; et al.
Deposition of Deputy Chief Robert Brown - Taken 5/28/2021

Page 33

```
 1    UNITES STATES OF AMERICA       )
      NORTHERN DISTRICT OF ILLINOIS )
 2    EASTERN DIVISION               ) SS.
      STATE OF ILLINOIS              )
 3    COUNTY OF COOK                 )
 4          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
 5                  EASTERN DIVISION
 6    CASSANDRA SOCHA,               )
                                     ) No.:  18-CV-05681
 7          Plaintiff,               )
                                     ) Honorable Judge
 8    Vs.                            ) Jorge L. Alfonso
                                     )
 9    CITY OF JOLIET, a Municipal ) Honorable Magistrate
      Corporation, Edward Grizzle,) M. David Weissman
10    John Does 1-20,                )
                                     )
11          Defendant[s].            )
12
                     I, DEPUTY CHIEF ROBERT BROWN, hereby
13    acknowledge that I have read the foregoing
      transcript of the testimony given by me at my
14    deposition on May 28th, 2021, and that said
      transcript constitutes a true and correct record
15    of the testimony given by me at said deposition
      except as I have so indicated on the errata sheets
16    provided herein.
17
                     _____
18                   DEPUTY CHIEF ROBERT BROWN
19
      No corrections (Please initial)_____
20
      Number of errata sheets submitted_____(pgs.)
21
      SUBSCRIBED AND SWORN to
22    Before me this ____ day
      Of _____, 2021.
23
      _____
24          NOTARY PUBLIC
```

Royal Reporting Services, Inc.
312.361.8851

**EXHIBIT L**

Cassandra Socha v. City of Joliet; et al.
Deposition of Deputy Chief Robert Brown - Taken 5/28/2021

Page 34

**A**

a.m 1:19 28:23 28:24 30:15
able 11:2
accommodate 5:5
accounts 9:21
accurate 31:21
acknowledge 33:13
acquaintances 24:12
Adams 2:2,3 4:9 4:18,20 17:13 20:7 26:13,15 28:16 29:13 30:3,10
addressed 30:5
adults 16:14
Affairs 6:17
ago 13:4
agreement 32:2
ahead 4:9 17:11
Al 14:15 21:3
Alfonso 1:6 33:8
allegations 9:22 9:23 12:20
allow 13:7
AMERICA 31:1 33:1
answer 5:2,6,11 5:13 13:22 17:11 20:8
answered 28:8
answers 5:10 29:18 31:22
anybody 19:13
anymore 15:16
APPEARAN... 2:1
appreciate 23:6
appropriate 5:12,14
approval 27:18

27:20
approximate 6:7
archive 8:8
area 23:15
areas 25:12
asked 5:1 6:4 31:22
assignment 25:9 25:14,22
assignments 8:21
Assumes 20:4
Atkus 2:13 4:6,7 20:2,6 26:10 29:9
attempt 5:1
attention 29:6
attribute 15:21 16:16
attributed 15:23 23:8
available 30:9
aware 12:19

**B**

B 3:6 7:14
back 5:4 8:7 12:14,22 14:6 14:23 18:20 21:6 27:17
behalf 2:6,11,16 4:3 29:4
believe 29:17,19
better 16:15 19:14
Bolingbrook 2:9
Boughton 2:8
bread 24:12
break 24:12 28:19
brief 27:13,17 28:22
briefing 26:22 27:4

**C**

call 22:23 23:14 25:12
called 4:11 27:15 31:9
capacity 9:3,8 17:2
career 6:5
case 4:8 16:8 17:2,5,18 18:1 18:4,5 22:10 23:2 26:22 32:5
cases 27:5
Cassandra 1:4 4:21 33:6
caught 8:1
caused 17:6
cell 24:6
Central 25:6,11
certain 8:10,20
Certified 1:14 31:5 32:7
certify 31:7,20
chain 7:16 8:4 8:16,22,24
change 7:21 29:18
changed 27:22
characterize 24:8,16 25:1 25:16
charge 14:7 21:8 27:10
check 8:8
Chicago 2:4 32:16
Chief 1:12 3:3

Brown 1:12 3:3 4:11 29:2 30:9 31:9,17,23 32:2 33:12,18
Bye 24:19 25:20

4:11,19 5:18 5:23 14:9,14 14:16,17 17:15 20:17,18,19,20 24:17,19 26:16 29:2,10,13 30:9 31:8,16 31:23 32:2 33:12,18
chirping 19:4
choose 29:14,23
chronology 6:5
circumstance 27:7
circumstances 27:2
City 1:7 2:11 4:4 29:5 33:9
City's 30:6
Civil 1:16
Clark 32:15
clear 20:13,13 23:11
closed 20:1
clue 14:12
Code 1:16
come 6:9 12:14 14:23 19:16 22:2 23:20 27:13,17
comes 15:6
coming 19:14
command 7:16 8:4,16,23 9:1
commander 6:20 7:9,10 14:10,16 25:5 25:6,11 27:10 27:13,20
commander's 19:23 20:10,15 26:3,8,12,19 27:4
commencing

1:19
comment 19:23
commons 23:14
complaint 9:18
complete 31:21
concerned 10:19
concerns 21:13
concluded 30:16
confidence 21:24
confronted 21:13
consider 17:19
constitutes 33:14
contents 10:13 24:5
Continued 11:12
conversation 11:9 12:4,8,15 12:23 13:11 19:22 20:14 22:20
conversations 10:12 12:23 13:15 14:20
COOK 31:3 33:3
copies 24:5
copy 30:2
cordial 25:18
Corporation 1:8 33:9
correct 7:8,9 15:11 17:15,16 17:20 18:16,17 24:23 33:14
corrections 33:19
counsel 30:7 31:14 32:3,5
COUNTY 31:3 33:3

**EXHIBIT L**

Cassandra Socha v. City of Joliet; et al.
Deposition of Deputy Chief Robert Brown - Taken 5/28/2021

Page 35

**court** 1:1,17 5:4
  33:4
**Crowley** 8:3,12
  9:4 19:24
**CSR** 32:15,19
**current** 7:15
  20:18

——————

**D**

**D** 3:1
**Darcy** 2:8 4:3
**date** 11:1 31:24
**dates** 6:7,7,11
  7:2,19,20 8:2
  8:14
**Dave** 11:7
**David** 1:8 33:9
**Dawn** 20:19
**day** 8:14 29:11
  33:22
**Dearborn** 2:3
**December** 6:2
  6:12
**decision** 29:21
**Defendant** 2:11
  2:16
**Defendant[s** 1:9
  33:11
**Definitely** 24:7
**department**
  5:18 6:1,6,12
  7:11,12 9:24
  12:10 25:19
  27:11
**department's**
  9:3,8 10:4
**deposed** 18:3
**deposition** 1:12
  9:12,16 15:20
  18:1,7,12,16
  21:12 29:6,15
  31:8,13 33:14
  33:15
**depositions** 1:18

**Deputy** 1:12 3:3
  4:11,19 5:18
  5:23 14:16,17
  17:14 20:18
  26:16 29:2,10
  29:13 30:9
  31:8,16,23
  32:1 33:12,18
**describe** 15:12
**described** 11:4
  14:20
**detective** 6:14
  6:14,15,18 7:1
  8:15,21 11:9
  11:11,12,16
  15:13 16:7
  19:6 21:10
  24:9 26:2,7,17
  27:2
**detectives** 15:1,2
  15:4 21:4,5
  24:15
**dick** 20:1
**different** 19:4
**direction** 31:12
**discovery** 1:19
**discussed** 11:3
  11:16 13:10
  22:8 24:1
**discussion** 10:14
**DISTRICT** 1:1
  1:1 31:1 33:1,4
  33:4
**division** 1:2 7:11
  31:2 33:2,5
**DJ** 15:6,10
**documents** 9:13
**dproctor@tre...**
  2:10
**duly** 4:12 31:17
**duty** 8:20 25:8
  25:14,22

——————

**E**

**E** 3:1,6
**E-mail** 2:5,10,15
**East** 2:8 25:5
**EASTERN** 1:2
  31:2 33:2,5
**Ed** 4:7
**Edward** 1:8
  2:16 33:9
**effect** 13:6 22:15
**either** 29:10
**ends** 16:4
**entire** 12:9
**entirely** 5:12,14
  29:22
**errata** 33:15,20
**error** 29:19
**especially** 15:6
**estimate** 6:6
**evidence** 20:5
**Examination**
  3:4 4:17
**examined** 4:13
  31:19
**exclude** 17:6
**exercise** 29:14
  29:21,24 30:1
**EXHIBIT** 3:7
**explain** 5:3
**explicit** 28:1,6
  28:13
**extracted** 10:3
  19:8 20:24
  24:5 28:2,14
**extraction** 10:13

——————

**F**

**facts** 15:24 16:4
  20:4
**fair** 5:8 26:13
**familiar** 9:22
**far** 6:9 9:14
  10:19 11:1
  12:11 14:12
  21:3 23:16

**fellow** 10:12
**felony** 27:18,20
**figure** 6:10
  10:22
**filed** 9:18
**fine** 6:8
**first** 4:12 23:22
  29:2 31:17
**follow** 18:4
**follows** 4:14
**foregoing** 31:20
  33:13
**former** 24:17
**forth** 31:15
**foundation** 20:3
  26:11
**frame** 12:2
**friend** 16:2
  17:15,19
**friends** 15:15
  17:7 19:17
  24:14
**further** 31:20

——————

**G**

**G-A-V-I-N** 8:22
**garbage** 13:21
  18:12
**Gavin** 8:22,24
  14:18 19:6,17
  19:23 20:15
  21:7 24:9 26:2
  26:7,17 28:5
**Gavin's** 14:7
  21:2
**general** 23:18
**give** 5:1,6 6:4
  8:6 12:1 13:14
  17:24 18:16
  21:12 27:17,19
**given** 33:13,15
**gives** 12:1
**giving** 5:10
**go** 4:9 8:7 12:22

  14:5 17:11
**goes** 23:18
**going** 10:22
  11:23 12:10,18
  17:9 18:9 20:2
  23:10,16,20,22
  24:20,21 26:10
**good** 4:2,5,6,19
  4:22 25:3 29:1
  29:10
**Grizzle** 1:8 2:16
  4:7 8:16 33:9
**group** 16:18
  23:14
**guess** 5:11,15
  11:20 18:8
**guessing** 11:19
**guys** 13:5,24
  16:18 21:5,8
  23:14

——————

**H**

**H** 3:6
**Hall** 2:2,3 3:4
  4:20
**hall@adamsle...**
  2:5
**hand** 23:23
**happen** 13:7
  27:11
**happens** 27:21
**happy** 30:8
**hard** 13:22
**hardest** 6:3
**Harrison** 24:23
  24:24 25:2
**hate** 13:20
**heads** 12:10,18
  12:19
**hear** 4:22,24
  16:19,20 19:12
  23:15,17
**heard** 5:7 9:24
  11:23 13:19

**EXHIBIT L**

Cassandra Socha v. City of Joliet; et al.
Deposition of Deputy Chief Robert Brown - Taken 5/28/2021

15:5 16:9,11
18:8,14,19,21
18:22 19:3
20:21,22 21:2
21:3,21 22:7,7
27:24 28:5,11
**hearing** 16:11
21:10
**hearsay** 13:8,12
13:20 14:13
15:24 21:23
22:6
**heated** 22:18
**hereinabove**
31:24
**hey** 18:5
**Hi** 24:19 25:20
**high** 16:13 23:13
**holiday** 29:11
**Honorable** 1:6,7
33:7,9
**hope** 29:10
**Hopefully** 29:11
**HOPPE** 2:12
**huge** 16:4

**I**

**identify** 19:1
**III** 2:3
**Illinois** 1:1,16
2:4,9,14 31:1,2
32:8,16 33:1,2
33:4
**images** 10:2,9
13:12,17 19:8
20:23 28:1,6
28:13
**immediate** 5:21
**implicated** 16:7
**important** 4:23
**inaccurate**
29:18
**incident** 27:12
**including** 14:1

**indicated** 10:8
33:15
**initial** 33:19
**initiated** 22:23
**instance** 26:24
**instances** 26:1,6
26:17 29:16
**interested** 32:4
**interesting**
12:17
**interim** 20:19
**Internal** 6:17
**interrogatories**
31:19
**investigation** 9:4
9:9 10:4 19:22
**investigations**
6:24 7:3 13:7
13:24 20:10
27:3,16,19
**involved** 9:2,7
10:11 17:17
**involvement**
17:5
**iPhone** 10:3,14
20:24 28:7,14
**issue** 11:23
**issued** 21:11

**J**

**J** 2:13
**Jackson** 11:7,7
11:10,11,12,16
12:5,15,22,24
12:24 15:7,13
16:7,7,24 17:6
17:15,23 18:15
21:11 23:7
**Jackson's** 15:9
**January** 5:19,20
6:21
**Joe** 5:23
**John** 1:8 33:10
**Join** 20:6

**Joliet** 1:7 2:11
4:4 5:18 6:1
24:4 28:11
29:5 33:9
**Jorge** 1:6 33:8
**Judge** 1:6 33:7
**June** 7:7 9:10
10:4 25:9,23
27:1 32:9

**K**

**kid** 14:22 19:15
**kin** 32:5
**kind** 12:1 23:17
**knew** 9:14 12:10
23:22
**KNIGHT** 2:12
2:12
**know** 5:11,13
7:20,23 8:7,12
10:17,18,20,20
10:21,24 11:6
11:22 12:11
13:3 14:6,10
14:23 15:3,3,4
15:5 16:15,17
18:3,9 19:14
19:24 21:7
22:1,9 23:6,16
23:21 24:10,19
25:13 27:22
29:3,23
**knowledge**
18:10
**KURNIK** 2:12

**L**

**L** 1:6 2:8 33:8
**LAW** 2:2
**lawsuit** 9:19
11:24
**learn** 17:23
**learned** 23:1
**legitimacy** 14:12

**let's** 12:12,22
**lieutenant** 6:19
6:21 7:8 24:23
24:24 25:2
**list** 14:6
**litany** 13:23
**little** 13:22
**LLC** 2:2
**LLP** 2:7
**lock** 12:7
**lodge** 17:10
**long** 5:17,24
13:4 14:5
25:19
**longer** 8:11
17:19
**lot** 15:1,2,3,23

**M**

**M** 1:8,13 31:5
32:15 33:9
**Magistrate** 1:7
33:9
**Malec** 20:19
**MARKED** 3:7
**Mary** 1:13 31:5
32:15
**matkus@khk...**
2:15
**mean** 8:8 10:17
11:19 12:6,8
13:2 14:4,4
15:4 16:12
21:2 23:10
24:11,12 25:3
25:10,20 26:21
30:7
**means** 13:21
**meeting** 27:8
**mentioned**
13:16 14:19
**mess** 19:15
**MICHAEL** 2:13
**Mike** 4:7

**mind** 26:14
**misrepresenta...**
15:24
**misstates** 17:10
**moment** 12:15
**morning** 4:2,5,6
4:19,22 6:4
29:2
**move** 8:10,12
**Municipal** 1:7
33:9

**N**

**N** 3:1
**name** 4:2,6,20
14:8 16:20
21:2,3
**named** 16:24
**names** 13:23,24
14:3,19 24:2
**need** 5:2 14:23
**needed** 27:18
**never** 5:11,15
8:24 13:18
**new** 15:1,2
**Nicholas** 8:3
**nickname** 15:9
**night** 7:14,24
14:1 21:5,9
25:4 27:11
**nights** 8:13
**North** 2:3,13
32:15
**NORTHERN**
1:1 31:1 33:1,4
**NOTARY** 33:24
**note** 29:16,19
**nude** 19:7 20:23
27:24 28:6,12
**number** 27:9
33:20

**O**

**object** 20:2

**EXHIBIT L**

Cassandra Socha v. City of Joliet; et al.
Deposition of Deputy Chief Robert Brown - Taken 5/28/2021

26:10
objection 17:10
obviously 18:7
occur 21:16 27:8
  27:9
occured 27:14
  27:18
offense 22:10
offhand 26:20
  26:21
office 19:23
  20:11,15 26:3
  26:9,12,19
  27:4
officer 4:20 6:13
  7:16 8:3 9:4,9
  9:18 10:2 16:7
  16:24 24:4
  25:13 28:11,12
officers 8:9,10
  10:8,13 14:10
  24:2
OFFICES 2:2
official 9:3,8
Oh 18:8 27:6
okay 4:9,19,21
  5:16 6:10 7:19
  12:16 13:18
  20:12 30:3
once 17:15 29:1
one-and-a-half
  7:5
ones 8:11
operations 7:13
  25:24
opining 16:2
oral 31:19

_____ P _____
PAGE 3:2
parameters 8:6
part 9:15
particular 11:6
  16:23

parties 32:6
passing 16:17
  19:3
patrol 6:12,17
people 9:24
  10:21 14:8
  16:14 18:24
  19:1,3 22:1
  23:12,18,20
period 6:23
person 11:6
  16:16 19:19
  23:20
personally 9:2,7
pertaining 1:18
pgs 33:20
phone 2:4,9,14
  11:5 13:13,17
  19:9 22:22
  24:6 28:2
  32:17
photographic
  10:2 19:8
place 9:4,9
  10:23,24 13:20
  19:5 22:21
Plaintiff 1:5 2:6
  31:9 33:7
played 21:11
please 5:10 26:5
  30:3 33:19
plural 12:23
  15:4 21:4
point 12:18
  27:23
police 5:18 6:1
  6:12 7:11 12:9
  27:10
porn 20:1
position 5:22
  7:15
possible 23:11
possibly 26:21
post 20:18

posted 7:10
Powers 25:15,17
Powers' 25:14
preceded 23:5
predecessor
  5:21
preparing 9:12
  9:16
present 19:21
  20:14 26:8,18
  31:14
press 9:21
presume 5:7
pretty 13:10,23
  15:4 22:5
previously 31:15
prior 7:6,15
probably 13:2
  19:18
problem 16:4,21
Procedure 1:16
proceedings
  30:16
Proctor 2:8 4:2
  4:3 17:9 20:4
  28:18,21 29:1
  30:8,13
Professional
  1:15 31:6
promoted 5:19
  6:16,19,21
  7:21 20:18
provided 33:16
provisions 1:16
PUBLIC 33:24
purpose 1:19
purposes 27:4
pursuant 1:15
put 12:12

_____ Q _____
question 4:24
  5:6,12,14 9:17
  13:14 20:13

26:14
questioning
  27:5
questions 5:3,3
  5:3 28:17 29:3
  29:4 31:22
quiet 19:5
quote 19:24 20:1

_____ R _____
rank 24:23
  25:14 27:22
ranks 8:20
read 5:4 9:18
  33:13
Real 25:18
really 11:24
  14:23 15:3
  23:15
recall 11:2 12:24
  13:13,16 14:2
  14:19 22:17
  23:3,7,10 24:2
  26:1,6,16
recap 6:5
recess 28:22
record 20:13
  29:23 31:21
  33:14
reduced 31:11
referred 31:24
regarding 27:5
Registered 1:14
  31:6
relationship
  15:13 24:9,17
  24:18 25:2,3
  25:17
remark 20:15
remember 5:13
  5:15 7:2,4 8:1
  8:14,18 11:8
  11:15,22 12:2
  14:24 22:3

26:23
repeat 5:2 11:14
  13:20 17:12
  22:1,9 26:5,5
  26:14
repeated 18:22
  21:23
repeating 21:20
  21:21
rephrase 5:2
  9:17
reported 31:10
reporter 1:14,15
  5:4 31:6,7 32:8
represent 4:7,20
reserved 30:4
  32:2
response 22:13
Resumed 28:24
review 9:13,15
  29:15
right 5:17 7:6
  15:20 26:20,20
  29:14,14,20,22
  29:24
River 2:13
Road 2:8,13
ROBERT 1:12
  3:3 4:11 31:9
  31:17,23 32:2
  33:12,18
Rocco 1:13 31:5
  32:15
Roechner 14:15
  14:15,18 24:17
  27:24
Roechner's 21:3
role 21:11,14
  25:8
roll 12:10,18
rolled 12:19
Rosado 5:23,23
Rosemont 2:14
RPR 32:15

**EXHIBIT L**

Cassandra Socha v. City of Joliet; et al.
Deposition of Deputy Chief Robert Brown - Taken 5/28/2021

Page 38

**Rules** 1:17
**rumor** 10:20
  12:9 16:10
  18:14,21,22
  19:12 22:8
**rumors** 10:23
  11:4,13,16
  13:1,8,12,19
  14:11,21 15:7
  16:3,9,12,15
  18:2,3,5 19:3
  19:11 20:16,21
  21:10,14,21
  23:12 24:1
**running** 23:17

_____ **S** _____

**S** 3:6
**saw** 13:12 18:11
  19:7
**saying** 12:24,24
**schedule** 21:6
**schedules** 8:8
**school** 16:13
  23:13
**second** 20:9
**see** 8:8
**seeing** 15:8
  16:10
**seen** 10:8,24
  13:9,17 27:24
  28:6
**sense** 6:8
**sergeant** 6:16,16
  6:18 7:3 8:15
  8:21 11:9 19:6
  24:9 25:15,17
  25:20,24 26:2
  26:7,17 27:3
  27:19
**serious** 22:10
**set** 31:15
**sexual** 19:7
  20:23

**sexually** 28:1,6
  28:13
**sheets** 33:15,20
**shift** 7:14,21,23
  7:24 8:2,9,14
  14:1 21:5,8
  23:17 25:4
**short** 28:19
**Shorthand** 1:14
  31:6 32:8
**show** 30:3
**Side** 25:5,6,11
**signature** 30:4
  32:1,7
**significant**
  27:12,16
**sir** 5:17 17:11
  20:8
**Socha** 1:4 4:21
  7:16 9:9,19
  10:2 19:8,24
  20:23 28:1,13
  33:6
**Socha's** 10:14
  12:20 13:12,17
  24:6
**somebody** 16:11
  18:7 23:23
**somewhat** 12:2
**speak** 30:7
**specific** 13:11
  14:19 26:1
**specifically**
  13:19 16:10
  26:23
**speculation**
  23:12
**spilling** 12:9
**spoken** 10:7
**squabbling**
  23:18
**SS** 31:2 33:2
**star** 20:1
**started** 6:11

  10:18
**State** 31:2 32:8
  33:2
**stated** 18:2,6
  21:1
**STATES** 1:1
  31:1 33:1,4
**stay** 8:11
**stenographica...**
  31:11
**steps** 27:14
**stints** 7:23
**Street** 2:3 32:15
**strike** 9:17
**stuff** 11:1 16:1,3
  19:15,15 22:8
**stupid** 13:6
**submitted** 33:20
**subpoena** 21:12
  23:5
**subpoenaed**
  17:24 18:16
  23:2,3
**SUBSCRIBED**
  33:21
**sucks** 20:1
**suggested** 28:5
  28:12
**Suite** 2:3,8,13
  32:16
**summarizing**
  13:3
**summary** 27:17
**supervisors** 14:1
  14:7 15:5,8
**Supreme** 1:17
**sure** 4:24 13:15
  17:14 24:22
  28:20
**swear** 4:10
**sworn** 4:12,15
  31:17 33:21

_____ **T** _____

**T** 3:6
**take** 22:20 23:22
  28:18
**taken** 1:13,15
  28:22 31:9,13
**talk** 9:24 12:6
  19:13,16,19
  22:2 24:13
  25:21
**talked** 10:21
  18:7 21:22,22
**talking** 13:5
  14:9 16:2,11
  16:19 19:4
  21:24 22:5
  23:12,14
**tell** 11:18 19:10
  31:17
**telling** 18:10
**term** 12:17
**testified** 4:13
  26:11
**testimony** 17:11
  33:13,15
**thank** 4:4 28:21
  29:5,6,12
  30:12,13
**Thanks** 30:10
**thereof** 1:17
**thing** 6:3 14:24
  15:6 16:22
**things** 13:10,23
  14:8 15:24
  16:20 17:21,22
  18:6 19:4 23:8
  23:15,16,21
**think** 8:17,21
  15:23 21:1
  22:19 24:10,22
  26:11 30:4
**third** 23:9
**thought** 21:24
  22:15
**time** 6:23 8:5,6

  8:13 12:3,7
  14:5,9,17
  20:20 23:9
  24:15 25:19,21
  26:4,9,19
  27:21 28:4,10
  29:5 30:11
  31:23
**timeframe** 7:7
  9:5,10 10:5
  12:1 25:9,23
  27:1
**times** 5:5 16:17
**titles** 24:21
**today** 4:3,23
  5:10 17:18
  18:13 21:12
  30:11
**today's** 9:12,16
  29:6,15
**told** 11:21 16:23
  19:2,6 22:15
  23:6,7 24:4
**topic** 10:14
**transcript** 29:15
  30:6 33:13,14
**transcription**
  29:17,19
**TRESSLER** 2:7
**trouble** 23:23
**true** 31:21 33:14
**truth** 31:18,18
  31:18
**try** 6:10
**trying** 8:18
  10:21 17:4
  23:11
**two** 7:5 12:12
  25:12
**type** 23:19 27:8
**typewriting**
  31:12

_____ **U** _____

Royal Reporting Services, Inc.
312.361.8851

**EXHIBIT L**

Cassandra Socha v. City of Joliet; et al.
Deposition of Deputy Chief Robert Brown - Taken 5/28/2021

Page 39

| | | | |
|---|---|---|---|
| **undersigned** 32:4 | 30:8 | **0** | **5** |
| **understand** 4:24 17:14 | **we're** 19:17 24:10,11,13 | **084-004539** 32:19 | **550** 2:8 **5600** 2:13 |
| **understanding** 16:6 22:4 | **we've** 21:22,22 **Weissman** 1:8 33:9 | **1** | **6** |
| **understood** 5:7 **UNITED** 1:1 31:1 33:4 | **welcome** 18:12 29:8 | **1-20** 1:8 33:10 **10:05** 28:23 **10:10** 28:24 | **600** 2:13 **60018** 2:14 **60440** 2:9 |
| **UNITES** 33:1 | **went** 8:12,13 **West** 25:6,10,11 25:12 | **10:17** 30:15 **161** 32:15 **18-CV-05681** | **60601** 32:16 **60602** 2:4 **630.759.0800** |
| **V** | **witness** 3:2 4:5 4:10,12,15 17:12,18 23:2 | 1:5 33:6 **18th** 32:9 | 2:9 |
| **various** 14:10 **verbatim** 13:3 **video** 10:2 13:9 18:11 19:7 | 26:11 28:20 29:8,12 30:1 30:12 31:8,16 31:23 32:1,7 | **2** **2000** 6:12 **2004** 6:14,15 7:1 | **7** **8** **847.261.0700** 2:14 |
| **videoconference** 1:13 2:1 4:13 31:10,14,15 | **witness's** 17:10 **witnesses** 30:5 | **2009** 6:15 7:1 **2014** 6:20 7:5,6 **2015** 5:20 | **9** **9:30** 1:19 |
| **videos** 10:24 **viewed** 10:1 20:22 28:12 | **work** 14:11 21:5 24:11,20 25:18 **worked** 6:15,16 | **2017** 9:5 **2018** 7:7,22 8:2 9:5,10 10:5 | |
| **Vs** 1:6 33:8 | 6:20,24 7:2,22 8:2,18 13:24 21:7,8 25:4,7 | 25:9,23 27:1 27:23 **2021** 1:20 31:8 | |
| **W** **waive** 29:20,21 29:24 | 27:16 **worse** 16:14 **wouldn't** 11:2 | 32:9 33:14,22 **21** 6:2 **2350** 2:3 | |
| **walk** 23:13 **want** 6:8 7:24 12:7,14 24:13 | **written** 29:16 **wrong** 24:22 | **250** 2:8 **28th** 1:20 31:7 33:14 | |
| 29:2 30:1 **wanted** 18:13 **wants** 11:20 | **X** **X** 3:1,6 | **3** | |
| **wasn't** 8:19 **watch** 6:20 7:9 | **Y** | **30** 8:9 **3050** 32:16 **312.361.8851** | |
| 7:10 19:22 20:10,14 25:5 | **yeah** 22:8 **year** 6:22 7:22 11:18 21:17 | 32:17 **312.445.4900** 2:4 | |
| 25:5,11 26:3,8 26:12,18 27:4 27:10,13,20 | **years** 6:2,11,13 6:18,19 7:4,5,5 25:7 | **33** 2:3 | |
| **way** 10:17,20 16:8 29:20 30:4 | **Z** | **4** **4** 3:4 | |
| **we'll** 5:5 25:21 | **Zooming** 4:4 | | |

**EXHIBIT L**