



Transcript of the Deposition of
# Sergeant Timothy Powers

**Case:** Cassandra Socha v. City of Joliet; et al.
**Taken On:** June 1, 2021

Royal Reporting Services, Inc.
Phone:312.361.8851
Email:info@royalreportingservices.com
Website: www.royalreportingservices.com

**EXHIBIT M**

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Timothy Powers - Taken 6/1/2021

Page 1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASSANDRA SOCHA,                    )
                                    )
          Plaintiff,                )
                                    )
     vs.                            )   No. 18-cv-05681
                                    )
CITY OF JOLIET, a municipal         )
corporation; EDWARD GRIZZLE;        )
and JOHN DOES 1-20,                 )
                                    )
          Defendants.               )

          The deposition of SERGEANT TIMOTHY POWERS,

called by the Plaintiff for examination, pursuant to

notice and pursuant to the Federal Rules of Civil

Procedure for the United States District Courts

pertaining to the taking of depositions, taken via

videoconference before Erin D. Mitoraj, Certified

Shorthand Reporter, on June 1st, 2021.

**EXHIBIT M**

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Timothy Powers - Taken 6/1/2021

Page 2

```
 1   APPEARANCES (via videoconference):

 2        LAW OFFICES OF HALL ADAMS, LLC
          HALL ADAMS, III
 3        33 North Dearborn Street
          Suite 2350
 4        Chicago, Illinois 60602
          Phone:  312.445.4900
 5        E-mail: hall@adamslegal.net

 6             On behalf of the Plaintiff;

 7        KNIGHT HOPPE KURNIK & KNIGHT, LTD.
          MR. MICHAEL J. ATKUS
 8        5600 North River Road
          Suite 600
 9        Rosemont, Illinois 60018
          Phone:   847.261.0700
10        E-mail:  matkus@khkklaw.com

11             On behalf of Defendant Edward Grizzle;

12        TRESSLER LLP
          MS. DARCY L. PROCTOR
13        MR. JAMES J. HESS, Jr.
          550 East Boughton Road
14        Suite 250
          Bolingbrook, Illinois 60440
15        Phone:   630.759.0800
          E-mail:  dproctor@tresslerllp.com
16                 jhess@tresslerllp.com

17             On behalf of Defendant City of Joliet.

18
     ALSO PRESENT (via videoconference):  Ms. Cassandra Socha
19

20

21

22

23

24
```

**EXHIBIT M**

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Timothy Powers - Taken 6/1/2021

```
                                                        Page 3
 1                       I N D E X

 2    WITNESS                                              PAGE

 3    SERGEANT TIMOTHY POWERS

 4         Examination by Mr. Adams.................   4

 5

 6

 7                    E X H I B I T S

 8

 9               (NO EXHIBITS MARKED.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

**EXHIBIT M**

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Timothy Powers - Taken 6/1/2021

Page 4

1   WHEREUPON:
2
3           SERGEANT TIMOTHY POWERS,
4   called as a witness herein, having been first duly sworn,
5   was examined and testified via videoconference as
6   follows:
7               EXAMINATION
8   BY MR. ADAMS:
9       Q.  Sir, my name is Hall Adams.  I represent
10  Officer Cassandra Socha.  I'm going to ask you some
11  questions this morning.
12          Have you given a deposition before?
13      A.  Yes, I have.
14      Q.  About how many times?
15      A.  Maybe around five.
16      Q.  Ever an instance in which you yourself were a
17  party to the lawsuit in which you were giving a
18  deposition?
19      A.  Yes.
20      Q.  And in what regard?
21      A.  Being a supervisor, I've been involved in a
22  couple lawsuits where somebody on the street wants to
23  sue one of the officers and then you being a supervisor,
24  it's kind of a trickle-down effect.  Another one when --

Page 5

1   I think in a couple traffic accidents I've given
2   depositions also.
3       Q.  There are a few simple ground rules you may
4   recall that will make this go much more smoothly.  The
5   first and most important is that you yourself make sure
6   you hear completely and understand completely every
7   question you're asked before you attempt to give an
8   answer.  If you need to have questions repeated,
9   rephrased, read back, or explained, say so, and we will
10  all accommodate you as many times as you ask.
11          If you do give an answer to a question, we'll
12  presume that you heard it and that you understood it.
13  Is that fair?
14      A.  Sounds good.
15      Q.  The second thing I'd ask of you is that you
16  never guess.  If you don't know the answer to the
17  question, tell us you don't know.  If you can't remember
18  something, tell us you can't remember what you were
19  asked, but don't guess.  Okay?
20      A.  Okay.
21      Q.  You are currently employed by the Joliet
22  Police Department?
23      A.  Yes.
24      Q.  What is your rank?

Page 6

1       A.  I'm a sergeant.
2       Q.  What is your current duty assignment?
3       A.  I'm a sergeant in the tactical office.
4       Q.  What was your duty assignment in the May,
5   June, July, August of 2018 time frame?
6       A.  I was a sergeant in the patrol division.
7       Q.  Have you ever served in the investigations
8   division?
9       A.  Yes.  I guess I fall under the investigations
10  division right now.  And then previous to that, I spent
11  12 years in investigations before I got promoted.
12      Q.  Which 12 years were those?
13      A.  Probably started in about, I would say, like,
14  '04 to '16 maybe.
15      Q.  Would you give us an overview,
16  Sergeant Powers, of your experience with the Joliet
17  Police Department, when you started, what positions
18  you've held, up until the present day?
19      A.  I started in '97.  I worked patrol probably
20  for about five years.  Most of that was midnight patrol.
21  And then I moved over to neighborhood policing for about
22  another maybe four years or so, and then I went to
23  investigations for 12 years.  And then I got promoted to
24  sergeant where I was -- I think I was on midnight patrol

Page 7

1   for about three and a half years.  And now I've been in
2   my present position about two and a half years.
3       Q.  Who is your current reporting senior police
4   officer?
5       A.  In my division?
6       Q.  Yes, sir.
7       A.  Let's see.  The deputy chief in charge of
8   investigations would be Carlos Matlock.
9       Q.  How long has Deputy Chief Matlock been your
10  direct reporting senior?
11      A.  I think he got promoted to that position
12  probably around maybe January or February of this year.
13      Q.  Have you ever had a direct reporting
14  relationship with now retired Chief Roechner?
15      A.  Yes.
16      Q.  During what period of time?
17      A.  I don't remember the period of time, but I
18  think he may have been the -- I don't know if it was
19  called commander at the time or deputy chief of
20  investigations when I was in investigations.
21      Q.  Okay.  Have you ever had a direct reporting
22  relationship with Lieutenant Reid?
23      A.  Lieutenant Reid?  I believe he served as a
24  supervisor in investigations when I was in there.  I'm

Royal Reporting Services, Inc.
312.361.8851

**EXHIBIT M**

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Timothy Powers - Taken 6/1/2021

Page 8

1    not sure if it was as a sergeant or lieutenant.
2        Q.   Have you ever --
3        A.   Let me correct myself.  He was in there -- I
4    do recall he was in there as a supervisor when I was in
5    there, but I don't know if I was -- reported to him.
6        Q.   What is -- I'm going to call him
7    Officer Harrison because I don't know his rank --
8        A.   He's a lieutenant.
9        Q.   What is Lieutenant Harrison's current duty
10   assignment?
11       A.   He is the lieutenant of the narcotics unit and
12   the tactical unit.  So he's in charge of both of those.
13       Q.   Have you ever had a direct reporting
14   relationship to Lieutenant Harrison?
15       A.   Yes.  He's my immediate supervisor right now.
16       Q.   How long has that been the case?
17       A.   About two and a half years.
18       Q.   Was that the case back in the May through
19   August of 2018 time frame?
20       A.   He was a lieutenant at the time, and I was in
21   patrol at the time.  Some of those times I would report
22   to him, and some of those times I would report to -- it
23   was Lieutenant Robert Brown at the time.
24       Q.   Very good.

Page 9

1            You're familiar with my client, Officer Socha?
2        A.   Yes.
3        Q.   Have you ever been a direct reporting senior
4    of hers?
5        A.   Yes.  I was her supervisor on patrol once in a
6    while.
7        Q.   Are you now?
8        A.   No.
9        Q.   And when do you recall -- During what periods
10   of time do you recall being Officer Socha's direct
11   reporting senior?
12       A.   It would be sporadic.  You know, she was never
13   directly, you know, in my line or anything like that.
14   But, you know, sometimes you'd show up to work, and
15   you'd be working in one area and she'd be working in the
16   same area, so you would be her supervisor.  So it was
17   during that three-and-a-half-year time period where I
18   was a patrol supervisor.
19       Q.   How about Officer Crowley?  Has Officer
20   Crowley ever served in your reporting chain of command?
21       A.   Yeah.  That was the same time frame where, you
22   know, sometimes I would show up for work and, you know,
23   I would be in charge of him for the night or something
24   like that during that three-and-a-half-year time period.

Page 10

1        Q.   How would you characterize your relationship
2    with Officer Socha?
3        A.   Fine.  We never had any problems.
4        Q.   How about Officer Crowley?
5        A.   Same way.  I never had a problem with him
6    either.
7        Q.   Within the police department, Sergeant, are
8    there particular officers, be they line officers,
9    sergeants, lieutenants, or higher up with whom you are
10   personally or professionally close?
11       A.   Can you rephrase that?
12       Q.   Sure.  Within the department, are there
13   particular officers, regardless of rank or duty
14   assignment, with whom you are particularly close either
15   on a personal or professional basis?
16       A.   Officers?  No.  I mean, I don't think any -- I
17   mean, there's people that you, know, I'm friendly with.
18   But as far -- I'm more, you know, maybe friends with the
19   supervisors now.  The people that I was hired with
20   became supervisors, and you know, we're all about the
21   same experience and came on together.  So, you know,
22   more so supervisors probably than patrol officers.
23       Q.   Who would you consider to be in that group of
24   supervisors with whom you came up through the ranks and,

Page 11

1    therefore, might be closer than others?
2        A.   Still on the department?  Most of them have
3    retired, but still on the department, probably Moises
4    Avila.  He's a lieutenant.  Patrick Cardwell is a
5    sergeant.  Jeremy Harrison is a lieutenant.  I don't
6    know.  That's about it.
7        Q.   Would Deputy Chief Matlock fall into that
8    group?
9        A.   No.  We don't hang out or anything like that.
10   I mean, I'm friends with him.  I've worked for him -- I
11   mean, I've worked alongside him.  We were detectives in
12   the same office forever, you know, and we've gone out
13   socially a few times a long time ago.  But I haven't
14   spent any time with him in at least -- I don't know --
15       Q.   How about Sergeant Dave Jackson?
16       A.   He's a patrol officer.
17       Q.   I'm sorry.  Officer Dave Jackson.
18       A.   No.  We may have been friends a long time ago,
19   but we aren't anymore.
20       Q.   Did you have a particular falling out?
21       A.   No.  I just think it's a long line of things.
22   Nothing in particular.
23       Q.   Are there any particular things that you can
24   point to that you would attribute to causing that

5 (Pages 8 to 11)

**EXHIBIT M**

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Timothy Powers - Taken 6/1/2021

Page 12

1  friendship to --
2      A.  Yeah.  I mean, what he's involved in, false
3  accusations, things along those lines.
4      Q.  False accusations of what nature?
5      A.  I mean, he's gotten in trouble before, and
6  he's always quick to point the finger at somebody else.
7      Q.  Can you think of specific examples?
8      A.  Here today.
9      Q.  Yes, sir.
10     A.  Yes.  Today is an example of that.
11     Q.  Okay.
12     A.  I mean, for instance, you know, I've worked
13  24 years at the department.  I've tried to keep my name
14  clean, out of trouble.  And now you Google my name, and
15  the first thing that comes up is this lawsuit.  So I've
16  been told I have him to thank for that.
17     Q.  Who told you that?
18     A.  Ed Grizzle.
19     Q.  When did Ed Grizzle tell you that?
20     A.  Oh, I don't know.  Six months ago.
21     Q.  What exactly did Ed Grizzle tell you?
22     A.  He said that I was named to give a deposition
23  in this lawsuit.
24     Q.  Beyond that, what did Grizzle say that caused

Page 13

1  you to conclude that your being named to give a
2  deposition was attributable to something Jackson said or
3  did?
4      A.  He said that we were in an office and there
5  was talk of a video of Socha and that it was said that I
6  know something about it and that I'm going to be
7  requested to come forward and give a statement.
8      Q.  Was anyone else present when Grizzle told you
9  that?
10     A.  No.  It was just me.
11     Q.  Did Grizzle show you any documents in
12  connection with that when he shared that with you?
13     A.  No.
14     Q.  Okay.  Have you discussed Jackson's role in
15  causing you to be here today to give a deposition with
16  any other officers?  And by that, I mean other than
17  Grizzle.
18     A.  Yes.
19     Q.  With whom?
20     A.  Probably the three friends of mine that I've
21  told you previously:  Avila, Harrison, Cardwell.
22  Probably everybody in my office today knows why I'm in
23  here, knows what's going on.
24     Q.  But that would be because you told them you

Page 14

1  would be out doing this, not because of anything Jackson
2  did, true?
3      A.  No.  They know -- I mean, they know why I'm
4  giving a deposition.
5      Q.  What did you and Harrison discuss about
6  Jackson's role?
7      A.  That we were named in this lawsuit.
8      Q.  When you spoke with Grizzle about Jackson's
9  role, did Grizzle tell you how Jackson came to believe
10  that you were involved in some way in the facts
11  surrounding this case?
12     A.  How did he -- No.  I mean -- No, he never said
13  that.  He didn't know how Jackson came to believe it.
14     Q.  Have you reviewed any documents,
15  Sergeant Powers, in preparation for today's deposition?
16     A.  No.
17     Q.  Have you ever read the complaint that
18  Officer Socha filed in this lawsuit?
19     A.  Just what was in the Joliet Patch is what I
20  know about it.
21     Q.  And to the extent that there were excerpts of
22  the allegations from the complaint in the Patch, you may
23  have read those?
24     A.  Yeah.  I mean, I read the Patch and the Herald

Page 15

1  try to try and find out what's going on.  That's about
2  it.
3      Q.  Were you personally involved in any official
4  capacity in the department's investigation of
5  Officer Socha that occurred in or around May of 2018?
6      A.  No, I was not.
7      Q.  Were you personally involved in any official
8  capacity in the department's investigation of
9  Officer Crowley that occurred in the latter part of 2017
10  and into the first half or so of 2018?
11     A.  I did do something in the beginning of that
12  after the incident.  I think I talked to the next-door
13  neighbors or...
14     Q.  Anything else?
15     A.  No.  I think I just talked to the next-door
16  neighbors after that incident at their townhome.
17     Q.  Did you testify at the criminal trial in
18  Officer Crowley's case?
19     A.  No.
20     Q.  Did you attend any of it?
21     A.  Pardon me?
22     Q.  Did you attend any of it?
23     A.  No, I did not.
24     Q.  Detective Sergeant Grizzle led the

6 (Pages 12 to 15)

**EXHIBIT M**

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Timothy Powers - Taken 6/1/2021

Page 16

1    investigation of Officer Crowley?
2        A.  I believe so, yes.
3        Q.  Have you had occasion to discuss his role in
4    that investigation with him?
5        A.  No.
6        Q.  Have you had any occasion at any time to
7    discuss the outcome of the trial in Crowley's case with
8    Detective Sergeant Grizzle?
9        A.  No.
10       Q.  Are you trained on the Cellebrite?
11       A.  No, I'm not.
12       Q.  That's not a piece of gear you would ever have
13   occasion to use yourself?
14       A.  No.  Some of the officers that work in my
15   office have been trained on it, but I personally have
16   not.
17       Q.  So you are aware that in particular German is
18   trained on it and is sometimes called upon by other
19   officers to work with Cellebrite; is that your
20   understanding?
21       A.  Yeah, he's the main guy.  There's probably
22   about five or six of them that have been trained on it
23   now.
24       Q.  Can you name the others -- any of the others?

Page 17

1        A.  The one guy if my office, Dave Szymanski, just
2    got trained in the last couple weeks.  I think Jose
3    Martinez, Don McKinney.  I don't know if Brad McEwan is
4    on it or not.  But I think there's maybe four or five in
5    the main investigations office and then just one in our
6    tactical office.
7        Q.  When did McKinney get trained on Cellebrite?
8        A.  I don't know.  I was -- He was -- When he came
9    in investigations, I think I was out of there already.
10       Q.  Have you discussed any of the facts and
11   circumstances of this case with Detective McKinney?
12       A.  No.
13       Q.  Have you discussed any of the facts and
14   circumstances of this case with Detective McEwan?
15       A.  No.
16       Q.  How about with Detective Sergeant Gavin?
17       A.  No.  I know he's got a deposition, but that's
18   about all I know about it.
19       Q.  How do you know that he has a deposition in
20   this case?
21       A.  He retired probably a couple months ago, and I
22   hadn't heard from him -- He was a former partner of
23   mine.  I hadn't heard from him, so I stopped by his
24   house to say hello.

Page 18

1        Q.  And did the two of you discuss this case?
2        A.  No.  He just said he had a deposition, and I
3    said, yeah, I did too.
4        Q.  Are you aware generally that Officer Socha's
5    complaint alleges that images that were taken off her
6    phone during the department's investigation of her --
7    and more specifically, video and photographic images
8    depicting her either nude and/or engaged in sexual
9    conduct were extracted, I guess, is the word that's
10   used, from her phone?
11       A.  Yeah.  I'm pretty sure our whole department is
12   aware of that.
13       Q.  How did you become aware of that?
14       A.  The night I -- The night she had to give her
15   phone up, I was working that night.
16       Q.  Okay.  And from whom did you learn that the
17   phone she gave up contained these images that I've
18   described?
19       A.  I don't remember.
20       Q.  Was it --
21       A.  From a newspaper or somebody mentioned it
22   or -- you know, once the accusations started flying.
23       Q.  Do you recall when Officer Socha filed her
24   complaint in this case?

Page 19

1        A.  No, I don't.
2        Q.  Where were you in the department when you
3    learned that these images had been extracted from
4    Socha's phone?
5        A.  Well, I -- When I learned that her phone was
6    going to be turned over, I was in the watch commander's
7    office.
8        Q.  Who else was in the watch commander's office
9    at that time?
10       A.  I think Robert Brown was -- I don't know if he
11   was the supervisor that -- I'm guessing.  I don't
12   remember.
13       Q.  Do you remember any of the other people in the
14   watch commander's office when you learned that Socha --
15   Socha's phone was seized?
16       A.  No.  I mean, I remember Grizzle to be there,
17   but that's all I remember as far as what other personnel
18   were there.
19       Q.  So Grizzle for certain and potentially now
20   Deputy Chief Brown, but you're not certain of that?
21       A.  Correct.
22       Q.  And it was that night that you learned that
23   these images had been extracted from her phone?
24       A.  I don't think they would have got any images

7  (Pages 16 to 19)

**EXHIBIT M**

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Timothy Powers - Taken 6/1/2021

Page 20

1    that first night, you know. I think the phone was just
2    turned over, and then whatever happens with it in the
3    Cellebrite process, I don't know how soon that comes
4    about.
5        Q.  So it was some later point in time that you
6    learned that the images that I described were extracted
7    from her phone?
8        A.  Probably, yeah. I mean, after the, you know,
9    accusations started flying.
10       Q.  Okay. Can you place that in time relative to
11   the night you learned her phone had been seized?
12       A.  No. No idea.
13       Q.  Can you tell us whether it's weeks or months
14   after that night?
15       A.  I don't remember. I'd be guessing.
16       Q.  And from what source -- Whenever it was, from
17   what source did you learn that these images I've
18   described had been extracted from Socha's phone?
19       A.  I probably heard it from somebody at the
20   department before I read it in the paper or the Patch or
21   something.
22       Q.  Do you know from whom at the department you
23   first heard that these images had been extracted from
24   Socha's phone?

Page 21

1        A.  No, I don't.
2        Q.  Approximately how long before you read about
3    the extraction of these images in the Patch or the
4    Herald were you informed of it by someone there at the
5    department?
6        A.  Again, I couldn't even guess.
7        Q.  Have you discussed with anyone within the
8    department the duplication of the contents that were
9    extracted from Socha's phone?
10       A.  The duplication? You mean --
11       Q.  Yes.
12       A.  -- was it copied onto something?
13       Q.  Yes, sir.
14       A.  No, I don't know anything about that.
15       Q.  Have you ever discussed the extraction of
16   data, including these images I've described, from
17   Socha's phone with retired Chief Roechner?
18       A.  No.
19       Q.  Whenever it was that you learned nude
20   and/or sexually explicit images of Socha had been
21   extracted from her phone, what, if any, was your
22   reaction?
23       A.  Somebody is in trouble. I mean, I learned --
24   I didn't learn of any specific names or anything like

Page 22

1    that, but I just learned that, you know, she's alleging
2    that somebody was looking at pictures in there that
3    wasn't involved in the investigation. And I'm like,
4    Uh-oh, glad I'm not in investigations anymore.
5        Q.  Have you, Sergeant Powers, ever heard anyone
6    there at the department express an opinion that the
7    handling of the data that was extracted from Socha's
8    phone was improper or inappropriate?
9        A.  No, nobody has expressed that to me.
10       Q.  Have you ever heard anyone there express the
11   view that the handling of the data extracted from
12   Socha's phone violated the department's own general
13   orders respecting the handling of evidence?
14       A.  No.
15       Q.  Were you interviewed by the inspector general?
16       A.  No.
17       MR. ADAMS:  Bear with me for one minute.
18           (Brief pause.)
19   BY MR. ADAMS:
20       Q.  Have you discussed the handling of the data
21   that was extracted from Socha's phone with
22   Lieutenant Reid?
23       A.  With lieutenant who?
24       Q.  Reid.

Page 23

1        A.  No.
2        Q.  Have you discussed that same topic with
3    Lieutenant Harrisons -- Harrison, singular?
4        A.  Well, we both know why we're here today, so
5    we've discussed why we're here today. But as far as the
6    handling of the data, we -- I don't think he knows any
7    more than I do how that data was handled.
8        Q.  Have you ever heard any other Joliet officer
9    discuss or comment on Socha's appearance in these nude
10   and/or sexually explicit images that were extracted from
11   her phone?
12       A.  No.
13       Q.  Have you ever heard anyone there at the
14   department say, quote, Now I know why Crowley's with
15   Socha; she sucks dick like a porn star, period, closed
16   quote?
17       A.  No.
18       Q.  Have you ever heard that comment or any like
19   it attributed to any other officer on the department
20   even if you yourself did not hear it uttered?
21       A.  No, I haven't heard that comment before.
22       Q.  Have you discussed this case and the
23   circumstances surrounding your being called to give a
24   deposition with Deputy Chief Brown?

8  (Pages 20 to 23)

Royal Reporting Services, Inc.
312.361.8851

**EXHIBIT M**

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Timothy Powers - Taken 6/1/2021

Page 24

1  A. No, I haven't.
2  Q. So you've discussed those things with Harrison
3  and Matlock and Gavin, true?
4  A. No. I haven't discussed anything with
5  Matlock.
6  Q. Okay.
7  A. I talked to Gavin about us both giving a
8  deposition. And Harrison, yeah, he and I both discussed
9  why we're here today, or why I'm here today.
10  Q. When you discussed that with Harrison, did
11  Harrison share with you that he too will be giving a
12  deposition in this case?
13  A. Yeah. They were in the paper. All our names
14  were in the paper.
15  Q. Did Harrison express to you his belief or
16  understanding as to why he'd be giving a deposition?
17  A. Did he discuss it? No. I think we both knew
18  why we were both giving a deposition.
19  Q. Did Harrison say anything to you in which he,
20  Harrison, attributed the fact that he was being called
21  to give a deposition to something that Officer Jackson
22  said or did?
23  A. Yeah. I mean, we -- You know, the
24  accusations, so I mean, I'm not going to say I don't

Page 25

1  know. Allegedly Darrell Gavin walked in the watch
2  commander's office and made those comments about Socha
3  and Crowley and the video and that myself and Harrison
4  and Brown were in the watch commander's office.
5  Q. Can you think of any reason -- any motivation
6  that Jackson would have to concoct that story?
7  MR. ATKUS: I'm going to object. It calls for him
8  to speculate about Jackson's motives.
9  MS. PROCTOR: I'll join in that objection on behalf
10  of the City of Joliet.
11  BY MR. ADAMS:
12  Q. You can answer, Sergeant.
13  A. He's your client?
14  Q. No, I don't represent Jackson.
15  A. Oh, okay.
16  MS. PROCTOR: Mr. Hall represents the plaintiff,
17  Cassandra Socha.
18  BY THE WITNESS:
19  A. Socha, not Socha and Jackson?
20  Q. No. Jackson is not a party to this lawsuit,
21  Sergeant.
22    Do you remember the question I asked you?
23  A. No. Can you repeat it?
24  Q. Let me reask the question.

Page 26

1    Can you think of any reason that
2  Officer Jackson would have to concoct such a story?
3  A. I think -- No. I don't want to speculate.
4  Nothing good could come of it, so...
5  Q. Have you confronted Jackson about this?
6  A. Not yet. I will after today.
7  Q. What do you intend to tell him?
8  A. That he's full of shit and not to drag my name
9  into whatever he's got going on.
10  Q. Approximately how long have you known that
11  Jackson got you involved in this discovery process to
12  the extent that he has?
13  A. How long have I known that he got me in the
14  discovery of this?
15  Q. How long have you known and attributed to
16  Jackson the fact that you were being called to give a
17  deposition in this case?
18  A. Ballpark guess, maybe six months.
19  Q. Have you seen him in that six-month period?
20  A. Yes.
21  Q. Is there a reason that in that six-month
22  period you haven't asked him for some explanation or
23  clarification of what you believe he said that caused
24  you to be called to give a deposition?

Page 27

1  A. I didn't want to give him any additional ammo
2  for one of his further lawsuits.
3  Q. Are you familiar, Sergeant, with a former --
4  and I don't know in his particular case whether that's
5  retired or something former -- officer named Philip
6  Bergner?
7  A. Phil Bergner? Yeah. The computer guy?
8  Q. Okay. Have you heard from anyone there in the
9  department what, if any, role Officer Bergner played in
10  the Socha investigation?
11  A. No. I didn't -- I wasn't aware he was
12  involved.
13  Q. Did you discuss with Grizzle just the one time
14  the fact that Jackson's statements caused you and others
15  to be called to give depositions, or did you discuss
16  that with Grizzle more than one time?
17  A. More than one time. After I got the
18  deposition, I called him again.
19  Q. And what did you discuss then?
20  A. That, "Hey, I got a" -- I let him know I got a
21  notice for a deposition for it.
22  Q. And what did -- How, if at all, did Jackson's
23  role in your getting a notice and subpoena to give a
24  deposition come up?

9 (Pages 24 to 27)

**EXHIBIT M**

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Timothy Powers - Taken 6/1/2021

Page 28

1    A. Detective Grizzle felt that Jackson brought
2  the story to Socha's lawyer, which must be you, and
3  wanted to get attached to her lawsuit.
4    Q. Attached in what way?
5    A. I don't know.
6    Q. Have you ever discussed Officer Socha's case
7  with Detective McKinney?
8    A. No.
9    Q. Regarding the meeting or discussion in the
10  watch commander's office involving Gavin, Harrison, now
11  Deputy Chief Brown, and yourself that you understand
12  Jackson to have described, do you recall, Sergeant, ever
13  having been involved in any meeting in the watch
14  commander's office with that group of people regardless
15  of whether Socha's name, investigation, extracted phone
16  data came up?
17    MS. PROCTOR: You know, I'm just going to object on
18  behalf of the City of Joliet. It's a compound question,
19  lacks foundation, and assumes facts not in evidence.
20  BY MR. ADAMS:
21    Q. You can answer, Sergeant?
22    A. Could you break it down again?
23    Q. Sure. Have you ever been in the watch
24  commander's office with that group of people?

Page 29

1    A. Well, on a nightly basis, Brown, Harrison, and
2  myself worked in the watch commander's office. We would
3  be in there for the first couple hours of our shift.
4    Q. And is it conceivable that on some instance or
5  a number of instances while the three of you were in
6  that office, Detective Sergeant Gavin walked into the
7  office such that the four of you were physically present
8  in that office at the same time?
9    A. It's not unheard of. I mean, he could have
10  stopped by to pass information along to one of the
11  lieutenants on a case they had going on. He was -- I
12  don't know -- I guess he was the deputy chief of
13  investigations at the time.
14    Q. Was there ever any instance where that group
15  of people were together in the watch commander's office
16  and the general topic of the Socha investigation came
17  up?
18    A. No. I don't remember anything like that.
19    Q. Was that watch commander's office where you
20  were posted in the May-June 2018 time frame?
21    A. Yeah. I believe I was probably working
22  central or east at that time, so I would have been
23  working out of the main watch commander's office.
24    Q. Can you give me examples of circumstances in

Page 30

1  which a detective sergeant like, for example,
2  Detective Sergeant Gavin, would have occasion to come
3  into the watch commander's office while you, Brown, and
4  Harrison were also there?
5    A. Why he would come in?
6    Q. Yeah.
7    A. Maybe there was a warrant out for somebody, a
8  case they're working on. He wanted to pass along
9  information or he wanted to request, you know, us to do
10  something that might to follow up on something they were
11  doing. Or he might have just been walking by and said
12  hello. I mean, there could have been any kind of
13  reason.
14    Q. Do you have a recollection, Sergeant, of the
15  four of you being in that watch commander's office at
16  the same time while the Socha investigation was
17  underway, whether it came up or not?
18    A. No, I don't remember anything like that.
19    Q. Is there anyone currently on the department
20  who you consider to be in the nature of professional
21  mentors?
22    A. No, I don't think so.
23    Q. How about retired officers?
24    A. Yeah. There were some people who helped me

Page 31

1  out in investigations and things like that --
2    Q. Who were those people?
3    A. -- showing me the ropes.
4    Let's see. It was some of the older
5  detectives when I was there, supervisors:
6  Sergeant Bajt, Sergeant Brenczewski, Sergeant Demick. I
7  mean, they didn't end as sergeants, but you know --
8  Nicodemus.
9    Q. Was Gavin one of those people?
10    A. Gavin was my partner for, you know, a year or
11  two, so I don't know. Was I his mentor or was he my
12  mentor? I don't know.
13    Q. During what period of time was Gavin your
14  partner?
15    A. Probably around '02, '03, somewhere around
16  there.
17    Q. Prior to the deposition today, have you
18  been -- have you spoken with counsel for any of the
19  parties in the case?
20    A. I couldn't hear your question.
21    Q. Prior to today's deposition, have you spoken
22  with counsel for any of the parties in the case?
23    A. No.
24    MR. ADAMS: Those are all the questions I have.

10  (Pages 28 to 31)

**EXHIBIT M**

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Timothy Powers - Taken 6/1/2021

Page 32

1    MS. PROCTOR:  Can we just take a quick five-minute
2    break?
3    MR. ADAMS:  Sure.
4    MS. PROCTOR:  Thank you.
5         (A short break was had.)
6    MS. PROCTOR:  Okay.  On behalf of the City of
7    Joliet, I just want to thank you, Sergeant Powers, for
8    your time and attention to today's deposition.  And we
9    do not have any questions for you.  Thank you again.
10   THE WITNESS:  Thank you.
11   MR. ATKUS:  I don't have any questions either.
12   Thank you.
13   MR. ADAMS:  Sergeant Powers, you might recall that
14   under our rules, you have the right to read the
15   transcript of this deposition if and when it's written
16   and to note any instances in which you believe the
17   transcription is inaccurate.  You can't change the
18   content.
19   THE WITNESS:  Hold on.  Let me shut the door for a
20   minute.  I'm sorry.  Go ahead.
21   MR. ADAMS:  You can't change the content of the
22   questions or the answers, but you can note on a separate
23   document instances where you believe the transcription
24   is inaccurate.  Or you can waive the opportunity to do

Page 33

1    that.  The choice is entirely yours.  We do need you to
2    tell us while we're on the record whether you intend to
3    exercise or to waive that right.
4    THE WITNESS:  No.  I believe everything so far I've
5    said has been accurate.
6    MR. ADAMS:  So you'll waive that right?
7    THE WITNESS:  Waive the right to say something is
8    inaccurate?
9    MR. ADAMS:  No, no.  Waive the right to read the
10   transcript in order to note any instance in which you
11   believe the transcription is inaccurate.
12   THE WITNESS:  Oh, no.  I'd like to read the
13   transcript.
14   MR. ADAMS:  Okay.  Then we'll show signature as
15   reserved.
16        Erin, I'm not going to write this for now.
17   We'll let you know.
18        (Deposition concluded at 10:31 a.m.)
19
20
21
22
23
24

11  (Pages 32 to 33)

**EXHIBIT M**

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Timothy Powers - Taken 6/1/2021

Page 34

```
 1              IN THE UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF ILLINOIS
 2                      EASTERN DIVISION

 3
    CASSANDRA SOCHA,              )
 4                               )
                  Plaintiff,     )
 5                               )
             vs.                 )  No. 1:18-cv-05681
 6                               )
    CITY OF JOLIET, a municipal  )
 7  corporation; EDWARD GRIZZLE; )
    and JOHN DOES 1-20,          )
 8                               )
                  Defendants.    )
 9

10             I, SERGEANT TIMOTHY POWERS, state that I have

11   read the foregoing transcript of the testimony given by

12   me at my deposition on June 1, 2021, and that said

13   transcript constitutes a true and correct record of the

14   testimony given by me at said deposition except as I

15   have so indicated on the errata sheets provided herein.

16

17             _____
                    SERGEANT TIMOTHY POWERS
18
    No corrections (Please initial)_____
19  Number of errata sheets submitted_____(pgs.)

20  SUBSCRIBED AND SWORN to
    Before me this _____ day
21  of _____, 2021

22  _____
            NOTARY PUBLIC
23

24
```

**EXHIBIT M**

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Timothy Powers - Taken 6/1/2021

Page 35

```
 1
    UNITED STATES OF AMERICA         )
 2  NORTHERN DISTRICT OF ILLINOIS    )
    EASTERN DIVISION                 )   SS.
 3  STATE OF ILLINOIS                )
    COUNTY OF COOK                   )
 4
```

5          I, Erin D. Mitoraj, do hereby certify that

6   SERGEANT TIMOTHY POWERS was first duly sworn by me to

7   testify to the whole truth and that the above deposition

8   was reported stenographically by me and reduced to

9   typewriting under my personal direction.

10          I further certify that the said deposition was

11  taken videoconference and that the taking of said

12  deposition commenced on June 1, 2021, at 9:43 a.m.

13          I further certify that I am not a relative or

14  employee or attorney or counsel of any of the parties,

15  nor a relative or employee of such attorney or counsel,

16  nor financially interested directly or indirectly in

17  this action.

18          The signature of the witness, SERGEANT TIMOTHY

19  POWERS, was reserved by agreement of counsel.

20

21

22

23

24

**EXHIBIT M**

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Timothy Powers - Taken 6/1/2021

Page 36

1          Witness my signature as a Certified Shorthand

2     Reporter in the State of Illinois, on July 12, 2021.

3

4

5

6

7

8

9          _____
           ERIN D. MITORAJ
10         161 North Clark Street
           Suite 3050
11         Chicago, Illinois 60601
           Phone:  312.361.8851

12

13
      CSR No. 084-003582
14

15

16

17

18

19

20

21

22

23

24

Royal Reporting Services, Inc.
312.361.8851

**EXHIBIT M**

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Timothy Powers - Taken 6/1/2021

Page 37

**A**

a.m 33:18 35:12
accidents 5:1
accommodate
  5:10
accurate 33:5
accusations 12:3
  12:4 18:22
  20:9 24:24
action 35:17
Adams 2:2,2 3:4
  4:8,9 22:17,19
  25:11 28:20
  31:24 32:3,13
  32:21 33:6,9
  33:14
additional 27:1
ago 11:13,18
  12:20 17:21
agreement
  35:19
ahead 32:20
allegations
  14:22
Allegedly 25:1
alleges 18:5
alleging 22:1
alongside 11:11
AMERICA 35:1
ammo 27:1
and/or 18:8
  21:20 23:10
answer 5:8,11
  5:16 25:12
  28:21
answers 32:22
anymore 11:19
  22:4
appearance 23:9
APPEARAN...
  2:1
Approximately
  21:2 26:10
area 9:15,16

asked 5:7,19
  25:22 26:22
assignment 6:2
  6:4 8:10 10:14
assumes 28:19
ATKUS 2:7
  25:7 32:11
attached 28:3,4
attempt 5:7
attend 15:20,22
attention 32:8
attorney 35:14
  35:15
attributable
  13:2
attribute 11:24
attributed 23:19
  24:20 26:15
August 6:5 8:19
Avila 11:4 13:21
aware 16:17
  18:4,12,13
  27:11

**B**

B 3:7
back 5:9 8:18
Bajt 31:6
Ballpark 26:18
basis 10:15 29:1
Bear 22:17
beginning 15:11
behalf 2:6,11,17
  25:9 28:18
  32:6
belief 24:15
believe 7:23
  14:9,13 16:2
  26:23 29:21
  32:16,23 33:4
  33:11
Bergner 27:6,7
  27:9
Beyond 12:24

Bolingbrook
  2:14
Boughton 2:13
Brad 17:3
break 28:22
  32:2,5
Brenczewski
  31:6
Brief 22:18
brought 28:1
Brown 8:23
  19:10,20 23:24
  25:4 28:11
  29:1 30:3

**C**

call 8:6
called 1:11 4:4
  7:19 16:18
  23:23 24:20
  26:16,24 27:15
  27:18
calls 25:7
capacity 15:4,8
Cardwell 11:4
  13:21
Carlos 7:8
case 8:16,18
  14:11 15:18
  16:7 17:11,14
  17:20 18:1,24
  23:22 24:12
  26:17 27:4
  28:6 29:11
  30:8 31:19,22
Cassandra 1:3
  2:18 4:10
  25:17 34:3
caused 12:24
  26:23 27:14
causing 11:24
  13:15
Cellebrite 16:10
  16:19 17:7

20:3
central 29:22
certain 19:19,20
Certified 1:15
  36:1
certify 35:5,10
  35:13
chain 9:20
change 32:17,21
characterize
  10:1
charge 7:7 8:12
  9:23
Chicago 2:4
  36:10
chief 7:7,9,14,19
  11:7 19:20
  21:17 23:24
  28:11 29:12
choice 33:1
circumstances
  17:11,14 23:23
  29:24
City 1:6 2:17
  25:10 28:18
  32:6 34:6
Civil 1:12
clarification
  26:23
Clark 36:9
clean 12:14
client 9:1 25:13
close 10:10,14
closed 23:15
closer 11:1
come 13:7 26:4
  27:24 30:2,5
comes 12:15
  20:3
command 9:20
commander
  7:19
commander's
  19:6,8,14 25:2

25:4 28:10,14
  28:24 29:2,15
  29:19,23 30:3
  30:15
commenced
  35:12
comment 23:9
  23:18,21
comments 25:2
complaint 14:17
  14:22 18:5,24
completely 5:6,6
compound
  28:18
computer 27:7
conceivable 29:4
conclude 13:1
concluded 33:18
concoct 25:6
  26:2
conduct 18:9
confronted 26:5
connection
  13:12
consider 10:23
  30:20
constitutes
  34:13
contained 18:17
content 32:18,21
contents 21:8
COOK 35:3
copied 21:12
corporation 1:7
  34:7
correct 8:3
  19:21 34:13
corrections
  34:18
counsel 31:18,22
  35:14,15,19
COUNTY 35:3
couple 4:22 5:1
  17:2,21 29:3

**EXHIBIT M**

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Timothy Powers - Taken 6/1/2021

Page 38

COURT 1:1
34:1
Courts 1:13
criminal 15:17
Crowley 9:19,20
10:4 15:9 16:1
25:3
Crowley's 15:18
16:7 23:14
CSR 36:13
current 6:2 7:3
8:9
currently 5:21
30:19

**D**
D 1:15 3:1 35:5
36:9
DARCY 2:12
Darrell 25:1
data 21:16 22:7
22:11,20 23:6
23:7 28:16
Dave 11:15,17
17:1
day 6:18 34:20
Dearborn 2:3
Defendant 2:11
2:17
Defendants 1:8
34:8
Demick 31:6
department
5:22 6:17 10:7
10:12 11:2,3
12:13 18:11
19:2 20:20,22
21:5,8 22:6
23:14,19 27:9
30:19
department's
15:4,8 18:6
22:12
depicting 18:8

deposition 1:10
4:12,18 12:22
13:2,15 14:4
14:15 17:17,19
18:2 23:24
24:8,12,16,18
24:21 26:17,24
27:18,21,24
31:17,21 32:8
32:15 33:18
34:12,14 35:7
35:10,12
depositions 1:14
5:2 27:15
deputy 7:7,9,19
11:7 19:20
23:24 28:11
29:12
described 18:18
20:6,18 21:16
28:12
detective 15:24
16:8 17:11,14
17:16 28:1,7
29:6 30:1,2
detectives 11:11
31:5
dick 23:15
direct 7:10,13
7:21 8:13 9:3
9:10
direction 35:9
directly 9:13
35:16
discovery 26:11
26:14
discuss 14:5
16:3,7 18:1
23:9 24:17
27:13,15,19
discussed 13:14
17:10,13 21:7
21:15 22:20
23:2,5,22 24:2

24:4,8,10 28:6
discussion 28:9
District 1:1,1,13
34:1,1 35:2
division 1:2 6:6
6:8,10 7:5 34:2
35:2
document 32:23
documents
13:11 14:14
doing 14:1 30:11
Don 17:3
door 32:19
dproctor@tre...
2:15
drag 26:8
duly 4:4 35:6
duplication 21:8
21:10
duty 6:2,4 8:9
10:13

**E**
E 3:1,7
E-mail 2:5,10,15
east 2:13 29:22
EASTERN 1:2
34:2 35:2
Ed 12:18,19,21
Edward 1:7
2:11 34:7
effect 4:24
either 10:6,14
18:8 32:11
employed 5:21
employee 35:14
35:15
engaged 18:8
entirely 33:1
Erin 1:15 33:16
35:5 36:9
errata 34:15,19
everybody 13:22
evidence 22:13

28:19
exactly 12:21
examination
1:11 3:4 4:7
examined 4:5
example 12:10
30:1
examples 12:7
29:24
excerpts 14:21
exercise 33:3
EXHIBITS 3:9
experience 6:16
10:21
explained 5:9
explanation
26:22
explicit 21:20
23:10
express 22:6,10
24:15
expressed 22:9
extent 14:21
26:12
extracted 18:9
19:3,23 20:6
20:18,23 21:9
21:21 22:7,11
22:21 23:10
28:15
extraction 21:3
21:15

**F**
fact 24:20 26:16
27:14
facts 14:10
17:10,13 28:19
fair 5:13
fall 6:9 11:7
falling 11:20
false 12:2,4
familiar 9:1
27:3

far 10:18 19:17
23:5 33:4
February 7:12
Federal 1:12
felt 28:1
filed 14:18 18:23
financially
35:16
find 15:1
Fine 10:3
finger 12:6
first 4:4 5:5
12:15 15:10
20:1,23 29:3
35:6
five 4:15 6:20
16:22 17:4
five-minute 32:1
flying 18:22
20:9
follow 30:10
follows 4:6
foregoing 34:11
forever 11:12
former 17:22
27:3,5
forward 13:7
foundation
28:19
four 6:22 17:4
29:7 30:15
frame 6:5 8:19
9:21 29:20
friendly 10:17
friends 10:18
11:10,18 13:20
friendship 12:1
full 26:8
further 27:2
35:10,13

**G**
Gavin 17:16
24:3,7 25:1

**EXHIBIT M**

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Timothy Powers - Taken 6/1/2021

Page 39

28:10 29:6
30:2 31:9,10
31:13
**gear** 16:12
**general** 22:12,15
29:16
**generally** 18:4
**German** 16:17
**getting** 27:23
**give** 5:7,11 6:15
12:22 13:1,7
13:15 18:14
23:23 24:21
26:16,24 27:1
27:15,23 29:24
**given** 4:12 5:1
34:11,14
**giving** 4:17 14:4
24:7,11,16,18
**glad** 22:4
**go** 5:4 32:20
**going** 4:10 8:6
13:6,23 15:1
19:6 24:24
25:7 26:9
28:17 29:11
33:16
**good** 5:14 8:24
26:4
**Google** 12:14
**gotten** 12:5
**Grizzle** 1:7 2:11
12:18,19,21,24
13:8,11,17
14:8,9 15:24
16:8 19:16,19
27:13,16 28:1
34:7
**ground** 5:3
**group** 10:23
11:8 28:14,24
29:14
**guess** 5:16,19
6:9 18:9 21:6

26:18 29:12
**guessing** 19:11
20:15
**guy** 16:21 17:1
27:7

_____

**H**

**H** 3:7
**half** 7:1,2 8:17
15:10
**Hall** 2:2,2 4:9
25:16
**hall@adamsle...**
2:5
**handled** 23:7
**handling** 22:7
22:11,13,20
23:6
**hang** 11:9
**happens** 20:2
**Harrison** 8:7,14
11:5 13:21
14:5 23:3 24:2
24:8,10,11,15
24:19,20 25:3
28:10 29:1
30:4
**Harrison's** 8:9
**Harrisons** 23:3
**hear** 5:6 23:20
31:20
**heard** 5:12
17:22,23 20:19
20:23 22:5,10
23:8,13,18,21
27:8
**held** 6:18
**hello** 17:24
30:12
**helped** 30:24
**Herald** 14:24
21:4
**HESS** 2:13
**Hey** 27:20

**higher** 10:9
**hired** 10:19
**Hold** 32:19
**HOPPE** 2:7
**hours** 29:3
**house** 17:24

_____

**I**

**idea** 20:12
**III** 2:2
**Illinois** 1:1 2:4,9
2:14 34:1 35:2
35:3 36:2,10
**images** 18:5,7,17
19:3,23,24
20:6,17,23
21:3,16,20
23:10
**immediate** 8:15
**important** 5:5
**improper** 22:8
**inaccurate**
32:17,24 33:8
33:11
**inappropriate**
22:8
**incident** 15:12
15:16
**including** 21:16
**indicated** 34:15
**indirectly** 35:16
**information**
29:10 30:9
**informed** 21:4
**initial** 34:18
**inspector** 22:15
**instance** 4:16
12:12 29:4,14
33:10
**instances** 29:5
32:16,23
**intend** 26:7 33:2
**interested** 35:16
**interviewed**

22:15
**investigation**
15:4,8 16:1,4
18:6 22:3
27:10 28:15
29:16 30:16
**investigations**
6:7,9,11,23 7:8
7:20,20,24
17:5,9 22:4
29:13 31:1
**involved** 4:21
12:2 14:10
15:3,7 22:3
26:11 27:12
28:13
**involving** 28:10

_____

**J**

**J** 2:7,13
**Jackson** 11:15
11:17 13:2
14:1,9,13
24:21 25:6,14
25:19,20 26:2
26:5,11,16
28:1,12
**Jackson's** 13:14
14:6,8 25:8
27:14,22
**JAMES** 2:13
**January** 7:12
**Jeremy** 11:5
**jhess@tressle...**
2:16
**JOHN** 1:7 34:7
**join** 25:9
**Joliet** 1:6 2:17
5:21 6:16
14:19 23:8
25:10 28:18
32:7 34:6
**Jose** 17:2
**Jr** 2:13

**July** 6:5 36:2
**June** 1:16 6:5
34:12 35:12

_____

**K**

**keep** 12:13
**kind** 4:24 30:12
**knew** 24:17
**KNIGHT** 2:7,7
**know** 5:16,17
7:18 8:5,7 9:12
9:13,14,22,22
10:17,18,20,21
11:6,12,14
12:12,20 13:6
14:3,3,13,20
17:3,8,17,18
17:19 18:22
19:10 20:1,3,8
20:22 21:14
22:1 23:4,14
24:23 25:1
27:4,20 28:5
28:17 29:12
30:9 31:7,10
31:11,12 33:17
**known** 26:10,13
26:15
**knows** 13:22,23
23:6
**KURNIK** 2:7

_____

**L**

**L** 2:12
**lacks** 28:19
**LAW** 2:2
**lawsuit** 4:17
12:15,23 14:7
14:18 25:20
28:3
**lawsuits** 4:22
27:2
**lawyer** 28:2
**learn** 18:16

**EXHIBIT M**

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Timothy Powers - Taken 6/1/2021

Page 40

20:17 21:24
**learned** 19:3,5
  19:14,22 20:6
  20:11 21:19,23
  22:1
**led** 15:24
**Let's** 7:7 31:4
**lieutenant** 7:22
  7:23 8:1,8,9,11
  8:14,20,23
  11:4,5 22:22
  22:23 23:3
**lieutenants** 10:9
  29:11
**line** 9:13 10:8
  11:21
**lines** 12:3
**LLC** 2:2
**LLP** 2:12
**long** 7:9 8:16
  11:13,18,21
  21:2 26:10,13
  26:15
**looking** 22:2

**— M —**
**main** 16:21 17:5
  29:23
**MARKED** 3:9
**Martinez** 17:3
**matkus@khk...**
  2:10
**Matlock** 7:8,9
  11:7 24:3,5
**May-June** 29:20
**McEwan** 17:3
  17:14
**McKinney** 17:3
  17:7,11 28:7
**mean** 10:16,17
  11:10,11 12:2
  12:5,12 13:16
  14:3,12,24
  19:16 20:8

21:10,23 24:23
  24:24 29:9
  30:12 31:7
**meeting** 28:9,13
**mentioned**
  18:21
**mentor** 31:11,12
**mentors** 30:21
**MICHAEL** 2:7
**midnight** 6:20
  6:24
**mine** 13:20
  17:23
**minute** 22:17
  32:20
**Mitoraj** 1:15
  35:5 36:9
**Moises** 11:3
**months** 12:20
  17:21 20:13
  26:18
**morning** 4:11
**motivation** 25:5
**motives** 25:8
**moved** 6:21
**municipal** 1:6
  34:6

**— N —**
**N** 3:1
**name** 4:9 12:13
  12:14 16:24
  26:8 28:15
**named** 12:22
  13:1 14:7 27:5
**names** 21:24
  24:13
**narcotics** 8:11
**nature** 12:4
  30:20
**need** 5:8 33:1
**neighborhood**
  6:21
**neighbors** 15:13

15:16
**never** 5:16 9:12
  10:3,5 14:12
**newspaper**
  18:21
**next-door** 15:12
  15:15
**Nicodemus** 31:8
**night** 9:23 18:14
  18:14,15 19:22
  20:1,11,14
  30:10
**nightly** 29:1
**North** 2:3,8 36:9
**NORTHERN**
  1:1 34:1 35:2
**NOTARY** 34:22
**note** 32:16,22
  33:10
**notice** 1:12
  27:21,23
**nude** 18:8 21:19
  23:9
**number** 29:5
  34:19

**— O —**
**object** 25:7
  28:17
**objection** 25:9
**occasion** 16:3,6
  16:13 30:2
**occurred** 15:5,9
**office** 6:3 11:12
  13:4,22 16:15
  17:1,5,6 19:7,8
  19:14 25:2,4
  28:10,14,24
  29:2,6,7,8,15
  29:19,23 30:3
  30:15
**officer** 4:10 7:4
  8:7 9:1,10,19
  9:19 10:2,4

11:16,17 14:18
  15:5,9,18 16:1
  18:4,23 23:8
  23:19 24:21
  26:2 27:5,9
  28:6
**officers** 4:23
  10:8,8,13,16
  10:22 13:16
  16:14,19 30:23
**OFFICES** 2:2
**official** 15:3,7
**Oh** 12:20 25:15
  33:12
**okay** 5:19,20
  7:21 12:11
  13:14 18:16
  20:10 24:6
  25:15 27:8
  32:6 33:14
**older** 31:4
**once** 9:5 18:22
**opinion** 22:6
**opportunity**
  32:24
**order** 33:10
**orders** 22:13
**outcome** 16:7
**overview** 6:15

**— P —**
**PAGE** 3:2
**paper** 20:20
  24:13,14
**Pardon** 15:21
**part** 15:9
**particular** 10:8
  10:13 11:20,22
  11:23 16:17
  27:4
**particularly**
  10:14
**parties** 31:19,22
  35:14

**partner** 17:22
  31:10,14
**party** 4:17 25:20
**pass** 29:10 30:8
**Patch** 14:19,22
  14:24 20:20
  21:3
**Patrick** 11:4
**patrol** 6:6,19,20
  6:24 8:21 9:5
  9:18 10:22
  11:16
**pause** 22:18
**people** 10:17,19
  19:13 28:14,24
  29:15 30:24
  31:2,9
**period** 7:16,17
  9:17,24 23:15
  26:19,22 31:13
**periods** 9:9
**personal** 10:15
  35:9
**personally** 10:10
  15:3,7 16:15
**personnel** 19:17
**pertaining** 1:14
**pgs** 34:19
**Phil** 27:7
**Philip** 27:5
**phone** 2:4,9,15
  18:6,10,15,17
  19:4,5,15,23
  20:1,7,11,18
  20:24 21:9,17
  21:21 22:8,12
  22:21 23:11
  28:15 36:11
**photographic**
  18:7
**physically** 29:7
**pictures** 22:2
**piece** 16:12
**place** 20:10

**EXHIBIT M**

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Timothy Powers - Taken 6/1/2021

Page 41

plaintiff 1:4,11
  2:6 25:16 34:4
played 27:9
Please 34:18
point 11:24 12:6
  20:5
police 5:22 6:17
  7:3 10:7
policing 6:21
porn 23:15
position 7:2,11
positions 6:17
posted 29:20
potentially
  19:19
Powers 1:10 3:3
  4:3 6:16 14:15
  22:5 32:7,13
  34:10,17 35:6
  35:19
preparation
  14:15
present 2:18
  6:18 7:2 13:8
  29:7
presume 5:12
pretty 18:11
previous 6:10
previously 13:21
Prior 31:17,21
probably 6:13
  6:19 7:12
  10:22 11:3
  13:20,22 16:21
  17:21 20:8,19
  29:21 31:15
problem 10:5
problems 10:3
Procedure 1:13
process 20:3
  26:11
PROCTOR
  2:12 25:9,16
  28:17 32:1,4,6

professional
  10:15 30:20
professionally
  10:10
promoted 6:11
  6:23 7:11
provided 34:15
PUBLIC 34:22
pursuant 1:11
  1:12

Q
question 5:7,11
  5:17 25:22,24
  28:18 31:20
questions 4:11
  5:8 31:24 32:9
  32:11,22
quick 12:6 32:1
quote 23:14,16

R
rank 5:24 8:7
  10:13
ranks 10:24
reaction 21:22
read 5:9 14:17
  14:23,24 20:20
  21:2 32:14
  33:9,12 34:11
reask 25:24
reason 25:5 26:1
  26:21 30:13
recall 5:4 8:4 9:9
  9:10 18:23
  28:12 32:13
recollection
  30:14
record 33:2
  34:13
reduced 35:8
regard 4:20
Regarding 28:9
regardless 10:13

28:14
Reid 7:22,23
  22:22,24
relationship
  7:14,22 8:14
  10:1
relative 20:10
  35:13,15
remember 5:17
  5:18 7:17
  18:19 19:12,13
  19:16,17 20:15
  25:22 29:18
  30:18
repeat 25:23
repeated 5:8
rephrase 10:11
rephrased 5:9
report 8:21,22
reported 8:5
  35:8
Reporter 1:16
  36:2
reporting 7:3,10
  7:13,21 8:13
  9:3,11,20
represent 4:9
  25:14
represents 25:16
request 30:9
requested 13:7
reserved 33:15
  35:19
respecting 22:13
retired 7:14
  11:3 17:21
  21:17 27:5
  30:23
reviewed 14:14
right 6:10 8:15
  32:14 33:3,6,7
  33:9
River 2:8
Road 2:8,13

Robert 8:23
  19:10
Roechner 7:14
  21:17
role 13:14 14:6,9
  16:3 27:9,23
ropes 31:3
Rosemont 2:9
rules 1:12 5:3
  32:14

S
S 3:7
second 5:15
see 7:7 31:4
seen 26:19
seized 19:15
  20:11
senior 7:3,10 9:3
  9:11
separate 32:22
sergeant 1:10
  3:3 4:3 6:1,3,6
  6:16,24 8:1
  10:7 11:5,15
  14:15 15:24
  16:8 17:16
  22:5 25:12,21
  27:3 28:12,21
  29:6 30:1,2,14
  31:6,6,6 32:7
  32:13 34:10,17
  35:6,18
sergeants 10:9
  31:7
served 6:7 7:23
  9:20
sexual 18:8
sexually 21:20
  23:10
share 24:11
shared 13:12
she'd 9:15
sheets 34:15,19

shift 29:3
shit 26:8
short 32:5
Shorthand 1:16
  36:1
show 9:14,22
  13:11 33:14
showing 31:3
shut 32:19
signature 33:14
  35:18 36:1
simple 5:3
singular 23:3
sir 4:9 7:6 12:9
  21:13
six 12:20 16:22
  26:18
six-month 26:19
  26:21
smoothly 5:4
Socha 1:3 2:18
  4:10 9:1 10:2
  13:5 14:18
  15:5 18:23
  19:14 21:20
  23:15 25:2,17
  25:19,19 27:10
  29:16 30:16
  34:3
Socha's 9:10
  18:4 19:4,15
  20:18,24 21:9
  21:17 22:7,12
  22:21 23:9
  28:2,6,15
socially 11:13
somebody 4:22
  12:6 18:21
  20:19 21:23
  22:2 30:7
soon 20:3
sorry 11:17
  32:20
Sounds 5:14

**EXHIBIT M**

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Timothy Powers - Taken 6/1/2021

Page 42

| | | | | |
|---|---|---|---|---|
| source 20:16,17 | 31:5 | 29:5 | 21:23 | wants 4:22 |
| specific 12:7 | sure 5:5 8:1 | three-and-a-h... | true 14:2 24:3 | warrant 30:7 |
| 21:24 | 10:12 18:11 | 9:17,24 | 34:13 | wasn't 22:3 |
| specifically 18:7 | 28:23 32:3 | time 6:5 7:16,17 | truth 35:7 | 27:11 |
| speculate 25:8 | surrounding | 7:19 8:19,20 | try 15:1,1 | watch 19:6,8,14 |
| 26:3 | 14:11 23:23 | 8:21,23 9:10 | turned 19:6 20:2 | 25:1,4 28:10 |
| spent 6:10 11:14 | sworn 4:4 34:20 | 9:17,21,24 | two 7:2 8:17 | 28:13,23 29:2 |
| spoke 14:8 | 35:6 | 11:13,14,18 | 18:1 31:11 | 29:15,19,23 |
| spoken 31:18,21 | Szymanski 17:1 | 16:6 19:9 20:5 | typewriting 35:9 | 30:3,15 |
| sporadic 9:12 | _____ | 20:10 27:13,16 | _____ | way 10:5 14:10 |
| SS 35:2 | **T** | 27:17 29:8,13 | **U** | 28:4 |
| star 23:15 | T 3:7 | 29:20,22 30:16 | Uh-oh 22:4 | we'll 5:11 33:14 |
| started 6:13,17 | tactical 6:3 8:12 | 31:13 32:8 | understand 5:6 | 33:17 |
| 6:19 18:22 | 17:6 | times 4:14 5:10 | 28:11 | we're 10:20 23:4 |
| 20:9 | take 32:1 | 8:21,22 11:13 | understanding | 23:5 24:9 33:2 |
| state 34:10 35:3 | taken 1:14 18:5 | TIMOTHY 1:10 | 16:20 24:16 | we've 11:12 23:5 |
| 36:2 | 35:11 | 3:3 4:3 34:10 | understood 5:12 | weeks 17:2 |
| statement 13:7 | talk 13:5 | 34:17 35:6,18 | underway 30:17 | 20:13 |
| statements | talked 15:12,15 | today 12:8,10 | unheard 29:9 | went 6:22 |
| 27:14 | 24:7 | 13:15,22 23:4 | unit 8:11,12 | witness 3:2 4:4 |
| States 1:1,13 | tell 5:17,18 | 23:5 24:9,9 | United 1:1,13 | 25:18 32:10,19 |
| 34:1 35:1 | 12:19,21 14:9 | 26:6 31:17 | 34:1 35:1 | 33:4,7,12 |
| stenographica... | 20:13 26:7 | today's 14:15 | use 16:13 | 35:18 36:1 |
| 35:8 | 33:2 | 31:21 32:8 | uttered 23:20 | word 18:9 |
| stopped 17:23 | testified 4:5 | told 12:16,17 | _____ | work 9:14,22 |
| 29:10 | testify 15:17 | 13:8,21,24 | **V** | 16:14,19 |
| story 25:6 26:2 | 35:7 | topic 23:2 29:16 | video 13:5 18:7 | worked 6:19 |
| 28:2 | testimony 34:11 | townhome 15:16 | 25:3 | 11:10,11 12:12 |
| street 2:3 4:22 | 34:14 | traffic 5:1 | videoconference | 29:2 |
| 36:9 | thank 12:16 | trained 16:10,15 | 1:15 2:1,18 4:5 | working 9:15,15 |
| submitted 34:19 | 32:4,7,9,10,12 | 16:18,22 17:2 | 35:11 | 18:15 29:21,23 |
| subpoena 27:23 | thing 5:15 12:15 | 17:7 | view 22:11 | 30:8 |
| SUBSCRIBED | things 11:21,23 | transcript 32:15 | violated 22:12 | write 33:16 |
| 34:20 | 12:3 24:2 31:1 | 33:10,13 34:11 | vs 1:5 34:5 | written 32:15 |
| sucks 23:15 | think 5:1 6:24 | 34:13 | _____ | _____ |
| sue 4:23 | 7:11,18 10:16 | transcription | **W** | **X** |
| Suite 2:3,8,14 | 11:21 12:7 | 32:17,23 33:11 | waive 32:24 | X 3:1,7 |
| 36:10 | 15:12,15 17:2 | TRESSLER | 33:3,6,7,9 | _____ |
| supervisor 4:21 | 17:4,9 19:10 | 2:12 | walked 25:1 | **Y** |
| 4:23 7:24 8:4 | 19:24 20:1 | trial 15:17 16:7 | 29:6 | yeah 9:21 12:2 |
| 8:15 9:5,16,18 | 23:6 24:17 | trickle-down | walking 30:11 | 14:24 16:21 |
| 19:11 | 25:5 26:1,3 | 4:24 | want 26:3 27:1 | 18:3,11 20:8 |
| supervisors | 30:22 | tried 12:13 | 32:7 | 24:8,13,23 |
| 10:19,20,22,24 | three 7:1 13:20 | trouble 12:5,14 | wanted 28:3 | 27:7 29:21 |
| | | | 30:8,9 | |

Royal Reporting Services, Inc.
312.361.8851

**EXHIBIT M**

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Timothy Powers - Taken 6/1/2021

Page 43

| | |
|---|---|
| 30:6,24 | **33** 2:3 |
| **year** 7:12 31:10 | |
| **years** 6:11,12,20 | **4** |
| 6:22,23 7:1,2 | **4** 3:4 |
| 8:17 12:13 | |
| | **5** |
| **Z** | **550** 2:13 |
| | **5600** 2:8 |
| **0** | |
| **02** 31:15 | **6** |
| **03** 31:15 | **600** 2:8 |
| **04** 6:14 | **60018** 2:9 |
| **084-003582** | **60440** 2:14 |
| 36:13 | **60601** 36:10 |
| | **60602** 2:4 |
| **1** | **630.759.0800** |
| **1** 34:12 35:12 | 2:15 |
| **1-20** 1:7 34:7 | |
| **1:18-cv-05681** | **7** |
| 34:5 | |
| **10:31** 33:18 | **8** |
| **12** 6:11,12,23 | **847.261.0700** |
| 36:2 | 2:9 |
| **16** 6:14 | |
| **161** 36:9 | **9** |
| **18-cv-05681** 1:5 | **9:43** 35:12 |
| **1st** 1:16 | **97** 6:19 |
| | |
| **2** | |
| **2017** 15:9 | |
| **2018** 6:5 8:19 | |
| 15:5,10 29:20 | |
| **2021** 1:16 34:12 | |
| 34:21 35:12 | |
| 36:2 | |
| **2350** 2:3 | |
| **24** 12:13 | |
| **250** 2:14 | |
| | |
| **3** | |
| **3050** 36:10 | |
| **312.361.8851** | |
| 36:11 | |
| **312.445.4900** | |
| 2:4 | |

**EXHIBIT M**