| | |
|---|---|
| Subject: **ORGANIZATIONAL STRUCTURE**<br>　　　Organizational Chart<br>*Accreditation Standard(s):  11.1.1, 11.1.2, 11.4.3, 17.2.1* | **G.O.  2-1** |

1. **DEFINITIONS**
   <u>Division</u>:  a primary subdivision of the Police Department.  A division has a department-wide function, either for general police service or for specialized activity.
   <u>Section</u>:  a functional component within a division.  The duties and responsibilities of the division call for additional specialization and, consequently, personnel must be further classified according to their duties.
   <u>Unit</u>:  when further specialization is needed, the section can be divided into units.
2. **ORGANIZATIONAL STRUCTURE**
   The Police Department of the City of Joliet is composed of the Chief of Police and other sworn officers and civilian employees as Council of the City of Joliet provides by ordinance.  The Chief of Police has exclusive management and control of all sworn officers and civilian employees of the Police Department by authority of City Ordinance 25-11 and 25-15.
   2.1　The Department is composed of four Divisions each headed by a Commander.  These Divisions are comprised of smaller subsections such as sections and units.  The following breakdown may not represent the entire Department at any one time due to changes in operational procedures that may arise.
   　　A.　Operations Division will consist of:
   　　　　(1)　Uniform Sector Patrol
   　　　　(2)　Traffic Section
   　　　　(3)　Special Services
   　　　　(4)　Neighborhood Oriented Police Team (NOPT)
   　　　　(5)　Joliet Narcotics Unit
   　　　　(6)　Tactical Unit
   　　　　(7)　CPAT & MANS
   　　B.　Technical Services Division will oversee the police records management system, computerization throughout the Department, and the 911 Center and will consist of:
   　　　　(1)　Communications Section
   　　　　(2)　Management Information Section (MIS)
   　　　　(3)　Support Services Section
   　　C.　Investigations Division will oversee a wide variety of assignments, including but not limited to: follow-up investigation of all crimes reported to the Department; preparation and presentation of cases for prosecution; collection, procurement, inventory, storage of evidence, and other assignments as deemed necessary by the Chief of Police.
   　　　　(1)　Gang Investigation
   　　　　(2)　Investigations
   　　　　(3)　Evidence Section
   　　　　(4)　School Liaison
   　　　　(5)　Crime Stoppers
   　　　　(6)　FBI & TCAT
   　　D.　Quality Assurance Division will oversee the planning, budget control, accreditation process and other assignments as deemed necessary by the Chief of Police.
   　　　　(1)　Accreditation
   　　　　(2)　Planning
   　　　　(3)　Social Services
   　　　　(4)　Technology Research & Development
3. **ORGANIZATIONAL CHART**
   The organizational structure of the Department is depicted on an organizational chart, which is updated as necessary.  The chart reflects the functional responsibilities, chain of command, and the lines of authority and communication for each organizational component and/or subdivision thereof.  The chart is made available to all employees by issuance of this directive.

*Revised:  April 08, 2012*

2-1.1

**EXHIBIT O**

| | |
|---|---|
| Subject: **CRIMINAL INVESTIGATION ORGANIZATION AND ADMINISTRATION**<br>Investigation Division Organization and Administration<br>*Accreditation Standard(s):  42.1.1-42.1.5* | **G.O.  10-6** |

1. **INVESTIGATIVE COVERAGE**
    1.1 Investigators are available during regularly scheduled duty hours, generally on a daily basis, as directed by the Chief of Police.
    1.2 The on-duty watch commander should make requests for immediate follow-up criminal investigation services.  The primary contact person for such a request is the Investigation Division Lieutenant.  The Lieutenant will maintain a list of investigative personnel and make assignments based on need and availability, and staffing and scheduling.  If the Lieutenant is unavailable, the Investigation Division Deputy Chief will be notified and apprised of the needed follow-up services.  It will be then the Division Deputy Chief's responsibility to make the needed assignments.
2. **CASE SCREENING SYSTEM**
    On a routine basis, unit supervisors assign cases for follow-up investigation to investigators based on a combination of factors that include, but are not limited to:
    2.1 Specialized skill or knowledge.
    2.2 Specific training or expertise.
    2.3 Available manpower.
    2.4 Current caseload.
    2.5 When a case has been assigned for investigative follow-up, the procedures outlined in General Order 10-4, Criminal Investigation Operations, are to be observed:
        A. Section 1, Criminal Investigations Procedures.
        B. Section 2, Conducting Preliminary Investigations.
        C. Section 3, Conducting Follow-up Investigations.
        D. Suspension of investigative efforts by an assigned investigator must be approved by a unit supervisor, the Investigation Division Lieutenant, or the Division Deputy Chief.
    2.6 Consideration shall be given to the following criteria before suspending investigative efforts:
        A. Lack of further leads or solvability factors.
        B. Lack of investigative resources.
        C. Determination that the case is not within the Department's legal jurisdiction (e.g., a civil matter).
        D. Failure to meet specific minimum loss value criteria.
    2.7 Investigations Division supervisors shall determine the need for follow-up investigation.  They will screen cases and determine the need for follow-up investigation based upon solvability factors or supervisory judgment.  The Chief of Police, Investigation Division Deputy Chief, Investigation Division Lieutenant, or unit supervisor, has the authority to require follow-up investigations in any case.
    2.8 Investigations Division supervisors are responsible for ensuring that all offense reports are reviewed to determine whether sufficient factors are present to warrant follow-up investigation.
    2.9 In addition to workforce resources, Investigations Division supervisors shall determine what additional resources are available and to what extent they shall be utilized for case follow-up investigation.
    2.10 For every case assigned to the Investigation Division that requires an investigation, one investigator will be designed as the lead investigator and case manager.
3. **CASE FILE MANAGEMENT**
    The Department has established case file management procedures as follows:
    3.1 Cases referred to the Investigation Division shall be reviewed by a unit supervisor who will determine the need for follow-up investigation.
    3.2 The police aide or cadet will enter the required information of cases assigned to investigators in the Division Caseload database.
    3.3 To assist in the effective control and management of investigative follow-up of cases, the following case status classifications will be used:
        Complaint – The victim has been referred to the Department Court Liaison so that the victim can eventually sign a criminal complaint against the offender.
        Exceptional – When an arrest could be made, but for some reason, outside police control, the arrest cannot be made.  Examples of Exceptional clearances are as follows:
        A. Suicide of the offender.  The person responsible is dead.
        B. Double murder.  Two persons kill each other.
        C. Dying declaration. The person responsible dies after making a confession.  Also called a deathbed confession.
        D. Offender is killed by police.
        E. Confession by offender already in your custody or serving sentence.

**EXHIBIT O**

- F. An offender is prosecuted in another jurisdiction for a different offense, and the other authority will not release the offender to you.
- G. Extradition is denied.

Investigator Arrest – An arrest made by the investigator assigned to the case.
Open – The offense is still under active investigation.
Uniform Arrest – Patrol officers have made the original arrest in the case.
Unfounded – The facts in the case do not constitute a criminal matter.
Refer to other agency – Another agency has jurisdiction in the matter.
Suspended – Investigation reveals that a crime was committed and there are insufficient solvability factors present to continue the investigation.
Administratively Closed—Investigation is discontinued because the offender is unknown, or there is insufficient evidence to support the arrest of a suspect.
Warrant – The investigator in the case has procured an arrest warrant.

3.4 Investigators shall be responsible for maintaining all copies of pertinent reports and documents in their individually assigned case folders.

4. **ACCESSIBILITY TO THE FILES**
    4.1 Original documents, when necessary for further investigations, may only be removed from the Records Section by contacting the Records Section Supervisor, who will turn over the original documents to the requesting officer. It will be the responsibility of the Records Section Supervisor to note that original documents were given to a specific officer and the date and time they were given to him, and place that information in the case file. The officer who has the original documents will be responsible for the return to the Records Section Supervisor.
    4.2 Investigative case files shall only be accessible to law enforcement personnel at the discretion of the assigned investigator or an Investigation supervisor.
    4.3 It is recognized that some criminal investigations contain sensitive information, which may compromise the eventual outcome of the inquiry. The Investigation Division Deputy Chief may authorize that original reports involving such cases are maintained within the Investigation Division safe. The Investigations Division Deputy Chief is responsible for the auditing and return to the Records Section any cases maintained in this fashion.

5. **PURGING AND MONITORING STATUS**
The Investigations Division Deputy Chief and unit supervisors will monitor the status of assigned cases by reviewing submitted offense reports and supplemental reports, by discussing the case with investigators, and analyzing a monthly computer printout of all cases assigned during the month. Additionally, unit supervisors will conduct a monthly audit of assigned cases with each of their personnel to determine change or continuation of case status. Generally, except for homicide cases, any case more than two years old with no recent leads or activity will be suspended. Unsolved homicide cases will remain open cases until solved.

6. **PRELIMINARY AND FOLLOW-UP INVESTIGATIONS**
    6.1 Joliet Police Department patrol officers will conduct preliminary investigations. These duties include, but are not limited to:
        A. Interviewing the complainant.
        B. Observing and noting all conditions, remarks, and events.
        C. Reporting the incident fully and accurately.
        D. Locating and identifying all witnesses and offenders at the scene.
        E. Maintaining the crime scene and protecting evidence.
        F. Requesting a supervisor or other assistance when appropriate.
    6.2 Patrol officers may conduct follow-up investigations in cases where they can perform tasks that would significantly contribute to a successful conclusion of the case. The approval of the officer's supervisor must be secured before the officer conducts additional follow-up investigation.
    6.3 Investigator's responsibility – Investigation Division personnel shall conduct preliminary investigations on all self-initiated calls and calls assigned by a supervisor.

7. **HABITUAL/SERIOUS OFFENDERS**
    7.1 Habitual or serious offenders are defined for the purposes of this directive as offenders who are repeatedly arrested for similar serious offenses such as:
        A. Felonies, including charges "upgraded" to felonies.
        B. Misdemeanor offenses indicate patterns of a career criminal such as, but not limited to, shoplifting, theft, and prostitution.
        C. Sexually dangerous persons as defined in Illinois, Compiled Statues Chapter 730 ILCS 150/1.
    7.2 Officers shall make inquiries to determine if an arrestee meets the criteria of a habitual offender.
        A. During the arrest processing procedures, officers are expected to make inquiries into the possibility of any prior criminal background by using LEADS (Law Enforcement Agencies Data

**EXHIBIT O**

                System), NCIC (National Crime Information Center), CCH (Computerized Criminal History), and LRMS (Law Records Management System).

        B.    If, during the above inquiries, the arrestee is found to meet the criteria of a habitual offender, the reporting officer shall relay this fact to the court officer.

7.3    Notification is made to the State's Attorney's office in cases involving habitual offenders. On request of the investigator, copies of all police reports involving arrests are forwarded by the Records Section to the prosecutor's office.

*Revised: November 9, 2014*

**EXHIBIT O**