**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CASSANDRA SOCHA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:18-cv-05681 |
| | ) | |
| CITY OF JOLIET, a municipal corporation, | ) | |
| EDWARD GRIZZLE, JOHN DOES 1-20, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANT GRIZZLE'S MOTION FOR SUMMARY JUDGMENT**

Defendant, EDWARD GRIZZLE, by and through one of his attorneys, MICHAEL J. ATKUS of KNIGHT HOPPE KURNIK & KNIGHT, LTD., and, pursuant to Fed. R. Civ. P. 56, moves this Honorable Court for entry of summary judgment in his favor, and against Plaintiff, Cassandra Socha, and in support thereof states as follows:

1.      This case arises out of the seizure and search of Plaintiff's iPhone pursuant to a search warrant. Defendant Edward Grizzle ("Sgt. Grizzle"), a Detective Sergeant with the Joliet Police Department ("JPD"), applied for and obtained the warrant in May 2018 at the direction of and in consultation with a State prosecutor.

2.      Of the six (6) counts directed against Sgt. Grizzle in the First Amended Complaint ("FAC"), four (4) remain at issue: (1) Count I – Violation of Fourth Amendment Rights, (2) Count IV – Violation of Fourteenth Amendment Right of Privacy, (3) Count X – Illinois common law intrusion upon seclusion, and; (4) Count XVI – Illinois common law publication of private facts.

3.      As more fully argued in the accompanying Memorandum of Law in Support, Sgt. Grizzle remains entitled to the summary judgment.

1

4.      On the Section 1983 claims, there is no evidence in the record to create a genuine issue of material fact concerning whether Sgt. Grizzle's actions deprived Plaintiff of her constitutionally protected rights.  In the alternative, Sgt. Grizzle remains entitled to qualified immunity because the unconstitutionality of his actions were not clearly established at the time.

5.      On the Illinois state law privacy claims, there is no evidence in the record to create a genuine issue of material fact concerning whether Sgt. Grizzle invaded her privacy either by intruding upon her seclusion or by publication of any private facts.  In the alternative, Sgt. Grizzle remains entitled to law enforcement immunity on these claims pursuant to the Tort Immunity Act, 745 ILCS 10/2-202 because the evidence fails to establish he acted willfully and wantonly.

**WHEREFORE**, the Defendant, EDWARD GRIZZLE, respectfully requests that this Honorable Court enter summary judgment in his favor, and against Plaintiff Cassandra Socha.

Respectfully Submitted,

/s/ Michael J. Atkus
MICHAEL J. ATKUS (ARDC #6285666)
One of the Attorneys for the Defendant,
EDWARD GRIZZLE

KNIGHT, HOPPE, KURNIK & KNIGHT, LTD.
Attorneys for Defendant EDWARD GRIZZLE
5600 North River Road, Suite 600
Rosemont, Illinois 60018-5114
Telephone:      847/261-0700
Facsimile:      847/261-0714
E-Mail:         matkus@khkklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2022, a copy of the foregoing **DEFENDANT GRIZZLE'S MOTION FOR SUMMARY JUDGMENT** was electronically filed with the Clerk of the U.S. District Court using the CM/ECF System. Notice of this filing will be sent to the following parties by operations of the Court's electronic filing system:

James John Hess     jhess@tresslerllp.com, ogarcia@tresslerllp.com

Joseph C. Sheahan     joseph.c.sheahan@gmail.com

Stacey Lynn Wilkins          chicagodocket@tresslerllp.com, swilkins@tresslerllp.com, nfranco@tresslerllp.com

Michael Jude Atkus     kstocco@khkklaw.com, matkus@khkklaw.com

Paul Bruno Johnson     jcorbett@khkklaw.com, pjohnson@khkklaw.com

Hall Adams     hall@adamslegal.net

Darcy L. Proctor     chicagodocket@tresslerllp.com, dproctor@tresslerllp.com

Matthew Scott Clark     kstocco@khkklaw.com, mclark@khkklaw.com

John M. O'Driscoll          jodriscoll@tresslerllp.com, chicagodocket@tresslerllp.com, ogarcia8888@tresslerllp.com

                                   /s/ Michael J. Atkus
                                   MICHAEL J. ATKUS (ARDC #6285666)

KNIGHT, HOPPE, KURNIK & KNIGHT, LTD.
Attorneys for Defendant EDWARD GRIZZLE
5600 North River Road, Suite 600
Rosemont, Illinois 60018-5114
Telephone:     847/261-0700
Facsimile:     847/261-0714
E-Mail:     matkus@khkklaw.com