





Transcript of the Deposition of
**Michael Batis**
**Case:** Cassandra Socha v. City of Joliet; et al.
**Taken On:** July 8, 2021

Ex. B

Royal Reporting Services, Inc.
Phone:312.361.8851
Email:info@royalreportingservices.com
Website: www.royalreportingservices.com

Cassandra Socha v. City of Joliet; et al.
Deposition of Michael Batis - Taken 7/8/2021

Page 1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
CASSANDRA SOCHA,                    )
                                    )
                Plaintiff,          )
                                    )
        vs.                         )   No. 18 CV 5681
                                    )
CITY OF JOLIET, a municipal         )
corporation; EDWARD GRIZZLE;        )
JOHN DOES 1-20,                     )
                                    )
                Defendants.         )
```

The deposition of MICHAEL BATIS, called by the

Plaintiff for examination, taken via videoconference

pursuant to notice and pursuant to the Federal Rules of

Civil Procedure for the United States District Courts

pertaining to the taking of depositions, taken before

Brianna Uhlman, Certified Shorthand Reporter and

Registered Professional Reporter, commencing at

9:35 a.m. on July 8, 2021.

Cassandra Socha v. City of Joliet; et al.
Deposition of Michael Batis - Taken 7/8/2021

Page 2

```
 1    APPEARANCES (via videoconference):

 2
          LAW OFFICES OF HALL ADAMS, LLC
 3        MR. HALL ADAMS, III
          33 North Dearborn Street
 4        Suite 2350
          Chicago, Illinois 60602
 5        Phone:  312.445.4900
          E-mail: hall@adamslegal.net
 6
               On behalf of the Plaintiff;
 7

 8        TRESSLER LLP
          MS. DARCY L. PROCTOR
 9        550 East Boughton Road
          Suite 250
10        Bolingbrook, Illinois 60440
          Phone:  630.759.0800
11        E-mail: dproctor@tresslerllp.com

12             On behalf of the Defendant City of Joliet,
               a municipal corporation;
13

14        KNIGHT HOPPE KURNIK & KNIGHT, LTD.
          MR. MICHAEL J. ATKUS
15        5600 North River Road
          Suite 600
16        Rosemont, Illinois 60018
          Phone:  847.261.0700
17        E-mail: matkus@khkklaw.com

18             On behalf of the Defendant Edward Grizzle.

19
      ALSO PRESENT (via videoconference):
20
          Cassandra Socha
21

22                     *    *    *    *    *    *    *

23

24
```

Royal Reporting Services, Inc.
312.361.8851

Cassandra Socha v. City of Joliet; et al.
Deposition of Michael Batis - Taken 7/8/2021

Page 3

1                    I N D E X

2   WITNESS                                    PAGE

3   MICHAEL BATIS

4

5      Examination by Mr. Adams.................   4

6

7

8

9

10

11                  E X H I B I T S

12

13

14               (NO EXHIBITS MARKED)

15

16

17

18

19

20

21

22

23

24

Cassandra Socha v. City of Joliet; et al.
Deposition of Michael Batis - Taken 7/8/2021

Page 4

1    MS. PROCTOR:  Before we -- You know, just before we
2    begin, I'd just like to make just some quick
3    introductions for the witness's benefit.
4         Good morning, sir.  My name is Darcy Proctor.
5    And I'm here today on behalf of the City of Joliet.
6    Thank you for appearing.
7    THE WITNESS:  Thank you.
8    MR. ATKUS:  Good morning.  My name is
9    Michael Atkus.  I'm one of the attorneys who represents
10   Ed Grizzle in this case.
11   MR. ADAMS:  All right.  Brianna, you can swear the
12   witness, please.
13   THE REPORTER:  If there are no objections from
14   counsel present, I will be swearing in this witness
15   remotely today.
16        (Witness sworn.)
17   WHEREUPON:
18             MICHAEL BATIS,
19   called as a witness herein, having been first duly
20   sworn, was examined and testified via videoconference as
21   follows:
22             EXAMINATION
23   BY MR. ADAMS:
24   Q.  Good morning, sir.  My name is Hall Adams.  I

Page 5

1    represent Cassandra Socha.  Would you state your name
2    and spell your last name for our reporter?
3    A.  Michael Batis.  Last name is spelled
4    B-A-T-I-S.
5    Q.  Sir, every written document in which I spelled
6    your name, I have misspelled it with two Ts.  I
7    apologize for that.
8         Are you currently employed?
9    A.  Yes.
10   Q.  By whom?
11   A.  City of Joliet Police Department.
12   Q.  How long have you been employed by the
13   City of Joliet Police Department?
14   A.  24 and a half years.
15   Q.  What is your current rank?
16   A.  Deputy chief.
17   Q.  Deputy chief of what?  What is your
18   assignment?
19   A.  Technical services.
20   Q.  As the deputy chief of technical services,
21   what are your duties?
22   A.  I'm in charge of the 9-1-1 PSAP and personnel
23   as well as the records division.
24   Q.  Who was the chief when you were promoted to be

Page 6

1    deputy chief?
2    A.  Al Roechner.
3    Q.  Who did you replace in your position?
4    A.  Brian Dupuis.
5    Q.  Did Roechner appoint or recommend you for
6    promotion to deputy chief?
7    A.  Yes, as far as I know.
8    Q.  How long have you served in your current
9    position?
10   A.  Over two and a half years.
11   Q.  From what rank were you promoted to deputy
12   chief?
13   A.  Lieutenant.
14   Q.  From what position were you promoted or what
15   assignment were you promoted to be deputy chief of
16   technical services?
17   A.  Lieutenant of investigations.
18   Q.  How long did you serve as a lieutenant of
19   investigations?
20   A.  Three and a half to four years.  I'm not quite
21   exactly sure.
22   Q.  You had been a lieutenant of investigations in
23   2017 and 2018?
24   A.  Correct.

Page 7

1    Q.  Prior to that, where were you assigned?  What
2    was your assignment?
3    A.  I was a watch commander.
4    Q.  Also in investigations?
5    A.  No.  In patrol.
6    Q.  How long were you a lieutenant before you
7    became a deputy chief?
8    A.  Almost seven years.
9    Q.  Other than the time that you spent as a
10   lieutenant of investigations, had you in your prior
11   career in the Joliet Department served in
12   investigations?
13   A.  Yes.
14   Q.  When did you do that before becoming a
15   lieutenant of investigations?
16   A.  Well, I was a detective back in -- Oh, God.
17   I'd have to look at my résumé for the exact dates.  But
18   it was before I got promoted to sergeant.  I got
19   promoted to sergeant in 2008.  And I was a detective for
20   about four years, four and a half years prior to that.
21   And then I came back up as a detective sergeant for a
22   brief period, for about six, seven months, before I
23   got -- And then I got promoted to lieutenant, and I went
24   back to patrol as a watch commander.

Royal Reporting Services, Inc.
312.361.8851

Cassandra Socha v. City of Joliet; et al.
Deposition of Michael Batis - Taken 7/8/2021

Page 8

1    Q.  Based on your experience, particularly in
2  investigations and even more particularly as lieutenant
3  of investigations, did you become familiar with the
4  Joliet Police Department's General Order 16-1, the
5  subject of which was evidence and property management?
6    A.  Yes.
7    Q.  It was in effect in the period May through,
8  let's say, Labor Day of 2018?
9    A.  I don't know if there's been any revisions or
10 what version was in play at that time.  I don't know.
11   Q.  Some version of it was in effect at that time?
12   A.  I'm sure it probably was.
13   Q.  And that version of General Order 16-1 that
14 was in effect during that time would be noted on the
15 actual general order that was in effect then?
16   A.  I'm not quite clear.
17   Q.  Bad question.  And I should have told you at
18 the outset something you're already on to, which is you
19 as the witness need to make sure you understand every
20 question you're asked before you attempt to give an
21 answer.  And like you just did, if you need to have
22 questions explained, repeated, reframed, read back,
23 etc., say so; and we'll accommodate you as many times as
24 you ask, like I'm going to do right now.

Page 9

1      But what I meant is that, you could look on
2  the general order that was in effect at any given time,
3  and it would indicate the date of the last revision on
4  the actual face of the order?
5    A.  Yes, it should.  Correct.
6    Q.  Based upon your training and experience, what
7  was the purpose of General Order 16-1, the subject of
8  which was evidence and property management?
9    A.  Well, I mean, I'd have to review the entire
10 order.  I don't know what exactly you're looking for.  I
11 mean, it's meant for the proper securing and maintenance
12 of all evidence in the department and dealing with all
13 of the cases that we encounter.
14   Q.  Okay.  Did you review any documents in
15 preparation for today's deposition?
16   A.  No.
17   Q.  Did you speak with anyone in preparation for
18 today's deposition?
19   A.  No.
20   Q.  Have you ever spoken with the defense lawyers
21 in this case about it?
22   A.  No.
23   Q.  Have you ever reviewed the complaint that
24 Officer Socha filed in this case?

Page 10

1    A.  What kind of complaint?  You mean the federal
2  complaint?
3    Q.  The federal court complaint.  Yes, sir.
4    A.  All I saw was stuff that was filed on media.
5    Q.  So in other words, you've never actually read
6  the whole complaint from Paragraph 1 to paragraph last?
7    A.  I have not.
8    Q.  Has Officer Socha ever served in your chain of
9  command?
10   A.  I would assume she had probably been in patrol
11 at some point on nights.  I don't -- I can't remember.
12   Q.  Has she ever reported directly to you?
13   A.  No.
14   Q.  Have you ever had occasion to prepare a
15 performance evaluation or rating for her?
16   A.  No, not that I know of.
17   Q.  You're familiar with the Joliet officer named
18 Nicholas Crowley?
19   A.  Yes.
20   Q.  Do you recall that in 2017, Officer Crowley
21 was investigated by the Joliet Police Department and
22 prosecuted by the State Appellate Prosecutor's Office,
23 so-called special prosecutor?
24   A.  Yes.

Page 11

1    Q.  Who was the lead investigator on behalf of the
2  Joliet Department of Officer Crowley that led to that
3  prosecution?
4    A.  I believe it was Sergeant Grizzle.
5    Q.  And that's something you'd know because you
6  were lieutenant of investigations at the time, correct?
7    A.  Yes.
8    Q.  And in that way, Grizzle would have been in
9  your chain of command?
10   A.  No.
11   Q.  Different shift?
12   A.  No.  He reported directly to the deputy chief
13 at the time, Deputy Chief Roechner.
14   Q.  With respect to the Crowley investigation only
15 or for all purposes?
16   A.  No.  For that investigation only.  And that
17 was directed by the chief at the time.
18   Q.  Who was Chief Benton, correct?
19   A.  Correct.
20   Q.  Did you play any official role in the
21 investigation of Officer Crowley?
22   A.  No.
23   Q.  Did you attend any of the criminal trial of
24 Officer Crowley?

5  (Pages 8 to 11)

Cassandra Socha v. City of Joliet; et al.
Deposition of Michael Batis - Taken 7/8/2021

---

Page 12

1    A.  Yes.  I went one session one day.
2    Q.  And that was the session and day that
3  Officer Socha testified, correct?
4    A.  Correct.
5    Q.  Were other Joliet Police Department officers
6  present with you when Officer Socha testified in that
7  trial?
8    A.  I can't remember who was with me at the time.
9    Q.  Was Officer Grizzle with you?  I should say
10  Detective Grizzle.
11    A.  I don't know.  I can't remember.
12    Q.  Was then Deputy Chief Roechner with you?
13    A.  He may have been.  I don't know.  I can't
14  remember.
15    Q.  Why were you there?
16    A.  I was curious as to what was going on in the
17  case with one of my sergeants.  I had very little
18  information on the case, on a criminal case that
19  involved one of my sergeants.
20    Q.  Did you attend any other sessions of the
21  Crowley trial?
22    A.  No.
23    Q.  Why did you elect to attend only that session
24  in which Officer Socha testified?

---

Page 13

1    A.  It was by random choice.  And I believe I had
2  seen enough.
3    Q.  Did you discuss the investigation or
4  prosecution of Officer Crowley while that case was being
5  investigated or -- Strike that.
6      Did you discuss the investigation or
7  prosecution of Officer Crowley with Detective Grizzle
8  while that investigation or trial were pending?
9    A.  Very little.  He reported directly to
10  Deputy Chief Roechner.
11    Q.  Have you ever discussed it with him since
12  Crowley was acquitted?
13    A.  Briefly.
14    Q.  In one or more than one conversation with him?
15    A.  Oh, I would say a few.  I can't say how many
16  or the length of conversation.
17    Q.  Would you be able to say or to estimate when
18  each of those conversations occurred?
19    A.  No.
20    Q.  Would you be able to estimate when in
21  relationship to the acquittal those conversations
22  occurred?
23    A.  I know right afterwards, Sergeant Grizzle was
24  a little upset about -- about it.

---

Page 14

1    Q.  Do you recall in that connection what, if
2  anything, he said to you?
3    A.  Not exactly, no.
4    Q.  Did Officer Grizzle in that conversation
5  shortly after Crowley's acquittal express any opinions
6  to you on the role of Socha's testimony in the trial on
7  its outcome?
8    A.  I don't believe directly.  I don't remember
9  the exact substance of the conversations.  That was
10  years ago.
11    Q.  You do remember that Grizzle was upset at the
12  outcome of the trial?
13    A.  He was a little upset.  Yes.
14    Q.  Has he ever spoken with you about Socha's
15  testimony during that trial?
16    A.  I don't remember him directly saying anything
17  directly about that.  Like I said, this was a long time
18  ago.
19    Q.  I'm going to press you a little bit only
20  because you used the adjective "directly."  And to cover
21  the ground, I wanted to be -- did he say anything
22  indirectly or by which you inferred that he had views
23  about Socha's testimony in that trial?
24    A.  I think he may have inferred that he didn't

---

Page 15

1  believe she was being fully truthful.
2    Q.  Do you recall any of the words he spoke that
3  gave that inference?
4    A.  I don't remember exactly.  No.
5    Q.  Have you ever discussed the outcome of the
6  Crowley trial with the Special Prosecutor Lorinda
7  Lamken?
8    A.  No.
9    Q.  Have you ever discussed the outcome of the
10  Crowley trial with Deputy Chief Roechner or later
11  Chief Roechner or later still retired Chief Roechner?
12    A.  I believe afterwards, there were some brief
13  conversations kind of like with Sergeant Grizzle.  Yes.
14    Q.  Did Roechner express any views about the
15  outcome of that trial?
16    A.  I think he was a little upset as well.
17    Q.  Do you recall any of the specific words he
18  spoke that gave you that impression?
19    A.  I do not.
20    Q.  Has Roechner ever commented to you on Socha's
21  testimony in the Crowley trial?
22    A.  No.
23    Q.  You've mentioned that you had a couple or a
24  few conversations with Detective Grizzle about the

---

6  (Pages 12 to 15)

Cassandra Socha v. City of Joliet; et al.
Deposition of Michael Batis - Taken 7/8/2021

---

Page 16

1  Crowley trial or its outcome.  If you can't recall the
2  specific verbatim language that he used, do you recall
3  your takeaway from either of the other conversations?
4      A.  No.  Just that I thought -- like I said
5  before, that I thought he might have been a little upset
6  about it.
7      Q.  In each of the conversations that you had with
8  Detective Grizzle about the outcome of the trial -- the
9  Crowley trial, that is, was that your takeaway, that he
10  was upset about the outcome?
11      A.  Well, he seemed to be upset.  But, you know, I
12  can't tell you to what degree internally he was upset.
13  I -- That's -- That would be speculation on my part.
14      Q.  In each of those conversations, did he express
15  to you in one way or another his view that Socha had not
16  testified truthfully in the Crowley trial?
17      A.  Well, like I said before, he mentioned that he
18  didn't -- I believe it was something to the effect of
19  that she wasn't being fully truthful.  I don't remember
20  the exact content of the conversation.
21      Q.  And I appreciate that.  I'm just trying to get
22  across that was a -- something that came out of each of
23  the conversations you had with Grizzle about the outcome
24  of the Crowley trial?

---

Page 17

1      A.  No.  I don't remember each of the
2  conversations, like I said, the exact content.  But I
3  just remember that he may have been a little upset about
4  that and that part of it.
5      Q.  While you were in investigations, were you
6  trained on the Cellebrite and Lantern computer
7  equipment?
8      A.  No.
9      Q.  Did you ever personally have occasion to use
10  it in connection with any case that you were involved in
11  investigating?
12      A.  No.
13      Q.  Were you involved in investigations in which
14  the Joliet Department utilized one or both of those
15  devices to do forensic inspection of computer equipment?
16      A.  I was involved in the supervision, but not
17  directly with that equipment.
18      Q.  In the, say, again, May Day to Labor Day of
19  2018 time frame, who in investigations was trained on
20  the Cellebrite?
21      A.  Probably Chris Botzum.  I think he was a
22  sergeant at the time.  Jeff German, who is still a
23  detective in investigations.  And I don't know if
24  Detective Don McKinney was trained at that time or if he

---

Page 18

1  was just getting trained at that time on the Cellebrite.
2  But I think that was it.
3      Q.  Who offered -- Or actually, a better verb is,
4  who provided the training that McKinney got at some
5  point in time on the Cellebrite?
6      A.  I don't know if he went to the Cellebrite
7  classes or if he was trained by Jeff German.
8      Q.  Or some combination of both?
9      A.  Possibly.  I don't know.
10      Q.  Other than those three officers you named,
11  were any others in investigation trained on the
12  Cellebrite from the May to Labor Day time frame in 2018?
13      A.  There may have been somebody else at the time.
14  I can't remember exactly.  But I just know that
15  Chris Botzum and Jeff German were the main guys that
16  knew the system.
17      Q.  Within the Joliet Police Department, the
18  office space in which the investigations division was
19  located, describe that space for us in the May to
20  Labor Day of 2018 time frame, its dimensions, its size,
21  number of offices and work stations.  Just give us the
22  layout.
23      A.  That's quite the request.  I don't know the
24  exact office dimensions of investigations.

---

Page 19

1      Q.  Can you estimate?
2      A.  Well, if I had my drawings, I would be able to
3  tell you.  But I don't right now.  I would say it's
4  probably a hundred east to west by -- the main floor is
5  probably 40 north to south.  And then there's -- Go
6  ahead.  You look like you were going to say something.
7      Q.  No.  I'm listening.  I'm listening.
8      A.  And then there's a lieutenant office on the
9  west end.  There's three sergeants' desks on the west
10  end separated by a half wall.  Also on the west --
11  northwest corner, there's an intelligence sergeant's
12  office.  The deputy chief's office is on the north end
13  of the north wall.  And then there's one, two, three,
14  four, five interview rooms that are wired with audio and
15  video.  And workstations, I think there's -- I don't
16  know -- 25, 27, something like that.  I don't know.  I'm
17  not sure.
18      Q.  When you referred a moment ago to your
19  drawings, what were you talking about?
20      A.  We have drawings for the room because I was in
21  charge of getting the new recording system that was
22  placed in the interview rooms.
23      Q.  And the drawings would be a floor plan kind of
24  a drawing?

---

7 (Pages 16 to 19)

Cassandra Socha v. City of Joliet; et al.
Deposition of Michael Batis - Taken 7/8/2021

Page 20

1    A. Yeah. They're from when the building was
2  originally built. Yes.
3    Q. And was that drawings you created or drawings
4  that were around from whenever?
5    A. Yeah. They were obtained from the building
6  engineer.
7    Q. In May of 2018, was that area in which the
8  investigations department was housed equipped with video
9  surveillance equipment not for purposes of videotaping
10  witness interviews but for purposes of observing the
11  activity in the area?
12    A. No.
13    Q. Is it now?
14    A. There are some areas, yes.
15    Q. When was the video surveillance that's there
16  now installed?
17    A. Oh, probably within the last couple years. I
18  can't give you the exact date. I'm sure I could find it
19  for you at some point. But I don't know right offhand
20  what the exact date was.
21    Q. Why was it installed?
22    A. It was installed to cover the doors of where
23  the Cellebrite machine was going to be housed to ensure
24  accountability for who was going in and out of those

Page 21

1  offices.
2    Q. In other words, to ensure accountability for
3  who had access to the Cellebrite and Lantern equipment
4  and who used it, true?
5    A. Yes.
6    Q. Was that a reaction or a response to the Socha
7  investigation events that are the subject of this
8  lawsuit?
9    A. Yes.
10    MS. PROCTOR: You know, just for the record, on
11  behalf of the City of Joliet, I'm going to lodge an
12  objection based on subsequent remedial measures to the
13  extent, you know, this issue is -- becomes an issue at
14  trial. So just preserving that objection.
15  BY MR. ADAMS:
16    Q. At whose decision or direction were those
17  video surveillance cameras installed?
18    A. I don't remember who made the decision to
19  install them. I'm sure it was probably a group decision
20  at some point to decide, you know, and to make sure that
21  we had accountability for access to that equipment.
22    Q. In May of 2018, the Cellebrite and Lantern --
23  well, let's just focus on the Cellebrite -- the
24  Cellebrite computer sat out in the open in the

Page 22

1  investigations area, correct?
2    A. I believe so.
3    Q. No password was needed to access it, true?
4    A. I don't know that.
5    Q. Do you recall making that statement to
6  Chris Regis, the inspector general?
7    A. As far as what?
8    Q. That no password was required to access the
9  Cellebrite?
10    A. I don't remember if it had a password or if it
11  was general or if each person had a password. But I
12  don't think it was on the domain at the time. I'm not
13  quite sure.
14    Q. I take it from your earlier responses that
15  beyond that fact, a password or not a password, you
16  would not know what was required to utilize the
17  Cellebrite to access or view any data that had been
18  extracted from any other computer device. Is that
19  correct?
20    A. I've never touched the machine.
21    Q. Okay. You just saved yourself about a half an
22  hour. Add it to your life.
23    In order to use the Cellebrite in May of 2018,
24  did detectives have to get permission from anyone up

Page 23

1  their chain of command?
2    A. I don't believe so. I think only the people
3  that were trained on it knew how to use it.
4    Q. In order to use the Cellebrite in May of 2018
5  through, say, Labor Day of 2018, did users have to sign
6  in either on the device or actually, in the
7  old-fashioned sense, log in in writing anyplace that
8  they were going to be using the Cellebrite?
9    A. I'm not aware of any written log at all for
10  that -- for anything that we had at that time.
11    Q. Okay. At some point did you learn as a
12  lieutenant of investigations that the department was
13  investigating Officer Socha?
14    A. Investigating Officer Socha?
15    Q. Yes, sir.
16    A. Yes.
17    Q. How did you learn that?
18    A. Detective Grizzle had given
19  Deputy Chief Roechner a report of some sort or an update
20  that the special prosecutor wanted to look into some
21  activities. I'm not quite sure what they were at the
22  time.
23    Q. How did you learn those facts, that
24  Detective Grizzle had communicated that information to

8 (Pages 20 to 23)

Cassandra Socha v. City of Joliet; et al.
Deposition of Michael Batis - Taken 7/8/2021

---

Page 24

Roechner?
  A.  I believe Roechner had told me.
  Q.  Who told you?  You cut out there.
  A.  I said I believe Roechner had told me about that.
  Q.  Do you recall when he told you about that?
  A.  No.  Like I said, I was carved out of the investigation.  So ...
  Q.  And that was going to be my next question.  Is it a true statement that you yourself played no official role in the Socha investigation?
  A.  That's correct.  When it began, I wasn't even in the state.
  Q.  Did you become aware at some point that Detective Grizzle had seized Officer Socha's personal cell phone pursuant to a warrant?
  A.  Yes.
  Q.  Did you learn that at the same time or sometime after you learned that the department was investigating Officer Socha?
  A.  Well, that would have been sometime afterwards.
  Q.  How did you learn that fact?
  A.  Well, I heard about an incident that happened

---

Page 25

down in the watch commander's office and -- where he had confronted Officer Socha to seize her phone.
  Q.  How did you hear about that incident in the watch commander's office?
  A.  I don't remember who exactly had told me.  But word travels fast when there's a confrontation between officers.
  Q.  What did you hear about that incident in the watch commander's office other than Grizzle was -- had seized the phone?
  A.  I heard that Officer Socha was upset about it and it became a confrontation between the two of them.
  Q.  Do you recall anything else that you heard about that incident or confrontation?
  A.  No.
  Q.  What next did you hear about the Socha investigation?
  A.  I don't know.  That's a very general question.  Can you be more specific?
  Q.  Sure.  Was the fact that Socha's phone was seized in the watch commander's office the second thing that you learned about the investigation, the first being hearing from Roechner that it was taking place in the first instance?

---

Page 26

  A.  I guess.  I guess you could say that's the second thing.  Yes.
  Q.  At some subsequent point in time, did you learn other facts relative to the Socha investigation?
  A.  Very little.  Everything that I was getting was hearsay and rumor at the time.  Like I said, I wasn't part of the investigation.  It was due to the orders of the chief at the time.  He was to report directly to Chief -- or Deputy Chief, at the time, Roehner.
  Q.  When you say "he was to," you're referring to Grizzle?
  A.  Correct.
  Q.  What other or who other investigation personnel were involved in -- had official involvement in the Socha investigation?
  A.  Well, I found out later, much later, that -- I can't remember if it was Chris Botzum, who was a sergeant at the time, did an extraction on the phone.  And I don't know if Jeff German assisted him or not.  That would be questions for them.  I wasn't present when it happened.
  Q.  An extraction of Socha's phone?
  A.  I believe so, yes.

---

Page 27

  Q.  Did you ever hear from anyone what data was extracted from Socha's phone?
  A.  No.  Just that -- I know that the Cellebrite dumps an entire phone.  So I don't know.
  Q.  Did anyone in the police department ever tell you that among the data that was extracted from Socha's phone were nude photographs of Socha and videotapes depicting Socha and/or Crowley engaged in sexual activity?
  A.  I heard lots of rumors.  But I didn't know for sure if anything was true.  And shortly thereafter, we were paid a visit by the agents from the RCFL.
  Q.  I'm going to refer to that category of data, the nude photos and the nude or sexually explicit videotapes, simply as the images so I don't have to say all of that every time --
  A.  Sure.
  Q.  -- when asking these questions.  Okay?
     When did you first hear that the extraction of Socha's phone included the extraction of those images?
  A.  I didn't hear directly that that had happened.
  Q.  And I didn't say directly.  I'm asking you when did you hear, however you heard, that --
  A.  I don't -- I don't recall when that happened.

---

9  (Pages 24 to 27)

Cassandra Socha v. City of Joliet; et al.
Deposition of Michael Batis - Taken 7/8/2021

---

Page 28

1   I heard some rumors that those images were floating
2   around. But I don't know when that was. It was shortly
3   before, like I said, the visit from the RCFL.
4       Q.   And presumably, then, quite some time after
5   you had heard about the seizure of Socha's phone and
6   that incident of confrontation in the watch commander's
7   office?
8       A.   Could you repeat that? What was that?
9       Q.   So whenever it was that you first heard that
10  these images were floating around, that occurred quite
11  some time after you had heard about the incident
12  involving the seizure of Socha's phone by
13  Detective Grizzle?
14      A.   Oh, I don't -- I don't know.
15      MR. ATKUS: Just object to the form of the
16  question. It's vague with "quite some time."
17  BY MR. ADAMS:
18      Q.   Yeah. It's still not a great question. Let
19  me try it again, Deputy Chief Batis. At some point in
20  time around the time that Socha's phone was seized, you
21  heard about that incident and the confrontation between
22  Socha and Grizzle, true?
23      A.   Sometime later. I don't know what the time
24  frame was.

---

Page 29

1       Q.   Can you estimate that time frame as being a
2   day, a week, a month later?
3       A.   No idea. Honestly, no idea.
4       Q.   Sometime after that, you heard about the
5   images floating around?
6       A.   Sometime after that, yes.
7       Q.   And you're not able to say today how much time
8   after that, true?
9       A.   True.
10      Q.   Even to estimate, again, a day, a week, a
11  month, you can't even estimate?
12      A.   Well, I don't know when the confrontation took
13  place. And I don't know when I started hearing these
14  rumors. I ...
15      Q.   From whom did you first hear rumors about
16  images floating around?
17      A.   I can't recall who mentioned it. It's a good
18  question. There was a lot of people talking at the
19  time.
20      Q.   Can you name by name any of the people who
21  were talking from whom you heard these rumors about
22  images floating around?
23      A.   I remember at one point talking -- speaking
24  directly to Detective Dave Jackson. And he mentioned it

---

Page 30

1   to me.
2       Q.   Anyone else?
3       A.   Not that I recall.
4       Q.   Did you ever hear -- And I'm not going to try
5   to get all the ranks straight unless we need to
6   distinguish between people. I'm just going to use last
7   names. Did you ever hear Roechner talk about these
8   images?
9       A.   I remember him saying something that his name
10  was being thrown around in there. But he had said he
11  had never seen anything.
12      Q.   Did you ever hear McKinney talk about the
13  images?
14      A.   No.
15      Q.   Did anyone ever tell you that McKinney had
16  viewed certain of the images?
17      A.   Found that out sometime well after the
18  Chris Regis investigation. Yes.
19      Q.   From whom?
20      A.   I don't remember who exactly told me. But
21  somebody told me that Don McKinney had revealed that he
22  had seen something.
23      Q.   By "something," you mean certain of the images
24  from the Socha phone extraction?

---

Page 31

1       A.   It must have been something on that phone,
2   yes.
3       Q.   Did you ever hear that any other Joliet
4   officers had viewed the images that were extracted from
5   Socha's phone?
6       A.   No, nothing but rumors.
7       Q.   Well, even in rumor sense, did you ever hear
8   rumors that anyone other than McKinney had viewed the
9   images that were extracted from Socha's phone?
10      A.   Rumors, yes.
11      Q.   Okay. Rumors-wise, who did you hear named as
12  among those who had viewed the images on Socha's phone?
13      A.   Well, I didn't hear names. When I had the
14  interview with the inspector general at the time, he
15  mentioned people viewing it in the watch commander's
16  office but didn't mention names, to my recollection.
17      Q.   Before that interview with the inspector
18  general, had you ever heard that a group consisting of
19  two or more officers had discussed the content of the
20  images while in the watch commander's office?
21      A.   No, I don't believe so.
22      Q.   Have you ever discussed the images that were
23  extracted from Socha's phone with Gavin?
24      A.   Gavin said he never saw anything.

10  (Pages 28 to 31)

Cassandra Socha v. City of Joliet; et al.
Deposition of Michael Batis - Taken 7/8/2021

Page 32

1  Q. So you did discuss the subject with him, true?
2  A. Well, I said, "Your name is being thrown
3  around." And he said, "I don't know why."
4  Q. When did you have that discussion with Gavin?
5  A. Sometime after the conversation with the
6  inspector general. I don't know exactly when.
7  Q. Was that a face-to-face conversation?
8  A. I believe so.
9  Q. Is that the only conversation you've had with
10 Gavin about the images?
11 A. No. I think sometime through the last couple
12 years, you know, as this has progressed, he's
13 continually mentioned that he had no involvement in it
14 whatsoever.
15 Q. Have you ever discussed the images with
16 Grizzle?
17 A. Grizzle said that he saw nothing, to my
18 recollection.
19 Q. When did you have that conversation with him?
20 A. Sometime during the inspector general
21 investigation.
22 Q. Did you initiate that conversation with
23 Grizzle? Or did he initiate it with you?
24 A. I don't recall, honestly.

Page 33

1  Q. Was that a single conversation with Grizzle
2  about the images?
3  A. What do you mean by "a single conversation"?
4  Q. Did you ever -- You had that one conversation
5  with Grizzle about the images. Did you ever have
6  others?
7  A. I believe that was all we ever talked about
8  about the images. He stated that, you know, he hadn't
9  seen things. And I told him, I said, you know, "I had
10 been questioned reference people watching this in the
11 watch commander's office."
12 Q. Did you ever discuss the images with Reid?
13 A. Reid said he never saw anything either.
14 Q. How did that come up in a conversation between
15 the two of you?
16 A. Like I said, as this case has progressed
17 through the years, his name has been mentioned several
18 times in the paper.
19 Q. Who initiated the conversation with Reid? Did
20 you reach out to him or vice versa?
21 A. I don't think I reached out to anybody. I
22 mean, when your name pops up in the paper on a regular
23 basis regarding a lawsuit, it -- you know, it raises its
24 head a little bit.

Page 34

1  Q. Well, let's me phrase it differently, then.
2  Did you ask him whether he had seen the images extracted
3  from Socha's phone?
4  A. No. I asked him, I said, "Why does your name
5  keep coming up in this?" He said, "I don't know. I
6  have never seen anything. I didn't have anything to do
7  with it."
8  Q. How about Brown?
9  A. What about Brown?
10 Q. Did you ever discuss the images with Brown?
11 A. No images. No. I had a discussion with
12 Rob Brown reference a confrontation in the watch
13 commander's office. And that was recently after
14 Rob Brown was promoted to deputy chief.
15 Q. Did you discuss with now Deputy Chief Brown
16 what you had heard about this event in the watch
17 commander's office where the content of the images was
18 discussed by two or more people?
19 A. No. What the conversation I had with
20 Rob Brown was reference the confrontation between
21 Sergeant Grizzle and Officer Socha.
22 Q. When Socha's phone was seized?
23 A. Correct.
24 Q. Have you ever discussed the images extracted

Page 35

1  from Socha's phone with Matlock?
2  A. No.
3  Q. Have you ever discussed the images that were
4  extracted from Socha's phone with Jensen?
5  A. No.
6  Q. Have you ever discussed with anyone within the
7  department the copying of the contents that were
8  extracted from Socha's phone?
9  A. I don't know who was present -- because the
10 rumor had said that somebody had copied it and was
11 spreading it around. And I don't know who started that
12 rumor or if it's true or not.
13 Q. Do you know how many copies of the Socha phone
14 extraction were created by Joliet Police Department
15 officers?
16 A. No.
17 Q. Do you know where any such copies were kept by
18 the Joliet Police Department?
19 A. Well, I know based on the initial
20 conversations after the whole RCFL investigation took
21 place -- I can't remember if it was Roechner or Grizzle
22 said that a copy had been made I think to place into
23 evidence. I can't remember because at some point, there
24 was a confrontation between then Deputy Chief Jensen and

11 (Pages 32 to 35)

Cassandra Socha v. City of Joliet; et al.
Deposition of Michael Batis - Taken 7/8/2021

---

Page 36

1   Sergeant Grizzle reference where it was being housed or
2   how it was being housed.  I don't know.  I wasn't part
3   of that conversation.  I just know that there was a
4   conversation between those two, and some sort of -- it
5   got a little contentious, is what I heard.  So I don't
6   know the exact contents of that conversation.
7        Q.   What did you hear about that conversation,
8   even if it was secondhand?
9        A.   I had heard that Jensen had ordered him to
10  move it or place it somewhere, or he had done it.  Like
11  I said, I don't know.  I wasn't part of it.  But all I
12  know is it had become some sort of confrontation between
13  the two of them reference moving it or housing it
14  somewhere.
15       Q.   Did anyone ever tell you that a copy of the
16  Socha cell phone extraction had been placed in evidence
17  pursuant to the applicable general order?
18       A.   I don't know.  I don't know if that ever took
19  place.
20       Q.   Did Grizzle ever tell you that he himself had
21  a copy of the Socha cell phone extraction?
22       A.   I don't know that he told me that.  But I
23  think he had to have a copy of it to work the case.
24  That's typical in investigations to have -- to have a

---

Page 37

1   case file.
2        Q.   Where did Grizzle keep the copy he had?
3        MR. ATKUS:  Objection:  foundation.
4   BY THE WITNESS:
5        A.   You'd have to ask Sergeant Grizzle that.
6        Q.   Did any other Joliet Police Department
7   officers have a copy of the extraction of the Socha cell
8   phone video?
9        A.   Don't know that.
10       Q.   Have you ever heard any Joliet Police
11  Department officers comment on Socha's appearance in any
12  of the images extracted from her phone?
13       A.   No.
14       Q.   Have you ever heard any Joliet Police
15  Department officer comment on Socha's sexual conduct as
16  depicted on any of the images extracted from her phone?
17       A.   No.
18       Q.   Have you ever heard any Joliet officers say
19  that they had heard others making such comments?
20       A.   No.
21       Q.   I'm going to repeat such a comment and ask if
22  you've ever heard that comment around the Joliet Police
23  Department, and that is the comment that, "Now I know
24  why Crowley is with her.  She sucks dick like a porn

---

Page 38

1   star."  Is that a comment you have ever heard around the
2   Joliet Police Department relative to the Socha cell
3   phone extraction?
4        A.   Now that you mention that, I think
5   Dave Jackson might have said something to that effect to
6   me.
7        Q.   Is he the only one from whom you have heard
8   that?
9        A.   I believe so.
10       Q.   Did Jackson tell you where he heard it?
11       A.   No.
12       Q.   Did Jackson attribute that comment to any
13  particular Joliet officer?
14       A.   No.
15       Q.   Did Jackson attribute that comment to some
16  other Joliet officer?
17       A.   Well, he must have been.  I don't know.  I
18  don't know who he was referring to.
19       Q.   He wasn't offering up that comment as his own
20  observation or opinion, true?
21       A.   Not that I know of, no.
22       Q.   He was repeating a comment that he understood
23  someone else in the department had uttered, true?
24       A.   A question for him.

---

Page 39

1        Q.   You don't know?
2        A.   I don't know.
3        Q.   In this conversation that you had with
4   Jackson, did you ask him what he knew?  Or did he
5   approach you and share what he knew?
6        A.   I can't remember how the conversation started.
7        Q.   Have you had just one conversation with him
8   about the subject of the Socha phone extraction?
9        A.   Yeah.  I think it was only one.  Yes.
10       Q.   In that conversation, did Jackson share with
11  you any conversations he'd had with Brown and/or Matlock
12  about the Socha cell phone extraction or that quote
13  about the images I just shared with you?
14       A.   No.  He never mentioned either of those two.
15       Q.   Did he mention Gavin?
16       A.   No.
17       Q.   Have you ever discussed with McKinney his
18  viewing of the images?
19       A.   No.
20       Q.   Do you know anyone who has?
21       A.   No.  Chris Regis, I assume.
22       Q.   Other than Chris Regis, for example, has
23  Grizzle ever told you whether he discussed with McKinney
24  McKinney's viewing those images?

---

12  (Pages 36 to 39)

Cassandra Socha v. City of Joliet; et al.
Deposition of Michael Batis - Taken 7/8/2021

Page 40

1    A.  No.
2    Q.  Has Roechner ever told you that he discussed
3  with McKinney McKinney's viewing those images?
4    A.  No.
5    Q.  Was McKinney ever disciplined for viewing
6  those images?
7    A.  I don't recall.  I don't know if there was an
8  internal started on it or not.  I don't know because I
9  think that was all bypassed with the investigation by
10  the inspector general.  So I don't know.
11    Q.  You did learn at some point during or after
12  the inspector general's investigation that McKinney had
13  been identified as an officer that viewed the images
14  extracted from Socha's phone?
15    A.  Didn't learn it as fact.  Learned it as just
16  conjecture and rumor.  I don't know.  I've never seen
17  any paperwork on it.  And I've never spoken to him
18  directly about it.
19    Q.  And even after you learned it in that context,
20  as conjecture and rumor, did you learn whether McKinney
21  had been disciplined for doing so?
22    A.  I did not.
23    Q.  Did you learn whether McKinney had showed the
24  images he, McKinney, had viewed with any other officers?

Page 42

1    MS. PROCTOR:  Actually, Hall, could I just jump in
2  on this?  Moving forward, I have no authority to, you
3  know, agree to provide transcripts to any of these
4  witnesses.  So to the extent the witness has
5  reviewed [sic] signature, arrangements need to be made
6  to let -- the court reporter needs to send a standard
7  letter to the witness and, you know, make arrangements
8  for the witnesses to review the deposition in that way.
9    MR. ADAMS:  Okay.  While we're on the record, then,
10  let's do this:  Deputy Chief Batis, for that purpose, is
11  your address at the Joliet Police Department the address
12  to which you would want a transcript sent?  In other
13  words, you don't want to use your home address?
14    THE WITNESS:  That would be fine.
15    MR. ADAMS:  Okay.
16      (Deposition concluded at 10:32 a.m.)
17
18
19
20
21
22
23
24

Page 41

1    A.  No.
2    MR. ADAMS:  Those are all the questions I have.
3  Thanks very much for your time this morning.
4    MS. PROCTOR:  On behalf of the City of Joliet, I
5  have no questions.  Thank you, sir.  Thank you for your
6  time.
7    THE WITNESS:  Thank you.
8    MR. ATKUS:  I don't have anything for you either,
9  sir.  Thank you.
10    MR. ADAMS:  So, Deputy Chief Batis, under the
11  rules, you have the right to review the transcript of
12  this deposition when its written in order to note any
13  instances in which you believe the transcription is in
14  error in any way.  You can't change the content of
15  questions or answers, but you can make such annotations.
16  Or you can waive that right.  The decision is entirely
17  yours to make.  We ask only that you tell us while we're
18  on the record whether you wish to reserve and exercise
19  that right or to waive it.
20    THE WITNESS:  I don't know.  I don't think anything
21  could be changed.  But I guess it would be wise to
22  reserve the right.
23    MR. ADAMS:  All right, then.  Brianna, we'll show
24  signature as reserved.  And we have --

13  (Pages 40 to 42)

Cassandra Socha v. City of Joliet; et al.
Deposition of Michael Batis - Taken 7/8/2021

Page 43

```
 1                IN THE UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF ILLINOIS
 2                         EASTERN DIVISION

 3
     CASSANDRA SOCHA,                     )
 4                                        )
                     Plaintiff,           )
 5                                        )
              vs.                         ) No. 18 CV 5681
 6                                        )
     CITY OF JOLIET, a municipal          )
 7   corporation; EDWARD GRIZZLE;         )
     JOHN DOES 1-20,                      )
 8                                        )
                     Defendants.          )
 9

10

11               I, MICHAEL BATIS, state that I have read the

12    foregoing transcript of the testimony given by me at my

13    videoconference deposition on July 8, 2021, and that

14    said transcript constitutes a true and correct record of

15    the testimony given by me at the said deposition except

16    as I have so indicated on the errata sheets provided

17    herein.

18

19                                  _____

                                    MICHAEL BATIS
20

21    SUBSCRIBED AND SWORN to
      before me this _____ day
22    of _____, 2020.

23
      _____
24         NOTARY PUBLIC
```

Royal Reporting Services, Inc.
312.361.8851

Cassandra Socha v. City of Joliet; et al.
Deposition of Michael Batis - Taken 7/8/2021

Page 44

1     UNITED STATES OF AMERICA          )
      NORTHERN DISTRICT OF ILLINOIS     )
2     EASTERN DIVISION                  )    SS.
      STATE OF ILLINOIS                 )
3     COUNTY OF COOK                    )

4

5              I, Brianna Uhlman, Certified Shorthand

6     Reporter and Registered Professional Reporter, do hereby

7     certify that MICHAEL BATIS was first duly sworn by me to

8     testify to the whole truth and that the above

9     videoconference deposition was reported stenographically

10    by me and reduced to typewriting under my personal

11    direction.

12             I further certify that the said deposition was

13    taken at the time and date specified and that the

14    taking of said deposition commenced on July 8, 2021, at

15    9:35 a.m.

16             I further certify that I am not a relative or

17    employee or attorney or counsel of any of the parties,

18    nor a relative or employee of such attorney or counsel,

19    nor financially interested directly or indirectly in

20    this action.

21             The signature of the witness, MICHAEL BATIS,

22    was reserved by agreement of counsel.

23

24

Royal Reporting Services, Inc.
312.361.8851

Cassandra Socha v. City of Joliet; et al.
Deposition of Michael Batis - Taken 7/8/2021

Page 45

1          Witness my signature as a Certified Shorthand

2     Reporter in the State of Illinois, on July 27, 2021.

3

4

5

6

7

8

9     _____
      BRIANNA UHLMAN, CSR, RPR
10    161 North Clark Street
      Suite 3050
11    Chicago, Illinois 60601
      Phone:  312.361.8851

12

13
      CSR No.  084-004886
14

15

16

17

18

19

20

21

22

23

24

Royal Reporting Services, Inc.
312.361.8851

Cassandra Socha v. City of Joliet; et al.
Deposition of Michael Batis - Taken 7/8/2021

Page 46

| A | |
|---|---|
| **a.m** 1:18 42:16 44:15 | |
| **able** 13:17,20 19:2 29:7 | |
| **access** 21:3,21 22:3,8,17 | |
| **accommodate** 8:23 | |
| **accountability** 20:24 21:2,21 | |
| **acquittal** 13:21 14:5 | |
| **acquitted** 13:12 | |
| **action** 44:20 | |
| **activities** 23:21 | |
| **activity** 20:11 27:9 | |
| **actual** 8:15 9:4 | |
| **Adams** 2:2,3 3:5 4:11,23,24 21:15 28:17 41:2,10,23 42:9,15 | |
| **Add** 22:22 | |
| **address** 42:11 42:11,13 | |
| **adjective** 14:20 | |
| **agents** 27:12 | |
| **ago** 14:10,18 19:18 | |
| **agree** 42:3 | |
| **agreement** 44:22 | |
| **ahead** 19:6 | |
| **Al** 6:2 | |
| **AMERICA** 44:1 | |
| **and/or** 27:8 39:11 | |
| **annotations** 41:15 | |
| **answer** 8:21 | |
| **answers** 41:15 | |
| **anybody** 33:21 | |

**anyplace** 23:7
**apologize** 5:7
**appearance** 37:11
**APPEARAN...** 2:1
**appearing** 4:6
**Appellate** 10:22
**applicable** 36:17
**appoint** 6:5
**appreciate** 16:21
**approach** 39:5
**area** 20:7,11 22:1
**areas** 20:14
**arrangements** 42:5,7
**asked** 8:20 34:4
**asking** 27:18,22
**assigned** 7:1
**assignment** 5:18 6:15 7:2
**assisted** 26:20
**assume** 10:10 39:21
**Atkus** 2:14 4:8,9 28:15 37:3 41:8
**attempt** 8:20
**attend** 11:23 12:20,23
**attorney** 44:17 44:18
**attorneys** 4:9
**attribute** 38:12 38:15
**audio** 19:14
**authority** 42:2
**aware** 23:9 24:14

| B | |
|---|---|
| **B** 3:11 | |

**B-A-T-I-S** 5:4
**back** 7:16,21,24 8:22
**Bad** 8:17
**based** 8:1 9:6 21:12 35:19
**basis** 33:23
**Batis** 1:11 3:3 4:18 5:3 28:19 41:10 42:10 43:11,19 44:7 44:21
**becoming** 7:14
**began** 24:12
**behalf** 2:6,12,18 4:5 11:1 21:11 41:4
**believe** 11:4 13:1 14:8 15:1 15:12 16:18 22:2 23:2 24:2 24:4 26:24 31:21 32:8 33:7 38:9 41:13
**benefit** 4:3
**Benton** 11:18
**better** 18:3
**beyond** 22:15
**bit** 14:19 33:24
**Bolingbrook** 2:10
**Botzum** 17:21 18:15 26:18
**Boughton** 2:9
**Brian** 6:4
**Brianna** 1:16 4:11 41:23 44:5 45:9
**brief** 7:22 15:12
**Briefly** 13:13
**Brown** 34:8,9,10 34:12,14,15,20 39:11

**building** 20:1,5
**built** 20:2
**bypassed** 40:9

| C | |
|---|---|
| **called** 1:11 4:19 | |

**cameras** 21:17
**career** 7:11
**carved** 24:7
**case** 4:10 9:21 9:24 12:17,18 12:18 13:4 17:10 33:16 36:23 37:1
**cases** 9:13
**Cassandra** 1:3 2:20 5:1 43:3
**category** 27:13
**cell** 24:16 36:16 36:21 37:7 38:2 39:12
**Cellebrite** 17:6 17:20 18:1,5,6 18:12 20:23 21:3,22,23,24 22:9,17,23 23:4,8 27:3
**certain** 30:16,23
**Certified** 1:16 44:5 45:1
**certify** 44:7,12 44:16
**chain** 10:8 11:9 23:1
**change** 41:14
**changed** 41:21
**charge** 5:22 19:21
**Chicago** 2:4 45:10
**chief** 5:16,17,20 5:24 6:1,6,12 6:15 7:7 11:12 11:13,17,18

**12:12 13:10 15:10,11,11 23:19 26:8,9,9 28:19 34:14,15 35:24 41:10 42:10**
**chief's** 19:12
**choice** 13:1
**Chris** 17:21 18:15 22:6 26:18 30:18 39:21,22
**City** 1:6 2:12 4:5 5:11,13 21:11 41:4 43:6
**Civil** 1:14
**Clark** 45:9
**classes** 18:7
**clear** 8:16
**combination** 18:8
**come** 33:14
**coming** 34:5
**command** 10:9 11:9 23:1
**commander** 7:3 7:24
**commander's** 25:1,4,9,21 28:6 31:15,20 33:11 34:13,17
**commenced** 44:14
**commencing** 1:17
**comment** 37:11 37:15,21,22,23 38:1,12,15,19 38:22
**commented** 15:20
**comments** 37:19
**communicated** 23:24

Cassandra Socha v. City of Joliet; et al.
Deposition of Michael Batis - Taken 7/8/2021

complaint 9:23
10:1,2,3,6
computer 17:6
17:15 21:24
22:18
concluded 42:16
conduct 37:15
confrontation
25:6,12,14
28:6,21 29:12
34:12,20 35:24
36:12
confronted 25:2
conjecture
40:16,20
connection 14:1
17:10
consisting 31:18
constitutes
43:14
content 16:20
17:2 31:19
34:17 41:14
contentious 36:5
contents 35:7
36:6
context 40:19
continually
32:13
conversation
13:14,16 14:4
16:20 32:5,7,9
32:19,22 33:1
33:3,4,14,19
34:19 36:3,4,6
36:7 39:3,6,7
39:10
conversations
13:18,21 14:9
15:13,24 16:3
16:7,14,23
17:2 35:20
39:11
COOK 44:3

copied 35:10
copies 35:13,17
copy 35:22
36:15,21,23
37:2,7
copying 35:7
corner 19:11
corporation 1:7
2:12 43:7
correct 6:24 9:5
11:6,18,19
12:3,4 22:1,19
24:12 26:13
34:23 43:14
counsel 4:14
44:17,18,22
COUNTY 44:3
couple 15:23
20:17 32:11
court 1:1 10:3
42:6 43:1
Courts 1:14
cover 14:20
20:22
created 20:3
35:14
criminal 11:23
12:18
Crowley 10:18
10:20 11:2,14
11:21,24 12:21
13:4,7,12 15:6
15:10,21 16:1
16:9,16,24
27:8 37:24
Crowley's 14:5
CSR 45:9,13
curious 12:16
current 5:15 6:8
currently 5:8
cut 24:3
CV 1:5 43:5
_____
D

D 3:1
Darcy 2:8 4:4
data 22:17 27:1
27:6,13
date 9:3 20:18
20:20 44:13
dates 7:17
Dave 29:24 38:5
day 8:8 12:1,2
17:18,18 18:12
18:20 23:5
29:2,10 43:21
dealing 9:12
Dearborn 2:3
decide 21:20
decision 21:16
21:18,19 41:16
Defendant 2:12
2:18
Defendants 1:8
43:8
defense 9:20
degree 16:12
department
5:11,13 7:11
9:12 10:21
11:2 12:5
17:14 18:17
20:8 23:12
24:19 27:5
35:7,14,18
37:6,11,15,23
38:2,23 42:11
Department's
8:4
depicted 37:16
depicting 27:8
deposition 1:11
9:15,18 41:12
42:8,16 43:13
43:15 44:9,12
44:14
depositions 1:15
deputy 5:16,17

5:20 6:1,6,11
6:15 7:7 11:12
11:13 12:12
13:10 15:10
19:12 23:19
26:9 28:19
34:14,15 35:24
41:10 42:10
describe 18:19
desks 19:9
detective 7:16
7:19,21 12:10
13:7 15:24
16:8 17:23,24
23:18,24 24:15
28:13 29:24
detectives 22:24
device 22:18
23:6
devices 17:15
dick 37:24
Different 11:11
differently 34:1
dimensions
18:20,24
directed 11:17
direction 21:16
44:11
directly 10:12
11:12 13:9
14:8,16,17,20
17:17 26:9
27:21,22 29:24
40:18 44:19
disciplined 40:5
40:21
discuss 13:3,6
32:1 33:12
34:10,15
discussed 13:11
15:5,9 31:19
31:22 32:15
34:18,24 35:3
35:6 39:17,23

40:2
discussion 32:4
34:11
distinguish 30:6
District 1:1,1,14
43:1,1 44:1
division 1:2 5:23
18:18 43:2
44:2
document 5:5
documents 9:14
doing 40:21
domain 22:12
Don 17:24 30:21
doors 20:22
dproctor@tre...
2:11
drawing 19:24
drawings 19:2
19:19,20,23
20:3,3
due 26:7
duly 4:19 44:7
dumps 27:4
Dupuis 6:4
duties 5:21
_____
E

E 3:1,11
E-mail 2:5,11,17
earlier 22:14
east 2:9 19:4
EASTERN 1:2
43:2 44:2
Ed 4:10
Edward 1:7
2:18 43:7
effect 8:7,11,14
8:15 9:2 16:18
38:5
either 16:3 23:6
33:13 39:14
41:8
elect 12:23

Cassandra Socha v. City of Joliet; et al.
Deposition of Michael Batis - Taken 7/8/2021

Page 48

employed 5:8,12
employee 44:17
  44:18
encounter 9:13
engaged 27:8
engineer 20:6
ensure 20:23
  21:2
entire 9:9 27:4
entirely 41:16
equipment 17:7
  17:15,17 20:9
  21:3,21
equipped 20:8
errata 43:16
error 41:14
estimate 13:17
  13:20 19:1
  29:1,10,11
evaluation 10:15
event 34:16
events 21:7
evidence 8:5 9:8
  9:12 35:23
  36:16
exact 7:17 14:9
  16:20 17:2
  18:24 20:18,20
  36:6
exactly 6:21
  9:10 14:3 15:4
  18:14 25:5
  30:20 32:6
examination
  1:12 3:5 4:22
examined 4:20
example 39:22
exercise 41:18
EXHIBITS 3:14
experience 8:1
  9:6
explained 8:22
explicit 27:14
express 14:5

15:14 16:14
extent 21:13
  42:4
extracted 22:18
  27:2,6 31:4,9
  31:23 34:2,24
  35:4,8 37:12
  37:16 40:14
extraction 26:19
  26:23 27:19,20
  30:24 35:14
  36:16,21 37:7
  38:3 39:8,12

**F**
face 9:4
face-to-face 32:7
fact 22:15 24:23
  25:20 40:15
facts 23:23 26:4
familiar 8:3
  10:17
far 6:7 22:7
fast 25:6
federal 1:13
  10:1,3
file 37:1
filed 9:24 10:4
financially
  44:19
find 20:18
fine 42:14
first 4:19 25:22
  25:24 27:19
  28:9 29:15
  44:7
five 19:14
floating 28:1,10
  29:5,16,22
floor 19:4,23
focus 21:23
follows 4:21
foregoing 43:12
forensic 17:15

form 28:15
forward 42:2
found 26:17
  30:17
foundation 37:3
four 6:20 7:20
  7:20 19:14
frame 17:19
  18:12,20 28:24
  29:1
fully 15:1 16:19
further 44:12,16

**G**
Gavin 31:23,24
  32:4,10 39:15
general 8:4,13
  8:15 9:2,7 22:6
  22:11 25:18
  31:14,18 32:6
  32:20 36:17
  40:10
general's 40:12
German 17:22
  18:7,15 26:20
getting 18:1
  19:21 26:5
give 8:20 18:21
  20:18
given 9:2 23:18
  43:12,15
Go 19:5
God 7:16
going 8:24 12:16
  14:19 19:6
  20:23,24 21:11
  23:8 24:9
  27:13 30:4,6
  37:21
good 4:4,8,24
  29:17
great 28:18
Grizzle 1:7 2:18
  4:10 11:4,8

12:9,10 13:7
  13:23 14:4,11
  15:13,24 16:8
  16:23 23:18,24
  24:15 25:9
  26:12 28:13,22
  32:16,17,23
  33:1,5 34:21
  35:21 36:1,20
  37:2,5 39:23
  43:7
ground 14:21
group 21:19
  31:18
guess 26:1,1
  41:21
guys 18:15

**H**
H 3:11
half 5:14 6:10
  6:20 7:20
  19:10 22:21
Hall 2:2,3 4:24
  42:1
hall@adamsle...
  2:5
happened 24:24
  26:22 27:21,24
head 33:24
hear 25:3,8,16
  27:1,19,21,23
  29:15 30:4,7
  30:12 31:3,7
  31:11,13 36:7
heard 24:24
  25:11,13 27:10
  27:23 28:1,5,9
  28:11,21 29:4
  29:21 31:18
  34:16 36:5,9
  37:10,14,18,19
  37:22 38:1,7
  38:10

hearing 25:23
  29:13
hearsay 26:6
home 42:13
honestly 29:3
  32:24
HOPPE 2:14
hour 22:22
housed 20:8,23
  36:1,2
housing 36:13
hundred 19:4

**I**
idea 29:3,3
identified 40:13
III 2:3
Illinois 1:1 2:4
  2:10,16 43:1
  44:1,2 45:2,10
images 27:15,20
  28:1,10 29:5
  29:16,22 30:8
  30:13,16,23
  31:4,9,12,20
  31:22 32:10,15
  33:2,5,8,12
  34:2,10,11,17
  34:24 35:3
  37:12,16 39:13
  39:18,24 40:3
  40:6,13,24
impression
  15:18
incident 24:24
  25:3,8,14 28:6
  28:11,21
included 27:20
indicate 9:3
indicated 43:16
indirectly 14:22
  44:19
inference 15:3
inferred 14:22

Cassandra Socha v. City of Joliet; et al.
Deposition of Michael Batis - Taken 7/8/2021

14:24
**information**
12:18 23:24
**initial** 35:19
**initiate** 32:22,23
**initiated** 33:19
**inspection** 17:15
**inspector** 22:6
31:14,17 32:6
32:20 40:10,12
**install** 21:19
**installed** 20:16
20:21,22 21:17
**instance** 25:24
**instances** 41:13
**intelligence**
19:11
**interested** 44:19
**internal** 40:8
**internally** 16:12
**interview** 19:14
19:22 31:14,17
**interviews** 20:10
**introductions**
4:3
**investigated**
10:21 13:5
**investigating**
17:11 23:13,14
24:20
**investigation**
11:14,16,21
13:3,6,8 18:11
21:7 24:8,11
25:17,22 26:4
26:7,14,16
30:18 32:21
35:20 40:9,12
**investigations**
6:17,19,22 7:4
7:10,12,15 8:2
8:3 11:6 17:5
17:13,19,23
18:18,24 20:8

22:1 23:12
36:24
**investigator**
11:1
**involved** 12:19
17:10,13,16
26:15
**involvement**
26:15 32:13
**involving** 28:12
**issue** 21:13,13

___

**J**

**J** 2:14
**Jackson** 29:24
38:5,10,12,15
39:4,10
**Jeff** 17:22 18:7
18:15 26:20
**Jensen** 35:4,24
36:9
**JOHN** 1:7 43:7
**Joliet** 1:6 2:12
4:5 5:11,13
7:11 8:4 10:17
10:21 11:2
12:5 17:14
18:17 21:11
31:3 35:14,18
37:6,10,14,18
37:22 38:2,13
38:16 41:4
42:11 43:6
**July** 1:18 43:13
44:14 45:2
**jump** 42:1

___

**K**

**keep** 34:5 37:2
**kept** 35:17
**kind** 10:1 15:13
19:23
**knew** 18:16 23:3
39:4,5

**KNIGHT** 2:14
2:14
**know** 4:1 6:7 8:9
8:10 9:10
10:16 11:5
12:11,13 13:23
16:11 17:23
18:6,9,14,23
19:16,16 20:19
21:10,13,20
22:4,16 25:18
26:20 27:3,4
27:10 28:2,14
28:23 29:12,13
32:3,6,12 33:8
33:9,23 34:5
35:9,11,13,17
35:19 36:2,3,6
36:11,12,18,18
36:22 37:9,23
38:17,18,21
39:1,2,20 40:7
40:8,10,16
41:20 42:3,7
**KURNIK** 2:14

___

**L**

**L** 2:8
**Labor** 8:8 17:18
18:12,20 23:5
**Lamken** 15:7
**language** 16:2
**Lantern** 17:6
21:3,22
**LAW** 2:2
**lawsuit** 21:8
33:23
**lawyers** 9:20
**layout** 18:22
**lead** 11:1
**learn** 23:11,17
23:23 24:18,23
26:4 40:11,15
40:20,23

**learned** 24:19
25:22 40:15,19
**led** 11:2
**length** 13:16
**let's** 8:8 21:23
34:1 42:10
**letter** 42:7
**lieutenant** 6:13
6:17,18,22 7:6
7:10,15,23 8:2
11:6 19:8
23:12
**life** 22:22
**listening** 19:7,7
**little** 12:17 13:9
13:24 14:13,19
15:16 16:5
17:3 26:5
33:24 36:5
**LLC** 2:2
**LLP** 2:8
**located** 18:19
**lodge** 21:11
**log** 23:7,9
**long** 5:12 6:8,18
7:6 14:17
**look** 7:17 9:1
19:6 23:20
**looking** 9:10
**Lorinda** 15:6
**lot** 29:18
**lots** 27:10

___

**M**

**machine** 20:23
22:20
**main** 18:15 19:4
**maintenance**
9:11
**making** 22:5
37:19
**management**
8:5 9:8
**MARKED** 3:14

matkus@khk...
2:17
**Matlock** 35:1
39:11
**McKinney**
17:24 18:4
30:12,15,21
31:8 39:17,23
40:3,5,12,20
40:23,24
**McKinney's**
39:24 40:3
**mean** 9:9,11
10:1 30:23
33:3,22
**meant** 9:1,11
**measures** 21:12
**media** 10:4
**mention** 31:16
38:4 39:15
**mentioned**
15:23 16:17
29:17,24 31:15
32:13 33:17
39:14
**Michael** 1:11
2:14 3:3 4:9,18
5:3 43:11,19
44:7,21
**misspelled** 5:6
**moment** 19:18
**month** 29:2,11
**months** 7:22
**morning** 4:4,8
4:24 41:3
**move** 36:10
**moving** 36:13
42:2
**municipal** 1:6
2:12 43:6

___

**N**

**N** 3:1
**name** 4:4,8,24

Cassandra Socha v. City of Joliet; et al.
Deposition of Michael Batis - Taken 7/8/2021

Page 50

5:1,2,3,6 29:20
29:20 30:9
32:2 33:17,22
34:4
**named** 10:17
18:10 31:11
**names** 30:7
31:13,16
**need** 8:19,21
30:5 42:5
**needed** 22:3
**needs** 42:6
**never** 10:5 22:20
30:11 31:24
33:13 34:6
39:14 40:16,17
**new** 19:21
**Nicholas** 10:18
**nights** 10:11
**north** 2:3,15
19:5,12,13
45:9
**NORTHERN**
1:1 43:1 44:1
**northwest** 19:11
**NOTARY** 43:24
**note** 41:12
**noted** 8:14
**notice** 1:13
**nude** 27:7,14,14
**number** 18:21

**O**
**object** 28:15
**objection** 21:12
21:14 37:3
**objections** 4:13
**observation**
38:20
**observing** 20:10
**obtained** 20:5
**occasion** 10:14
17:9
**occurred** 13:18

13:22 28:10
**offered** 18:3
**offering** 38:19
**offhand** 20:19
**office** 10:22
18:18,24 19:8
19:12,12 25:1
25:4,9,21 28:7
31:16,20 33:11
34:13,17
**officer** 9:24 10:8
10:17,20 11:2
11:21,24 12:3
12:6,9,24 13:4
13:7 14:4
23:13,14 24:15
24:20 25:2,11
34:21 37:15
38:13,16 40:13
**officers** 12:5
18:10 25:7
31:4,19 35:15
37:7,11,18
40:24
**offices** 2:2 18:21
21:1
**official** 11:20
24:10 26:15
**Oh** 7:16 13:15
20:17 28:14
**Okay** 9:14 22:21
23:11 27:18
31:11 42:9,15
**old-fashioned**
23:7
**open** 21:24
**opinion** 38:20
**opinions** 14:5
**order** 8:4,13,15
9:2,4,7,10
22:23 23:4
36:17 41:12
**ordered** 36:9
**orders** 26:8

**originally** 20:2
**outcome** 14:7,12
15:5,9,15 16:1
16:8,10,23
**outset** 8:18

**P**
**PAGE** 3:2
**paid** 27:12
**paper** 33:18,22
**paperwork**
40:17
**paragraph** 10:6
10:6
**part** 16:13 17:4
26:7 36:2,11
**particular** 38:13
**particularly** 8:1
8:2
**parties** 44:17
**password** 22:3,8
22:10,11,15,15
**patrol** 7:5,24
10:10
**pending** 13:8
**people** 23:2
29:18,20 30:6
31:15 33:10
34:18
**performance**
10:15
**period** 7:22 8:7
**permission**
22:24
**person** 22:11
**personal** 24:15
44:10
**personally** 17:9
**personnel** 5:22
26:15
**pertaining** 1:15
**phone** 2:5,10,16
24:16 25:2,10
25:20 26:19,23

27:2,4,7,20
28:5,12,20
30:24 31:1,5,9
31:12,23 34:3
34:22 35:1,4,8
35:13 36:16,21
37:8,12,16
38:3 39:8,12
40:14 45:11
**photographs**
27:7
**photos** 27:14
**phrase** 34:1
**place** 25:23
29:13 35:21,22
36:10,19
**placed** 19:22
36:16
**Plaintiff** 1:4,12
2:6 43:4
**plan** 19:23
**play** 8:10 11:20
**played** 24:10
**please** 4:12
**point** 10:11 18:5
20:19 21:20
23:11 24:14
26:3 28:19
29:23 35:23
40:11
**police** 5:11,13
8:4 10:21 12:5
18:17 27:5
35:14,18 37:6
37:10,14,22
38:2 42:11
**pops** 33:22
**porn** 37:24
**position** 6:3,9,14
**Possibly** 18:9
**preparation**
9:15,17
**prepare** 10:14
**present** 2:19

4:14 12:6
26:21 35:9
**preserving**
21:14
**press** 14:19
**presumably**
28:4
**prior** 7:1,10,20
**probably** 8:12
10:10 17:21
19:4,5 20:17
21:19
**Procedure** 1:14
**Proctor** 2:8 4:1
4:4 21:10 41:4
42:1
**Professional**
1:17 44:6
**progressed**
32:12 33:16
**promoted** 5:24
6:11,14,15
7:18,19,23
34:14
**promotion** 6:6
**proper** 9:11
**property** 8:5 9:8
**prosecuted**
10:22
**prosecution**
11:3 13:4,7
**prosecutor**
10:23 15:6
23:20
**Prosecutor's**
10:22
**provide** 42:3
**provided** 18:4
43:16
**PSAP** 5:22
**PUBLIC** 43:24
**purpose** 9:7
42:10
**purposes** 11:15

Cassandra Socha v. City of Joliet; et al.
Deposition of Michael Batis - Taken 7/8/2021

20:9,10
pursuant 1:13
1:13 24:16
36:17

**Q**

question 8:17,20
24:9 25:18
28:16,18 29:18
38:24
questioned
33:10
questions 8:22
26:21 27:18
41:2,5,15
quick 4:2
quite 6:20 8:16
18:23 22:13
23:21 28:4,10
28:16
quote 39:12

**R**

raises 33:23
random 13:1
rank 5:15 6:11
ranks 30:5
rating 10:15
RCFL 27:12
28:3 35:20
reach 33:20
reached 33:21
reaction 21:6
read 8:22 10:5
43:11
recall 10:20 14:1
15:2,17 16:1,2
22:5 24:6
25:13 27:24
29:17 30:3
32:24 40:7
recollection
31:16 32:18
recommend 6:5

record 21:10
41:18 42:9
43:14
recording 19:21
records 5:23
reduced 44:10
refer 27:13
reference 33:10
34:12,20 36:1
36:13
referred 19:18
referring 26:11
38:18
reframed 8:22
regarding 33:23
Regis 22:6 30:18
39:21,22
Registered 1:17
44:6
regular 33:22
Reid 33:12,13
33:19
relationship
13:21
relative 26:4
38:2 44:16,18
remedial 21:12
remember 10:11
12:8,11,14
14:8,11,16
15:4 16:19
17:1,3 18:14
21:18 22:10
25:5 26:18
29:23 30:9,20
35:21,23 39:6
remotely 4:15
repeat 28:8
37:21
repeated 8:22
repeating 38:22
replace 6:3
report 23:19
26:8

reported 10:12
11:12 13:9
44:9
reporter 1:16,17
4:13 5:2 42:6
44:6,6 45:2
represent 5:1
represents 4:9
request 18:23
required 22:8
22:16
reserve 41:18,22
reserved 41:24
44:22
respect 11:14
response 21:6
responses 22:14
résumé 7:17
retired 15:11
revealed 30:21
review 9:9,14
41:11 42:8
reviewed 9:23
42:5
revision 9:3
revisions 8:9
right 4:11 8:24
13:23 19:3
20:19 41:11,16
41:19,22,23
River 2:15
Road 2:9,15
Rob 34:12,14,20
Roechner 6:2,5
11:13 12:12
13:10 15:10,11
15:11,14,20
23:19 24:1,2,4
25:23 26:10
30:7 35:21
40:2
role 11:20 14:6
24:11
room 19:20

rooms 19:14,22
Rosemont 2:16
RPR 45:9
rules 1:13 41:11
rumor 26:6 31:7
35:10,12 40:16
40:20
rumors 27:10
28:1 29:14,15
29:21 31:6,8
31:10
Rumors-wise
31:11

**S**

S 3:11
sat 21:24
saved 22:21
saw 10:4 31:24
32:17 33:13
saying 14:16
30:9
second 25:21
26:2
secondhand
36:8
securing 9:11
seen 13:2 30:11
30:22 33:9
34:2,6 40:16
seize 25:2
seized 24:15
25:10,21 28:20
34:22
seizure 28:5,12
send 42:6
sense 23:7 31:7
sent 42:12
separated 19:10
sergeant 7:18,19
7:21 11:4
13:23 15:13
17:22 26:19
34:21 36:1

37:5
sergeant's 19:11
sergeants 12:17
12:19
sergeants' 19:9
serve 6:18
served 6:8 7:11
10:8
services 5:19,20
6:16
session 12:1,2,23
sessions 12:20
seven 7:8,22
sexual 27:8
37:15
sexually 27:14
share 39:5,10
shared 39:13
sheets 43:16
shift 11:11
Shorthand 1:16
44:5 45:1
shortly 14:5
27:11 28:2
show 41:23
showed 40:23
sic 42:5
sign 23:5
signature 41:24
42:5 44:21
45:1
simply 27:15
single 33:1,3
sir 4:4,24 5:5
10:3 23:15
41:5,9
six 7:22
size 18:20
so-called 10:23
Socha 1:3 2:20
5:1 9:24 10:8
12:3,6,24
16:15 21:6
23:13,14 24:11

Cassandra Socha v. City of Joliet; et al.
Deposition of Michael Batis - Taken 7/8/2021

Page 52

| | | | |
|---|---|---|---|
| 24:20 25:2,11 | state 5:1 10:22 | takeaway 16:3,9 | 22:12 23:10,22 |
| 25:16 26:4,16 | 24:13 43:11 | taken 1:12,15 | 24:18 26:3,6,8 |
| 27:7,8 28:22 | 44:2 45:2 | 44:13 | 26:9,19 27:16 |
| 30:24 34:21 | stated 33:8 | talk 30:7,12 | 28:4,11,16,20 |
| 35:13 36:16,21 | statement 22:5 | talked 33:7 | 28:20,23 29:1 |
| 37:7 38:2 39:8 | 24:10 | talking 19:19 | 29:7,19 31:14 |
| 39:12 43:3 | States 1:1,14 | 29:18,21,23 | 41:3,6 44:13 |
| Socha's 14:6,14 | 43:1 44:1 | technical 5:19 | times 8:23 33:18 |
| 14:23 15:20 | stations 18:21 | 5:20 6:16 | today 4:5,15 |
| 24:15 25:20 | stenographica... | tell 16:12 19:3 | 29:7 |
| 26:23 27:2,6 | 44:9 | 27:5 30:15 | today's 9:15,18 |
| 27:20 28:5,12 | straight 30:5 | 36:15,20 38:10 | told 8:17 24:2,3 |
| 28:20 31:5,9 | Street 2:3 45:9 | 41:17 | 24:4,6 25:5 |
| 31:12,23 34:3 | Strike 13:5 | testified 4:20 | 30:20,21 33:9 |
| 34:22 35:1,4,8 | stuff 10:4 | 12:3,6,24 | 36:22 39:23 |
| 37:11,15 40:14 | subject 8:5 9:7 | 16:16 | 40:2 |
| somebody 18:13 | 21:7 32:1 39:8 | testify 44:8 | touched 22:20 |
| 30:21 35:10 | SUBSCRIBED | testimony 14:6 | trained 17:6,19 |
| sort 23:19 36:4 | 43:21 | 14:15,23 15:21 | 17:24 18:1,7 |
| 36:12 | subsequent | 43:12,15 | 18:11 23:3 |
| south 19:5 | 21:12 26:3 | Thank 4:6,7 | training 9:6 |
| space 18:18,19 | substance 14:9 | 41:5,5,7,9 | 18:4 |
| speak 9:17 | sucks 37:24 | Thanks 41:3 | transcript 41:11 |
| speaking 29:23 | Suite 2:4,9,15 | thing 25:21 26:2 | 42:12 43:12,14 |
| special 10:23 | 45:10 | things 33:9 | transcription |
| 15:6 23:20 | supervision | think 14:24 | 41:13 |
| specific 15:17 | 17:16 | 15:16 17:21 | transcripts 42:3 |
| 16:2 25:19 | sure 6:21 8:12 | 18:2 19:15 | travels 25:6 |
| specified 44:13 | 8:19 19:17 | 22:12 23:2 | TRESSLER 2:8 |
| speculation | 20:18 21:19,20 | 32:11 33:21 | trial 11:23 12:7 |
| 16:13 | 22:13 23:21 | 35:22 36:23 | 12:21 13:8 |
| spell 5:2 | 25:20 27:11,17 | 38:4 39:9 40:9 | 14:6,12,15,23 |
| spelled 5:3,5 | surveillance | 41:20 | 15:6,10,15,21 |
| spent 7:9 | 20:9,15 21:17 | thought 16:4,5 | 16:1,8,9,16,24 |
| spoke 15:2,18 | swear 4:11 | three 6:20 18:10 | 21:14 |
| spoken 9:20 | swearing 4:14 | 19:9,13 | true 21:4 22:3 |
| 14:14 40:17 | sworn 4:16,20 | thrown 30:10 | 24:10 27:11 |
| spreading 35:11 | 43:21 44:7 | 32:2 | 28:22 29:8,9 |
| SS 44:2 | system 18:16 | time 7:9 8:10,11 | 32:1 35:12 |
| standard 42:6 | 19:21 | 8:14 9:2 11:6 | 38:20,23 43:14 |
| star 38:1 | | 11:13,17 12:8 | truth 44:8 |
| started 29:13 | **T** | 14:17 17:19,22 | truthful 15:1 |
| 35:11 39:6 | T 3:11 | 17:24 18:1,5 | 16:19 |
| 40:8 | take 22:14 | 18:12,13,20 | truthfully 16:16 |

| | |
|---|---|
| try 28:19 30:4 | |
| trying 16:21 | |
| Ts 5:6 | |
| two 5:6 6:10 | |
| 19:13 25:12 | |
| 31:19 33:15 | |
| 34:18 36:4,13 | |
| 39:14 | |
| typewriting | |
| 44:10 | |
| typical 36:24 | |
| **U** | |
| Uhlman 1:16 | |
| 44:5 45:9 | |
| understand 8:19 | |
| understood | |
| 38:22 | |
| United 1:1,14 | |
| 43:1 44:1 | |
| update 23:19 | |
| upset 13:24 | |
| 14:11,13 15:16 | |
| 16:5,10,11,12 | |
| 17:3 25:11 | |
| use 17:9 22:23 | |
| 23:3,4 30:6 | |
| 42:13 | |
| users 23:5 | |
| utilize 22:16 | |
| utilized 17:14 | |
| uttered 38:23 | |
| **V** | |
| vague 28:16 | |
| verb 18:3 | |
| verbatim 16:2 | |
| versa 33:20 | |
| version 8:10,11 | |
| 8:13 | |
| vice 33:20 | |
| video 19:15 20:8 | |
| 20:15 21:17 | |
| 37:8 | |

Cassandra Socha v. City of Joliet; et al.
Deposition of Michael Batis - Taken 7/8/2021

Page 53

**videoconference**
  1:12 2:1,19
  4:20 43:13
  44:9
**videotapes** 27:7
  27:15
**videotaping**
  20:9
**view** 16:15
  22:17
**viewed** 30:16
  31:4,8,12
  40:13,24
**viewing** 31:15
  39:18,24 40:3
  40:5
**views** 14:22
  15:14
**visit** 27:12 28:3
**vs** 1:5 43:5

**W**
**waive** 41:16,19
**wall** 19:10,13
**want** 42:12,13
**wanted** 14:21
  23:20
**warrant** 24:16
**wasn't** 16:19
  24:12 26:7,21
  36:2,11 38:19
**watch** 7:3,24
  25:1,4,9,21
  28:6 31:15,20
  33:11 34:12,16
**watching** 33:10
**way** 11:8 16:15
  41:14 42:8
**we'll** 8:23 41:23
**we're** 41:17 42:9
**week** 29:2,10
**went** 7:23 12:1
  18:6
**west** 19:4,9,9,10

**whatsoever**
  32:14
**wired** 19:14
**wise** 41:21
**wish** 41:18
**witness** 3:2 4:7
  4:12,14,16,19
  8:19 20:10
  37:4 41:7,20
  42:4,7,14
  44:21 45:1
**witness's** 4:3
**witnesses** 42:4,8
**word** 25:6
**words** 10:5 15:2
  15:17 21:2
  42:13
**work** 18:21
  36:23
**workstations**
  19:15
**writing** 23:7
**written** 5:5 23:9
  41:12

**X**
**X** 3:1,11

**Y**
**Yeah** 20:1,5
  28:18 39:9
**years** 5:14 6:10
  6:20 7:8,20,20
  14:10 20:17
  32:12 33:17

**Z**

**0**
**084-004886**
  45:13

**1**
**1** 10:6
**1-20** 1:7 43:7

**10:32** 42:16
**16-1** 8:4,13 9:7
**161** 45:9
**18** 1:5 43:5

**2**
**2008** 7:19
**2017** 6:23 10:20
**2018** 6:23 8:8
  17:19 18:12,20
  20:7 21:22
  22:23 23:4,5
**2020** 43:22
**2021** 1:18 43:13
  44:14 45:2
**2350** 2:4
**24** 5:14
**25** 19:16
**250** 2:9
**27** 19:16 45:2

**3**
**3050** 45:10
**312.361.8851**
  45:11
**312.445.4900**
  2:5
**33** 2:3

**4**
**4** 3:5
**40** 19:5

**5**
**550** 2:9
**5600** 2:15
**5681** 1:5 43:5

**6**
**600** 2:15
**60018** 2:16
**60440** 2:10
**60601** 45:10
**60602** 2:4
**630.759.0800**

  2:10

**7**

**8**
**8** 1:18 43:13
  44:14
**847.261.0700**
  2:16

**9**
**9-1-1** 5:22
**9:35** 1:18 44:15