





Transcript of the Deposition of
# Detective Brad McKeon
**Case:** Cassandra Socha v. City of Joliet; et al.
**Taken On:** May 13, 2021

Ex. D

Royal Reporting Services, Inc.
Phone:312.361.8851
Email:info@royalreportingservices.com
Website: www.royalreportingservices.com

Cassandra Socha v. City of Joliet; et al.
Deposition of Detective Brad McKeon - Taken 5/13/2021

Page 1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASSANDRA SOCHA,                )
                                )
              Plaintiff,        )
                                )
          vs.                   )   No. 1:18-cv-05681
                                )
CITY OF JOLIET, a municipal     )
corporation; EDWARD GRIZZLE;    )
and JOHN DOES 1-20,             )
                                )
              Defendants.       )

          The deposition of DETECTIVE BRAD McKEON,

called by the Plaintiff for examination, pursuant to

notice and pursuant to the Federal Rules of Civil

Procedure for the United States District Courts

pertaining to the taking of depositions, taken via

videoconference before Erin D. Mitoraj, Certified

Shorthand Reporter, on May 13th, 2021.

Cassandra Socha v. City of Joliet; et al.
Deposition of Detective Brad McKeon - Taken 5/13/2021

Page 2

```
 1   APPEARANCES (via videoconference):

 2        LAW OFFICES OF HALL ADAMS, LLC
          HALL ADAMS, III
 3        33 North Dearborn Street
          Suite 2350
 4        Chicago, Illinois 60602
          Phone:   312.445.4900
 5        E-mail:  hall@adamslegal.net

 6            On behalf of the Plaintiff;

 7        KNIGHT HOPPE KURNIK & KNIGHT, LTD.
          MR. MICHAEL J. ATKUS
 8        5600 North River Road
          Suite 600
 9        Rosemont, Illinois 60018
          Phone:   847.261.0700
10        E-mail:  matkus@khkklaw.com

11            On behalf of Defendant Edward Grizzle;

12        TRESSLER LLP
          MS. DARCY L. PROCTOR
13        MR. JAMES J. HESS, Jr.
          550 East Boughton Road
14        Suite 250
          Bolingbrook, Illinois 60440
15        Phone:   630.759.0800
          E-mail:  dproctor@tresslerllp.com
16                 jhess@tresslerllp.com

17            On behalf of Defendant City of Joliet.

18
     ALSO PRESENT:  Ms. Cassandra Socha
19

20                    *    *    *    *    *

21

22

23

24
```

Royal Reporting Services, Inc.
312.361.8851

Cassandra Socha v. City of Joliet; et al.
Deposition of Detective Brad McKeon - Taken 5/13/2021

Page 3

1                    I  N  D  E  X

2    WITNESS                                      PAGE

3    DETECTIVE BRAD McKEON

4        Examination by Mr. Adams................. 4

5

6                E  X  H  I  B  I  T  S

7    McKEON DEPOSITION EXHIBIT                     PAGE

8        No. 1................................... 20

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Cassandra Socha v. City of Joliet; et al.
Deposition of Detective Brad McKeon - Taken 5/13/2021

Page 4

1    (Witness sworn.)
2  WHEREUPON:
3    DETECTIVE BRAD McKEON,
4  called as a witness herein, having been first duly
5  sworn, was examined and testified via videoconference
6  as follows:
7    EXAMINATION
8  BY MR. ADAMS:
9    Q.  Good morning, Officer.  My name is Hall
10  Adams.  I represent Cassandra Socha.  Can you hear me
11  all right?
12    A.  Yes, sir.
13    Q.  If at any time you have difficulty with
14  that with any of us, say so, wave your hands around,
15  do whatever you have to do to make sure the technology
16  is working for us here.
17    A.  Understood.
18    Q.  Have you given deposition testimony
19  before?
20    A.  I have.
21    Q.  About how many times?
22    A.  I would say at least five occasions.
23    Q.  In connection with events, your official
24  duties that you had been involved in investigating?

Page 5

1    A.  Yes, sir.
2    Q.  Okay.  I'm going to go over just a couple
3  of the ground rules real quickly then.  The most
4  important is that you satisfy yourself that you have
5  heard and understood every question you're asked
6  before attempting to give an answer.  If you need to
7  have questions repeated, rephrased, read back,
8  explained, say so, and we'll accommodate you as many
9  times as you ask us to do those things.  If you give
10  an answer to a question, we will all presume that you
11  heard the question completely and understood it
12  completely.  Is that fair?
13    A.  Yes, sir.
14    Q.  Never guess.  If you don't know the answer
15  to a question, your answer should be that you don't
16  know the answer.  If you can't remember something
17  you're asked, your answer should be that you can't
18  remember what you're asked; but never guess.  Okay?
19    A.  Yes, sir.
20    Q.  Have you reviewed any documents in order
21  to prepare for today's deposition?
22    A.  The only document that I looked over was
23  the one that was sent to me in the e-mail.
24    Q.  And was that a deposition notice and

Page 6

1  subpoena, or was that a copy of some handwritten
2  notes?
3    A.  That was a copy of some handwritten notes.
4    Q.  Okay.  And they were -- Did you recognize
5  those as notes of an interview that you had with the
6  inspector general, a fellow named Regis?
7    A.  I'm assuming that that's what they are.
8    Q.  They weren't your notes?
9    A.  No, sir.
10    Q.  To the extent that you were able to make
11  out what the notes said, did it jog your recollection
12  about having said at least some of those things to an
13  investigator named Regis?
14    A.  Yes, sir.
15    Q.  Okay.  When did you get that document?
16    A.  That document was e-mailed to me
17  yesterday.
18    Q.  Okay.  By whom?
19    A.  I don't remember.  I think the name of the
20  place was Tressler.  Does that sound --
21    Q.  Okay.  Have you spoken with anyone in
22  preparation for this deposition other than to get the
23  date and time squared away?
24    A.  No, sir.

Page 7

1    Q.  What's your highest level of formal
2  education, Officer?
3    A.  I've got two associate's degrees, sir.
4    Q.  In what disciplines?
5    A.  Criminal justice and law enforcement.
6    Q.  From what academic institutions?
7    A.  Joliet Junior College.
8    Q.  In what years?  Approximately what years?
9    A.  I would say approximately 2002, 2001.
10    Q.  How long have you served on the Joliet
11  Police Department?
12    A.  15 years.
13    Q.  Is that the only department on which
14  you've served?
15    A.  Yes, sir.
16    Q.  When you started, you were a patrol
17  officer?
18    A.  That's correct.
19    Q.  And your current duty assignment is
20  detective?
21    A.  That's correct.
22    Q.  How long have you been a detective?
23    A.  Five years.
24    Q.  And to be precise, you're a detective in

4 (Pages 4 to 7)

Cassandra Socha v. City of Joliet; et al.
Deposition of Detective Brad McKeon - Taken 5/13/2021

Page 8

1  the investigations unit or division of the Joliet
2  Police Department?
3       A.   Yes, sir.
4       Q.   What is your rank?
5       A.   My rank is patrol officer -- master patrol
6  officer.
7       Q.   Okay.  And I understand that the master
8  designation before the patrol officer rank
9  is primarily a function of seniority as a patrol
10 officer.  Correct?
11      A.   Seniority or duty assignment.
12      Q.   Okay.  And does the duty assignment as a
13 detective necessitate or result in your taking on the
14 master designation?
15      A.   I believe so, yes.  I believe detectives
16 is one of the divisions.
17      Q.   Was the move five years or so ago to the
18 duty assignment of detective in the investigations
19 division in the nature of a promotion for you?
20      A.   No.  No, sir.
21      Q.   Did you take it to be any sort of career
22 advancement?
23      A.   It was just another step in my career.
24      Q.   Something you wanted to do?

Page 9

1       A.   Yes, sir.
2       Q.   Who assigned you to be a detective in the
3  investigations division?
4       A.   The assignment, it comes after you're
5  interviewed obviously for the position, and there is a
6  panel of different individuals that are on, evaluating
7  you during the interview process; and ultimately, that
8  panel as well as the chief of police, they make the
9  ultimate decision on where you rank on a list to get
10 into the investigations division.
11      Q.   Have you ever read Socha's complaint in
12 this lawsuit?
13      A.   No, sir.
14      Q.   Have you ever read excerpts of Socha's
15 complaint in this lawsuit?
16      A.   No, sir.
17      Q.   Have you ever read newspaper articles
18 about Socha's claims in this lawsuit?
19      A.   I've seen headlines.  I've never delved in
20 to the articles, no.
21      Q.   Okay.  Were you involved in any official
22 way in the department's investigation that led to a
23 prosecution of a fellow officer named Nicholas
24 Crowley?

Page 10

1       A.   No, sir.
2       Q.   Did you have any official role in the
3  department's investigation of Officer Socha in the
4  May-June 2018 time frame?
5       A.   No, sir.
6       Q.   How would you characterize the nature and
7  the extent of your relationship with Detective
8  Sergeant Grizzle?
9       A.   He was my -- He was my sergeant in
10 investigations for, I would have to say, approximately
11 three and a half to four years.
12      Q.   The first three and a half to four years
13 that you were in investigations?
14      A.   Yes, sir.
15      Q.   Beyond that professional relationship, are
16 the two of you friends, socially active with one
17 another?
18      A.   No, sir.
19      Q.   Was he your sergeant in the May-June 2018
20 time frame?
21      A.   He would have been, yes.
22      Q.   At that time, in your chain of command who
23 was your lieutenant or watch commander?
24      A.   The lieutenant in investigations at the

Page 11

1  time I believe was Lieutenant Batis, Mike Batis.
2       Q.   And at the same time, who was the deputy
3  chief of the investigations division?
4       A.   I believe that was -- deputy chief at the
5  time would have been Al Roechner.
6       Q.   And he went on to become the chief of the
7  department for a period of time?
8       A.   Correct.
9       Q.   Who took his place as deputy chief in
10 charge of investigations when he was promoted up to be
11 the chief?
12      A.   Deputy chief?  I believe it was -- I
13 believe it was Darrell Gavin.  I don't want to give
14 you the wrong answer here because I know there was a
15 period of time where it could have been Gavin or
16 Deputy Chief Reid.  I know the most recent deputy
17 chief under that regime would have been
18 Deputy Chief Reid.
19      Q.   And when you say, "that regime," you're
20 referring to the Roechner-as-chief regime?
21      A.   Yes, sir.
22      Q.   Is Reid still in that deputy chief of
23 investigations position?
24      A.   No.  As far as I know, he's retired from

5  (Pages 8 to 11)

Cassandra Socha v. City of Joliet; et al.
Deposition of Detective Brad McKeon - Taken 5/13/2021

Page 12

1  the police department.
2      Q.   How would you characterize the nature and
3  extent of your relationship with Roechner?
4      A.   I mean, he was my -- the chief of police.
5  He was my boss in here.  Are you talking socially?
6      Q.   Well, okay.  So you've told us
7  professionally.  Outside of the professional
8  relationship, did you have or do you currently have a
9  relationship of a social nature with him?
10     A.   I don't hang out with him or anything like
11 that, if that's what you mean.
12     Q.   Did you ever aside from perhaps department
13 social events?
14     A.   No, sir.
15     Q.   On the department currently, are there
16 particular officers with whom you have close
17 friendships outside of your work at the police
18 department?
19     A.   No, not really.  Not really.  It's pretty
20 much professional.
21     Q.   You already told us about the -- where in
22 your pecking order Gavin fell at one time.  How would
23 you characterize your relationship with Gavin?
24     A.   I still talk to Gavin.  He's retired from

Page 13

1  the police department.
2      Q.   Okay.  Would you consider yourself to be
3  personally or socially friendly with him outside of
4  the workplace during that May-June 2018 time frame?
5      A.   I would, yes.
6      Q.   Okay.  How about Detective Officer
7  McKinney?  How would you characterize your personal or
8  your professional relationship with him now and then?
9      A.   We're friendly.  We work together in two
10 different -- two different units, and I mean, we've
11 known each other for quite a while.  I don't go out
12 with him.  I don't do stuff like that.
13     Q.   Okay.  In May-June of 2018, I understand
14 that you had a workstation or desk in the
15 investigations unit that was right next to the
16 Cellebrite computer.  Is that correct?
17     A.   That's correct.
18     Q.   Aside from being right next to it, can you
19 describe for us your proximity to it when you're at
20 your desk beginning with its distance from you?
21     A.   At my desk, it would be a walkway, which
22 would be approximately -- I don't know -- 3, 3 and a
23 half to 4 feet wide maybe and then a desk right
24 directly to my left.  On that desk is where the

Page 14

1  Cellebrite computer monitor was.
2      Q.   What training, if any, did you have on the
3  Cellebrite in the May 2018 time frame?
4      A.   Very little.  My training involving that
5  machine is -- it was limited.  And when the technology
6  was first introduced to me, it was by
7  Detective German, and German just gave me a basic
8  overview of what the machine does and, you know, the
9  different applications that it's used for.  And so I
10 would say it's very limited.
11     Q.   Is that still the case, that it's very
12 limited?
13     A.   Yeah, because we have certain people that
14 download different media devices, and, you know, I
15 rely on them.  Once I have a case involving certain
16 media that needs to be downloaded, I rely on them to
17 assist me with that.
18     Q.   And German is one of those people?
19     A.   Oh, yeah.
20     Q.   Botzum is another?
21     A.   Botzum -- I can't speak for Botzum.  I've
22 never worked with him, so I don't know his direct
23 knowledge on the machine.
24     Q.   Who else do you rely on?

Page 15

1      A.   The people that usually download the
2  phones in our office are Detective German,
3  Detective McKinney, and Detective Martinez.
4      Q.   Was that the case back then, in May of
5  2018?
6      A.   I believe so.
7      Q.   At that time frame, did you understand
8  that McKinney was proficient with the Cellebrite?
9      A.   I can't tell you how proficient he was
10 back then.  I know that -- I know that he was, you
11 know -- he worked with the machine.  But his basic
12 knowledge of it, I couldn't tell you what it -- what
13 that was.
14     Q.   Okay.  Here, up to -- prior to the May of
15 2018 time frame, did you see McKinney working at or
16 with the Cellebrite computer often?
17     A.   I don't recall.
18     Q.   My understanding is that there was a
19 general password for detectives to get access to the
20 Cellebrite, "general" meaning that the password was
21 the same and shared with all of the detectives.  Is
22 that your recollection?
23     A.   I don't recall anything about the
24 password.  I'm sorry.

6  (Pages 12 to 15)

Cassandra Socha v. City of Joliet; et al.
Deposition of Detective Brad McKeon - Taken 5/13/2021

Page 16

1  Q.  I gather that then and up until today's
2  date, you personally used the Cellebrite yourself as a
3  hands-on user very seldom?
4  A.  That's correct.  It's not something that I
5  can walk up to the machine and do.  I need assistance
6  to get to where I need to go in the Cellebrite program
7  itself to get the materials that I need.
8  Q.  Back in the May 2018 time frame, was
9  McKinney one of the people to whom you would go for
10  such assistance?
11  A.  You know, probably back then I would -- I
12  would only rely on German because I know how -- I know
13  how proficient Jeff is with the machine.  And I don't
14  recall ever using Detective McKinney to download any
15  evidence for me.
16  Q.  Okay.  Appreciating that you've already
17  told us that you yourself were not involved officially
18  in the department's investigation of Socha, while that
19  investigation was taking place, were you aware that it
20  was taking place?
21  A.  What -- The investigation into Officer
22  Socha -- was I aware that the investigation was taking
23  place?
24  Q.  Yes, sir.

Page 17

1  A.  No.
2  Q.  Yes, sir.
3  A.  No.
4  Q.  Okay.  Did you ever become aware that
5  Officer Socha was or had been the subject of an
6  investigation by the Joliet Police Department?
7  A.  I did.  You hear stuff.  But I wasn't a
8  hundred percent sure based on, you know -- I don't
9  really follow the rumor mill, and I wasn't a hundred
10  percent sure.
11  Q.  Okay.  Do you recall when you became aware
12  of that?  And if you can't give us a date on the
13  calendar, any other time reference that's helpful to
14  you would be helpful to us.
15  A.  I wish I could.  And honestly, I don't
16  recall when I actually heard that she was being
17  investigated.
18  Q.  Do you recall that you heard that at a
19  point in time when the investigation, as you
20  understood it, was still ongoing?
21  A.  I don't recall if that was the case or if
22  it was after or -- I don't -- I don't want to give you
23  the wrong timeline.
24  Q.  And we don't want you to guess, and I

Page 18

1  appreciate you making that clear for us.
2  From whom did you hear about the
3  department's investigation of Socha?
4  A.  I don't recall that either, sir.
5  Q.  When Crowley was being investigated by the
6  department and then prosecuted there in Will County,
7  were you aware that those events were ongoing?
8  A.  Yeah.  I mean, I heard about the situation
9  that they were going through.
10  Q.  Were you aware at the time that
11  Detective Sergeant Grizzle was the detective who was
12  primarily charged with investigating Crowley?
13  A.  When I first heard about the incident, no.
14  I didn't know who it was assigned to at that point.
15  Q.  At some point did you become aware of
16  that?
17  A.  Yeah.  I heard that, but it wasn't from --
18  You know, I didn't hear that from Sergeant Grizzle.
19  It was probably just people talking around the office.
20  But specifically I couldn't tell you who said what.
21  Q.  Have you ever heard
22  Detective Sergeant Grizzle talk about the
23  investigation of Crowley?
24  A.  No.

Page 19

1  Q.  Have you ever heard
2  Detective Sergeant Grizzle talk about, whether to you
3  or others, the trial of Crowley?
4  A.  No.  I don't recall hearing anything like
5  that.
6  Q.  All right.  Do you recall ever hearing
7  Detective Sergeant Grizzle talk about the role of
8  Socha's testimony as a witness in the Crowley trial?
9  A.  No, sir.
10  Q.  Have you ever heard any of your fellow
11  officers talk about the role of Socha as a witness in
12  the Crowley trial?
13  A.  I can't recall any specific incidents of
14  that, no.
15  Q.  Okay.  In the notes that you reviewed
16  prior to the deposition, there is a reference to you
17  seeing on the Cellebrite monitor a nude image of
18  Socha, correct?
19  A.  No.  What this is referring to is what I
20  told Inspector General Regis what I saw on the
21  computer monitor, and it was not a -- that's not it.
22  Q.  Okay.  Fair.  And I appreciate the
23  distinction, and it's a fair one.
24  Do you have a specific recollection of the

7 (Pages 16 to 19)

Cassandra Socha v. City of Joliet; et al.
Deposition of Detective Brad McKeon - Taken 5/13/2021

Page 20

1   date when that took place?
2       A.   I don't have a specific recollection of
3   when that took place.
4       Q.   Can you give us your best estimate as to
5   the date?
6       A.   No.  Again, I don't want to give you the
7   wrong information.  I don't recall the exact time
8   frame.
9       Q.   Does the time frame referenced in those
10  notes, June to May, which would be of 2018, refresh
11  your recollection as to when that occurred?
12      A.   No, because he wrote that down, and I
13  don't know what that was exactly in reference to.  So
14  specifically, I can't tell you what that notation is
15  in his notes.
16      Q.   Okay.  Do you have that in front of you?
17      A.   I do.
18      Q.   Okay.  Down in the lower right-hand
19  corner, there's a Bates stamp number that reads
20  CITY00178.
21      A.   That's correct, sir.
22      MR. ADAMS:  Erin, we'll call that, what you two
23  have, McKeon Deposition Exhibit No. 1.  Okay?  And
24  since he has it, I don't think we have to call it up

Page 21

1   on the screen.  It would be a waste of time.
2   BY MR. ADAMS:
3       Q.   And at the time what you saw on the
4   Cellebrite monitor was an image of some female's
5   breasts, true?
6       A.   True.
7       Q.   And they were nude, true?
8       A.   True.
9       Q.   At the time you saw that, the person
10  operating and working at the Cellebrite computer was
11  Officer McKinney, correct?
12      A.   That's correct.
13      Q.   How long had McKinney been working at the
14  Cellebrite before you saw the images of the breasts?
15      A.   I have no idea.
16      Q.   And "have no idea" is pretty limiting, but
17  I want to test you a little bit.
18           Can you estimate in minutes or hours?
19      A.   No, sir.
20      Q.   So it could have been minutes?  It could
21  have been hours?  You just have no recollection?
22      A.   I have no recollection because I was busy
23  doing what I was doing at my desk.
24      Q.   Okay.  What caused you to look at the

Page 22

1   images of the nude female breasts on the Cellebrite
2   monitor?
3       A.   Detective McKinney got my attention while
4   I was on the phone.  And I was speaking to somebody,
5   and he said, "Look at this," or, "Hey" -- I can't
6   remember what the exact verbiage was, but then I
7   glanced over, and at that point, that's when I saw the
8   monitor.
9       Q.   And at that point did he do anything else
10  to get your attention:  slap you on the shoulder?
11  knock on the desk? do anything other than that?
12      A.   No, no.
13      Q.   When he called out to you in that way to
14  get your attention, what was the expression on his
15  face?
16      A.   He didn't really have one that I can
17  recall.
18      Q.   And when he did that, you looked over at
19  the monitor?
20      A.   Yes, sir.
21      Q.   And from where you were seated, you would
22  have been 5, 6 feet away from the monitor?
23      A.   Yes, sir.
24      Q.   And it was a normal, plus or minus,

Page 23

1   desktop-size monitor?
2       A.   It was a fairly large monitor.
3       Q.   Okay.  And so when you looked over, you
4   could see exposed nude female breasts?
5       A.   That's correct.
6       Q.   You could not see a head or a face that
7   was attached to those breasts, true?
8       A.   That's correct.
9       Q.   After you saw that, what did you say to
10  McKinney?
11      A.   I looked at him and I mouthed to him,
12  "What is that?", or something like that.
13      Q.   What did he say to you?
14      A.   He said -- He said something to the effect
15  of, It -- I -- "It might be Socha's phone" or "It
16  might be Socha's records," or "It could be Socha's
17  records."  The exact verbiage, I -- I can't tell you
18  exactly what that was.
19      Q.   When he said that, were the images of the
20  exposed breasts without a face or a head to go with
21  them still on the screen?
22      A.   Yeah.
23      Q.   After he told you whatever it was he told
24  you about the identity of the exposed breasts

8 (Pages 20 to 23)

Cassandra Socha v. City of Joliet; et al.
Deposition of Detective Brad McKeon - Taken 5/13/2021

---

Page 24

1  displayed on the Cellebrite monitor, what did you do?
2      A.   I went back to my phone call and kept
3  doing my business.
4      Q.   And after that, what did McKinney do?
5      A.   I don't recall.
6      Q.   Do you recall for how much longer he
7  remained at the Cellebrite computer?
8      A.   No, sir.
9      Q.   Was there anyone else in the
10 investigations division office there where the
11 Cellebrite was located who was within what we call
12 earshot who appeared to be to you to be close enough
13 to have heard this exchange between you and McKinney
14 or at least McKinney's part of it?
15     A.   I have no idea.
16     Q.   Did McKinney call anyone else's attention
17 to the images of the breasts on the screen in the same
18 way that he did with you?
19     A.   I don't recall any of that happening.
20     Q.   After you completed the phone call you
21 were on when McKinney called your attention to the
22 image of the exposed breasts on the Cellebrite
23 monitor, did you have any further communication with
24 McKinney about what it was that he was doing, looking

---

Page 25

1  for, on that Cellebrite?
2      A.   No.
3      Q.   Have you ever since discussed that with
4  him?
5      A.   No.
6      Q.   That event has never come up in any
7  subsequent conversation between you and McKinney?
8      A.   No.
9      Q.   That's a correct statement?
10     A.   That's correct.
11     Q.   At the time did McKinney have, to your
12 knowledge, any official role in the Socha
13 investigation?
14     A.   I don't know.
15     Q.   Has he ever told you that he did?
16     A.   No.
17     Q.   Has he ever told you that he did not?
18     A.   No.
19     Q.   Did you ever report what McKinney had
20 shown you on the Cellebrite monitor to anyone in the
21 Joliet Police Department prior to this interview with
22 Regis?
23     A.   No.
24     Q.   Why not?

---

Page 26

1      A.   Well, it's like what you said earlier.  I
2  didn't know whether or not Detective McKinney had any
3  part in the investigation, and the person that
4  downloaded the information from Officer Socha's phone
5  would have been Sergeant Grizzle at that point.
6  Sergeant Grizzle was my supervisor.  So
7  Sergeant Grizzle knew that the files would have been
8  on that computer.  So I would -- Was I supposed to go
9  to Sergeant Grizzle and say, "Hey, these files are on
10 this computer?"
11     Q.   Did you know at the time that
12 Sergeant Grizzle was the one who had -- you say
13 downloaded.  In other depositions, we've used the word
14 "extracted" -- extracted the images off of Socha's
15 phone on to the Cellebrite?
16     A.   I don't know if he was the one that -- I
17 don't know if he's that knowledgeable to extract the
18 information from the phone on to that computer or if
19 he had somebody else do it for him.
20     Q.   Did you know at the time that McKinney got
21 your attention and showed you the image of the breasts
22 on the Cellebrite monitor that
23 Detective Sergeant Grizzle was the detective assigned
24 to investigate Socha?

---

Page 27

1      A.   At that time I believe I heard that, but
2  whether or not that was confirmed, I don't know
3  because it wasn't my investigation.
4      Q.   In explaining to us just now why you
5  didn't report the images that McKinney had shown you
6  on the Cellebrite monitor, you explained that Grizzle
7  would have been the one to download them.  What was
8  your basis for believing that?
9      A.   Well, if he was the one -- if he was the
10 one that was investigating the case and it was
11 involving Officer Socha, it would have been his
12 responsibility if that was a piece of his case or
13 evidence or whatever that was, whatever it may be --
14 if the files were extracted from her device to some
15 type of evidence; so that would be part of his case, I
16 would believe.  Does that make sense?
17     Q.   Did you say, "part of his case"?
18     A.   Yes.
19     Q.   So it does make sense.  I appreciate that.
20          How did you know at the time that it was
21 Grizzle's case?
22     A.   Again, I don't know the timing of the
23 situation, but I eventually heard that
24 Sergeant Grizzle was involved in that case.  Whether

---

9  (Pages 24 to 27)

Cassandra Socha v. City of Joliet; et al.
Deposition of Detective Brad McKeon - Taken 5/13/2021

Page 28

1  or not he was the one that was assigned to it -- I
2  don't know if that was his exact assignment or if he
3  was assisting another sergeant. But what happens in
4  these situations is, line detectives don't investigate
5  other officers; so there's only certain amount of
6  sergeants that are in the investigation division who
7  would have had the case.
8      Q.   Did you ever have any reason to
9  believe that any other sergeant than
10 Detective Sergeant Grizzle was involved in the
11 department's investigation of Socha?
12     A.   I don't know, because a lot of the times
13 you just hear stuff. And to know exactly from the
14 horse's mouth, "This is my case," I didn't get that
15 opportunity to hear that from anybody.
16     Q.   Okay. I want to press one more thing that
17 I've tried to ask and I think you've tried to answer.
18 But I'm not sure our record is clear on this. Do you
19 have a recollection of how it is or from whom it was
20 that you learned that this was Grizzle's case?
21     A.   No. Exactly, no.
22     Q.   Do you have a recollection of when it was
23 that you learned that this was Grizzle's case?
24     A.   No. I mean, what I recall is hearing it,

Page 29

1  but I don't know the exact time when I did hear it.
2  That's what I'm trying to say.
3      Q.   Did you know, when McKinney showed you the
4  images of the naked breasts on the Cellebrite, that
5  the investigation of Socha was Grizzle's case?
6      A.   I would have -- It would have been prior
7  to that that I would have heard Grizzle had the case.
8      Q.   And can you give us any reasonable
9  estimate that's just not a wild guess of how much
10 earlier you would have learned that fact?
11     A.   No. And I don't want to give you the
12 wrong information --
13     Q.   No, we don't want that either.
14         From your standpoint -- and I appreciate
15 that you can't ask -- I can't ask you to speak for
16 McKinney -- was there any law enforcement purpose for
17 you, Detective McKeon, to look the images of the nude
18 breasts on the Cellebrite computer that McKinney
19 showed you?
20     A.   Was there any law enforcement purpose?
21     Q.   Yes, sir.
22     A.   At the time, I didn't know. When
23 Detective McKinney gets my attention and motions
24 towards the screen, at that point I have no idea what

Page 30

1  I'm even looking at.
2      Q.   Okay. I understand that. I appreciate
3  that. And that -- He gets your attention, and turning
4  towards him and the Cellebrite screen is essentially a
5  reflex, what you see what you see, correct?
6      A.   Correct.
7      Q.   Irrespective -- I'm taking you out of the
8  moment. We're, you know, three years down the road.
9      A.   Mm-hmm
10     Q.   In your mind now was there any law
11 enforcement purpose for you to look at that image?
12     A.   There was no law enforcement purpose for
13 me to look at that image. It was a reflex looking at
14 the screen, and it had nothing to do with what I was
15 doing at the moment.
16     Q.   And again, with the benefit of
17 hindsight -- and I appreciate, Detective, that it was,
18 on your part, a reflex -- was there any law
19 enforcement purpose of which you can conceive for
20 McKinney to call your attention to that image of the
21 nude breasts on the Cellebrite monitor?
22     MS. PROCTOR:  Objection based on form and
23 foundation.
24

Page 31

1  BY MR. ADAMS:
2      Q.   You can answer.
3      A.   Can you repeat the question?
4      Q.   Sure.
5      MR. ADAMS:  Erin, could you read that back,
6  please?
7          The court reporter is going to read it
8  back.
9      THE WITNESS:  Okay.
10         (Record read as requested.)
11 BY THE WITNESS:
12     A.   You know, I don't want to say anything on
13 Detective McKinney's part, but I don't know what was
14 going on through his mind when he called my attention
15 to the computer screen.
16     Q.   And that's why I'm asking only for your
17 perspective, and I'll, therefore, ask the question a
18 little differently.
19     A.   Okay.
20     Q.   Even today, about three years later,
21 you're not aware of any law enforcement purpose for
22 which he did that, are you?
23     MS. PROCTOR:  Objection: form and foundation.
24

Royal Reporting Services, Inc.
312.361.8851

Cassandra Socha v. City of Joliet; et al.
Deposition of Detective Brad McKeon - Taken 5/13/2021

---

Page 32

1    BY THE WITNESS:
2       A.    I'm not aware -- I'm not aware of why he
3    did it.
4       Q.    Okay.  And I appreciate that.  That
5    answers a little different question than I asked.
6           You yourself are not aware of any law
7    enforcement purpose for which he showed you those
8    images, are you?
9       MR. ATKUS:  Objection:  asked and answered.
10   BY MR. ADAMS:
11      Q.    You can answer.
12      A.    I'm not aware of why Detective McKinney
13   drew my attention to the monitor.
14      Q.    In the three years or so since he did
15   that, has any law enforcement purpose for his doing so
16   become evident to you?
17      MS. PROCTOR:  Objection:  form and foundation and
18   asked and answered at least three times.
19   BY MR. ADAMS:
20      Q.    You can answer, Detective.
21      A.    Again, I don't know what was going through
22   Detective McKinney's mind at the time.
23      Q.    And I get that.  I'm not asking you,
24   Detective, to read his mind.  What I'm asking is

---

Page 33

1    what's in your mind.  And my question is, in all the
2    time since that happened, are you aware -- has any law
3    enforcement purpose for his doing what he did become
4    evident to you?
5       MS. PROCTOR:  Same objection.
6       MR. ATKUS:  Asked and answered.
7    BY THE WITNESS:
8       A.    Again, I don't -- I don't know why
9    Detective McKinney did what he did.
10      Q.    And I appreciate that, and everybody, I
11   think, understands that now.  I'm not -- That's why
12   I'm asking about your thinking.  And so I'll ask the
13   question again because, respectfully, you've avoided
14   it.
15           And the question is, has any law
16   enforcement purpose for his doing that become evident
17   to you?
18      MS. PROCTOR:  Same objection.
19      MR. ATKUS:  Same objection.
20      MS. PROCTOR:  He's already answered this.  He
21   says he doesn't know.  Let's move on.
22      MR. ADAMS:  That's not what --
23      MS. PROCTOR:  This is badgering the witness now.
24   You've asked the same questions four or five different

---

Page 34

1    ways to try to elicit a different answer.  So
2    objection:  asked and answered.
3    BY MR. ADAMS:
4       Q.    You can answer the question that I've
5    asked, Detective.
6       A.    Mr. Hall, with all due respect, that's my
7    answer.  I don't know what was behind
8    Detective McKinney getting my attention to look at the
9    computer monitor.  I can't answer that question.  I
10   don't know.
11      Q.    Did Detective McKinney then or ever
12   afterwards tell you on what basis he believed what he
13   and then you were looking at on that monitor were the
14   contents that had been extracted from Socha's device?
15      A.    No.
16      Q.    Did he ever call to your attention any
17   other image up there on that Cellebrite monitor that
18   was his basis for identifying those breasts that you
19   had seen as Socha's?
20      A.    No.
21      Q.    Did McKinney ever tell you that he had
22   seen any other images on that Cellebrite monitor that
23   enabled him to identify those breasts as Socha's?
24      A.    No.

---

Page 35

1       Q.    Specifically, did he tell you that he had
2    ever seen Socha's -- an image of Socha's face
3    displayed on the monitor?
4       A.    No.
5       Q.    Did you ever see an image of Socha's face
6    displayed on the monitor?
7       A.    No.
8       Q.    Has anyone in the department ever
9    expressed to you opinions about the manner in which
10   the data that was extracted from Socha's device was
11   handled by the Joliet Police Department?
12      A.    No.
13      Q.    Have you ever expressed any such opinions
14   to anyone?
15      A.    No.
16      Q.    Have you ever discussed the Socha
17   investigation with Roechner?
18      A.    No.
19      Q.    How about with Gavin?
20      A.    No.
21      Q.    Reid?
22      A.    No.
23      Q.    Any other officer in the Joliet Police
24   Department?

---

11  (Pages 32 to 35)

Cassandra Socha v. City of Joliet; et al.
Deposition of Detective Brad McKeon - Taken 5/13/2021

Page 36

1    A.   No.
2    Q.   Have you heard any of your fellow officers
3  discuss viewing any of the data that was extracted
4  from Socha's device?
5    A.   No, sir.
6    Q.   Have you heard any of your fellow officers
7  up or down your chain of command discuss images
8  extracted from that device depicting Socha either nude
9  or engaged in sex acts?
10    A.   No.
11    Q.   You were not involved in the handling of
12  any of the evidence that was extracted from Socha's
13  device, correct?
14    A.   Correct.
15    Q.   Other than Grizzle, do you know who was?
16    A.   No.
17    MR. ADAMS:  Those are all the questions I have.
18  Thank you very much.
19    MS. PROCTOR:  I'd like to take a five-minute
20  break.  We'll just take a break for the witness's
21  benefit, and we'll tune in about five minutes from
22  now.  Thank you.
23        (A short break was had.)
24    MS. PROCTOR:  On behalf of the City of Joliet, I

Page 37

1  do not have any questions.  Thank you, Officer McKeon,
2  for your time and attention today.
3    MR. ATKUS:  I don't have anything either.
4    MR. ADAMS:  Officer, you have a right under our
5  rules, as you may recall, to review the transcript of
6  this deposition when it's written in order to note any
7  instances where you believe the transcription --
8  either the questions or the answers are inaccurately
9  transcribed.  You can't change either questions or
10  answers, but you can separately note instances where
11  you believe either is inaccurate.  Or you can waive
12  that right.  We need you to tell us on the record what
13  you wish to do.
14    THE WITNESS:  I'll waive it.
15    MR. ADAMS:  All right.  Show signature as waived,
16  and we are going to write this, Erin.
17        Thanks very much, Officer.
18    MS. PROCTOR:  Thank you.  The City of Joliet will
19  take a copy.
20        (Deposition concluded at 11:09 a.m.)
21
22
23
24

12  (Pages 36 to 37)

Cassandra Socha v. City of Joliet; et al.
Deposition of Detective Brad McKeon - Taken 5/13/2021

Page 38

1    UNITED STATES OF AMERICA       )
     NORTHERN DISTRICT OF ILLINOIS  )
2    EASTERN DIVISION               )    SS.
     STATE OF ILLINOIS              )
3    COUNTY OF COOK                 )

4

5            I, ERIN D. MITORAJ, Certified Shorthand

6    Reporter, do hereby certify that DETECTIVE BRAD McKEON

7    was first duly sworn by me to testify the whole truth

8    and that the above deposition was reported

9    stenographically by me and reduced to typewriting

10   under my personal direction.

11           I further certify that the said deposition

12   was taken via videoconference and that the taking of

13   said deposition commenced on May 13th, 2021, at

14   10:12 a.m.

15           I further certify that I am not a relative

16   or employee or attorney or counsel of any of the

17   parties, nor a relative or employee of such attorney

18   or counsel or financially interested directly or

19   indirectly in this action.

20

21

22

23

24

Cassandra Socha v. City of Joliet; et al.
Deposition of Detective Brad McKeon - Taken 5/13/2021

Page 39

1              The signature of the witness, DETECTIVE BRAD

2    McKEON, was reserved by agreement of counsel

3              Witness my signature as a Certified

4    Shorthand Reporter in the State of Illinois, on

5    June 9th, 2021.

6

7

8

9

10    _____
      ERIN D. MITORAJ, CSR
11    161 North Clark Street
      Suite 3250
12    Chicago, Illinois 60601
      Phone:  312.361.8851
13
      CSR No. 084-003582
14

15

16

17

18

19

20

21

22

23

24

Cassandra Socha v. City of Joliet; et al.
Deposition of Detective Brad McKeon - Taken 5/13/2021

Page 40

**A**

a.m 37:20 38:14
able 6:10
academic 7:6
access 15:19
accommodate 5:8
action 38:19
active 10:16
acts 36:9
Adams 2:2,2 3:4 4:8,10 20:22 21:2 31:1,5 32:10,19 33:22 34:3 36:17 37:4,15
advancement 8:22
ago 8:17
agreement 39:2
Al 11:5
AMERICA 38:1
amount 28:5
answer 5:6,10 5:14,15,16,17 11:14 28:17 31:2 32:11,20 34:1,4,7,9
answered 32:9 32:18 33:6,20 34:2
answers 32:5 37:8,10
anybody 28:15
APPEARAN... 2:1
appeared 24:12
applications 14:9
appreciate 18:1 19:22 27:19 29:14 30:2,17 32:4 33:10
Appreciating

16:16
approximately 7:8,9 10:10 13:22
articles 9:17,20
aside 12:12 13:18
asked 5:5,17,18 32:5,9,18 33:6 33:24 34:2,5
asking 31:16 32:23,24 33:12
assigned 9:2 18:14 26:23 28:1
assignment 7:19 8:11,12,18 9:4 28:2
assist 14:17
assistance 16:5 16:10
assisting 28:3
associate's 7:3
assuming 6:7
ATKUS 2:7 32:9 33:6,19 37:3
attached 23:7
attempting 5:6
attention 22:3 22:10,14 24:16 24:21 26:21 29:23 30:3,20 31:14 32:13 34:8,16 37:2
attorney 38:16 38:17
avoided 33:13
aware 16:19,22 17:4,11 18:7 18:10,15 31:21 32:2,2,6,12 33:2

**B**

B 3:6
back 5:7 15:4,10 16:8,11 24:2 31:5,8
badgering 33:23
based 17:8 30:22
basic 14:7 15:11
basis 27:8 34:12 34:18
Bates 20:19
Batis 11:1,1
beginning 13:20
behalf 2:6,11,17 36:24
believe 8:15,15 11:1,4,12,13 15:6 27:1,16 28:9 37:7,11
believed 34:12
believing 27:8
benefit 30:16 36:21
best 20:4
Beyond 10:15
bit 21:17
Bolingbrook 2:14
boss 12:5
Botzum 14:20 14:21,21
Boughton 2:13
BRAD 1:10 3:3 4:3 38:6 39:1
break 36:20,20 36:23
breasts 21:5,14 22:1 23:4,7,20 23:24 24:17,22 26:21 29:4,18 30:21 34:18,23
business 24:3
busy 21:22

**C**

calendar 17:13
call 20:22,24 24:2,11,16,20 30:20 34:16
called 1:11 4:4 22:13 24:21 31:14
career 8:21,23
case 14:11,15 15:4 17:21 27:10,12,15,17 27:21,24 28:7 28:14,20,23 29:5,7
Cassandra 1:3 2:18 4:10
caused 21:24
Cellebrite 13:16 14:1,3 15:8,16 15:20 16:2,6 19:17 21:4,10 21:14 22:1 24:1,7,11,22 25:1,20 26:15 26:22 27:6 29:4,18 30:4 30:21 34:17,22
certain 14:13,15 28:5
Certified 1:15 38:5 39:3
certify 38:6,11 38:15
chain 10:22 36:7
change 37:9
characterize 10:6 12:2,23 13:7
charge 11:10
charged 18:12
Chicago 2:4 39:12
chief 9:8 11:3,4

11:6,9,11,12 11:16,17,18,22 12:4
City 1:6 2:17 36:24 37:18
CITY00178 20:20
Civil 1:12
claims 9:18
Clark 39:11
clear 18:1 28:18
close 12:16 24:12
College 7:7
come 25:6
comes 9:4
command 10:22 36:7
commander 10:23
commenced 38:13
communication 24:23
complaint 9:11 9:15
completed 24:20
completely 5:11 5:12
computer 13:16 14:1 15:16 19:21 21:10 24:7 26:8,10 26:18 29:18 31:15 34:9
conceive 30:19
concluded 37:20
confirmed 27:2
connection 4:23
consider 13:2
contents 34:14
conversation 25:7
COOK 38:3

Cassandra Socha v. City of Joliet; et al.
Deposition of Detective Brad McKeon - Taken 5/13/2021

copy 6:1,3 37:19
corner 20:19
corporation 1:7
correct 7:18,21
  8:10 11:8
  13:16,17 16:4
  19:18 20:21
  21:11,12 23:5
  23:8 25:9,10
  30:5,6 36:13
  36:14
counsel 38:16,18
  39:2
County 18:6
  38:3
couple 5:2
court 1:1 31:7
Courts 1:13
Criminal 7:5
Crowley 9:24
  18:5,12,23
  19:3,8,12
CSR 39:10,13
current 7:19
currently 12:8
  12:15

**D**
D 1:15 3:1 38:5
  39:10
DARCY 2:12
Darrell 11:13
data 35:10 36:3
date 6:23 16:2
  17:12 20:1,5
Dearborn 2:3
decision 9:9
Defendant 2:11
  2:17
Defendants 1:8
degrees 7:3
delved 9:19
department
  7:11,13 8:2

11:7 12:1,12
12:15,18 13:1
17:6 18:6
25:21 35:8,11
35:24
department's
  9:22 10:3
  16:18 18:3
  28:11
depicting 36:8
deposition 1:10
  3:7 4:18 5:21
  5:24 6:22
  19:16 20:23
  37:6,20 38:8
  38:11,13
depositions 1:14
  26:13
deputy 11:2,4,9
  11:12,16,16,18
  11:22
describe 13:19
designation 8:8
  8:14
desk 13:14,20,21
  13:23,24 21:23
  22:11
desktop-size
  23:1
detective 1:10
  3:3 4:3 7:20,22
  7:24 8:13,18
  9:2 10:7 13:6
  14:7 15:2,3,3
  16:14 18:11,11
  18:22 19:2,7
  22:3 26:2,23
  26:23 28:10
  29:17,23 30:17
  31:13 32:12,20
  32:22,24 33:9
  34:5,8,11 38:6
  39:1
detectives 8:15

15:19,21 28:4
device 27:14
  34:14 35:10
  36:4,8,13
devices 14:14
different 9:6
  13:10,10 14:9
  14:14 32:5
  33:24 34:1
differently
  31:18
difficulty 4:13
direct 14:22
direction 38:10
directly 13:24
  38:18
disciplines 7:4
discuss 36:3,7
discussed 25:3
  35:16
displayed 24:1
  35:3,6
distance 13:20
distinction
  19:23
District 1:1,1,13
  38:1
division 1:2 8:1
  8:19 9:3,10
  11:3 24:10
  28:6 38:2
divisions 8:16
document 5:22
  6:15,16
documents 5:20
doing 21:23,23
  24:3,24 30:15
  32:15 33:3,16
download 14:14
  15:1 16:14
  27:7
downloaded
  14:16 26:4,13
dproctor@tre...

2:15
drew 32:13
due 34:6
duly 4:4 38:7
duties 4:24
duty 7:19 8:11
  8:12,18

**E**
E 3:1,6
e-mail 2:5,10,15
  5:23
e-mailed 6:16
earlier 26:1
  29:10
earshot 24:12
East 2:13
EASTERN 1:2
  38:2
education 7:2
Edward 1:7
  2:11
effect 23:14
either 18:4
  29:13 36:8
  37:3,8,9,11
elicit 34:1
else's 24:16
employee 38:16
  38:17
enabled 34:23
enforcement 7:5
  29:16,20 30:11
  30:12,19 31:21
  32:7,15 33:3
  33:16
engaged 36:9
Erin 1:15 20:22
  31:5 37:16
  38:5 39:10
essentially 30:4
estimate 20:4
  21:18 29:9
evaluating 9:6

event 25:6
events 4:23
  12:13 18:7
eventually 27:23
everybody 33:10
evidence 16:15
  27:13,15 36:12
evident 32:16
  33:4,16
exact 20:7 22:6
  23:17 28:2
  29:1
exactly 20:13
  23:18 28:13,21
examination
  1:11 3:4 4:7
examined 4:5
excerpts 9:14
exchange 24:13
Exhibit 3:7
  20:23
explained 5:8
  27:6
explaining 27:4
exposed 23:4,20
  23:24 24:22
expressed 35:9
  35:13
expression
  22:14
extent 6:10 10:7
  12:3
extract 26:17
extracted 26:14
  26:14 27:14
  34:14 35:10
  36:3,8,12

**F**
face 22:15 23:6
  23:20 35:2,5
fact 29:10
fair 5:12 19:22
  19:23

Cassandra Socha v. City of Joliet; et al.
Deposition of Detective Brad McKeon - Taken 5/13/2021

Page 42

**fairly** 23:2
**far** 11:24
**Federal** 1:12
**feet** 13:23 22:22
**fell** 12:22
**fellow** 6:6 9:23
  19:10 36:2,6
**female** 22:1 23:4
**female's** 21:4
**files** 26:7,9
  27:14
**financially**
  38:18
**first** 4:4 10:12
  14:6 18:13
  38:7
**five** 4:22 7:23
  8:17 33:24
  36:21
**five-minute**
  36:19
**follow** 17:9
**follows** 4:6
**form** 30:22
  31:23 32:17
**formal** 7:1
**foundation**
  30:23 31:23
  32:17
**four** 10:11,12
  33:24
**frame** 10:4,20
  13:4 14:3 15:7
  15:15 16:8
  20:8,9
**friendly** 13:3,9
**friends** 10:16
**friendships**
  12:17
**front** 20:16
**function** 8:9
**further** 24:23
  38:11,15

---
**G**
---
**gather** 16:1
**Gavin** 11:13,15
  12:22,23,24
  35:19
**general** 6:6
  15:19,20 19:20
**German** 14:7,7
  14:18 15:2
  16:12
**getting** 34:8
**give** 5:6,9 11:13
  17:12,22 20:4
  20:6 29:8,11
**given** 4:18
**glanced** 22:7
**go** 5:2 13:11
  16:6,9 23:20
  26:8
**going** 5:2 18:9
  31:7,14 32:21
  37:16
**Good** 4:9
**Grizzle** 1:7 2:11
  10:8 18:11,18
  18:22 19:2,7
  26:5,6,7,9,12
  26:23 27:6,24
  28:10 29:7
  36:15
**Grizzle's** 27:21
  28:20,23 29:5
**ground** 5:18
**guess** 5:14,18
  17:24 29:9

---
**H**
---
**H** 3:6
**half** 10:11,12
  13:23
**Hall** 2:2,2 4:9
  34:6
**hall@adamsle...**
  2:5

**handled** 35:11
**handling** 36:11
**hands** 4:14
**hands-on** 16:3
**handwritten** 6:1
  6:3
**hang** 12:10
**happened** 33:2
**happening**
  24:19
**happens** 28:3
**head** 23:6,20
**headlines** 9:19
**hear** 4:10 17:7
  18:2,18 28:13
  28:15 29:1
**heard** 5:5,11
  17:16,18 18:8
  18:13,17,21
  19:1,10 24:13
  27:1,23 29:7
  36:2,6
**hearing** 19:4,6
  28:24
**helpful** 17:13,14
**HESS** 2:13
**Hey** 22:5 26:9
**highest** 7:1
**hindsight** 30:17
**honestly** 17:15
**HOPPE** 2:7
**horse's** 28:14
**hours** 21:18,21
**hundred** 17:8,9

---
**I**
---
**idea** 21:15,16
  24:15 29:24
**identify** 34:23
**identifying**
  34:18
**identity** 23:24
**III** 2:2
**Illinois** 1:1 2:4,9

  2:14 38:1,2
  39:4,12
**image** 19:17
  21:4 24:22
  26:21 30:11,13
  30:20 34:17
  35:2,5
**images** 21:14
  22:1 23:19
  24:17 26:14
  27:5 29:4,17
  32:8 34:22
  36:7
**important** 5:4
**inaccurate**
  37:11
**inaccurately**
  37:8
**incident** 18:13
**incidents** 19:13
**indirectly** 38:19
**individuals** 9:6
**information**
  20:7 26:4,18
  29:12
**inspector** 6:6
  19:20
**instances** 37:7
  37:10
**institutions** 7:6
**interested** 38:18
**interview** 6:5
  9:7 25:21
**interviewed** 9:5
**introduced** 14:6
**investigate**
  26:24 28:4
**investigated**
  17:17 18:5
**investigating**
  4:24 18:12
  27:10
**investigation**
  9:22 10:3

  16:18,19,21,22
  17:6,19 18:3
  18:23 25:13
  26:3 27:3 28:6
  28:11 29:5
  35:17
**investigations**
  8:1,18 9:3,10
  10:10,13,24
  11:3,10,23
  13:15 24:10
**investigator**
  6:13
**involved** 4:24
  9:21 16:17
  27:24 28:10
  36:11
**involving** 14:4
  14:15 27:11
**Irrespective**
  30:7

---
**J**
---
**J** 2:7,13
**JAMES** 2:13
**Jeff** 16:13
**jhess@tressle...**
  2:16
**jog** 6:11
**JOHN** 1:7
**Joliet** 1:6 2:17
  7:7,10 8:1 17:6
  25:21 35:11,23
  36:24 37:18
**Jr** 2:13
**June** 20:10 39:5
**Junior** 7:7
**justice** 7:5

---
**K**
---
**kept** 24:2
**knew** 26:7
**KNIGHT** 2:7,7
**knock** 22:11

Cassandra Socha v. City of Joliet; et al.
Deposition of Detective Brad McKeon - Taken 5/13/2021

Page 43

**know** 5:14,16
11:14,16,24
13:22 14:8,14
14:22 15:10,10
15:11 16:11,12
16:12 17:8
18:14,18 20:13
25:14 26:2,11
26:16,17,20
27:2,20,22
28:2,12,13
29:1,3,22 30:8
31:12,13 32:21
33:8,21 34:7
34:10 36:15
**knowledge**
14:23 15:12
25:12
**knowledgeable**
26:17
**known** 13:11
**KURNIK** 2:7

**L**

**L** 2:12
**large** 23:2
**law** 2:2 7:5
29:16,20 30:10
30:12,18 31:21
32:6,15 33:2
33:15
**lawsuit** 9:12,15
9:18
**learned** 28:20
28:23 29:10
**led** 9:22
**left** 13:24
**Let's** 33:21
**level** 7:1
**lieutenant** 10:23
10:24 11:1
**limited** 14:5,10
14:12
**limiting** 21:16

**line** 28:4
**list** 9:9
**little** 14:4 21:17
31:18 32:5
**LLC** 2:2
**LLP** 2:12
**located** 24:11
**long** 7:10,22
21:13
**longer** 24:6
**look** 21:24 22:5
29:17 30:11,13
34:8
**looked** 5:22
22:18 23:3,11
**looking** 24:24
30:1,13 34:13
**lot** 28:12
**lower** 20:18

**M**

**machine** 14:5,8
14:23 15:11
16:5,13
**making** 18:1
**manner** 35:9
**Martinez** 15:3
**master** 8:5,7,14
**materials** 16:7
**matkus@khk...**
2:10
**May-June** 10:4
10:19 13:4,13
**McKEON** 1:10
3:3,7 4:3 20:23
29:17 37:1
38:6 39:2
**McKinney** 13:7
15:3,8,15 16:9
16:14 21:11,13
22:3 23:10
24:4,13,16,21
24:24 25:7,11
25:19 26:2,20

27:5 29:3,16
29:18,23 30:20
32:12 33:9
34:8,11,21
**McKinney's**
24:14 31:13
32:22
**mean** 12:4,11
13:10 18:8
28:24
**meaning** 15:20
**media** 14:14,16
**MICHAEL** 2:7
**Mike** 11:1
**mill** 17:9
**mind** 30:10
31:14 32:22,24
33:1
**minus** 22:24
**minutes** 21:18
21:20 36:21
**Mitoraj** 1:15
38:5 39:10
**Mm-hmm** 30:9
**moment** 30:8,15
**monitor** 14:1
19:17,21 21:4
22:2,8,19,22
23:1,2 24:1,23
25:20 26:22
27:6 30:21
32:13 34:9,13
34:17,22 35:3
35:6
**morning** 4:9
**motions** 29:23
**mouth** 28:14
**mouthed** 23:11
**move** 8:17 33:21
**municipal** 1:6

**N**

**N** 3:1
**naked** 29:4

**name** 4:9 6:19
**named** 6:6,13
9:23
**nature** 8:19 10:6
12:2,9
**necessitate** 8:13
**need** 5:6 16:5,6
16:7 37:12
**needs** 14:16
**never** 5:14,18
9:19 14:22
25:6
**newspaper** 9:17
**Nicholas** 9:23
**normal** 22:24
**North** 2:3,8
39:11
**NORTHERN**
1:1 38:1
**notation** 20:14
**note** 37:6,10
**notes** 6:2,3,5,8
6:11 19:15
20:10,15
**notice** 1:12 5:24
**nude** 19:17 21:7
22:1 23:4
29:17 30:21
36:8
**number** 20:19

**O**

**objection** 30:22
31:23 32:9,17
33:5,18,19
34:2
**obviously** 9:5
**occasions** 4:22
**occurred** 20:11
**office** 15:2 18:19
24:10
**officer** 4:9 7:2
7:17 8:5,6,8,10
9:23 10:3 13:6

16:21 17:5
21:11 26:4
27:11 35:23
37:1,4,17
**officers** 12:16
19:11 28:5
36:2,6
**OFFICES** 2:2
**official** 4:23
9:21 10:2
25:12
**officially** 16:17
**Oh** 14:19
**okay** 5:2,18 6:4
6:15,18,21 8:7
8:12 9:21 12:6
13:2,6,13
15:14 16:16
17:4,11 19:15
19:22 20:16,18
20:23 21:24
23:3 28:16
30:2 31:9,19
32:4
**Once** 14:15
**ongoing** 17:20
18:7
**operating** 21:10
**opinions** 35:9,13
**opportunity**
28:15
**order** 5:20 12:22
37:6
**outside** 12:7,17
13:3
**overview** 14:8

**P**

**PAGE** 3:2,7
**panel** 9:6,8
**part** 24:14 26:3
27:15,17 30:18
31:13
**particular** 12:16

Cassandra Socha v. City of Joliet; et al.
Deposition of Detective Brad McKeon - Taken 5/13/2021

Page 44

parties 38:17
password 15:19
  15:20,24
patrol 7:16 8:5,5
  8:8,9
pecking 12:22
people 14:13,18
  15:1 16:9
  18:19
percent 17:8,10
period 11:7,15
person 21:9 26:3
personal 13:7
  38:10
personally 13:3
  16:2
perspective
  31:17
pertaining 1:14
phone 2:4,9,15
  22:4 23:15
  24:2,20 26:4
  26:15,18 39:12
phones 15:2
piece 27:12
place 6:20 11:9
  16:19,20,23
  20:1,3
Plaintiff 1:4,11
  2:6
please 31:6
plus 22:24
point 17:19
  18:14,15 22:7
  22:9 26:5
  29:24
police 7:11 8:2
  9:8 12:1,4,17
  13:1 17:6
  25:21 35:11,23
position 9:5
  11:23
precise 7:24
preparation

6:22
prepare 5:21
PRESENT 2:18
press 28:16
presume 5:10
pretty 12:19
  21:16
primarily 8:9
  18:12
prior 15:14
  19:16 25:21
  29:6
probably 16:11
  18:19
Procedure 1:13
process 9:7
PROCTOR
  2:12 30:22
  31:23 32:17
  33:5,18,20,23
  36:19,24 37:18
professional
  10:15 12:7,20
  13:8
professionally
  12:7
proficient 15:8,9
  16:13
program 16:6
promoted 11:10
promotion 8:19
prosecuted 18:6
prosecution
  9:23
proximity 13:19
purpose 29:16
  29:20 30:11,12
  30:19 31:21
  32:7,15 33:3
  33:16
pursuant 1:11
  1:12

_____

Q

question 5:5,10
  5:11,15 31:3
  31:17 32:5
  33:1,13,15
  34:4,9
questions 5:7
  33:24 36:17
  37:1,8,9
quickly 5:3
quite 13:11

_____

R

rank 8:4,5,8 9:9
read 5:7 9:11,14
  9:17 31:5,7,10
  32:24
reads 20:19
real 5:3
really 12:19,19
  17:9 22:16
reason 28:8
reasonable 29:8
recall 15:17,23
  16:14 17:11,16
  17:18,21 18:4
  19:4,6,13 20:7
  22:17 24:5,6
  24:19 28:24
  37:5
recognize 6:4
recollection 6:11
  15:22 19:24
  20:2,11 21:21
  21:22 28:19,22
record 28:18
  31:10 37:12
records 23:16
  23:17
reduced 38:9
reference 17:13
  19:16 20:13
referenced 20:9
referring 11:20
  19:19

reflex 30:5,13,18
refresh 20:10
regime 11:17,19
  11:20
Regis 6:6,13
  19:20 25:22
Reid 11:16,18
  11:22 35:21
relationship
  10:7,15 12:3,8
  12:9,23 13:8
relative 38:15
  38:17
rely 14:15,16,24
  16:12
remained 24:7
remember 5:16
  5:18 6:19 22:6
repeat 31:3
repeated 5:7
rephrased 5:7
report 25:19
  27:5
reported 38:8
reporter 1:16
  31:7 38:6 39:4
represent 4:10
requested 31:10
reserved 39:2
respect 34:6
respectfully
  33:13
responsibility
  27:12
result 8:13
retired 11:24
  12:24
review 37:5
reviewed 5:20
  19:15
right 4:11 13:15
  13:18,23 19:6
  37:4,12,15
right-hand

20:18
River 2:8
road 2:8,13 30:8
Roechner 11:5
  12:3 35:17
Roechner-as-c...
  11:20
role 10:2 19:7,11
  25:12
Rosemont 2:9
rules 1:12 5:3
  37:5
rumor 17:9

_____

S

S 3:6
satisfy 5:4
saw 19:20 21:3,9
  21:14 22:7
  23:9
says 33:21
screen 21:1
  23:21 24:17
  29:24 30:4,14
  31:15
seated 22:21
see 15:15 23:4,6
  30:5,5 35:5
seeing 19:17
seen 9:19 34:19
  34:22 35:2
seldom 16:3
seniority 8:9,11
sense 27:16,19
sent 5:23
separately 37:10
sergeant 10:8,9
  10:19 18:11,18
  18:22 19:2,7
  26:5,6,7,9,12
  26:23 27:24
  28:3,9,10
sergeants 28:6
served 7:10,14

Cassandra Socha v. City of Joliet; et al.
Deposition of Detective Brad McKeon - Taken 5/13/2021

Page 45

sex 36:9
shared 15:21
short 36:23
Shorthand 1:16
  38:5 39:4
shoulder 22:10
Show 37:15
showed 26:21
  29:3,19 32:7
shown 25:20
  27:5
signature 37:15
  39:1,3
sir 4:12 5:1,13
  5:19 6:9,14,24
  7:3,15 8:3,20
  9:1,13,16 10:1
  10:5,14,18
  11:21 12:14
  16:24 17:2
  18:4 19:9
  20:21 21:19
  22:20,23 24:8
  29:21 36:5
situation 18:8
  27:23
situations 28:4
slap 22:10
Socha 1:3 2:18
  4:10 10:3
  16:18,22 17:5
  18:3 19:11,18
  25:12 26:24
  27:11 28:11
  29:5 35:16
  36:8
Socha's 9:11,14
  9:18 19:8
  23:15,16,16
  26:4,14 34:14
  34:19,23 35:2
  35:2,5,10 36:4
  36:12
social 12:9,13

socially 10:16
  12:5 13:3
somebody 22:4
  26:19
sorry 15:24
sort 8:21
sound 6:20
speak 14:21
  29:15
speaking 22:4
specific 19:13,24
  20:2
specifically
  18:20 20:14
  35:1
spoken 6:21
squared 6:23
SS 38:2
stamp 20:19
standpoint
  29:14
started 7:16
State 38:2 39:4
statement 25:9
States 1:1,13
  38:1
stenographica...
  38:9
step 8:23
Street 2:3 39:11
stuff 13:12 17:7
  28:13
subject 17:5
subpoena 6:1
subsequent 25:7
Suite 2:3,8,14
  39:11
supervisor 26:6
supposed 26:8
sure 4:15 17:8
  17:10 28:18
  31:4
sworn 4:1,5 38:7

T

T 3:6
take 8:21 36:19
  36:20 37:19
taken 1:14 38:12
talk 12:24 18:22
  19:2,7,11
talking 12:5
  18:19
technology 4:15
  14:5
tell 15:9,12
  18:20 20:14
  23:17 34:12,21
  35:1 37:12
test 21:17
testified 4:5
testify 38:7
testimony 4:18
  19:8
Thank 36:18,22
  37:1,18
Thanks 37:17
thing 28:16
things 5:9 6:12
think 6:19 20:24
  28:17 33:11
thinking 33:12
three 10:11,12
  30:8 31:20
  32:14,18
time 4:13 6:23
  10:4,20,22
  11:1,2,5,7,15
  12:22 13:4
  14:3 15:7,15
  16:8 17:13,19
  18:10 20:7,9
  21:1,3,9 25:11
  26:11,20 27:1
  27:20 29:1,22
  32:22 33:2
  37:2
timeline 17:23

times 4:21 5:9
  28:12 32:18
timing 27:22
today 31:20 37:2
today's 5:21
  16:1
told 12:6,21
  16:17 19:20
  23:23,23 25:15
  25:17
training 14:2,4
transcribed 37:9
transcript 37:5
transcription
  37:7
Tressler 2:12
  6:20
trial 19:3,8,12
tried 28:17,17
true 21:5,6,7,8
  23:7
truth 38:7
try 34:1
trying 29:2
tune 36:21
turning 30:3
two 7:3 10:16
  13:9,10 20:22
type 27:15
typewriting 38:9

U

ultimate 9:9
ultimately 9:7
understand 8:7
  13:13 15:7
  30:2
understanding
  15:18
understands
  33:11
understood 4:17
  5:5,11 17:20
unit 8:1 13:15

United 1:1,13
  38:1
units 13:10
user 16:3
usually 15:1

V

verbiage 22:6
  23:17
videoconference
  1:15 2:1 4:5
  38:12
viewing 36:3
vs 1:5

W

waive 37:11,14
waived 37:15
walk 16:5
walkway 13:21
want 11:13
  17:22,24 20:6
  21:17 28:16
  29:11,13 31:12
wanted 8:24
wasn't 17:7,9
  18:17 27:3
waste 21:1
watch 10:23
wave 4:14
way 9:22 22:13
  24:18
ways 34:1
we'll 5:8 20:22
  36:20,21
We're 13:9 30:8
we've 13:10
  26:13
went 11:6 24:2
weren't 6:8
wide 13:23
wild 29:9
wish 17:15
  37:13

Cassandra Socha v. City of Joliet; et al.
Deposition of Detective Brad McKeon - Taken 5/13/2021

**witness** 3:2 4:1,4 19:8,11 31:9 31:11 32:1 33:7,23 37:14 39:1,3
**witness's** 36:20
**word** 26:13
**work** 12:17 13:9
**worked** 14:22 15:11
**working** 4:16 15:15 21:10,13
**workplace** 13:4
**workstation** 13:14
**write** 37:16
**written** 37:6
**wrong** 11:14 17:23 20:7 29:12
**wrote** 20:12

**X**
**X** 3:1,6

**Y**
**yeah** 14:13,19 18:8,17 23:22
**years** 7:8,8,12 7:23 8:17 10:11,12 30:8 31:20 32:14
**yesterday** 6:17

**Z**

**0**
**084-003582** 39:13

**1**
**1** 3:8 20:23
**1-20** 1:7
**1:18-cv-05681** 1:5

**10:12** 38:14
**11:09** 37:20
**13th** 1:16 38:13
**15** 7:12
**161** 39:11

**2**
**20** 3:8
**2001** 7:9
**2002** 7:9
**2018** 10:4,19 13:4,13 14:3 15:5,15 16:8 20:10
**2021** 1:16 38:13 39:5
**2350** 2:3
**250** 2:14

**3**
**3** 13:22,22
**312.361.8851** 39:12
**312.445.4900** 2:4
**3250** 39:11
**33** 2:3

**4**
**4** 3:4 13:23

**5**
**5** 22:22
**550** 2:13
**5600** 2:8

**6**
**6** 22:22
**600** 2:8
**60018** 2:9
**60440** 2:14
**60601** 39:12
**60602** 2:4
**630.759.0800** 2:15

**7**

**8**
**847.261.0700** 2:9

**9**
**9th** 39:5

McKEOWN

- 34Rs
- INV. INVOLVED TEXTS S/w GRIZZLE
- WON'T TAKE PART
- CAN USE CELL PHONE
- DOESN'T REALLY KNOW HOW
- JUNE/MAY — @ SITS NEXT TO CELL PHONE
  MCKEOWN GOT HIS ATTENTION + SAID
  LOOK AT THIS — PIC OF BREASTS ASKED
  WHO IS THIS — MCK SAID SOMLL +
  WENT BACK TO WHAT HE WAS
  DOING
- SAID NOTHING TO ANYONE
- DOESN'T THINK ANYONE TALKS ABOUT
- DOESN'T HAVE
- DOESN'T KNOW
- WASN'T THERE ON 8/24
- NEXT WORK DAY TALKED TO AC
- GAVE PHONE TO AC
- HASN'T SEEN IT
- WORK COMP. P/WORD PROTECTED
- FLASH DRIVES — WORK NOT PERSONAL

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

CITY00178

EXHIBIT
1
McKeon
5/13/2021
Erin D. Millang, CSR