





Transcript of the Deposition of
# Darrell Gavin
**Case:** Cassandra Socha v. City of Joliet; et al.
**Taken On:** June 24, 2021

Ex. F

Royal Reporting Services, Inc.
Phone:312.361.8851
Email:info@royalreportingservices.com
Website: www.royalreportingservices.com

Cassandra Socha v. City of Joliet; et al.
Deposition of Darrell Gavin - Taken 6/24/2021

Page 1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASSANDRA SOCHA,                        )
                                        )
                    Plaintiff,          )
                                        )
        vs.                             )   No. 18 CV 05681
                                        )
CITY OF JOLIET, a municipal             )
corporation; EDWARD GRIZZLE;            )
JOHN DOES 1-20,                         )
                                        )
                    Defendants.         )


        The deposition of DARRELL GAVIN, taken via

videoconference, called by the Defendants for

examination, pursuant to notice and pursuant to the

Federal Rules of Civil Procedure for the United States

District Courts pertaining to the taking of depositions,

taken before Tina M. Hickey, Certified Shorthand

Reporter, on June 24th, 2021, at 9:35 a.m.

Cassandra Socha v. City of Joliet; et al.
Deposition of Darrell Gavin - Taken 6/24/2021

Page 2

```
 1   APPEARANCES (via videoconference):

 2        LAW OFFICES OF HALL ADAMS, LLC
          MR. HALL ADAMS, III
 3        33 North Dearborn Street
          Suite 2350
 4        Chicago, Illinois 60602
          Phone:  312.445.4900
 5        E-mail: hall@adamslegal.net

 6            On behalf of the Plaintiff;

 7        TRESSLER LLP
          MS. DARCY L. PROCTOR
 8        550 East Boughton Road
          Suite 250
 9        Bolingbrook, Illinois 60440
          Phone:  630.759.0800
10        E-mail: dproctor@tresslerllp.com

11            On behalf of Defendant City of Joliet;

12        KNIGHT HOPPE KURNIK & KNIGHT, LTD.
          MR. MICHAEL J. ATKUS
13        5600 North River Road
          Suite 600
14        Rosemont, Illinois 60018
          Phone:  847.261.0700
15        E-mail:  matkus@khkklaw.com

16            On behalf of Defendant Edward Grizzle.

17   ALSO PRESENT:  Cassandra Socha

18                      *   *   *   *   *

19

20

21

22

23

24
```

Royal Reporting Services, Inc.
312.361.8851

Cassandra Socha v. City of Joliet; et al.
Deposition of Darrell Gavin - Taken 6/24/2021

Page 3

```
 1                    I   N   D   E   X

 2   WITNESS                                    PAGE

 3   DARRELL GAVIN

 4       Examination by Mr. Adams.............    4

 5

 6                    E   X   H   I   B   I   T   S

 7                 (NO EXHIBITS MARKED.)

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

Cassandra Socha v. City of Joliet; et al.
Deposition of Darrell Gavin - Taken 6/24/2021

Page 4

1          (Witness sworn.)
2    WHEREUPON:
3              DARRELL GAVIN,
4    called as a witness herein, having been first duly sworn,
5    was examined and testified via videoconference as
6    follows:
7              EXAMINATION
8    BY MR. ADAMS:
9        Q.   Sir, my name is Hall Adams. I represent
10   Officer Socha. I'm going to ask you some questions this
11   morning, so too maybe other lawyers. Have you given
12   deposition testimony before?
13       A.   I have.
14       Q.   About how many times?
15       A.   A few times over my career.
16       Q.   As a reminder, a couple things to keep in
17   mind: It's important that you make sure that you hear
18   completely and understand completely every question that
19   you're asked before you attempt to give an answer.
20   That's especially important in this Zoom mode where that
21   can be harder than it normally is. If you have any doubt
22   about that, if you need some questions to be repeated,
23   rephrased, read back, explained, say so. We'll
24   accommodate you as many times as you ask. If you answer

Page 5

1    a question, we'll presume that you heard it and
2    understood it. Is that fair?
3        A.   That's fair.
4        Q.   Please never guess. If you don't know the
5    answer to a question, say you don't know. If you can't
6    remember the answer to a question, tell us you can't
7    remember. If you feel that you're able to give a
8    reasonable estimate in response to a question, that's
9    entirely appropriate, provided that you convey that what
10   you're expressing is an estimate. Okay?
11       A.   Sounds good.
12       Q.   Sir, did you review any documents in
13   preparation for your deposition today?
14       A.   No. I'm fine.
15       Q.   Did you speak with anyone in order to prepare
16   for your deposition today?
17       A.   No, I didn't.
18       Q.   Have you ever spoken to any of the lawyers for
19   the City of Joliet or for Detective Sergeant Grizzle in
20   this lawsuit about the case?
21       A.   Maybe Sabrina, the City attorney. But I'm not
22   sure. I don't remember what it might have been about,
23   but maybe her, if anybody.
24       Q.   When was that conversation?

Page 6

1        A.   It would have been about depositions. And I
2    believe she had sent an e-mail to the administrative
3    secretary in regards to phone numbers and addresses, and
4    I think I helped out with that a little bit.
5        Q.   Did that conversation have anything to do with
6    anything other than the logistics of scheduling the
7    deposition?
8        A.   No.
9        Q.   You did not discuss questions or answers that
10   might be asked or given?
11       A.   No.
12       Q.   Have you read the complaint filed by
13   Officer Socha in this lawsuit?
14       A.   I have not.
15       Q.   Have you read excerpts of it?
16       A.   I have not.
17       Q.   Have you discussed the lawsuit with any
18   current or past members of the Joliet Police Department?
19       A.   No.
20       Q.   What is your current employment status?
21       A.   Retired.
22       Q.   Retired from the Joliet Police Department?
23       A.   Correct.
24       Q.   When did you retire from the Joliet Police

Page 7

1    Department?
2        A.   January, during either the second or third
3    week of January.
4        Q.   Of this year?
5        A.   Correct.
6        Q.   What was your rank upon retirement?
7        A.   I retired -- I put my notice in as deputy
8    chief but technically retired then as -- well, I retired
9    as a deputy chief, so retired deputy chief.
10       Q.   Were you required to -- Strike that.
11             Were you demoted from the rank of deputy chief
12   to any lesser rank before you retired?
13       A.   The process of, yes.
14       Q.   Explain that.
15       A.   Well, Al retired, as I'm sure you're aware.
16   And Dawn came in, and she basically stated that -- she
17   told us in the room that she had to demote me, Mark, and
18   Joe in order for her to get the job, in order for her to
19   accept the position.
20       Q.   Mark was Reid?
21       A.   Correct.
22       Q.   Who is Joe?
23       A.   Rosado, I'm sorry. I think it's spelled.
24   R-O-S-A-D-O.

4  (Pages 4 to 7)

Cassandra Socha v. City of Joliet; et al.
Deposition of Darrell Gavin - Taken 6/24/2021

Page 8

1    Q.   When were you notified that you were going to
2  be demoted in rank?
3    A.   I believe the date was -- that meeting was
4  January 10th, I want to say.
5    Q.   Had you announced or indicated to the
6  department plans to retire before that meeting?
7    A.   No.
8    Q.   Did that demotion in rank cause you to decide
9  to retire?
10   A.   It didn't cause me to decide to retire but
11 negotiated some extra money with the City manager, Jim
12 Capparelli, in order to retire.
13   Q.   Was the demotion, as represented to you by the
14 incoming chief you called by the first name of Dawn, what
15 is her last name?
16   A.   Malec, M-A-L-E-C.
17   Q.   And she is the current chief of police?
18   A.   She is.
19   Q.   Was a reason for the demotion as explained by
20 incoming chief Malec related in any way to your
21 performance or conduct?
22   A.   No.
23   Q.   Explain to us, as she did to you, why it was
24 necessary for her to demote the three of you in order

Page 9

1  that she could ascend to the position of chief?
2    A.   She basically -- she started crying because
3  she's known us all pretty much her entire career.  She
4  said, you know, "I'm friends with all you guys, but I was
5  told that in order to accept the position as chief, I had
6  to demote you."  That was the only reason she gave.
7    Q.   She replaced Chief Roechner?
8    A.   She did.
9    Q.   Why, if you know, was Chief Roechner replaced?
10   A.   From my understanding of it, the City manager
11 prior to Jim Capparelli, James Hock, had called him and
12 said -- urged him to retire because the -- that if the
13 mayor got control of the council or if he hired Jim
14 Capparelli, which was in the process of, that Jim
15 Capparelli would try and fire him.  And then they
16 negotiated some type of deal for him to retire.
17   Q.   Was that understanding of yours based upon
18 what Roechner told you?
19   A.   I was in the room.
20   Q.   Okay.  Who articulated all that when you were
21 in the room, Roechner or someone else?
22   A.   They were on the phone.
23   Q.   Who is "they"?
24   A.   Jim Capparelli and Chief Roechner.

Page 10

1    Q.   So you heard Roechner's side of the phone
2  conversation, or was it a speaker phone?
3    A.   No.  It was a speaker phone.
4    Q.   What I want to do is go through your career on
5  the police department.  And I don't care whether we do it
6  from the beginning up until to the time of your
7  retirement or in the reverse order.  And if you would
8  tell us when -- what different ranks you held and
9  positions you held and the approximate dates when you
10 held those positions, I will just give you the floor
11 until you're done.  It's the most efficient way to do it.
12   A.   Sure.  So I was hired in '98.  I was in patrol
13 for about three years, as you know, after going through
14 the training process.  I then went to -- got a -- moved
15 over to the NOPT unit, which is our neighborhood-oriented
16 policing team.  I was in NOPT for approximately three
17 years, and then I made detective.  And I was a detective,
18 I want to say, eight years or nine years.
19      And then I became a sergeant, so I went back
20 to patrol.  I was a patrol sergeant for about a year and
21 got promoted to detective sergeant.  And then I was a
22 detective sergeant for about five years or so.  And then
23 Chief Benton at the time was creating a new
24 administrative sergeant position because he was light on

Page 11

1  deputy chiefs at that time.  I think he was down to two
2  deputy chiefs and himself.  Two had retired.  And I moved
3  over to administration in that new position as
4  administrative Sergeant PIO, which we never had a PIO
5  before.  And I was there for, I want to say, two years.
6      And then Al was made chief, and I was picked
7  by the mayor and, from what I understand in the room, the
8  patrol union president and the BPOA vice president at the
9  time, so I was the president.  And I was picked to be one
10 of the deputy chiefs in that meeting.
11   Q.   When, calendar-wise, did you become a deputy
12 chief?
13   A.   It would have been -- we were sworn in
14 December of 2018.
15   Q.   In May and June of 2018, what rank did you
16 hold?
17   A.   Administrative sergeant.
18   Q.   In May and June of 2018, you did not serve in
19 the investigations division; is that correct?
20   A.   That is correct.  I was already -- I was
21 already working in the administrative division at that
22 time, I believe.
23   Q.   In May and June of 2018, in the administrative
24 division, what was your chain of command going up?

5  (Pages 8 to 11)

Cassandra Socha v. City of Joliet; et al.
Deposition of Darrell Gavin - Taken 6/24/2021

---

Page 12

1  A.  Benton, Chief Benton.
2  Q.  Was then Deputy Chief Jensen in your chain of
3  command?
4  A.  I reported directly to Chief Benton.  But,
5  yeah, I mean, technically, yeah, I mean, he would be a
6  step.  But I didn't have to go Tab for anything.  I
7  usually went straight to Chief Benton.
8  Q.  My understanding -- and correct me if I'm
9  wrong -- it's a question, is that Deputy Chief Jensen was
10  the deputy chief of the administrative division during
11  the May/June 2018 time frame, correct?
12  A.  That's correct.
13  Q.  Why is it, if you know, that you had a direct
14  reporting relationship to then Chief Benton rather than
15  reporting up through Deputy Chief Jensen?
16  A.  Chief Benton, basically he created the
17  position.  And when he created the position, he said
18  to -- you know, "If you have any questions, just ask me,"
19  so I usually just went to him.
20  Q.  What were your duties as a sergeant in the
21  administrative division?
22  A.  They were various at the time because, like I
23  said, he was down two deputy chiefs, so I took on --
24  especially after Tab left, shortly thereafter -- I know

---

Page 13

1  it was before -- I don't know the exact date, but I know
2  it was before the end of August because before the end of
3  August he was down to just one deputy chief.  So my
4  position basically was to -- it was described to me that
5  I would basically do a lot of stuff that Benton needed
6  done but didn't have time to do because he was down
7  deputy chiefs.  So some of my responsibilities in there
8  were deputy-chief related.  They were also -- I was a
9  backup to internal affairs, and I handled all the press
10  and community questions in regards to police work and
11  cases that were going on.
12  Q.  During that time frame, again May/June 2018,
13  what specifically was your role relative to internal
14  affairs?
15  A.  I was backup, so I believe -- you know, at the
16  time I want to say Mark was there because then beginning
17  of 2019, I want to say -- or beginning of -- no,
18  beginning of 2018 he was gone -- No.  That was actually
19  in September.  So he was gone to the FBI National
20  Academy.  And so they were down the lieutenant in
21  internal affairs when he was gone.  And I was backup to
22  then Sergeant Rouse, since he was the only one there.
23  And I'm not sure when Mark left or not, but I want to say
24  he was in that fall national academy class in '18.  And I

---

Page 14

1  would just basically -- if he needed help, I would help
2  him with something, but he never asked for help, and I
3  never actually did anything or any cases with him, so ...
4  Q.  Was the chain of command in the May/June 2018
5  time frame such that you would be expected to carry out
6  an order given to you by Deputy Chief Jensen?
7  A.  Yes, um-hmm.
8  Q.  Did you, in your progression through the
9  ranks, skip completely the rank of lieutenant?
10  A.  I did.
11  Q.  Do you have an understanding of what, if any,
12  role then Chief Roechner played in your being promoted
13  from sergeant directly to deputy chief?
14  A.  He didn't have a role.  He wasn't part of that
15  process.
16  Q.  Was he the chief at the time?
17  A.  No.  During the process of them picking the
18  deputy chiefs, he was acting chief at that time, I
19  believe.
20  Q.  Acting or interim, maybe, they called it?
21  A.  Interim, yes.
22  Q.  Chief Benton had left?
23  A.  Yes.
24  Q.  Did you play any role in the department's

---

Page 15

1  investigation of Nicholas Crowley?
2  A.  No.
3  Q.  Did Crowley ever serve in your chain of
4  command?
5  A.  No.  He wasn't one of my guys when I was a
6  patrol sergeant.
7  Q.  Has Officer Socha ever served in your chain of
8  command?
9  A.  She wasn't in my sector, but I arrived on
10  calls with Officer Socha, yes.  We were, in essence -- we
11  worked, I believe, the same days in a 12-hour shift.
12  Q.  About how many times did you respond to calls
13  together and otherwise serve in a way that would enable
14  you to observe her performance as a police officer?
15  A.  Several times.  I don't know an exact number,
16  but my area was -- we call it Area 1, which is the
17  northeast side of Joliet.  And I believe at the time she
18  was central.  I'm not a hundred percent of that, but I'm
19  pretty sure.  And if there was a major call at central,
20  then I would typically cross the river and go over there
21  and help out.
22  Q.  Did you ever have occasion to prepare any
23  written performance evaluations or ratings of
24  Officer Socha?

---

6 (Pages 12 to 15)

Cassandra Socha v. City of Joliet; et al.
Deposition of Darrell Gavin - Taken 6/24/2021

Page 16

1     A.   No.
2     Q.   Based upon your experience serving with her,
3 responding to calls together, do you have any opinions
4 about her as a police officer?
5     A.   She's a great officer.  Not in the aspect of a
6 great female officer.  She's just a great officer.
7     Q.   Did you play any official role in the
8 department's investigation of Officer Socha?
9     A.   No, I did not, not the investigation.
10    Q.   Who did, if you know?
11    A.   That was Sergeant Grizzle.
12    Q.   How would you characterize your relationship
13 with Sergeant Grizzle presently?
14    A.   Presently?
15    Q.   Yes, sir.
16    A.   I don't have a real relationship with him
17 presently.  I had a work relationship with him before.  I
18 would have considered him a work friend before.  But we
19 don't, like, meet up for beers or anything like that.
20    Q.   Are there colleagues from the Joliet
21 department with whom you remain personally, socially
22 close?
23    A.   Yeah, numerous.
24    Q.   Who?

Page 17

1     A.   Pretty much everybody in investigations,
2 many -- most of the officers that are around -- were
3 around my tenure because we came on either together or
4 within one or two years, many guys in tactical, many guys
5 in narcotics, evidence, just about every unit I have
6 friends.  I have a lot of friends at the department, or
7 work friends, I would say.
8     Q.   Are there -- beyond those kind of workplace
9 friendships that you developed, are there any of those
10 former or current Joliet officers with whom you consider
11 yourself to still be personally closest?
12    A.   Yeah, many of them.  Like I said, many of them
13 that are still in investigations still contact me to this
14 day.  I've been to some of their after-work activities,
15 met out with some of the patrol guys, the narcotics guys.
16 Obviously, the prior administration that I worked under,
17 developed friendships with them over the years that we
18 were doing that, numerous.
19    Q.   How would you characterize your current
20 relationship with Deputy Chief Brown?
21    A.   Rob Brown?
22    Q.   Yes, sir.
23    A.   Work relationship, and we were -- I mean, he
24 was a BPOA member when I was involved with that, so ...

Page 18

1     Q.   You would not yourself consider to be
2 personally close to Deputy Chief Rob Brown?
3     A.   No.
4     Q.   How would you characterize your current
5 relationship with Deputy Chief Matlock?
6     A.   Me and Matlock are decently close, or at least
7 were over the years because he was a detective.  We
8 don't -- we've been out drinking a few times over the
9 years.  We don't have a close relationship -- we haven't
10 had a close relationship like that for a few years, though.
11    Q.   How about former Chief Roechner?  How would
12 you characterize your current relationship with him?
13    A.   I consider him a friend, got to know him as a
14 deputy chief for him.  I wouldn't say we were friends
15 before I became a deputy chief, probably far from it.
16 But during that two-year time span, we had become close.
17    Q.   How about Deputy Chief Jensen?
18    A.   Deputy Chief Jensen I would consider just a
19 work relationship.
20    Q.   How about Detective McKinney?  How would you
21 characterize your current relationship with him?
22    A.   Detective McKinney I would consider a work
23 friend.  We've been to, like, events together but not
24 because of him.  We have a -- we have a similar circling

Page 19

1 of friends.  So through that, I've gotten to know Don
2 McKinney.
3     Q.   When in investigations did you ever work cases
4 with Detective Sergeant Grizzle, even if that wasn't then
5 his rank?
6     A.   We've worked some cases together as sergeants,
7 not really many as detectives.  We did two different
8 things when he was a detective, when he became a
9 detective.  Sergeant, we worked cases together, homicides
10 and whatnot, usually a major case where there would be
11 more than one sergeant involved.  But I'm not sure how
12 they run it now.  But at that time, each sergeant had
13 their own group of guys, and I was on a completely
14 opposite shift.  I was on the night shift violent crimes
15 detective.  So it was just me and no other supervisors on
16 that shift.
17    Q.   Are you aware that Detective Sergeant Grizzle
18 led the department's investigation of Officer Crowley in
19 2017?
20    A.   I don't remember that he was the investigating
21 sergeant on that, but if you're telling me he is, then I
22 guess he was.
23    Q.   Have you ever discussed with him that
24 investigation?

7 (Pages 16 to 19)

Cassandra Socha v. City of Joliet; et al.
Deposition of Darrell Gavin - Taken 6/24/2021

Page 20

1    A.  No.
2    Q.  Did you attend any of the criminal trial of
3  Officer Crowley?
4    A.  I did not.
5    Q.  Have you spoken with any Joliet officers who
6  did attend any part of that trial?
7    A.  Not that I'm aware of, no.
8    Q.  Have you spoken with any past or present
9  Joliet officers about the outcome of the Crowley criminal
10  trial?
11    A.  No, I did not.
12    Q.  Have you spoken with any past or present
13  Joliet officers specifically about the role that
14  Officer Socha's testimony played in the outcome of the
15  Crowley criminal trial?
16    A.  No.
17    Q.  Are you generally aware that as part of the
18  Joliet department's investigation of Officer Socha, her
19  cell phone was seized pursuant to a search warrant?
20    A.  Yes.
21    Q.  How did you become aware of that fact?
22    A.  After it happened, I think just about
23  everybody in the department knew that her phone had been
24  seized.  I wasn't sure -- at the time, I thought it was

Page 21

1  her work phone.  But then as rumors started going, then I
2  realized it was her personal phone.
3    Q.  Do you recall from whom you heard that her
4  personal phone had been seized?
5    A.  I don't.  I know it was just people talking
6  about it at that time.
7    Q.  And you can't name any of those people?
8    A.  Just about everybody.  Everybody was talking
9  about it because it was -- it's rare that an officer's
10  personal phone gets seized.  I mean, our work phones are
11  City of Joliet's.  They have access to them whenever they
12  want them.  And our work phones are used -- sometimes
13  subject to search warrants and stuff like that.  But I
14  can't remember a time when a personal phone was other
15  than Officer Socha's.
16    Q.  You don't have any understanding of what
17  Grizzle's role was in obtaining the warrant pursuant to
18  which Socha's personal phone was seized?
19    A.  From my understanding, there was something
20  about -- there was something in the phone that he needed
21  because he thought it might be -- for that case or
22  something.
23    Q.  Which case?
24    A.  The Socha case.  I'm sorry.

Page 22

1    Q.  How did you learn that?
2    A.  Again, through the rumor mill throughout the
3  department, just hearing people talking about it.
4    Q.  You can't describe that -- you're becoming
5  aware of that to any particular individual or
6  individuals?
7    A.  No.
8    Q.  Are you trained on the Cellebrite or Lantern
9  computer devices?
10    A.  I am not.
11    Q.  In the May/June 2018 time frame, were there
12  officers in the department who were considered to be the
13  department's duty experts, if you will, on the use of the
14  Celebrite and Lantern computers?
15    A.  Yes.
16    Q.  Who were they?
17    A.  At that time I believe it was German and
18  Botzum.  I don't know if McKinney eventually became
19  Celebrite certified, but I can't tell you when that was.
20  I think it might have been later than that time frame,
21  but I'm not sure.  I want to say -- I want to say Brad --
22  No.  Brad went with -- Let me think for a second here.
23  McKeon, I know, went through the class to learn it, but
24  he never became proficient with it.  So he wasn't really

Page 23

1  used.  We basically used German or Botzum and then
2  eventually McKinney.  But, again, I'm not sure when
3  McKinney actually went to that class.
4    Q.  After Socha's phone was -- Strike that.
5      Do you know which officer or officers actually
6  seized Socha's personal cell phone pursuant to the
7  warrant?
8    A.  Grizzle, I believe.  I mean, it was his case.
9  It would make sense.
10    Q.  How did you learn that?
11    A.  Part of it is assumption; part of it, again,
12  is from what I heard when everything kind of started
13  playing out.
14    Q.  How did you learn that it was his case?
15    A.  Basically because he was -- he was talking
16  about it, that he had the Socha case, and that it was --
17  that only him and Al knew about it or was -- I don't want
18  to say it was like a secret or anything, but anything
19  that involves another employee is kept under a tight
20  wrap, especially if there's any type of investigation
21  going on against that employee, whether it be civil,
22  criminal, or whatever or just internal.  So as far as I
23  know, they were the only two that actually had access or
24  were privy to anything.  And so that's how it kind of,

8  (Pages 20 to 23)

Cassandra Socha v. City of Joliet; et al.
Deposition of Darrell Gavin - Taken 6/24/2021

Page 24

1  you know, makes sense that Grizzle would have been the
2  one to get her phone.
3      Q.   Did you learn from Grizzle that Grizzle was
4  handling the investigation?
5      A.   Yeah.  He had said something about it before,
6  that he was doing the Socha investigation and working
7  with -- I can't remember -- Lamken or some lady, I
8  believe, from the Attorney General's Office or something.
9      Q.   Did he tell you that before or after Socha --
10 I should say before he seized Socha's phone?
11     A.   I don't recall.
12     MR. ATKUS:  Object to foundation.
13 BY MR. ADAMS:
14     Q.   Were you present to observe when Socha's phone
15 was seized?
16     A.   No, I was not.
17     Q.   Do you recall when specifically the phone was
18 seized?
19     A.   I don't.
20     Q.   At some point you had some involvement with
21 the handling of the contents of Socha's seized phone that
22 had been extracted onto the Cellebrite and/or Lantern
23 computers, correct?
24     A.   Yeah.  At the very end, I was instructed by

Page 25

1  Benton to make sure that was off the Lantern and
2  Cellebrite because he had thought it was off of it
3  already and then found out that it wasn't.
4      Q.   Do you recall when that occurred?
5      A.   That would have been -- Let me think.  Let's
6  see.  It was right before Tab left because he was still
7  there.  So maybe around June or July of 2018.
8      Q.   And it's your recollection that Chief Benton
9  ordered you to see to the removal of the extraction of
10 Socha's phone from the Cellebrite and the Lantern?
11     A.   Well, he had asked me to go over to
12 investigations to ask German if it was still on the
13 Cellebrite.  I had no idea that we even had a Lantern
14 system at the time.  So I walked over to investigations.
15 I spoke to German.  I said, "The Socha extraction, that's
16 off the Cellebrite, right?"  And he said, "No, it
17 wasn't."  And I said, "I thought it was supposed to be."
18 And so then I went back to -- Or no.  Then I said -- then
19 he brought up, "It's on a Lantern too."  I said, "What's
20 a Lantern?"  And he explained the Lantern system is
21 basically another extraction software, but it gets more
22 information sometimes than what the Cellebrite will get.
23 So I went back to cross over to administration.  I told
24 Chief Benton, I said, "It's still on there."  And he

Page 26

1  said -- he told me to make sure that German gets it off
2  right now.  So I walked back over to investigations.  I
3  told German -- I said, "Get it off the Cellebrite and the
4  Lantern."  I said, "Put it on whatever you can put it on,
5  and then put it in evidence."  That's what --
6          (Discussion off the record.)
7          (A short break was had.)
8      MR. ADAMS:  Can you read back the last answer,
9  please?
10         (Record read as requested.)
11 BY MR. ADAMS:
12     Q.   Go ahead and finish your answer.
13     A.   So after I told German to make sure it was off
14 Cellebrite and Lantern and put it on whatever he could
15 put it on and then put it into evidence, because that's
16 what Jeff Benton wanted, he said he'd get on it right
17 away.  I left, and I went across to administration and
18 told Chief Benton that German was getting it off the
19 Cellebrite and the Lantern because it was on those two
20 devices.  Or actually two -- one -- Cellebrite was on
21 desktop at the time, and Lantern, I believe, was on a
22 laptop at the time.
23     Q.   In the first conversation with the chief when
24 he told you to go over to investigations and ask German

Page 27

1  if the Socha phone extraction was still on the
2  Cellebrite, did Chief Benton tell you why he was
3  directing you to do that?
4      A.   Basically, he said -- he called me into his
5  office and said, "Can you go over to investigations and
6  see if the Socha cell phone extraction is still on the
7  Cellebrite or if it's off the Cellebrite?"  Never
8  explained why.  It was the chief, so I went and did what
9  he asked me to do.
10     Q.   He didn't say because blah-blah-blah or give
11 any explanation?
12     A.   No.
13     Q.   How much time elapsed between his giving you
14 that direction and going over to investigations to have a
15 conversation with German that you told us about, going
16 back to report to the chief on the fact that the
17 extraction was still on the Cellebrite and also on the
18 Lantern?
19     A.   A few minutes.  I mean, it's right across the
20 hall.  Investigations and administration are kind of
21 right across the hall from each other.
22     Q.   When Chief Benton first gave you the direction
23 to go find out if the Socha phone extraction was still on
24 the Cellebrite and still on the Lantern, was anyone else

9  (Pages 24 to 27)

Cassandra Socha v. City of Joliet; et al.
Deposition of Darrell Gavin - Taken 6/24/2021

Page 28

1 within earshot?
2      A.   Yeah.  German sits right next to McKinney.
3 I'm not sure if he was there that day or not.
4      Q.   No.  I'm sorry.  I didn't make myself clear.
5 When Chief Benton first gave you that order to go speak
6 with German to find out if the extraction was still on
7 the Cellebrite, was anyone else in the area within
8 earshot?
9      A.   No.  It was in his office, and I believe we
10 were the only two in there.  And Tab's office is
11 technically three offices away from his so I know he was,
12 because it's the secretary, Tab's secretary, and Tab's
13 office.  So it was just us two in his office, probably
14 the only two that can hear that conversation.
15      Q.   How long was that first conversation with
16 Chief Benton which he directed you to go find out from
17 German if the extraction was on the -- still on the
18 Cellebrite?
19      A.   As long as it took me to say it.  I mean, it
20 was just a few seconds.
21      Q.   When you went back to report to Chief Benton
22 that the Socha cell phone extraction was still on the
23 Cellebrite and also on the Lantern and he told you then
24 to go have German take it off those devices, was anyone

Page 29

1 else in Chief Roechner's office with the two of you?
2      A.   Chief Roechner or Chief Benton?
3      Q.   Benton.  I'm sorry.  I misspoke.
4      A.   No.  It was just -- I believe it was just us
5 two again.
6      Q.   And was that conversation also just that
7 short?
8      A.   Yes.
9      Q.   And then you went back to direct German to do
10 that which Chief Benton had just directed you to have him
11 do, correct?
12      A.   Yes.
13      Q.   Can you tell us during what time of day these
14 events occurred?
15      A.   It was before noon.  I couldn't tell you an
16 exact time, but it was before noon, I believe, because
17 then the extraction process took a while.  Not really
18 with the Cellebrite but the Lantern, it took longer than
19 I expected.
20      Q.   Were you present in the investigations
21 division area during the entire period of the deletion of
22 the Socha cell phone extraction from the Cellebrite?
23      A.   I was not.
24      Q.   Were you present in that area for the entire

Page 30

1 period of the deletion of the Socha cell phone extraction
2 from the Lantern?
3      A.   I was not.
4      Q.   And in the second conversation where
5 Chief Benton directed you to go back and direct German to
6 delete the Socha cell phone extraction from Cellebrite
7 and Lantern, what he said was, "Take it off Cellebrite
8 and Lantern and then put it into evidence," correct?
9      A.   He had told me to instruct German to make sure
10 it was taken off those two devices and put them on
11 whatever.  I believe put them on USBs and to make sure
12 they were put into evidence at the time.  Yes, that's
13 what he said.
14      Q.   Did Chief Benton tell you why he wanted you to
15 have German do that?
16      A.   He made a statement that he thought it was
17 already off, and so he wanted it off of there.
18      Q.   And you're referring to Chief Benton?
19      A.   Correct.
20      Q.   Did Chief Benton tell you why or how he came
21 to believe that the Socha cell phone extraction was
22 already off the Cellebrite and the Lantern?
23      A.   No, he did not.
24      Q.   When you first had walked over to ask German

Page 31

1 whether the Socha cell phone extraction had been deleted
2 from the Cellebrite and Lantern -- you didn't ask -- you
3 didn't know about the Lantern -- from the Cellebrite
4 computer, he told you that it had not been, true?
5      A.   He did, yes.
6      Q.   And did he also confirm then that the Socha
7 cell phone extraction had remained on both the Cellebrite
8 and the Lantern computers from the time that Socha's cell
9 phone had been extracted onto each of those computers?
10      A.   No.  We didn't have that conversation.
11      Q.   Did Deputy Chief Jensen ever direct you to
12 have the Socha cell phone extraction removed or deleted
13 from either the Cellebrite or the Lantern computers?
14      A.   He didn't give me that directive, no.
15 Chief Benton did.
16      Q.   Prior to Chief Benton directing you to first
17 ask German whether the Socha cell phone extraction was
18 still on Cellebrite and Lantern and then directing you to
19 go back and have German remove the Socha cell phone
20 extraction from those two computers, had you already
21 heard any rumors about the contents of the Socha cell
22 phone extraction?
23      A.   There were rumors going around about the cell
24 phone extraction, what might be on there, but every day

10  (Pages 28 to 31)

Cassandra Socha v. City of Joliet; et al.
Deposition of Darrell Gavin - Taken 6/24/2021

Page 32

1  there's rumors in the police department, and you just
2  kind of ignore them. I believe that's -- we knew it was
3  somehow serious when they had the FBI come in and do a
4  forensic audit on all the computers in the office.
5       Q. But that occurred a couple months later, true?
6       A. I believe so, yes. That would have had to
7  have been in September or October? No. Benton was still
8  there. So it would have had to have been sometime in
9  August, I believe. Because Benton left in September of
10 that year, so it was before -- the audit happened before
11 Benton left, so sometime before Benton -- I don't know
12 the exact date, but I just remember them saying that they
13 were closing out investigations and they were going to do
14 a forensic audit on all the desktops, and they instructed
15 everybody to leave their cell phones, their work cell
16 phones, on the their desk.
17      Q. We'll get to that. We'll get to that.
18          By the time Chief Benton directed you to take
19 these steps you've already described for us, to have the
20 Socha cell phone extraction removed from Cellebrite and
21 removed from Lantern, were there rumors circulating about
22 the contents of Socha's cell phone extraction?
23      A. I don't know the exact time frame of when the
24 rumors started. I just remember when they did. And then

Page 33

1  Chris Regis did an investigation into the rumors and what
2  was going on at the time.
3       Q. I'm just trying to get an appreciation for
4  whether you were aware of those rumors before
5  Chief Benton directed you to have German do the things
6  you've described?
7       A. I don't recall. I mean, I know they were
8  somewhere around that. Everything happened within a
9  few-month time frame, so I just know they had started.
10      Q. Did you ever go to Chief Benton and report to
11 Chief Benton that rumors about the Socha cell phone
12 extraction were circulating?
13      A. I believe I did have a conversation with
14 either Tab or Chief Benton about rumors about what was on
15 the cell phone and right before -- sometime around that
16 time period when we were taking it off. I can't tell you
17 an exact date, though.
18      Q. Was it before or after you directed German to
19 remove the cell phone extraction from the Cellebrite and
20 Lantern?
21      A. I believe it was before that we took it off or
22 that German had taken it off the Cellebrite and the
23 Lantern.
24      Q. Did Chief Benton approach you or did you

Page 34

1  approach Chief Benton with reports about these rumors?
2       A. I believe I would -- That's a good -- I'm not
3  sure how it started. I'm not sure if he came and asked
4  me if I had heard any rumors or if I went and we were --
5  and talked to him about the rumors.
6       Q. Have you ever seen any of the data that was
7  extracted from Socha's seized cell phone?
8       A. No, I did not.
9       Q. Have you ever spoken with any Joliet Police
10 Department officer who claimed to have seen any of the
11 data that was extracted from Socha's seized cell phone?
12      A. No, I did not, other than I knew Grizzle did
13 the -- or was viewing what was in the phone. But I
14 didn't know what he was viewing because, again, they kept
15 it pretty tight between him and Chief Roechner at the
16 time who was deputy chief in charge of investigations
17 during that time frame.
18      Q. Were you present when German completed the
19 deletion of the Socha cell phone extraction from the
20 Cellebrite and the Lantern computers?
21      A. The Cellebrite, when he -- I walked over and
22 he -- I don't know if he called me over or if I called
23 him first and then went over, but I knew one of them was
24 done, and one was still being deleted, the Lantern,

Page 35

1  because it took a while. So I went over; I spoke to
2  German. He had said that the Cellebrite one was on this
3  USB and that he had a USB in the Lantern laptop that was
4  still extracting the information or taking the
5  information off and onto the USB.
6          So he said it should be done soon, so I just
7  took the Lantern and I took the USB, and I went and
8  locked them in my office over in administration and then
9  walked down and told, I believe, Tab that at that time
10 that the Cellebrite was done and the -- it was on a USB,
11 and the Lantern was still extracting information, so it
12 was still plugged into the laptop that the Lantern was
13 on, and I had them both locked in my office. And as I
14 was talking to him in his office, Deputy Chief Roechner
15 showed up.
16      Q. Okay. So German deleted the Socha cell phone
17 extraction that was on the Cellebrite and put all the
18 contents of that extraction onto a USB or a thumb drive?
19      A. That is correct.
20      Q. And he handed that thumb drive to you?
21      A. He did.
22      Q. And he showed you that he was doing the same
23 thing with the Lantern, but he was taking longer, true?
24      A. That is true.

Royal Reporting Services, Inc.
312.361.8851

Cassandra Socha v. City of Joliet; et al.
Deposition of Darrell Gavin - Taken 6/24/2021

Page 36

1    Q.   So you --
2    A.   I didn't remember -- Go ahead.
3    Q.   I was going to say the same thing as you.  Go
4    ahead.  I didn't want to cut you off.
5    A.   I was going to say, I can't remember exactly
6    what percentage it was, but it still, like, had -- it was
7    showing maybe an hour or a half hour or something like
8    that left as time to get it off of there.  So he just
9    gave me the entire laptop with the thumb drive on it.
10   Q.   And as with the other thumb drive, you took
11   that Lantern laptop with the thumb drive still plugged in
12   it, correct?
13   A.   Yes.
14   Q.   And you took that laptop and those two thumb
15   drives into your office, correct?
16   A.   That is correct.
17   Q.   All right.  And you then went to Chief Benton
18   to report to them that you had done that, correct?
19   A.   No.  I went to Deputy Chief Tab Jensen to let
20   him know that they were -- because he was involved in the
21   conversations with Chief Benton after I was already --
22   had started German do the extraction.  And I'm not sure
23   if Benton was in his office at the time, so I somehow
24   ended up in Tab Jensen's office.  I told him -- I said,

Page 37

1    Hey, German just gave me the thumb drive for the
2    Cellebrite extraction and put it in an envelope, and then
3    he gave me the laptop that the Lantern was on because it
4    was still extracting.  I told him I'd put it in my
5    office, which was right down the hall from his, and I'll
6    lock the door.  And as I was talking to him -- because he
7    was asking -- I don't want to say he was asking how long
8    it was going to take, who's going to put it in evidence,
9    "Are you going to put it in evidence?"  And in walked
10   Deputy Chief Roechner at the time.  And Deputy Chief
11   Roechner was called in, I guess, by Chief Benton.  I
12   wasn't around when that happened, but ...
13   Q.   Is Benton also in Jensen's office at this
14   point?
15   A.   We're all in -- Yeah.  Me, Tab Jensen, and
16   Deputy Chief Roechner are in Jensen's office at the time.
17   Q.   But Chief Benton, is he there also?
18   A.   He wasn't in the office at the time.
19   Q.   Okay.
20   A.   I'm not sure if he was in his office or not.
21   But then since Al walked in -- because he had said, "You
22   were called in by Benton to take care of the
23   extractions."  And so I said, Well, hold on, man.  I'll
24   get you the stuff.  I walked back down to my office,

Page 38

1    unlocked the door, grabbed the envelope that the
2    Cellebrite extraction was in, grabbed the laptop with the
3    other USB still plugged in, and I handed Roechner the
4    laptop -- or the envelope with the Cellebrite extraction
5    USB.  And I said, "The Lantern is still extracting, so,
6    here.  Just take the whole thing."  And then he walked
7    out with both.
8    Q.   And when you say "Al," you're talking about
9    then Deputy Chief --
10   A.   I'm sorry.
11   Q.   -- Roechner?
12   A.   Yes, Deputy Chief Roechner.
13   Q.   So he left Jensen's office with the USB that
14   German had used to delete the Socha extraction from
15   Cellebrite and the actual Lantern laptop with the other
16   USB still plugged into that Lantern laptop, correct?
17   A.   Correct, because it was still in the process
18   of extracting and deleting what was on the Lantern.
19   Q.   Did you ever see either of those two USBs,
20   those two thumb drives, again?
21   A.   No, I did not.
22   Q.   When Roechner left, did Roechner say
23   specifically what he intended to do with them?
24   A.   Not to me he didn't.

Page 39

1    Q.   Did you communicate to Roechner the direction
2    that Chief Benton had communicated to you that these --
3    the extractions from the Cellebrite and the Lantern be
4    put into evidence?
5    A.   No, I did not.
6    Q.   Why not?
7    A.   I assumed that Chief Benton had instructed him
8    what to do with them since he had call him in.  He was at
9    a golf outing or something that day, and he ordered him
10   in to take care of those things.  So I assumed he had
11   already told him what to do with them.
12   Q.   From that point do you know what Deputy Chief
13   Roechner did with those two USBs?
14   A.   Not until much later.
15   Q.   Okay.  Has any Joliet officer told you that --
16   we'll exclude now -- except for Grizzle -- told you that
17   they viewed any of the data that was extracted from
18   Socha's seized personal cell phone?
19   A.   No.  No one told me directly, but I had heard
20   much later that after Regis's investigation that a
21   detective had viewed some parts of what was in the phone.
22   Q.   Which Detective?
23   A.   At that time I didn't know but then later on
24   heard that it might have been Don McKinney.

12  (Pages 36 to 39)

Cassandra Socha v. City of Joliet; et al.
Deposition of Darrell Gavin - Taken 6/24/2021

Page 40

1    Q.   From whom did you first learn that a detective
2  other than Grizzle had viewed data from the Socha cell
3  phone extraction?
4    A.   To be honest, I can't recall who told me that.
5  It might have been -- it might have been Grizzle, but I'm
6  not sure.  Because I know he was pissed off about it, so
7  it might have been him.  I remember him being mad about
8  something, and it might have been I think maybe he was
9  the one that told me about it.  I don't recall that a
10  hundred percent.
11    Q.   From whom did you later learn that that
12  detective had been McKinney?
13    A.   That's what I -- when my answer was it might
14  have been Grizzle.
15    Q.   Okay.  Did you have any discussions with
16  Grizzle about the deletion of the Socha cell phone
17  extraction from the Cellebrite and Lantern computers
18  after it had occurred?
19    A.   It was not after, no.
20    Q.   During?
21    A.   It was during, yes.
22    Q.   Who initiated the discussion?
23    A.   He had called me.
24    Q.   What did he say and what did you say to him?

Page 41

1    A.   He called, and he was angry that I had put
2  myself involved with his investigation, and he basically
3  said, "Who gave you the right to do that,"
4  blah-blah-blah.  I said, "Well, last time I checked," I
5  said -- I said, "Well, Benton did."  He said, "He has no
6  right to interfere in my investigation." I said, "Last I
7  checked, he's the chief.  He can do whatever he wants.
8  And if he tells me to take it off, then I'm going to take
9  it off."
10         And I'm trying to -- I don't remember exactly
11  the whole conversation.  I just know he was pissed off at
12  me at first.  And then I said, "Well" -- Finally I just
13  said, "Look, Ed" -- I said, "When you get back from
14  vacation" -- because he was on vacation -- "when you get
15  back from vacation, take it up with the chief.  You tell
16  the chief he had no right to get involved in your
17  investigation," and I hung up.
18    Q.   Did Grizzle explain why he believed that the
19  chief did not have a right to involve himself in,
20  quote/unquote, Grizzle's investigation?
21    A.   He didn't explain anything to me, and I didn't
22  ask him.
23    Q.   Do you recall anything else that Grizzle said
24  to you or that you said to Grizzle during that phone

Page 42

1  call?
2    A.   Those parts of the conversations that I
3  answered is what I recall.  It wasn't a very long
4  conversation because, like I said, I hung up on him
5  because he started pissing me off.  But I remember the
6  last thing I said was, basically, "Look, you need to talk
7  to the chief about it, and you can tell the chief that he
8  has no authority to get himself involved in your
9  investigation."
10    Q.   You also described that Grizzle was pissed off
11  when he learned -- or at least when he told you that
12  McKinney had viewed data from the Socha cell phone
13  extraction.  Do you recall that as being a separate
14  conversation?
15    A.   That was a while later, yeah.
16    Q.   Give me some idea of when.
17    A.   It might have been -- Let me think.  It was
18  before I was a deputy chief, so sometime before the
19  summer.  I can't tell you the exact month, but I just
20  remember him being pissed off because he had found out
21  from somebody that -- and that's again, in my
22  recollection, I believe it was him that told me that, but
23  I do remember him being upset that a detective had viewed
24  a part of the extraction.

Page 43

1    Q.   Did Grizzle tell you why he was upset that a
2  detective had viewed a part of the extraction?
3    A.   Yeah, because he kept saying that it was --
4  "Nobody is supposed to know anything about this
5  investigation," or something like that.  That might have
6  been -- might not have been the exact words, but it's
7  just, you know, "The only two people that know anything
8  are me and Deputy Chief Roechner," or, "Are supposed to
9  know something is me and Deputy Chief Roechner," or
10  whatever.
11    Q.   By that time, the fact of the investigation
12  was widely known throughout the department, correct?
13    A.   That there was an investigation, but I don't
14  think anybody knew, at least in my -- I don't believe
15  anybody knew exactly what the investigation entailed
16  because, like I said, they kept it pretty tight, and it's
17  hard to keep a secret in the police department.  But, I
18  mean, they kept it pretty tight.  And as far as I know,
19  the only two that actually knew what was going on with
20  the investigation was Grizzle and then Deputy Chief
21  Roechner.
22    Q.   Did you ever learn that the Socha cell phone
23  extraction included photographs and video footage that
24  depicted Socha either nude or engaged in sexual conduct

13  (Pages 40 to 43)

Cassandra Socha v. City of Joliet; et al.
Deposition of Darrell Gavin - Taken 6/24/2021

Page 44

1  with Crowley?
2      A.  I knew from the rumor mill that there was some
3  explicit stuff on the phone that people were saying that
4  all was -- you know, "I heard that the fire department is
5  looking at her" or "I heard, you know, people in City
6  Hall are looking at her" or, you know, stuff like that.
7  But, again, you know, there's rumors every day in the
8  police department about stuff that isn't true, so I
9  didn't really pay any attention to it.
10     Q.  When do you first recall hearing that -- I'll
11  call them the "explicit images," referring both to the
12  photographs that depict Socha nude and engaged in sexual
13  conduct or the videotapes -- the video footage I'm going
14  to refer to that category of data from the extraction as
15  the "explicit images."  Okay?
16     A.  Okay.
17     Q.  When did you first hear that the Socha cell
18  phone extraction included explicit images?
19     A.  I just heard there was explicit things on
20  there.  I didn't know if they were photos or videos or
21  whatever.  And, again, like I said, to me it was just
22  conjecture or rumor until, obviously, the lawsuit came
23  about.  So I guess when Cassandra had served her lawsuit,
24  that's kind of when, you know, I found out exactly, you

Page 45

1  know, okay.  Well, apparently there was, you know, some
2  explicit stuff on there and she believes that, you know,
3  people were looking at it.  So that's when I found out
4  about that.  Again, I didn't know if there were images,
5  videos, or whatever.  I just knew there was something
6  explicit on there that she didn't want anybody to see.
7      Q.  Before the filing of the lawsuit, when did you
8  first learn that there was explicit stuff -- I'll use
9  your words, "explicit stuff," from the Socha cell phone
10  extraction?
11     A.  I had heard that Cassandra was pissed off
12  because she believed that somebody was spreading around
13  some stuff on her phone.  That's when I originally heard
14  about anything about what was on the phone.
15     Q.  When was that?
16     A.  It would have been before we took it off, so
17  maybe May or June-ish.  It was sometime after -- sometime
18  between when Grizzle took the phone, which I don't know
19  the date of that, and before we took it off.  I don't
20  know the time frame of how long.  Maybe a couple weeks or
21  something before we took it off, or something like that,
22  before we had that conversation with Benton about taking
23  it off.
24     Q.  From whom did you first hear that the Socha

Page 46

1  cell phone extraction contained explicit stuff?
2      A.  There were a bunch of people just talking
3  about that she was mad.  I mean, I didn't talk to
4  Cassandra or anything, but I heard that she was pissed
5  off and that she felt that there was stuff on the phone
6  that people were spreading.
7      Q.  From whom did you first hear that?
8      A.  I have no idea.
9      Q.  Can you name any Joliet officer from whom you
10  heard that?
11     A.  Maybe it was -- I don't want to guess because
12  I don't know.  I mean, there were rumors -- everybody was
13  pretty much talking about it at that point.  So I'm not
14  sure if somebody directly told me or a few other people
15  were talking about it and I just happened to be nearby
16  and heard it.  I have no idea.
17     Q.  Did you make any written record of any kind
18  regarding your involvement in the deletion of the Socha
19  cell phone extraction from the Cellebrite and the
20  Lantern, whether that's notes, a report, a memo, any
21  written record of that?
22     A.  No, because German said he would handle the
23  report since he's doing the extraction, and he was going
24  to mention my part in his report.

Page 47

1      Q.  Have you ever seen that report?
2      A.  After it was -- after he finished it, I want
3  to say I looked at it, but I can't recall what's in
4  there, so -- but he usually writes decent reports, so ...
5      Q.  When you saw it, whenever that was, did you
6  take issue with anything that he had written?
7      A.  I don't recall I did, no.
8      Q.  Nothing jumped off the page as being
9  inaccurate?
10     A.  I don't believe so, no.
11     Q.  Did you ever report to Deputy Chief Jensen the
12  rumors you had heard about explicit stuff on the Socha
13  cell phone extraction?
14     A.  I believe I only had a conversation with Chief
15  Benton.  And, again, I'm not sure if he came to me to ask
16  me about it or if I went to him.
17     Q.  Meaning Benton?
18     A.  Pardon?
19     Q.  "He" being Benton?
20     A.  Yes.  I'm sorry.  "He" being Chief Benton.
21  Sorry.
22     Q.  But it's your recollection that you did not
23  make such a report to Deputy Chief Jensen, correct?
24     A.  I don't believe I talked to Deputy Chief

14  (Pages 44 to 47)

Cassandra Socha v. City of Joliet; et al.
Deposition of Darrell Gavin - Taken 6/24/2021

Page 48

1   Jensen about that, no.  I know I told then Inspector
2   General Chris Regis about it when he was doing his
3   investigation.
4       Q.   That occurred quite some time after the
5   deletion of the extraction from the Cellebrite and the
6   Lantern, correct?
7       A.   That is correct.
8       Q.   Did Jensen ever come to you to report rumors
9   that he had heard or was privy to about explicit stuff
10  from the Socha phone extraction?
11      A.   No.  I don't believe we had a conversation of
12  anything about that.
13      Q.   In the rumors that you heard or overheard, did
14  you ever hear any description of the explicit stuff, as
15  we've been calling it, that was contained in the Socha
16  iPhone extraction?
17      A.   No specifics.  It was just that it was
18  being -- it was being spread around to different things,
19  and that's, you know -- it seemed hard to believe that it
20  would be in all -- like I said, there was fire guys, City
21  Hall, and all these people.  It just didn't make sense to
22  me, knowing that only, really, two people that have
23  access to the Cellebrite even know how to use it, so it
24  didn't make sense to me.

Page 49

1       Q.   At the time you handed the two thumb drives,
2   one loose from the Cellebrite and the other still plugged
3   into the Lantern computer, over to Roechner, do you know
4   how many other copies of the Socha cell phone extraction
5   existed?
6       A.   Only those two, as far as I know.
7       Q.   Are you aware of any others that came into
8   existence?
9       A.   No.
10      Q.   And the only storage device on which you ever
11  saw copies of the Socha cell phone extraction were those
12  two thumb drives, correct?
13      A.   Just those two thumb drives, as far as I know.
14      Q.   Do you know whether Reid in internal affairs
15  had a copy of the Socha cell phone extraction at any
16  time?
17      A.   Not that I'm aware of.  He may have if there
18  was an internal going on; but as far as I know, there
19  wasn't.  There might have been and just didn't know about
20  it.  I'm not sure.
21      Q.   When Grizzle told you that another detective
22  who you believe may have been McKinney viewed data from
23  the Socha cell phone extraction, did Grizzle tell you how
24  that detective managed to do that?

Page 50

1       A.   No.  Like I said, he was just ranting, pretty
2   much, about being mad that a detective had went into his
3   investigative file.
4       Q.   Did Grizzle specify whether this other
5   detective had viewed the Socha cell phone extraction data
6   on the Lantern, on the Cellebrite, or on some other
7   computer, using the thumb drive or storage device that
8   contained the Socha cell phone extraction?
9       A.   We never got into any details.  He was just
10  ranting that he was pissed off about a detective had
11  actually went into his investigative file on the Socha
12  case.
13      Q.   Have you ever discussed the contents of the
14  Socha cell phone extraction, any of the data on it, with
15  Rob Brown?
16      A.   No.
17      Q.   Have you ever discussed any of the contents of
18  that Socha cell phone extraction with Carlos Matlock?
19      A.   No.
20      Q.   I'm going to draw a blank on the first name,
21  but an officer by the name of Powers.  Have you ever
22  discussed the contents of that Socha cell phone
23  extraction with Powers?
24      A.   No.

Page 51

1       Q.   Have you yourself ever uttered the words,
2   quote, Now I know why Crowley is with her.  She sucks
3   dick like a porn star, closed quote, or words to that
4   effect?
5       A.   I don't speak like that, no.
6       Q.   Have you ever heard any other Joliet officer
7   utter such words about Officer Socha?
8       A.   No, I did not.
9       Q.   If that occurred, it would be clearly
10  improper, correct?
11      A.   If that occurred, it would be, yes.
12      Q.   It would be a stark violation of the
13  department's general orders, policies, and procedures,
14  correct?
15      A.   It would be a code of conduct, correct.
16      Q.   In this rumor mill you told us about, have you
17  ever heard that an officer, singular or officers, plural,
18  have made such statements about Socha or her appearance
19  on the explicit images that were extracted from her
20  personal cell phone?
21      A.   I haven't heard.  I didn't hear any specifics
22  other than the fact that it was rumored to have been --
23  whatever was on the phone that she didn't want to be seen
24  was being viewed by people from, like I said, I mean,

15  (Pages 48 to 51)

Cassandra Socha v. City of Joliet; et al.
Deposition of Darrell Gavin - Taken 6/24/2021

Page 52

1  everywhere, pretty much, at that time, which is pretty
2  much what I told -- talking about rumors to Chris Regis
3  later. I told him the same thing.
4      Q.   Were you ever present in a watch commander's
5  office when there was a discussion about the explicit
6  images from Socha's cell phone extraction?
7      A.   No, not about anything specific inside of the
8  phone.
9      Q.   You gave an interview with Chris Regis, the
10  inspector general?
11      A.   I did.
12      Q.   Were you represented at the interview, either
13  by a lawyer or by some union official or both?
14      A.   No. I just went in by myself.
15      Q.   Was the interview taped?
16      A.   No, it wasn't taped, and he didn't take any
17  notes. He basically asked me, I think, five questions,
18  and then that was it.
19      Q.   How long did it last?
20      A.   Maybe five minutes, if that, because we sat
21  there and BS'd a bit. And said, "I gotta ask you some
22  questions about Socha, about this lawsuit." And he asked
23  me, like I said, maybe five questions. And then he was
24  like, "Okay." And then I left.

Page 53

1      Q.   How long were the two USB devices in the
2  Lantern laptop that you had taken from German in your
3  office before you turned them over to Roechner?
4      A.   Not long at all. I walked from investigations
5  to my office, put them down on my desk, walked out,
6  locked the door, walked to Tab Jensen's office. And I
7  was in there when Al showed up. Then I walked back to my
8  office, unlocked the door, grabbed them off my desk,
9  walked back to Tab's office and handed them to Roechner.
10      Q.   Did you have a desktop computer in your
11  office?
12      A.   I do.
13      Q.   Past tense. During that time, you did?
14      A.   Yeah, yeah, during that time.
15      Q.   When the forensic computer investigators came
16  in later that summer, was your desktop part of that
17  investigation?
18      A.   As far as I know, my desktop and my phone.
19      Q.   Your personal phone was not part of that
20  investigation, was it?
21      A.   No. At the time, I used my work phone for my
22  personal phone because I hate carrying two phones.
23      Q.   Have you ever discussed the Socha lawsuit or
24  the contents of the Socha cell phone extraction with Rob

Page 54

1  Brown?
2      A.   The lawsuit I might have because I believe she
3  worked for Rob at the time, and he was expressing anger
4  because he had -- he had had some conversations with
5  Cassandra because of what was going on and knew how upset
6  she was.
7      Q.   Do you remember what Brown told you?
8      A.   He had said something that he had -- he had a
9  conversation with Cassandra about what was going on, and
10  she was upset about all the rumors that were going around
11  and that she had a letter in her work mailbox in regards
12  to people viewing it, specifically, I want to say, up in
13  investigations. And he had asked if I had heard anything
14  about it. And I said, "I heard rumors," I said, "but I
15  haven't -- I haven't heard anybody from investigations."
16  And at the time, I hadn't. Later on I'm finding out
17  later there was.
18      Q.   Did Brown say anything to you suggesting that
19  Socha had told him about the explicit nature of some of
20  the photo and video images that were on her cell phone
21  extraction?
22      A.   If she did tell him that, he never mentioned
23  that to me.
24      Q.   Okay. Have you ever discussed with Matlock

Page 55

1  the Socha lawsuit or the contents of the Socha cell phone
2  extraction?
3      A.   No.
4      Q.   Have you ever discussed those topics with Dave
5  Jackson?
6      A.   No, not Dave.
7      Q.   How would you characterize your current
8  relationship with Dave Jackson?
9      A.   Now or during that time?
10      Q.   Well, let's take now, and then we'll go back
11  to that time frame.
12      A.   Now, no. We don't have any type of
13  relationship. He got angry with me after I became deputy
14  chief because we tried to fire one of the BPOA members,
15  Lionel Allen. He didn't feel that I did enough as
16  president of the BPOA to protect him, but I was the
17  deputy chief at the time. I told him I had to separate
18  those two, and he was angry about that. And then he got
19  in trouble, and he had blamed, basically, me because I'm
20  part of the administration even though I had no
21  involvement in that incident. And so I stepped down as
22  president, and then he took over as president because of
23  those fallouts -- or that fallout.
24      Q.   How was your relationship with him back in the

16  (Pages 52 to 55)

Cassandra Socha v. City of Joliet; et al.
Deposition of Darrell Gavin - Taken 6/24/2021

Page 56

1   spring and summer of 2018?
2        A.   Back then, you know, we were, you know,
3   work -- I would consider a work friend.  I mean, we had
4   a -- because, like I said, I was president; he was vice
5   president of BPOA at the time, and we did functions
6   together; we've done community events together.  I mean,
7   I wouldn't consider him a friend because we never --
8   didn't do -- we didn't go out drinking together.  We
9   didn't go hanging out all the time or anything like that.
10  But it was decent until, like I said, around January of
11  2019, is when that kind of fell apart because he was
12  angry I didn't do enough for a fellow BPOA brother, as he
13  would put it.
14       MR. ADAMS:  I think those are all the questions I
15  have at this time.  I appreciate your patience.
16       THE WITNESS:  Not a problem.
17       MS. PROCTOR:  Could we just take a five-minute
18  break?  The defense may have a few, so if we could just
19  take five.  We've been going for an hour and a half.
20            (A short break was had.)
21       MS. PROCTOR:  On behalf of the City of Joliet, I
22  have no questions.  Thank you, Mr. Gavin, for your time
23  and attention today.
24       THE WITNESS:  All right.  Any time.

Page 57

1        MR. ATKUS:  I don't have anything either.
2            So, Hall, if you want to explain signature.
3        MR. ADAMS:  Under our rules, you have the right to
4   review the transcript of this deposition when it's
5   written in order to note any instances in which you
6   believe the transcription is in error, or you can waive
7   that right.  We do need you to tell us on the record
8   whether you choose to exercise or to waive that right.
9   The choice is entirely yours.
10       THE WITNESS:  I would like to see it.
11       MR. ADAMS:  Show signature is reserved.  And that
12  will be handled through the City's lawyer.  Thanks very
13  much for your time.
14            (Deposition concluded at 11:18 a.m.)
15
16
17
18
19
20
21
22
23
24

17  (Pages 56 to 57)

Cassandra Socha v. City of Joliet; et al.
Deposition of Darrell Gavin - Taken 6/24/2021

Page 58

1              IN THE UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF ILLINOIS
2                      EASTERN DIVISION

3
    CASSANDRA SOCHA,                        )
4                                           )
                            Plaintiff,      )
5                                           )
                   vs.                      )   No. 18 CV 05681
6                                           )
    CITY OF JOLIET, a municipal             )
7   corporation; EDWARD GRIZZLE;            )
    JOHN DOES 1-20,                         )
8                                           )
                            Defendants.     )
9

10

11              I, DARRELL GAVIN, state that I have read the

12     foregoing transcript of the testimony given by me via

13     videoconference at my deposition on June 24th, 2021, and

14     that said transcript constitutes a true and correct

15     record of the testimony given by me at said deposition

16     except as I have so indicated on the errata sheets

17     provided herein.

18

19                        _____
                                  DARRELL GAVIN

20     No corrections (Please initial)_____
       Number of errata sheets submitted_____(pgs.)
21
       SUBSCRIBED AND SWORN to
22     before me this _____ day
       of _____, 2021.
23
       _____
24            NOTARY PUBLIC

Royal Reporting Services, Inc.
312.361.8851

Cassandra Socha v. City of Joliet; et al.
Deposition of Darrell Gavin - Taken 6/24/2021

Page 59

```
 1   UNITED STATES OF AMERICA        )
     NORTHERN DISTRICT OF ILLINOIS   )
 2   EASTERN DIVISION                )    SS.
     STATE OF ILLINOIS               )
 3   COUNTY OF COOK                  )

 4

 5            I, Tina M. Hickey, Certified Shorthand

 6   Reporter, do hereby certify that DARRELL GAVIN was first

 7   duly sworn by me via videoconference to testify the whole

 8   truth and that the above deposition was reported

 9   stenographically by me and reduced to typewriting under

10   my personal direction.

11            I further certify that the said deposition was

12   taken via videoconference at the time and date specified

13   and that the taking of said deposition commenced on

14   June 24th, 2021, at 9:35 o'clock a.m.

15            The signature of the witness, DARRELL GAVIN,

16   was reserved by agreement of counsel.

17            I further certify that I am not a relative or

18   employee or attorney or counsel of any of the parties,

19   nor a relative or employee of such attorney or counsel or

20   financially interested directly or indirectly in this

21   action.

22

23

24
```

Cassandra Socha v. City of Joliet; et al.
Deposition of Darrell Gavin - Taken 6/24/2021

Page 60

1          Witness my official signature as a Certified

2     Shorthand Reporter in the State of Illinois, on

3     July 14th, 2021.

4

5

6

7

8

9

10          _____
            TINA M. HICKEY, CSR
11          161 North Clark Street
            Suite 3050
12          Chicago, Illinois 60601
            Phone:  312.361.8851
13
      CSR No. 084-003858
14

15

16

17

18

19

20

21

22

23

24

Cassandra Socha v. City of Joliet; et al.
Deposition of Darrell Gavin - Taken 6/24/2021

Page 61

## A

**a.m** 1:17 57:14 59:14
**able** 5:7
**academy** 13:20 13:24
**accept** 7:19 9:5
**access** 21:11 23:23 48:23
**accommodate** 4:24
**acting** 14:18,20
**action** 59:21
**activities** 17:14
**actual** 38:15
**Adams** 2:2,2 3:4 4:8,9 24:13 26:8,11 56:14 57:3,11
**addresses** 6:3
**administration** 11:3 17:16 25:23 26:17 27:20 35:8 55:20
**administrative** 6:2 10:24 11:4 11:17,21,23 12:10,21
**affairs** 13:9,14 13:21 49:14
**after-work** 17:14
**agreement** 59:16
**ahead** 26:12 36:2,4
**Al** 7:15 11:6 23:17 37:21 38:8 53:7
**Allen** 55:15
**AMERICA** 59:1
**and/or** 24:22
**anger** 54:3

**angry** 41:1 55:13,18 56:12
**announced** 8:5
**answer** 4:19,24 5:5,6 26:8,12 40:13
**answered** 42:3
**answers** 6:9
**anybody** 5:23 43:14,15 45:6 54:15
**apart** 56:11
**apparently** 45:1
**appearance** 51:18
**APPEARAN...** 2:1
**appreciate** 56:15
**appreciation** 33:3
**approach** 33:24 34:1
**appropriate** 5:9
**approximate** 10:9
**approximately** 10:16
**area** 15:16,16 28:7 29:21,24
**arrived** 15:9
**articulated** 9:20
**ascend** 9:1
**asked** 4:19 6:10 14:2 25:11 27:9 34:3 52:17,22 54:13
**asking** 37:7,7
**aspect** 16:5
**assumed** 39:7,10
**assumption** 23:11
**ATKUS** 2:12 24:12 57:1

**attempt** 4:19
**attend** 20:2,6
**attention** 44:9 56:23
**attorney** 5:21 24:8 59:18,19
**audit** 32:4,10,14
**August** 13:2,3 32:9
**authority** 42:8
**aware** 7:15 19:17 20:7,17 20:21 22:5 33:4 49:7,17

## B

**B** 3:6
**back** 4:23 10:19 25:18,23 26:2 26:8 27:16 28:21 29:9 30:5 31:19 37:24 41:13,15 53:7,9 55:10 55:24 56:2
**backup** 13:9,15 13:21
**based** 9:17 16:2
**basically** 7:16 9:2 12:16 13:4 13:5 14:1 23:1 23:15 25:21 27:4 41:2 42:6 52:17 55:19
**becoming** 22:4
**beers** 16:19
**beginning** 10:6 13:16,17,18
**behalf** 2:6,11,16 56:21
**believe** 6:2 8:3 11:22 13:15 14:19 15:11,17 22:17 23:8

24:8 26:21
28:9 29:4,16
30:11,21 32:2
32:6,9 33:13
33:21 34:2
35:9 42:22
43:14 47:10,14
47:24 48:11,19
49:22 54:2
57:6
**believed** 41:18 45:12
**believes** 45:2
**Benton** 10:23 12:1,1,4,7,14 12:16 13:5 14:22 25:1,8 25:24 26:16,18 27:2,22 28:5 28:16,21 29:2 29:3,10 30:5 30:14,18,20 31:15,16 32:7 32:9,11,11,18 33:5,10,11,14 33:24 34:1 36:17,21,23 37:11,13,17,22 39:2,7 41:5 45:22 47:15,17 47:19,20
**beyond** 17:8
**bit** 6:4 52:21
**blah-blah-blah** 27:10 41:4
**blamed** 55:19
**blank** 50:20
**Bolingbrook** 2:9
**Botzum** 22:18 23:1
**Boughton** 2:8
**BPOA** 11:8 17:24 55:14,16 56:5,12

**Brad** 22:21,22
**break** 26:7 56:18,20
**brother** 56:12
**brought** 25:19
**Brown** 17:20,21 18:2 50:15 54:1,7,18
**BS'd** 52:21
**bunch** 46:2

## C

**calendar-wise** 11:11
**call** 15:16,19 39:8 42:1 44:11
**called** 1:12 4:4 8:14 9:11 14:20 27:4 34:22,22 37:11 37:22 40:23 41:1
**calling** 48:15
**calls** 15:10,12 16:3
**Capparelli** 8:12 9:11,14,15,24
**care** 10:5 37:22 39:10
**career** 4:15 9:3 10:4
**Carlos** 50:18
**carry** 14:5
**carrying** 53:22
**case** 5:20 19:10 21:21,23,24 23:8,14,16 50:12
**cases** 13:11 14:3 19:3,6,9
**Cassandra** 1:3 2:17 44:23 45:11 46:4

Cassandra Socha v. City of Joliet; et al.
Deposition of Darrell Gavin - Taken 6/24/2021

Page 62

54:5,9 58:3
**category** 44:14
**cause** 8:8,10
**Celebrite** 22:14
  22:19
**cell** 20:19 23:6
  27:6 28:22
  29:22 30:1,6
  30:21 31:1,7,8
  31:12,17,19,21
  31:23 32:15,15
  32:20,22 33:11
  33:15,19 34:7
  34:11,19 35:16
  39:18 40:2,16
  42:12 43:22
  44:17 45:9
  46:1,19 47:13
  49:4,11,15,23
  50:5,8,14,18
  50:22 51:20
  52:6 53:24
  54:20 55:1
**Cellebrite** 22:8
  24:22 25:2,10
  25:13,16,22
  26:3,14,19,20
  27:2,7,7,17,24
  28:7,18,23
  29:18,22 30:6
  30:7,22 31:2,3
  31:7,13,18
  32:20 33:19,22
  34:20,21 35:2
  35:10,17 37:2
  38:2,4,15 39:3
  40:17 46:19
  48:5,23 49:2
  50:6
**central** 15:18,19
**certified** 1:16
  22:19 59:5
  60:1
**certify** 59:6,11

59:17
**chain** 11:24 12:2
  14:4 15:3,7
**characterize**
  16:12 17:19
  18:4,12,21
  55:7
**charge** 34:16
**checked** 41:4,7
**Chicago** 2:4
  60:12
**chief** 7:8,9,9,11
  8:14,17,20 9:1
  9:5,7,9,24
  10:23 11:6,12
  12:1,2,4,7,9,10
  12:14,15,16
  13:3 14:6,12
  14:13,16,18,22
  17:20 18:2,5
  18:11,14,15,17
  18:18 25:8,24
  26:18,23 27:2
  27:8,16,22
  28:5,16,21
  29:1,2,2,10
  30:5,14,18,20
  31:11,15,16
  32:18 33:5,10
  33:11,14,24
  34:1,15,16
  35:14 36:17,19
  36:21 37:10,10
  37:11,16,17
  38:9,12 39:2,7
  39:12 41:7,15
  41:16,19 42:7
  42:7,18 43:8,9
  43:20 47:11,14
  47:20,23,24
  55:14,17
**chiefs** 11:1,2,10
  12:23 13:7
  14:18

**choice** 57:9
**choose** 57:8
**Chris** 33:1 48:2
  52:2,9
**circling** 18:24
**circulating**
  32:21 33:12
**City** 1:6 2:11
  5:19,21 8:11
  9:10 21:11
  44:5 48:20
  56:21 58:6
**City's** 57:12
**civil** 1:14 23:21
**claimed** 34:10
**Clark** 60:11
**class** 13:24
  22:23 23:3
**clear** 28:4
**clearly** 51:9
**close** 16:22 18:2
  18:6,9,10,16
**closed** 51:3
**closest** 17:11
**closing** 32:13
**code** 51:15
**colleagues** 16:20
**come** 32:3 48:8
**command** 11:24
  12:3 14:4 15:4
  15:8
**commander's**
  52:4
**commenced**
  59:13
**communicate**
  39:1
**communicated**
  39:2
**community**
  13:10 56:6
**complaint** 6:12
**completed** 34:18
**completely** 4:18

4:18 14:9
  19:13
**computer** 22:9
  31:4 49:3 50:7
  53:10,15
**computers**
  22:14 24:23
  31:8,9,13,20
  32:4 34:20
  40:17
**concluded** 57:14
**conduct** 8:21
  43:24 44:13
  51:15
**confirm** 31:6
**conjecture**
  44:22
**consider** 17:10
  18:1,13,18,22
  56:3,7
**considered**
  16:18 22:12
**constitutes**
  58:14
**contact** 17:13
**contained** 46:1
  48:15 50:8
**contents** 24:21
  31:21 32:22
  35:18 50:13,17
  50:22 53:24
  55:1
**control** 9:13
**conversation**
  5:24 6:5 10:2
  26:23 27:15
  28:14,15 29:6
  30:4 31:10
  33:13 41:11
  42:4,14 45:22
  47:14 48:11
  54:9
**conversations**
  36:21 42:2

54:4
**convey** 5:9
**COOK** 59:3
**copies** 49:4,11
**copy** 49:15
**corporation** 1:7
  58:7
**correct** 6:23 7:5
  7:21 11:19,20
  12:8,11,12
  24:23 29:11
  30:8,19 35:19
  36:12,15,16,18
  38:16,17 43:12
  47:23 48:6,7
  49:12 51:10,14
  51:15 58:14
**corrections**
  58:20
**council** 9:13
**counsel** 59:16,18
  59:19
**COUNTY** 59:3
**couple** 4:16 32:5
  45:20
**COURT** 1:1
  58:1
**Courts** 1:15
**created** 12:16,17
**creating** 10:23
**crimes** 19:14
**criminal** 20:2,9
  20:15 23:22
**cross** 15:20
  25:23
**Crowley** 15:1,3
  19:18 20:3,9
  20:15 44:1
  51:2
**crying** 9:2
**CSR** 60:10,13
**current** 6:18,20
  8:17 17:10,19
  18:4,12,21

Cassandra Socha v. City of Joliet; et al.
Deposition of Darrell Gavin - Taken 6/24/2021

Page 63

55:7
cut 36:4
CV 1:5 58:5

**D**

D 3:1
DARCY 2:7
DARRELL 1:11
  3:3 4:3 58:11
  58:19 59:6,15
data 34:6,11
  39:17 40:2
  42:12 44:14
  49:22 50:5,14
date 8:3 13:1
  32:12 33:17
  45:19 59:12
dates 10:9
Dave 55:4,6,8
Dawn 7:16 8:14
day 17:14 28:3
  29:13 31:24
  39:9 44:7
  58:22
days 15:11
deal 9:16
Dearborn 2:3
December 11:14
decent 47:4
  56:10
decently 18:6
decide 8:8,10
Defendant 2:11
  2:16
Defendants 1:8
  1:12 58:8
defense 56:18
delete 30:6
  38:14
deleted 31:1,12
  34:24 35:16
deleting 38:18
deletion 29:21
  30:1 34:19

40:16 46:18
  48:5
demote 7:17
  8:24 9:6
demoted 7:11
  8:2
demotion 8:8,13
  8:19
department
  6:18,22 7:1 8:6
  10:5 16:21
  17:6 20:23
  22:3,12 32:1
  34:10 43:12,17
  44:4,8
department's
  14:24 16:8
  19:18 20:18
  22:13 51:13
depict 44:12
depicted 43:24
deposition 1:11
  4:12 5:13,16
  6:7 57:4,14
  58:13,15 59:8
  59:11,13
depositions 1:15
  6:1
deputy 7:7,9,9
  7:11 11:1,2,10
  11:11 12:2,9
  12:10,15,23
  13:3,7 14:6,13
  14:18 17:20
  18:2,5,14,15
  18:17,18 31:11
  34:16 35:14
  36:19 37:10,10
  37:16 38:9,12
  39:12 42:18
  43:8,9,20
  47:11,23,24
  55:13,17
deputy-chief

13:8
describe 22:4
described 13:4
  32:19 33:6
  42:10
description
  48:14
desk 32:16 53:5
  53:8
desktop 26:21
  53:10,16,18
desktops 32:14
details 50:9
detective 5:19
  10:17,17,21,22
  18:7,20,22
  19:4,8,9,15,17
  39:21,22 40:1
  40:12 42:23
  43:2 49:21,24
  50:2,5,10
detectives 19:7
developed 17:9
  17:17
device 49:10
  50:7
devices 22:9
  26:20 28:24
  30:10 53:1
dick 51:3
different 10:8
  19:7 48:18
direct 12:13
  29:9 30:5
  31:11
directed 28:16
  29:10 30:5
  32:18 33:5,18
directing 27:3
  31:16,18
direction 27:14
  27:22 39:1
  59:10
directive 31:14

directly 12:4
  14:13 39:19
  46:14 59:20
discuss 6:9
discussed 6:17
  19:23 50:13,17
  50:22 53:23
  54:24 55:4
discussion 26:6
  40:22 52:5
discussions
  40:15
District 1:1,1,15
  58:1,1 59:1
division 1:2
  11:19,21,24
  12:10,21 29:21
  58:2 59:2
documents 5:12
doing 17:18 24:6
  35:22 46:23
  48:2
Don 19:1 39:24
door 37:6 38:1
  53:6,8
doubt 4:21
dproctor@tre...
  2:10
draw 50:20
drinking 18:8
  56:8
drive 35:18,20
  36:9,10,11
  37:1 50:7
drives 36:15
  38:20 49:1,12
  49:13
duly 4:4 59:7
duties 12:20
duty 22:13

**E**

E 3:1,6
e-mail 2:5,10,15

6:2
earshot 28:1,8
East 2:8
EASTERN 1:2
  58:2 59:2
Ed 41:13
Edward 1:7
  2:16 58:7
effect 51:4
efficient 10:11
eight 10:18
either 7:2 17:3
  31:13 33:14
  38:19 43:24
  52:12 57:1
elapsed 27:13
employee 23:19
  23:21 59:18,19
employment
  6:20
enable 15:13
ended 36:24
engaged 43:24
  44:12
entailed 43:15
entire 9:3 29:21
  29:24 36:9
entirely 5:9 57:9
envelope 37:2
  38:1,4
errata 58:16,20
error 57:6
especially 4:20
  12:24 23:20
essence 15:10
estimate 5:8,10
evaluations
  15:23
events 18:23
  29:14 56:6
eventually 22:18
  23:2
everybody 17:1
  20:23 21:8,8

Cassandra Socha v. City of Joliet; et al.
Deposition of Darrell Gavin - Taken 6/24/2021

Page 64

32:15 46:12
**evidence** 17:5
  26:5,15 30:8
  30:12 37:8,9
  39:4
**exact** 13:1 15:15
  29:16 32:12,23
  33:17 42:19
  43:6
**exactly** 36:5
  41:10 43:15
  44:24
**examination**
  1:13 3:4 4:7
**examined** 4:5
**excerpts** 6:15
**exclude** 39:16
**exercise** 57:8
**EXHIBITS** 3:7
**existed** 49:5
**existence** 49:8
**expected** 14:5
  29:19
**experience** 16:2
**experts** 22:13
**explain** 7:14
  8:23 41:18,21
  57:2
**explained** 4:23
  8:19 25:20
  27:8
**explanation**
  27:11
**explicit** 44:3,11
  44:15,18,19
  45:2,6,8,9 46:1
  47:12 48:9,14
  51:19 52:5
  54:19
**expressing** 5:10
  54:3
**extra** 8:11
**extracted** 24:22
  31:9 34:7,11

39:17 51:19
**extracting** 35:4
  35:11 37:4
  38:5,18
**extraction** 25:9
  25:15,21 27:1
  27:6,17,23
  28:6,17,22
  29:17,22 30:1
  30:6,21 31:1,7
  31:12,17,20,22
  31:24 32:20,22
  33:12,19 34:19
  35:17,18 36:22
  37:2 38:2,4,14
  40:3,17 42:13
  42:24 43:2,23
  44:14,18 45:10
  46:1,19,23
  47:13 48:5,10
  48:16 49:4,11
  49:15,23 50:5
  50:8,14,18,23
  52:6 53:24
  54:21 55:2
**extractions**
  37:23 39:3

**F**

**fact** 20:21 27:16
  43:11 51:22
**fair** 5:2,3
**fall** 13:24
**fallout** 55:23
**fallouts** 55:23
**far** 18:15 23:22
  43:18 49:6,13
  49:18 53:18
**FBI** 13:19 32:3
**Federal** 1:14
**feel** 5:7 55:15
**fell** 56:11
**fellow** 56:12
**felt** 46:5

**female** 16:6
**few-month** 33:9
**file** 50:3,11
**filed** 6:12
**filing** 45:7
**Finally** 41:12
**financially**
  59:20
**find** 27:23 28:6
  28:16
**finding** 54:16
**fine** 5:14
**finish** 26:12
**finished** 47:2
**fire** 9:15 44:4
  48:20 55:14
**first** 4:4 8:14
  26:23 27:22
  28:5,15 30:24
  31:16 34:23
  40:1 41:12
  44:10,17 45:8
  45:24 46:7
  50:20 59:6
**five** 10:22 52:17
  52:20,23 56:19
**five-minute**
  56:17
**floor** 10:10
**follows** 4:6
**footage** 43:23
  44:13
**foregoing** 58:12
**forensic** 32:4,14
  53:15
**former** 17:10
  18:11
**found** 25:3
  42:20 44:24
  45:3
**foundation**
  24:12
**frame** 12:11
  13:12 14:5

22:11,20 32:23
  33:9 34:17
  45:20 55:11
**friend** 16:18
  18:13,23 56:3
  56:7
**friends** 9:4 17:6
  17:6,7 18:14
  19:1
**friendships** 17:9
  17:17
**functions** 56:5
**further** 59:11,17

**G**

**Gavin** 1:11 3:3
  4:3 56:22
  58:11,19 59:6
  59:15
**general** 48:2
  51:13 52:10
**General's** 24:8
**generally** 20:17
**German** 22:17
  23:1 25:12,15
  26:1,3,13,18
  26:24 27:15
  28:2,6,17,24
  29:9 30:5,9,15
  30:24 31:17,19
  33:5,18,22
  34:18 35:2,16
  36:22 37:1
  38:14 46:22
  53:2
**getting** 26:18
**give** 4:19 5:7
  10:10 27:10
  31:14 42:16
**given** 4:11 6:10
  14:6 58:12,15
**giving** 27:13
**go** 10:4 12:6
  15:20 25:11

26:12,24 27:5
  27:23 28:5,16
  28:24 30:5
  31:19 33:10
  36:2,3 55:10
  56:8,9
**going** 4:10 8:1
  10:13 11:24
  13:11 21:1
  23:21 27:14,15
  31:23 32:13
  33:2 36:3,5
  37:8,8,9 41:8
  43:19 44:13
  46:23 49:18
  50:20 54:5,9
  54:10 56:19
**golf** 39:9
**good** 5:11 34:2
**gotta** 52:21
**gotten** 19:1
**grabbed** 38:1,2
  53:8
**great** 16:5,6,6
**Grizzle** 1:7 2:16
  5:19 16:11,13
  19:4,17 23:8
  24:1,3,3 34:12
  39:16 40:2,5
  40:14,16 41:18
  41:23,24 42:10
  43:1,20 45:18
  49:21,23 50:4
  58:7
**Grizzle's** 21:17
  41:20
**group** 19:13
**guess** 5:4 19:22
  37:11 44:23
  46:11
**guys** 9:4 15:5
  17:4,4,15,15
  19:13 48:20

Cassandra Socha v. City of Joliet; et al.
Deposition of Darrell Gavin - Taken 6/24/2021

Page 65

**H**

H 3:6
half 36:7 56:19
hall 2:2,2 4:9
  27:20,21 37:5
  44:6 48:21
  57:2
hall@adamsle...
  2:5
handed 35:20
  38:3 49:1 53:9
handle 46:22
handled 13:9
  57:12
handling 24:4
  24:21
hanging 56:9
happened 20:22
  32:10 33:8
  37:12 46:15
hard 43:17
  48:19
harder 4:21
hate 53:22
hear 4:17 28:14
  44:17 45:24
  46:7 48:14
  51:21
heard 5:1 10:1
  21:3 23:12
  31:21 34:4
  39:19,24 44:4
  44:5,19 45:11
  45:13 46:4,10
  46:16 47:12
  48:9,13 51:6
  51:17,21 54:13
  54:14,15
hearing 22:3
  44:10
held 10:8,9,10
help 14:1,1,2
  15:21
helped 6:4

**I**

Hey 37:1
Hickey 1:16
  59:5 60:10
hired 9:13 10:12
Hock 9:11
hold 11:16 37:23
homicides 19:9
honest 40:4
HOPPE 2:12
hour 36:7,7
  56:19
hundred 15:18
  40:10
hung 41:17 42:4

**I**

idea 25:13 42:16
  46:8,16
ignore 32:2
III 2:2
Illinois 1:1 2:4,9
  2:14 58:1 59:1
  59:2 60:2,12
images 44:11,15
  44:18 45:4
  51:19 52:6
  54:20
important 4:17
  4:20
improper 51:10
inaccurate 47:9
incident 55:21
included 43:23
  44:18
incoming 8:14
  8:20
indicated 8:5
  58:16
indirectly 59:20
individual 22:5
individuals 22:6
information
  25:22 35:4,5
  35:11

initial 58:20
initiated 40:22
inside 52:7
inspector 48:1
  52:10
instances 57:5
instruct 30:9
instructed 24:24
  32:14 39:7
intended 38:23
interested 59:20
interfere 41:6
interim 14:20,21
internal 13:9,13
  13:21 23:22
  49:14,18
interview 52:9
  52:12,15
investigating
  19:20
investigation
  15:1 16:8,9
  19:18,24 20:18
  23:20 24:4,6
  33:1 39:20
  41:2,6,17,20
  42:9 43:5,11
  43:13,15,20
  48:3 53:17,20
investigations
  11:19 17:1,13
  19:3 25:12,14
  26:2,24 27:5
  27:14,20 29:20
  32:13 34:16
  53:4 54:13,15
investigative
  50:3,11
investigators
  53:15
involve 41:19
involved 17:24
  19:11 36:20
  41:2,16 42:8

involvement
  24:20 46:18
  55:21
involves 23:19
iPhone 48:16
issue 47:6

**J**

J 2:12
Jackson 55:5,8
James 9:11
January 7:2,3
  8:4 56:10
Jeff 26:16
Jensen 12:2,9,15
  14:6 18:17,18
  31:11 36:19
  37:15 47:11,23
  48:1,8
Jensen's 36:24
  37:13,16 38:13
  53:6
Jim 8:11 9:11,13
  9:14,24
job 7:18
Joe 7:18,22
JOHN 1:7 58:7
Joliet 1:6 2:11
  5:19 6:18,22
  6:24 15:17
  16:20 17:10
  20:5,9,13,18
  34:9 39:15
  46:9 51:6
  56:21 58:6
Joliet's 21:11
July 25:7 60:3
jumped 47:8
June 1:17 11:15
  11:18,23 25:7
  58:13 59:14
June-ish 45:17

**K**

keep 4:16 43:17
kept 23:19 34:14
  43:3,16,18
kind 17:8 23:12
  23:24 27:20
  32:2 44:24
  46:17 56:11
knew 20:23
  23:17 32:2
  34:12,23 43:14
  43:15,19 44:2
  45:5 54:5
KNIGHT 2:12
  2:12
know 5:4,5 9:4,9
  10:13 12:13,18
  12:24 13:1,1
  13:15 15:15
  16:10 18:13
  19:1 21:5
  22:18,23 23:5
  23:23 24:1
  28:11 31:3
  32:11,23 33:7
  33:9 34:14,22
  36:20 39:12,23
  40:6 41:11
  43:4,7,7,9,18
  44:4,5,6,7,20
  44:24 45:1,1,2
  45:4,18,20
  46:12 48:1,19
  48:23 49:3,6
  49:13,14,18,19
  51:2 53:18
  56:2,2
knowing 48:22
known 9:3 43:12
KURNIK 2:12

**L**

L 2:7
lady 24:7
Lamken 24:7

Cassandra Socha v. City of Joliet; et al.
Deposition of Darrell Gavin - Taken 6/24/2021

Page 66

**Lantern** 22:8,14
24:22 25:1,10
25:13,19,20,20
26:4,14,19,21
27:18,24 28:23
29:18 30:2,7,8
30:22 31:2,3,8
31:13,18 32:21
33:20,23 34:20
34:24 35:3,7
35:11,12,23
36:11 37:3
38:5,15,16,18
39:3 40:17
46:20 48:6
49:3 50:6 53:2
**laptop** 26:22
35:3,12 36:9
36:11,14 37:3
38:2,4,15,16
53:2
**LAW** 2:2
**lawsuit** 5:20
6:13,17 44:22
44:23 45:7
52:22 53:23
54:2 55:1
**lawyer** 52:13
57:12
**lawyers** 4:11
5:18
**learn** 22:1,23
23:10,14 24:3
40:1,11 43:22
45:8
**learned** 42:11
**leave** 32:15
**led** 19:18
**left** 12:24 13:23
14:22 25:6
26:17 32:9,11
36:8 38:13,22
52:24
**lesser** 7:12

**let's** 25:5 55:10
**letter** 54:11
**lieutenant** 13:20
14:9
**light** 10:24
**Lionel** 55:15
**little** 6:4
**LLC** 2:2
**LLP** 2:7
**lock** 37:6
**locked** 35:8,13
53:6
**logistics** 6:6
**long** 28:15,19
37:7 42:3
45:20 52:19
53:1,4
**longer** 29:18
35:23
**Look** 41:13 42:6
**looked** 47:3
**looking** 44:5,6
45:3
**loose** 49:2
**lot** 13:5 17:6

─────────

**M**

**M** 1:16 59:5
60:10
**M-A-L-E-C**
8:16
**mad** 40:7 46:3
50:2
**mailbox** 54:11
**major** 15:19
19:10
**Malec** 8:16,20
**man** 37:23
**managed** 49:24
**manager** 8:11
9:10
**Mark** 7:17,20
13:16,23
**MARKED** 3:7

**matkus@khk...**
2:15
**Matlock** 18:5,6
50:18 54:24
**May/June** 12:11
13:12 14:4
22:11
**mayor** 9:13 11:7
**McKeon** 22:23
**McKinney**
18:20,22 19:2
22:18 23:2,3
28:2 39:24
40:12 42:12
49:22
**mean** 12:5,5
17:23 21:10
23:8 27:19
28:19 33:7
43:18 46:3,12
51:24 56:3,6
**Meaning** 47:17
**meet** 16:19
**meeting** 8:3,6
11:10
**member** 17:24
**members** 6:18
55:14
**memo** 46:20
**mention** 46:24
**mentioned**
54:22
**met** 17:15
**MICHAEL** 2:12
**mill** 22:2 44:2
51:16
**mind** 4:17
**minutes** 27:19
52:20
**misspoke** 29:3
**mode** 4:20
**money** 8:11
**month** 42:19
**months** 32:5

**morning** 4:11
**moved** 10:14
11:2
**municipal** 1:6
58:6

─────────

**N**

**N** 3:1
**name** 4:9 8:14
8:15 21:7 46:9
50:20,21
**narcotics** 17:5
17:15
**national** 13:19
13:24
**nature** 54:19
**nearby** 46:15
**necessary** 8:24
**need** 4:22 42:6
57:7
**needed** 13:5
14:1 21:20
**negotiated** 8:11
9:16
**neighborhood...**
10:15
**never** 5:4 11:4
14:2,3 22:24
27:7 50:9
54:22 56:7
**new** 10:23 11:3
**Nicholas** 15:1
**night** 19:14
**nine** 10:18
**noon** 29:15,16
**NOPT** 10:15,16
**normally** 4:21
**North** 2:3,13
60:11
**northeast** 15:17
**NORTHERN**
1:1 58:1 59:1
**NOTARY** 58:24
**note** 57:5

**notes** 46:20
52:17
**notice** 1:13 7:7
**notified** 8:1
**nude** 43:24
44:12
**number** 15:15
58:20
**numbers** 6:3
**numerous** 16:23
17:18

─────────

**O**

**o'clock** 59:14
**Object** 24:12
**observe** 15:14
24:14
**obtaining** 21:17
**obviously** 17:16
44:22
**occasion** 15:22
**occurred** 25:4
29:14 32:5
29:14 32:5
40:18 48:4
51:9,11
**October** 32:7
**office** 24:8 27:5
28:9,10,13,13
29:1 32:4 35:8
35:13,14 36:15
36:23,24 37:5
37:13,16,18,20
37:24 38:13
52:5 53:3,5,6,8
53:9,11
**officer** 4:10 6:13
15:7,10,14,24
16:4,5,6,6,8
19:18 20:3,14
20:18 21:15
23:5 34:10
39:15 46:9
50:21 51:6,7
51:17

Royal Reporting Services, Inc.
312.361.8851

Cassandra Socha v. City of Joliet; et al.
Deposition of Darrell Gavin - Taken 6/24/2021

Page 67

officer's 21:9
officers 17:2,10
  20:5,9,13
  22:12 23:5
  51:17
offices 2:2 28:11
official 16:7
  52:13 60:1
okay 5:10 9:20
  35:16 37:19
  39:15 40:15
  44:15,16 45:1
  52:24 54:24
opinions 16:3
opposite 19:14
order 5:15 7:18
  7:18 8:12,24
  9:5 10:7 14:6
  28:5 57:5
ordered 25:9
  39:9
orders 51:13
originally 45:13
outcome 20:9,14
outing 39:9
overheard 48:13

**P**
page 3:2 47:8
Pardon 47:18
part 14:14 20:6
  20:17 23:11,11
  42:24 43:2
  46:24 53:16,19
  55:20
particular 22:5
parties 59:18
parts 39:21 42:2
patience 56:15
patrol 10:12,20
  10:20 11:8
  15:6 17:15
pay 44:9
people 21:5,7

22:3 43:7 44:3
  44:5 45:3 46:2
  46:6,14 48:21
  48:22 51:24
  54:12
percent 15:18
  40:10
percentage 36:6
performance
  8:21 15:14,23
period 29:21
  30:1 33:16
personal 21:2,4
  21:10,14,18
  23:6 39:18
  51:20 53:19,22
  59:10
personally 16:21
  17:11 18:2
pertaining 1:15
pgs 58:20
phone 2:4,9,14
  6:3 9:22 10:1,2
  10:3 20:19,23
  21:1,2,4,10,14
  21:18,20 23:4
  23:6 24:2,10
  24:10,14,17,21
  25:10 27:1,6
  27:23 28:22
  29:22 30:1,6
  30:21 31:1,7,9
  31:12,17,19,22
  31:24 32:20,22
  33:11,15,19
  34:7,11,13,19
  35:16 39:18,21
  40:3,16 41:24
  42:12 43:22
  44:3,18 45:9
  45:13,14,18
  46:1,5,19
  47:13 48:10
  49:4,11,15,23

50:5,8,14,18
  50:22 51:20,23
  52:6,8 53:18
  53:19,21,22,24
  54:20 55:1
  60:12
phones 21:10,12
  32:15,16 53:22
photo 54:20
photographs
  43:23 44:12
photos 44:20
picked 11:6,9
picking 14:17
PIO 11:4,4
pissed 40:6
  41:11 42:10,20
  45:11 46:4
  50:10
pissing 42:5
Plaintiff 1:4 2:6
  58:4
plans 8:6
play 14:24 16:7
played 14:12
  20:14
playing 23:13
please 5:4 26:9
  58:20
plugged 35:12
  36:11 38:3,16
  49:2
plural 51:17
point 24:20
  37:14 39:12
  46:13
police 6:18,22
  6:24 8:17 10:5
  13:10 15:14
  16:4 32:1 34:9
  43:17 44:8
policies 51:13
policing 10:16
porn 51:3

position 7:19 9:1
  9:5 10:24 11:3
  12:17,17 13:4
positions 10:9
  10:10
Powers 50:21,23
preparation
  5:13
prepare 5:15
  15:22
present 2:17
  20:8,12 24:14
  29:20,24 34:18
  52:4
presently 16:13
  16:14,17
president 11:8,8
  11:9 55:16,22
  55:22 56:4,5
press 13:9
presume 5:1
pretty 9:3 15:19
  17:1 34:15
  43:16,18 46:13
  50:1 52:1,1
prior 9:11 17:16
  31:16
privy 23:24 48:9
probably 18:15
  28:13
problem 56:16
Procedure 1:14
procedures
  51:13
process 7:13
  9:14 10:14
  14:15,17 29:17
  38:17
PROCTOR 2:7
  56:17,21
proficient 22:24
progression
  14:8
promoted 10:21

14:12
protect 55:16
provided 5:9
  58:17
PUBLIC 58:24
pursuant 1:13
  1:13 20:19
  21:17 23:6
put 7:7 26:4,4,5
  26:14,15,15
  30:8,10,11,12
  35:17 37:2,4,8
  37:9 39:4 41:1
  53:5 56:13

**Q**
question 4:18
  5:1,5,6,8 12:9
questions 4:10
  4:22 6:9 12:18
  13:10 52:17,22
  52:23 56:14,22
quite 48:4
quote 51:2,3
quote/unquote
  41:20

**R**
R-O-S-A-D-O
  7:24
rank 7:6,11,12
  8:2,8 11:15
  14:9 19:5
ranks 10:8 14:9
ranting 50:1,10
rare 21:9
ratings 15:23
read 4:23 6:12
  6:15 26:8,10
  58:11
real 16:16
realized 21:2
really 19:7
  22:24 29:17

Cassandra Socha v. City of Joliet; et al.
Deposition of Darrell Gavin - Taken 6/24/2021

Page 68

44:9 48:22
**reason** 8:19 9:6
**reasonable** 5:8
**recall** 21:3 24:11
  24:17 25:4
  33:7 40:4,9
  41:23 42:3,13
  44:10 47:3,7
**recollection** 25:8
  42:22 47:22
**record** 26:6,10
  46:17,21 57:7
  58:15
**reduced** 59:9
**refer** 44:14
**referring** 30:18
  44:11
**regarding** 46:18
**regards** 6:3
  13:10 54:11
**Regis** 33:1 48:2
  52:2,9
**Regis's** 39:20
**Reid** 7:20 49:14
**related** 8:20
  13:8
**relationship**
  12:14 16:12,16
  16:17 17:20,23
  18:5,9,10,12
  18:19,21 55:8
  55:13,24
**relative** 13:13
  59:17,19
**remain** 16:21
**remained** 31:7
**remember** 5:6,7
  5:22 19:20
  21:14 24:7
  32:12,24 36:2
  36:5 40:7
  41:10 42:5,20
  42:23 54:7
**reminder** 4:16

**removal** 25:9
**remove** 31:19
  33:19
**removed** 31:12
  32:20,21
**repeated** 4:22
**rephrased** 4:23
**replaced** 9:7,9
**report** 27:16
  28:21 33:10
  36:18 46:20,23
  46:24 47:1,11
  47:23 48:8
**reported** 12:4
  59:8
**Reporter** 1:17
  59:6 60:2
**reporting** 12:14
  12:15
**reports** 34:1
  47:4
**represent** 4:9
**represented**
  8:13 52:12
**requested** 26:10
**required** 7:10
**reserved** 57:11
  59:16
**respond** 15:12
**responding** 16:3
**response** 5:8
**responsibilities**
  13:7
**retire** 6:24 8:6,9
  8:10,12 9:12
  9:16
**retired** 6:21,22
  7:7,8,8,9,12,15
  11:2
**retirement** 7:6
  10:7
**reverse** 10:7
**review** 5:12 57:4
**right** 25:6,16

26:2,16 27:19
27:21 28:2
33:15 36:17
37:5 41:3,6,16
41:19 56:24
57:3,7,8
**river** 2:13 15:20
**Road** 2:8,13
**Rob** 17:21 18:2
  50:15 53:24
  54:3
**Roechner** 9:7,9
  9:18,21,24
  14:12 18:11
  29:2 34:15
  35:14 37:10,11
  37:16 38:3,11
  38:12,22,22
  39:1,13 43:8,9
  43:21 49:3
  53:3,9
**Roechner's** 10:1
  29:1
**role** 13:13 14:12
  14:14,24 16:7
  20:13 21:17
**room** 7:17 9:19
  9:21 11:7
**Rosado** 7:23
**Rosemont** 2:14
**Rouse** 13:22
**rules** 1:14 57:3
**rumor** 22:2 44:2
  44:22 51:16
**rumored** 51:22
**rumors** 21:1
  31:21,23 32:1
  32:21,24 33:1
  33:4,11,14
  34:1,4,5 44:7
  46:12 47:12
  48:8,13 52:2
  54:10,14
**run** 19:12

**S**

**S** 3:6
**Sabrina** 5:21
**sat** 52:20
**saw** 47:5 49:11
**saying** 32:12
  43:3 44:3
**scheduling** 6:6
**search** 20:19
  21:13
**second** 7:2 22:22
  30:4
**seconds** 28:20
**secret** 23:18
  43:17
**secretary** 6:3
  28:12,12
**sector** 15:9
**see** 25:6,9 27:6
  38:19 45:6
  57:10
**seen** 34:6,10
  47:1 51:23
**seized** 20:19,24
  21:4,10,18
  23:6 24:10,15
  24:18,21 34:7
  34:11 39:18
**sense** 23:9 24:1
  48:21,24
**sent** 6:2
**separate** 42:13
  55:17
**September**
  13:19 32:7,9
**sergeant** 5:19
  10:19,20,21,22
  10:24 11:4,17
  12:20 13:22
  14:13 15:6
  16:11,13 19:4
  19:9,11,12,17
  19:21
**sergeants** 19:6

**serious** 32:3
**serve** 11:18 15:3
  15:13
**served** 15:7
  44:23
**serving** 16:2
**sexual** 43:24
  44:12
**sheets** 58:16,20
**shift** 15:11 19:14
  19:14,16
**short** 26:7 29:7
  56:20
**Shorthand** 1:16
  59:5 60:2
**shortly** 12:24
**Show** 57:11
**showed** 35:15,22
  53:7
**showing** 36:7
**side** 10:1 15:17
**signature** 57:2
  57:11 59:15
  60:1
**similar** 18:24
**singular** 51:17
**sir** 4:9 5:12
  16:15 17:22
**sits** 28:2
**skip** 14:9
**Socha** 1:3 2:17
  4:10 6:13 15:7
  15:10,24 16:8
  20:18 21:24
  23:16 24:6
  25:15 27:1,6
  27:23 28:22
  29:22 30:1,6
  30:21 31:1,6
  31:12,17,19,21
  32:20,22 33:11
  34:19 35:16
  38:14 40:2,16
  42:12 43:22,24

Cassandra Socha v. City of Joliet; et al.
Deposition of Darrell Gavin - Taken 6/24/2021

Page 69

44:12,17 45:9
45:24 46:18
47:12 48:10,15
49:4,11,15,23
50:5,8,11,14
50:18,22 51:7
51:18 52:22
53:23,24 54:19
55:1,1 58:3
**Socha's** 20:14
21:15,18 23:4
23:6 24:9,10
24:14,21 25:10
31:8 34:7,11
39:18 52:6
**socially** 16:21
**software** 25:21
**somebody** 42:21
45:12 46:14
**soon** 35:6
**sorry** 7:23 21:24
28:4 29:3
38:10 47:20,21
**Sounds** 5:18
**span** 18:16
**speak** 5:15 28:5
51:5
**speaker** 10:2,3
**specific** 52:7
**specifically**
13:13 20:13
24:17 38:23
54:12
**specifics** 48:17
51:21
**specified** 59:12
**specify** 50:4
**spelled** 7:23
**spoke** 25:15
35:1
**spoken** 5:18
20:5,8,12 34:9
**spread** 48:18
**spreading** 45:12

46:6
**spring** 56:1
**SS** 59:2
**star** 51:3
**stark** 51:12
**started** 9:2 21:1
23:12 32:24
33:9 34:3
36:22 42:5
**state** 58:11 59:2
60:2
**stated** 7:16
**statement** 30:16
**statements**
51:18
**States** 1:1,14
58:1 59:1
**status** 6:20
**stenographica...**
59:9
**step** 12:6
**stepped** 55:21
**steps** 32:19
**storage** 49:10
50:7
**straight** 12:7
**Street** 2:3 60:11
**Strike** 7:10 23:4
**stuff** 13:5 21:13
37:24 44:3,6,8
45:2,8,9,13
46:1,5 47:12
48:9,14
**subject** 21:13
**submitted** 58:20
**SUBSCRIBED**
58:21
**sucks** 51:2
**suggesting** 54:18
**Suite** 2:3,8,13
60:11
**summer** 42:19
53:16 56:1
**supervisors**

19:15
**supposed** 25:17
43:4,8
**sure** 4:17 5:22
7:15 10:12
13:23 15:19
19:11 20:24
22:21 23:2
25:1 26:1,13
28:3 30:9,11
34:3,3 36:22
37:20 40:6
46:14 47:15
49:20
**sworn** 4:1,4
11:13 58:21
59:7
**system** 25:14,20

**T**

**T** 3:6
**Tab** 12:6,24
25:6 33:14
35:9 36:19,24
37:15 53:6
**Tab's** 28:10,12
28:12 53:9
**tactical** 17:4
**take** 28:24 30:7
32:18 37:8,22
38:6 39:10
41:8,8,15 47:6
52:16 55:10
56:17,19
**taken** 1:11,16
30:10 33:22
53:2 59:12
**talk** 42:6 46:3
**talked** 34:5
47:24
**talking** 21:5,8
22:3 23:15
35:14 37:6
38:8 46:2,13

46:15 52:2
**taped** 52:15,16
**team** 10:16
**technically** 7:8
12:5 28:11
**tell** 5:6 10:8
22:19 24:9
27:2 29:13,15
30:14,20 33:16
41:15 42:7,19
43:1 49:23
54:22 57:7
**telling** 19:21
**tells** 41:8
**tense** 53:13
**tenure** 17:3
**testified** 4:5
**testify** 59:7
**testimony** 4:12
20:14 58:12,15
**Thank** 56:22
**Thanks** 57:12
**thing** 35:23 36:3
38:6 42:6 52:3
**things** 4:16 19:8
33:5 39:10
44:19 48:18
**think** 6:4 7:23
11:1 20:22
22:20,22 25:5
40:8 42:17
43:14 52:17
56:14
**third** 7:2
**thought** 20:24
21:21 25:2,17
30:16
**three** 8:24 10:13
10:16 28:11
**thumb** 35:18,20
36:9,10,11,14
37:1 38:20
49:1,12,13
50:7

**tight** 23:19
34:15 43:16,18
**time** 10:6,23
11:1,9,22
12:11,22 13:6
13:12,16 14:5
14:16,18 15:17
18:16 19:12
20:24 21:6,14
22:11,17,20
25:14 26:21,22
27:13 29:13,16
30:12 31:8
32:18,23 33:2
33:9,16 34:16
34:17 35:9
36:8,23 37:10
37:16,18 39:23
41:4 43:11
45:20 48:4
49:1,16 52:1
53:13,14,21
54:3,16 55:9
55:11,17 56:5
56:9,15,22,24
57:13 59:12
**times** 4:14,15,24
15:12,15 18:8
**Tina** 1:16 59:5
60:10
**today** 5:13,16
56:23
**told** 7:17 9:5,18
25:23 26:1,3
26:13,18,24
27:15 28:23
30:9 31:4 35:9
36:24 37:4
39:11,15,16,19
40:4,9 42:11
42:22 46:14
48:1 49:21
51:16 52:2,3
54:7,19 55:17

Cassandra Socha v. City of Joliet; et al.
Deposition of Darrell Gavin - Taken 6/24/2021

topics 55:4
trained 22:8
training 10:14
transcript 57:4
58:12,14
transcription
57:6
TRESSLER 2:7
trial 20:2,6,10
20:15
tried 55:14
trouble 55:19
true 31:4 32:5
35:23,24 44:8
58:14
truth 59:8
try 9:15
trying 33:3
41:10
turned 53:3
two 11:1,2,5
12:23 17:4
19:7 23:23
26:19,20 28:10
28:13,14 29:1
29:5 30:10
31:20 36:14
38:19,20 39:13
43:7,19 48:22
49:1,6,12,13
53:1,22 55:18
two-year 18:16
type 9:16 23:20
55:12
typewriting 59:9
typically 15:20

**U**

um-hmm 14:7
understand 4:18
11:7
understanding
9:10,17 12:8
14:11 21:16,19

understood 5:2
union 11:8
52:13
unit 10:15 17:5
United 1:1,14
58:1 59:1
unlocked 38:1
53:8
upset 42:23 43:1
54:5,10
urged 9:12
USB 35:3,3,5,7
35:10,18 38:3
38:5,13,16
53:1
USBs 30:11
38:19 39:13
use 22:13 45:8
48:23
usually 12:7,19
19:10 47:4
utter 51:7
uttered 51:1

**V**

vacation 41:14
41:14,15
various 12:22
vice 11:8 56:4
video 43:23
44:13 54:20
videoconference
1:12 2:1 4:5
58:13 59:7,12
videos 44:20
45:5
videotapes
44:13
viewed 39:17,21
40:2 42:12,23
43:2 49:22
50:5 51:24
viewing 34:13
34:14 54:12

violation 51:12
violent 19:14
vs 1:5 58:5

**W**

waive 57:6,8
walked 25:14
26:2 30:24
34:21 35:9
37:9,21,24
38:6 53:4,5,6,7
53:9
want 8:4 10:4,18
11:5 13:16,17
13:23 21:12
22:21,21 23:17
36:4 37:7 45:6
46:11 47:2
51:23 54:12
57:2
wanted 26:16
30:14,17
wants 41:7
warrant 20:19
21:17 23:7
warrants 21:13
wasn't 14:14
15:5,9 19:4
20:24 22:24
25:3,17 37:12
37:18 42:3
49:19 52:16
watch 52:4
way 8:20 10:11
15:13
we'll 4:23 5:1
32:17,17 39:16
55:10
We're 37:15
we've 18:8,23
19:6 48:15
56:6,19
week 7:3
weeks 45:20

went 10:14,19
12:7,19 22:22
22:23 23:3
25:18,23 26:17
27:8 28:21
29:9 34:4,23
35:1,7 36:17
36:19 47:16
50:2,11 52:14
whatnot 19:10
widely 43:12
witness 3:2 4:1,4
56:16,24 57:10
59:15 60:1
words 43:6 45:9
51:1,3,7
work 13:10
16:17,18 17:7
17:23 18:19,22
19:3 21:1,10
21:12 32:15
53:21 54:11
56:3,3
worked 15:11
17:16 19:6,9
54:3
working 11:21
24:6
workplace 17:8
wouldn't 18:14
56:7
wrap 23:20
writes 47:4
written 15:23
46:17,21 47:6
57:5
wrong 12:9

**X**

X 3:1,6

**Y**

yeah 12:5,5
16:23 17:12

24:5,24 28:2
37:15 42:15
43:3 53:14,14
year 7:4 10:20
32:10
years 10:13,17
10:18,22 11:5 17:4,17
18:7,9

**Z**

Zoom 4:20

**0**

05681 1:5 58:5
084-003858
60:13

**1**

1 15:16
1-20 1:7 58:7
10th 8:4
11:18 57:14
12-hour 15:11
14th 60:3
161 60:11
18 1:5 13:24
58:5

**2**

2017 19:19
2018 11:14,15
11:18,23 12:11
13:12,18 14:4
22:11 25:7
56:1
2019 13:17
56:11
2021 1:17 58:13
58:22 59:14
60:3
2350 2:3
24th 1:17 58:13
59:14
250 2:8

Royal Reporting Services, Inc.
312.361.8851

Cassandra Socha v. City of Joliet; et al.
Deposition of Darrell Gavin - Taken 6/24/2021

| 3 | | | | |
|---|---|---|---|---|
| **3050** 60:11 | | | | |
| **312.361.8851** 60:12 | | | | |
| **312.445.4900** 2:4 | | | | |
| **33** 2:3 | | | | |
| **4** | | | | |
| **4** 3:4 | | | | |
| **5** | | | | |
| **550** 2:8 | | | | |
| **5600** 2:13 | | | | |
| **6** | | | | |
| **600** 2:13 | | | | |
| **60018** 2:14 | | | | |
| **60440** 2:9 | | | | |
| **60601** 60:12 | | | | |
| **60602** 2:4 | | | | |
| **630.759.0800** 2:9 | | | | |
| **7** | | | | |
| **8** | | | | |
| **847.261.0700** 2:14 | | | | |
| **9** | | | | |
| **9:35** 1:17 59:14 | | | | |
| **98** 10:12 | | | | |