



Transcript of the Deposition of
**Sergeant Shawn Stachelski**
**Case:** Cassandra Socha v. City of Joliet; et al.
**Taken On:** July 9, 2021

Ex. G

Royal Reporting Services, Inc.
Phone:312.361.8851
Email:info@royalreportingservices.com
Website: www.royalreportingservices.com

Case: 1:18-cv-05681 Document #: 257-8 Filed: 12/19/22 Page 2 of 35 PageID #:2205

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Shawn Stachelski - Taken 7/9/2021

Page 1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASSANDRA SOCHA,                        )
                                        )
                Plaintiff,              )
                                        )
        vs.                             )   No. 18 CV 05681
                                        )
CITY OF JOLIET, a municipal             )
corporation; EDWARD GRIZZLE;            )
and JOHN DOES 1-20,                     )
                                        )
                Defendants.             )

        The deposition of SERGEANT SHAWN STACHELSKI,

taken via videoconference pursuant to the Federal Rules

of Civil Procedure of the United States District Courts

pertaining to the taking of depositions, taken via

videoconference before Anca Hrisca, Certified Shorthand

Reporter, Registered Professional Reporter, and

Certified Realtime Reporter, commencing at 12:36 p.m.

on July 9, 2021.

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Shawn Stachelski - Taken 7/9/2021

Page 2

```
 1    APPEARANCES (via videoconference):

 2         LAW OFFICES OF HALL ADAMS, LLC
           MR. HALL ADAMS, III
 3         33 North Dearborn Street
           Suite 2350
 4         Chicago, Illinois 60602
           Phone:  312.445.4900
 5         E-mail: hall@adamslegal.net

 6             On behalf of the Plaintiff;

 7         TRESSLER LLP
           MS. DARCY L. PROCTOR
 8         550 East Boughton Road
           Suite 250
 9         Bolingbrook, Illinois 60440
           Phone:  312.627.1717
10         E-mail: dproctor@tresslerllp.com

11             On behalf of Defendant City of Joliet;

12         KNIGHT HOPPE KURNIK & KNIGHT, LTD.
           MR. MICHAEL J. ATKUS
13         5600 North River Road
           Suite 600
14         Rosemont, Illinois 60018
           Phone:  847.261.0700
15         E-mail: matkus@khkklaw.com

16             On behalf of Defendant Edward Grizzle.

17

18    ALSO PRESENT: Cassandra Socha

19                    *   *   *   *   *   *   *

20

21

22

23

24
```

Royal Reporting Services, Inc.
312.361.8851

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Shawn Stachelski - Taken 7/9/2021

Page 3

1                          I N D E X
     WITNESS                                          PAGE
2
     SERGEANT SHAWN STACHELSKI
3            Examination by Mr. Adams ............     4
             Examination by Ms. Proctor ..........    60
4            Examination by Mr. Adams ............    68
             Examination by Ms. Proctor ..........    68
5
                         E X H I B I T S
6
     EXHIBIT                                          PAGE
7
                       (None marked)
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Shawn Stachelski - Taken 7/9/2021

Page 4

1      (witness sworn.)
2          SERGEANT SHAWN STACHELSKI,
3    called as a witness herein, having been first duly
4    sworn, was examined and testified as follows:
5        E X A M I N A T I O N
6    BY MR. ADAMS:
7      Q.   Sergeant, my name is Hall Adams. I represent
8    Officer Socha. I'm going to ask you some questions this
9    afternoon.
10         Have you ever given deposition testimony
11   before?
12     A.   Yes.
13     Q.   About how many times?
14     A.   I don't know, three or four maybe.
15     Q.   Let me give you a couple reminders. It's
16   important that you make sure you hear and understand
17   every question you're asked before you attempt to give
18   an answer. If you need questions read back, rephrased,
19   explained, say so and we'll accommodate you as many
20   times as you ask. If you give an answer to a question,
21   we will all presume that you heard it and understood it;
22   is that fair?
23     A.   Yes.
24     Q.   Never guess. If you don't know the answer

Page 5

1    to a question, tell us you don't know. If you can't
2    remember something, tell us you can't remember. It's
3    okay to estimate in a deposition like this. That may
4    be particularly true with respect to dates. If you are
5    estimating, tell us you're estimating. But in no event
6    should you ever just make a pure guess. Okay?
7      A.   Okay.
8      Q.   Because it shows up on the screen here for
9    our reporter's benefit, I'll spell your name into the
10   record. It's Shawn, S-h-a-w-n, last name Stachelski,
11   S-t-a-c-h-e-l-s-k-i.
12         Did I get it right?
13     A.   Yes.
14     Q.   Please never ask me to say Sergeant Shawn
15   Stachelski three times fast.
16         Have you ever gone by any other names?
17     A.   What do you mean?
18     Q.   Maiden name?
19     A.   Maiden name? My maiden name is Dixon.
20     Q.   Okay.
21     A.   I also had a married name of Wascher for about
22   20-some years.
23     Q.   You're currently employed by the Joliet Police
24   Department?

Page 6

1      A.   Yes.
2      Q.   You hold a rank of sergeant?
3          I'm sorry, did you hear the question?
4      A.   I said yes.
5      Q.   Okay. I'm sorry. I just didn't hear the
6    answer.
7          What's your current duty assignment?
8      A.   Patrol sergeant.
9      Q.   To whom do you directly report? What
10   individual is your direct reporting senior?
11     A.   Lieutenant Prochaska.
12     Q.   And up the chain of command from Lieutenant
13   Prochaska, how do you get from Lieutenant Prochaska to
14   the chief?
15     A.   The next step would be deputy chief, and
16   that's Deputy Chief Brown. And then after the deputy
17   chief would be the chief.
18     Q.   Okay. How long have you been a sergeant in
19   the patrol division?
20     A.   Approximately 11 months.
21     Q.   Before that, where were you assigned?
22     A.   Investigations.
23     Q.   How long were you in investigations?
24     A.   A little under three years.

Page 7

1      Q.   Were you serving in investigations in 2017,
2    '18, '19, and '20?
3      A.   I do not -- I don't think I was in
4    investigations in 2017.
5      Q.   When did you begin in investigations?
6      A.   I don't know the exact date.
7      Q.   Was it in 2018?
8      A.   I believe it was. I believe it -- do you want
9    me to guess?
10     Q.   I don't want you to guess. If you can
11   estimate or you can tell us by reference --
12     A.   It -- go ahead. Sorry.
13     Q.   -- by reference to some other date or event,
14   that would be helpful.
15     A.   I -- I believe it was in February of '18.
16     Q.   When you were first assigned to investigations
17   in or around February of 2018, did you hold the rank of
18   sergeant?
19     A.   No, I did not.
20     Q.   When were you promoted to sergeant?
21     A.   I believe the date is July 23rd, 2020.
22     Q.   Were you ever a sergeant while in the
23   investigations division?
24     A.   Technically, yes, but I was not a detective

4  (Pages 4 to 7)

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Shawn Stachelski - Taken 7/9/2021

## Page 8

1  sergeant. There was a period of time that I got
2  promoted and I didn't leave immediately.
3      Q.  Prior to the promotion to sergeant, you would
4  have been referred to as Detective Stachelski?
5      A.  Correct.
6      Q.  When you started in investigations, who was
7  your direct reporting senior?
8      A.  Detective Sergeant Moore.
9      Q.  During the period that you were assigned to
10  investigations, was then-Deputy Chief Roechner running
11  the investigations division?
12      A.  I believe so.
13      Q.  Did you ever have a reporting relationship
14  with Detective Sergeant Grizzle?
15      A.  Did you say "a reporting"?
16      Q.  Report. Did you ever report to Detective
17  Sergeant Grizzle?
18      A.  Well, technically, Detective Sergeant Moore
19  would always be my sergeant. But if he asked me
20  something, I would -- I would report to him.
21      Q.  Okay.
22      A.  If he had me doing something specifically,
23  yes.
24      Q.  Fair -- and I really meant in a -- in a chain

## Page 9

1  of command sense. I appreciate that he outranked you,
2  but I meant more in a chain of command sense.
3          If I understand what you're telling us, your
4  chain of command was -- would move from Moore, and from
5  Moore to whom?
6      A.  Well, like you said, I believe -- okay. So
7  Egizio -- you know what? I didn't write these -- this
8  down. I know when I left, Egizio was the lieutenant.
9  I believe he was the lieutenant the entire time, but
10  I could be wrong.
11      Q.  How long have you been with the Joliet Police
12  Department?
13      A.  In November will be 17 years.
14      Q.  Was the tour in the investigations division
15  that began in or around February of 2018 the one and
16  only tour you served in investigations?
17      A.  I'm sorry, the chiming -- what was that?
18      Q.  Was the tour that you served in investigations
19  that began in or around February of 2018 the one and
20  only tour you served in investigations?
21      A.  Yes.
22      Q.  In the time frame beginning from your
23  assignment in the investigations division in or around
24  February of 2018 through, let's say, Labor Day of 2018,

## Page 10

1  so the spring and summer of 2018, where was your
2  physical work station in the investigations division?
3  Did you have a desk or an office or a work station?
4      A.  I always had a desk in investigations.
5      Q.  Was it always the same desk?
6      A.  It was always the same desk, yes.
7      Q.  Where was that desk located in the
8  investigations division area of the police department?
9      A.  It's the first -- first row closest to the
10  sergeants.
11      Q.  Where was your desk relative to Deputy Chief
12  Roechner's office at the time?
13      A.  So Roechner's office was like approximately in
14  the middle. So it would have been in front of me but
15  away from the sergeants. I don't know, like a pod -- a
16  pod and then the war table --
17      Q.  You know --
18      A.  -- I don't know, but . . .
19      Q.  You know what the Cellebrite computer was?
20      A.  Yes, sir.
21      Q.  In that time frame, February through Labor Day
22  of '18, where was your desk relative to the Cellebrite
23  computer?
24      A.  So when I stood at my desk, it would be in

## Page 11

1  front of me on my left, about three pods away.
2      Q.  When you say in front of you, would you be
3  facing the Cellebrite monitor or would you be facing the
4  back of the Cellebrite monitor?
5      A.  I would be facing the monitor, the front.
6      Q.  So in relative position, you would have --
7  your desk was somewhere behind McKinney's desk; true?
8      A.  So the way McKinney sat, it would be on his
9  right. But it would be behind him as well. Behind him
10  to the right. Because he -- he faced a different way
11  than I faced.
12      Q.  And you also would have been behind McKeon;
13  true?
14      A.  Well, it depends on what you would call the
15  front. I -- I'm not trying to be funny. I --
16      Q.  I get it. I get it. I --
17      MS. PROCTOR:  And on behalf of the City of Joliet,
18  I'm just going to object based on lack of foundation.
19      MR. ADAMS:  Yeah, that's fine.
20  BY MR. ADAMS:
21      Q.  What distance separated you and the Cellebrite
22  if you were sitting at your desk?
23      A.  Well, I just have to warn you I'm bad at this.
24  I would say like 30 feet.

5 (Pages 8 to 11)

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Shawn Stachelski - Taken 7/9/2021

Page 12

1  **Q.** If someone else sat down to work on the
2  Cellebrite and you were sitting at your desk in the
3  investigations unit, you could see that person sitting
4  at the Cellebrite?
5  **A.** Yes.
6  **Q.** Was there anything between you and the
7  Cellebrite that obstructed your vision of the
8  Cellebrite?
9  **A.** Like the monitor?
10  **Q.** Yes.
11  **A.** I don't believe so.
12  **Q.** Are you currently trained on the use of the
13  Cellebrite?
14  **A.** No.
15  **Q.** Have you ever been?
16  **A.** No.
17  **Q.** Have you ever personally attempted to use the
18  Cellebrite yourself?
19  **A.** No.
20  **Q.** Are you generally aware that in 2017 the
21  Joliet Police Department investigated Officer Nicholas
22  Crowley?
23  **A.** I believe so.  I -- I don't know what year.
24  I know there was an incident.

Page 13

1  **Q.** Okay.  Whenever that investigation occurred,
2  did you play any official role in the investigation?
3  **A.** No.
4  **Q.** You were not even assigned to investigations
5  in 2017, you told us; correct?
6  **A.** I don't believe so.
7  **Q.** At some point did you become aware that the
8  department was investigating my client, Officer Socha?
9  **A.** Investigating her?
10  **Q.** Yes.
11  **A.** Yes.
12  **Q.** When did you become aware of that?
13  **A.** I didn't -- I didn't really know, so I can't
14  tell you, but I heard that she had gotten her phone
15  taken, but I didn't really know if it was true or if it
16  was something I kind of overheard and I didn't really
17  know what I was hearing.  But then I was talking to
18  Grizzle about a case, and he was giving me direction on
19  a case, and he had mentioned that he took Socha's phone.
20  **Q.** Is that how you learned about that?
21  **A.** Yes.  But that's how I learned that it was
22  true what I had heard.
23  **Q.** Okay.
24  **A.** But I didn't -- I just kind of -- I -- I was

Page 14

1  trying to think before with how I heard, but I don't
2  really know.  Like, I had in the back of my mind that
3  maybe her phone had been taken, but I didn't know for
4  sure until he said that.
5  **Q.** Do you recall when Grizzle confirmed for you
6  that he had taken Socha's phone?
7  **A.** What was the first part?  Do I recall?
8  **Q.** Do you recall when Grizzle confirmed for you
9  what you had heard about Socha's phone being taken?
10  **A.** I don't remember when.  It was -- it was
11  early -- like maybe not right away, but towards the
12  beginning of being in investigations.
13  **Q.** What else, if anything, did Grizzle tell you
14  about the investigation when he told you that he had
15  taken Socha's phone?
16  **A.** That's all he said.  Because we were talking
17  about a different case and how to proceed, and that's
18  all he said, and I didn't ask him, and we just continued
19  to talk about my case.
20  **Q.** Did you understand generally at the time --
21  I appreciate you told us that you weren't trained on
22  the Cellebrite and didn't personally use the device
23  yourself.
24      But were you generally aware that the

Page 15

1  Cellebrite was a computer device that was used to
2  extract data from other computer devices as part of
3  investigations?
4  **A.** When you said "computer devices," I don't know
5  anything about the Cellebrite.  I -- the only thing
6  I know is that it would extract information from a
7  phone.
8  **Q.** Okay.
9  **A.** So I don't know if it does some other devices.
10  I don't know.
11  **Q.** Okay.  So we'll limit it to phones because
12  that's all we're really concerned with in this case, is
13  Socha's phone.
14      You knew at the time that Grizzle told you
15  that he had taken Socha's phone that the Cellebrite was
16  used to extract data from cell phones?
17  **A.** Yes.
18  **Q.** When Grizzle told you that he had taken
19  Socha's phone, did he tell you whether he had viewed any
20  of the data on it?
21  **A.** No.  That's all he said.
22  **Q.** At that time did Grizzle tell you whether the
23  data had already been extracted from Socha's phone, or
24  that was yet to occur?

6  (Pages 12 to 15)

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Shawn Stachelski - Taken 7/9/2021

Page 16

1    A.  No.  All he said is, "Like I did in the Socha
2  case," or something like that.
3    Q.  Was there any further discussion between you
4  and Grizzle at that time about the nature or the cause
5  of the Socha -- I won't even call it the Socha
6  investigation -- about the seizure of Socha's phone?
7    A.  No.
8    Q.  Separate from that conversation, have you ever
9  discussed with Grizzle any of his opinions about Socha?
10    A.  No.
11    Q.  After that discussion in which Grizzle
12  confirmed that he had taken Socha's phone, did you ever
13  again discuss with him any facet of the investigation of
14  Socha?
15    A.  No.
16    Q.  Has any Joliet Police Department officer told
17  you that they had viewed data that was extracted from
18  Socha's phone after Grizzle seized it?
19    A.  No.
20    Q.  Have you ever heard from anyone in a
21  secondhand way that any other Joliet officer had viewed
22  data that was extracted from Socha's phone after it was
23  seized by Grizzle?
24    A.  I -- I wouldn't say that exact thing you're

Page 17

1  saying saying that they viewed it.  However, Bergner
2  told me that he got rid of Roechner's phone, so I guess
3  the assumption would be that that was on his phone.
4    THE COURT REPORTER:  Excuse me one second.
5    Sergeant, your voice was going in and out.
6  I couldn't clearly hear your answer.
7    THE WITNESS:  I believe the question was do
8  I know -- well, can you read back the question?
9    MR. ADAMS:  Sure.
10    (Question read.)
11  BY THE WITNESS:
12    A.  Okay.  So what I was saying is that I never
13  heard that anybody viewed it, other than the paper, you
14  know what I mean?  But Bergner told me that he got rid
15  of Roechner's phone, so the assumption would be that
16  it was on there.  But -- so -- he didn't say that he
17  watched it.
18    Q.  Okay.  Let's talk about that.
19    What's Bergner's first name?
20    A.  Phil.  Maybe Phillip.  I'm not sure.
21    Q.  At the time -- Bergner was a Joliet Police
22  Department officer?
23    A.  Yes.
24    Q.  At the time you had this conversation with

Page 18

1  him, what was his role in the department?
2    A.  I don't know what his official title was.
3  Technology specialist or something like that.
4    Q.  When did you have this conversation with
5  Bergner?
6    A.  I don't -- I'm sorry.  I don't know.  I was
7  trying to figure that out myself.  I know it was after
8  I talked to the City but before Bergner went to the FBI.
9  And also, I know that he moved desks, so I know which
10  desk he was at the time.  But I don't know when it
11  was.
12    Q.  Okay.  I'm going to ask you a bunch of
13  questions to see if we can narrow that down.  Okay?
14    A.  Okay.
15    Q.  Where did you have the conversation with
16  Bergner?
17    A.  In the records section.  By his desk in the
18  records section.
19    Q.  And you suggested a moment ago that at the
20  time of the conversation, his desk had recently been
21  moved to that location?
22    A.  At some point his desk was moved to that
23  location.  Bergner was in a couple of different places.
24  I didn't talk to him all the time.  I know he had an

Page 19

1  office and then he was at a desk and then he was back in
2  an office.
3    Q.  Okay.
4    A.  This is when he was at the desk.
5    Q.  The desk in the records section?
6    A.  Yes.
7    Q.  Okay.  And this was a face-to-face
8  conversation, not a telephone call; correct?
9    A.  Correct.
10    Q.  Was anyone else present during the
11  conversation in the sense that they were participating
12  in it?
13    A.  No.
14    Q.  Was anyone else present in the sense that they
15  were in the physical area within earshot, as they'd say?
16    A.  Could be.  I -- I don't know.
17    Q.  Has anyone ever shared with you that they
18  overheard the conversation?
19    A.  No.
20    Q.  At the time, what was the nature of your
21  relationship with Bergner?
22    A.  Bergner was a coworker that I would go to for
23  technology help.
24    Q.  At the time that this particular conversation

7  (Pages 16 to 19)

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Shawn Stachelski - Taken 7/9/2021

Page 20

1 occurred, what is it that had brought the two of you
2 there into contact so that you were having a
3 conversation in the first place?
4    **A.** So I must have been working from JP at the
5 time.
6    **Q.** Must have been working what?
7    **A.** At -- from JP. I don't always work from JP.
8 I don't know if you know that.
9    **Q.** You worked in the schools or something like
10 that; true?
11    **A.** That's correct, yeah.
12      On a school day, I would be at the school. So
13 it would have to be a day that I wasn't in the school.
14 I was working from the station. I needed help with
15 technology. I don't remember what, but I went to look
16 for Bergner for help.
17    **Q.** And do you know if you were in the department
18 because it was a school holiday or a weekend?
19    **A.** Well, I wouldn't have worked on the weekends,
20 so it wouldn't have been a weekend. I worked Monday
21 through Friday.
22    **Q.** But at a time when school was in session,
23 meaning was it during summer break?
24    **A.** It could have been.

Page 21

1    **Q.** So my next question's going to be, can you
2 tell us the season or time of year when the conversation
3 occurred?
4    **A.** Like I said, I already tried to figure it out.
5 I know it was after I talked to the City already and
6 before he went to the FBI. It was actually a while
7 before he went to the FBI. It was before he moved into
8 the last office that I know of that he had before he
9 left.
10    **Q.** And where was that office?
11    **A.** So . . . I don't know how to explain it to
12 you. So Doug May, Sergeant May, is in that office right
13 now.
14    **Q.** Is there any record of which you're aware kept
15 by the Joliet Police Department that documents when
16 particular officers are assigned to particular desks or
17 work stations or offices?
18    **A.** I mean, there would be different people. So I
19 don't think they keep track of everybody. I mean, maybe
20 somebody higher up. But I don't think that there would
21 be a document saying when Bergner was at that desk. Not
22 that I know of.
23    **Q.** All right. And you said, I think, that the
24 conversation with Bergner occurred after you had talked

Page 22

1 to the City. Correct?
2    **A.** Correct.
3    **Q.** When you say "talked to the City," you mean
4 been interviewed by the Inspector General --
5    **A.** Yes.
6    **Q.** -- Chris Regis?
7    **A.** Yes.
8    **Q.** How long after you were interviewed by
9 Inspector General Regis did this conversation with
10 Bergner occur? Was it a day, a week, a month?
11    **A.** More than a month.
12    **Q.** Can you give any reasonable estimate as to how
13 much more than a month? Two months? Three months?
14    **A.** Again, it would be an estimate. Like two
15 months.
16    **Q.** Okay. And you also said that it was -- when
17 did it occur -- you said something about "when he went
18 to the FBI."
19    **A.** Okay.
20    **Q.** To what was that a reference?
21    **A.** So Bergner went to a special unit in the FBI.
22 He would still work for Joliet Police Department, but he
23 would be working for the FBI.
24    **Q.** And that was some sort of temporary duty

Page 23

1 assignment?
2    **A.** Well, it wasn't supposed to be temporary.
3    **Q.** Okay.
4    **A.** He got assigned to a unit.
5    **Q.** And did the conversation with Bergner occur
6 before he went to the FBI?
7    **A.** Yes.
8    **Q.** So if we wanted to put some time parameters
9 around it -- and I think you tried to do this at the
10 outset, but I'm slow this way -- the conversation
11 occurred after you were interviewed by Regis, the
12 inspector general, and before Bergner left to take this
13 assignment with the FBI; correct?
14    **A.** Correct. And to help you a little bit more,
15 it was closer to the time that I talked to Regis.
16    **Q.** And the lead-in to your having this
17 conversation was that you had gone to Bergner to get
18 his help with some duty-related IT issue; correct?
19    **A.** Yes.
20    **Q.** How then did it come to pass that the subject
21 of Bergner's doing something with Roechner's phone or
22 computer came up?
23    **A.** So when I first saw Bergner, he did not look
24 well. He looked like he was about to have a nervous

8 (Pages 20 to 23)

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Shawn Stachelski - Taken 7/9/2021

Page 24

1  breakdown; like, he was like pacing, sweating. Like, he
2  was a complete mess. So upon seeing him, I said, Oh, my
3  God, are you okay?
4      Q.  So this aspect of it, the first lead-in, his
5  appearance was very memorable for you?
6      A.  Yes.
7      Q.  It was striking to you?
8      A.  Yes.
9      Q.  He appeared in a much different condition and
10  state than you were accustomed to seeing him around the
11  police department?
12     A.  Yes.
13     Q.  When you asked him about his well-being, what
14  did he say?
15     A.  He said that -- obviously this is a long time
16  ago. I wasn't taking notes. But he said that he was
17  upset and basically didn't know what to do because --
18  so -- and, again -- I wish I would have taken better --
19  you know, like notes for this.
20     But he -- he said that when all this started,
21  he got called over to the City by -- he may have said
22  who. In my mind, it was like the upper people over
23  there. Like, maybe somebody like Chris Regis or
24  somebody, but like a group of people. Because they

Page 25

1  were wanting to ask him questions about the Cellebrite
2  machine, and they figured he would be the one that would
3  know about it.
4      So they like put him in a room and were like
5  questioning him, and he kept saying that he wanted to
6  talk to Roechner. And they wouldn't let him call
7  Roechner. So he was scared that he was going to get in
8  trouble from Roechner for telling -- he didn't know what
9  he was supposed to do, if he was supposed to give out
10  this information or not being that it's the City who we
11  technically work for, but it's also Joliet Police
12  Department information, so he felt like he was stuck
13  between a rock and a hard place, and he didn't know like
14  what he was supposed to do.
15     Then he said that -- he said Roechner got
16  word -- he said eventually -- let me back up. He said,
17  They eventually let me call Roechner. And I know he
18  told me a little bit more. Like, I don't know if
19  Roechner went over there or -- I'm not really sure.
20  But he was saying that they were asking him a lot of
21  questions about the machine.
22     So then he said that Roechner somehow got word
23  that the FBI was coming in to take our phones and our
24  computers a couple of days before they did it. So

Page 26

1  Roechner went to Bergner and asked Bergner to get rid of
2  his phone, and he did it.
3      Q.  And did you say he did it or he didn't?
4      A.  He did do it, yes.
5      Q.  So Roechner told you that -- strike that.
6      Bergner told you that Roechner asked Bergner
7  to get rid of Roechner's phone, and Bergner acceded to
8  that request and did, in fact, get rid of Roechner's
9  phone; correct?
10     A.  Correct. Correct.
11     Q.  That's what Bergner told you in this
12  conversation?
13     A.  Yes.
14     Q.  You --
15     A.  That's why --
16     Q.  You remember that clearly?
17     A.  100 percent that's what he told me. And
18  that's why he was upset.
19     Q.  Say again?
20     A.  And that's why he was so upset.
21     Q.  Okay. Did Bergner tell you in that
22  conversation when he had gotten rid of Roechner's phone?
23     A.  Well, he implied it. Because he said Roechner
24  got word two days before the FBI came in. So I assumed

Page 27

1  from him saying that it was two days before the FBI came
2  in.
3      Q.  Okay. Did Bergner tell you how he got rid of
4  Roechner's phone?
5      A.  He did not.
6      Q.  Did Bergner tell you where he disposed of
7  Roechner's phone?
8      A.  No, he did not.
9      Q.  Did Bergner tell you whether the phone of
10  Roechner's that Bergner got rid of was Roechner's
11  personal phone or his Joliet department-issued phone?
12     A.  It was -- no. I mean, he implied it was his
13  City phone, because he had to get him a new one.
14     Q.  Was that part of Bergner's role in his
15  IT position with the department, to procure new
16  department-issued phones for officers in need of them?
17     A.  I don't --
18     MR. ATKUS:  Object to foundation.
19     THE WITNESS:  Am I supposed to answer?
20     MR. ATKUS:  Yeah, I'm sorry. Yeah, go ahead.
21  BY THE WITNESS:
22     A.  Okay. Not that I know of, but I really don't
23  know what Bergner was supposed to do.
24     Q.  Did Bergner tell you that Roechner had also

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Shawn Stachelski - Taken 7/9/2021

Page 28

1    instructed Bergner to get Roechner a new phone?
2        A.  That is -- so in my head, that's -- I can't
3    recall him exactly saying that, but in my head, the
4    story he was telling me is like he got rid of his old
5    phone and got him a new phone so it looked like that was
6    his phone.
7        Q.  Whether Bergner told you that Roechner
8    directed him to get a new phone or not, did Bergner
9    tell you that he did, in fact, get Roechner a new phone?
10       A.  I don't remember -- again, I don't remember
11   the words, but that was my impression.
12       Q.  So at the beginning of your discussion of
13   Bergner's explanation to you of why he looked so
14   distressed when you first encountered him, at the
15   beginning of this conversation, you used the phrase,
16   quote, "when all this started," and then you went on to
17   tell us what Bergner told you.
18           What was the, quote, "all this," to which you
19   were referring?
20       A.  Well, he didn't say this.  So he was -- he was
21   just saying what happened and why he was upset.  I don't
22   know why he was upset that day because it was so far
23   away from that point.  You know what I mean?  It wasn't
24   close to that point.  Like I said, my guesstimate is two

Page 29

1    months later.  So it's my impression something happened
2    that day.
3           Now, just to be clear, to help you out,
4    I never asked Bergner questions.  All I said is, Oh, my
5    God, are you okay?  And he said all this stuff.  So I
6    didn't ask him questions.  This is just what he told me;
7    this is why he's upset.
8        Q.  Did he tell you why during the meeting with
9    the City people he wanted to call Roechner in the first
10   place?
11       A.  He might have; he might not have.  But I --
12   I mean, I know why.  Because, like I said to you --
13   and, again, I can't remember the exact -- how the
14   conversation went, but it was because he didn't know who
15   he was supposed to answer to.
16       Q.  Did Bergner say anything to you about what
17   data was on Roechner's phone, the same phone that
18   Roechner asked Bergner to get rid of?
19       A.  I don't -- I don't remember him specifically
20   saying what it was, but I knew what he was talking
21   about, for whatever reason.
22       Q.  What was -- what did you believe he was
23   talking about?
24       A.  The video.

Page 30

1        Q.  What video?
2        A.  So there's supposedly a video of Socha that
3    came off Socha's phone.  I mean, that I know from the
4    newspaper, some kind of sex video.
5           So, again, I don't remember him specifically
6    saying what, but I knew what he was talking about.
7    So -- and it could be more than that.  Like, I don't
8    know what was on his phone.  Stuff was on the phone.
9    You know?
10       Q.  Did Bergner in this conversation say anything
11   in particular that supported the implication that the
12   video images from Officer Socha's phone were on
13   Roechner's phone?
14           MS. PROCTOR:  Objection; lack of foundation.
15   BY MR. ADAMS:
16       Q.  You can answer.
17       A.  Okay.  So, again, I don't -- I don't remember
18   exactly what Bergner said to me, but I know.  And how
19   I know, I don't know.  Maybe he said it, maybe he
20   didn't, but I knew what he was saying.
21       Q.  How long did the conversation between you and
22   Bergner last, this conversation in which Bergner told
23   you that Roechner had asked Bergner to get rid of
24   Roechner's phone and that Bergner said he had, in fact,

Page 31

1    gotten rid of Roechner's phone?
2        A.  About 5 minutes, maybe less.
3        Q.  Can you remember anything else that Bergner
4    told you in that conversation?
5        A.  No.
6        Q.  Other than asking him about his welfare when
7    he looked distressed to you, can you recall anything
8    else that you said to him during this conversation?
9        A.  I said something in the lines of, It's going
10   to be okay.
11       Q.  Did Bergner say anything in the conversation
12   that explicitly suggested his belief that his
13   participation in disposing of Roechner's phone
14   constituted misconduct?
15       A.  No.  I mean, I -- I don't know what he was --
16   I -- my impression is he was afraid of Roechner.
17       Q.  I'm sorry.  I couldn't hear that.
18       A.  He was -- my impression is that he was afraid
19   of Roechner.
20       Q.  Had you ever heard anyone in the department
21   talking about video images that were extracted by use of
22   the Cellebrite from Socha's phone?
23       A.  Have I ever or had I at that point or --
24       Q.  Had you at that point?

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Shawn Stachelski - Taken 7/9/2021

Page 32

1    A.  So at that point it was in the paper already.
2  So did I hear anybody talking about it?  So prior to
3  seeing it in the paper, no, I hadn't heard -- I didn't
4  even know there was a video --
5    Q.  Prior -- I'm sorry to cut you off.
6    A.  It's okay.
7    Q.  But with Zoom, it's just hard that way.
8    A.  Okay.  So prior to it being in the paper, I
9  didn't know there was videos.  I still don't know for
10 sure there was.  I mean, I don't know.  Like, I had
11 never heard -- I never heard somebody say there was a
12 video.
13    And then -- and then it was in the paper, and
14 then the FBI came in, and then the -- our attorney came
15 in, like FOP attorney or whatever.  So then I asked to
16 read, so then I had read the complaint.
17    So I -- I don't know what you mean, like
18 people saying it or pieces of paper --
19    Q.  After you read the complaint, did you ever ask
20 any of your fellow officers if they had viewed video
21 images that were extracted from Socha's phone?
22    A.  No, I never asked them.
23    Q.  Prior -- your answer -- to after reading
24 Socha's complaint, did you ever ask any of your fellow

Page 33

1  officers if they knew whether particular officers had
2  viewed video images that were extracted from Socha's
3  phone?
4    A.  So have I ever asked an officer if they -- I'm
5  sorry.  Have I asked officers --
6    Q.  Have you ever asked any of your fellow
7  officers whether they knew particular officers who
8  had viewed video images that were extracted from Socha's
9  phone?
10    A.  I don't think so.
11    Q.  Have you ever heard any Joliet officers
12 comment on Socha's sexual conduct that is depicted in
13 video that were extracted from her phone?
14    A.  No, I don't -- I don't know what's on the
15 video.
16    Q.  I'm going to repeat a quotation mark, and
17 I apologize in advance for its off-color nature.
18    A.  Okay.
19    Q.  The quote is, "Now I know why she's with
20 Crowley.  She sucks dick like a porn star."
21    Is that a comment you had overheard repeated
22 around the police station by any officers?
23    A.  Matlock told me that some-- somebody said
24 that.  But I didn't hear somebody say that, if any --

Page 34

1    Q.  Who told you that somebody said that?
2    A.  Matlock.
3    Q.  Who did Matlock tell you said that?
4    A.  I don't remember.  I'm sorry.  I should
5  remember that and I don't.
6    Q.  Did Matlock tell you that Gavin said that?
7    A.  That's what I was thinking he said, but . . .
8  I mean, that's probably right.  Can I say that?  I
9  don't -- I don't really know -- I -- that's -- like,
10 when I was thinking about it, I was thinking, do I know
11 this for sure?  But -- so that's the name that came to
12 mind, but I just don't know for sure if that's --
13    Q.  When Matlock -- when Matlock told you that
14 some other officer had uttered that quotation, where was
15 that conversation between you and Matlock?
16    A.  I have no idea.
17    Q.  When was that conversation between you and
18 Matlock?  Either on the calendar or by reference to
19 other events.
20    A.  A while ago.  I don't know, honestly.
21    Q.  That reminds me of a scene from Snow White and
22 The Seven Dwarves, when Snow White asks all the dwarves
23 when they last washed their hands before the dinner she
24 had made.  And the smartest of the dwarves, Doc, was

Page 35

1  holding his dirty hands behind his back, and he holds
2  them up front and they're very dirty, and his answer is,
3  "Recently."
4    So I'm going to poke you a little more for
5  that because that -- we're going to see if we can hone
6  that down a little bit.
7    When was the conversation with Matlock in
8  relationship to this conversation with Bergner that we
9  talked about earlier in which Bergner told you that he
10 had disposed of Roechner's phone?
11    A.  It was after that.
12    Q.  When was the conversation with Matlock in
13 relationship to your moving from investigations to
14 patrol?
15    A.  I'm sorry.  You cut off a little bit right
16 there.
17    Q.  When was the conversation with Matlock in
18 reference to your moving from investigations to patrol?
19    A.  So -- so when all this happened, I didn't ask
20 anyone anything because I didn't want to know.
21    Q.  I'm sorry.  I -- we can't hear you.
22    A.  So to try to help you with the timeline,
23 the only thing I can think to tell you is, when this
24 happened, I didn't ask anybody anything because I didn't

11  (Pages 32 to 35)

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Shawn Stachelski - Taken 7/9/2021

Page 36

1  want to know. Because I knew nothing and I wanted to
2  know nothing. I didn't want to get involved. So I
3  didn't ask anybody anything.
4       So it was a while. It was a while after that
5  I finally asked, like, what's going on? Because I --
6  I was in the school, and then I just kept to myself.
7  I didn't really talk -- well, I'm not there anymore, but
8  I didn't talk to these guys, so -- I mean, it's not that
9  I wouldn't talk with them, but I don't talk like that,
10  so I don't have -- I don't do like water cooler talk.
11  You know? So I didn't really want to know. So there
12  was a point after a while that I finally asked Matlock.
13  I'm like, what is going on?
14       Q.  Why did you ask Matlock as opposed to anyone
15  else in the police department?
16       A.  Because Matlock's one of my best friends.
17       Q.  All right. What else did Matlock tell you
18  about what was going on?
19       A.  A lot of -- he didn't know and -- he didn't
20  know like who these -- Matlock's not really going to
21  tell me, honestly. I mean, because he knows how I am,
22  so he's not -- he's not going to tell me. We've had
23  conversations like this before. I'm not one that really
24  wants to know like anything that I don't need to know.

Page 37

1  So he's -- he's not going to tell me a lot.
2       But he did say that -- that he -- he said the
3  quote that you said. He said somebody said that. And,
4  again, I believe it was Gavin. I don't know for sure.
5  But he kept it very narrow. Because, you know, I mean,
6  this is a huge accusation, and I just figured, you know,
7  eventually we would just find out. And it's just been
8  so long, I was finally like, what is going on? You
9  know?
10       Q.  Regarding that quotation that Matlock repeated
11  and told you about, did Matlock tell you where the
12  person who said those words said them?
13       A.  Oh --
14       MS. PROCTOR: I'm going to object based -- excuse
15  me. I just want to get in an objection.
16       I'm objecting based on foundation.
17       MR. ADAMS: I'll ask the question a little more
18  clearly.
19       BY MR. ADAMS:
20       Q.  When Matlock told you that somebody who you
21  think, on reflection, was probably Gavin said, quote,
22  "Now I know why Crowley's with her. She sucks dick like
23  a porn star," close quote, did Matlock tell you where
24  that statement was made?

Page 38

1       A.  No.
2       MS. PROCTOR: Same objection; foundation.
3       BY MR. ADAMS:
4       Q.  Did Matlock tell you who was present within
5  earshot when that statement was made?
6       A.  No.
7       MS. PROCTOR: Same objection; foundation.
8       BY MR. ADAMS:
9       Q.  Did Matlock tell you how the speaker of that
10  statement -- strike that.
11       Did Matlock tell you on what basis or on what
12  information the speaker of that statement made it?
13       MS. PROCTOR: Same objection; foundation. We
14  haven't established that Matlock --
15       MR. ADAMS: You made your ob- --
16       MS. PROCTOR: -- was present. Same objection.
17       MR. ADAMS: You made your objection.
18       MS. PROCTOR: The record -- the record is -- lacks
19  form and foundation, and you're perpetuating it by not
20  curing your questions and not curing my foundation
21  objections.
22       BY MR. ADAMS:
23       Q.  You can answer, Sergeant.
24       A.  Wait, who -- I'm sorry. Who was around and

Page 39

1  where it was at? I don't know.
2       Q.  Did Matlock tell you that he himself had heard
3  that statement when it was made?
4       A.  He -- yes. I believe that statement was made
5  to him. But I -- I could be wrong.
6       Q.  Do you remember today with any specificity
7  precisely how it was that Matlock relayed that statement
8  to you?
9       A.  So I had to ask him, like, what is going on?
10  I finally asked him after a long time. And I said, did
11  these guys do this? Or like, you know, what happened?
12  And he -- he said that somebody had seen it and that's
13  what was said. So I was like, oh, okay, so this did
14  happen.
15       Q.  And when you say that's what was said, you
16  mean that quote about the porn star business?
17       A.  Yes.
18       Q.  Did Matlock say words to you that made it
19  clear that he heard the speaker say those things?
20       MS. PROCTOR: Objection; asked and answered and
21  lack of foundation.
22       BY THE WITNESS:
23       A.  That was my impression.
24       Q.  I'm sorry?

Royal Reporting Services, Inc.
312.361.8851

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Shawn Stachelski - Taken 7/9/2021

Page 40

1    A.  That was my impression.
2    Q.  Did Matlock make it clear that it was another
3  Joliet police officer who had said those words?
4    A.  Yes.
5    Q.  When Bergner told you that he had disposed of
6  Roechner's phone at Roechner's direction, did Bergner
7  tell you whether he, Bergner, reported that to anyone in
8  the department?
9    A.  He did not tell me whether he did or not.
10    Q.  Did he tell you whether he, Bergner, believed
11  that Roechner's direction to dispose of the phone was
12  reportable?
13    MS. PROCTOR:  Objection; lack of foundation and
14  form.
15  BY THE WITNESS:
16    A.  I'm sorry.  I don't know any -- was it
17  reportable to who?
18    Q.  To anyone.  Reportable as misconduct.
19    A.  So I don't -- I don't know what Bergner was
20  thinking.  But that was the chief, so you can't really
21  get any higher than that.
22    Q.  Was Roechner the chief at the time?
23    A.  I believe Roechner was the chief at the time,
24  yes.  I mean -- well, you know what?  I don't know.

Page 41

1  Like, I am not really following this case, so I don't
2  know the timeline.  I believe Roechner was the chief.
3  Wasn't he?  I mean, when -- when was this?
4    Q.  So after the conversation with Bergner, did
5  you make any kind of a written memorialization of it,
6  notes, a memo, anything by which you recorded in any way
7  the conversation that you had had with Bergner?
8    A.  No, I did not.
9    Q.  Did you -- and I mean this now in the informal
10  sense.  Did you ever relay to anyone else this
11  conversation you had had with Bergner?
12    A.  So the people that Bergner was mentioning,
13  they were all the higher-ups at City Hall and JPD.
14  There was nobody to report to.  Everybody -- it seemed
15  to me like everybody knew.  So there was nobody to
16  report this to.
17    I'm sorry.  I lost track of your question.
18    Q.  So "report" maybe is a little too official a
19  word.
20    Did you ever tell anyone else about it?
21    A.  So I -- again, that's not something I really
22  wanted to get involved in.  And because of the people he
23  was saying, there was really -- I figured people knew.
24  I didn't think -- and, again, all I said is, Are you

Page 42

1  okay?  And I would consider Bergner a work friend, but
2  I wouldn't say we're close.  I mean, we don't hang out
3  after work.  So I don't -- I just figured I was just
4  one more person knowing.  So I didn't say anything to
5  anybody for a very long time and -- only because I
6  didn't think I had information that other people didn't
7  have.
8    But then I started thinking, I don't think
9  people know this, because I didn't hear anybody saying
10  it.  So I started telling people.
11    Q.  Who did you tell?
12    A.  I know I told Matlock.  I know I told
13  Lieutenant Jose.  Just -- I mean, when I told Jose, it
14  was not that long ago.  I don't know.  I know I probably
15  sound like an idiot, but I wasn't -- I just thought to
16  myself, I'm just going to tell like a couple of random
17  people just so people know.  Because, again, when
18  Bergner told me this, I thought it was -- everybody
19  knew.  I still guess I don't really know.  But I didn't
20  hear anybody saying it, so I just wanted to let it be
21  known.  So I just told a couple of people just to make
22  sure that people knew.
23    Q.  When --
24    A.  I don't remember who I told.

Page 43

1    Q.  When did you tell Matlock about the
2  conversation with Bergner?
3    A.  Well, he probably would have been the first
4  person I told.
5    Q.  I'm sorry?
6    A.  He probably would have been the first person
7  I told as far as like work people.  I would have told
8  my husband right away.  But as far as work people go,
9  I would have told him right away.
10    But, again, at first I didn't know it was
11  news.  I still don't know it's news.  I -- see, I was
12  away a lot.  So when you're gone and you come back, like
13  I hear something and then -- not about this case, just
14  anything in general, and it's like way old news.  So
15  I never think I have news.  You know?  So I never had
16  news because I was always gone.
17    So I don't know when I told Matlock, but
18  I probably -- shortly after.  I don't know in like
19  weeks, months.  I would say I definitely would have told
20  him like within two months because I -- just to ask him
21  like -- like -- it's hard to explain.  Like, do people
22  know this?
23    Q.  Okay.
24    A.  You know what I mean?

13  (Pages 40 to 43)

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Shawn Stachelski - Taken 7/9/2021

Page 44

1    Q.  When you told Matlock about the conversation
2  in which Bergner told you that he had disposed of
3  Roechner's phone, was that the same conversation with
4  Matlock in which Matlock told you about the porn star
5  quote?
6    A.  No.
7    Q.  Was -- the conversation in which you told
8  Matlock about the conversation in which Bergner told
9  you that he had disposed of Roechner's phone, was that
10  before or after the conversation in which Matlock told
11  you about the porn star comment?
12    A.  So are you saying did Bergner tell me this --
13    Q.  No.  I'll rephrase.  I'll try to rephrase.
14    A.  Okay.
15    Q.  Did you tell Matlock about the Bergner
16  conversation before or after Matlock told you about the
17  porn star comment?
18    A.  The porn star one was way later.
19    Q.  Okay.  When you told Matlock about the Bergner
20  conversation in which Bergner told you that he had
21  disposed of Roechner's phone, what did Matlock say?
22    A.  I don't know what he said.  It was more like
23  informational.  I wanted him to know.
24    Q.  Did Matlock say anything at all after you told

Page 45

1  him about what Bergner had said to you?
2    A.  I'm sure he did.  I don't --
3    Q.  Do you recall what it was?
4    A.  No, I don't -- I don't remember what his
5  reaction was.
6    Q.  Okay.  When you told Matlock about the Bergner
7  conversation, was anyone else present?
8    A.  I doubt it because I don't re-- I don't --
9  I think maybe you don't understand.  I talk to Matlock
10  all the time.  Like, my husband and I are best friends
11  with him and his girlfriend.  So we're like always
12  around them.
13      I don't remember specifically telling him, but
14  I just know how I would -- I know he would be the first
15  one that I would tell.  Just think of it like, Hey, do
16  you know this?  You know, it was more informational.
17  Like, do you know this is going on?  I don't remember
18  what he said.  I mean, there's nothing that's sticking
19  out in my mind where he was like, What?  You know, like,
20  I don't know.  It was -- I just wanted him to know so he
21  can do something about it if -- I don't try to get
22  involved in stuff.  But like if they came to him, like,
23  just so he knows.
24    Q.  Do you remember where you had the conversation

Page 46

1  with Matlock in which you told Matlock about the Bergner
2  conversation?
3    A.  No.
4    Q.  Do you remember what Matlock's duty assignment
5  was at the time of that conversation?
6    A.  He was a detective.
7    Q.  Have you ever discussed any other facet of the
8  department's investigation of Socha with Matlock?
9    A.  Have I discussed any what?
10    Q.  Have you ever discussed with Matlock any other
11  aspect of the department's investigation of Socha?
12    MS. PROCTOR:  Objection based on form and
13  foundation.
14  BY THE WITNESS:
15    A.  Did you say the department?  I'm sorry.
16    Q.  Yes.
17    A.  So like --
18    Q.  Let me break it down.
19      Have you ever discussed with Matlock the --
20  any aspect of the data that was extracted from Socha's
21  phone?
22    A.  I don't -- I don't know what's on the phone,
23  so I -- I don't think so.  But he -- he did say that
24  somebody -- he did say that comment, so --

Page 47

1    Q.  And "that comment" is the porn star comment?
2    A.  Yes.
3    Q.  Okay.  Other than that conversation and the
4  conversation in which you told Matlock about Bergner's
5  telling you that Bergner disposed of Roechner's phone,
6  have you had any discussions with Matlock about the data
7  on Socha's phone?
8    A.  The data on her phone?  I don't know.  I don't
9  know what's on -- I don't know anything about the data.
10  I mean, supposedly there's a video.  That's all I know.
11    Q.  Okay.  Let me try it this way:  Have you had
12  any other conversations with Matlock about the video?
13    A.  No.  I don't -- I don't know what's on the
14  video.
15    Q.  Have you had any other conversations with
16  Matlock about Socha?
17    A.  About Socha?
18    Q.  Yes.
19    A.  I mean, in -- we would say things like, That's
20  not right.  You know?
21    Q.  In reference to what?
22    A.  Well, if this happened.
23    Q.  Did Matlock say that?
24    A.  Well, I know that's my feelings.  I don't

14  (Pages 44 to 47)

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Shawn Stachelski - Taken 7/9/2021

Page 48

1    know. Like, I don't -- I don't -- again, I didn't ask
2    Matlock about this specifically like on purpose. I --
3    I'm not going to -- I didn't go to him for a long time.
4    I didn't -- as we were talking, I think it was about
5    the time I got a subpoena because I just wondered like,
6    okay, what is going on? I really -- honestly, I just
7    didn't want to know anything about him.
8         Q.  Okay. Were you interviewed by the Inspector
9    General Regis?
10        A.  Yes. Yes.
11        Q.  How long did your interview last?
12        A.  Oh, geez. Like 10 minutes maybe.
13        Q.  In the interview, did you tell him about the
14   conversation with Bergner?
15        A.  It didn't happen yet.
16        Q.  Okay. In your conversation, you would not
17   have told him about Matlock's comment about the porn
18   star remark because --
19        A.  That didn't happen.
20        Q.  Understood. Okay.
21        A.  When I went in and talked to the inspector,
22   I didn't know anything except what I read in the paper.
23        Q.  Okay. Have you ever discussed the Socha cell
24   phone extraction with McKinney?

Page 49

1         A.  No.
2         Q.  Have you ever discussed it with McEwen?
3         A.  No.
4         Q.  Have you ever discussed it with Brown?
5         A.  Well, we have two Browns, but I didn't discuss
6    it with either one of them.
7         Q.  Okay. Have you ever discussed it with Reid?
8         A.  No.
9         Q.  Have you ever discussed it with Jensen?
10        A.  No.
11        Q.  Have you ever discussed it with Gavin?
12        A.  No.
13        Q.  Is your husband a Joliet police officer?
14        A.  He's a fireman.
15        Q.  Okay. Is Matlock's girlfriend a Joliet police
16   officer?
17        A.  No.
18        Q.  Is she an employee of the City?
19        A.  No.
20        Q.  Have you ever discussed any aspect of these
21   issues surrounding Socha's phone and the information on
22   it with Dave Jackson?
23        A.  If I did -- I might have. If I did, not much.
24        Q.  Do you have any memory of the substance of any

Page 50

1    conversation that you might have had with Jackson about
2    the issues surrounding the extraction of data from
3    Socha's phone?
4         A.  I wouldn't -- I wouldn't talk about this
5    with -- with anybody in investigations except for
6    Matlock and maybe Jackson. But I can't tell you whether
7    or not I had a conversation with Jackson. I believe
8    I told him that I got a subpoena, for sure. I'm like
9    almost positive I told him. But now that I'm not in
10   investigations, I don't really talk to Jackson too much
11   anymore because I'm just not around.
12        So I know like when this first happened,
13   I wasn't talking to anybody about nothing. I just
14   didn't -- you know. So if we -- maybe ask him. I don't
15   know. I don't believe that -- if it was anything, it
16   was more like very generic, if we had any conversations.
17        Q.  Is there any document that you can think of
18   that would refresh your recollection as to when any more
19   specifically Bergner told you that he had disposed of
20   Roechner's phone at Roechner's direction?
21        MS. PROCTOR:  Objection based on form and
22   foundation.
23   BY THE WITNESS:
24        A.  If you're -- if you're trying to find out when

Page 51

1    that was, I really think your best avenue is to find out
2    when Roechner -- Bergner -- I'm sorry, when Bergner was
3    at that desk, because I don't think he was at that desk
4    for a long period of time.
5         Q.  Okay.
6         A.  Actually, I was surprised that that's where he
7    was. So it would be hard to describe you -- it's at the
8    back and it's the last desk. But I'm sure Bergner knows
9    like what desk that was. I don't think he was there
10   very long, so that can really narrow it down a lot.
11        Q.  Okay. Anything else that might refresh your
12   recollection as to when that conversation occurred with
13   any more specificity than you've already been able to
14   provide?
15        A.  So I think maybe another way you can find out
16   is I feel like something happened to Bergner that day.
17   Because, like I said, it wasn't -- there had been a
18   significant amount of time, so something happened to
19   him that day to set him off, like -- you know what I'm
20   saying? So if it's like two months later, why was he
21   still upset that day?
22        I asked Bergner if he was okay, he told me all
23   that stuff, and I told him it was going to be okay, and
24   then I switched topics. I didn't -- I didn't want to

Royal Reporting Services, Inc.
312.361.8851

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Shawn Stachelski - Taken 7/9/2021

Page 52

1  get involved in that. That was too -- that's too much
2  for me.
3        So -- but if you're trying to figure it out,
4  I would imagine that Bergner had to know that day
5  because something happened to Bergner that day to get
6  him so upset, or else why would he be so upset that day?
7  If that helps. I don't know.
8        Q. And before I pass along to other counsel here,
9  I just want to make sure that we have exhausted your
10  recollection of what Bergner said during that
11  conversation about disposing of Roechner's phone.
12        Do you recall anything else that Bergner said
13  to you in that conversation about that topic?
14        MS. PROCTOR: Objection; asked and answered.
15  BY THE WITNESS:
16        A. No.
17        MR. ATKUS: Wait, can I just ask for clarification
18  on that? Was it not that she hasn't exhausted her
19  recollection, or no, she can't recall anything? I'm
20  sorry, I just think I got lost in the question.
21        THE WITNESS: He said, do you have any more --
22        MR. ATKUS: Do you have anything else that you
23  remember.
24        THE WITNESS: Right.

Page 53

1        MR. ATKUS: You said no.
2        THE WITNESS: That's correct.
3        MR. ATKUS: Thanks. Sorry.
4  BY MR. ADAMS:
5        Q. Do you recall anything else that Matlock said
6  to you when he told you about what I had been calling
7  the porn star statement?
8        A. So in addition to that, something -- so
9  I remember I had asked him like what's -- like, did
10  somebody do this? I finally asked. And he said that --
11  something on the lines of somebody -- somebody went on
12  there and then they went down to the watch commander's
13  office and brought people back up or something like
14  that. And I just kind of just didn't really want to
15  hear any more. It was just a confirmation that
16  something did happen. Because I didn't know up to that
17  point.
18        Q. And I just want to make sure we are all clear
19  about what you do remember and don't remember.
20        Do you remember anything else in particular
21  that Matlock said to you, including about going to the
22  watch commander's office?
23        A. Just, like I said, like, I just kind of --
24  when people tell me stuff, I -- what I do is I kind of

Page 54

1  just like build a -- I visualize it. So in my -- like
2  in -- like in -- so what I recall is, so I feel like
3  people went on the Cellebrite, or somebody, and then
4  they went to the watch commander's office and got more
5  people and then came back up.
6        Q. Do you remember Matlock telling you that that
7  is what happened? The way you've expressed this is you
8  say I feel this.
9        A. Right.
10        Q. That's a little different than remembering
11  that Matlock said that.
12        A. Well, that's based on what he said. Based
13  on what he said. And I didn't ask any more questions.
14  I was just trying to figure out if something did happen
15  or not because I didn't know at that -- until that
16  point.
17        Q. Did Matlock say who had done that, viewed
18  something on the Cellebrite and walked to the watch
19  commander's office?
20        MR. ATKUS: Object to foundation.
21  BY MR. ADAMS:
22        Q. You can answer.
23        A. I'm sure -- I'm sure he did. I feel like he
24  said it was McKinney. McKinney -- I'm not sure how it

Page 55

1  happened. Like, I think it started with McKinney, and
2  then whoever they got out of the watch commander's
3  office, like maybe Powers.
4        And I'm sorry, I'm just the type of person,
5  like I -- I just didn't really -- I just wanted to know
6  if something happened or not. So I wasn't really
7  sitting there questioning and -- and memorizing and
8  stuff. I just wanted to know, like, okay, you know,
9  I sat here and just minded my own business, but like,
10  did something happen? You know, I finally just asked
11  him, like, did something happen?
12        Q. Is it your best memory today that Matlock
13  identified McKinney as one of the participants?
14        MS. PROCTOR: Objection based on form and
15  foundation.
16  BY MR. ADAMS:
17        Q. You can answer.
18        A. Is it my recollection that Matlock said that
19  McKinney was somebody that did this?
20        Q. Is it your best recollection today that
21  Matlock said that Powers was one of the officers
22  involved in these events?
23        A. I believe he said Powers. I know he said
24  McKinney. But I believe he said Powers.

16 (Pages 52 to 55)

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Shawn Stachelski - Taken 7/9/2021

Page 56

1    Q.  Is it your best recollection today that
2  Matlock identified Gavin as the speaker of the so-called
3  porn star remark?
4    MS. PROCTOR:  Objection; asked and answered; form;
5  and foundation.
6  BY THE WITNESS:
7    A.  So I remember when we were talking about this,
8  I was trying to remember who had said that, and that was
9  the name that was coming to my mind.  But since I didn't
10  know for sure, I didn't -- I didn't want to say that.
11  And I wouldn't want to accuse somebody of doing
12  something that they didn't -- they didn't do.  But once
13  you said that, I was like -- I'm pretty sure.  That's
14  all I can give you.  I'm pretty sure that's who he said
15  it was.
16    Q.  Do you recall anything else that Matlock has
17  said to you relating to the extraction of Socha's phone?
18    MR. ATKUS:  Objection; asked and answered.
19  BY THE WITNESS:
20    A.  No.
21    Q.  Have you ever discussed with Matlock the
22  deposition that he gave in this case?
23    A.  He told me that he did one.
24    Q.  Did he tell you any of the questions he was

Page 57

1  asked or answers that he gave?
2    A.  No.
3    Q.  Did Matlock ever tell you that he had shared
4  with Crowley information that he, Matlock, had learned
5  about the handling of the data that was extracted from
6  Socha's phone?
7    A.  No.
8    Q.  Have you spoken with any other officers who
9  gave depositions in this case?
10    A.  I'm sorry.
11    MR. ADAMS:  Let me go off the record, Anca.
12      (Discussion off the record.)
13      (Short recess.)
14  BY MR. ADAMS:
15    Q.  Sergeant, do you remember anything else that
16  Matlock told you about the events relating to the group
17  in the watch commander's office?
18    MR. ATKUS:  Object to form.
19    But go ahead, you can answer.
20  BY THE WITNESS:
21    A.  So I was thinking about this.  And I know you
22  probably -- you probably don't think like somebody would
23  not have said this.  Can I just give you a little back
24  information?

Page 58

1  that I have a heart condition.  So Matlock knows
2  that, and I have asked him years ago just to not tell me
3  anything that I don't really need to know.  So that's --
4  that's why I don't ask stuff -- like, I try not to get
5  involved in stuff that would cause me stress.  And I can
6  understand I'm a police officer.  And my heart condition
7  (inaudible), but also I have to be careful with stress,
8  so I'm not going to -- I'm not the type of person that's
9  going to like seek out stuff like that.  Like, I just
10  don't -- if I'm not involved, I just don't want to be
11  involved, if that makes any sense.
12    Q.  Officer, if I -- Sergeant, rather, if I can
13  ask you to maybe center and get a little closer to your
14  camera and your mic.  That's a lot better.  We were
15  losing you --
16    A.  Did you hear me?
17    Q.  Yeah, we can hear you.
18    I appreciate what you've told us about your --
19  your own background.
20    My question is a little different, is that
21  whether you remember anything else in particular that
22  Matlock told you about whatever occurred relative to the
23  watch commander's office.
24    A.  So I was thinking about this too.  So there --

Page 59

1  so he said something on the lines of McKinney looked at
2  it, and then he tried to show it to McKeon, but McKeon
3  didn't want to see it.  And then at some point somebody
4  went down to the watch commander's office, and then
5  people came up -- upstairs.  And I don't -- he may have
6  told me who, but I just -- I don't remember.  Like
7  I said, I think he said Powers.  Because that sticks out
8  because I was thinking, like, why would he be in the
9  watch commander's office?  So --
10    Q.  Did Matlock tell you that the officers who
11  went to the watch commander's office watched a video
12  from Socha's phone there?
13    A.  From Socha's phone?  Oh, a video from Socha's
14  phone.  I -- I don't know.  I don't know.  My impression
15  was they came upstairs.
16    Q.  Did Matlock tell you what these officers did
17  in the watch commander's office?
18    A.  No.
19    MR. ADAMS:  Those are all the questions I have at
20  this time.
21    I appreciate your patience with us very much.
22    THE WITNESS:  No problem.
23
24

17  (Pages 56 to 59)

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Shawn Stachelski - Taken 7/9/2021

Page 60

1  E X A M I N A T I O N
2  BY MS. PROCTOR:
3      Q.  Thank you, Sergeant Stachelski.  We've been
4  going a while now, so I'll try to make my questions
5  brief.
6          I just want to clear up a few things.
7  This -- to be clear, in your conversation with Matlock
8  concerning this alleged statement, this alleged porn
9  star statement -- well, let me ask you this:  Are you
10  100 percent sure that Matlock told you that the porn
11  star statement was made by Gavin?  That's my first
12  question.  Are you 100 percent sure about that?
13      A.  No, I'm not.
14      MR. ADAMS:  I object to form.  That's not the
15  relevance standard.
16  BY THE WITNESS:
17      A.  I said no.  I don't know if you guys heard me.
18      Q.  Okay.  So you -- you know, you don't know
19  whether or not Matlock attributed the porn star
20  statement to Gavin; correct?
21      A.  I know he told me who.  And I feel like --
22  I feel like a fool, but he did tell me who said that.
23      Q.  All right.
24      A.  And --

Page 61

1      Q.  Go ahead.
2      A.  I'm just -- I'm not 100 percent sure.  I'm
3  like 95 percent sure that's who he -- he was saying it
4  was.
5      Q.  All right.  Well, let's -- I just want to
6  clear a couple things up.
7          In your -- first of all, when was this
8  conversation with Matlock about the porn star comment
9  that he shared with you?
10      A.  So, again, I don't -- I don't know when.  This
11  isn't something that I'm involved in.  But I -- my best
12  guess is that I finally asked when I got subpoenaed.  So
13  that would be my guess.  Because --
14      Q.  And when were you subpoenaed?  And thank you
15  for clarifying that.  When were you subpoenaed?  Do you
16  mean for deposition --
17      A.  Yeah.
18      Q.  -- in connection with Cassandra Socha's
19  lawsuit, what we're doing here today?
20      A.  Correct.
21      Q.  Okay.
22      A.  Correct.
23      Q.  When were you subpoenaed?  Or when did you
24  receive a subpoena?

Page 62

1      A.  I mean, I would have records of that somewhere.
2  I don't know, a couple months ago.
3      Q.  Okay.  So you had this conversation with
4  Matlock at some point in the year 2021?  I mean, today
5  is July 9, 2021.  So was it several months ago this
6  year?
7      A.  Yeah.  Like I said, that's probably when
8  I would have asked him.  I -- I don't remember when
9  I asked.  I would say it's probably definitely 2021 that
10  I asked.
11      Q.  Okay.
12      A.  I told you, it had been a while.  I didn't --
13  only -- the only reason that I asked is because now --
14  I didn't know, and so now I'm being subpoenaed, so I was
15  like, well, why?  I didn't know why.  Like, what's going
16  on?  Like, what happened?  So that would prompt me to be
17  like, what's going on?
18      Q.  Okay.  And --
19      A.  Because now at this point I had to know.
20      Q.  Okay.  And to be clear, it's in this
21  conversation in the last several months with Matlock in
22  2020 [sic], that's the conversation in which he shared
23  with you the porn star comment; correct?
24      A.  Yes.

Page 63

1      Q.  All right.  Now, I want to be -- I want to be
2  real clear on this.  Did -- I'll hold a moment.
3      A.  That's okay.
4      Q.  Okay.  To be clear, did Matlock tell you that
5  he was physically present when this alleged porn star
6  statement was allegedly made?
7      A.  No, I can't say that.  I can't --
8      Q.  I'm sorry.  He did not say that?
9      A.  I mean, he may have, but I -- I don't know.
10  I can't say for sure.
11      Q.  Okay.  And thank you.  You were told at the
12  outset of this deposition that no party here wants you
13  to guess about something that may or may not be fact.
14  All right?  So let me just ask you -- let me just ask
15  you another question.
16          You do not have any personal knowledge that
17  Matlock was present for this alleged porn star comment;
18  correct?
19      A.  Correct.
20      Q.  And Matlock did not tell you that he was
21  present when this alleged porn star comment was made;
22  correct?
23      A.  Okay.  Well, so what I tried to explain to you
24  is he may have; I just don't remember.  I wasn't sitting

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Shawn Stachelski - Taken 7/9/2021

Page 64

1    there taking notes on this.
2        Q.  Okay.
3        A.  I was trying to give a general idea.  So he
4    may have said that; he might not have said that.
5        Q.  All right.
6        A.  When he said -- when he made that comment,
7    I was like, okay, I remember him saying that.
8        Q.  All right.  Now, let me ask you this:  Is it
9    possible -- well, is it possible -- well, with respect
10   to the porn star statement, is this a statement that
11   Matlock was repeating that someone else had told him
12   about?  Would that be fair?
13       MR. ADAMS:  Object to form and foundation.
14   BY THE WITNESS:
15       A.  So -- so, again, I'm going to have the same
16   answer.  I don't -- I wasn't sitting there trying to
17   memorize, like, was he there, was he not there.  He said
18   whatever it was that he said.  I just wasn't taking
19   notes.  I don't -- I don't remember --
20       Q.  I understand you weren't taking notes.  But
21   it's important for this case to know one way or the
22   other whether Matlock, your best friend, was present
23   when this alleged porn star statement was made.  All
24   right?  And the answer is either yes or no or I don't

Page 65

1    know.  So which is it?
2        MR. ADAMS:  Object to form; it's argumentative.
3    BY MS. PROCTOR:
4        Q.  Which is it?
5        A.  So I guess I'll say I don't know.
6        Q.  All right.  Thank you.
7        You've also given some testimony about Matlock
8    told you about perhaps McKinney may have seen some data
9    on -- from Officer Socha's cell phone; correct?
10       A.  Correct.
11       Q.  When did Matlock share that information with
12   you?  Was it at or near the time you got the subpoena in
13   this lawsuit?
14       A.  Yes.
15       Q.  Did Matlock tell you how he came upon that
16   information?
17       A.  No.
18       Q.  Same question for Powers.  Is it your
19   testimony that Matlock told you that Powers may have
20   seen some of the information from Officer Socha's cell
21   phone?
22       A.  Okay.  Well, you just said you wanted a yes or
23   no or I don't know.  And I explained it before, so I'm
24   going to say I don't know.

Page 66

1        Q.  You also gave testimony earlier about some
2    alleged meeting of watch -- in the watch commander's
3    office.  Do you remember that testimony, Sergeant
4    Stachelski?
5        A.  I didn't say it was a meeting.
6        Q.  I'm sorry.  You said -- did you say "I
7    couldn't say it was a meeting"?
8        A.  I didn't say that it was a meeting.  I said
9    (inaudible).
10       Q.  All right.  And what I'm trying to understand
11   is, you know, whatever information you had about
12   something happening in a watch commander's office, that
13   that was information given to you by Matlock.  Correct?
14       A.  Correct.
15       Q.  Now, my next question is, did Matlock tell
16   you that he was present at the time of this watch
17   commander's event that you talked about earlier?  Or
18   was he repeating something that someone else told him?
19       A.  I don't know.
20       Q.  And, again, this conversation with Matlock
21   about this watch commander event that you told us about
22   earlier, did he first share that information with you at
23   or near the time you received the subpoena in this
24   lawsuit?

Page 67

1        A.  Well, again, I was trying to be as transparent
2    as possible, and that's just what I would guess --
3    I know that it was a long time after.  So I believe
4    that -- again, I understand this is really important to
5    you, but this isn't really something that is relevant to
6    my work.  So, again, I wasn't taking notes on any of
7    this.  None of this has anything to do with me.  So
8    I try to give my best recollection of when this would
9    be, and that's the point at which (inaudible), so
10   I believe that's when I asked him.
11       Q.  To be clear, because your answer was kind of
12   muffled, you said that's when you asked him.  That was
13   after you received the subpoena in this lawsuit;
14   correct?
15       A.  Well, again, I said that would be my best
16   guess, is about the time that I got subpoenaed in this
17   case.
18       MS. PROCTOR:  Thank you.
19       I don't believe I have anything further.
20   Thank you.
21       THE WITNESS:  You're welcome.
22       MR. ATKUS:  I don't have anything.
23       Thank you for your time, Sergeant.
24       MR. ADAMS:  I have just this follow-up, Sergeant.

19  (Pages 64 to 67)

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Shawn Stachelski - Taken 7/9/2021

Page 68

1    THE WITNESS:  Okay.
2         E X A M I N A T I O N
3  BY MR. ADAMS:
4    Q.  You said a moment ago that today you're
5  95 percent sure that Matlock identified Gavin as the
6  speaker of what we've been calling the porn star remark;
7  correct?
8    A.  Correct.
9    Q.  Today that is your best recollection; correct?
10   A.  Yes.
11   MR. ADAMS:  Those are all the questions that
12 I have.
13   MS. PROCTOR:  I have one last follow-up.
14        E X A M I N A T I O N
15 BY MS. PROCTOR:
16   Q.  To be clear, Sergeant Stachelski, you don't --
17 you don't know whether Officer Matlock was present for
18 this alleged comment by Gavin or whether he was
19 repeating to you information that he heard that Gavin
20 allegedly made the porn star comment; correct?
21   MR. ADAMS:  Object to form.
22 BY THE WITNESS:
23   A.  Yeah, I -- I don't know who was there.
24 I don't know.

Page 69

1    MS. PROCTOR:  Thank you.
2    MR. ADAMS:  Mike?
3    MR. ATKUS:  Oh, no, I'm good.
4    MR. ADAMS:  Okay.  Sergeant, we appreciate your
5  time here today.
6         You have the right under our rules to review
7  the transcript of the deposition when it's written in
8  order to separately note any instances where you believe
9  the transcription is in error in any way.  You can't
10 change questions or answers, but you can note your
11 belief that there's inaccuracy in the transcription.  Or
12 you can waive that right.  The choice is entirely yours.
13 We do ask you that you tell us while we're on the record
14 whether you wish to exercise and reserve that right or
15 to waive that right.
16   THE WITNESS:  I'd like to exercise that right.
17   MR. ADAMS:  We'll show signature as reserved.
18        And the court reporter will need to take down
19 some address information in order to get the transcript
20 and the errata forms to you.  But for whatever it's
21 worth, you may want to give her your professional rather
22 than your home address.
23   THE WITNESS:  Okay.
24   MR. ADAMS:  And I am going to write this, Anca.

Page 70

1    MS. PROCTOR:  Yeah, our office, Tressler's office,
2  on behalf of the City of Joliet, will take a copy of it,
3  please.  Thank you.
4    MR. ATKUS:  I'm fine.  I don't need a copy.
5         (Witness excused.)

Royal Reporting Services, Inc.
312.361.8851

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Shawn Stachelski - Taken 7/9/2021

Page 71

1                IN THE UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF ILLINOIS
2                         EASTERN DIVISION

3
     CASSANDRA SOCHA,                    )
4                                        )
                      Plaintiff,         )
5                                        )
            vs.                          ) No. 18 CV 05681
6                                        )
     CITY OF JOLIET, a municipal         )
7    corporation; EDWARD GRIZZLE;        )
     and JOHN DOES 1-20,                 )
8                                        )
                      Defendants.        )
9

10

11            I, SERGEANT SHAWN STACHELSKI, state that I

12     have read the foregoing transcript of the testimony

13     given by me at my deposition on July 9, 2021, and that

14     said transcript constitutes a true and correct record of

15     the testimony given by me at the said deposition except

16     as I have so indicated on the errata sheets provided

17     herein.

18

19
                                    _____
20                                  SERGEANT SHAWN STACHELSKI

21
     SUBSCRIBED AND SWORN to
22   before me this _____ day
     of _____, 2021.
23

24   _____

Royal Reporting Services, Inc.
312.361.8851

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Shawn Stachelski - Taken 7/9/2021

Page 72

```
1     UNITED STATES OF AMERICA        )
      NORTHERN DISTRICT OF ILLINOIS   )
2     EASTERN DIVISION                )    SS.
      STATE OF ILLINOIS               )
3     COUNTY OF COOK                  )

4

5               I, Anca Hrisca, Certified Shorthand Reporter,

6     Registered Professional Reporter, and Certified Realtime

7     Reporter, do hereby certify that SERGEANT SHAWN

8     STACHELSKI was first duly sworn by me to testify to the

9     whole truth and that the above deposition was reported

10    stenographically by me and reduced to typewriting under

11    my personal direction.

12              I further certify that the said deposition was

13    taken via teleconference at the time and date specified

14    and that the taking of said deposition commenced on

15    July 9, 2021, at 12:36 p.m.

16              I further certify that I am not a relative or

17    employee or attorney or counsel of any of the parties,

18    nor a relative or employee of such attorney or counsel,

19    nor financially interested directly or indirectly in

20    this action.

21              The signature of the witness, SERGEANT SHAWN

22    STACHELSKI, was reserved by agreement of counsel.

23

24
```

Royal Reporting Services, Inc.
312.361.8851

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Shawn Stachelski - Taken 7/9/2021

Page 73

1          Witness my signature as a Certified Shorthand

2     Reporter in the State of Illinois, on July 21th, 2021.

3

4

5

6

7

8     _____

9     Anca Hrisca, CSR, RPR, CRR
       161 North Clark Street
10     Suite 3050
       Chicago, Illinois 60601
11     Phone:  312.361.8851

12
       CSR No. 084-004682
13

14

15

16

17

18

19

20

21

22

23

24

Royal Reporting Services, Inc.
312.361.8851

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Shawn Stachelski - Taken 7/9/2021

Page 74

**A**

able 51:13
acceded 26:7
accommodate
  4:19
accusation 37:6
accuse 56:11
accustomed
  24:10
action 72:20
Adams 2:2,2 3:3
  3:4 4:6,7 11:19
  11:20 17:9
  30:15 37:17,19
  38:3,8,15,17
  38:22 53:4
  54:21 55:16
  57:11,14 59:19
  60:14 64:13
  65:2 67:24
  68:3,11,21
  69:2,4,17,24
addition 53:8
address 69:19
  69:22
advance 33:17
afraid 31:16,18
afternoon 4:9
ago 18:19 24:16
  34:20 42:14
  58:2 62:2,5
  68:4
agreement
  72:22
ahead 7:12
  27:20 57:19
  61:1
alleged 60:8,8
  63:5,17,21
  64:23 66:2
  68:18
allegedly 63:6
  68:20
AMERICA 72:1

amount 51:18
Anca 1:14 57:11
  69:24 72:5
  73:9
answer 4:18,20
  4:24 6:6 17:6
  27:19 29:15
  30:16 32:23
  35:2 38:23
  54:22 55:17
  57:19 64:16,24
  67:11
answered 39:20
  52:14 56:4,18
answers 57:1
  69:10
anybody 17:13
  32:2 35:24
  36:3 42:5,9,20
  50:5,13
anymore 36:7
  50:11
apologize 33:17
appearance 24:5
APPEARAN...
  2:1
appeared 24:9
appreciate 9:1
  14:21 58:18
  59:21 69:4
approximately
  6:20 10:13
area 10:8 19:15
argumentive
  65:2
asked 4:17 8:19
  24:13 26:1,6
  29:4,18 30:23
  32:15,22 33:4
  33:5,6 36:5,12
  39:10,20 51:22
  52:14 53:9,10
  55:10 56:4,18
  57:1 58:2

61:12 62:8,9
  62:10,13 67:10
  67:12
asking 25:20
  31:6
asks 34:22
aspect 24:4
  46:11,20 49:20
assigned 6:21
  7:16 8:9 13:4
  21:16 23:4
assignment 6:7
  9:23 23:1,13
  46:4
assumed 26:24
assumption 17:3
  17:15
ATKUS 2:12
  27:18,20 52:17
  52:22 53:1,3
  54:20 56:18
  57:18 67:22
  69:3 70:4
attempt 4:17
attempted 12:17
attorney 32:14
  32:15 72:17,18
attributed 60:19
avenue 51:1
aware 12:20
  13:7,12 14:24
  21:14

**B**

B 3:5
back 4:18 11:4
  14:2 17:8 19:1
  25:16 35:1
  43:12 51:8
  53:13 54:5
  57:23
background
  58:19
bad 11:23

based 11:18
  37:14,16 46:12
  50:21 54:12,12
  55:14
basically 24:17
basis 38:11
began 9:15,19
beginning 9:22
  14:12 28:12,15
behalf 2:6,11,16
  11:17 70:2
belief 31:12
  69:11
believe 7:8,8,15
  7:21 8:12 9:6,9
  12:11,23 13:6
  17:7 29:22
  37:4 39:4
  40:23 41:2
  50:7,15 55:23
  55:24 67:3,10
  67:19 69:8
believed 40:10
benefit 5:9
Bergner 17:1,14
  17:21 18:5,8
  18:16,23 19:21
  19:22 20:16
  21:21,24 22:10
  22:21 23:5,12
  23:17,23 26:1
  26:1,6,6,7,11
  26:21 27:3,6,9
  27:10,23,24
  28:1,7,8,17
  29:4,16,18
  30:10,18,22,22
  30:23,24 31:3
  31:11 35:8,9
  40:5,6,7,10,19
  41:4,7,11,12
  42:1,18 43:2
  44:2,8,12,15
  44:19,20 45:1

45:6 46:1 47:5
  48:14 50:19
  51:2,2,8,16,22
  52:4,5,10,12
Bergner's 17:19
  23:21 27:14
  28:13 47:4
best 36:16 45:10
  51:1 55:12,20
  56:1 61:11
  64:22 67:8,15
  68:9
better 24:18
  58:14
bit 23:14 25:18
  35:6,15
Bolingbrook 2:9
Boughton 2:8
break 20:23
  46:18
breakdown 24:1
brief 60:5
brought 20:1
  53:13
Brown 6:16 49:4
Browns 49:5
build 54:1
bunch 18:12
business 39:16
  55:9

**C**

calendar 34:18
call 11:14 16:5
  19:8 25:6,17
  29:9
called 4:3 24:21
calling 53:6 68:6
camera 58:14
careful 58:7
case 13:18,19
  14:17,19 15:12
  16:2 41:1
  43:13 56:22

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Shawn Stachelski - Taken 7/9/2021

Page 75

57:9 64:21
67:17
**Cassandra** 1:3
2:18 61:18
71:3
**cause** 16:4 58:5
**cell** 15:16 48:23
65:9,20
**Cellebrite** 10:19
10:22 11:3,4
11:21 12:2,4,7
12:8,13,18
14:22 15:1,5
15:15 25:1
31:22 54:3,18
**center** 58:13
**Certified** 1:14
1:16 72:5,6
73:1
**certify** 72:7,12
72:16
**chain** 6:12 8:24
9:2,4
**change** 69:10
**Chicago** 2:4
73:10
**chief** 6:14,15,16
6:17,18 8:10
10:11 40:20,22
40:23 41:2
**chiming** 9:17
**choice** 69:12
**Chris** 22:6 24:23
**City** 1:6 2:11
11:17 18:8
21:5 22:1,3
24:21 25:10
27:13 29:9
41:13 49:18
70:2 71:6
**Civil** 1:12
**clarification**
52:17
**clarifying** 61:15

**Clark** 73:9
**clear** 29:3 39:19
40:2 53:18
60:6,7 61:6
62:20 63:2,4
67:11 68:16
**clearly** 17:6
26:16 37:18
**client** 13:8
**close** 28:24
37:23 42:2
**closer** 23:15
58:13
**closest** 10:9
**come** 23:20
43:12
**coming** 25:23
56:9
**command** 6:12
9:1,2,4
**commander**
66:21
**commander's**
53:12,22 54:4
54:19 55:2
57:17 58:23
59:4,9,11,17
66:2,12,17
**commenced**
72:14
**commencing**
1:16
**comment** 33:12
33:21 44:11,17
46:24 47:1,1
48:17 61:8
62:23 63:17,21
64:6 68:18,20
**complaint** 32:16
32:19,24
**complete** 24:2
**computer** 10:19
10:23 15:1,2,4
23:22

**computers**
25:24
**concerned** 15:12
**concerning** 60:8
**condition** 24:9
58:1,6
**conduct** 33:12
**confirmation**
53:15
**confirmed** 14:5
14:8 16:12
**connection**
61:18
**consider** 42:1
**constituted**
31:14
**constitutes**
71:14
**contact** 20:2
**continued** 14:18
**conversation**
16:8 17:24
18:4,15,20
19:8,11,18,24
20:3 21:2,24
22:9 23:5,10
23:17 26:12,22
28:15 29:14
30:10,21,22
31:4,8,11
34:15,17 35:7
35:8,12,17
41:4,7,11 43:2
44:1,3,7,8,10
44:16,20 45:7
45:24 46:2,5
47:3,4 48:14
48:16 50:1,7
51:12 52:11,13
60:7 61:8 62:3
62:21,22 66:20
**conversations**
36:23 47:12,15
50:16

**COOK** 72:3
**cooler** 36:10
**copy** 70:2,4
**corporation** 1:7
71:7
**correct** 8:5 13:5
19:8,9 20:11
22:1,2 23:13
23:14,18 26:9
26:10,10 53:2
60:20 61:20,22
62:23 63:18,19
63:22 65:9,10
66:13,14 67:14
68:7,8,9,20
71:14
**counsel** 52:8
72:17,18,22
**COUNTY** 72:3
**couple** 4:15
18:23 25:24
42:16,21 61:6
62:2
**court** 1:1 17:4
69:18 71:1
**Courts** 1:12
**coworker** 19:22
**Crowley** 12:22
33:20 57:4
**Crowley's** 37:22
**CRR** 73:9
**CSR** 73:9,12
**curing** 38:20,20
**current** 6:7
**currently** 5:23
12:12
**cut** 32:5 35:15
**CV** 1:5 71:5

————————

**D**

**D** 3:1
**DARCY** 2:7
**data** 15:2,16,20
15:23 16:17,22

29:17 46:20
47:6,8,9 50:2
57:5 65:8
**date** 76:6,13,21
72:13
**dates** 5:4
**Dave** 49:22
**day** 9:24 10:21
20:12,13 22:10
28:22 29:2
51:16,19,21
52:4,5,6 71:22
**days** 25:24
26:24 27:1
**Dearborn** 2:3
**Defendant** 2:11
2:16
**Defendants** 1:8
71:8
**definitely** 43:19
62:9
**department**
5:24 9:12 10:8
12:21 13:8
16:16 17:22
18:1 20:17
21:15 22:22
24:11 25:12
27:15 31:20
36:15 40:8
46:15
**department's**
46:8,11
**department-is...**
27:11,16
**depends** 11:14
**depicted** 33:12
**deposition** 1:10
4:10 5:3 56:22
61:16 63:12
69:7 71:13,15
72:9,12,14
**depositions** 1:13
57:9

Royal Reporting Services, Inc.
312.361.8851

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Shawn Stachelski - Taken 7/9/2021

Page 76

deputy 6:15,16
6:16 10:11
describe 51:7
desk 10:3,4,5,6,7
10:11,22,24
11:7,7,22 12:2
18:10,17,20,22
19:1,4,5 21:21
51:3,3,8,9
desks 18:9 21:16
detective 7:24
8:4,8,14,16,18
46:6
device 14:22
15:1
devices 15:2,4,9
dick 33:20 37:22
different 11:10
14:17 18:23
21:18 24:9
54:10 58:20
dinner 34:23
direct 6:10 8:7
directed 28:8
direction 13:18
40:6,11 50:20
72:11
directly 6:9
72:19
dirty 35:1,2
discuss 16:13
49:5
discussed 16:9
46:7,9,10,19
48:23 49:2,4,7
49:9,11,20
56:21
discussion 16:3
16:11 28:12
57:12
discussions 47:6
dispose 40:11
disposed 27:6
35:10 40:5

44:2,9,21 47:5
50:19
disposing 31:13
52:11
distance 11:21
distressed 28:14
31:7
District 1:1,1,12
71:1,1 72:1
division 1:2 6:19
7:23 8:11 9:14
9:23 10:2,8
71:2 72:2
Dixon 5:19
Doc 34:24
document 21:21
50:17
documents
21:15
doing 8:22 23:21
56:11 61:19
doubt 45:8
Doug 21:12
dproctor@tre...
2:10
duly 4:3 72:8
duty 6:7 22:24
46:4
duty-related
23:18
dwarves 34:22
34:22,24

E
E 3:1,5 4:5 60:1
68:2,14
E-mail 2:5,10,15
earlier 35:9 66:1
66:17,22
early 14:11
earshot 19:15
38:5
East 2:8
EASTERN 1:2

71:2 72:2
Edward 1:7
2:16 71:7
Egizio 9:7,8
either 34:18
49:6 64:24
employed 5:23
employee 49:18
72:17,18
encountered
28:14
entire 9:9
entirely 69:12
errata 69:20
71:16
error 69:9
established
38:14
estimate 5:3
7:11 22:12,14
estimating 5:5,5
event 5:5 7:13
66:17,21
events 34:19
55:22 57:16
eventually 25:16
25:17 37:7
everybody 21:19
41:14,15 42:18
exact 7:6 16:24
29:13
exactly 28:3
30:18
Examination
3:3,3,4,4
examined 4:4
excuse 17:4
37:14
excused 70:5
exercise 69:14
69:16
exhausted 52:9
52:18
EXHIBIT 3:6

explain 21:11
43:21 63:23
explained 4:19
65:23
explanation
28:13
explicitly 31:12
expressed 54:7
extract 15:2,6
15:16
extracted 15:23
16:17,22 31:21
32:21 33:2,8
33:13 46:20
57:5
extraction 48:24
50:2 56:17

F
face-to-face 19:7
faced 11:10,11
facet 16:13 46:7
facing 11:3,3,5
fact 26:8 28:9
30:24 63:13
fair 4:22 8:24
64:12
far 28:22 43:7,8
fast 5:15
FBI 18:8 21:6,7
22:18,21,23
23:6,13 25:23
26:24 27:1
32:14
February 7:15
7:17 9:15,19
9:24 10:21
Federal 1:11
feel 51:16 54:2,8
54:23 60:21,22
feelings 47:24
feet 11:24
fellow 32:20,24
33:6

felt 25:12
figure 18:7 21:4
52:3 54:14
figured 25:2
37:6 41:23
42:3
finally 36:5,12
37:8 39:10
53:10 55:10
61:12
financially
72:19
find 37:7 50:24
51:1,15
fine 11:19 70:4
fireman 49:14
first 4:3 7:16
10:9,9 14:7
17:19 20:3
23:23 24:4
28:14 29:9
43:3,6,10
45:14 50:12
60:11 61:7
66:22 72:8
follow-up 67:24
68:13
following 41:1
follows 4:4
fool 60:22
FOP 32:15
foregoing 71:12
form 38:19
40:14 46:12
50:21 55:14
56:4 57:18
60:14 64:13
65:2 68:21
forms 69:20
foundation
11:18 27:18
30:14 37:16
38:2,7,13,19
38:20 39:21

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Shawn Stachelski - Taken 7/9/2021

Page 77

40:13 46:13
50:22 54:20
55:15 56:5
64:13
**four** 4:14
**frame** 9:22
10:21
**Friday** 20:21
**friend** 42:1
64:22
**friends** 36:16
45:10
**front** 10:14 11:1
11:2,5,15 35:2
**funny** 11:15
**further** 16:3
67:19 72:12,16

**G**

**Gavin** 34:6 37:4
37:21 49:11
56:2 60:11,20
68:5,18,19
**geez** 48:12
**general** 22:4,9
23:12 43:14
48:9 64:3
**generally** 12:20
14:20,24
**generic** 50:16
**girlfriend** 45:11
49:15
**give** 4:15,17,20
22:12 25:9
56:14 57:23
64:3 67:8
69:21
**given** 4:10 65:7
66:13 71:13,15
**giving** 13:18
**go** 7:12 19:22
27:20 43:8
48:3 57:11,19
61:1

**God** 24:3 29:5
**going** 4:8 11:18
17:5 18:12
21:1 25:7 31:9
33:16 35:4,5
36:5,13,18,20
36:22 37:1,8
37:14 39:9
42:16 45:17
48:3,6 51:23
53:21 58:8,9
60:4 62:15,17
64:15 65:24
69:24
**good** 69:3
**gotten** 13:14
26:22 31:1
**Grizzle** 1:7 2:16
8:14,17 13:18
14:5,8,13
15:14,18,22
16:4,9,11,18
16:23 71:7
**group** 24:24
57:16
**guess** 4:24 5:6
7:9,10 17:2
42:19 61:12,13
63:13 65:5
67:2,16
**guesstimate**
28:24
**guys** 36:8 39:11
60:17

**H**

**H** 3:5
**Hall** 2:2,2 4:7
41:13
hall@adamsle...
2:5
**handling** 57:5
**hands** 34:23
35:1

**hang** 42:2
**happen** 39:14
48:15,19 53:16
54:14 55:10,11
**happened** 28:21
29:1 35:19,24
39:11 47:22
50:12 51:16,18
52:5 54:7 55:1
55:6 62:16
**happening**
66:12
**hard** 25:13 32:7
43:21 51:7
**head** 28:2,3
**hear** 4:16 6:3,5
17:6 31:17
32:2 33:24
35:21 42:9,20
43:13 53:15
58:16,17
**heard** 4:21
13:14,22 14:1
14:9 16:20
17:13 31:20
32:3,11,11
33:11 39:2,19
60:17 68:19
**hearing** 13:17
**heart** 58:1,6
**help** 19:23 20:14
20:16 23:14,18
29:3 35:22
**helpful** 7:14
**helps** 52:7
**Hey** 45:15
**higher** 21:20
40:21
**higher-ups**
41:13
**hold** 6:2 7:17
63:2
**holding** 35:1
**holds** 35:1

**holiday** 20:18
**home** 69:22
**hone** 35:5
**honestly** 34:20
36:21 48:6
**HOPPE** 2:12
**Hrisca** 1:14 72:5
73:9
**huge** 37:6
**husband** 43:8
45:10 49:13

**I**

**idea** 34:16 64:3
**identified** 55:13
56:2 68:5
**idiot** 42:15
**III** 2:2
**Illinois** 1:1 2:4,9
2:14 71:1 72:1
72:2 73:2,10
**images** 30:12
31:21 32:21
33:2,8
**imagine** 52:4
**immediately** 8:2
**implication**
30:11
**implied** 26:23
27:12
**important** 4:16
64:21 67:4
**impression**
28:11 29:1
31:16,18 39:23
40:1 59:14
**inaccuracy**
69:11
**inaudible** 58:7
66:9 67:9
**incident** 12:24
**including** 53:21
**indicated** 71:16
**indirectly** 72:19

**individual** 6:10
**informal** 41:9
**information**
15:6 25:10,12
38:12 42:6
49:21 57:4,24
65:11,16,20
66:11,13,22
68:19 69:19
**informational**
44:23 45:16
**inspector** 22:4,9
23:12 48:8,21
**instances** 69:8
**instructed** 28:1
**interested** 72:19
**interview** 48:11
48:13
**interviewed**
22:4,8 23:11
48:8
**investigated**
12:21
**investigating**
13:8,9
**investigation**
13:1,2 14:14
16:6,13 46:8
46:11
**investigations**
6:22,23 7:1,4,5
7:16,23 8:6,10
8:11 9:14,16
9:18,20,23
10:2,4,8 12:3
13:4 14:12
15:3 35:13,18
50:5,10
**involved** 36:2
41:22 45:22
52:1 55:22
58:5,10,11
61:11
**issue** 23:18

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Shawn Stachelski - Taken 7/9/2021

Page 78

**issues** 49:21
  50:2

**J**

**J** 2:12
**Jackson** 49:22
  50:1,6,7,10
**Jensen** 49:9
**JOHN** 1:7 71:7
**Joliet** 1:6 2:11
  5:23 9:11
  11:17 12:21
  16:16,21 17:21
  21:15 22:22
  25:11 27:11
  33:11 40:3
  49:13,15 70:2
  71:6
**Jose** 42:13,13
**JP** 20:4,7,7
**JPD** 41:13
**July** 1:17 7:21
  62:5 71:13
  72:15 73:2

**K**

**keep** 21:19
**kept** 21:14 25:5
  36:6 37:5
**kind** 13:16,24
  30:4 41:5
  53:14,23,24
  67:11
**knew** 15:14
  29:20 30:6,20
  33:1,7 36:1
  41:15,23 42:19
  42:22
**KNIGHT** 2:12
  2:12
**know** 4:14,24
  5:1 7:6 9:7,8
  10:15,17,18,19
  12:23,24 13:13

13:15,17 14:2
14:3 15:4,6,9
15:10 17:8,14
18:2,6,7,9,9,10
18:24 19:16
20:8,8,17 21:5
21:8,11,22
24:17,19 25:3
25:8,13,17,18
27:22,23 28:22
28:23 29:12,14
30:3,8,9,18,19
30:19 31:15
32:4,9,9,10,17
33:14,19 34:9
34:10,12,20
35:20 36:1,2
36:11,11,19,20
36:24,24 37:4
37:5,6,9,22
39:1,11 40:16
40:19,24,24
41:2 42:9,12
42:12,14,14,17
42:19 43:10,11
43:15,17,18,22
43:24 44:22,23
45:14,14,16,16
45:17,19,20,20
46:22 47:8,9,9
47:10,13,20,24
48:1,7,22
50:12,14,15
51:19 52:4,7
53:16 54:15
55:5,8,8,10,23
56:10 57:21
58:3 59:14,14
60:17,18,18,21
61:10 62:2,14
62:15,19 63:9
64:21 65:1,5
65:23,24 66:11
66:19 67:3

68:17,23,24
**knowing** 42:4
**knowledge**
  63:16
**known** 42:21
**knows** 36:21
  45:23 51:8
  58:1
**KURNIK** 2:12

**L**

**L** 2:7
**Labor** 9:24
  10:21
**lack** 11:18 30:14
  39:21 40:13
**lacks** 38:18
**LAW** 2:2
**lawsuit** 61:19
  65:13 66:24
  67:13
**lead-in** 23:16
  24:4
**learned** 13:20
  13:21 57:4
**leave** 8:2
**left** 9:8 11:1 21:9
  23:12
**let's** 9:24 17:18
  61:5
**lieutenant** 6:11
  6:12,13 9:8,9
  42:13
**limit** 15:11
**lines** 31:9 53:11
  59:1
**little** 6:24 23:14
  25:18 35:4,6
  35:15 37:17
  41:18 54:10
  57:23 58:13,20
**LLC** 2:2
**LLP** 2:7
**located** 10:7

**location** 18:21
  18:23
**long** 6:18,23
  9:11 22:8
  24:15 30:21
  37:8 39:10
  42:5,14 48:3
  48:11 51:4,10
  67:3
**look** 20:15 23:23
**looked** 23:24
  28:5,13 31:7
  59:1
**losing** 58:15
**lost** 41:17 52:20
**lot** 25:20 36:19
  37:1 43:12
  51:10 58:14

**M**

**M** 4:5 60:1 68:2
  68:14
**machine** 25:2,21
**maiden** 5:18,19
  5:19
**mark** 33:16
**marked** 3:7
**married** 5:21
**matkus@khk...**
  2:15
**Matlock** 33:23
  34:2,3,6,13,13
  34:15,18 35:7
  35:12,17 36:12
  36:14,17 37:10
  37:11,20,23
  38:4,9,11,14
  39:2,7,18 40:2
  42:12 43:1,17
  44:1,4,4,8,10
  44:15,16,19,21
  44:24 45:6,9
  46:1,1,8,10,19
  47:4,6,12,16

47:23 48:2
50:6 53:5,21
54:6,11,17
55:12,18,21
56:2,16,21
57:3,4,16 58:1
58:22 59:10,16
60:7,10,19
61:8 62:4,21
63:4,17,20
64:11,22 65:7
65:11,15,19
66:13,15,20
68:5,17
**Matlock's** 36:16
  36:20 46:4
  48:17 49:15
**McEwen** 49:2
**McKeon** 11:12
  59:2,2
**McKinney** 11:8
  48:24 54:24,24
  55:1,13,19,24
  59:1 65:8
**McKinney's**
  11:7
**mean** 5:17 17:14
  21:18,19 22:3
  27:12 28:23
  29:12 30:3
  31:15 32:10,17
  34:8 36:8,21
  37:5 39:16
  40:24 41:3,9
  42:2,13 43:24
  45:18 47:10,19
  61:16 62:1,4
  63:9
**meaning** 20:23
**meant** 8:24 9:2
**meeting** 29:8
  66:2,5,7,8
**memo** 41:6
**memorable** 24:5

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Shawn Stachelski - Taken 7/9/2021

memorializati... 41:5
memorize 64:17
memorizing 55:7
memory 49:24 55:12
mentioned 13:19
mentioning 41:12
mess 24:2
mic 58:14
MICHAEL 2:12
middle 10:14
Mike 69:2
mind 14:2 24:22 34:12 45:19 56:9
minded 55:9
minutes 31:2 48:12
misconduct 31:14 40:18
moment 18:19 63:2 68:4
Monday 20:20
monitor 11:3,4,5 12:9
month 22:10,11 22:13
months 6:20 22:13,13,15 29:1 43:19,20 51:20 62:2,5 62:21
Moore 8:8,18 9:4,5
move 9:4
moved 18:9,21 18:22 21:7
moving 35:13,18
muffled 67:12
municipal 1:6

71:6

**N**
N 3:1 4:5,5 60:1 60:1 68:2,2,14 68:14
name 4:7 5:9,10 5:18,19,19,21 17:19 34:11 56:9
names 5:16
narrow 18:13 37:5 51:10
nature 16:4 19:20 33:17
near 65:12 66:23
need 4:18 27:16 36:24 58:3 69:18 70:4
needed 20:14
nervous 23:24
never 4:24 5:14 17:12 29:4 32:11,11,22 43:15,15
new 27:13,15 28:1,5,8,9
news 43:11,11 43:14,15,16
newspaper 30:4
Nicholas 12:21
North 2:3,13 73:9
NORTHERN 1:1 71:1 72:1
note 69:8,10
notes 24:16,19 41:6 64:1,19 64:20 67:6
November 9:13

**O**
O 4:5 60:1 68:2

68:14
ob- 38:15
object 11:18 27:18 37:14 54:20 57:18 60:14 64:13 65:2 68:21
objecting 37:16
objection 30:14 37:15 38:2,7 38:13,16,17 39:20 40:13 46:12 50:21 52:14 55:14 56:4,18
objections 38:21
obstructed 12:7
obviously 24:15
occur 15:24 22:10,17 23:5
occurred 13:1 20:1 21:3,24 23:11 51:12 58:22
off-color 33:17
office 10:3,12,13 19:1,2 21:8,10 21:12 53:13,22 54:4,19 55:3 57:17 58:23 59:4,9,11,17 66:3,12 70:1,1
officer 4:8 12:21 13:8 16:16,21 17:22 30:12 33:4 34:14 40:3 49:13,16 58:6,12 65:9 65:20 68:17
officers 21:16 27:16 32:20 33:1,1,5,7,7,11 33:22 55:21 57:8 59:10,16

offices 2:2 21:17
official 13:2 18:2 41:18
oh 24:2 29:4 37:13 39:13 48:12 59:13 69:3
okay 5:3,6,7,20 6:5,18 8:21 9:6 13:1,23 15:8 15:11 17:12,18 18:12,13,14 19:3,7 22:16 22:19 23:3 24:3 26:21 27:3,22 29:5 30:17 31:10 32:6,8 33:18 39:13 42:1 43:23 44:14,19 45:6 47:3,11 48:6,8,16,20 48:23 49:7,15 51:5,11,22,23 55:8 60:18 61:21 62:3,11 62:18,20 63:3 63:4,11,23 64:2,7 65:22 68:1 69:4,23
old 28:4 43:14
once 56:12
opinions 16:9
opposed 36:14
order 69:8,19
outranked 9:1
outset 23:10 63:12
overheard 13:16 19:18 33:21

**P**
p.m 1:16 72:15
pacing 24:1

PAGE 3:1,6
paper 17:13 32:1,3,8,13,18 48:22
parameters 23:8
part 14:7 15:2 27:14
participants 55:13
participating 19:11
participation 31:13
particular 19:24 21:16,16 30:11 33:1,7 53:20 58:21
particularly 5:4
parties 72:17
party 63:12
pass 23:20 52:8
patience 59:21
patrol 6:8,19 35:14,18
people 21:18 24:22,24 29:9 32:18 41:12,22 41:23 42:6,9 42:10,17,17,21 42:22 43:7,8 43:21 53:13,24 54:3,5 59:5
percent 26:17 60:10,12 61:2 61:3 68:5
period 8:1,9 51:4
perpetuating 38:19
person 12:3 37:12 42:4 43:4,6 55:4 58:8
personal 27:11

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Shawn Stachelski - Taken 7/9/2021

Page 80

| | | | | |
|---|---|---|---|---|
| 63:16 72:11 | pod 10:15,16 | 32:8,23 | 66:15 | 22:12 |
| personally 12:17 | pods 11:1 | probably 34:8 | question's 21:1 | recall 14:5,7,8 |
| 14:22 | point 13:7 18:22 | 37:21 42:14 | questioning | 28:3 31:7 45:3 |
| pertaining 1:13 | 28:23,24 31:23 | 43:3,6,18 | 25:5 55:7 | 52:12,19 53:5 |
| Phil 17:20 | 31:24 32:1 | 57:22,22 62:7 | questions 4:8,18 | 54:2 56:16 |
| Phillip 17:20 | 36:12 53:17 | 62:9 | 18:13 25:1,21 | receive 61:24 |
| phone 2:4,9,14 | 54:16 59:3 | problem 59:22 | 29:4,6 38:20 | received 66:23 |
| 13:14,19 14:3 | 62:4,19 67:9 | Procedure 1:12 | 54:13 56:24 | 67:13 |
| 14:6,9,15 15:7 | poke 35:4 | proceed 14:17 | 59:19 60:4 | recess 57:13 |
| 15:13,15,19,23 | police 5:23 9:11 | Prochaska 6:11 | 68:11 69:10 | recollection |
| 16:6,12,18,22 | 10:8 12:21 | 6:13,13 | quotation 33:16 | 50:18 51:12 |
| 17:2,3,15 | 16:16 17:21 | Proctor 2:7 3:3 | 34:14 37:10 | 52:10,19 55:18 |
| 23:21 26:2,7,9 | 21:15 22:22 | 3:4 11:17 | quote 28:16,18 | 55:20 56:1 |
| 26:22 27:4,7,9 | 24:11 25:11 | 30:14 37:14 | 33:19 37:3,21 | 67:8 68:9 |
| 27:11,11,13 | 33:22 36:15 | 38:2,7,13,16 | 37:23 39:16 | record 5:10 |
| 28:1,5,5,6,8,9 | 40:3 49:13,15 | 38:18 39:20 | 44:5 | 21:14 38:18,18 |
| 29:17,17 30:3 | 58:6 | 40:13 46:12 | | 57:11,12 69:13 |
| 30:8,8,12,13 | porn 33:20 | 50:21 52:14 | **R** | 71:14 |
| 30:24 31:1,13 | 37:23 39:16 | 55:14 56:4 | random 42:16 | recorded 41:6 |
| 31:22 32:21 | 44:4,11,17,18 | 60:2 65:3 | rank 6:2 7:17 | records 18:17 |
| 33:3,9,13 | 47:1 48:17 | 67:18 68:13,15 | re- 45:8 | 18:18 19:5 |
| 35:10 40:6,11 | 53:7 56:3 60:8 | 69:1 70:1 | reaction 45:5 | 62:1 |
| 44:3,9,21 | 60:10,19 61:8 | procure 27:15 | read 4:18 17:8 | reduced 72:10 |
| 46:21,22 47:5 | 62:23 63:5,17 | professional | 17:10 32:16,16 | reference 7:11 |
| 47:7,8 48:24 | 63:21 64:10,23 | 1:15 69:21 | 32:19 48:22 | 7:13 22:20 |
| 49:21 50:3,20 | 68:6,20 | 72:6 | 71:12 | 34:18 35:18 |
| 52:11 56:17 | position 11:6 | promoted 7:20 | reading 32:23 | 47:21 |
| 57:6 59:12,13 | 27:15 | 8:2 | real 63:2 | referred 8:4 |
| 59:14 65:9,21 | positive 50:9 | promotion 8:3 | really 8:24 | referring 28:19 |
| 73:11 | possible 64:9,9 | prompt 62:16 | 13:13,15,16 | reflection 37:21 |
| phones 15:11,16 | 67:2 | provide 51:14 | 14:2 15:12 | refresh 50:18 |
| 25:23 27:16 | Powers 55:3,21 | provided 71:16 | 25:19 27:22 | 51:11 |
| phrase 28:15 | 55:23,24 59:7 | pure 5:6 | 34:9 36:7,11 | Regarding |
| physical 10:2 | 65:18,19 | purpose 48:2 | 36:20,23 40:20 | 37:10 |
| 19:15 | precisely 39:7 | pursuant 1:11 | 41:1,21,23 | Regis 22:6,9 |
| physically 63:5 | present 2:18 | put 23:8 25:4 | 42:19 48:6 | 23:11,15 24:23 |
| pieces 32:18 | 19:10,14 38:4 | | 50:10 51:1,10 | 48:9 |
| place 20:3 25:13 | 38:16 45:7 | **Q** | 53:14 55:5,6 | Registered 1:15 |
| 29:10 | 63:5,17,21 | question 4:17,20 | 58:3 67:4,5 | 72:6 |
| places 18:23 | 64:22 66:16 | 5:1 6:3 17:7,8 | Realtime 1:16 | Reid 49:7 |
| Plaintiff 1:4 2:6 | 68:17 | 17:10 37:17 | 72:6 | relating 56:17 |
| 71:4 | presume 4:21 | 41:17 52:20 | reason 29:21 | 57:16 |
| play 13:2 | pretty 56:13,14 | 58:20 60:12 | 62:13 | relationship |
| please 5:14 70:3 | prior 8:3 32:2,5 | 63:15 65:18 | reasonable | 8:13 19:21 |

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Shawn Stachelski - Taken 7/9/2021

Page 81

35:8,13
**relative** 10:11
  10:22 11:6
  58:22 72:16,18
**relay** 41:10
**relayed** 39:7
**relevance** 60:15
**relevant** 67:5
**remark** 48:18
  56:3 68:6
**remember** 5:2,2
  14:10 20:15
  26:16 28:10,10
  29:13,19 30:5
  30:17 31:3
  34:4,5 39:6
  42:24 45:4,13
  45:17,24 46:4
  52:23 53:9,19
  53:19,20 54:6
  56:7,8 57:15
  58:21 59:6
  62:8 63:24
  64:7,19 66:3
**remembering**
  54:10
**reminders** 4:15
**reminds** 34:21
**repeat** 33:16
**repeated** 33:21
  37:10
**repeating** 64:11
  66:18 68:19
**rephrase** 44:13
  44:13
**rephrased** 4:18
**report** 6:9 8:16
  8:16,20 41:14
  41:16,18
**reportable**
  40:12,17,18
**reported** 40:7
  72:9
**reporter** 1:15,15

1:16 17:4
69:18 72:5,6,7
73:2
**reporter's** 5:9
**reporting** 6:10
  8:7,13,15
**represent** 4:7
**request** 26:8
**reserve** 69:14
**reserved** 69:17
  72:22
**respect** 5:4 64:9
**review** 69:6
**rid** 17:2,14 26:1
  26:7,8,22 27:3
  27:10 28:4
  29:18 30:23
  31:1
**right** 5:12 11:9
  11:10 14:11
  21:12,23 34:8
  35:15 36:17
  43:8,9 47:20
  52:24 54:9
  60:23 61:5
  63:1,14 64:5,8
  64:24 65:6
  66:10 69:6,12
  69:14,15,16
**River** 2:13
**Road** 2:8,13
**rock** 25:13
**Roechner** 8:10
  25:6,7,8,15,17
  25:19,22 26:1
  26:5,6,23
  27:24 28:1,7,9
  29:9,18 30:23
  31:16,19 40:22
  40:23 41:2
  51:2
**Roechner's**
  10:12,13 17:2
  17:15 23:21

26:7,8,22 27:4
27:7,10,10
29:17 30:13,24
31:1,13 35:10
40:6,6,11 44:3
44:9,21 47:5
50:20,20 52:11
**role** 13:2 18:1
  27:14
**room** 25:4
**Rosemont** 2:14
**row** 10:9
**RPR** 73:9
**rules** 1:11 69:6
**running** 8:10

_____
**S**
**S** 3:5
**S-h-a-w-n** 5:10
**S-t-a-c-h-e-l-s-...**
  5:11
**sat** 11:8 12:1
  55:9
**saw** 23:23
**saying** 17:1,1,12
  21:21 25:5,20
  27:1 28:3,21
  29:20 30:6,20
  32:18 41:23
  42:9,20 44:12
  51:20 61:3
  64:7
**scared** 25:7
**scene** 34:21
**school** 20:12,12
  20:13,18,22
  36:6
**schools** 20:9
**screen** 5:8
**season** 21:2
**second** 17:4
**secondhand**
  16:21
**section** 18:17,18

19:5
**see** 12:3 18:13
  35:5 43:11
  59:3
**seeing** 24:2,10
  32:3
**seek** 58:9
**seen** 39:12 65:8
  65:20
**seized** 16:18,23
**seizure** 16:6
**senior** 6:10 8:7
**sense** 9:1,2
  19:11,14 41:10
  58:11
**Separate** 16:8
**separated** 11:21
**separately** 69:8
**sergeant** 1:10
  3:2 4:2,7 5:14
  6:2,8,18 7:18
  7:20,22 8:1,3,8
  8:14,17,18,19
  17:5 21:12
  38:23 57:15
  58:12 60:3
  66:3 67:23,24
  68:16 69:4
  71:11,20 72:7
  72:21
**sergeants** 10:10
  10:15
**served** 9:16,18
  9:20
**serving** 7:1
**session** 20:22
**set** 51:19
**Seven** 34:22
**sex** 30:4
**sexual** 33:12
**share** 65:11
  66:22
**shared** 19:17
  57:3 61:9

62:22
**Shawn** 1:10 3:2
  4:2 5:10,14
  71:11,20 72:7
  72:21
**sheets** 71:16
**Short** 57:13
**Shorthand** 1:14
  72:5 73:1
**shortly** 43:18
**show** 59:2 69:17
**shows** 5:8
**sic** 62:22
**signature** 69:17
  72:21 73:1
**significant**
  51:18
**sir** 10:20
**sitting** 11:22
  12:2,3 55:7
  63:24 64:16
**slow** 23:10
**smartest** 34:24
**Snow** 34:21,22
**so-called** 56:2
**Socha** 1:3 2:18
  4:8 13:8 16:1,5
  16:5,9,14 30:2
  46:8,11 47:16
  47:17 48:23
  71:3
**Socha's** 13:19
  14:6,9,15
  15:13,15,19,23
  16:6,12,18,22
  30:3,12 31:22
  32:21,24 33:2
  33:8,12 46:20
  47:7 49:21
  50:3 56:17
  57:6 59:12,13
  59:13 61:18
  65:9,20
**some-** 33:23

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Shawn Stachelski - Taken 7/9/2021

Page 82

| | | | | |
|---|---|---|---|---|
| **somebody** 21:20 | 39:16 44:4,11 | 50:8 61:24 | 68:2,14 | 56:24 57:3 |
| 24:23,24 32:11 | 44:17,18 47:1 | 65:12 66:23 | **table** 10:16 | 58:2 59:10,16 |
| 33:23,24 34:1 | 48:18 53:7 | 67:13 | **take** 23:12 25:23 | 60:22 63:4,20 |
| 37:3,20 39:12 | 56:3 60:9,11 | **subpoenaed** | 69:18 70:2 | 65:15 66:15 |
| 46:24 53:10,11 | 60:19 61:8 | 61:12,14,15,23 | **taken** 1:11,13 | 69:13 |
| 53:11 54:3 | 62:23 63:5,17 | 62:14 67:16 | 13:15 14:3,6,9 | **telling** 9:3 25:8 |
| 55:19 56:11 | 63:21 64:10,23 | **SUBSCRIBED** | 14:15 15:15,18 | 28:4 42:10 |
| 57:22 59:3 | 68:6,20 | 71:21 | 16:12 24:18 | 45:13 47:5 |
| **sorry** 6:3,5 7:12 | **started** 8:6 | **substance** 49:24 | 72:13 | 54:6 |
| 9:17 18:6 | 24:20 28:16 | **sucks** 33:20 | **talk** 14:19 17:18 | **temporary** |
| 27:20 31:17 | 42:8,10 55:1 | 37:22 | 18:24 25:6 | 22:24 23:2 |
| 32:5 33:5 34:4 | **state** 24:10 | **suggested** 18:19 | 36:7,8,9,9,10 | **testified** 4:4 |
| 35:15,21 38:24 | 71:11 72:2 | 31:12 | 45:9 50:4,10 | **testify** 72:8 |
| 39:24 40:16 | 73:2 | **Suite** 2:3,8,13 | **talked** 18:8 21:5 | **testimony** 4:10 |
| 41:17 43:5 | **statement** 37:24 | 73:10 | 21:24 22:3 | 65:7,19 66:1,3 |
| 46:15 51:2 | 38:5,10,12 | **summer** 10:1 | 23:15 35:9 | 71:12,15 |
| 52:20 53:3 | 39:3,4,7 53:7 | 20:23 | 48:21 66:17 | **thank** 60:3 |
| 55:4 57:10 | 60:8,9,11,20 | **supported** 30:11 | **talking** 13:17 | 61:14 63:11 |
| 63:8 66:6 | 63:6 64:10,10 | **supposed** 23:2 | 14:16 29:20,23 | 65:6 67:18,20 |
| **sort** 22:24 | 64:23 | 25:9,9,14 | 30:6 31:21 | 67:23 69:1 |
| **sound** 42:15 | **States** 1:1,12 | 27:19,23 29:15 | 32:2 48:4 | 70:3 |
| **speaker** 38:9,12 | 71:1 72:1 | **supposedly** 30:2 | 50:13 56:7 | **Thanks** 53:3 |
| 39:19 56:2 | **station** 10:2,3 | 47:10 | **technically** 7:24 | **then-Deputy** |
| 68:6 | 20:14 33:22 | **sure** 4:16 14:4 | 8:18 25:11 | 8:10 |
| **special** 22:21 | **stations** 21:17 | 17:9,20 25:19 | **technology** 18:3 | **they'd** 19:15 |
| **specialist** 18:3 | **stenographica...** | 32:10 34:11,12 | 19:23 20:15 | **thing** 15:5 16:24 |
| **specifically** 8:22 | 72:10 | 37:4 42:22 | **teleconference** | 35:23 |
| 29:19 30:5 | **step** 6:15 | 45:2 50:8 51:8 | 72:13 | **things** 39:19 |
| 45:13 48:2 | **sticking** 45:18 | 52:9 53:18 | **telephone** 19:8 | 47:19 60:6 |
| 50:19 | **sticks** 59:7 | 54:23,23,24 | **tell** 5:1,2,5 7:11 | 61:6 |
| **specificity** 39:6 | **stood** 10:24 | 56:10,13,14 | 13:14 14:13 | **think** 7:3 14:1 |
| 51:13 | **story** 28:4 | 60:10,12 61:2 | 15:19,22 21:2 | 21:19,20,23 |
| **specified** 72:13 | **Street** 2:3 73:9 | 61:3 63:10 | 26:21 27:3,6,9 | 23:9 33:10 |
| **spell** 5:9 | **stress** 58:5,7 | 68:5 | 27:24 28:9,17 | 35:23 37:21 |
| **spoken** 57:8 | **strike** 26:5 | **surprised** 51:6 | 29:8 34:3,6 | 41:24 42:6,8 |
| **spring** 10:1 | 38:10 | **surrounding** | 35:23 36:17,21 | 43:15 45:9,15 |
| **SS** 72:2 | **striking** 24:7 | 49:21 50:2 | 36:22 37:1,11 | 46:23 48:4 |
| **Stachelski** 1:10 | **stuck** 25:12 | **sweating** 24:1 | 37:23 38:4,9 | 50:17 51:1,3,9 |
| 3:2 4:2 5:10,15 | **stuff** 29:5 30:8 | **switched** 51:24 | 38:11 39:2 | 51:15 52:20 |
| 8:4 60:3 66:4 | 45:22 51:23 | **sworn** 4:1,4 | 40:7,9,10 | 55:1 57:22 |
| 68:16 71:11,20 | 53:24 55:8 | 71:21 72:8 | 41:20 42:11,16 | 59:7 |
| 72:8,22 | 58:4,5,9 | | 43:1 44:12,15 | **thinking** 34:7,10 |
| **standard** 60:15 | **subject** 23:20 | **———— T ————** | 45:15 48:13 | 34:10 40:20 |
| **star** 33:20 37:23 | **subpoena** 48:5 | **T** 3:5 4:5 60:1 | 50:6 53:24 | 42:8 57:21 |

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Shawn Stachelski - Taken 7/9/2021

Page 83

58:24 59:8
**thought** 42:15
  42:18
**three** 4:14 5:15
  6:24 11:1
  22:13
**time** 8:1 9:9,22
  10:12,21 14:20
  15:14,22 16:4
  17:21,24 18:10
  18:20,24 19:20
  19:24 20:5,22
  21:2 23:8,15
  24:15 39:10
  40:22,23 42:5
  45:10 46:5
  48:3,5 51:4,18
  59:20 65:12
  66:16,23 67:3
  67:16,23 69:5
  72:13
**timeline** 35:22
  41:2
**times** 4:13,20
  5:15
**title** 18:2
**today** 39:6 55:12
  55:20 56:1
  61:19 62:4
  68:4,9 69:5
**told** 13:5 14:14
  14:21 15:14,18
  16:16 17:2,14
  25:18 26:5,6
  26:11,17 28:7
  28:17 29:6
  30:22 31:4
  33:23 34:1,13
  35:9 37:11,20
  40:5 42:12,12
  42:13,18,21,24
  43:4,7,7,9,17
  43:19 44:1,2,4
  44:7,8,10,16

44:19,20,24
  45:6 46:1 47:4
  48:17 50:8,9
  50:19 51:22,23
  53:6 56:23
  57:16 58:18,22
  59:6 60:10,21
  62:12 63:11
  64:11 65:8,19
  66:18,21
**topic** 52:13
**topics** 51:24
**tour** 9:14,16,18
  9:20
**track** 21:19
  41:17
**trained** 12:12
  14:21
**transcript** 69:7
  69:19 71:12,14
**transcription**
  69:9,11
**transparent**
  67:1
**TRESSLER** 2:7
**Tressler's** 70:1
**tried** 21:4 23:9
  59:2 63:23
**trouble** 25:8
**true** 5:4 11:7,13
  13:15,22 20:10
  71:14
**truth** 72:9
**try** 35:22 44:13
  45:21 47:11
  58:4 60:4 67:8
**trying** 11:15
  14:1 18:7
  50:24 52:3
  54:14 56:8
  64:3,16 66:10
  67:1
**two** 20:1 22:13
  22:14 26:24

27:1 28:24
  43:20 49:5
  51:20
**type** 55:4 58:8
**typewriting**
  72:10

_____

**U**

**understand** 4:16
  9:3 14:20 45:9
  58:6 64:20
  66:10 67:4
**understood** 4:21
  48:20
**unit** 12:3 22:21
  23:4
**United** 1:1,12
  71:1 72:1
**upper** 24:22
**upset** 24:17
  26:18,20 28:21
  28:22 29:7
  51:21 52:6,6
**upstairs** 59:5,15
**use** 12:12,17
  14:22 31:21
**uttered** 34:14

_____

**V**

**video** 29:24 30:1
  30:2,4,12
  31:21 32:4,12
  32:20 33:2,8
  33:13,15 47:10
  47:12,14 59:11
  59:13
**videoconference**
  1:11,14 2:1
**videos** 32:9
**viewed** 15:19
  16:17,21 17:1
  17:13 32:20
  33:2,8 54:17
**vision** 12:7

**visualize** 54:1
**voice** 17:5
**vs** 1:5 71:5

_____

**W**

**Wait** 38:24
  52:17
**waive** 69:12,15
**walked** 54:18
**want** 7:8,10
  35:20 36:1,2
  36:11 37:15
  48:7 51:24
  52:9 53:14,18
  56:10,11 58:10
  59:3 60:6 61:5
  63:1,1 69:21
**wanted** 23:8
  25:5 29:9 36:1
  41:22 42:20
  44:23 45:20
  55:5,8 65:22
**wanting** 25:1
**wants** 36:24
  63:12
**war** 10:16
**warn** 11:23
**Wascher** 5:21
**washed** 34:23
**wasn't** 20:13
  23:2 24:16
  28:23 41:3
  42:15 50:13
  51:17 55:6
  63:24 64:16,18
  67:6
**watch** 53:12,22
  54:4,18 55:2
  57:17 58:23
  59:4,9,11,17
  66:2,2,12,16
  66:21
**watched** 17:17
  59:11

**water** 36:10
**way** 11:8,10
  16:21 23:10
  32:7 41:6
  43:14 44:18
  47:11 51:15
  54:7 64:21
  69:9
**we'll** 4:19 15:11
  69:17
**we're** 15:12 35:5
  42:2 45:11
  61:19 69:13
**we've** 36:22 60:3
  68:6
**week** 22:10
**weekend** 20:18
  20:20
**weekends** 20:19
**weeks** 43:19
**welcome** 67:21
**welfare** 31:6
**well-being** 24:13
**went** 18:8 20:15
  21:6,7 22:17
  22:21 23:6
  25:19 26:1
  28:16 29:14
  48:21 53:11,12
  54:3,4 59:4,11
**weren't** 14:21
  64:20
**White** 34:21,22
**wish** 24:18
  69:14
**witness** 3:1 4:1,3
  17:7,11 27:19
  27:21 39:22
  40:15 46:14
  50:23 52:15,21
  52:24 53:2
  56:6,19 57:20
  59:22 60:16
  64:14 67:21

Cassandra Socha v. City of Joliet; et al.
Deposition of Sergeant Shawn Stachelski - Taken 7/9/2021

Page 84

| | | | | |
|---|---|---|---|---|
| 68:1,22 69:16 | **0** | **33** 2:3 | | |
| 69:23 70:5 | **05681** 1:5 71:5 | **4** | | |
| 72:21 73:1 | **084-004682** | **4** 3:3 | | |
| **wondered** 48:5 | 73:12 | **5** | | |
| **word** 25:16,22 | | **5** 31:2 | | |
| 26:24 41:19 | **1** | **550** 2:8 | | |
| **words** 28:11 | **1-20** 1:7 71:7 | **5600** 2:13 | | |
| 37:12 39:18 | **10** 48:12 | **6** | | |
| 40:3 | **100** 26:17 60:10 | **60** 3:3 | | |
| **work** 10:2,3 | 60:12 61:2 | **600** 2:13 | | |
| 12:1 20:7 | **11** 6:20 | **60018** 2:14 | | |
| 21:17 22:22 | **12:36** 1:16 72:15 | **60440** 2:9 | | |
| 25:11 42:1,3 | **161** 73:9 | **60601** 73:10 | | |
| 43:7,8 67:6 | **17** 9:13 | **60602** 2:4 | | |
| **worked** 20:9,19 | **18** 1:5 7:2,15 | **68** 3:4,4 | | |
| 20:20 | 10:22 71:5 | **7** | | |
| **working** 20:4,6 | **19** 7:2 | **8** | | |
| 20:14 22:23 | | **847.261.0700** | | |
| **worth** 69:21 | **2** | 2:14 | | |
| **wouldn't** 16:24 | **20** 7:2 | **9** | | |
| 20:19,20 25:6 | **20-some** 5:22 | **9** 1:17 62:5 | | |
| 36:9 42:2 50:4 | **2017** 7:1,4 12:20 | 71:13 72:15 | | |
| 50:4 56:11 | 13:5 | **95** 61:3 68:5 | | |
| **write** 9:7 69:24 | **2018** 7:7,17 9:15 | | | |
| **written** 41:5 | 9:19,24,24 | | | |
| 69:7 | 10:1 | | | |
| **wrong** 9:10 39:5 | **2020** 7:21 62:22 | | | |
| **X** | **2021** 1:17 62:4,5 | | | |
| **X** 3:1,5 4:5 60:1 | 62:9 71:13,22 | | | |
| 68:2,14 | 72:15 73:2 | | | |
| **Y** | **21th** 73:2 | | | |
| **yeah** 11:19 | **2350** 2:3 | | | |
| 20:11 27:20,20 | **23rd** 7:21 | | | |
| 58:17 61:17 | **250** 2:8 | | | |
| 62:7 68:23 | **3** | | | |
| 70:1 | **30** 11:24 | | | |
| **year** 12:23 21:2 | **3050** 73:10 | | | |
| 62:4,6 | **312.361.8851** | | | |
| **years** 5:22 6:24 | 73:11 | | | |
| 9:13 58:2 | **312.445.4900** | | | |
| **Z** | 2:4 | | | |
| **Zoom** 32:7 | **312.627.1717** | | | |
| | 2:9 | | | |