

Transcript of the Deposition of
# Deputy Chief Carlos Matlock
**Case:** Cassandra Socha v. City of Joliet; et al.
**Taken On:** May 7, 2021

Ex. I

Royal Reporting Services, Inc.
Phone: 312.361.8851
Email: info@royalreportingservices.com
Website: www.royalreportingservices.com

Cassandra Socha v. City of Joliet; et al.
Deposition of Deputy Chief Carlos Matlock - Taken 5/7/2021

Page 1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASSANDRA SOCHA,                )
                                )
        Plaintiff,              )
                                )
    vs.                         ) No. 1:18-cv-05681
                                )
CITY OF JOLIET, a municipal     )
corporation, EDWARD             )
GRIZZLE, JOHN DOES 1-20,        )
                                )
        Defendants.             )

The deposition of DEPUTY CHIEF CARLOS MATLOCK, called by the Plaintiff for examination, taken pursuant to notice and pursuant to the Federal Rules of Civil Procedure for the United States District Courts pertaining to the taking of depositions, taken via videoconference before Margaret Maggie Orton, Certified Shorthand Reporter and Registered Professional Reporter, commencing at 12:39 p.m. on May 7, 2021.

Royal Reporting Services, Inc.
312.361.8851

Cassandra Socha v. City of Joliet; et al.
Deposition of Deputy Chief Carlos Matlock - Taken 5/7/2021

Page 2

```
 1   APPEARANCES:   (via videoconference)
 2        LAW OFFICES OF HALL ADAMS, LLC
          MR. HALL ADAMS, III
 3        33 North Dearborn Street
          Suite 2350
 4        Chicago, Illinois 60602
          Phone:  312.445.4900
 5        E-mail: hall@adamslegal.net

 6             On behalf of the Plaintiff;

 7
          TRESSLER LLP
 8        MS. DARCY L. PROCTOR
          MR. JAMES J. HESS, Jr.
 9        550 East Boughton Road
          Suite 250
10        Chicago, Illinois 60440
          Phone:  630.759.0800
11        E-mail: dproctor@tresslerllp.com
                  jhess@tresslerllp.com
12             On behalf of the Defendant City of Joliet;

13
          KNIGHT HOPPE KURNIK & KNIGHT, LTD.
14        MR. MICHAEL J. ATKUS
          5600 North River Road
15        Suite 600
          Rosemont, Illinois 60018
16        Phone:  847.261.0700
          E-mail: matkus@khkklaw.com
17
               On behalf of the Defendant Edward Grizzle.
18

19

20   ALSO PRESENT:  Ms. Cassandra Socha

21
                          * * * * * *
22

23

24
```

Royal Reporting Services, Inc.
312.361.8851

Cassandra Socha v. City of Joliet; et al.
Deposition of Deputy Chief Carlos Matlock - Taken 5/7/2021

Page 3

1                     I N D E X

2   WITNESS                                          PAGE

3   DEPUTY CHIEF CARLOS MATLOCK

4       Direct Examination by Mr. Adams............    4

5

6

7                    E X H I B I T S

8

9              (NO EXHIBITS MARKED)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Case: 1:18-cv-05681 Document #: 257-10 Filed: 12/19/22 Page 5 of 18 PageID #:2310

Cassandra Socha v. City of Joliet; et al.
Deposition of Deputy Chief Carlos Matlock - Taken 5/7/2021

Page 4

1   MS. PROCTOR: Hello, Mr. Matlock. My name is Darcy
2   Proctor and I'm here today on behalf of the City of
3   Joliet. Good afternoon and thank you for coming.
4       THE WITNESS: Good afternoon to you as well. I'm
5   Deputy Chief Carlos Matlock, Joliet Police Department.
6       MR. ATKUS: Good afternoon. My name is Mike Atkus.
7   I'm one of the attorneys who's representing Ed Grizzle
8   in this case.
9       MR. ADAMS: Margaret, you can go ahead and swear in
10  Deputy Chief Matlock.
11          (Witness sworn.)
12  WHEREUPON:
13          DEPUTY CHIEF CARLOS MATLOCK,
14  called as a witness herein, having been first duly
15  sworn, was examined and testified via videoconference as
16  follows:
17          DIRECT EXAMINATION
18  BY MR. ADAMS:
19      Q. Good afternoon, sir. My name is Hall Adams.
20  I represent Officer Cassandra Socha.
21      Have you ever given deposition testimony
22  before?
23      A. Yes.
24      Q. I'll give you a couple quick reminders that

Page 5

1   will make this process go more smoothly for all of us.
2   The first and most important is, especially in the Zoom
3   deposition era, that you make sure that you hear
4   completely and understand completely every question that
5   you're asked before you attempt to give an answer. If
6   you need to have questions repeated, rephrased, read
7   back, explained, say so and we'll accommodate you as
8   many times as necessary. If you answer a question, we
9   will all presume that you heard it and understood it.
10      Is that fair?
11      A. Yeah, fair enough.
12      Q. In answering our questions, please never
13  guess. If you don't know the answer to a question, it's
14  entirely appropriate to say, I don't know. If you can't
15  remember the answer to a question, it's entirely
16  appropriate to say, I can't remember. Just because
17  you're on the spot here today does not necessarily mean
18  that you are expected to have all the answers to all the
19  questions. Okay?
20      A. Absolutely. Absolutely.
21      Q. Very good.
22      Have you reviewed any documents in order to
23  prepare for today's deposition?
24      A. No, I have not.

Page 6

1       Q. Have you spoken with anyone in order to
2   prepare for today's deposition?
3       A. No, I have not.
4       Q. Have you ever spoken with defense counsel in
5   this lawsuit?
6       A. No. I don't even know who defense counsel is.
7       Q. Okay. How long have you been a deputy chief
8   of the Joliet Police Department?
9       A. Deputy Chief for -- what is this,
10  May 5 [sic] -- almost six months.
11      Q. Whichever is easier for you, from earliest to
12  present or backwards from the present to earliest, would
13  you recap for us in a chronological way your training
14  and experience as a police officer leading up to your
15  current position?
16      A. I started at the Joliet Police Department in
17  1994. I was assigned to the operation division and
18  patrol. I was then assigned to the tactical unit here
19  at the Joliet Police Department for a short period of
20  time. I was then assigned to the Joliet narcotics unit
21  for a short period of time. I then spent 20 -- it's
22  been 21 years -- 20, 21 years as a detective with the
23  Joliet Police Department, and I was promoted to sergeant
24  in 2020, I believe, and deputy chief in 2021.

Page 7

1       Q. As a deputy chief, of what department or
2   division or section of the department are you a deputy
3   chief?
4       A. I'm currently the deputy chief of the
5   investigation division.
6       Q. Who promoted you to deputy chief?
7       A. The chief did.
8       Q. And what is the current chief's name?
9       A. Chief Dawn Malec, M-A-L-E-C.
10      Q. Was former chief then before that Deputy Chief
11  Roechner ever involved in any of your advancement in the
12  Joliet Police Department in terms of recommending you
13  for promotion or promoting you unilaterally?
14      A. Well, he penned my start on as a sergeant
15  because he was the chief. As far as recommending me to
16  be promoted to -- I mean as a -- to a sergeant; but as
17  far as recommending me to be promoted as a sergeant, I
18  don't know how his process worked as far recommendation,
19  but I took the test and passed the test and I was
20  promoted to sergeant.
21      Q. While in the investigations unit where you
22  spent most of your career, were you trained on the
23  Cellebrite and/or Lantern computers?
24      A. No, I've used it, but I've never been formally

Cassandra Socha v. City of Joliet; et al.
Deposition of Deputy Chief Carlos Matlock - Taken 5/7/2021

---

Page 8

1 trained on it because it was too much technical crap
2 that I did not want to deal with in my line of -- when I
3 was in investigations.
4   Q.  Yeah, join the club.
5   A.  Yeah.
6   Q.  Yes, my sentiments exactly.  Okay.
7       To what extent were you -- did you have a
8 facility with Cellebrite and Lantern, meaning what were
9 you able to do on the two computers?
10  A.  Pretty much nothing.  I would watch other -- I
11 would bring my -- When I was working on a case -- I'll
12 give you an example: I'm working on a case, I will give
13 that case to an experienced -- German is the guy who
14 mainly was my go-to guy.  I would give my case to
15 German, my cell phone.  Whenever I had a search warrant
16 to do, I would give it to him.  He would sit down with
17 me and try to go through the contents of the phone and
18 show me how to do it, but I never grasped the concept of
19 doing it.  So it's kind of he's doing the work, I'm
20 sitting here and, you know, that's pretty much it.
21  Q.  Is it -- Did you ever work with Botzum for
22 that same purpose?
23  A.  No, never did.
24  Q.  Mostly German?

Page 9

1   A.  Mostly German.
2   Q.  And if I hear what you're saying, if you had
3 in conjunction with an investigation you were handling
4 to extract data from any computer device using
5 Cellebrite or Lantern, you'd ask German to do it for you
6 and to assist you in reviewing or viewing the data that
7 had been extracted?
8   A.  Pretty much, yes.  That's it.
9   Q.  You then would not be a person to ask about
10 the fine points of using either Cellebrite or Lantern,
11 correct?
12  A.  I am not that guy to ask.
13  Q.  Do you have a recollection that an Officer
14 Nick Crowley was investigated by the Joliet department
15 and prosecuted by the State of Illinois in the 2017 time
16 frame?
17  A.  I don't know what year it was, but I do
18 have -- I do recollect that.
19  Q.  Do you have -- Strike that.
20      Did you play any role in the investigations --
21 Did you play, yourself, any official role in the
22 investigation of prosecution of Officer Crowley?
23  A.  No, I did not.
24  Q.  Are you generally aware that at or near the

Page 10

1 conclusion of the trial in the case of People against
2 Crowley in May of 2018 your departments and the person
3 of Detective Sergeant Grizzle initiated an investigation
4 of my client, Officer Socha?
5   A.  I am aware of that.  I wasn't involved in it.
6   Q.  That was my next question, is did you have any
7 personal official role in that investigation?
8   A.  None at all.
9   Q.  All right.  You know both Crowley and Socha?
10  A.  I do.
11  Q.  How would you characterize your personal
12 and/or professional relationship with Crowley?
13  A.  I know them.  I've never worked with either of
14 them.  I've been in investigations since they've been on
15 the police department.  My time with them is limited
16 unless I see them in passing.  I've never worked with
17 either of them.
18  Q.  You and don't socialize and never have
19 socialized with either?
20  A.  I've talked with -- to Crowley more or less.
21 You know, you see him in passing; different things like
22 that, you see him.  But I've never really had a
23 conversation with Socha --
24  Q.  Nothing --

Page 11

1   A.  -- other than in passing, a cordial
2 conversation, hello, things like that.  I've never had a
3 conversation with her.
4   Q.  Nothing outside the workplace in the auspices
5 of the police department?
6   A.  No.  No.
7   Q.  And that's true of both of them?
8   A.  That's true of both of them.
9   Q.  In the May, June, July, August even of 2018
10 time frame, did you have an office or a desk or a
11 workstation in the investigations area in the police
12 department?
13  A.  I did.
14  Q.  Can you describe for us where your workstation
15 was in relationship to the Cellebrite computer?
16  A.  My workstation was kind of, you know, the bad
17 boy kid that sits in front with the teacher.  I sat in
18 pretty much the front of the office and the Cellebrite
19 computer would be behind me -- oh, it's like in the back
20 of the room.  That's in -- the back desk that's set up
21 in the back of the office.  You have a middle section,
22 then there -- which is set up with tables and different
23 things like that where we kind of, you know, eat lunch
24 together, whatever; but then behind that would be where

Case: 1:18-cv-05681 Document #: 257-10 Filed: 12/19/22 Page 7 of 18 PageID #:2312

Cassandra Socha v. City of Joliet; et al.
Deposition of Deputy Chief Carlos Matlock - Taken 5/7/2021

Page 12

1  the Cellebrite was.
2     Q.  Did you ever undertake to practice on your own
3  on Cellebrite or Lantern?
4     A.  Had no reason to.  No, never.
5     Q.  Was that something that detectives were
6  encouraged to do?
7     A.  I don't know what they would be practicing
8  for, so I can't answer that question.  I don't know.
9     Q.  In that, say, May to August of 2018 time
10 frame, was access to the Cellebrite or to a Lantern
11 computer controlled or limited in any way by the Joliet
12 Police Department?
13    A.  When you say -- Now, this is -- I believe you
14 had to just have a password, a regular computer password
15 would get on it, I believe, but I'm not sure because I
16 never made it a -- I never made it a habit of using a
17 computer.  But it was -- anybody could go and sit down
18 at the desk and do whatever they wanted to do with the
19 computer.
20    Q.  Did you have to -- And by you, I mean, did
21 detectives have to have authority from anyone to log on
22 to Cellebrite or Lantern?
23    A.  No.
24    Q.  Okay.  Have you ever read Officer Socha's

Page 13

1  complaint on file in the federal court in this
2  particular lawsuit?
3     A.  I've never read it.
4     Q.  Have you ever read excerpts of it published in
5  local newspapers?
6     A.  I do believe I've seen it.  It would be the
7  Patch, if anything, because I don't get The Herald-News.
8  So it would have been the Patch.  If anything was
9  pertaining to that case, I would have read it in the
10 Patch.
11    Q.  And you qualify that as it was an if then.  Do
12 you have a recollection of having done so?
13    A.  I do believe I -- Yeah, I would say I have
14 read -- I have read whatever the Patch published about
15 video, the photos, or something of her being passed
16 around or spread out or something to that effect.
17    Q.  How would you characterize your personal
18 and/or professional relationship with Detective Sergeant
19 Grizzle?
20    A.  We have a working relationship.  It's a
21 professional relationship.  We've been out a few times
22 just as I've been with other detectives or whatever, so
23 it's -- I mean, I see the guy.  So ...
24    Q.  Okay.

Page 14

1     A.  We don't golf together.  Well, I think we have
2  golfed together, actually, but it's a camaraderie-type
3  thing.
4     Q.  How about Detective Sergeant Gavin?
5     A.  We've been out a few times.
6     Q.  In the investigations unit, are there
7  particular officers with whom you are either personally
8  or professionally closest?
9     A.  No.  I would say I'm equally professional with
10 everyone.  I don't have anyone that I'm more closer with
11 than anyone.  I'm cordial with everyone.
12    Q.  Are you acquainted with an individual I
13 believe is no longer with the department, a former
14 Officer Bergner?
15    A.  No.  I know Officer Bergner, but I've never
16 been -- I cannot even say I've never been out with
17 Officer Bergner.
18    Q.  Based upon what you read in the Patch or
19 otherwise from which you may have heard, do you have an
20 understanding that this lawsuit involves allegations
21 that Officer Socha has made about the viewing of
22 photographic and videographic images that were extracted
23 from her personal cell phone when she was investigated
24 by the Joliet Police Department?

Page 15

1     A.  Right.
2     Q.  And are you also generally aware that those
3  images included images of Officer Socha both
4  photographic and videographic images when she was nude
5  and/or engaged in sexual conduct?
6     MS. PROCTOR:  I'm going to object --
7  BY THE WITNESS:
8     A.  Yes.
9     MS. PROCTOR:  -- based on --
10    THE WITNESS:  Okay.
11    MS. PROCTOR:  -- form and foundation.
12 BY MR. ADAMS:
13    Q.  Have you ever spoken with anyone in the Joliet
14 Police Department who has told you that they have -- and
15 I'm -- Now, when I use the term images, Deputy Chief,
16 I'm going to be referring specifically and strictly to
17 the nude images of Socha from that phone and the images
18 of Socha engaged in sexual conduct and I mean to include
19 both the video images and the photographic images.  So
20 when I use the term images, you'll understand that's
21 what I'm talking about?
22    A.  So I have -- Someone personally told me that?
23    Q.  No, no, no.  I'm going to ask you a bunch of
24 questions about --

Cassandra Socha v. City of Joliet; et al.
Deposition of Deputy Chief Carlos Matlock - Taken 5/7/2021

Page 16

1  A. Okay. All right. Cool.
2  Q. -- the images now; and just to save us time
3  and our court reporter a lot of onus in typing, when I
4  use the term images, I'm referring to the photographic
5  and videographic images that were extracted from Socha's
6  cell phone that depicted her either nude and/or engaged
7  in sexual acts.
8      So when I use that term images, you'll
9  appreciate that's what I mean. Okay?
10 A. Absolutely. Okay.
11 Q. Have you yourself seen any of those images?
12 A. No.
13 Q. Have you talked with any other Joliet police
14 officers who have told you directly that they have seen
15 those images?
16 A. No one has told me directly, no.
17 Q. Have you heard indirectly or through what we
18 call in the trade hearsay that others on the police
19 force had viewed those images?
20 MS. PROCTOR: I'm just going to lodge an objection
21 based on form and foundation to the question.
22 BY MR. ADAMS:
23 Q. You can answer.
24 A. I can answer?

Page 17

1  Q. Yes, sir.
2  A. I've heard indirectly of people that have
3  viewed the images or video or whatever.
4  Q. From whom have you heard indirectly that other
5  officers have viewed those images?
6  A. Indirectly, I've heard that Grizzle watched
7  the video. I've heard that Roechner watched the video.
8  I've heard that Gavin watched the video. I've heard
9  that McKeon and McKinney watched the video. I've heard
10 that -- I think it was Marc Reid watched the video. I
11 want to say -- God, I'm trying to see who else is out
12 here who watched the video; but this, like I said, is
13 nothing directed to me. This is more or less hearsay of
14 a rumor of what I've heard.
15 Q. Okay. From whom have you heard that Grizzle
16 viewed the images?
17 A. I don't recall who has actually said it; but
18 you hear the rumor when you walk into an office, that
19 Grizzle had the thumb drive and he watched the video and
20 he gave it to so-and-so and so-and-so watched it. It's
21 just hearsay.
22 Q. With respect to any of those officers you just
23 named, can you tell us from whom you heard that each had
24 viewed the images?

Page 18

1  A. I cannot recall -- I don't know who. It's
2  just a rumor. You walk through a -- As you walk down a
3  hallway and walk in a room and everybody is talking, I
4  can't recall who that came from.
5  Q. All right. Have you heard or overheard
6  conversations between and among your fellow officers
7  regarding Officer Socha's appearance or conduct in any
8  of those videos -- or I should say images, videos or
9  photographic?
10 A. What do you mean when you say her conduct?
11 I'm kind of lost on that.
12 Q. Like, have you heard or overheard any
13 conversations that describe what was on those images?
14 A. I've heard; but, again, this here is just --
15 And it's nothing directed to me personally. I've heard
16 rumors of what her action was on that -- on video.
17 Q. What have you heard about her actions on the
18 video images?
19 A. If you don't mind your transcriber writing it
20 down, I'll tell you what I've heard.
21 Q. Well, we've got to do it.
22 A. Well, I've heard in one of the -- it was a
23 video or something that she, with all due respect,
24 sucked dick like a porn star.

Page 19

1  Q. All right. Was that a comment that you
2  yourself overheard another officer make?
3  A. I've overheard that with an officer -- with
4  officers saying it. It was a multiple -- it was a
5  conversation with a group of people. I don't know --
6  Q. Who was in that group?
7  A. In fact, it wasn't a conversation directed to
8  me.
9  Q. Who was in that group?
10 A. I believe -- I believe Darrell Gavin was in
11 that group. And this was in a group of the watch
12 commander's office where this occurred; and I don't know
13 who all was in that office, but I know Darrell Gavin was
14 in that office.
15 Q. Do you recall who made that particular
16 statement?
17 A. I believe he made that comment; and I don't
18 know if it's something he heard, but it was -- it was
19 just a comment that was made.
20 Q. Can you identify any of the other officers who
21 were in the watch commander's office when Detective
22 Sergeant Gavin made that comment?
23 A. Now, that's not a place that I would normally
24 hang out, is in the watch commander's office, but that's

7 (Pages 16 to 19)

Case: 1:18-cv-05681 Document #: 257-10 Filed: 12/19/22 Page 9 of 18 PageID #:2314

Cassandra Socha v. City of Joliet; et al.
Deposition of Deputy Chief Carlos Matlock - Taken 5/7/2021

Page 20

1  something that I've overheard that he said. I don't
2  know who all was in that office. That's not a place
3  that I commonly hang out in.
4      Q. Okay. And I want to make sure, Deputy Chief,
5  that our record's clear on this point: Did you yourself
6  hear Gavin make that comment or has someone else relayed
7  to you the fact that Gavin made that comment?
8      A. Someone relayed that comment to me that he
9  said this, like I said, and it was in the watchman
10 commander's office. That's not a place that I hang out.
11     Q. Okay. And is it correct, then -- make sure
12 our record's clear on this -- that you yourself did not
13 hear Gavin make that comment?
14     A. No, I did not personally hear him say that.
15     Q. Do you recall who told you that Gavin made
16 that comment?
17     A. God. I do not want to make up a name. I do
18 not recall who told me that.
19     Q. Do you recall when you were told that Gavin
20 made that comment?
21     A. It was shortly after -- I think it was shortly
22 after that the phone was downloaded.
23     Q. And by downloaded -- the term we've been using
24 in other depositions is extracted -- that that was --

Page 21

1      A. Extracted. Shortly after the extraction of
2  that phone.
3      Q. When you heard that Gavin had made that
4  comment, did the person who told you that, whoever that
5  was, tell you who else was present in the watch
6  commander's office at the time that Gavin made that
7  comment?
8      A. They did not say who all was in that room, or
9  they could have and I just don't remember who all was in
10 there. They could have said who was in there. I don't
11 recall.
12     Q. Did you make any notes or record of that?
13     A. No, I didn't make -- No, I did not.
14     Q. All right. Did you yourself report what you
15 heard to anyone up your chain of command?
16     A. No, I did not report that to anyone.
17     Q. Okay.
18     A. Because it was hearsay from where I got it
19 from.
20     Q. Fair.
21         And did you recommend to the person who shared
22 this with you that that person report it up the chain of
23 command?
24     A. I don't recall what they did with this

Page 22

1  information, no.
2      Q. Do you recall whether the person who told you
3  about Gavin's making this comment was a male or female?
4      A. It was -- These were guys talking. This was a
5  group -- This was guys talking. This was no female
6  involved in this here.
7      Q. Did the officer who told you about this
8  comment that Gavin made, was that officer a black
9  officer, a white officer?
10     A. I can't -- Honestly, I can't recall. I really
11 can't.
12     Q. And to try to get some more precision on when
13 this happened, you told us shortly after the data was
14 extracted from Socha's phone.
15         Can you be more precise than that? Was it the
16 same day, the next day --
17     A. No. See, I don't -- I don't even know when
18 her phone was downloaded, but I know it was shortly
19 thereafter because it was a conversation of a search
20 warrant had been obtained for her phone and maybe days
21 after that is when I inserted myself, you know, walking
22 past, inserted myself in a conversation and overheard,
23 you know, hearing this conversation.
24     Q. Have you been told about any other comments

Page 23

1  that other officers are reported to have made about the
2  images of Socha?
3      A. I'm sorry?
4      Q. So I'm just going to start from scratch
5  because --
6      A. Okay. No, no, no. Another face popped up. I
7  was like I thought they were saying something. So I'm
8  sorry.
9          MR. ATKUS: Oh, I make an objection for the record.
10 Did everyone get it?
11         THE STENOGRAPHER: No, did not.
12         MR. ADAMS: No.
13         THE WITNESS: No, that's why I was waiting on that.
14 No.
15         MR. ATKUS: Oh, I just objected to form on that
16 question, but it seemed like Hall was going to ask it a
17 different way anyway. So ...
18 BY MR. ADAMS:
19     Q. Okay. Do you remember the question, Deputy
20 Chief?
21     A. I'm sorry. Go ahead.
22     Q. Do you remember my earlier question?
23     A. I think the question was have I heard anyone
24 else talk about what they --

Case: 1:18-cv-05681 Document #: 257-10 Filed: 12/19/22 Page 10 of 18 PageID #:2315

Cassandra Socha v. City of Joliet; et al.
Deposition of Deputy Chief Carlos Matlock - Taken 5/7/2021

Page 24

1  Q. No, it was different than that. You've told
2  us about the report that was made to you about the
3  statement Gavin made.
4       Have any other statements of officers about
5  the images of Socha that were extracted from her phone
6  been reported or relayed to you?
7  A. No. No one will come to me and -- You know,
8  they're not going to come to me and tell me this crap.
9  They wouldn't do that.
10 Q. Even in an overhearing sense, other than the
11 remark you were told about Gavin making, have you
12 overheard any others about the scene on the images?
13 A. No.
14 Q. When you talk about this taking place in the
15 watch commander's office, is that a particular office in
16 the investigations division or more broadly in the
17 Joliet Police Department?
18 A. More broadly in the Joliet Police Department.
19 Q. Where is that watch commander's office
20 located?
21 A. That's on the first floor of the police
22 department.
23 Q. And watch commander isn't the permanent
24 position; it's a duty assignment, true?

Page 25

1  A. That is true. You're a lieutenant but you are
2  considered the duty as a watch commander.
3  Q. Was Reid a lieutenant at the time that Socha's
4  phone was seized and the data on it extracted?
5  A. He was a lieutenant at the time; but I believe
6  he was assigned to, I want to say, internal affairs.
7  Q. When you were told about this statement that
8  Gavin made, was the watch commander identified?
9  A. No, the watch commander was not identified.
10 Q. Do you know which lieutenants were serving as
11 watch commanders in the May-June 2018 time frame?
12 A. No, I do not.
13 MR. ADAMS: I think those are all the questions I
14 have of this witness.
15     Deputy Chief, I appreciate your time this
16 afternoon.
17 THE WITNESS: Not a problem at all.
18 MS. PROCTOR: Could we just take a five-minute
19 break, okay?
20 THE WITNESS: Sure.
21 MR. ADAMS: Okay with me.
22 THE STENOGRAPHER: We're going off the record.
23     (A short break was had.)
24 MS. PROCTOR: On behalf of the City of Joliet, I do

Page 26

1  not have any questions.
2      Thank you so much, Deputy Chief, for your
3  cooperation in this process and making yourself
4  available today to answer questions.
5  THE WITNESS: Not a problem at all. Not a problem.
6  Thank you, guys.
7  MR. ATKUS: No questions from me either.
8      Thank you. Have a nice weekend.
9  THE WITNESS: Thank you. You too.
10 MR. ADAMS: Thanks very much, Deputy Chief.
11     Margaret, we do not need to write this one.
12 THE STENOGRAPHER: Okay. And how about signature?
13 MR. ADAMS: Sure.
14     Deputy Chief, under our rules, you have a
15 right, if you want to exercise it, to review the
16 transcript of this deposition if and when it's read in
17 order to note any instances in which you believe that
18 either the questions or your answers are not accurately
19 transcribed. You can't change answers but you can note
20 where you believe there are errors in the transcription,
21 or you can waive that right.
22     I just directed the court reporter that I'm
23 not ordering that the transcript be written at this
24 time; so that whole exercise wouldn't occur, if ever,

Page 27

1  until down the road sometime. You have to tell us on
2  the record what you want to do about signing and
3  reviewing or waiving the right to sign and review. The
4  choice is entirely yours.
5  THE WITNESS: I don't need a copy of it. I
6  don't -- I don't need a copy of this.
7  MR. ADAMS: That sounds like a waive to me.
8  MS. PROCTOR: Yes.
9  THE WITNESS: Yeah, we waive it. I don't need it.
10 MR. ADAMS: Okay. Thanks so much.
11 THE WITNESS: No problem. No problem at all.
12     (Deposition concluded at 1:24 p.m.)

Case: 1:18-cv-05681 Document #: 257-10 Filed: 12/19/22 Page 11 of 18 PageID #:2316

Cassandra Socha v. City of Joliet; et al.
Deposition of Deputy Chief Carlos Matlock - Taken 5/7/2021

Page 28

```
 1   UNITED STATES OF AMERICA           )
     NORTHERN DISTRICT OF ILLINOIS      )
 2   EASTERN DIVISION                   )    SS.
     STATE OF ILLINOIS                  )
 3   COUNTY OF COOK                     )

 4

 5            I, Margaret Maggie Orton, Certified Shorthand

 6   Reporter and Registered Professional Reporter, do hereby

 7   certify that DEPUTY CHIEF CARLOS MATLOCK was first duly

 8   sworn by me to testify to the whole truth and that the

 9   above deposition was reported stenographically by me and

10   reduced to typewriting under my personal direction.

11            I further certify that the said deposition was

12   taken via videoconference at the time and date

13   specified and that the taking of said deposition

14   commenced on May 7, 2021, at 12:39 p.m.

15            I further certify that I am not a relative or

16   employee or attorney or counsel of any of the parties,

17   nor a relative or employee of such attorney or counsel,

18   nor financially interested directly or indirectly in

19   this action.

20

21

22

23

24
```

Cassandra Socha v. City of Joliet; et al.
Deposition of Deputy Chief Carlos Matlock - Taken 5/7/2021

Page 29

1    In witness whereof, I have hereunto set my
2  hand this 22nd day of June, 2021.

9  _____
   MARGARET MAGGIE ORTON, CSR, RPR
   License No. 084-004046
10 161 North Clark Street
   Suite 3050
11 312.361.8851

Case: 1:18-cv-05681 Document #: 257-10 Filed: 12/19/22 Page 13 of 18 PageID #:2318

Cassandra Socha v. City of Joliet; et al.
Deposition of Deputy Chief Carlos Matlock - Taken 5/7/2021

Page 30

**A**
able 8:9
Absolutely 5:20
    5:20 16:10
access 12:10
accommodate
    5:7
accurately 26:18
acquainted
    14:12
action 18:16
    28:19
actions 18:17
acts 16:7
Adams 2:2,2 3:4
    4:9,18,19
    15:12 16:22
    23:12,18 25:13
    25:21 26:10,13
    27:7,10
advancement
    7:11
affairs 25:6
afternoon 4:3,4
    4:6,19 25:16
ahead 4:9 23:21
allegations
    14:20
AMERICA 28:1
and/or 7:23
    10:12 13:18
    15:5 16:6
answer 5:5,8,13
    5:15 12:8
    16:23,24 26:4
answering 5:12
answers 5:18
    26:18,19
anybody 12:17
anyway 23:17
appearance 18:7
APPEARAN...
    2:1
appreciate 16:9

25:15
appropriate
    5:14,16
area 11:11
asked 5:5
assigned 6:17,18
    6:20 25:6
assignment
    24:24
assist 9:6
Atkus 2:14 4:6,6
    23:9,15 26:7
attempt 5:5
attorney 28:16
    28:17
attorneys 4:7
August 11:9
    12:9
auspices 11:4
authority 12:21
available 26:4
aware 9:24 10:5
    15:2

**B**
B 3:7
back 5:7 11:19
    11:20,21
backwards 6:12
bad 11:16
based 14:18
    15:9 16:21
behalf 2:6,12,17
    4:2 25:24
believe 6:24
    12:13,15 13:6
    13:13 14:13
    19:10,10,17
    25:5 26:17,20
Bergner 14:14
    14:15,17
black 22:8
Botzum 8:21
Boughton 2:9

boy 11:17
break 25:19,23
bring 8:11
broadly 24:16
    24:18
bunch 15:23

**C**
call 16:18
called 1:12 4:14
camaraderie-t...
    14:2
career 7:22
Carlos 1:11 3:3
    4:5,13 28:7
case 4:8 8:11,12
    8:13,14 10:1
    13:9
Cassandra 1:3
    2:20 4:20
cell 8:15 14:23
    16:6
Cellebrite 7:23
    8:8 9:5,10
    11:15,18 12:1
    12:3,10,22
Certified 1:16
    28:5
certify 28:7,11
    28:15
chain 21:15,22
change 26:19
characterize
    10:11 13:17
Chicago 2:4,10
chief 1:11 3:3
    4:5,10,13 6:7,9
    6:24 7:1,3,4,6
    7:7,9,10,10,15
    15:15 20:4
    23:20 25:15
    26:2,10,14
    28:7
chief's 7:8

choice 27:4
chronological
    6:13
City 1:6 2:12 4:2
    25:24
Civil 1:14
Clark 29:10
clear 20:5,12
client 10:4
closer 14:10
closest 14:8
club 8:4
come 24:7,8
coming 4:3
command 21:15
    21:23
commander
    24:23 25:2,8,9
commander's
    19:12,21,24
    20:10 21:6
    24:15,19
commanders
    25:11
commenced
    28:14
commencing
    1:18
comment 19:1
    19:17,19,22
    20:6,7,8,13,16
    20:20 21:4,7
    22:3,8
comments 22:24
commonly 20:3
complaint 13:1
completely 5:4,4
computer 9:4
    11:15,19 12:11
    12:14,17,19
computers 7:23
    8:9
concept 8:18
concluded 27:12

conclusion 10:1
conduct 15:5,18
    18:7,10
conjunction 9:3
considered 25:2
contents 8:17
controlled 12:11
conversation
    10:23 11:2,3
    19:5,7 22:19
    22:22,23
conversations
    18:6,13
COOK 28:3
Cool 16:1
cooperation
    26:3
copy 27:5,6
cordial 11:1
    14:11
corporation 1:7
correct 9:11
    20:11
counsel 6:4,6
    28:16,17
COUNTY 28:3
couple 4:24
court 1:1 13:1
    16:3 26:22
Courts 1:14
crap 8:1 24:8
Crowley 9:14,22
    10:2,9,12,20
CSR 29:9
current 6:15 7:8
currently 7:4

**D**
D 3:1
Darcy 2:8 4:1
Darrell 19:10,13
data 9:4,6 22:13
    25:4
date 28:12

Case: 1:18-cv-05681 Document #: 257-10 Filed: 12/19/22 Page 14 of 18 PageID #:2319

Cassandra Socha v. City of Joliet; et al.
Deposition of Deputy Chief Carlos Matlock - Taken 5/7/2021

Page 31

**Dawn** 7:9
**day** 22:16,16
  29:2
**days** 22:20
**deal** 8:2
**Dearborn** 2:3
**Defendant** 2:12
  2:17
**Defendants** 1:8
**defense** 6:4,6
**department** 4:5
  6:8,16,19,23
  7:1,2,12 9:14
  10:15 11:5,12
  12:12 14:13,24
  15:14 24:17,18
  24:22
**departments**
  10:2
**depicted** 16:6
**deposition** 1:11
  4:21 5:3,23 6:2
  26:16 27:12
  28:9,11,13
**depositions** 1:15
  20:24
**deputy** 1:11 3:3
  4:5,10,13 6:7,9
  6:24 7:1,2,4,6
  7:10 15:15
  20:4 23:19
  25:15 26:2,10
  26:14 28:7
**describe** 11:14
  18:13
**desk** 11:10,20
  12:18
**detective** 6:22
  10:3 13:18
  14:4 19:21
**detectives** 12:5
  12:21 13:22
**device** 9:4
**dick** 18:24

**different** 10:21
  11:22 23:17
  24:1
**Direct** 3:4 4:17
**directed** 17:13
  18:15 19:7
  26:22
**direction** 28:10
**directly** 16:14
  16:16 28:18
**District** 1:1,1,14
  28:1
**division** 1:2 6:17
  7:2,5 24:16
  28:2
**documents** 5:22
**doing** 8:19,19
**downloaded**
  20:22,23 22:18
**dproctor@tre...**
  2:11
**drive** 17:19
**due** 18:23
**duly** 4:14 28:7
**duty** 24:24 25:2

———— **E** ————
**E** 3:1,7
**E-mail** 2:5,11,16
**earlier** 23:22
**earliest** 6:11,12
**easier** 6:11
**East** 2:9
**EASTERN** 1:2
  28:2
**eat** 11:23
**Ed** 4:7
**Edward** 1:7
  2:17
**effect** 13:16
**either** 9:10
  10:13,17,19
  14:7 16:6 26:7
  26:18

**employee** 28:16
  28:17
**encouraged** 12:6
**engaged** 15:5,18
  16:6
**entirely** 5:14,15
  27:4
**equally** 14:9
**era** 5:3
**errors** 26:20
**especially** 5:2
**everybody** 18:3
**exactly** 8:6
**examination**
  1:12 3:4 4:17
**examined** 4:15
**example** 8:12
**excerpts** 13:4
**exercise** 26:15
  26:24
**EXHIBITS** 3:9
**expected** 5:18
**experience** 6:14
**experienced**
  8:13
**explained** 5:7
**extent** 8:7
**extract** 9:4
**extracted** 9:7
  14:22 16:5
  20:24 21:1
  22:14 24:5
  25:4
**extraction** 21:1

———— **F** ————
**face** 23:6
**facility** 8:8
**fact** 19:7 20:7
**fair** 5:10,11
  21:20
**far** 7:15,17,18
**federal** 1:13
  13:1

**fellow** 18:6
**female** 22:3,5
**file** 13:1
**financially**
  28:18
**fine** 9:10
**first** 4:14 5:2
  24:21 28:7
**five-minute**
  25:18
**floor** 24:21
**follows** 4:16
**force** 16:19
**form** 15:11
  16:21 23:15
**formally** 7:24
**former** 7:10
  14:13
**foundation**
  15:11 16:21
**frame** 9:16
  11:10 12:10
  25:11
**front** 11:17,18
**further** 28:11,15

———— **G** ————
**Gavin** 14:4 17:8
  19:10,13,22
  20:6,7,13,15
  20:19 21:3,6
  22:8 24:3,11
  25:8
**Gavin's** 22:3
**generally** 9:24
  15:2
**German** 8:13,15
  8:24 9:1,5
**give** 4:24 5:5
  8:12,12,14,16
**given** 4:21
**go** 4:9 5:1 8:17
  12:17 23:21
**go-to** 8:14

**God** 17:11 20:17
**going** 15:6,16,23
  16:20 23:4,16
  24:8 25:22
**golf** 14:1
**golfed** 14:2
**good** 4:3,4,6,19
  5:21
**grasped** 8:18
**Grizzle** 1:7 2:17
  4:7 10:3 13:19
  17:6,15,19
**group** 19:5,6,9
  19:11,11 22:5
**guess** 5:13
**guy** 8:13,14 9:12
  13:23
**guys** 22:4,5 26:6

———— **H** ————
**H** 3:7
**habit** 12:16
**Hall** 2:2,2 4:19
  23:16
**hall@adamsle...**
  2:5
**hallway** 18:3
**hand** 29:2
**handling** 9:3
**hang** 19:24 20:3
  20:10
**happened** 22:13
**hear** 5:3 9:2
  17:18 20:6,13
  20:14
**heard** 5:9 14:19
  16:17 17:2,4,6
  17:7,8,8,9,14
  17:15,23 18:5
  18:12,14,15,17
  18:20,22 19:18
  21:3,15 23:23
**hearing** 22:23
**hearsay** 16:18

Case: 1:18-cv-05681 Document #: 257-10 Filed: 12/19/22 Page 15 of 18 PageID #:2320

Cassandra Socha v. City of Joliet; et al.
Deposition of Deputy Chief Carlos Matlock - Taken 5/7/2021

Page 32

17:13,21 21:18
hello 4:1 11:2
Herald-News
  13:7
hereunto 29:1
HESS 2:8
Honestly 22:10
HOPPE 2:13

**I**
identified 25:8,9
identify 19:20
III 2:2
Illinois 1:1 2:4
  2:10,15 9:15
  28:1,2
images 14:22
  15:3,3,4,15,17
  15:17,19,19,20
  16:2,4,5,8,11
  16:15,19 17:3
  17:5,16,24
  18:8,13,18
  23:2 24:5,12
important 5:2
include 15:18
included 15:3
indirectly 16:17
  17:2,4,6 28:18
individual 14:12
information
  22:1
initiated 10:3
inserted 22:21
  22:22
instances 26:17
interested 28:18
internal 25:6
investigated
  9:14 14:23
investigation 7:5
  9:3,22 10:3,7
investigations
  7:21 8:3 9:20

10:14 11:11
  14:6 24:16
involved 7:11
  10:5 22:6
involves 14:20

**J**
J 2:8,14
JAMES 2:8
jhess@tressle...
  2:11
JOHN 1:7
join 8:4
Joliet 1:6 2:12
  4:3,5 6:8,16,19
  6:20,23 7:12
  9:14 12:11
  14:24 15:13
  16:13 24:17,18
  25:24
Jr 2:8
July 11:9
June 11:9 29:2

**K**
kid 11:17
kind 8:19 11:16
  11:23 18:11
KNIGHT 2:13
  2:13
know 5:13,14
  6:6 7:18 8:20
  9:17 10:9,13
  10:21 11:16,23
  12:7,8 14:15
  18:1 19:5,12
  19:13,18 20:2
  22:17,18,21,23
  24:7 25:10
KURNIK 2:13

**L**
L 2:8
Lantern 7:23
  8:8 9:5,10 12:3

12:10,22
LAW 2:2
lawsuit 6:5 13:2
  14:20
leading 6:14
License 29:9
lieutenant 25:1
  25:3,5
lieutenants
  25:10
limited 10:15
  12:11
line 8:2
LLC 2:2
LLP 2:7
local 13:5
located 24:20
lodge 16:20
log 12:21
long 6:7
longer 14:13
lost 18:11
lot 16:3
lunch 11:23

**M**
M-A-L-E-C 7:9
Maggie 1:16
  28:5 29:9
making 22:3
  24:11 26:3
male 22:3
Malec 7:9
Marc 17:10
Margaret 1:16
  4:9 26:11 28:5
  29:9
MARKED 3:9
matkus@khk...
  2:16
Matlock 1:12
  3:3 4:1,5,10,13
  28:7
May-June 25:11

McKeon 17:9
McKinney 17:9
mean 5:17 7:16
  12:20 13:23
  15:18 16:9
  18:10
meaning 8:8
MICHAEL 2:14
middle 11:21
Mike 4:6
mind 18:19
months 6:10
multiple 19:4
municipal 1:6

**N**
N 3:1
name 4:1,6,19
  7:8 20:17
named 17:23
narcotics 6:20
near 9:24
necessarily 5:17
necessary 5:8
need 5:6 26:11
  27:5,6,9
never 5:12 7:24
  8:18,23 10:13
  10:16,18,22
  11:2 12:4,16
  12:16 13:3
  14:15,16
newspapers
  13:5
nice 26:8
Nick 9:14
normally 19:23
North 2:3,14
  29:10
NORTHERN
  1:1 28:1
note 26:17,19
notes 21:12
notice 1:13

nude 15:4,17
  16:6

**O**
object 15:6
objected 23:15
objection 16:20
  23:9
obtained 22:20
occur 26:24
occurred 19:12
office 11:10,18
  11:21 17:18
  19:12,13,14,21
  19:24 20:2,10
  21:6 24:15,15
  24:19
officer 4:20 6:14
  9:13,22 10:4
  12:24 14:14,15
  14:17,21 15:3
  18:7 19:2,3
  22:7,8,9,9
officers 14:7
  16:14 17:5,22
  18:6 19:4,20
  23:1 24:4
OFFICES 2:2
official 9:21
  10:7
oh 11:19 23:9,15
okay 5:19 6:7
  8:6 12:24
  13:24 15:10
  16:1,9,10
  17:15 20:4,11
  21:17 23:6,19
  25:19,21 26:12
  27:10
onus 16:3
operation 6:17
order 5:22 6:1
  26:17
ordering 26:23

Case: 1:18-cv-05681 Document #: 257-10 Filed: 12/19/22 Page 16 of 18 PageID #:2321

Cassandra Socha v. City of Joliet; et al.
Deposition of Deputy Chief Carlos Matlock - Taken 5/7/2021

Page 33

**Orton** 1:16 28:5 29:9
**outside** 11:4
**overheard** 18:5 18:12 19:2,3 20:1 22:22 24:12
**overhearing** 24:10

**P**

**p.m** 1:18 27:12 28:14
**PAGE** 3:2
**particular** 13:2 14:7 19:15 24:15
**parties** 28:16
**passed** 7:19 13:15
**passing** 10:16,21 11:1
**password** 12:14 12:14
**Patch** 13:7,8,10 13:14 14:18
**patrol** 6:18
**penned** 7:14
**people** 10:1 17:2 19:5
**period** 6:19,21
**permanent** 24:23
**person** 9:9 10:2 21:4,21,22 22:2
**personal** 10:7,11 13:17 14:23 28:10
**personally** 14:7 15:22 18:15 20:14
**pertaining** 1:15 13:9

**phone** 2:4,10,16 8:15,17 14:23 15:17 16:6 20:22 21:2 22:14,18,20 24:5 25:4
**photographic** 14:22 15:4,19 16:4 18:9
**photos** 13:15
**place** 19:23 20:2 20:10 24:14
**Plaintiff** 1:4,12 2:6
**play** 9:20,21
**please** 5:12
**point** 20:5
**points** 9:10
**police** 4:5 6:8,14 6:16,19,23 7:12 10:15 11:5,11 12:12 14:24 15:14 16:13,18 24:17 24:18,21
**popped** 23:6
**porn** 18:24
**position** 6:15 24:24
**practice** 12:2
**practicing** 12:7
**precise** 22:15
**precision** 22:12
**prepare** 5:23 6:2
**present** 2:20 6:12,12 21:5
**presume** 5:9
**pretty** 8:10,20 9:8 11:18
**problem** 25:17 26:5,5 27:11 27:11
**Procedure** 1:14
**process** 5:1 7:18

26:3
**Proctor** 2:8 4:1 4:2 15:6,9,11 16:20 25:18,24 27:8
**professional** 1:17 10:12 13:18,21 14:9 28:6
**professionally** 14:8
**promoted** 6:23 7:6,16,17,20
**promoting** 7:13
**promotion** 7:13
**prosecuted** 9:15
**prosecution** 9:22
**published** 13:4 13:14
**purpose** 8:22
**pursuant** 1:13 1:13

**Q**

**qualify** 13:11
**question** 5:4,8 5:13,15 10:6 12:8 16:21 23:16,19,22,23
**questions** 5:6,12 5:19 15:24 25:13 26:1,4,7 26:18
**quick** 4:24

**R**

**read** 5:6 12:24 13:3,4,9,14,14 14:18 26:16
**really** 10:22 22:10
**reason** 12:4
**recall** 17:17 18:1

18:4 19:15 20:15,18,19 21:11,24 22:2 22:10
**recap** 6:13
**recollect** 9:18
**recollection** 9:13 13:12
**recommend** 21:21
**recommendati...** 7:18
**recommending** 7:12,15,17
**record** 21:12 23:9 25:22 27:2
**record's** 20:5,12
**reduced** 28:10
**referring** 15:16 16:4
**regarding** 18:7
**Registered** 1:17 28:6
**regular** 12:14
**Reid** 17:10 25:3
**relationship** 10:12 11:15 13:18,20,21
**relative** 28:15 28:17
**relayed** 20:6,8 24:6
**remark** 24:11
**remember** 5:15 5:16 21:9 23:19,22
**reminders** 4:24
**repeated** 5:6
**rephrased** 5:6
**report** 21:14,16 21:22 24:2
**reported** 23:1 24:6 28:9

**reporter** 1:17,17 16:3 26:22 28:6,6
**represent** 4:20
**representing** 4:7
**respect** 17:22 18:23
**review** 26:15 27:3
**reviewed** 5:22
**reviewing** 9:6 27:3
**right** 10:9 15:1 16:1 18:5 19:1 21:14 26:15,21 27:3
**River** 2:14
**road** 2:9,14 27:1
**Roechner** 7:11 17:7
**role** 9:20,21 10:7
**room** 11:20 18:3 21:8
**Rosemont** 2:15
**RPR** 29:9
**rules** 1:13 26:14
**rumor** 17:14,18 18:2
**rumors** 18:16

**S**

**S** 3:7
**sat** 11:17
**save** 16:2
**saying** 9:2 19:4 23:7
**scene** 24:12
**scratch** 23:4
**search** 8:15 22:19
**section** 7:2 11:21
**see** 10:16,21,22 13:23 17:11

Case: 1:18-cv-05681 Document #: 257-10 Filed: 12/19/22 Page 17 of 18 PageID #:2322

Cassandra Socha v. City of Joliet; et al.
Deposition of Deputy Chief Carlos Matlock - Taken 5/7/2021

Page 34

22:17
seen 13:6 16:11
    16:14
seized 25:4
sense 24:10
sentiments 8:6
sergeant 6:23
    7:14,16,17,20
    10:3 13:18
    14:4 19:22
serving 25:10
set 11:20,22 29:1
sexual 15:5,18
    16:7
shared 21:21
short 6:19,21
    25:23
Shorthand 1:17
    28:5
shortly 20:21,21
    21:1 22:13,18
show 8:18
sic 6:10
sign 27:3
signature 26:12
signing 27:2
sir 4:19 17:1
sit 8:16 12:17
sits 11:17
sitting 8:20
six 6:10
smoothly 5:1
so-and-so 17:20
    17:20
Socha 1:3 2:20
    4:20 10:4,9,23
    14:21 15:3,17
    15:18 23:2
    24:5
Socha's 12:24
    16:5 18:7
    22:14 25:3
socialize 10:18
socialized 10:19

sorry 23:3,8,21
sounds 27:7
specifically
    15:16
specified 28:13
spent 6:21 7:22
spoken 6:1,4
    15:13
spot 5:17
spread 13:16
SS 28:2
star 18:24
start 7:14 23:4
started 6:16
State 9:15 28:2
statement 19:16
    24:3 25:7
statements 24:4
States 1:1,14
    28:1
STENOGRA...
    23:11 25:22
    26:12
stenographica...
    28:9
Street 2:3 29:10
strictly 15:16
Strike 9:19
sucked 18:24
Suite 2:3,9,15
    29:10
sure 5:3 12:15
    20:4,11 25:20
    26:13
swear 4:9
sworn 4:11,15
    28:8

        T
T 3:7
tables 11:22
tactical 6:18
take 25:18
taken 1:12,15

28:12
talk 23:24 24:14
talked 10:20
    16:13
talking 15:21
    18:3 22:4,5
teacher 11:17
technical 8:1
tell 17:23 18:20
    21:5 24:8 27:1
term 15:15,20
    16:4,8 20:23
terms 7:12
test 7:19,19
testified 4:15
testify 28:8
testimony 4:21
thank 4:3 26:2,6
    26:8,9
Thanks 26:10
    27:10
thing 14:3
things 10:21
    11:2,23
think 14:1 17:10
    20:21 23:23
    25:13
thought 23:7
thumb 17:19
time 6:20,21
    9:15 10:15
    11:10 12:9
    16:2 21:6 25:3
    25:5,11,15
    26:24 28:12
times 5:8 13:21
    14:5
today 4:2 5:17
    26:4
today's 5:23 6:2
told 15:14,22
    16:14,16 20:15
    20:18,19 21:4
    22:2,7,13,24

24:1,11 25:7
trade 16:18
trained 7:22 8:1
training 6:13
transcribed
    26:19
transcriber
    18:19
transcript 26:16
    26:23
transcription
    26:20
TRESSLER 2:7
trial 10:1
true 11:7,8
    24:24 25:1
truth 28:8
try 8:17 22:12
trying 17:11
two 8:9
typewriting
    28:10
typing 16:3

        U
understand 5:4
    15:20
understanding
    14:20
understood 5:9
undertake 12:2
unilaterally 7:13
unit 6:18,20
    7:21 14:6
United 1:1,14
    28:1
use 15:15,20
    16:4,8

        V
video 13:15
    15:19 17:3,7,7
    17:8,9,10,12
    17:19 18:16,18

18:23
videoconference
    1:16 2:1 4:15
    28:12
videographic
    14:22 15:4
    16:5
videos 18:8,8
viewed 16:19
    17:3,5,16,24
viewing 9:6
    14:21
vs 1:5

        W
waiting 23:13
waive 26:21
    27:7,9
waiving 27:3
walk 17:18 18:2
    18:2,3
walking 22:21
want 8:2 17:11
    20:4,17 25:6
    26:15 27:2
wanted 12:18
warrant 8:15
    22:20
wasn't 10:5 19:7
watch 8:10
    19:11,21,24
    21:5 24:15,19
    24:23 25:2,8,9
    25:11
watched 17:6,7
    17:8,9,10,12
    17:19,20
watchman 20:9
way 6:13 12:11
    23:17
we'll 5:7
We're 25:22
we've 13:21 14:5
    18:21 20:23

Case: 1:18-cv-05681 Document #: 257-10 Filed: 12/19/22 Page 18 of 18 PageID #:2323

Cassandra Socha v. City of Joliet; et al.
Deposition of Deputy Chief Carlos Matlock - Taken 5/7/2021

Page 35

**weekend** 26:8
**whereof** 29:1
**Whichever** 6:11
**white** 22:9
**witness** 3:2 4:4
   4:11,14 15:7
   15:10 23:13
   25:14,17,20
   26:5,9 27:5,9
   27:11 29:1
**work** 8:19,21
**worked** 7:18
   10:13,16
**working** 8:11,12
   13:20
**workplace** 11:4
**workstation**
   11:11,14,16
**wouldn't** 24:9
   26:24
**write** 26:11
**writing** 18:19
**written** 26:23

**X**
**X** 3:1,7

**Y**
**Yeah** 5:11 8:4,5
   13:13 27:9
**year** 9:17
**years** 6:22,22

**Z**
**Zoom** 5:2

**0**
**084-004046** 29:9

**1**
**1-20** 1:7
**1:18-cv-05681**
   1:5
**1:24** 27:12
**12:39** 1:18 28:14

**161** 29:10
**1994** 6:17

**2**
**20** 6:21,22
**2017** 9:15
**2018** 10:2 11:9
   12:9 25:11
**2020** 6:24
**2021** 1:18 6:24
   28:14 29:2
**21** 6:22,22
**22nd** 29:2
**2350** 2:3
**250** 2:9

**3**
**3050** 29:10
**312.361.8851**
   29:11
**312.445.4900**
   2:4
**33** 2:3

**4**
**4** 3:4

**5**
**5** 6:10
**550** 2:9
**5600** 2:14

**6**
**600** 2:15
**60018** 2:15
**60440** 2:10
**60602** 2:4
**630.759.0800**
   2:10

**7**
**7** 1:18 28:14

**8**
**847.261.0700**

   2:16

**9**