UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CASSANDRA SOCHA,** | ) |
| | ) Case No. 18 CV 05681 |
| **Plaintiff,** | ) |
| | ) Honorable Judge Jorge L. Alonso |
| v. | ) |
| | ) Honorable Magistrate M. David Weisman |
| **City of Joliet, a municipal corporation,** | ) |
| **Edward Grizzle, John Does 1 – 20,** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF FILING

To:   John O'Driscoll           Michael J. Atkus
      Tressler LLP              Knight Hoppe Kurnik & Knight, Ltd.
      233 South Wacker Drive    5600 North River Road
      61st Floor                Suite 600
      Chicago, Illinois 60606   Rosemont, Illinois 60018

PLEASE TAKE NOTICE that on 19th day December 2022, we e-filed, pursuant to Electronic Court filing procedures, **Notice of Filing of the following:**

- **Plaintiff's Memorandum in Opposition to Motion for Summary Judgment of Defendant, City of Joliet;**
- **Plaintiff's Response to City of Joliet's Local Rule 56.1 Statement of Uncontested Material Facts in Support of its Motion for Summary Judgment;**
- **Plaintiff's Response to Defendant Grizzle's Local Rule 56.1(a)(2) Statement of Material Facts; and**
- **Plaintiff's Memorandum of Law in Opposition to Motion for Summary Judgment of Defendant Grizzle**

and are attached hereto and served upon you.

/s/ Hall Adams
One of Plaintiff's Attorneys

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that service of the foregoing, **Notice of Filing of the following:**

- **Plaintiff's Memorandum in Opposition to Motion for Summary Judgment of Defendant, City of Joliet;**
- **Plaintiff's Response to City of Joliet's Local Rule 56.1 Statement of Uncontested Material Facts in Support of its Motion for Summary Judgment;**
- **Plaintiff's Response to Defendant Grizzle's Local Rule 56.1(a)(2) Statement of Material Facts; and**
- **Plaintiff's Memorandum of Law in Opposition to Motion for Summary Judgment of Defendant Grizzle,**

shall be accomplished pursuant to Electronic Court Filing procedures to counsel who are Filing Users on this 19th day of December 2022.

/s/ Hall Adams
One of Plaintiff's Attorneys

Hall Adams
Law Offices of Hall Adams LLC
33 North Dearborn Street, Suite 2350
Chicago, Illinois 60602
T: (312) 445-4900
F: (312) 445-4901
Attorneys I.D. #6194886