**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CASSANDRA SOCHA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:18-cv-05681 |
| | ) | |
| CITY OF JOLIET, a municipal corporation, | ) | |
| EDWARD GRIZZLE, JOHN DOES 1-20, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' COMBINED UNOPPPOSED MOTION FOR
EXTENSION OF TIME TO FILE THEIR SUMMARY JUDGMENT REPLIES**

Defendants, CITY OF JOLIET and EDWARD GRIZZLE, by and through their attorneys, move this Honorable Court for an extension of time to file their summary judgment replies, and in support thereof state as follows:

1. On October 24, 2022, the Court entered an order setting the briefing schedule for Defendants' motions for summary judgment as follows: Defendants' motions to be filed by November 21, 2022, Plaintiff's response to be filed by December 19, 2022, and Defendants' replies to be filed by January 3, 2023.

2. Defendants timely filed their motions for summary judgment on November 21, 2022 and Plaintiff timely filed her response on December 19, 2022.

3. Upon review of the Plaintiff's responsive filings, the undersigned counsel for Defendants have determined that in light of the intervening holidays and other obligations both personal and professional, they will not be able to complete well-researched, well-written, and thoughtful responses within the current deadline of January 3, 2023.

1

4. The undersigned have conferred with counsel for Plaintiff who indicated that he had no objection to the relief sought in this motion.

5. This is the first motion Defendants have sought for an extension of this deadline or any deadline relating to summary judgment briefing.

6. This motion is not brought for purposes of delay, but rather to allow Defendants the to devote the necessary time to prepare thoughtful replies that will most aid the Court in the resolution of their pending motions for summary judgment.

WHEREFORE, the Defendants respectfully request that this Honorable Court enter an order extending the Defendants' deadline for filing their summary judgment replies by fourteen (14) days up to and including January 17, 2023.

Respectfully Submitted,                           Respectfully Submitted,


/s/ *Michael J. Atkus*                             /s/ *Darcy L. Proctor*
MICHAEL J. ATKUS, #6285666                         DARCY L. PROCTOR, #6199731
On behalf of Defendant Edward Grizzle              On behalf of Defendant City of Joliet
Knight, Hoppe, Kurnik & Knight, Ltd.               Tressler LLP
5600 North River Road, Suite 600                   233 South Wacker Drive, 61st Floor
Rosemont, Illinois 60018-5114                      Chicago, Illinois 60606
Telephone: 847-261-0700                            Telephone: 312-768-2245
Facsimile:: 847-261-0714                           Facsimile: 312-627-1717
E-Mail: matkus@khkklaw.com                         E-Mail: dproctor@tresslerllp.com

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 21, 2022, a copy of the foregoing **DEFENDANTS'**
**COMBINED UNOPPPOSED MOTION FOR EXTENSION OF TIME TO FILE THEIR**
**SUMMARY JUDGMENT REPLIES** was electronically filed with the Clerk of the U.S. District
Court using the CM/ECF System.  Notice of this filing will be sent to the following parties by
operations of the Court's electronic filing system:

James John Hess    jhess@tresslerllp.com, ogarcia@tresslerllp.com

Joseph C. Sheahan    joseph.c.sheahan@gmail.com

Stacey Lynn Wilkins    chicagodocket@tresslerllp.com, swilkins@tresslerllp.com, nfranco@tresslerllp.com

Michael Jude Atkus    kstocco@khkklaw.com, matkus@khkklaw.com

Paul Bruno Johnson    jcorbett@khkklaw.com, pjohnson@khkklaw.com

Hall Adams    hall@adamslegal.net

Darcy L. Proctor    chicagodocket@tresslerllp.com, dproctor@tresslerllp.com

Matthew Scott Clark    kstocco@khkklaw.com, mclark@khkklaw.com

John M. O'Driscoll    jodriscoll@tresslerllp.com, chicagodocket@tresslerllp.com, ogarcia8888@tresslerllp.com


                                           /s/ *Michael J. Atkus*
                                           MICHAEL J. ATKUS, Attorney #6285666



KNIGHT, HOPPE, KURNIK & KNIGHT, LTD.
Attorneys for Defendant EDWARD GRIZZLE
5600 North River Road, Suite 600
Rosemont, Illinois60018-5114
Telephone:    847/261-0700
Facsimile:    847/261-0714
EMAIL:    matkus@khkklaw.com