UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CASSANDRA SOCHA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:18-cv-05681 |
| | ) | |
| CITY OF JOLIET, a municipal corporation, | ) | Judge Jorge L. Alonso |
| EDWARD GRIZZLE, JOHN DOES 1-20, | ) | |
| | ) | |
| Defendants. | ) | |

## AMENDED NOTICE OF MOTION

**TO:** All Attorneys of Record

PLEASE TAKE NOTICE that on Tuesday, January 3, 2023 at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear, **by telephone conference**, before Judge Jorge L. Alonso, Courtroom 1903, of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present: **DEFENDANTS' COMBINED UNOPPPOSED MOTION FOR EXTENSION OF TIME TO FILE THEIR SUMMARY JUDGMENT REPLIES**, a copy of which has been served upon you.

/s/ *Michael J. Atkus*
MICHAEL J. ATKUS, Attorney #6285666
One of the Attorneys for the Defendant,
EDWARD GRIZZLE

KNIGHT, HOPPE, KURNIK & KNIGHT, LTD.
5600 North River Road, Suite 600
Rosemont, Illinois 60018-5114
Telephone:   847/261-0700
Facsimile:    847/261-0714
EMAIL:       matkus@khkklaw.com

1

**CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2022, a copy of the foregoing **AMENDED NOTICE OF MOTION** was electronically filed with the Clerk of the U.S. District Court using the CM/ECF System. Notice of this filing will be sent to the following parties by operations of the Court's electronic filing system:

James John Hess, jhess@tresslerllp.com, ogarcia@tresslerllp.com

Joseph C. Sheahan, joseph.c.sheahan@gmail.com

Stacey Lynn Wilkins, chicagodocket@tresslerllp.com, swilkins@tresslerllp.com, nfranco@tresslerllp.com

Michael Jude Atkus. kstocco@khkklaw.com, matkus@khkklaw.com

Paul Bruno Johnson, jcorbett@khkklaw.com, pjohnson@khkklaw.com

Hall Adams, hall@adamslegal.net

Darcy L. Proctor, chicagodocket@tresslerllp.com, dproctor@tresslerllp.com

Matthew Scott Clark, kstocco@khkklaw.com, mclark@khkklaw.com

John M. O'Driscoll, jodriscoll@tresslerllp.com, chicagodocket@tresslerllp.com, ogarcia8888@tresslerllp.com

/s/ *Michael J. Atkus*
MICHAEL J. ATKUS, Attorney #6285666

KNIGHT, HOPPE, KURNIK & KNIGHT, LTD.
Attorneys for Defendant EDWARD GRIZZLE
5600 North River Road, Suite 600
Rosemont, Illinois 60018-5114
Telephone: 847/261-0700
Facsimile: 847/261-0714
EMAIL: matkus@khkklaw.com

2