# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Cassandra Socha

                          Plaintiff,

v.                                                    Case No.: 1:18−cv−05681
                                                         Honorable Jorge L. Alonso

City of Joliet, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 22, 2022:

      MINUTE entry before the Honorable Jorge L. Alonso: Defendants' combined unopposed motion for extension of time to file their summary judgment replies [259] is granted to 1/17/23. Motion hearing date of 1/3/23 is stricken. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.