## **CERTIFICATE OF SERVICE**

I hereby certify that on, I electronically filed the foregoing paper with the Clerk of the Court using the ECF System which will send notification to all counsel of record via the Court's CM/ECF system on January 17, 2023.

/s/Andrew O'Donnell___

Attorney for City of Joliet