# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Cassandra Socha,

Plaintiff(s),

v.

City of Joliet, *et al.,*

Defendant(s).

Case No. 1:18-cv-05681
Judge Jorge L. Alonso

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered *(check appropriate box)*:

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendants City of Joliet and Edward Grizzle
and against plaintiff Cassandra Socha

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Jorge L. Alonso on defendants' motions for summary judgment (ECF Nos. 251 and 254).

Date: 8/18/2023                    Thomas G. Bruton, Clerk of Court

                                   Jessica J. Ramos, Deputy Clerk